UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
2017 JUL 18 P 5: 29
U.S. DISTRICT COURT
EASTERN DIST. TENN.
_____DEPT CLERK

UNITED STATES OF AMERICA )
)
v. ) 3:17-CR-82
)
RANDALL KEITH BEANE, and )
HEATHER ANN TUCCI-JARRAF )

## SEALING ORDER

For good cause shown, the Court hereby ORDERS the Indictment and this entire case be sealed pending the further Order of this Court or another Court of competent jurisdiction.

It is further ordered that the United States Attorney be provided a stamp-filed copy of the Indictment prior to sealing.

ENTER:

This 18 day of July, 2017.

_____
United States Magistrate Judge