UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 3:17-CR-082 |
| RANDALL KEITH BEANE | JUDGE VARLAN |

TO THE HONORABLE JUDGE OF THE ABOVE COURT:

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Your petitioner, the United States of America, by NANCY STALLARD HARR, United States Attorney for the Eastern District of Tennessee, respectfully shows:

I.

That RANDALL KEITH BEANE is now in the custody of the Sheriff at the Knox County Detention Facility, pursuant to State of Tennessee charges.

II.

That there is pending against the defendant RANDALL KEITH BEANE, in this District the above-captioned case, which is set for an Initial Appearance on July 27, 2017 at 9:30 AM or for his case to be otherwise disposed of upon said indictment heretofore returned against him, in the United States District Court for the Eastern District of Tennessee, at Knoxville, Tennessee, and each day thereafter until said case is disposed of.

WHEREFORE, petitioner prays that the Clerk of this Court be instructed to issue a writ of habeas corpus ad prosequendum to the Sheriff, Knox County Detention Facility, commanding said Sheriff to produce the said RANDALL KEITH BEANE, before this Court at the time and

place aforesaid for the purpose aforesaid, and that if the said Sheriff, Knox County Detention Facility so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, be ordered and directed to receive said RANDALL KEITH BEANE into his custody and possession at said Knox County Detention Facility, and under safe and secure conduct to have him before the Judge of our District Court at the time and place aforesaid for the purpose aforesaid, and to return him to said Sheriff, Knox County Detention Facility, as aforesaid.

NANCY STALLARD HARR
UNITED STATES ATTORNEY

By: *(signature)*
Cynthia F. Davidson
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167