UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: 3:17-CR-082 |
| v. | JUDGES VARLAN / SHIRLEY |
| RANDALL KEITH BEANE | |

**ORDER**

On the petition of the United States of America by Nancy Stallard Harr, United States Attorney for the Eastern District of Tennessee,

It is ordered that the Clerk of this Court be and hereby is instructed to issue a writ of habeas corpus ad prosequendum to the Sheriff, Knox County Detention Facility, to bring RANDALL KEITH BEAN before this Court at Knoxville, Tennessee, on July 27, 2017 at 9:30 a.m., for an Initial Appearance, or for his case to be otherwise disposed of upon said indictment heretofore returned against him, and each day thereafter until said case is disposed of, and immediately thereafter be returned to the Knox County Detention Facility.

And it is further ordered that in the event the Sheriff, Knox County Detention Facility so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, is directed to receive said RANDALL KEITH BEAN into his custody and transport him to and from said Knox County Detention Facility, and this Court for the aforesaid purpose.

APPROVED FOR ENTRY:

*/s/ C. Clifford Shirley*
C. CLIFFORD SHIRLEY, JR.
UNITED STATES MAGISTRATE JUDGE