UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA

v.

RANDALL KEITH BEANE

CASE NO.: 3:17-CR-082

JUDGES VARLAN /SHIRLEY

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE:    SHERIFF
OR ANY AUTHORIZED CUSTODIAN
THEREOF - GREETING:

We command that you have the body of RANDALL KEITH BEAN detained in

the Knox County Detention Facility, under your custody as it is said, under safe and secure

conduct before the Judge of our District Court within and for the Eastern District of Tennessee,

at the City of Knoxville, Tennessee, on July 27, 2017 at 9:30 a.m., there to be present for an

Initial Appearance, or for his case to be otherwise disposed of upon said indictment heretofore

returned against him, and each day thereafter until said case is disposed of, and immediately

thereafter the said defendant shall be returned to the said Sheriff, Knox County Detention

Facility, under safe and secure conduct, and have you then and there this writ.

And as by order of said District Court it is directed, if said Sheriff so directs, the

United States Marshal for the Eastern District of Tennessee, or any other duly authorized United

States Marshal or Deputy United States Marshal is hereby ordered and directed to receive said

RANDALL KEITH BEAN into his custody and possession at said Knox County Detention

Facility, and under safe and secure conduct to have him before the Judge of our District Court at

the time and place aforesaid for the purpose aforesaid, and to return him to said Knox County

Detention Facility, under safe and secure conduct and redeliver him to the Sheriff, Knox County

Detention Facility.

DEBBIE POPLIN, Clerk

By: _____
Deputy Clerk

**CUSTODY ASSUMED:**

EXECUTED this _____ day of _____, 20____.

By: _____
United States Marshal/Deputy

**RETURNED:**

EXECUTED this _____ day of _____, 20____.

By: _____
United States Marshal/Deputy

**SENTENCED STATE PRISONER**:  Yes: _____ No: _____