UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CRIMINAL MINUTES

**Case No.:** 3:17-CR-82     **At:** Knoxville, TN     **Date:** July 27, 2017

**Style: United States of America   vs   Randall Keith Beane**

**Present Before**: Honorable C. Clifford Shirley, Jr., United States Magistrate Judge

| Rachel Stone | DCR | April Wilson |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Probation Officer** |

| Cynthia Davidson | Bobby Hutson, Jr. |
|---|---|
| **Attorney for Government** | **Attorney for Defendant** |

**Others Present:** USMS, CSO

**Proceedings:** Initial Appearance and Arraignment Hearing on Indictment. Defendants is sworn. Counsel is appointed on behalf of the defendant. The government orally moved to unseal this matter. The Court granted the government's request. The defendant entered a plea of not guilty to the charges. The defendant waived the right to a detention hearing at this time. The Court set the following dates:

**Jury Trial: October 3, 2017 at 9:00 a.m. before Chief U.S. District Judge Thomas A. Varlan**
**Pretrial Conference/Motion Hearing: September 13, 2017 at 9:00 a.m. before U.S. Magistrate Judge C. Clifford Shirley, Jr.**
**Discovery DDL: August 3, 2017**
**Motion Cut-Off: August 24, 2017**
**Response DDL: September 7, 2017**
**Reciprocal/Plea DDL: September 13, 2017**

[ ] Defendant released on conditions     [X] Defendant remanded to custody of Marshal

**Time:** 9:30  to  9:55

I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Knox-DCR_3-17-cr-82_20170727_093728.dcr