UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) 3:17-CR-82 |
| | ) |
| RANDALL KEITH BEANE | ) |

## WAIVER OF DETENTION HEARING

I acknowledge that the Magistrate Judge has informed me of my right to a detention hearing, pursuant to the provisions of Title 18, United States Code, Section 3142, and that I understand that right.

_____ I HEREBY WAIVE my right to a detention hearing.

_____ I HEREBY WAIVE my right to a detention hearing in this district, and reserve the right to move for a detention hearing in the district where the charges originate.

__X__ I HEREBY WAIVE my right to a detention hearing at this time, and reserve the right to move for detention hearing at a later date.

_(signed)_ Randall K. Beane  7/27/17
DEFENDANT                           Date

_(signed)_
COUNSEL FOR DEFENDANT or Deputy Clerk

APPROVED: _(signed)_
United States Magistrate Judge

Case 3:17-cr-00082-TAV-CCS   Document 12   Filed 07/27/17   Page 1 of 1   PageID #: 29