UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff,* | )<br>)<br>)<br>) | 3:17-CR-82<br>JUDGES VARLAN/SHIRLEY |
| VS. | )<br>)<br>) | |
| RANDALL KEITH BEANE<br>*Defendant.* | )<br>) | |

## ORDER OF DETENTION PENDING TRIAL

This matter was scheduled before the undersigned for an intial appearance and arraignment hearing on July 27, 2017. Assistant Federal Defender Bobby Hutson, Jr. advised the Court that the defendant wished to waive his right to a detention hearing at this time, while reserving the right to have a hearing at a later date. The defendant submitted the appropriate waiver to the Court.

The defendant is scheduled for a jury trial on **October 3, 2017 at 9:00 a.m.,** before the **Honorable Thomas A. Varlan**, Chief United States District Judge. The defendant understands that he will remain in custody pending the hearing. For good cause shown, the defendant's request not to contest, and to waive the detention hearing is hereby **GRANTED.**

It is therefore **ORDERED** that:

(1) Defendant be detained.;

(2) Defendant be committed to the custody of the Attorney

        General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(3)      Defendant be afforded reasonable opportunity for private consultation with counsel; and

(4)      On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States marshal for the purpose of an appearance in connection with any court proceeding.

**IT IS SO ORDERED.**

        ENTER:
        s/C. Clifford Shirley, Jr.
        United States Magistrate Judge