FBI/Still

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

RECEIVED BY: _Rob_

DATE: _7/20 17_   TIME: _0830_

for the

Eastern District of Tennessee

U.S. MARSHAL E/TN
KNOXVILLE, TN

*SEALED*

*SEALED*

United States of America

v.

HEATHER ANN TUCCI-JARRAF

_Defendant_

)
)
)
)
)
)

Case No.   3:17-CR- _82_

## ARREST WARRANT

Case No: 1:17-mj-531
Assigned To: Magistrate Judge Deborah A. Robinson
Date Assigned: 7/26/2017
Description: Arrest Warrant (Rule 40)

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   HEATHER ANN TUCCI-JARRAF

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
the defendant, did unlawfully and knowingly combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury to commit money laundering, in violation of Title 18, United States Code, Sections 1956 and 1957.

Date:   07/19/2017

Issuing officer's signature

City and state:   Knoxville, TN

_U.S. Magistrate Judge_
Printed name and title
_Deputy Clerk_

| Return |
|---|
| This warrant was received on _(date)_ _7-20-17_ , and the person was arrested on _(date)_ _7-26-17_ at _(city and state)_ |
| Date: _7-26-17_ |

Arresting officer's signature

_Matthew Saric's_   DUSM
Printed name and title

FID# 10365908

1774-0720-2495-J

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

FILED

2017 JUL 18 P 5:29

U.S. DISTRICT COURT
EASTERN DIST. T'NN.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:17-CR- 82 |
| | ) | |
| RANDALL KEITH BEANE, and | ) | Judges: Varlan /Shirley |
| HEATHER ANN TUCCI-JARRAF | ) | |

## INDICTMENT

The Grand Jury charges as follows:

## COUNTS ONE THROUGH FIVE

### Wire Fraud
### (18 U.S.C. § 1343)

### INTRODUCTION

Case No: 1:17-mj-531
Assigned To: Magistrate Judge Deborah A. Robinson
Date Assigned: 7/26/2017
Description: Arrest Warrant (Rule 40)

At all times relevant to this indictment:

1.     United States Automobile Association ("USAA") is a financial institution insured by the Federal Deposit Insurance Corporation ("FDIC") with a home office in San Antonio, Texas.  USAA offers products in the insurance, banking investing, real estate and retirement arenas.

2.     Federal Reserve Bank in New York is a financial institution, located in New York, New York.

3.     Whitney Bank is a FDIC insured financial institution with a home office in Louisiana.

4.     The defendant, **RANDALL KEITH BEANE**, was a member and account holder at United States Automobile Association ("USAA").

5. The defendant, **RANDALL KEITH BEANE**, did not have an account ending in xxxxx-1135 at the Federal Reserve Bank.

6. All wire transfers discussed herein went through the Automated Clearing House and Fedwire.

7. **HEATHER ANN TUCCI-JARRAF**, is not a duly licensed attorney in the states of Tennessee and Washington authorized to represent others in legal matters.

## THE SCHEME

8. In or around July 2017, **RANDALL KEITH BEANE**, and others known and unknown to the Grand Jury, embarked upon a scheme through which they sought to obtain and access funds that did not belong to them by exploiting the online banking options available through USAA.

9. The scheme involved the use of a valid routing number ending in xxxxx-1452, belonging to Federal Reserve Bank, and a fictitious bank account number ending in xxxxx-1135.

10. It was part of the scheme to make numerous attempts using the valid routing number and fictitious bank account number to purchase jumbo Certificates of Deposit ("CDs"), until a transfer was completed.

11. It was further part of the scheme to immediately liquidate the CDs and then transfer proceeds from the CDs to BEANE'S personal bank account to purchase assets and pay personal expenses with funds that did not belong to him, including the purchase of a 2017 Entegra Cornerstone 45B; 45 foot diesel motorhome.

12. It was further part of the scheme that **HEATHER ANN TUCCI-JARRAF** purported to be BEANE'S attorney in order to induce, coerce and convince certain financial institutions to accept the fraudulently obtained funds for payment of a 2017 Entegra Cornerstone 45B; 45 foot diesel motorhome.

2

### MANNER AND MEANS

13.     In furtherance of the scheme, and to accomplish the ends thereof, the defendant, RANDALL KEITH BEANE, and others known and unknown to the Grand Jury, used the following means, among others:

      a.     Defendant RANDALL KEITH BEANE was a member and account holder at United States Automobile Association ("USAA").

      b.     The defendant, RANDALL KEITH BEANE, did not hold an account ending in xxxxx-1135 at Federal Reserve Bank.

      c.     The defendant, RANDALL KEITH BEANE, obtained from others known and unknown to the Grand Jury, the valid routing number of Federal Reserve Bank, that is routing number ending in xxxxx-1452.

      d.     The defendant, RANDALL KEITH BEANE used his mobile device to access his USAA account.

      e.     The defendant, RANDALL KEITH BEANE, would and did conduct electronic financial transactions, including the purchase and attempted purchase of jumbo CDs through USAA, in which the defendant RANDALL KEITH BEANE, falsely represented the funding source by using a fictitious account number, that is account number ending in xxxxx-1135.

      f.     The vast majority of CDs the defendant, RANDALL KEITH BEANE, attempted to purchase through the scheme were returned as invalid because there was no valid account number entered.  However, two CDs were funded by USAA bank and liquidated by the defendant, RANDALL KEITH BEANE, before USAA could reverse the transaction.

3

g.      The defendant, **RANDALL KEITH BEANE**, would and did use funds

fraudulently acquired through the CD purchase scheme to make purchases for his own

personal benefit to include the purchase of a 2017 Entegra Cornerstone 45B; 45 foot

diesel motorhome.

### EXECUTION OF THE SCHEME

14.     The allegations set forth in Paragraphs One through Thirteen are incorporated

herein for reference for the purpose of alleging violations of 18 U.S.C. § 1343.

15.     On or about the dates set forth below, within the Eastern District of Tennessee

and elsewhere, the defendant, **RANDALL KEITH BEANE**, for the purposes of executing and

attempting to execute the above-described scheme and artifice to defraud, purchased jumbo CDs

with funds that did not belong to him by using routing numbers that did not belong to his

accounts and fictitious bank accounts, and in so doing did knowingly transmit and cause to be

transmitted, by means of wire communication in interstate commerce, signals and sounds

including, without limitation the following:

| COUNT | DATE | DESCRIPTION OF TRANSMISSION |
|---|---|---|
| 1 | 7/6/2017 | **BEANE** transferred funds he did not own, via wire, using Federal Reserve New York, routing number xxxxx-1452 and fictitious account number ending xxxxx-1135 to purchase CD number xxxxx-4613 in the amount of $500,000. |
| 2 | 7/6/2017 | CD number xxxxx-4613 in the amount of $500,000 was closed and funds in the amount of $499,909.59 were transferred, via wire, to one of **BEANE'S** personal bank accounts at USAA, account number ending in xxxxx-3062. |
| 3 | 7/6/2017 | **BEANE** transferred funds he did not own, via wire, using Federal Reserve New York, routing number xxxxx-1452 and fictitious account number xxxxx-1135 to purchase CD number xxxxx-4623 in the amount of $999,000. |

4

| COUNT | DATE | DESCRIPTION OF TRANSMISSION |
|---|---|---|
| 4 | 7/6/2017 | CD number xxxxx-4623 in the amount of $999,000 was closed and funds in the amount of $998,819.36 were transferred, via wire, to one of BEANE'S personal bank accounts at USAA, account number xxxxx-3062. |
| 5 | 7/7/2017 | BEANE transferred the sum of $493,110.68, via wire from BEANE's personal account number xxxxx-4026 to Whitney Bank account number xxxxx-4960 belonging to B.G., whose identity is known to the Grand Jury, for the purchase of a 2017 Entegra Cornerstone 45B; 45 foot diesel motorhome. |

All in violation of Title 18, United States Code, Section 1343.

<u>**COUNT SIX**</u>

**BANK FRAUD**
**(18 U.S.C. § 1344)**

16.     The allegations contained above in Paragraphs One through Fifteen are incorporated herein by reference for the purpose of alleging a violation of Title 18, United States Code, Section 1344.

17.     From on or about July 5, 2017, continuing through at least on or about July 11, 2017, in the Eastern District of Tennessee, for the purpose of executing the scheme described above, the defendant, **RANDALL KEITH BEANE**, devised a scheme to defraud financial institutions and to obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of financial institutions by means of false and fraudulent pretenses, representations, and promises, executed and attempted to wit, to purchase Certificates of Deposit with money that did not belong to him, without permission or authority, alter the financial instruments, and liquidate the CDs at and through financial institutions in order to obtain money and property fraudulently and for defendant's own use and benefit.

All in violation of Title 18, United States Code, Section 1344.

5

## COUNT SEVEN

## CONSPIRACY TO COMMIT MONEY LAUNDERING
### (18 U.S.C. § 1956(h))

18.     The allegations contained above in Paragraphs One through Seventeen are incorporated herein by reference for purpose of alleging conspiracy to commit money laundering in violation of Title 18, United States Code, Section 1956(h).

19.     The Grand Jury further charges that in on or about July 2017, in the Eastern District of Tennessee and elsewhere, the defendants **RANDALL KEITH BEANE** and **HEATHER ANN TUCCI-JARRAF**, did unlawfully and knowingly combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury to commit certain offenses against the United States, in violation of Title 18, United States Code, Sections 1956 and 1957, as follows:

a.     knowingly conducting and attempting to conduct financial transactions affecting interstate commerce, which transactions involved the proceeds of specified unlawful activity, that is, (wire fraud, bank fraud), in violation of Title 18, United States Code, Sections 1343 and 1344, with the intent to promote the carrying on of a specified unlawful activity, that is bank and wire fraud, and that while conducting such financial transactions knew that the property involved in the financial transactions represented the proceeds for some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i);

b.     knowingly conducting and attempting to conduct financial transactions affecting interstate commerce, which involved the proceeds of specified unlawful activity, that is: (1) wire fraud in violation of 18 U.S.C. § 1343 and (2) bank fraud in violation of 18 U.S.C. § 1344, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew

6

that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

        c.      knowingly engaging and attempting to engage in monetary transactions by, through or to a financial institution, affecting interstate commerce, in criminally derived property of a value greater than $10,000, such property having been derived from a specified unlawful activity, that is (1) wire fraud in violation of 18 U.S.C. § 1343; and (2) bank fraud in violation of 18 U.S.C. § 1344, in violation of Title 18, United States Code, Section 1957.

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATIONS

20.     The allegations contained in Counts One through Seven of this Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. §§ 982(a)(1), 982(a)(2) and 28 U.S.C. § 2461.

21.     Pursuant to 18 U.S.C. § 982(a)(2), upon conviction of any offense in violation of 18 U.S.C. §§ 1344, 1343, and any defendant so convicted shall forfeit to the United States any property, real or personal, constituting or traceable to the proceeds of any violation of 18 U.S.C. §§ 1344, 1343, including but not limited to the following property:

    a.  2017 Entegra Cornerstone 45B; 45 foot diesel motorhome; VIN # 4VZVU1E94HC082752; topaz in color with eight wheels ("motorhome"); and

    b.  A personal money judgment in favor of the United States and against the defendant, **RANDALL KEITH BEANE**, in the amount of $553,749.99, which represents the proceeds the defendant personally obtained, directly or indirectly, as a result of the criminal violations of 18 U.S.C. §§ 1343; and 1344.

22.     Pursuant to 18 U.S.C. § 982(a)(1), upon conviction of an offense in violation of 18 U.S.C. 1956(h), any defendant so convicted shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property, including but not limited to the following property:

7

a. 2017 Entegra Cornerstone 45B; 45 foot diesel motorhome; VIN # 4VZVU1E94HC082752; topaz in color with eight wheels ("motorhome").

23.     Pursuant to Title 21, United States Code, Section 853(p), the defendants shall

forfeit substitute property, up to the value of the property subject to forfeiture, if by any act or

omission of any of the defendants, said property, or any portion thereof:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred, sold to, or deposited with a third party;

c.      has been placed beyond the jurisdiction of the Court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant

to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461.

A TRUE BILL:

Signature Redacted
FOREPERSON

NANCY STALLARD HARR
UNITED STATES ATTORNEY

CYNTHIA F. DAVIDSON
ANNE-MARIE SVOLTO
Assistant United States Attorneys

8

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | **Case No. 17-531 (DAR)** |
| | ) | |
| **HEATHER TUCCI-JARRAF** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## NOTICE OF FILING

The Defendant, through counsel, Assistant Federal Defender David W. Bos, hereby files

the attached materials in connection with the Identity Hearing presently scheduled for August 4,

2017, at 10:00 a.m.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____

DAVID W. BOS
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC  20004
(202) 208-7500

# ANNEXES

## Case No. 1:17 mj-531

### INDEX

| ANNEX No. | DESCRIPTION | PAGES |
|---|---|---|
| Annex 1 | ORIGINAL DUE DECLARATION AND NOTICE OF FACTUALIZED TRUST | 1 |
| Annex 2 | ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY | 1 - 5 |
| Annex 3 | 'The Perpetuity', UCC record number 2000043135, with receipt number 36090, inclusive of record numbers 2011055259, 2011055260 and 2011125781 | 1 - 12 |
| Annex 4 | UCC record number 2012049126 | 1 - 2 |
| Annex 5 | UCC record number 2012012675 | 1 - 2 |
| Annex 6 | UCC record number 2012025545 | 1 - 2 |
| Annex 7 | UCC record number 2012-125-1787-8 | 1 - 16 |
| Annex 8 | UCC record number 2012012555 | 1 - 2 |
| Annex 9 | UCC record number 2012028312 | 1 - 2 |
| Annex 10 | UCC record number 2012012659 | 1 - 2 |

| | | |
|---|---|---|
| Annex 11 | UCC record number 2012028311 | 1 - 2 |
| Annex 12 | UCC record number 2012028314 | 1 - 2 |
| Annex 13 | UCC record number 2012079290 | 1 - 6 |
| Annex 14 | UCC record number 2012079322 | 1 - 5 |
| Annex 15 | UCC record number 2012094308 | 1 - 7 |
| Annex 16 | UCC record number 2012094309 | 1 - 7 |
| Annex 17 | UCC record number 2012113593 | 1 - 7 |
| Annex 18 | UCC record number 2012127914 | 1 - 6 |
| Annex 19 | UCC record number 2012127907 | 1 - 8 |
| Annex 20 | UCC record number 2012127854 | 1 - 7 |
| Annex 21 | The Paradigm Report | 1 - 16 |
| Annex 22 | UCC record number 2012012555 | 1 - 2 |
| Annex 23 | UCC record number 2012028312 | 1 - 2 |
| Annex 24 | UCC record number 2012012659 | 1 - 2 |
| Annex 25 | UCC record number 2012028311 | 1 - 2 |
| Annex 26 | UCC record number 2012028314 | 1 - 2 |
| Annex 27 | UCC record number 2012083304 | 1 - 8 |

| | | |
|---|---|---|
| Annex 28 | UCC record number 2012086794 | 1 - 10 |
| Annex 29 | UCC record number 2012086802 | 1 - 6 |
| Annex 30 | UCC record number 2012088865 | 1 - 6 |
| Annex 31 | UCC record number 2012088851 | 1 - 9 |
| Annex 32 | UCC record number 2012094309 | 1 - 6 |
| Annex 33 | UCC record number 2012096074 | 1 - 7 |
| Annex 34 | UCC record number 2012113593 | 1 - 7 |
| Annex 35 | UCC record number 2012114093 | 1 - 7 |
| Annex 36 | UCC record number 2012114586 | 1 - 7 |
| Annex 37 | UCC record number 2012114776 | 1 - 5 |
| Annex 38 | DECLARATION OF FACTS | 1 - 12 |
| Annex 39 | UCC record number 2012132883 | 1 - 9 |
| Annex 40 | UCC record number 2013032035 | 1 - 13 |

# ANNEX 1

### Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|---|---|---|
| **Annex 1** | ORIGINAL DUE DECLARATION AND NOTICE OF FACTUALIZED TRUST | 1 |

Pg. 1 *of* 1

# ORIGINAL DUE DECLARATION AND NOTICE OF



## FACTUALIZED TRUST

REFERENCE NAME: **Heather Ann Tucci-Jarraf**
Duly Factualized on July 30, 1972
Original/Trustee: Heather Ann Tucci-Jarraf
For service on the Trust, c/o:  29 Western Ave, Lynn MA 01904
Trustee Contact c/o:  253.241.2008 / hatj@unidynomics.info
**DIRECT ALL CONTACTS, QUESTIONS AND REQUESTS IN DULY VERIFIED SWORN WRITING TO:**
**hatj@unidynomics.info**

**ORIGINAL DUE VERIFICATION:** Original, duly being, with full due responsibility, accountability, and liability, without prejudice, nunc pro tunc praeterea pretarea, ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY, reference number FT-DODD-IAM-hatj-07301972, restated and incorporated by reference as if set forth in full.  This Factualized Trust is duly verified and secured, with reference name Heather Ann Tucci-Jarraf, inclusive of specific and particular due verification of being, in perpetuity:

Trust: Original, factualized;
Essence: Original;
Signature: Original;
Depository: Original;
Original Depository Reference Name: Heather Ann Tucci-Jarraf, and idem sonan;
Trustee: Original, by Original Depository;
Operation: Original;
Factualized: 30JULY1972;
Domicile: Original;
Deposits: Original;
Currency and Value: Original, Limitless;
Authority and Authentication: Original;
Authorization: Original-Pre-authorized, pre-approved, pre-paid, and pre-deposited, in perpetuity;
Issues: Original;
Notices: Original;
Governing Law: Original;
Jurisdiction: Original;
Verified: Original;
Security: Original;
Guarantee: Original;
Title: Original;
Network: Original;
Transfers: Original, OD2OD;
Clearing and Settlement: Original;
Account Number: XXXXX1682;
Account Names:  HEATHER ANN TUCCI-JARRAF, HEATHER A. TUCCI-JARRAF, HEATHER A. TUCCI, HEATHER ANN TUCCI, HEATHER ANN KREISMAN.

**ORIGINAL DUE DECLARATION:** With full responsibility, accountability, and liability, without prejudice, nunc pro tunc praeterea pretarea: This Factualized Trust is duly verifed as duly created, factualized, noticed, secured and ratified as being Original, in perpetuity; duly never rebutted.  This ORIGINAL DUE  DECLARATION AND NOTICE OF FACTUALIZED TRUST is duly effective as of July 30, 1972, in perpetuity.  By the due power of all I AM, I do duly  make, issue, confirm, verify, secure, reconfirm, ratify and notice this Factualized Trust by this ORIGINAL DUE DECLARATION AND NOTICE OF FACTUALIZED TRUST, that it is true, accurate, and complete, for all to rely upon, and that I AM conscious and competent to make this DECLARATION.

Sworn and subscribed before me on July 11, 2017

_____
Original, Heather Ann Tucci-Jarraf

RITA J. ALCANTARA
Notary Public, State of Texas
My Commission Expires
July 07, 2018

_____
commission # 12987633-1

Original Depository: Heather Ann Tucci-Jarraf          Governed by: Original

# ANNEX 2

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|---|---|---|
| **Annex 2** | ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY | 1 - 5 |

Pg. 1 *of* 1



**FACTUALIZED TRUST**
Reference Name:  Heather Ann Tucci-Jarraf

## ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY
pg. 1 of 5

**I AM, source of all that is, with full responsibility, accountability, and liability, without prejudice, nunc pro tunc, praeterea preterea, and by and with the due power of all I AM, I do duly make, issue, confirm, verify, reconfirm, ratify, and notice this ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY, with reference number FT-DODD-IAM-hatj-07301972, that it is true, accurate, and complete, for all to rely upon, and that I AM conscious and competent to make this DECLARATION:**

I.   I AM, original essence and signature, source of all that is, in perpetuity, without prejudice, nunc pro tunc praeterea preterea, "Original", with due possession of Original, "Title", in perpetuity, inclusive of:
   A. Original essence and signature duly being, "Original Currency and Value"; and,
   B. Duly issued by Original, "Original Issue", in perpetuity:
     1. Original, being duly self-aware, "Original Authority and Authentication", in perpetuity; and,
     2. Original, being duly self-evident, "Original Verification", in perpetuity, inclusive of:
       a. Due Original Issues of Original Currency and Value, in particular (unique, one-of-a-kind) essences and signatures, "Original Depositories", in perpetuity; and,
       b. Original Currency and Value, duly deposited, by due Original Issue, in Original Depositories, for further due Original Issue, inclusive of form, and device, that controls and directs Original Currency and Value, inclusive of magnetic, frequential, vibrational, and energetic creation, expression, and benefits of experience therefrom, "Original Deposits", for further due Original Issue, in perpetuity; and,
       c. Original Depositories, duly issuing Original Currency and Value, by due Original Issue, inclusive of form, and device, that controls and directs Original Currency and Value, inclusive of magnetic, frequential, vibrational, and energetic creation, expression, and benefits of experience therefrom, thereby increasing Original Currency and Value, "Original Limitless Value", that is for further due Original Issue, in perpetuity; and,
       d. Original, duly being Original Value and Currency, Original Depositories, Original Deposits, Original Issues, and Original Limitless Value, is duly pre-approved, pre-authorized, and pre-paid, "Original Authority and Authorization", in perpetuity; and,
       e. Original, duly being Original Value and Currency, Original Depositories, Original Deposits, Original Issues, and Original Limitless Value, duly done and noticed, in due trust of Original, "Factualized Trusts", in perpetuity, as:
         i. Factualized Trusts, duly operated by Original, in Original Depository, "Original Trustee", in perpetuity; and,
         ii. Factualized Trusts, duly domiciled in Original, "Original Domicile", in perpetuity; and,
         iii. Original having sole due jurisdiction, "Original Jurisdiction", in perpetuity; and with sole,
         iv. Due operation, duly regulated by Original, "Original Law", in perpetuity; inclusive of,
         v. Original, duly utilizing Original Currency and Value, by due Original Issue, duly creating Original Depository, and Factualized Trust, with reference name of Heather Ann Tucci-Jarraf, formerly Heather Ann Tucci, and Heather Ann Kreisman, idem sonans, and initials thereof, in perpetuity, "Heather Ann Tucci-Jarraf", with account number XXXXX1682, and account names, HEATHER ANN TUCCI-JARRAF, HEATHER A. TUCCI-JARRAF, HEATHER A. TUCCI, HEATHER ANN TUCCI, and HEATHER ANN KREISMAN;
         vi. Duly factualized, and noticed, on July 30, 1972; and with,
       f. Full due discretion, determination, responsibility, accountability, and liability of Original, "Original Security and Guarantee"; and,
   C. Original, inclusive of Original being in Factualized Trusts, and all manifestations, thereof, therefrom,

Original Depository: **Heather Ann Tucci-Jarraf**    Governed by: Original

therein, thereto, therewith, and therefore, with complete ownership and title thereof, duly secured and noticed, in perpetuity, and facilitated by duly authorized Universal Trust custodian, specifically and particularly, inclusive of:

1. Article I.A-B, and all their sub-parts, restated; and,
2. All manifestations, inclusive of all structures, networks, and systems in existence, known and unknown, inclusive of complete ownership, title, right, and interest, of the Uniform Commercial Code, inclusive of any and all structures, networks, and systems therein, thereof, and therefrom, and any and all international, and universal equivalents, UCC record number 2000043135, dated May 4, 2000, with receipt number 36090, a perpetuity filing, and all amendments thereto, restated in entirety and incorporated by reference as if set forth in full, never rebutted, "The Perpetuity"; and,
3. Article I.C.1-2, restated, and all state of body, vehicle, utility, security, property, account, and value in existence, known and not known, and all identifiers, inclusive of name and numbers, thereof, and therefrom, duly registered and not registered therein, thereof, therefrom, and thereby, and any and all international, and universal equivalents, nunc protunc on May 4, 2000, and praeterea preterea, The Perpetuity, restated, never rebutted; and,
4. Due gift of The Perpetuity, duly made to, and accepted by, Original, in Factualized Trusts equally and respectfully, The Perpetuity, restated, and specifically and particularly, UCC record numbers 20111125781, 2011055259, 2011055260, 2012049126, 2012012675, 2012025545, 2012049126, 2012-125-1787-8, 2012012555, 2012028312, 2012012659, 2012028311, and 2012028314, all said records restated and incorporated by reference as if set forth in full, never rebutted; and,
5. DECLARATION OF COMMERCIAL CLAIM duly made, issued, registered, and noticed, inclusive of complete ownership and title of inferior treasuries, inclusive of United States Treasury, FEDERAL RESERVE BANKS, inclusive of all members, structures, networks, and systems, thereof, therefrom, and thereby, all value and property therein and therefrom, and any and all international, and universal equivalents, and all value and property therein, with sole title, as sole authority, administrator, executor, and determiner thereof, in perpetuity, for due cause, nunc pro tunc praeterea pereterea, The Perpetuity, restated, and specifically and particularly, UCC record numbers 2012079290 and 2012079322, all said records restated and incorporated by reference as if set forth in full, never rebutted, "Commercial Claim"; and,
6. Duly established and appointed Superior Custodian, and co-custodians, inclusive of all structures, networks, and systems, and any and all identifiers, accounts, vehicle, utilities, securities, properties, real-estate, value, titles, and domiciles, idem sonans, fiction and non-fiction, known and not known, registered and not registered, thereof, thereto, and therefrom, and any and all international, and universal equivalents, nunc pro tunc praeterea pereterea, The Perpetuity, restated, and specifically and particularly, UCC record number 2012094308, restated and incorporated by reference as if set forth in full, never rebutted, and duly added to the Commercial Claim; and,
7. Duly established and secured Original, inclusive of governing law, superior structure, network, and system, inclusive of Original creation value asset centers, "Original Depositories", in Factualized Trusts, with complete and sole due authorization to reconcile, utilize, and zero all accounts, using identifiers thereof, duly secured within each respective Factualized Trust, The Perpetuity, restated, and specifically and particularly, UCC record number 2012113593, restated and incorporated by reference as if set forth in full, never rebutted; and,
8. As further duly identified and noticed by DECLARATION OF FACTS, The Perpetuity, restated, and specifically and particularly, UILO/UCC record numbers 2012127914, 2012127907, 2012127854, all said records, restated and incorporated by reference as if set forth in full, never rebutted;

D. Article I.A-C, and all their sub-parts, restated, and Original being, inclusive of in Factualized Trusts, without prejudice, nunc pro tunc praeterea preterea:
   1. "Nunc pro tunc praeterea pretera" duly meaning "now for then, besides, further, hereafter"; and,
   2. "Without prejudice" duly meaning:
      a. I AM not compelled to perform under any beliefs that Original Depositories are given to believe are

**ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY**

pg. 3 of 5

true, inclusive of the guise of being non-Original, and without full responsibility, accountability, and liability; and,

    b. I DO not accept the responsibility, accountability, and liability of the compelled benefit of demand, command, commandeer, or enforcement of beliefs that Original Depositories are given to believe are true, inclusive of the guise of being non-Original, and without full responsibility, accountability, and liability; and,

    c. "Being non-Original, and without full responsibility, accountability, and liability", inclusive of claims and operations of jurisdiction, trusts, corporations, persons, contracts, agreements, treaties, constitutions, presumptions, certificates, receipts, titles, commerce, and bankruptcy, nunc pro tunc praeterea preterea; and,

II. Universal Trust, Original's duly authorized custodian and facilitator, by its local agent and facilitator, UNITED STATES, and the several "STATE OF...", "DEBTOR", was duly noticed by Original, of allegations of prejudice, inclusive of wrong doing, terminated as custodian, foreclosed, with duly made, issued, and noticed EQUITY CALL ON COMMERCIAL CLAIM, and ORDER FOR RECONCILIATION, specifically and particularly:

    A. The Paradigm Report, dated March 6, 2011, field report of preliminary investigation results and recommendations concerning veracity of allegations of prejudice, inclusive of wrong doing, by Original's duly authorized custodian and facilitator, Universal Trust, by its local facilitator and agent, UNITED STATES, and the several "STATES OF...", duly authored, issued, and noticed by lead investigator, Heather Ann Tucci-Jarraf, The Perpetuity, restated, and The Paradigm Report, restated and incorporated by reference as if set forth in full, never rebutted;

    B. February 2 and March 16, 2012, duly made issues, registrations, notices and receipts of sworn and bonded Trustees to Original, by Universal Trust's universal, global, and local facilitator and agent, "The One People's Public Trust, The Perpetuity, restated, and specifically and particularly:

        1. Heather Ann Tucci-Jarraf, UCC record numbers 2012012555 and 2012028312, all said records, restated and incorporated by reference as if set forth in full, never rebutted; and,

        2. Caleb Paul Skinner, UCC record numbers 2012012659 and 2012028311, all said records, restated and incorporated by reference as if set forth in full, never rebutted; and,

        3. Hollis Randall Hillner, UCC record number 2012028314, restated and incorporated by reference as if set forth in full, never rebutted; and,

    C. May 5, 2012, due entry of DEBTOR status of Universal Trust, by its local facilitator and agent, UNITED STATES, and the several "STATES OF...", duly made, secured, issued, and noticed, The Perpetuity, restated, and specifically and particularly, UCC record number 2012-125-1787-8, never rebutted; and,

    D. July 4, 2012, due issue of ORDER FOR FINDINGS & ACTION, ORDER FOR SUSPENSION, ORDER FOR AUDIT, and with Due Notice of Mistake, Due Notice of Insecurity, Request to Make Secure, Due Notice of Opportunity to Cure, Request to Cure, duly made and noticed, with due cancellation of authority and protections, pending audit of FEDERAL RESERVE BANKS, for due cause, inclusive of wrong doing, The Perpetuity, restated, and specifically and particularly, UCC record number 2012083304, restated and incorporated by reference as if set forth in full, never rebutted; and,

    E. Augutst 3, 2012, due issue of DUE ORDER OF SUSPENSION and ORDER OF AUDIT, for due cause, The Perpetuity, restated, and specifically and particularly, UCC record number 2012083304, restated and incorporated by reference as if set forth in full, never rebutted; and,

    F. August 15, 2012, due issue of DUE ORDER OF FINDING, with Due Notice of Default, pursuant to the findings and action of suspension and audit, The Perpetuity, restated, and specifically and particularly, UCC record number 2012086794, restated and incorporated by reference as if set forth in full, never rebutted; and,

    G. August 15, 2012, due issue of NOTICE FOR ORDER OF EQUITY CALL ON COMMERCIAL CLAIM, ORDER OF TERMINATION, ORDER OF CANCELLATION AND REVOCATION, duly made and noticed, The Perpetuity, restated, and specifically and particularly, UCC record number 2012086802, restated and incorporated by reference as if set forth in full, never rebutted; and,

Original Depository: **Heather Ann Tucci-Jarraf**    Governed by: Original

## ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY
### pg. 4 of 5

    H. August 21, 2012, due EQUITY CALL ON COMMERCIAL CLAIM and ORDER FOR RECONCILIATION, duly made, issued, and noticed, The Perpetuity, restated, and specifically and particularly, UCC record number 2012088865, restated and incorporated by reference as if set forth in full, never rebutted, and,

    I. August 21, 2012, due DEMAND FOR EQUITY ON COMMERCIAL CLAIM AND RECONCILLIATION and NOTICE OF DAMAGES, The Perpetuity, restated, and specifically and particularly, UCC record number 2012088851, restated and incorporated by reference as if set forth in full, never rebutted, specifically and particularly:

        a. FIVE BILLION, lawful money of the United States of America, pre-1933 gold and silver, EQUITY, for each Factualized Trust; and,

        b. FIVE BILLION, lawful money of the United States of America, pre-1933 gold and silver, DAMAGES, for each injured Factualized Trust;

    J. September 4, 2012, due issue of ORDER FOR RECONCILIATION FOR SUPERIOR CUSTODIAN, duly made and noticed, The Perpetuity, restated, and specifically and particularly, UCC record number 2012094309, restated and incorporated by reference as if set forth in full, never rebutted; and,

    K. September 10, 2012, due issue of DECLARATION OF TREASON, ORDER FOR RECONCILIATION, and ORDER FOR REPOSSESSION, duly made and noticed, The Perpetuity, restated, and specifically and particularly, UCC record number 2012096074, restated and incorporated by reference as if set forth in full, never rebutted; and,

III. Universal Trust, Original's duly authorized custodian and facilitator, by its global Agent and Facilitator, Bank for International Settlements, was duly canceled as custodian, foreclosed, with Commercial Bill and True Bill duly issued and received, and duly noticed of all, for due cause, The Perpetuity, restated, and specifically and particularly:

    A. October 22, 2012, Declaration of Governing Law, Superior Structure, Network, and System, inclusive of all transfer and tracking systems, duly made, issued, and noticed, The Perpetuity, restated, and specifically and particularly, UCC record number 2012113593, restated and incorporated by reference as if set forth in full, never rebutted; and,

    B. Due Notice of Mistake, Due Notice of Insecurity, Request to Make Secure, Due Notice of Opportunity to Cure, Request to Cure, The Perpetuity, restated, and specifically and particularly, UCC record number 2012114093, restated and incorporated by reference as if set forth in full, never rebutted;

    C. Due Notice of Default, Debtor Status, Commercial Bill issue, inclusive of all structures, networks, and systems, therein, thereof, and therefrom, and all property, and value therein, thereof, and therefrom, with complete ownership and title, to be duly secured and perfected, to Original, inclusive of Original being in Factualized Trusts, The Perpetuity, restated, and specifically and particularly, UCC record number, 2012114586, restated and incorporated by reference as if set forth in full, never rebutted;

    D. Due Notice of Foreclosure, and True Bill, inclusive of all structures, networks, and systems, inclusive of BANK FOR INTERNATIONAL SETTLEMENTS, and FEDERAL RESERVE BANK, therein, thereof, and therefrom, and all property, and value therein, thereof, and therefrom, with complete ownership and title, duly made, secured, noticed, and perfected, The Perpetuity, restated, and specifically and particularly, UCC record number, 2012114776, restated and incorporated by reference as if set forth in full, never rebutted;

IV. Original's former custodian and facilitator, the Universal Trust, inclusive of all its universal, global, and local branches, controllers, and overseers, was duly terminated, closed, and noticed, with all Original, inclusive of Original being in Factualized Trusts, as sole administrator and executor, having sole authority, ownership, rights, and title to all manifestations in existence, known and not known, inclusive of all currency, value, property, states of body, and facilitating structures, networks, and systems, The Perpetuity, restated, and specifically and particularly:

    A. November 28, 2012, all former prejudice to and of Original, inclusive of Original in Factualized Trusts,

Original Depository: Heather Ann Tucci-Jarraf      Governed by: Original

## ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY
### pg. 5 of 5

duly declared, arrested, canceled, foreclosed, billed and invoiced, and noticed, for due cause, The Perpetuity, restated, and specifically and particularly, DECLARATION OF FACTS, restated; and

B. December 10, 2012, AFFIDAVIT OF FULL PERFORMANCE, DECLARATION OF CERTIFICATE OF SATISFACTION, AND DECLARATION OF ORDER, duly made, issued, and noticed, The Perpetuity, restated, and specifically and particularly, UCC record number 2012132883, restated and incorporated by reference as if set forth in full, never rebutted; and,

C. March 18, 2013, Universal Trust, duly terminated, closed, and noticed, for due cause, The Perpetuity, restated, and specifically and particularly, UCC record number 2013032035, restated and incorporated by reference as if set forth in full, never rebutted; and,

V. Articles I-IV, restated here in entirety, and Original, instantly and completely duly reconciled, balanced, and settled, by Original "Original Clearing and Settlement", in perpetuity, with full due discretion, determination, responsibility, accountability, and liability of Original, without prejudice, nunc pro tunc praeterea preterea;

A. "Original Clearing and Settlement" duly meaning "due assessment, adjustment, balance, and transition of particular essences and signatures to Original, in perpetuity, for further due Original Issue by Original"; and,

B. "Transition" being, inclusive of termination of Original Depositories and Issues, inclusive of "being non-Original, and without full responsibility, accountability, and liability", form, and device, that controls and directs Original Currency and Value, inclusive of magnetic, frequential, vibrational, and energetic creation, expression, and benefits of experience therefrom, for further due Original Issue by Original, in perpetuity; duly done by,

C. Original's due coordinated cooperation of Original Currency and Value, Limitless Value, Depositories, Deposits, and Issues, inclusive of:

1. Original Depositories "being non-Original, and without full responsibility, accountability, and liability"; and,

2. Form, and device, that controls and directs Original Currency and Value, inclusive of magnetic, frequential, vibrational, and energetic creation, expression, and benefits of experience therefrom, in perpetuity; and,

D. Duly noticed by Original, "Original Notices", in perpetuity, inclusive of:

1. Due utilization of Original Limitless Value by Original, inclusive of through Original Depositories, with full responsibility, accountability, liability, and the sole due discretion and determination of Original, in perpetuity; and,

2. Original Depository to Original Depository, "OD2OD", without prejudice, nunc pro tunc praetera preterea, "Original Transfers", in perpetuity; inclusive of,

3. OD2OD, duly done and noticed by Original Depositories, in complete awareness, transparency, and context of being Original and doing as Original, without prejudice, praeterea preterea, "Original Network", in perpetuity; and,

VI. This ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY, together with all record numbers identified herein, restated, constitutes lawful origin, title, and underwriting, of sole ownership, rights, and interests of Original, inclusive of Original being in Factualized Trusts, "Title", "Underwriting", "Origin of Funds", and "History of Funds"; and,

VII. By and with the due power of all I AM, without prejudice, nunc pro tunc, praeterea preterea, in perpetuity, this ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY, is duly made, issued, confirmed, verified, secured, reconfirmed, ratified and noticed, and it is true, accurate, and complete, for all to rely upon.

Sworn and subscribed before me on July 11, 2017.   RJ Alcantara

Original, Heather Ann Tucci-Jarraf

RITA J. ALCANTARA
Notary Public, State of Texas
My Commission Expires
July 07, 2018

commiss, a # 12987633-9

Original Depository: **Heather Ann Tucci-Jarraf**          Governed by: Original

# ANNEX 3

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 3** | The Perpetuity, UCC record number 2000043135, with receipt number 36090, inclusive of record numbers 2011055259, 2011055260 and 2011125781 | 1 - 12 |

Pg. 1 *of* 1

Do ▪ THIS SPACE FOR USE OF FILING OFFICER
2008043135

**FINANCING STATEMENT** — FOLLOW INSTRUCTIONS CAREFULLY
This Financing Statement is presented for filing pursuant to the Uniform Commercial Code
and will remain effective, with certain exceptions, for 5 years from date of filing.

| A. NAME & TEL. # OF CONTACT AT FILER (optional) | B. FILING OFFICE ACCT. # (optional) |
|---|---|
| Charles C Miller | |

C. RETURN COPY TO: (Name and Mailing Address)

Charles C. Miller
c/o 4425 West 26th Avenue
Denver, Colorado 80212

| D. OPTIONAL DESIGNATION (if applicable): | LESSOR/LESSEE | CONSIGNOR/CONSIGNEE | NON-UCC FILING |
|---|---|---|---|

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b)

1a. ENTITY'S NAME
OR  CHARLES C. MILLER[an artificial person & legal fiction]

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 1c. MAILING ADDRESS [domicile by opera- tion of law] | CITY Billings | STATE MT | COUNTRY USA | POSTAL CODE 59101 |
|---|---|---|---|---|
| 2900 4th Ave, N | | | | |

| 1d. S.S. OR TAX I.D.# 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 | OPTIONAL ADD'NL INFO RE ENTITY DEBTOR | 1e. TYPE OF ENTITY Artif'l Per'n | 1f. ENTITY'S STATE OR COUNTRY OF ORGANIZATION  USA | 1g. ENTITY'S ORGANIZATIONAL I.D.#, if any 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 | NONE |
|---|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b)

2a. ENTITY'S NAME
OR  CHARLES C. MILLER d/b/a CHARLES C. MILLER

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 2c. MAILING ADDRESS [domicile by opera- tion of law] | CITY Billings | STATE MT | COUNTRY USA | POSTAL CODE 59101 |
|---|---|---|---|---|
| 2900 4th Ave, N | | | | |

| 2d. S.S. OR TAX I.D.# 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 | OPTIONAL ADD'NL INFO RE ENTITY DEBTOR | 2e. TYPE OF ENTITY Artif'l Per'n | 2f. ENTITY'S STATE OR COUNTRY OF ORGANIZATION  USA | 2g. ENTITY'S ORGANIZATIONAL I.D.#, if any 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 | NONE |
|---|---|---|---|---|---|

3. SECURED PARTY'S (ORIGINAL S/P or ITS TOTAL ASSIGNEE) EXACT FULL LEGAL NAME - insert only one secured party name (3a or 3b)

3a. ENTITY'S NAME
OR

| 3b. INDIVIDUAL'S LAST NAME Miller | FIRST NAME Charles | MIDDLE NAME C(initial only) | SUFFIX |
|---|---|---|---|

| 3c. MAILING ADDRESS 4425 West 26th Avenue | CITY Denver | STATE Colorado | COUNTRY USA | POSTAL CODE [80212 |
|---|---|---|---|---|

4. This FINANCING STATEMENT covers the following types or items of property:

Owner of Record: Charles C(initial only) Miller
c/o 4425 West 26th Avenue
Denver, Colorado [80212]
Entry of the Debtor in and on the Commercial Registry(Record), inclusive of
any capacity as construed transmitting utility, and ALL other property[ies]
(chattels, goods):

| Certificate of Birth: Charles C. Miller, Born - State of Wyoming|
Hot Springs County, November 26, 1949|
(Birth Doc. No.: File 1949/Reg. No. 6343-A)|

[continued at Page 2]

| 5. CHECK BOX (if applicable) | This FINANCING STATEMENT is signed by the Secured Party instead of the Debtor to perfect a security interest (a) in collateral already subject to a security interest in another jurisdiction when it was brought into this state, or when the debtor's location was changed to this state, or (b) in accordance with other statutory provisions (additional data may be required) | 7. If filed in Florida (check one) Documentary Documentary stamp stamp tax paid tax not applicable |
|---|---|---|

| 6. REQUIRED SIGNATURE(S) | 8. This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS Attach Addendum (if applicable) |
|---|---|
| DEBTOR: CHARLES C. MILLER, Accmd'tg Party | 9. Check to REQUEST SEARCH CERTIFICATE(S) on Debtor(s) (ADDITIONAL FEE) (optional) All Debtors Debtor 1 Debtor 2 |
| SECURED PARTY: Charles C. Miller | ORDER FROM... |

```
1    [continued - Page 2] UCC-1 Debtor: CHARLES C. MILLER
                                CHARLES C. MILLER d/b/a CHARLES C. MILLER
2                     Secured Party: Charles C(initial only) Miller

3    ─────────────────────────────────────────────────────────────

4    | Employer Identification Number: 516-580475|

5    | Treasury Direct Deposit Account Number: 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|

6    | Notice Posted Account Number: Z 277 480 473|

7    | UNITED STATES MARSHALS Number: 61721065|

8    | Res/Identifier/Idem Sonan: CHARLES C. MILLER|

9    | ALL identifiers, abbreviations, idem sonans(not described ante), or other|
       forms legal and commercial, debt or equity security(ies) in any form,|
10     credit or debit accounts and balances, beneficial interests(divided or|
       undivided), or any other res bearing the res identifier(or any equivalent|
11     thereof: CHARLES C. MILLER|

12   | ALL debentures, accounts, pledges, convenants, contracts, signatures,|
       hypothecations or other property(ies)(inclusive of all chattels) declared|
13     seized, NUNC PRO TUNC|

14   | ALL claims registered, unregistered, legal, equitable, political,|
       commercial, statutory, administrative, ecclesiastical, personal, private,|
15     public, quasi-public, or any other form of any other forum state are|
       hereby and herewith DISCHARGED[UCC §3-601], NUNC PRO TUNC, FOR CAUSE|
16     [UCC 3-501] of bad faith absent proof exhibiting indorsement by the|
       Debtor stipulating specific plenary knowledge of consent to ALL material|
17     facts related to claims. In particular issues governed by Admiralty/Maritime
       jurisprudence and jurisdiction(s) causing penalty, fine, or forfeiture|
18     of any kind or nature claimed against the Debtor|

19   | Holder-In-Due-Course Secured Party claims plenary unimpaired use of Debtor|
       the artificial person, CHARLES C. MILLER|

20

21   ALL property(ies)(inclusive of all chattels) are accepted for value as evidenc
       of debt exempt from levy pursuant to the notoriously published|
22   House of Representatives[USA] Joint Resolution[HJR] 192, March 6, 1933, and|
       ALL appointed powers(disclosed & undisclosed) RELEASED and SEIZED, and|
23   ANY/ALL attachments in the nature of or form of Uniform Commercial Code[UCC]|
       §10-104, and the Order[s] therefrom are RELEASED to Debtor including but not|
24   limited to Record Owner['s] 'Name & Title'. Record Owner is not guarantor|
       for or to any other account, by explicit reservation, hereby Holder-In-Due-|
25   Course[Record Owner] Notice To Trustee/Fiduciary plenary standing to|
       Trust Grantor by Posted Notice Account Number: Z 277 480 473.***

26

27   /  /

28                          [Page 2]
```

1   [continued - Page  ]  UCC-1 Debtor:   CHARLES C. MILLER[an artificial per

2                                   Secured Party: Charles C (initial only) Mille

3                                   Other I.D.:

4   _____

                            **ADDENDUM OF LAW & PRESUMPTIONS**

5   [1] Secured Party[1],   **Charles C. Miller**      , declares and notices
         acceptance of the Uniform Commercial Code[UCC] commercial registry as
6        'Public Law' as published reserving herein and herewith ALL rights
         embodied therein and emanating therefrom, with specificity pursuant to
7        the District of Columbia Code, Public Law 88-243, Title 28:§1-103,
         §1-105, and §1-207, or apposite venue Republic Union State or municipal
8        corporate 'STATE OF . . .' registry juxtapositioned reference of the
         adopted Uniform Commercial Code[UCC] in that venue and jurisprudence
9        thereof;

10  [2] Secured Party,   **Charles C. Miller**        , acting in good faith and
         unimpaired plenary capacity as Grantor and Beneficiary of the Original
11       Jurisdiction, accepts tender of this commercial registry, known as the
         Uniform Commercial Code[UCC], Public Law[s] 88-243 and 88-244, as pledge
12       by the 'UNITED STATES GOVERNMENT' and/or the sovereign Republic Union
         State, and/or the municipal corporate 'STATE OF . . .', as apposite, for
13       the international Law of Merchant 'transfer' of said registry, et seq,
         presumptively being confirmatory constitution and cognizable condition
14       precedent of due process of law by notice of facts, conspicuous notice,
         controlling ALL commercial, legal, and political engagements of consequence;

15

16  [3] Commercial registry is accepted for common, generic, general application
         and use pursuant to covenanted, contracted rules, codes, and provisions
17       therewith effectuating controlling parameters and conditions precedent which
         define and impinge upon the legal association between noticed, consensual
18       proper parties;

19  [4] Secured Party[ies] functions and administers within presumptions that
         Act[s] of Congress, Assembled, in and for The United States of America
20       as 'Public Law', de facto or de jure, are, in fact, 'Public Law' for
         'private use' by and through a lawful purchase money agreement as perfected
21       pursuant to and within duly published codified law, regulation[s], and
         apposite policy notoriously published for public knowledge, legal effect,
22       and general application;

23  [5] Principles of the governing conditions precedent irrefragably in and by
         international law, the Law of Nations, the Law of Merchant, national and
24       state constitutions, substantiate and validate the private contract between
         proper parties transacting plenarily in unimpaired capacity[ies], or in the
25       alternative, in the presence of fully disclosed material facts inclusive
         of any impairment(s) whatsoever, duly noted, accepted, and effectuated pur-
26       suant to law as apposite and applicable, in fact, constitutes the most
         fundamental historical law, and further, contemporaneously is supercedas
27       of other law forms unless irrefragably defeated, counteracted[**continued**]

28                               [Page  3 ]

1    [continued — Page   ] UCC-1 **Debtor:** CHARLES C. MILLER[an artificial per'

2                      **Secured Party:** Charles C(initial only) Mille

3                      **Other I.D.:**

4    [5](continued) or otherwise with specificity superceded by consensual private
5    law or lawful agreement being substantively conspicuous and duly noticed. Said jurisprudence, commercial law et seq, is acknowledged and effectuated
6    by and through Republic Union State[s], sovereigns, and/or municipal corporate 'STATE[s]OF . . .', and/or the District of Colubia Code as the
7    'Uniform Commercial Code[UCC]', same having been formulated and ensconced by the American Law Institute, The National Conference On Uniform Laws
8    and duly enacted and incorporated within the municipal corporate law of the Republic Union State[s], and/or the municipal corporate 'STATE OF . . .',
9    and/or the District of Columbia as evidenced by Public Law 88-243 and 88-244, December 30, 1963(unless previously adopted), found within said
10   codification at District of Columbia Code Title 28, et seq;

11   [6] Thereby, the Uniform Commercial Code[UCC] is accepted as tendered for
12   private use of 'Public Law' giving foundation, substance, force and effect to lawful plenary enforcement of Common Law, Equity, and Admiralty/Maritime
13   justiciable juridicial jurisdiction, venue fiats and directives, each individually and collectively notoriously published, duly accepted, effi-
14   cacious in International Law by the Constitution[in and] for the United States of America. Purchased use of commercial registry[the UCC] is herein
15   stipulated to be in nature and form of action-in-rem, summary process standing unimpeached or impaired absent debtor or proper party possessing
16   and presenting claims against debtor properly registering counterclaim to discharge as entered herewith;

17   [7] Secured Party reserves right to amend, enhance, delete, or otherwise
18   supercede the provisions, covenants(implied, constructive or actual), and construed conditions precedent proffered and incorporated herein and herewitl
19   Set definition of terms subjected to question or misapplication will be determined by Grantor status party;

20   [8] Any objection, rebuttal, or counterclaim to this registered document or
21   any portion thereof must be tendered to the Secured Party within twenty(20) days. If no such objection, rebuttal, or counterclaim is timely tendered,
22   it is presumptive that the information, claims, statement of chattel(s), provisions, covenants(implied, constructive or actual), and construed condi-
23   tions precedent are accepted, and any objection, rejection, rebuttal, or counterclaim is waived, without recourse, absent compelling codification(s)
24   to the contrary.

25

26   1/ 'Secured Party' — See: District of Columbia Code, Title 28:§1-201(37)(a),
27              §5-116(2), and §9-105.
     ***

28                         [Page 4 ]

Book:           --- .... ......
Pages:    --
Filed & Recorded
    05/04/00  09:12:07 AM
HENRY M. TERRELL
RECORDER OF DEEDS
WASHINGTON D.C. RECORDER OF DEEDS
  SURCHARGE        $      5.00
  RECORDING        $     25.00

Receipt# 36090

---------------------------------

HENRY M. TERRELL
RECORDER OF DEEDS
WASHINGTON D.C. RECORDER OF DEEDS
515 D STREET NW
SUITE 202
WASHINGTON, DC
20001-
(202) 727-5374

---------------------------------

Doc# 2000043135     Pgs: 4
    SURCHARGE                    $         5.00
    RECORDING                    $        25.00


Total                           $        30.00
Check Amt. Tendered             $        30.00
Change Due                      $         0.00
Balance                         $         0.00

---------------------------------

    Check Number                      Amount
    85663205032             $        30.00

---------------------------------

Client Name GENERAL PUBLIC
05/04/2000 09:12:07 AM

Cashier: CASHIER4

```
Doc# : 2011055259
Page 1 of 2
Date: 05/17/2011   12:25AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
LARRY TODD
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING       $      5.00
  ERECORD          $     15.00
  ESURCHARGE       $      6.50
```

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
CHARLES C c/o  MILLER  2533261010

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

c/o  MILLER, CHARLES C

AUBURN, WA 98002

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
2000043135 - 05-04-2000

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☒ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME

OR  6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME
THE UNITED STATES OF AMERICA

OR  7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS                    | CITY        | STATE | POSTAL CODE | COUNTRY
700 Pennsylvania Avenue, NW            | Washington  | DC    | 20408-0001  | UNITED STATE

7d. TAX ID #  SSN OR EIN | ADD'L INFO RE | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any
unknown                  | ORGANIZATION DEBTOR | Public Trust | States in Union | unknown | ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☒ assigned.

Collateral.  All property(ies) (inclusive of all chattels) duly accepted
for value as evidence of debt; identified May 4, 2000, 09:12:07am, file no
2000043135 assigned for full use, right, title, interest to the Public Trust
Perpetuity, 1781, The United States of America, constructed beginning 04
July 1776 as declared by The One People via NOTICE BEFORE ALL THE WORLD, the
unanimous Declaration of thirteen united States of America, never
protested, inclusive and in particular Public Law(s) 88-243, 88-244, pages
[3] [4], paragraphs[1J thru {8}]; perfected contract file no: 2011051842,
nunc pro tunc November 26, 1949; Secured Party as a Grantor, Bailor,

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Terminator authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME

OR  9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
MILLER                         | CHARLES    | C:

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

```
Doc# : 2011055259
Page 2 of 2
Date: 05/17/2011   12:25AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
LARRY TODD
Doc Type: EFINANCING
```

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

RECORDER OF DEEDS

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| Doc Type: EFINANCING | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| ERECORD | $ | 15.00 |
| ESURCHARGE | $ | 6.50 |

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| MILLER | CHARLES | C: |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

```
-----------------------------
Additional collateral info
-----------------------------
Beneficiary to, for, all political powers administered by legitimate
governments constructed by The One People inclusive of services and goods
providers in the nature of government of any nature, kind, or construction;

Assignment conditions: (1) Assignee under acting Trustees known to Assignor

will develop and implement protocols and procedures for settlement of all
disputes and settlements related to documents, collateral(s), assets,
values
or properties registered under UCC with position reserved to Assignor as
final arbiter to all dispute resolutions or settlements; (2) use of
assignment understood and agreed to be for the ultimate benefit of the
Creditors, Bailors, Grantors, Beneficiaries, The One People, to, for, of
original jurisdictions constructed political bodies beginning 04 July 1776

under the unanimous Declaration of the thirteen united States of America,
subsequent state constitutions, 1781 Articles of Confederation, its
perpetuity The United States of America and administrative forum thereto,
the Constitution of the United States of America 1791 as altered 1861 to
executive branch trust; (3) Any and all assets held under U.C.C.
registration, absent reservation specific, shall be considered asset for
Treasury of The Public Trust subject to current Trustees thereto, in
administration, pending operating governmental structures serving the
original organic law of The One People being re-established and operations

with Integrity, Responsibility, and Transparency, in open public forums.
Assignor Charles C: Miller, natural man, is corrected above due to
automated
filing systems altering original capacity(ies) and standing(s), correction

The United States of America 1781 construction, original national state
assignee.
-----------------------------
-----------------------------
Debtor names added for indexing
-----------------------------
CHARLES C MILLER ( AN ARTIFICIAL PERSON & LEGAL FICTION)
```

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2011055260
Page 1 of 2
Date: 05/17/2011   12:35AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
LARRY TODD
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| ERECORD | $ | 15.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
CHARLES C c/o  MILLER  2533261010

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

c/o  MILLER, CHARLES C

AUBURN, WA 98002

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
2011051841 - 05/07/2011

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☒ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address. Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME
THE UNITED STATES OF AMERICA

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 700 Pennsylvania Avenue, NW | Washington | DC | 20408-0001 | UNITED STATE |

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| unknown | ORGANIZATION DEBTOR | Public Trust | States in Union | unknown | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☒ assigned.

Collateral.  Intellectual Property secured May 7, 2011, file no. Doc #2011051841, evidence of debt assigned for full use, right, title, interest to the Public Trust Perpetuity, 1781, The United States of America, constructed beginning 04 July 1776 as declared by The One People via NOTICE BEFORE ALL THE WORLD, the unanimous Declaration of thirteen united States of America, never protested, inclusive and in particular Public Law(s) 88-243, 88-244, pages [3] [4], paragraphs[1J thru {8}]; perfected contract file no: 2011051842, nunc pro tunc November 26, 1949; Secured Party as a Grantor, Bailor, Beneficiary to, for, all political powers administered by

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Terminator authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME

| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| MILLER | CHARLES | C: | |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2011055260
Page 2 of 2
Date: 05/17/2011    12:35AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
LARRY TODD
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $     5.00
  ERECORD             $    15.00
  ESURCHARGE          $     6.50

### UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2011051841

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| MILLER | CHARLES | C: |

13 Use this space for additional information

THIS ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---------------------------
Additional collateral info
---------------------------
legitimate governments constructed by The One People inclusive of services

and goods providers in the nature of government of any nature, kind, or
construction; Assignment conditions: (1) Assignee under acting Trustees
known to Assignor will develop and implement protocols and procedures for
settlement of all disputes and settlements related to documents,
collateral(s), assets, values or properties registered under UCC with
position reserved to Assignor as final arbiter to all dispute resolutions
or
settlements; (2) use of assignment understood and agreed to be for the
ultimate benefit of the Creditors, Bailors, Grantors, Beneficiaries, The
One
People, to, for, of original jurisdictions constructed political bodies
beginning 04 July 1776 under the unanimous Declaration of the thirteen
united States of America, subsequent state constitutions, 1781 Articles of

Confederation, its perpetuity The United States of America and
administrative forum thereto, the Constitution of the United States of
America 1791 as altered 1861 to executive branch trust; (3) Any and all
assets held under U.C.C. registration, absent reservation specific, shall
be
considered asset for Treasury of The Public Trust subject to current
Trustees thereto, in administration, pending operating governmental
structures serving the original organic law of The One People being
re-established and operations with Integrity, Responsibility, and
Transparency, in open public forums. Assignor Charles C: Miller, natural
man, is corrected above due to automated filing systems altering original
capacity(ies) and standing(s), correction assignee The United States of
America 1781, the original States in national union.
---------------------------
---------------------------------
Debtor names added for indexing
---------------------------------
UNITED STATES FEDERAL CORPORATION
UNITED STATES TREASURY

FILING OFFICE COPY—NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV 07/29/98)

Doc# : 2011125781
Page 1 of 2
Date: 12/20/2011   12:21AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
LARRY TODD
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $      5.00
  ERECORD             $     15.00
  ESURCHARGE          $      6.50

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Charles C: Miller   253-326-1010

B. SEND ACKNOWLEDGMENT TO  (Name and Address)

Miller, Charles C:

Auburn, WA 98002

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | |
|---|---|
| 2000043135 - 05/05/2000 | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☒ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:
   6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
   7a. ORGANIZATION'S NAME
   THE UNITED STATES OF AMERICA

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| General Delivery | Washington | DC | NONE | UNITED STATES |

| 7d. TAX ID #:  SSN OR EIN | ADD'L INFO RE | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | |
|---|---|---|---|---|---|
| unknown | ORGANIZATION DEBTOR | Trust | Public/People's | unknown | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☒ assigned.

Secured Party, Charles C: Miller, under financing statement, Receipt #
36090, Doc # 2000043135, May 4, 2000, assigns full right, title, and
interest to Commercial Registry, Uniform Commercial Code, PL 88-243, 77 stat
630 to the One Peoples Public Trust 1776 for full ownership by the One
People, Beneficiaries to the Original Political States constructed to serve
the One People, the grantors, bailors of all governmental powers operating
on the soil of The United States of America, perpetual Union of States
under Confederation 1781, with additional equal footing states ratified
under 1 stat 51 the Northwest Ordinance, 1787,  whereby the One People in

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.
   9a. ORGANIZATION'S NAME

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX
   MILLER | CHARLES | C: |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2011125781
Page 2 of 2
Date: 12/20/2011   12:21AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
LARRY TODD
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| ERECORD | $ | 15.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
12a. ORGANIZATION'S NAME

OR
12b. INDIVIDUAL'S LAST NAME: MILLER   FIRST NAME: CHARLES   MIDDLE NAME,SUFFIX: C:

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

```
----------------------------
Additional collateral info
----------------------------
general and Charles C: Miller in particular, are the Creditors to and for
any and all governmental powers , original or derivative, Secured Party
reserving supervisory and settlement officer position administration for
good faith and clean hands operation of public property as required of
Trustee to and for the One Peoples Public Trust 1776.
----------------------------
----------------------------
Debtor names added for indexing
----------------------------
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
```

# ANNEX 4

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|---|---|---|
| **Annex 4** | UCC record number 2012049126 | 1 - 2 |

Pg. 1 *of* 1

Doc# : 2012049126
Date: 05/04/2012   8:18PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
    PROCESSING        $     5.00
    E-RECORD          $    25.00
    ESURCHARGE        $     6.50

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 05-04-2000

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**
**6a. ORGANIZATION'S NAME**

OR

**6b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX**

**7. CHANGED (NEW) OR ADDED INFORMATION:**
**7a. ORGANIZATION'S NAME**
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]

OR

**7b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX**

**7c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY**

**7d. TAX ID #: SSN OR EIN** | **ADD'L INFO RE ORGANIZATION DEBTOR** | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID #, if any** | ☐ NONE

**8. AMENDMENT (COLLATERAL CHANGE): check only one box.**
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

NUNC PRO TUNC, PRAETEREA PRETEREA:  Additional Debtor in and on the Commercial Registry (Record), inclusive of any capacity as construed tran$mitting tility, and ALL other property[ties] (inclusive of chattels, goods):  UNITED STATES and 'STATE OF . . .' of the several states of the Union, inclusive of United States Government and 'State of . . .' Government(s), in all its forms, definition as stated in WA UCC File No. 2012-125-1787-8, May 4, 2012, 11:51:00 AM, original written instrument of restatement and ratification of OWNER OF RECORD, indefeasible title and ownership of Secured Party, The United States of America, The One People's

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.
**9a. ORGANIZATION'S NAME**
THE UNITED STATES OF AMERICA, A PUBLIC TRUST

OR

**9b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX**

**10. OPTIONAL FILER REFERENCE DATA**
all rights reserved and without prejudice /s/Heather Ann Tucci-Jarraf as Trustee

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012049126
Date: 05/04/2012   8:18PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
   2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
   12a. ORGANIZATION'S NAME
   THE UNITED STATES OF AMERICA, A PUBLIC TRUST

OR  12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

```
-------------------------
Additional collateral info
-------------------------
```

Public Trust 1776, a public trust (the Public Trust), for its Beneficiaries

serving the ''People''; All referenced Documents, Filings, Files and
Instruments identified above, therein, and thereto, restated and
incorporated in their entirety herein as if set forth in full, duly secured

and recorded by amendment of perpetuity filing UCC Doc. # 2000043135, May
4, 2000, Receipt #36090, held in the Public Trust, further published on
www.peoplestrust1776.org, constituting OPEN AND NOTORIOUS NOTICE FOR ALL
THE
WORLD TO RELY UPON.

The United States of America, The Public Trust 1776, a public trust,
Secured Party, corrected due to automated registry filing altering
capacity[ties] and standing[s].
```
-------------------------
-------------------------
Debtor names added for indexing
-------------------------
```

CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
UNITED STATES
'STATE OF . . .' OF THE SEVERAL STATES OF THE UNION

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

# ANNEX 5

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 5** | UCC record number 2012012675 | 1 - 2 |

Pg. 1 *of* 1

Doc# : 2012012675

Date: 02/06/2012    9:31PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Heather Ann Tucci-Jarraf   2535094597

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Heather Ann Tucci-Jarraf   (253) 509-4597

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME

OR 1b. INDIVIDUAL'S LAST NAME: MILLER | FIRST NAME: CHARLES | MIDDLE NAME: C (INIT'L) | SUFFIX

1c. MAILING ADDRESS: 1402 Auburn Way N. #416 | CITY: Auburn | STATE: WA | POSTAL CODE: 98002-3384 | COUNTRY: UNITED STATES

1d. TAX ID #: SSN OR EIN: unknown | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: natural person | 1f. JURISDICTION OF ORGANIZATION: public/people's | 1g. ORGANIZATIONAL ID #, if any: unknown | ☐ NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b) | ☐ NONE

3a. ORGANIZATION'S NAME: THE UNITED STATES OF AMERICA [PUBLIC TRUST, 1776]

OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

3c. MAILING ADDRESS: general delivery | CITY: washington | STATE: DC | POSTAL CODE: NONE | COUNTRY: UNITED STATES

4. This FINANCING STATEMENT covers the following collateral:

Private ownership of full right, title, interest and ownership, to Commercial Registry, Uniform Commercial Code, PL 88-243, 77 stat 630, duly secured by Charles C. Miller, under receipt # 36090, Doc # 2000043135, May 4, 2000, duly executed by original instrument with original signature and seal of Grantor, Charles C: Miller, gifted to the One People, Grantee, and recorded by assignment under Doc # 20111125781 by Grantor, on December 20, 2011, with actual transfer of original instrument of gift to Grantee, duly accepted by Grantee, specifically Heather Ann Tucci-Jarraf, a natural person, One of the One People, domicil by choice on the state of Washington, from the date of issuance, December 20, 2011; actual original instrument of gift held in custody by duly bonded Trustee of the One People's Public Trust 1776, The United States of America, from date of transfer, December

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA
BONDED CUSTODIAN TRUSTEE HATJ

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

Doc# : 2012012675
Page 1 of 1
Date: 02/06/2012    9:31PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

    PROCESSING              $      5.00
    E-RECORD                $     25.00
    ESURCHARGE              $      6.50

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| MILLER | CHARLES | C (INIT'L |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 11d. TAX ID #:   SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|

**12.** ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)     ☐ NONE

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

20, 2011; bond duly secured under Doc. #2012012555.

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

# ANNEX 6

**Case No. 1:17 mj-531**

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 6** | UCC record number 2012025545 | 1 - 2 |

Pg. 1 *of* 1

Doc# : 2012025545
Date: 03/12/2012    12:09PM
Filed & Recorded in
Official Records in
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING             $      5.00
   E-RECORD                $    25.00
   ESURCHARGE           $     6.50

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 5 May 2000

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

**6a. ORGANIZATION'S NAME**

OR **6b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX**

**7. CHANGED (NEW) OR ADDED INFORMATION:**

**7a. ORGANIZATION'S NAME**

OR **7b. INDIVIDUAL'S LAST NAME**
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION] | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX**

**7c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY**

**7d. TAX ID #: SSN OR EIN** | **ADD'L INFO RE ORGANIZATION DEBTOR** | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID #, if any** | ☐ NONE

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

Private ownership of full right, title, interest and ownership to Commercial Registry, Uniform Commercial Code, PL 88-243, 77 stat 630, duly secured by Charles C. Miller, under UCC financing statement Doc # 2000043135, May 4, 2000, 09:12:07 AM, Receipt # 36090 (the Perpetuity Filing), duly gifted by Original Instrument with original signature and seal of Grantor, Charles C: Miller, to the One People, Grantee, and duly recorded by assignment under Doc #'s 20111125781, December 20, 2011, # 2011055259 and #2011055260, May 17, 2011, and # 2011051841, May 7, 2011, with any and all Doc #s stated therein, (all restated and incorporated

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

**9a. ORGANIZATION'S NAME**
THE UNITED STATES OF AMERICA, A PUBLIC TRUST

OR **9b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX**

**10. OPTIONAL FILER REFERENCE DATA**
ALL RIGHTS RESERVED AND WITHOUT PREJUDICE UCC 1-308

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012025545
Date: 03/12/2012   12:09PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | | |
|---|---|---|
| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) | | PROCESSING          $      5.00 |
| 2000043135 | | E-RECORD            $     25.00 |
| 12. NAME of PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form) | | ESURCHARGE          $      6.50 |

12a. ORGANIZATION'S NAME
OR   THE UNITED STATES OF AMERICA, A PUBLIC TRUST

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

----------------------------
Additional collateral info
----------------------------

herein by reference as if set forth in full (Original Instrument of
Gift);  Actual transfer of Original Instrument of Gift to Grantee, duly
accepted by Grantee in general and Heather Ann Tucci-Jarraf, in particular,

a natural person, One of the One People, domicil by choice on the state of

Washington, from date of issuance and transfer, December 20, 2011; Original

Instrument of Gift held in Trust of the One People''s Public Trust, 1776,
The United States of America, a public trust, with physical custody of said

Original Instrument of Gift held by its duly bonded Trustees and published

at www.peoplestrust1776.org for all the World to rely upon; UCC filing no.

2012012675 holding tank, February 6, 2012, incorporated by reference
herein with established chain of title and ownership now effectively
transferred under the Perpetuity Filing; With Truth, Integrity,
Responsibility, Accountability, and Transparency; All rights reserved and
without prejudice UCC 1-308, /s/ Caleb Paul Skinner, /s/ Heather Ann
Tucci-Jarraf, /s/ Hollis Randall Hillner, duly bonded Trustees.

The United States of America 1781 construction, original national state, a

public trust, is corrected above due to automated filing systems altering
original capacity(ties) and standing(s)

---------------------------
-------------------------------
Debtor names added for indexing
-------------------------------
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

# ANNEX 7

**Case No. 1:17 mj-531**

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 7** | UCC record number 2012-125-1787-8 | 1 - 16 |

Pg. 1 *of* 1

▬▬▬▬▬▬▬▬▬▬

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Heather Ann Tucci-Jarraf as Trustee 2535094597

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Heather Ann Tucci-Jarraf as Trustee 2535094597
The United States of America, The One People's
Public Trust 1776, a public trust
c/o 513 25th Ave NW
Gig Harbor WA USA 98335

**Date of Filing : 05/04/2012**
**Time of Filing : 11:51:00 AM**
**File Number   : 2012-125-1787-8**
**Lapse Date    : 05/04/2017**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| **UNITED STATES** | | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| **1500 PENNSYLVANIA AVENUE NW** | | **WASHINGTON** | **DC** | **20500** | **USA** |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION **LEGAL FICTION** | 1f. JURISDICTION OF ORGANIZATION **The People's Jurisdiction** | 1g. ORGANIZATIONAL ID # if any **UNKNOWN** | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2a) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| **'STATE OF. . .' of the severl states of the Union** | | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| **c/o 1500 PENNSYLVANIA AVENUE NW** | | **WASHINGTON** | **DC** | **20500** | **USA** |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION **LEGAL FICTIONS** | 2f. JURISDICTION OF ORGANIZATION **The People's Jurisdiction** | 2g. ORGANIZATIONAL ID # if any **UNKNOWN** | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| **The United States of America, a public trust** | | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | | CITY **Washington** | STATE **DC** | POSTAL CODE | COUNTRY **USA** |

4. This FINANCING STATEMENT covers the following collateral:

**ORIGINAL WRITTEN AND DULY EXECUTED INSTRUMENT OF Entry of Debtor in and on the Commercial Registry (Record), inclusive of any capacity as construed tran$mitting Utility, and ALL other property[ies] (inclusive of chattels, goods), NUNC PRO TUNC, PRAETEREA PRETEREA: UNITED STATES and "STATE OF . . ." of the several states of the Union, inclusive of United Sates Government and "State of . . ." Government(s), dated May 3, 2012, with registration number 12050420001205042012, AS POSTED IN FULL TEXT AND FORMAT AT www.peoplestrust1776.org, governs, duly**

| 5. ALTERNATIVE DESIGNATION (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   (if applicable) | | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] | | ☐ All Debtors | ☐ Debtor 1 ☐ Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |

The United States of America, The One People's Public Trust 1776, a public trust, Secured Party

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02) International Association of Commercial Administrators (IACA)

I

## UCC FINANCING STATEMENT **ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a ORGANIZATION'S NAME

OR **UNITED STATES**

| 9b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME SUFFIX |
|---|---|---|

10. MISCELLANEOUS:
**all rights reserved without prejudice.**

**Date of Filing : 05/04/2012**
**Time of Filing : 11:51:00 AM**
**File Number   : 2012-125-1787-8**
**Lapse Date    : 05/04/2017**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

11a ORGANIZATION'S NAME

OR

| 11b INDIVIDUAL'S LAST NAME | | | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|---|---|
| 11c MAILING ADDRESS | | | CITY | STATE | POSTAL CODE | COUNTRY |
| 11d SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e TYPE OF ORGANIZATION | 11f JURISDICTION OF ORGANIZATION | 11g ORGANIZATIONAL ID # if any | | NONE |

12. ADDITIONAL SECURED PARTY'S or ASSIGNOR S/P'S NAME - insert only one name (12a or 12a)

12a ORGANIZATION'S NAME

OR

| 12b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| 12c MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral or is filed as a ☐ fixture filing

14. Description of real estate

16. Additional collateral description

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest)

17. Check only if applicable and check only one box

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box

☐ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

2012-125-1787-8

Continuation of section 4 collateral

4. This FINANCING STATEMENT covers the following collateral:

secured starting 1781 and completed 1791, a perpetuity, said written instrument INCORPORATED BY REFERENCE HEREIN FOR ALL THE WORLD TO RELY UPON; Original Secured Party; Record Owner: Charles C. Miller; Original Debtor: CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]; CHARLES C. MILLER D/B/A CHARLES C. MILLER; Original Holder-In-Due-Course of Title and Ownership of UCC, Grantor: Charles C. Miller; Original Notice, UCC Doc No.: #2000043135, May 4, 2000, Receipt #36090 (a perpetuity filing); Original Posted Notice Account No.: Z 277 480 473; Gift by Assignment, UCC Doc's: #2011125781 20 Dec 2011, #2011055259/#2011055260 17 May 2011; Gift Duly Accepted, UCC 3 Amendment Doc. No.: # 2012025545, March 12, 2012;Grantee; Secured Party; Record Owner; and, Holder-In-Due-Course of Title and Ownership of UCC: The United States of America, The One People's Public Trust, 1776, a public trust, (the Public Trust), for its Beneficiaries serving The One People; All referenced Documents, Files, and Instruments Identified above, restated in their entirety, Incorporated by reference here as if set forth in full, AND ANNEXED HERETO:

PAGE 3 OF 16

**2012-125-1787-8**



2012-125-1787-8, Attachment 1 of 13

The One People's Public Trust, 1776

AMENDMENT TO:
CC-ILL-300084135, May 4, 2000

DEBTORING UNITED STATES
"STATE OF . . ."

Trustees
Caleb Paul Skinner
Heather Ann Tucci-Jarraf
Hollis Randall Hillner

SECURED PARTY: The United States
of America (a public trust)

Original Secured Party: Record Owner: Charles C. Miller;
Original Debtor: CHARLES C. MILLER (AN ARTIFICIAL PERSON & LEGAL FICTION;
CHARLES C. MILLER D/B/A CHARLES C. MILLER;
Original Holder-In-Due-Course of Title and Ownership of UCC, Grantor: Charles C. Miller;
Original Notice, UCC Doc No.: #2000043135, May 4, 2000, Receipt #36090 (a perpetuity filing);
Original Posted Notice Account No.: Z 277 480 473;
Gift by Assignment, UCC Doc's: #2011125781 20 Dec 2011, #2011055250/#2011055260 17 May 2011;
Gift Duly Accepted, UCC 3 Amendment Doc. No.: # 2012025545, March 12, 2012;
Grantee: Secured Party; Record Owner; and, Holder-In-Due-Course of Title and Ownership of UCC: The United
States of America, The One People's Public Trust, 1776, a public trust, (the Public Trust), for its Beneficiaries
serving The One People, physical custody of Gifting Instrument held in trust of the One People's Public Trust,
1776, administered by its duly bonded Trustees of public record, as further published on
www.peoplestrust1776.org, for reliance on by all beings and the World, duly recognized in all world systems: All
referenced Documents, Files, and Instruments identified above, restated in their entirety, incorporated by
reference here as if set forth in full, and Amended to include as collateral the following:

KNOW ALL BEINGS BY THESE PRESENTS BEFORE ALL THE WORLD that of this day, with all rights
reserved without prejudice, the undersigned duly bonded Trustees, on behalf of Secured Party, named herein, for its
Beneficiaries serving The One People, living beings created equal by the Almighty God and Bondservants
thereof, NUNC PRO TUNC, PRAETEREA PRETEREA ("The One People"), specifically, The One People whom
have created their political will, either value, in elusive of their essential use thereon, with unrefuted legal capacity and
standing having created personal instruments herein and the heirs thereof, domiciled by choice in the land with venue,
known and accorded as the United States of America comprising of the several states of the Union, "State of . . ." (the
"People"); Said Trustees, with specificity and particularity, absent tacit procuration, presumption, or agreement, do
hereby restate and ratify for its beneficiaries and the world to rely upon, the duration of Debtors Secured Party, and Secured
Party's collateral, a perpetuity, duly held in trust, secured therefrom, and operating in the Original Jurisdiction and venue
of The One People, beginning July 4, 1776, as follows:

Entry of Debtor in and on the Commercial Registry (Record), inclusive of any capacity as construed transmitting
Utility, and ALL other property [ies] (inclusive of chattels, goods), NUNC PRO TUNC, PRAETEREA
PRETEREA: UNITED STATES and "STATE OF . . ." of the several states of the Union, inclusive of United States
Government and "State of . . ." Government or in its forms, de factor or de jure and all of the fiction-of-law creatures
as by product and incidental thereof including Offices, Officers, agents, actors, employees, assignees, or licensees, and its
all voluntary commercial instruments, or any fiction-of-law subdivision or progeny of the United States Government'
referenced as the "United States" and "state of . . ." throughout the private law of same and all franchises, departments.

The One People's Public Trust
Providing solutions since 1776

2012-125-1787-8, Attachment 2 of 13



The One Peoples Public Trust, 1776

AMENDMENT TO:
UCC 1 FILE # 2000043333, M13.4,2000

DEBTOR(S): UNITED STATES
"STATE OF . . ."

Trustees
Caleb Paul Skinner
Heather Ann Tucci-Jarraf
Hollis Randall Hillner

SECURED PARTY: The United States
of America (a public
trust)

agencies, offices, and man-capacities, in any jurisdiction, operating, presenting, or representing under the color of title of the "United States" or "The United States of America", and any and all "State of . . ." Governments, inclusive of ALL identities, abbreviations, identifications (nee-descriptive title) of the "United States" ("UNITED STATES", "State of . . ." and "STATE OF . . .", separately or jointly, ("Debtor"):

**Indefeasible title and ownership of Record, NUNC PRO TUNC PRAETEREA PRETEREA:** The United States of America, The One People's Public Trust, 1776, a public trust, (the Public Trust), for its Beneficiaries serving The One People whom have pledged their political will, other value, inclusive of their constitutions thereto, with unrefuted legal capacity and standing having created the cited instruments herein and the heirs thereof, domicil by choice on the land with venue, known and accepted as The United States of America consisting of the several states of the Union, "State of . . ." constituting the guarantor/beneficiary, bailor (original Jur-isdiction), the body of law, by and through the deposit of the political will bailment ultimately, i.e. voluntary commercial-industrial Officers, agents, actors, employees, assignees, or licensees of the United States Government, de facto or de jure, said bailment defined and described by the International Law Ordinance enumerably noticed as the constitution for the United States of America, 1787 as amended, and the lawful progeny, jurisprudence thereof internationally affirmed ordinances, starting July 4, 1776 and completed March 4, 1789, ratified 1791, evidenced by documents inclusive of those cited "Declaration of Independence" to "The United States of America" (July 4, 1776, the "Articles of Confederation" formerly "Articles of Confederation and Perpetual Union", March 1, 1781, reorganized as the Constitution of the United States of America, March 4, 1789, and the numerous "State of . . ." Ordinances and formulations of the several states of the Union, all incorporated here by reference as IF set forth in full, nunc pro tunc, well-established, accepted and never rejected "Public Law" and "Public Policy", all held in the Public Trust, ("Secured Party" and "Holder-In-Due-Course").

Being that Debtor-created entities, be they government, in all its forms, de facto or de jure and all of the action-of-law creations as by-product and incidental use not including Offices, officers, agents, actors, employees, assignees, or licensees, acting as *voluntary commercial indentures* is are inferior to the nature and capacity of the creator(s). The One People do not by estoppel the United States of America, NUNC PRO TUNC. Whereas the created may never usurp or rise to that greater than its Creator. Whereas Debtor is bound under the duties and obligations of the Constitution of the United States of America, 1791 as amended, said duties and obligations having been pre-paid by The One People; Being that Secured Party, whose beneficiaries serve The One People, constituting the principled American Native People, and those subsequently born of the soil of The United States of America, engaged in and do engage in their sovereign law capacity knowingly, deliberately, and willingly creating, and constituting decrements of factor, state, and national pursuant to the principles, powers, and philosophy of the American jurisprudence commencing with the Original Jurisdiction effectuating the definitive controlling instrument, the Constitution of the United States of America, 1791 as amended. The cognizable protective Bill of Rights codifies and holds high priority standards for the protection of the sovereign natural man, a cognizable proper party as established by public law, who encounters by consent or proceeds to

Thee One People's Public Trust
Providing solutions since 1776

cap-2-05-A
SEE UCC HALL (#11)

PAGE 5 OF 16

2012-125-1787-8, Attachment 3 of 13



The One People's Public Trust, 1776

AMENDMENT TO:
UCC BILL # 2000043235, May 4, 2000

DEBTOR(S): UNITED STATES
"STATE OF ..."

Trustees

Caleb Paul Skinner
Heather Ann Tucci-Jarraf
Hollis Randall Hillner

SECURED PARTY: The United States
of America (a public
trust)

opposition to the United States Government, de facto or de jure, and its acts and omissions which are consequential to the life, liberty, and property of the American Nation and other cognizable persons granted fiction of law standing and proper party status. Any act or omission of the Government by and through its voluntary commercial indentures, acting voluntarily or in concert, actively or constructively, not in plenary compliance with the Bill of Rights is ipso facto unlawful, if a priori a unlawful and illegal actionable conduct subject to lawful redress, by and through applicable appeal of one process, including case and controversy, procedure in a lawful forum pursuant to law.

Debtor: inclusive of ALL other forms, legal, commercial, financial and commercial, debt, payment, intangibles, instruments, supporting obligations or equity, securities, in any form, credit or debit accounts and indentures, beneficial interests, individed or undivided, or any reserves bearing the resident of or any equivalent thereof of: UNITED STATES and the several "STATE OF ..." therein.

ALL debentures, accounts, pledges, covenants, contracts, signatures, hypothecations or other property best forectosure of all chattels, general intangibles, payment intangibles declared, seized, No.NS, PRO TUNC, PRO TERREA PRETEREA:

ALL claims registered, unregistered, legal, equitable, political, commercial, statutory, administrative, ecclesiastical personal, private, public, quasi-public, or any other form of any other forum state are hereby and herewith DISCHARGED [UCC § 3-601 and "STATE OF ..." CODE LAW EQUIVALENT], NUNC PRO TUNC, PRO CAUSE, [UCC § 3-501 and "STATE OF ..." CODE LAW EQUIVALENT] of paid with absent proof exhibiting endorsement by the Debtor named herein stipulating specific plenary knowledge of consent to ALL material facts related to claims. In particular issues governed by Admiralty Maritime jurisprudence and jurisdiction, claiming penalty, fine, or forfeiture of any kind or nature claimed against the Debtor named herein.

The Purchase of the Holder-In-Due-Course, Secured Party, The United States of America, claims plenary, unique license of Debtor, the artificial person(s), named herein, "United States", "UNITED STATES", "State of ..." and "STATE OF ..."

ALL property (ies) (inclusive of all chattels) are accepted fair value as evidence or debt exempt from levy pursuant to the notoriously published House of Representatives [HJSA] Joint Resolution [HJR 192, March 9, 1933] and ALL appraised powers released and undisclosed) RELEASED and SEIZED, and ANY ALL attachments in the nature of or form of Uniform Commercial Code "UCC" and "STATE OF ..." and International CODE LAW EQUIVALENT [§ 9-610] and the Order[s] therefrom are RELEASED to its bona names herein, including but not limited to the named Record Owner[s] "Name & title Record Owner named herein is not guarantor for or to any other account, by explicit reservation, hereby Holder-In-Due-Course, Notice to Trustee/Fiduciary plenary standing to Third Grantor by Universal Posted Notice.

The One People's Public Trust
Providing solutions since 1776

/s/ _____

Caleb S-3-12

Page 1 of 16



2012-125-1787-8, Attachment 4 of 13

The One People's Public Trust, 1776

Trustee
Caleb Paul Skinner
Heather Ann "Tucci-Jarraf"
Hollis Randall Hillner

AMENDMENT TO:
UCC FILE # 2000043585, May 4, 2000

DEBTOR(S): UNITED STATES
"STATE OF ..."

SECURED PARTY: The United States
of America (a public
trust)

## APPENDIX I OF: LAW & PRESUMPTIONS

[1] Secured Party*, through its undersigned duly bonded Trustees ... declares and notices acceptance of The Uniform Commercial Code (UCC and "STATE OF ..." and International CODE: LAW-fig# (VALENT) commercial registry as "Public Law" as published, reserving herein and herewith All Unalien custodial therein and contracting therefrom, with specificity and particularity pursuant to the District of Columbia Code, Public Law 88-243, Title 28 § 3002, § 3003, and § 3308.1-209, or opposite venue Republic Union States municipal corporate "STATE OF ..." as international registry juxtapositioned references of the adopted Uniform Commercial Code (UCC and "STATE OF ..." and International CODE: LAW-EQUIVALENT) that venue and jurisprudence thereof;

[2] Secured Party ... through its undersigned duly bonded Trustees ... acting in good faith and unimpaired plenary capacity of Grantor and Beneficiary of the Original Jurisdiction held in trust, accepts tender of this commercial registry, known as the Uniform Commercial Code (UCC and "STATE OF ..." and International CODE: LAW - EQUIVALENT), Public Law[s] 88-243 and 88-244, as pledge as the "UNITED STATES GOVERNMENT" and at the sovereign Republic Union State, and at the municipal corporate "STATE OF ..." as apposite, for the international Law of Merchant transfer of said registry, et. seq., presumptively, being confirmatory prestidation and cognizable condition precedent of due process of law by notion of facts, conspicuous notice, commodity All of commercial, legal, and political engagements of sovereigns;

[3] Commercial registry is accepted for common, pattern, general application, and use pursuant to co-executed, contracted rules, codes, and provisions therewith effectuating contracting, payments, and conditions precedent when default and impingement of the legal association between noticed, consensual proper parties;

[4] Secured Party[ies] functions and administers with presumptions that Act[s] of Congress, Assembled, in and for The United States of America as "Public Law", de facto or de jure, are, in fact, "Public Law" for "private use" by and through a lawful purchase money agreement as perfected, pursuant to and with a duly published, codified law, regulation[s], and apposite policy, noticeably published for public knowledge, legal effect, and general application;

[5] Principles of the governing conditions, ascendent irrefutable in and by international law, the Law of Nations, the Law of Merchant, national, and state constitutions, substantive, and validate the private contract between proper parties transacting plenarily in unimpaired capacity[ies], as in the alternative, in the presence of fully disclosed material facts instances of any impairment[s] whatsoever, duly noted, accepted, and effectuated pursuant to law as apposite and applicable, in fact, constitutes the most fundamental, historical law, and further, encumbrance entails its superseding of other law forms unless irrefragably declared, countenanced or otherwise with specificity and particularity superceded by consensual private law or lawful agreement being substantively conspicuous and duly noted and Said jurisprudence.

The One People's Public Trust
Providing voluntary service 1776
Place 1 of 2
UCC Rec # 4567690

PAGE 7 OF 16

2012-125-1787-8, Attachment 5 of 13



The One People's Public Trust 1776

AMENDMENT TO:
UCC FILING #2000035143, May 4, 2000

DEBTOR(S): UNITED STATES
"STATE OF . . ."

Trustee
Caleb Paul Skinner
Heather Ann Tucci-Jarraf
Hollis Randall Hillner

SECURED PARTY: The United States
of America (a public
trust)

commercial law et seq., is acknowledged and effectuated by and through Republic Union States, sovereigns, and/or municipal, corporate STATE OF . . . and/or the District of Columbia & code as the Uniform Commercial Code (UCC and "STATE OF . . ." and International CODE/LAW EQUIVALENT, same having been formulated and enscensed by the American Law Institute, The National Conference On Uniform Laws and duly enacted and incorporated within the municipal corporate STATE OF . . . and/or the District of Columbia as evidenced by Public Law 89-243 and 88-244, December 30, 1965 (unless previously adjusted), found within said codification at District of Columbia Code Title 28, et seq.;

[6] Thereby, the Uniform Commercial Code [UCC] and "STATE OF . . ." and International CODE/LAW EQUIVALENT is accepted as Standard Business use of Public Law giving foundation, substance, force and effect to lawful plenary enforcement of Common Law Equity, and Admiralty/Maritime justiceable uridical jurisdiction, venue flats and directives, each individually and collectively notoriously published, only accepted, efficacious in International Law by the Constitution [it and] for the United States of America. Purchaser, used as commercial registry (the UCC and "STATE OF . . ." and International CODE/LAW EQUIVALENT) is hereby so related to be in nature and form of actions, notare, summary process standing, unimpaired absent debtor or proper party possessory, and presenting claims against debtor properly registering counterclaim to discharge as entered herewith;

[7] Privileges and rights of review by tacit procuration is the absolute duty of the grantor/beneficiary, sailor of the Original Jurisdiction, the natural man and American Native, by and through the deposit of the portion, will bailment ultimately, in all voluntary commercial indenture (see infra definition) officers, agents, actors, employees, assignees, or licensees of the United States Government, de facto or de jure, said bailment defined and delimited by the International Law Ordinance cognizably noticed as the Constitution for the United States of America 1791 as amended, and the lawful property thereof. Any fiction of law sub silentio or progeny of the United States Government miscarrying, neglecting, abrogating, or otherwise failing to bring forth rational evidence and factual proof by lawful document(s) of plenary compliance with the Bill of Rights standards and doctrines does not possess the capacity, nor in the absence, lawfully abrogates any cognizable standing, in case and controversy for implementation, enforcement, or application of its administrative jurisdiction and mandates, and voids such absorption renders nugatory and a nullity any defense of violations of law, the United States Code (USC), State of . . . codes, and progeny by product thereof.

[8] A CLAIM is proffered and evidenced by a prescribed usage of a "Bill of Equity", a Standard Item in 95 OMB form. Not is an enforcement action by the claimant for contracting duty(ies) and codified trust, same having been bonded by the consensual contract (Oath of Office) and debt security instrument of the Officers, agent, actor, employee or licensee having knowingly and willingly undertaken lawful assumpsit. Said CLAIM is presumptively void absent absolute rational proof and factual evidence that one act(s) or omission of the offending voluntary commercial indenture, in compliance with the Bill of Rights standards and doctrines serving as a primordial jurisprudence foundation of all lawful acts and omissions of said voluntary commercial indentures functioning within the lawful parameters of the delegating

The One People's Public Trust
Providing solutions since 1776

Page 8 of 14

AT: OPS HOUTHR

PAGE 8 OF 16



The One Peoples Public Trust, 1776

AMENDMENT TO:
TO: UILE V 00000000000, MAY 4,2000

DEBTORING UNITED STATES
"STATE OF . . ."

Trustees
Caleb Paul Skinner
Heather Ann Tucci-Jarraf
Hollis Randall Hillner

SECURED PARTY: The United States
of America (a public
trust)

statutory authority and lawful implementing administrative property regulations, policies and procedures. The 'CLAIM' as proffered is presumptively irrefragable and unrebuttable absent lawful standing 'to avoid' duly tendered and substantiated;

9) This 'Addendum of Presumptions & Law' in the nature of Federal Rules of Evidence Rule 301, Federal Rules of Civil Procedure 17 &10(c), is preserved as FAIR & LAWFUL NOTICE of governing principles for federal due process, administrative, judicial and commercial, not otherwise so evidenced by an Act of Congress is invoked in the nature of Federal Rules of Evidence Rule 201, 1702(5).

[10] Privilege, capacity, and nature of the American Native, a sovereign, born citizen of the sovereign 'The United States of America', born of the soil, having presumptively inherited the legal nature and mantel as is granted beneficiaries of the 'original Jurisdiction' is that of absolute protection from the de facto or de jure 'Government', same lawfully constituted or an impersonation and usurper of lawful agency and power, as if created under, trained and international-y cognizable as the Bill of Rights, the first ten (10) Articles of Amendment to the Constitution of the United States of America, as amended and dated December 15, 1791, said lawfully amended and ratified instrument being an International law Ordinance and contract authorizing the establishment, perpetuation in good standing, and lawful guidance, authorization, and ordering of a lawful agent and caretaker, the 'Government of the United States, by the 'People' by and through the compact sovereign states, 'The United States of America', each as presumptively lawfully admitted.

[11] The ratio, junation and syllogism as the natural basis for CLAIM as tendered, conveys the controlling jurisprudence and phi'losophy of law for redress of tortious conduct set forth [See 16][a]-19 [a], infra]. TO WIT:

[11][a] A vacated entity, be it a government, an Office, or fictitious-at-law creation, may never assert or use in that greater that its creator in major premise.

[11][b] The Founding Fathers, those having participated in or being offspring of those original associates of the Thirteen Colonies, the original compact party, successor 'states', constituting the primordial American Native 'People', and those successors to 'son of the soil' or 'The United States of America' engaged in and do engage in their sovereign law capacity knowingly, deliberately, and willingly creating and constituting 'government[s]', local, state, and national pursuant to the principles, process, and per 'in scoby of the 'American' antecedence, commencing with the Original Jurisdiction effectuating its delimited controlling 'instrument, the Constitution of the United States of America, 1791 as amended, a secondary premise.

[11][c] THEREFORE, the government[s] in all its forms, de facto or de jure, and all of the 'forms' of law creations as by conduct and incidental thereof including Offices, Officers, agents, actors, employees, as places, or Licencees, acting as

The One People's Public Trust
Providing solutions since 1776
www.oppt-in.org
Peace & Bliss
MRH 05/05/2013
All rights reserved



**2012-125-1787-8, Attachment 7 of 13**

The One People's Public Trust 1776

AMENDMENT TO:
TEU TITLE 4 200944JLIS, May 4, 2000

DEBTOR(S): UNITED STATES
"STATE OF ..."

Trustees
Caleb Paul Skinner
Heather Ann Tucci-Jarraf
Hollis Randall Hillner

SECURED PARTY: The United States
of America (a public trust)

voluntary commercial indentures is an indiction to the nature and capacity of the creator(s), the American Native.

2[ a] The cognizable protective 'Bill of Rights' codifies and holds also presents standards for the protection of any sovereign natural man, a cognizable proper party as established by law, who encounters by contact or proceeds in opposition to the United States Government, de facto or de jure, and its acts and omissions which are consequential to the life, liberty, and property of the American Native and other cognizable persons granted fiction-of-law standing and proper party status - a major premise.

2[ b] Any act or omission of the Government by and through its voluntary commercial indentures, acting singularly or in concert, actively or constructively, not in primary compliance with the Bill of Rights, is ipso facto unlawful, illegal, or unauthorized and illegal or unlawful conduct subject to lawful redress by and through appropriate apposite due process including ease and controversy procedure in a lawful forum pursuant to law - a secondary premise.

2[ c] THEREFORE, All cognizable voluntary commercial indentures in the consensually contracted employ of the United States Government, de facto or de jure, are obliged, required, and bound by self-imposed duty to perform their codified trust in professional plenary compliance with the Bill of Rights tenets, standards, doctrines, spirit and unefragable intent of the grantor/beneficiaries, said professional plenary compliance being in letter and spirit for the benefit and protection of the cited lawful grantor/beneficiaries of the Original Jurisdiction.

3[a] The One People, or in the alternative, a fiction of-law person of standing and proper party, may not force, coerce, or by any subversive permissive means cause another natural man or person or legal standing to contract or act in any manner or made absent lawful consent, basis and practice and conversely may not interfere with, obstruct, impede, hinder, or otherwise impair a lawful contract between cognizable parties.

3[ b] The One People, or in the alternative, a fiction of-law person of standing and proper party, may not delegate authority, power, or function that he does not possess, and conversely, may not assume, exercise or otherwise exercise authority, power, or function not lawfully delegated or without the granted capacity to receive same allegedly delegated.

3[c] THEREFORE, the 'Government' a creation of the People, in any form or function de jure, nor any of its voluntary commercial indentures, by they officers, agent, actor, employee, assignee, or licensee, does not possess nor has ever possessed the capacity, natural or fiction-of-law, to impose unilaterally by force, coercion, duress, or other subversive permissive means the contrived 'will' of the created government of and the resultant state of hegemony upon the People or other cognizable person, therewith demanding mutually or constructively compliance with, subjugation to, subordination to enslavement or in to be at the unmitigated unlawful and illegal mercy of the claimed authority and private law controlling 'Government', absent consensual law (a) contract by and with the People acting individually and collectively in their sovereign capacity, having created the 'Government' and in plenary compliance with the terms and conditions of

The One People's Public Trust
Providing solutions since 1776



The One People's Public Trust, 1776

AMENDMENT TO:
UCC FILE # 2000043135. May 4,2000

DEBTOR(S): UNITED STATES
'NY'ALE OF ...'"

Trustees
Caleb Paul Skinner
Heather Ann Tucci Jarraf
Hollis Randall Hillner

SECURED PARTY: The United States
of America (a public
trust)

the de finding instrument(s) which function as the operational authority of the fiction of law creation Government and effectuating instruments thereof:

[13][4]' Any real a UCC AMEND law-fully noticed therein and therewith by the undersigned proper party of standing having acquired same by heirs, inheritance, or grant of the People' creating the nature and capacity as a grantor/beneficiary of the Original Jurisdiction, is thereby legally cognate to/out of a trustee exercising the plenary power of office to enforce mandated fiduciary responsibility to protect the trust corpus, herein the principles and effectuating law of the Original Jurisdiction and the property Constitution of the United States of America, 1791 as amended, and further, to maintain the purity, purpose and integrity of the trust corpus by and through its delegated agency authority, herein the Government created by and through the People, effectuated by the trust nature and irrefragable implicit attracting the trust, and legal duty, conscience, accountability, and liability to oversee, scrutinize, and effectuate corrective intercession of all acts and omissions of voluntary commercial indenture acting within the de minted agency and employ of the cited 'Government':

[14][5] The irrefragable duty, ethical and legal, of the acknowledged grantor-beneficiary commands surveillance, vigilant and corrective intervention of a) agency pursuant to the presumed several delegation by and through the capacity and nature of the principled 'manner', the Constitution for the United States of America, 1791 as amended, and the presumptively professional, moral and ethical administration thereof by the voluntary commercial indentures, the 'People', individually and collectively being ipso facto the Holder-in-Due-Course of the contractual obligations and duties of each voluntary commercial indenture arising delimited authority and private gain from said 'contract(s), jointly and severally:

[1][3]e THEREFORE, the agency capacity and nature described ante is by its constitution at law inferior to the nature and capacity of the sovereign trustee/employee Holder-in-Due-Course, the 'People', therewith mandating compliance with the delimited contracting law of statute, regulation, policy and procedure to which each voluntary commercial indenture pledges allegiance, lawfully being bound by contract and held high by duty, competent performance, and ethical conduct by the 'Oath of Office' and law thereof, there irrefragably being no excuse, no visitation, or defense for breach of duty, dereliction of duty, abrogation and alteration of duty, breach of contract, of legal disgruntlement, actual or ex publica of the delimited creation by law which defines and sets the nature, capacity and range of function of each and every voluntary commercial indenture, and the 'Government' principal thereof:

[15] As a UCC officers, agents, actors, employees, assignees and licensees, voluntary commercial indentures, fulfilling and operating as functionaries holding office in official, past or, presumptively have with or for unimpaired means capacity entered into a lawful commercial contract evidenced by a lawful, documented and executed 'Oath of Office', therewith effectuating a voluntary commercial indenture relationship with the constructive principal, the United States Government and the lawful Holder-in-Due-Course, the People, in being a priori and presumptive that each such

The One People's Public Trust
Providing solutions since 1776

Page 4 of 14
SECURED CREDITOR

May 4, 2012



The One People's Public Trust, 1776

AMENDMENT TO:
UCC DIT # 2000043333, May 4 2012

DEBTOR(S): UNITED STATES
"STATE OF ..."

Trustee
Caleb Paul Skinner
Heather Ann Tucci Jarraf
Hollis Randall Hillner

SECURED PARTY:  The United States
of America (a public
trust)

voluntary or commercial indenture was and is of majority age, competent to testify, and possessed unimpaired mental capacity(ties) at the time of the consensual duct pull entrance, and further, that same remains in a state of unimpaired mental capacity(ies) and possessing the capacity and competence to comprehend and actually and lawfully execute the colluded duty and responsibility of the Office or official position occupied for private gain;

[1b] ALL Officers, agents, actors, employees, assignees, or licensees, voluntary commercial indentures, of the United States Government, de facto or de jure, having knowingly, willingly and deliberately assumed their legal nature and capacity, receive instruction, training, knowledge, disciplines, supervision and the like at the expense of the grantor beneficiaries of the Original Jurisdiction and Holder-In-Due-Course, the People, by and through the constructive principal of the United States Government, de facto or de jure, or in the alternative, are granted incredibilities by and through governmental enfranchisement, therewith laying the foundation, public perception, and ethical representation that each such voluntary commercial indenture occupying Office of official position and status for private gain is, also facto, know-ledgeable, competent, and in possession of the unimpaired capacity to understand and perform recten regime (de) right;

[1] the constructive principal, the United States Government, de facto or de jure, by and through its tendered, accepted, and perpetuated consideration to ALL voluntary commercial indenture Officers, agents, actors, employees, assignees, and licensees under contract evidenced and bonded by their 'Oath of Office' and appeals law creeved therewith as a matter of irrefragable law and ethical stipulates, warrants, and indemnifies to the affirmative implementation and application of accepted and codified cognizable legal, commercial and ethical standards of duty and competent performance by the voluntary commercial indentures scavenaged to carry-out the intent, letter, and spirit of the Original Jurisdiction and the contracting, colligation and duties of the Constitution, for the United States of America, 1791 as tendered, as well as, by tacit admission liability(ties) attaching to misconduct, malfeasance, nonfeasance, and misfeasance manifested by evidenced rational proof proffered in support of a lawfully presented 'CLAIM';

[1] ALL Officers, agents, actors, employees, assignees, or licensees, voluntary commercial indentures, of the United States Government, de facto or de jure, knowingly, willingly and consensually accepting voluntary indenture status and rendered consideration (compensation and all related benefits de facto or de jure), admit, acknowledge and lay bare with cognizable warranty, legal and commercial, plenery competency of performance of duty and delimited codified trust and abstinence from irregular-ized acts irrespective of the occupied Office or official position by employment and contract;

[1] The constructive principal, the United States Government, de facto or de jure, and through and in concert with its voluntary commercial indenture Officers, agents, actors, employees, assignees, and licensees is cordially colluded from shielding, proffering, or manifesting 'defenses' of 'eged immunity(ties)' or other contractual obligations, or obstructions, de facto or de jure, for acts or omissions, misconduct, malfeasance, nonfeasance, and misfeasance, without lawfully established parameters, delimitations, and lawful authority, if any, of specific performance of the codified

The One People's Public Trust
Providing solutions since 1776

PAGE 12 OF 16



The One People's Public Trust, 1776

AMENDMENT TO:
UCC-1 FILE # 2000043135, May 4, 2000

DEBTOR(s): UNITED STATES
"STATE OF..."

Trustees
Caleb Paul Skinner
Heather Ann Tucci-Jarraf
Hollis Randall Hillner

SECURED PARTY: The United States
of America (a public
trust)

consensually contracted duties and obligations and compliance in letter and spirit with the legem terrae (law of the land) as apposit and applicable to each and every act and omissio of the cited voluntary commercial incentures whether they act in their official or natural concurrency(ies), or both;

[20] "Negligence" in any of its manifest forms, benign or virulent, or egregious is cognizably referrable by persons or standing and prima facies claiming prejudice, harm, damage(s), and injury; as in being resultant from or the product of misrepresentation, nondisclosure, fraud, fraudulent concealment and obstruction, deceit, duplicity, or any other form of inapposite, alleged claim and defense or ignorance, or any combination of like forced principia lexum terrae evidenced comportment by accused voluntary commercial incenture, having acted officially or without their lawful capacity individual(s) as natural men/women;

[21] There is no cognizable lawful defense, alleged and evidenced immunity, or any other invasive abstraction and obfuscation, de facto or de jure, at any law form that effectuate cession, absconding, execusion, or excusable exegesis from cited mala/valid redress or grievance of alleging prejudice, harm, damage(s) or injury(ies) supported by rational proof and factual evidence ameliorating such certain reparations, compensation, or offset of accord and settlement of properly presented CLAIM(S) against voluntary commercial incentures and their principal(s);

[22] internationally learned and cognizable memento of the law giver, its creator, be it Law, Equity, Admiralty, or a convinced entrapposite it be it sovereign State of federal jurisdiction be it the Congress for the United States or an apposit sovereign State duly authorized legislative authority, is her the plenary protection of the guarantor beneficiary from all political, legal, and commercial power in whatever form or forum functioning as created factum-of-law authorities, said grantor/beneficiaries and persons of standing and proper party status defined inure;

[23] Presumptions and intrinsic law presented operates and functions as fact, conclusion in practical claim absent cognizable counter-claim lawfully exhibiting rational evidence and factual proof of waiver of any/thesis, or with specificity, cognizable codified lawful exceptions mandated by lawfully enacted and resolved Acts of Congress for the United States of America on lawful State authority.

[24] It is inviolable and irrefragably implicit in American jurisprudence, et seq, that the United States, the United States Government and its colonizing commercial incentures, de facto or de jure, is obligated to first and foremost protect the grantor/beneficiary of the Original Jurisdiction, Holder-in-Due-Course, the People, and further, to execute absent omission, mistake, negligence, interference, malfeasance, or misfeasance those fundamental guaranties set forth by the Bill of Rights, and further, to foster a positive environment in which each person of standing and proper party may exercise in a plenary manner the cited fundamental guarantees, and further, in no way obstruct or abrogate the established fiction-of-law rights, as well as cognizable natural law human rights.

The One People's Public Trust
Providing solutions since 1776



The One People's Public Trust. 1776

AMENDMENT TO:
UCC FILE# a 2000043135, May 4, 2000

DEBTORS: UNITED STATES
"STATE OF . . ."

Trustees
Caleb Paul Skinner
Heather Ann Tucci-Jarraf
Hollis Randall Hillner

SECURED PARTY: The United States
of America (a public
trust)

[25] Secured Party reserves the sole and exclusive right to the final determination of all definitions, references, and intent of Secured Party inclusive of those contained herein

[26] Secured Party reserves right to amend, enhance, delete, or otherwise supersede the provisions, covenants (implied, constructive or actual), and construed sound facts precedent proffered and incorporated herein and issues thus set forth in full. Set definition of terms subjected to question or misapplication will be determined by Grantor status party;

[27] Any objection, rebuttal, or counterclaim to this registered document or any portion thereof must be tendered to the Secured Party within three (3) days. If no such objection, rebuttal, or counterclaim is timely tendered, it is presumptive that the information, claims, statement of statutes, provisions, covenants (implied, constructive or actual, and construed conditions precedent are accepted, and any objection, rejection, rebuttal, or counterclaim is waived, without recourse, absent compelling ratifications) to the contrary.

With Integrity, Responsibility, and Transparency, in open public forums, we declare under penalty of perjury under the laws of The United States of America that the foregoing is true and correct, that we are a creation of Almighty God and Bondservant thereof, and we amend any record NUNC PRO TUNC and PRAETERE A PRETEREA to those facts, with ALL rights reserved without prejudice Public Policy, UCC 1-408 and "STATE OF . . ." and Reservation of CODIFIED AW EQUIVALENT (UCC 1-308), NUNC PRO TUNC and PRAETEREA PRETEREA. S'Deather Ann Tucci-Jarraf, S: Hollis Randall Hillner, S: Caleb Paul Skinner, each a living natural person, creation of the Almighty God, bondservant thereof, duly bonded Trustees of the Secured Party, and a beneficiary of the Original Jurisdiction for in the affirmation, a cognizable person of standing and proper party status, as appointed, corrected above, due to non-minded F ing systems offering original in machine read and standing is, correct on The United states of America 1781 construction, original national state. Secured Party.

'Secured Party, See District of Columbia Code, Title 28: § 1-201(33aa), § 5 : 1(815) and : § 9-105

Let it be known and done this ___ day of _____, 2012, by my hand and oath, evidenced by my original signature and seal, witnessed by my Almighty God, duly ratified, without prejudice:

_____
In the authorized capacity of duly sworn Trustee of the Secured Party

Date/Place

The One People's Public Trust
Providing solutions since 1776

The One People's Public Trust, 1776

AMENDMENT TO:
UCC FILE # 2000043135, May 4, 2000

DEBTOR(s): UNITED STATES
"STATE OF ..."

Trustees:
Caleb Paul Skinner
Heather Ann Tucci Jarraf
Hollis Randall Hillner

SECURED PARTY: The United States
of America (a public
trust)

UCC _____
In the authorized capacity of duly enrolled Trustee of the Secured Party

Date/Place _____

INC. _____
In the authorized capacity of duly bonded Trustee of the Secured Party

Date/Place _____

UCC _____          Note de Tucctee
In the capacity as Creditor, Secured Grantor, and Beneficiary of the Original
Jurisdiction, Secured Party, a Beneficiary of GOVERNMENT [S], a Holder-In-Due-Course
of GOVERNMENT[S], et. al., a natural man (or in the alternative, a cognizable person of
standing and proper party status, as deposed)

Date/Place _____

INC. _____
In the capacity as Creditor, Secured Grantor, and Beneficiary of the Original
Jurisdiction, Secured Party, a Beneficiary of GOVERNMENT S[, a Holder-In-Due-Course
of GOVERNMENTS[S], et. al., a natural man (or in the alternative, a cognizable person of
standing and proper party status, as deposed)

Date/Place _____

UCC _____
In the capacity as Creditor, Secured Grantor, and Beneficiary of the Original
Jurisdiction, Secured Party, a Beneficiary of GOVERNMENT [S], a Holder-In-Due-Course
of GOVERNMENTS[S], et. al., a natural woman (or in the alternative, a cognizable person of
standing and proper party status, as deposed)

Date/Place _____

The One People's Public Trust

Providing solutions since 1776

Page 15 ___
UCC-IPS-DATE 1836

PAGE 15 OF 16

The One People's Public Trust, 1776

AMENDMENT TO:
UCC FILE # 2000043135, DTD 1-2000

DEBTOR(S): UNITED STATES
"STATE OF . . ."

**Trustees**
Caleb Paul Skinner
Heather Ann Tucci-Jarraf
Hollis Randall Hillner

SECURED PARTY: The United States
of America (a public
trust)

In the capacity of a Creator of Almighty God and
a Bondservant thereof

Date/Place

In the capacity of a Creator of Almighty God and
a Bondservant thereof

Date/Place

In the capacity of a Creation of Almighty God and
a Bondservant thereof

Date/Place

The One People's Public Trust
Providing solutions since 1776
. . . completed . . .

Page 13 of 13
UCC-1Fs DTD TTSP

# ANNEX 8

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 8** | UCC record number 2012012555 | 1 - 2 |

Pg. 1 *of* 1

Doc# : 2012012555
Date: 02/06/2012   3:07PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Heather Ann Tucci-Jarraf   2535094597

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Heather Ann Tucci-Jarraf   (253) 509-4597

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME
THE UNITED STATES OF AMERICA

OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

1c. MAILING ADDRESS General Delivery | CITY Washington | STATE DC | POSTAL CODE NONE | COUNTRY UNITED STATES

1d. TAX ID #: SSN OR EIN unknown | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Public Trust | 1f. JURISDICTION OF ORGANIZATION Public/People's | 1g. ORGANIZATIONAL ID #, if any unknown | ☐ NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

OR 2b. INDIVIDUAL'S LAST NAME TUCCI-JARRAF | FIRST NAME HEATHER | MIDDLE NAME ANN | SUFFIX

2c. MAILING ADDRESS 3809 116th St. Ct. NW | CITY Gig Harbor | STATE WA | POSTAL CODE 98332 | COUNTRY UNITED STATES

2d. TAX ID #: SSN OR EIN unknown | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION natural person | 2f. JURISDICTION OF ORGANIZATION Public/People's | 2g. ORGANIZATIONAL ID #, if any 01012012T8A2C1-1 | ☐ NONE

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
THE PEOPLE OF THE UNITED STATES OF AMERICA

OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

3c. MAILING ADDRESS General Delivery | CITY Washington | STATE DC | POSTAL CODE NONE | COUNTRY UNITED STATES

4. This FINANCING STATEMENT covers the following collateral:

Trustee's Bond and Oath with issue number 01012012T8A2C1-001, duly executed by Heather Ann Tucci-Jarraf on January 2, 2012, duly accepted by The One People's Public Trust 1776, with the terms and conditions as stated therein, and taken into physical custody on January 2, 2012, held by a duly bonded Trustee of The One People's Public Trust 1776; SECURED PARTY, perfected July 4, 1776, with all property and rights to property of SECURED PARTY therein, thereto, and therefrom, now duly administered by The One People's Public Trust 1776, through its duly bonded Trustee(s); NOTICE OF DULY BONDED TRUSTEE, duly served to any and all necessary parties and to always be further noticed and evidenced by a True, Accurate, and Complete digital of original Trustee's Bond and Oath duly posted via the world-wide web, at the official website of The One People's Public Trust 1776,

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA
Bonds posted at www.peoplestrust1776.org

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

Doc# : 2012012555
Date: 02/06/2012   3:07PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
    PROCESSING              $        5.00
    E-RECORD               $       25.00
    ESURCHARGE             $        6.50

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

OR

**9a. ORGANIZATION'S NAME**

THE UNITED STATES OF AMERICA

**9b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME,SUFFIX**

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names**

**11a. ORGANIZATION'S NAME**

OR

**11b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX**

**11c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY**

**11d. TAX ID #:  SSN OR EIN** | **ADD'L INFO RE ORGANIZATION DEBTOR** | **11e. TYPE OF ORGANIZATION** | **11f. JURISDICTION OF ORGANIZATION** | **11g. ORGANIZATIONAL ID #, if any** | ☒ NONE

**12. ☐ ADDITIONAL SECURED PARTY'S  or  ☐ ASSIGNOR S/P'S  NAME - insert only one name (12a or 12b)**

**12a. ORGANIZATION'S NAME**

OR

**12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX**

**12c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY**

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

www.peoplestrust1776.org, for all the World to rely upon.

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.

Debtor is a ☐ Trust  or ☐ Trustee acting with respect to property held in trust  or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.

☐ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

# ANNEX 9

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 9** | UCC record number 2012028312 | 1 - 2 |

Pg. 1 *of* 1

Doc# : 2012028312
Date: 03/16/2012    5:57PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
    PROCESSING          $      5.00
    E-RECORD            $     25.00
    ESURCHARGE          $      6.50

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 05/04/2000

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

**7. CHANGED (NEW) OR ADDED INFORMATION:**

7a. ORGANIZATION'S NAME

OR 7b. INDIVIDUAL'S LAST NAME  CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION] | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any   ☐ NONE

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

Additional Collateral of additional DEBTOR party, Heather Ann Tucci-Jarraf, secured under Doc. # 2012012555, Feb 6, 2012, now duly accepted by and in custody of The One Peoples Public Trust 1776, accepted from the date of issuance, as follows:  Trustees Bond and Oath with issue number MB201201255-TBO2/01012012T8A2C1-001, duly executed and issued January 2, 2012, duly accepted by The One Peoples Public Trust 1776, with the terms and conditions as stated therein, and taken into physical custody on January 2, 2012, held by a duly bonded Trustee of The One Peoples Public Trust 1776; SECURED PARTY, perfected July 4, 1776, with all property and rights to

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME
THE UNITED STATES OF AMERICA, A PUBLIC TRUST

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

**10. OPTIONAL FILER REFERENCE DATA**

all rights reserved and without prejudice UCC 1-308 /s/ Caleb Paul Skinner

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012028312
Date: 03/16/2012  5:57PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $      5.00
  E-RECORD            $     25.00
  ESURCHARGE          $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
    2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME
OR  THE UNITED STATES OF AMERICA, A PUBLIC TRUST

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

```
------------------------------
Additional collateral info
------------------------------
```

property of SECURED PARTY therein, thereto, and therefrom, now duly
administered by The One Peoples Public Trust 1776, through its duly bonded

Trustees; NOTICE OF DULY BONDED TRUSTEE, duly served to any and all
necessary parties and to always be further noticed and evidenced by a True,

Accurate and Complete digital of original Trustees Bond and Oath duly
posted via the world-wide web, at the official website of The One Peoples
Public Trust 1776, www.peoplestrust1776.org, for all the World and Beings
to
rely upon.

Heather Ann Tucci-Jarraf, natural woman, DEBTOR, is corrected above due to

automated filing systems altering original capacity (ties) and standing(s);

correction SECURED PARTY, The United States of America, The One Peoples
Public Trust 1776, a public trust, and its beneficiaries, the original
states in national union.

```
------------------------------
------------------------------
Debtor names added for indexing
------------------------------
```
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER

---

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

# ANNEX 10

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 10** | UCC record number 2012012659 | 1 - 2 |

Pg. 1 *of* 1

Doc# : 2012012659
Date: 02/06/2012   4:08PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
    PROCESSING          $      5.00
    E-RECORD            $     25.00
    ESURCHARGE          $      6.50

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Heather Ann Tucci-Jarraf   2535094597

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Heather Ann Tucci-Jarraf   (253) 509-4597

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2012012555 - 02/06/2012

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. **CURRENT RECORD INFORMATION:**

**6a. ORGANIZATION'S NAME**

OR **6b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX**

7. **CHANGED (NEW) OR ADDED INFORMATION:**

**7a. ORGANIZATION'S NAME**
THE UNITED STATES OF AMERICA [A PUBLIC TRUST]

OR **7b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX**

**7c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY**

**7d. TAX ID #: SSN OR EIN** | **ADD'L INFO RE ORGANIZATION DEBTOR** | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID #, if any** | ☐ NONE

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

Addiontal Collateral of additional DEBTOR party, Caleb Paul Skinner, secured:  Trustee's Bond and Oath with issue number 02012012T8A2C1-001, duly executed by Caleb Paul Skinner on January 2, 2012, duly accepted by The One People's Public Trust 1776, with the terms and conditions as stated therein, and taken into physical custody on January 2, 2012, held by a duly bonded Trustee of The One People's Public Trust 1776; SECURED PARTY, perfected July 4, 1776, with all property and rights to property of SECURED PARTY therein, thereto, and therefrom, now duly administered by The One People's Public Trust 1776, through its duly bonded Trustees; NOTICE OF

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☒ and enter name of DEBTOR authorizing this Amendment.

**9a. ORGANIZATION'S NAME**
THE UNITED STATES OF AMERICA [A PUBLIC TRUST]

OR **9b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX**

10. OPTIONAL FILER REFERENCE DATA
Bonds posted at  www.peoplestrust1776.org

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012012659
Date: 02/06/2012   4:08PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING           $     5.00
  E-RECORD             $    25.00
  ESURCHARGE           $     6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2012012555

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR | THE UNITED STATES OF AMERICA [A PUBLIC TRUST]

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional Information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

```
--------------------------
Additional collateral info
--------------------------
```

DULY BONDED TRUSTEE, duly served to any and all necessary parties and to
always be further noticed and evidenced by a True, Accurate, and Complete
digital of original Trustee''s Bond and Oath duly posted via the world-wide

web, at the official website of The One People''s Public Trust 1776,
www.peoplestrust1776.org, for all the World to rely upon.

```
--------------------------
------------------------------
Debtor names added for indexing
------------------------------
```

THE UNITED STATES OF AMERICA [A PUBLIC TRUST]
HEATHER ANN TUCCI-JARRAF [NATURAL PERSON]

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

# ANNEX 11

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|---|---|---|
| **Annex 11** | UCC record number 2012028311 | 1 - 2 |

Pg. 1 *of* 1

Doc# : 2012028311
Date: 03/16/2012   5:41PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING        $       5.00
  E-RECORD          $      25.00
  ESURCHARGE        $       6.50

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER** [optional]
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 05/04/2000

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. **CURRENT RECORD INFORMATION:**
6a. ORGANIZATION'S NAME

OR
6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. **CHANGED (NEW) OR ADDED INFORMATION:**
7a. ORGANIZATION'S NAME

OR
7b. INDIVIDUAL'S LAST NAME   CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION] | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

Additional Collateral of additional DEBTOR party, Caleb Paul Skinner, secured under Doc. # 2012012659, Feb 6, 2012, now duly accepted by and in custody of The One Peoples Public Trust 1776, accepted from the date of issuance, as follows:  Trustees Bond and Oath with issue number MB201201255-TBO1/02012012T8A2C1-001, duly executed and issued January 2, 2012, duly accepted by The One Peoples Public Trust 1776, with the terms and conditions as stated therein, and taken into physical custody on January 2, 2012, held by a duly bonded Trustee of The One Peoples Public Trust 1776; SECURED PARTY, perfected July 4, 1776, with all property and rights to

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME
THE UNITED STATES OF AMERICA, A PUBLIC TRUST

OR
9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA
all rights reserved and without prejudice UCC 1-308 /s/ Heather Ann Tucci-Jarraf

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012028311
Date: 03/16/2012   5:41PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $      5.00
  E-RECORD            $     25.00
  ESURCHARGE          $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
    2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR | THE UNITED STATES OF AMERICA, A PUBLIC TRUST

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

```
----------------------------
Additional collateral info
----------------------------
```

property of SECURED PARTY therein, thereto, and therefrom, now duly
administered  by The One Peoples Public Trust 1776, through its duly bonded

Trustees; NOTICE OF DULY BONDED TRUSTEE, duly served to any and all
necessary parties and to always be further noticed and evidenced by a True,

Accurate and Complete digital of original Trustees Bond and Oath duly
posted via the world-wide web, at the official website of The One Peoples
Public Trust 1776, www.peoplestrust1776.org, for all the World and Beings
to
rely upon.

Caleb Paul Skinner, natural man, DEBTOR, is corrected above due to
automated filing systems altering original capacity (ties) and standing(s),

correction SECURED PARTY, The United States of America, The One Peoples
Public Trust 1776, a public trust, and its beneficiaries, the original
states in national union.

```
----------------------------
--------------------------------
Debtor names added for indexing
--------------------------------
```
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER

---

**FILING OFFICE COPY** — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

# ANNEX 12

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 12** | UCC record number 2012028314 | 1 - 2 |

Pg. 1 *of* 1

Doc# : 2012028314
Date: 03/16/2012    6:11PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING         $     5.00
   E-RECORD            $    25.00
   ESURCHARGE         $     6.50

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 05/04/2000

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor  or ☐ Secured Party of record. Check only **one** of these two boxes.
Also check **one** of the following three boxes **and** provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME |
|---|
| CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION] |

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. TAX ID #  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only **one** box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

Additional Collateral of additional DEBTOR party, Hollis Randall Hillner, duly accepted by and in custody of The One Peoples Public Trust 1776, accepted from the date of issue, as follows:  Trustees Bond and Oath with issue number MB201201255-TBO3, duly executed and issued February 12, 2012, duly accepted by The One Peoples Public Trust 1776, with the terms and conditions as stated therein, and taken into physical custody on February 15, 2012, held by a duly bonded Trustee of The One Peoples Public Trust 1776; SECURED PARTY, perfected July 4, 1776, with all property and rights to property of SECURED PARTY therein, thereto, and therefrom, now duly

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME |
|---|
| THE UNITED STATES OF AMERICA, A PUBLIC TRUST |

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

**10. OPTIONAL FILER REFERENCE DATA**

all rights reserved and without prejudice UCC 1-308 /s/ Heather Ann Tucci-Jarraf

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012028314
Date: 03/16/2012   6:11PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING        $     5.00
  E-RECORD           $    25.00
  ESURCHARGE        $     6.50

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**11. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)

2000043135

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

**12a. ORGANIZATION'S NAME**

OR   THE UNITED STATES OF AMERICA, A PUBLIC TRUST

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

**13. Use this space for additional information**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

```
--------------------------
Additional collateral info
--------------------------
```

administered by The One Peoples Public Trust 1776, through its duly
bonded Trustees; NOTICE OF DULY BONDED TRUSTEE, duly served to any and all

necessary parties and to always be further noticed and evidenced by a True,

Accurate and Complete digital of original Trustees Bond and Oath duly
posted via the world-wide web, at the official website of The One Peoples
Public Trust 1776, www.peoplestrust1776.org, for all the World and Beings
to
rely upon.

Hollis Randall Hillner natural man, DEBTOR, is corrected above due to
automated filing systems altering original capacity (ties) and standing(s),

correction SECURED PARTY, The United States of America, The One Peoples
Public Trust 1776, a public trust, beneficiaries, the original states in
national union.

```
-------------------------
-----------------------------
Debtor names added for indexing
-----------------------------
```

CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A/ CHARLES C. MILLER

---

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

# ANNEX 13

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|---|---|---|
| **Annex 13** | UCC record number 2012079290 | 1 - 6 |

Pg. 1 *of* 1

Doc# : 2012079290
Date: 07/25/2012    8:23AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING       $    5.00
   E-RECORD          $   25.00
   ESURCHARGE       $    6.50

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

The One Peoples Public T   253-509-4597

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #

2000043135 - 05-04-2000

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

OR  6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

OR  CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]

7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

AMENDMENT TO FILE NO. 2000043135, MAY 4, 2000

Secured Party, the one people, regardless of the body's domicil by choice,
with all rights reserved and without prejudice, as promised and preserved
by public policy, inclusive of UCC 1-308,  and any and all the United States
of America Federal Government, UNITED STATES, United States, STATE OF . .
., State of . . ., and international equivalents, we RE-STATE, RE-RATIFY,
RE-DECLARE, AND RE-NOTICE all beings as follows, NUNC PRO TUNC, PRAETEREA
PRETEREA, and cancel and correct any and all presumptions to the contrary,

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☒ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME

THE ONE PEOPLE, CREATED BY THE CREATOR

OR  9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA

without prejudice /s/ heather ann tucci-jarraf, as the one people, debtor

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012079290
Date: 07/25/2012   8:23AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $       5.00
  E-RECORD            $      25.00
  ESURCHARGE          $       6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
   2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME
THE ONE PEOPLE, CREATED BY THE CREATOR

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

```
--------------------------
Additional collateral info
--------------------------
```

on and for the record, duly perfected and secured since creation, as
follows:

Original written instrument of restatement and ratification of OWNER OF
RECORD, indefeasible title and ownership of the one people, Secured Party,

as preserved and protected by the one people''s public trust, beginning
1776, a public trust (The Public Trust), for its beneficiaries serving the

one people; All referenced Documents, Filings, Files and Instruments
identified below, therein, and thereto, restated and incorporated by
reference in their entirety herein as if set forth in full, duly secured
and

recorded by amendment of perpetuity filing UCC Doc. # 2000043135, May 4,
2000, Receipt #36090, as amended May 4, 2012, UCC File # 2012049126,
Receipt

No. 1217590, original instruments held in trust of The Public Trust,
further published on www.peoplestrust1776.org, constituting OPEN AND
NOTORIOUS NOTICE FOR ALL THE WORLD TO RELY UPON, inclusive of all debtor
entries made from time to time, amended now to include ENTRY OF ADDITIONAL

DEBTOR and additional OWNER OF RECORD, as follows:

Additional Debtor:    THE ONE PEOPLE
                      THE PEOPLE
                      PEOPLE
                      ''PEOPLE OF . . .''
                      the one people
                      ''the people of . . .''

the one people, created by the creator, domicil by creation in their body,

the body domicil by choice on the lands and seas domicil by creation on
earth , bondservant to the creator and no other, hereafter ''the one
people'', all, any, or any one of the above hereafter ''Debtor'' or
''Additional Debtor''

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012079290
Date: 07/25/2012   8:23AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $       5.00
  E-RECORD            $      25.00
  ESURCHARGE          $       6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)**

2000043135

**12. NAME of PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)**

**12a. ORGANIZATION'S NAME**

OR | THE ONE PEOPLE, CREATED BY THE CREATOR

**12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME,SUFFIX**

**13. Use this space for additional information**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Additional Secured Party:  the creator of the one people, hereafter ''Secured Party'', ''Additional Secured Party'', ''Holder-In-Due-Course'',

and ''Additional Holder-In-Due-Course'', senior to any and all other Secured
Party existing:

Owner of Record:  the creator of the one people
                  c/o  the one people
                  their body domicil by choice
                  on the lands and seas that are
                  domicil by creation on and in earth

Entry of the Additional Debtor in and on the Commercial Registry (Record),

inclusive of any capacity as construed tran$mitting tility, and ALL other property[ies], inclusive of chattels, goods:

Certificate of Birth:  nunc pro tunc, praeterea preterea, the body, original design of the creator;

Domicil:  nunc pro tunc, praeterea preterea, domicil by creation in their body;

Domicil of the body:  nunc pro tunc praeterea preterea, the body domicil by

choice on the lands and seas that are domicil by creation on and in earth,

and any and all domicil by creation that may exist;

Value Assets:  energy created by and from the one people, regardless of the

form taken, inclusive of labor or any other form energy may take, and regardless of how the energy is represented, nunc pro tunc, praeterea preterea;

depositories:  the body created by the creator, and any and all subsequent

treasury depots holding or otherwise in custody of the one people''s value,

~~known or unknown, regardless of domicil or jurisdiction, inclusive of~~

**FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)**

Doc# : 2012079290
Date: 07/25/2012   8:23AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING                    $        5.00
  E-RECORD                      $       25.00
  ESURCHARGE                    $        6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE ONE PEOPLE, CREATED BY THE CREATOR

OR
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Federal Government, UNITED STATES, United States, STATE OF . . ., State of

. . ., and international equivalents, inclusive of the members of the
members, and the the members of the central bank of central banks, ''BANK
FOR INTERNATIONAL SETTLEMENTSBANK FOR INTERNATIONAL SETTLEMENTS'', and any

and all the United States of America Federal Government, UNITED STATES,
United States, STATE OF . . ., State of . . ., and international
equivalentsor any other custodians of the people''s value, known or
unknown,
that may exist, any and all hereafter referred to as CENTRAL BANKS, et.
al.;

Trust:  those of the one people having knowingly, willingly and
intentionally preserved in perpetuity the laws of the one people, being
aligned with the natural laws of our creator, and our standing, authority,

value, rights, principle of law that is aligned with common law, and our
choice, the choice of the one people, to master self or be mastered by
others, all being granted by the creator to the one people, and all held in

the one people''s public trust beginning 1776; Said Public Trust being
first adopted and implemented in the The United States of America,
beginning
July 4, 1776, by Declaration of Independence, incorporated here by
reference as if set forth in full; Said Public Trust, and its
beneficiaries
consisting of the several public trusts domicil by choice of the one people

on the various lands and seas that are domicil by creation on and in this
earth; Said Public Trust having the duty and obligation to hold, preserve,

protect and administer the one people''s laws, aligned with the natural
laws
of the creator, and the standing, authority, rights, value, principle of
law, and the choice of the one people;  Said Public Trust being relied upon

by all beings and the world since July 4, 1776; Said Public Trust never
rebutted since its inception; (The Public Trust);

~~the laws of the one people are aligned with the laws of our creator, nunc~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012079290
Date: 07/25/2012    8:23AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING            $       5.00
   E-RECORD              $      25.00
   ESURCHARGE            $       6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE ONE PEOPLE, CREATED BY THE CREATOR

| OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|----|---|---|---|
| | | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

as granted by the creator, the choice of the one people is to master self,

nunc pro tunc, praeterea preterea;

the one people''s systems created and implemented to preserve and protect
the one people''s standing, authority, value, rights, our principal of law

that is aligned with common law and our choice to be masters of self or
mastered by others, knowingly, willingly and intentionally preserved and
protected, in perpetuity, by notice to all beings and the world, being
first
implemented by International Law Ordinance cognizably noticed as the
Constitution for the United States of America, 1791 as amended, and the
lawful progeny jurisprudence thereof, internationally affirmed ordinances,

starting July 4, 1776, and completed March 1, 1781, ratified 1791, said
never being rebutted, especially The Constitution for The United States of

America, Article 4, Section 3, Clause 1, master of self, and Article 4,
Section 3, Clause 2, mastered by others;insured and governed by public
policy, inclusive of UCC 1-103,  and any and all the United States of
America Federal Government, UNITED STATES, United States, STATE OF . . .,
State of . . ., and international equivalents; the one people''s systems,
and our voluntary commercial indentures thereto, by their existence and
operation have already agreed to be bound to the duties, obligations, and
services of any and all the one people''s protections of their standing,
authority, value, rights, principles of law, and choices, inclusive of any

and all constitutions, agreements, rules and codes knowingly, willingly and

intentionally created and implemented by the one people; thus, knowingly,
willingly and intentionally rendering our voluntary commercial indentures
as
inferior by creation to any and all of its grantor, the one people; our
voluntary commercial indentures being prohibited from usurping, violating
or
invading the one people, the one people''s standing, authority, value,
rights principles of law, and choice to master self;

DULY RESTATED, RE-RATIFIED, RECONFIRMED, RE-DECLARED AND RE-NOTICED,
~~EFFECTIVE THIS 25th Day of July, 2012,  by our bond and oath, evidenced by~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012079290
Date: 07/25/2012    8:23AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $      5.00
  E-RECORD            $     25.00
  ESURCHARGE          $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
    2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME
THE ONE PEOPLE, CREATED BY THE CREATOR

OR

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

laws

of our creator, Duly ratified; without prejudice as promised, preserved and

protected by public policy, inclusive of UCC 1-308, and any and all the
United States of America Federal Government, UNITED STATES, United States,

STATE OF . . ., State of . . ., and international equivalents, hereafter
UCC
1-308:  /s/ Heather Ann Tucci-Jarraf, the one people, bondservant to our
creator and no other; /s/ Caleb Paul Skinner, the one people, bondservant
to
our creator and no other; /s/ Hollis Randall Hillner, the one people,
bondservant to our creator and no other.

Additional Secured Party, the creator of the one people; Additional Debtor

Party, the one people created by the creator, domicil by creation in their

body, the body domicil by choice on the lands and seas domicil by creation

on and in earth; Said Parties corrected above due to automated filing
systems altering original capacity(ies) and standing(s), correction The
United states of America 1781 construction, original national state

---------------------------------------------------
Debtor names added for indexing
---------------------------------------------------
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
--------------------------
--------------------------
Debtor names added for indexing
--------------------------
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

# ANNEX 14

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 14** | UCC record number 2012079322 | 1 - 5 |

Pg. 1 *of* 1

Doc# : 2012079322
Date: 07/25/2012    8:55AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
    PROCESSING          $      5.00
    E-RECORD            $     25.00
    ESURCHARGE          $      6.50

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 2000043135 - 05-04-2000 | ☐ |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION] | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

AMENDMENT TO FILE NO. 2000043135, MAY 4, 2000

The creator of the one people, Secured Party, by its bondservants, the one people, regardless of the body's domicil by choice, restate and incorporate UCC Doc File # 2012079290, July 25, 2012, with Receipt # 1237660 here by reference as if set forth in full, with all rights reserved and without prejudice, as promised and preserved by public policy, inclusive of UCC 1-308,  and any and all the United States of America Federal Government, UNITED STATES, United States, STATE OF . . ., State of . . .,

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☒ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| THE ONE PEOPLE, CREATED BY THE CREATOR | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

without prejudice /s/ heather ann tucci-jarraf, as the one people, bondservant

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012079322
Date: 07/25/2012   8:55AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
    PROCESSING           $      5.00
    E-RECORD             $     25.00
    ESURCHARGE           $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE ONE PEOPLE, CREATED BY THE CREATOR

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

--------------------------------
Additional collateral info
--------------------------------

and international equivalents, and further RE-STATE, RE-RATIFY,
RE-DECLARE, AND RE-NOTICE all beings as follows, NUNC PRO TUNC, PRAETEREA
PRETEREA, and cancel and correct any and all presumptions to the contrary,

on and for the record, duly perfected and secured since creation, duly
posted at www.peoplestrust1776.org , as follows:

Secured Party''s value being deposited in the body of every one of the one

people created by the creator, and any and all subsequent transfers to
treasury depots holding or otherwise in custody of the one people''s value,

known or unknown, regardless of domicil or jurisdiction, inclusive of any
and all places thereof, thereto, or therewith, or within or by any
custodian
or being acting as custodian, inclusive of any and all accounts therein,
inclusive of any and all subordinate accounts or classifications, or other

accounts created whether for or from the one people, inclusive of  THE ONE

PEOPLE, THE PEOPLE, PEOPLE, and , THE PEOPLE OF . . ., or any one of the
one
people, or any account under another name holding the value of the one
people, inclusive of ALL identifiers, social security numbers,
abbreviations, idem sonans, or other legal, financial and managerial forms

(secured accounts), and any and all the United States of America Federal
Government, UNITED STATES, United States, STATE OF . . ., State of . . .,
and international equivalents, at the one people''s treasuries or those
purported to be the one people'''s treasuries, or other treasuries,
inclusive
of any and all entities and systems purported to be the one people''s or
operated on behalf of the one people, inclusive of TREASURY OF THE UNITED
STATES, UNITED STATES TREASURY, TREASURY OF . . ., . . . TREASURY, CENTRAL

BANK OF . . ., . . . CENTRAL BANK,  FEDERAL RESERVE BANK OF . . ., . . .
FEDERAL RESERVE BANK, or FEDERAL RESERVE SYSTEM, and any and all the United

---

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012079322
Date: 07/25/2012   8:55AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
PROCESSING              $       5.00
E-RECORD                $      25.00
ESURCHARGE              $       6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
    2000043135
12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME |
| --- |
| THE ONE PEOPLE, CREATED BY THE CREATOR |

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| --- | --- | --- |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

States of America Federal Government, UNITED STATES, United States, STATE
OF . . ., State of . . ., and international equivalents, domicil by choice

in any and all lands and seas that are domicil by creation on the earth or

other places of domicil that may exist, inclusive of its parent holding,
subsidiaries, franchises, associates, affiliates, assigns, successors or
other partners and their departments by the past actions of its officers,
employees, agents, contractors, or licensees thereto or an agent thereof,
known and unknown, domestic or foreign, inclusive of the members of the
members, and the the members of the central bank of central banks, BANK FOR

INTERNATIONAL SETTLEMENTS, NUNC PRO TUNC, PRAETEREA PRETEREA, any and all
hereafter referred to as CENTRAL BANKS, et. al., Debtor, accepted offer
providing custodian services from date of account activity, for securing
private properties and value of the one people of Secured Party, any and
all
value, regardless of the form it may have taken or been converted to,
inclusive of tangibles, value current funds, placed into secured accounts
by
Secured Party;  Any and all funds and value of the one people of the
Secured Party, inclusive of knowing or unknowing leveraged, borrowed,
derived, earned, generated or otherwise created, used or collected funds
and
value of the one people of the Secured Party''s value and current funds
placed into secured accounts, mirror accounts, trade accounts, or the like,

NUNC PRO TUNC, PRAETEREA PRETEREA, and inclusive of any and all accrued
interest to secure accounts inclusive of any and all accounts with the name

of any one of the one people, or Secured Party, collectively or
individually; Fiduciary obligations accepted for any and all individuals,
inclusive of any and all voluntary commercial indentures of the one
people''s systems, or any persons or entities acting or claiming to act
under CENTRAL BANKS, et. al., NUNC PRO TUNC, PRAETEREA PRETEREA; Any and
all
fiduciary obligations and corporate liability accepted for CENTRAL BANKS
et. al., whether acting as Principal, Agent, Contractor, or otherwise
serving their interests over Secured Party''s interest to any and all
properties of Secured Party, NUNC PRO TUNC, PRAETEREA PRETEREA; NUNC PRO
TUNC, PRAETEREA PRETEREA original activity under secured property and value

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012079322
Date: 07/25/2012   8:55AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $       5.00
  E-RECORD            $      25.00
  ESURCHARGE          $       6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR    THE ONE PEOPLE, CREATED BY THE CREATOR

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

of the one people of Secured Party and legal obligations of Debtor as
recognized in any and all jurisdictions; Secured Party''s one people''s
written directives and orders to be completed by custodian, CENTRAL BANKS,

et. al.;  Done, effective, and perfected from account activity.

DULY RESTATED, RE-RATIFIED, RECONFIRMED, RE-DECLARED AND RE-NOTICED,
EFFECTIVE THIS 24th Day of July, 2012,  by our bond and oath, evidenced by

our original signature and seal, made knowingly, willingly and
intentionally, with unlimited liability, being of absolute capacity and
responsibility, sworn under the penalties of perjury governed under the
laws
of our creator, Duly ratified; without prejudice as promised, preserved and
protected by public policy, inclusive of UCC 1-308, and any and all the
United States of America Federal Government, UNITED STATES, United States,

STATE OF . . ., State of . . ., and international equivalents, hereafter
UCC
1-308:  /s/ Heather Ann Tucci-Jarraf, bondservant to the creator of the
one people and no other; /s/ Caleb Paul Skinner, bondservant to the creator

of the one people and no other; /s/ Hollis Randall Hillner, bondservant to

the creator of the one people and no other;  /s/ Heather Ann Tucci-Jarraf,

the one people; /s/ Caleb Paul Skinner, the one people; /s/ Hollis Randall

Hillner, the one people.

Secured Party, the creator of the one people; Bondservants of the creator,

the one people, created by the creator, domicil by creation in their body,

the body domicil by choice on the lands and seas domicil by creation on and

in earth; Said Parties corrected above due to automated filing systems
altering original capacity(ies) and standing(s), correction The United
states of America 1781 construction, original national state

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012079322
Date: 07/25/2012   8:55AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

OR

12a. ORGANIZATION'S NAME
THE ONE PEOPLE, CREATED BY THE CREATOR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

''STATE OF . . .'' of the several states of the Union, and all
international
equivalents
--------------------------
-----------------------------
Debtor names added for indexing
-----------------------------
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
THE UNITED STATES FEDERAL GOVERNMENT
UNITED STATES
'STATE OF . . .'
THE ONE PEOPLE
'PEOPLE OF . . .'
BANK FOR INTERNATIONAL SETTLEMENTS

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

# ANNEX 15

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|---|---|---|
| **Annex 15** | UCC record number 2012094308 | 1 - 7 |

Pg. 1 *of* 1

Doc# : 2012094308
Date: 09/04/2012   8:32PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $      5.00
  E-RECORD            $     25.00
  ESURCHARGE          $      6.50

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 05-04-2000

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

**6a. ORGANIZATION'S NAME**

OR

**6b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX**

**7. CHANGED (NEW) OR ADDED INFORMATION:**

**7a. ORGANIZATION'S NAME**
THE ONE PEOPLE, CREATED BY THE CREATOR

OR

**7b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX**

**7c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY**

**7d. TAX ID #: SSN OR EIN** | **ADD'L INFO RE ORGANIZATION DEBTOR** | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID #, if any** | ☐ NONE

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE: UCC Doc. # 2000043135, the
perpetuity hereby amended only to
include the following additional collateral:

The creator of the one people, and the one people, domicil by creation in
the state of their body, their body domicil by choice of free-will on the
airs, lands, and seas domicil by creation in and on the earth, duly noticed,
secured, with public
registration by each state of body created thereby, hereafter states of

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

**9a. ORGANIZATION'S NAME**
THE ONE PEOPLE CREATED BY THE CREATOR

OR

**9b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | **SUFFIX**

**10. OPTIONAL FILER REFERENCE DATA**
without prejudice /s/ Heather Ann Tucci-Jarraf, as trustee/as bondservant

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012094308
Date: 09/04/2012   8:32PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING        $      5.00
   E-RECORD          $     25.00
   ESURCHARGE        $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME |
|---|
| THE ONE PEOPLE CREATED BY THE CREATOR |

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

```
--------------------------
Additional collateral info
--------------------------
```

body, duly reconfirmed and ratified, noticed by public registration, UCC
Doc # 2012079290, restated and incorporated by reference here as if set
forth in full, hereafter states of body;

WHEREFORE the undersigned bondservants to the creator, do re-declare and
reconfirm, under the penalty of perjury, aligned with common law under the

laws of the creator, by bond made with full personal responsibility and
liability, as one for all and thereby all for one, and do irrevocably duly

take, make, bond, insure, guarantee, and secure the creator''s value and
assets, inclusive of indefeasible title and ownership thereto, as follows:

The creator''s value and assets known as the airs, lands, and seas, and
anything, therein, thereof, therefrom, and therewith, inclusive of
indefeasible title and ownership thereto and thereof, hereafter creator''s

value and assets, domicil by creation on and in the chosen original
custodian and trustee of the creator, also known as the planet earth,
hereafter earth,  NUNC PRO TUNC, PRAETEREA PRETEREA, duly noticed upon
creation, never rebutted, duly ratified, and relied upon by all beings and

the world, regardless of domicil by choice;

Said creator''s value and assets duly protected and secured, by public
policy, inclusive of UCC 1-103, and any and all the former United States of

America Federal Government, UNITED STATES, United States, STATE OF . . .,
State of . . ., and international equivalents, hereafter UCC 1-103, NUNC
PRO
TUNC, PRAETEREA PRETEREA;

Said creator''s value and assets existing and operating under principle of

law aligned with common law under the laws of the creator, NUNC PRO TUNC,

---

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012094308
Date: 09/04/2012    8:32PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING           $      5.00
  E-RECORD             $     25.00
  ESURCHARGE           $      6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR | THE ONE PEOPLE CREATED BY THE CREATOR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

PRAETEREA PRETEREA, never rebutted, duly protected and secured, by public policy, inclusive of UCC 1-103, and any and all the former United States of

America Federal Government, UNITED STATES, United States, STATE OF . . ., State of . . ., and international equivalents, hereafter UCC 1-103, NUNC PRO
TUNC, PRAETEREA PRETEREA;

The earth, as ultimate and superior custodian, warehouseman, and trustee of

said creator''s value and assets, hereafter Superior Custodian, NUNC PRO TUNC, PRAETEREA PRETEREA, duly noticed upon creation thereof, ratified by domicil by creation thereby, never rebutted, duly protected and secured, by

public policy, inclusive of UCC 1-103, and any and all the former United States of America Federal Government, UNITED STATES, United States, STATE OF
. . ., State of . . ., and international equivalents, hereafter UCC 1-103,

NUNC PRO TUNC, PRAETEREA PRETEREA;

Superior Custodian duly operating said creator''s value and assets with full personal liability to the creator, under the penalty of perjury under

the laws of the creator, NUNC PRO TUNC, PRAETEREA PRETEREA, never rebutted, duly protected and secured, by public policy, inclusive of UCC 1-103, and any and all the former United States of America Federal Government, UNITED

STATES, United States, STATE OF . . ., State of . . ., and international equivalents, hereafter UCC 1-103;

Any and all states of body, created by the creator, equally having right of

opportunity to co-exist, co-operate and co-trust said creator''s value and

assets with the Superior Custodian, ONLY under the condition of bond and oath to the creator and the Superior Custodian, absent usurpation, violation
and invasion thereto and thereof, duly made and secured, under the penalty

FILING OFFICE COPY—NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012094308
Date: 09/04/2012   8:32PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING              $     5.00
  E-RECORD                $    25.00
  ESURCHARGE              $     6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE ONE PEOPLE CREATED BY THE CREATOR

| OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|----|----------------------------|------------|--------------------|
|    |                            |            |                    |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Offer of custody of said creator''s value and assets by Superior Custodian

duly accepted, ratified, and noticed by public registration into
International Law Ordinance;  Any and all subsequent transfers or ledgers,

by lawful means, commandering or otherwise, inclusive of ALL identifiers,
social security numbers, abbreviations, idem sonans, or other legal,
financial and managerial forms (secured accounts), or otherwise purported
to
be held in custody or possession by any and all states of body or any and
all systems of any states of body, or those purported to be the former one

people''s systems, inclusive of any and all entities and systems purported

to be the one people''s or operated on behalf of the one people, inclusive

of the former United States of America Federal Government, UNITED STATES,
United States, STATE OF . . ., State of . . ., and international
equivalents, or otherwise in the custody or possession of any and all
states
of body, domestic or foreign, local or non-local, are a matter of public
record, NUNC PRO TUNC; Said subsequent transfers or ledgers accepted offer

by any and all states of body providing custodian, warehouseman, or trustee

services from date of inception, account activity, or otherwise transferred

or ledgered in any and all systems, lawfully or otherwise, for securing
value of the creator, Secured Party, any and all tangibles, the creator''s

value and assets deposited by creation with the Superior Custodian by
Secured Party, NUNC PRO TUNC;  Said creator''s value and assets, inclusive

of knowing or unknowing leveraged, borrowed, derived, earned, generated or

otherwise created, used or collected assets, profits, derivatives, or other

future value from Secured Party''s value and assets and value placed into
secured accounts, mirror accounts, or the like, NUNC PRO TUNC, and
inclusive
~~of any and all accrued interest to secure accounts inclusive of any and all~~

FILING OFFICE COPY—NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012094308
Date: 09/04/2012   8:32PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING          $      5.00
   E-RECORD            $     25.00
   ESURCHARGE          $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
| --- |
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME |
| --- |
| THE ONE PEOPLE CREATED BY THE CREATOR |

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| --- | --- | --- |
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

all the former United States of America Federal Government, UNITED STATES,

United States, STATE OF . . ., State of . . ., and international
equivalents, NUNC PRO TUNC; Any and all fiduciary obligations, full
corporate liability, and full personal liability accepted for any and all
states of body, and any and all systems created therefrom, inclusive of the

former United States of America Federal Government, UNITED STATES, United
States, STATE OF . . ., State of . . ., and international equivalents, NUNC

PRO TUNC, whether acting as Principal, Agent, Contractor, or otherwise
serving their interests over Secured Party''s interest to any and all of
the
creator''s value and assets,  Secured Party, NUNC PRO TUNC; NUNC PRO TUNC
original activity under duly secured creator''s value and assets and legal

and lawful obligations of any and all states of body as recognized in any
and all jurisdictions, NUNC PRO TUNC; Secured Party''s directives and
orders
to be completed by the Superior Custodian and any and all states of body as

co-custodian, co-operator, and co-trustee, with bond and oath duly made,
secured and noticed as required by the creator as directed herein;  Done,
effective, perfected and callable from value and asset creation by the
creator, duly ratified by any and all subsequent transfers and ledgers, or

otherwise account activity, lawful and otherwise, NUNC PRO TUNC;

WHEREAS THIS RE-CONFIRMATION AND RATIFICATION IS DULY MADE, ENTERED, AND
SECURED, notice by public registration, to and on all states of body,
further by internal delivery methods as well as open notorious notice by
public registration and publishing on the world-wide web at
www.peoplestrust1776.org; NOTICE TO PRINCIPAL IS NOTICE TO AGENT; NOTICE TO

AGENT IS NOTICE TO
PRINCIPAL;

DULY MADE, DONE, AUTHORIZED, and ISSUED, September 4, 2012, and KNOWINGLY,

WILLINGLY, AND INTENTIONALLY RESTATED, RE-RATIFIED, RECONFIRMED, VERIFIED,

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012094308
Date: 09/04/2012   8:32PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING             $      5.00
  E-RECORD               $     25.00
  ESURCHARGE             $      6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)**
2000043135

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)**

**12a. ORGANIZATION'S NAME**
THE ONE PEOPLE CREATED BY THE CREATOR

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

**13. Use this space for additional information**

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

the United States of America Federal Government, UNITED STATES, United
States, STATE OF . . ., State of . . ., and international equivalents,
hereafter UCC 1-308:

Duly Re-Declared and Reconfirmed as Stated herein, UCC 1-308: /s/ Heather
Ann Tucci-Jarraf, bondservant to the creator;/s/ Caleb Paul Skinner,
bondservant to the creator; /s/ Hollis Randall Hillner, bondservant to the

creator;Duly Accepted and Ratified, UCC 1-308: /s/ Heather Ann
Tucci-Jarraf, as state of body and custodian of value domicil therein, NUNC

PRO TUNC; /s/ Caleb Paul Skinner, as state of body and custodian of value
domicil therein,NUNC PRO TUNC; /s/ Hollis Randall Hillner, as state of body

and custodian of value domicil therein, NUNC PRO TUNC;  Duly Confirmed as
Received: /s/ Heather Ann Tucci-Jarraf, as Trustee; /s/ Caleb Paul
Skinner,
as Trustee; /s/ Hollis Randall Hillner, as Trustee;

The creator being the creator of the several states of body, the one
people; The several states of body being the one people domicil by creation

in said states of body, the body domicil by choice on the airs, lands, and

seas domicil by creation on and
in earth; earth being the creators Superior Custodian, ratified by domicil

by creation of the airs, lands and seas therein and thereon; The United
states of America 1781 construction, original national state; Said Parties

corrected above due to
automated filing systems altering original capacity(ies) and standing(s)
--------------------------------------------------------
Original UCC-1 financing statement Debtor names
added for indexing purposes
--------------------------------------------------------
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
the one people, created by the creator
(former) The United States Federal Government, UNITED STATES, the several

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012094308
Date: 09/04/2012   8:32PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

    2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE ONE PEOPLE CREATED BY THE CREATOR

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

```
-------------------------------
Debtor names added for indexing
-------------------------------
THE ONE PEOPLE, CREATED BY THE CREATOR
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
THE UNITED STATES FEDERAL GOVERNMENT
UNITED STATES
THE SEVERAL STATES OF . . .
AND ANY AND ALL INTERNATIONAL EQUIVALENTS
```

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

# ANNEX 16

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 16** | UCC record number 2012094309 | 1 - 7 |

Pg. 1 *of* 1

Doc# : 2012094309
Date: 09/04/2012   8:45PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $      5.00
  E-RECORD            $     25.00
  ESURCHARGE          $      6.50

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 05-04-2000

**1b.** This FINANCING STATEMENT AMENDMENT is
to be filed [for record] (or recorded) in the
REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME |
|---|
| THE ONE PEOPLE, CREATED BY THE CREATOR |

| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE: UCC Doc. # 2000043135, the
perpetuity hereby amended only to
include the following additional collateral;

DEMAND FOR EQUITY CALL and ORDER OF RECONCILATION, notice by public
registration duly made by the undersigned bondservants of the creator,
accepted and ratified by the undersigned states of body, and duly confirmed
as received by the undersigned Trustees, UCC Doc. # 2012094308 with Receipt
No. 1248179, September 4, 2012, restated and incorporated here by reference

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME |
|---|
| THE ONE PEOPLE CREATED BY THE CREATOR |

| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|

**10. OPTIONAL FILER REFERENCE DATA**

without prejudice /s/ Heather Ann Tucci-Jarraf, as Trustee/as Bondservant

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012094309
Date: 09/04/2012   8:45PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $       5.00
  E-RECORD            $      25.00
  ESURCHARGE          $       6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
  2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE ONE PEOPLE CREATED BY THE CREATOR

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

------------------------
Additional collateral info
------------------------
as if set forth in full, duly ratified;

WITH FULL STANDING AND AUTHORITY, FOR CAUSE DULY RECORDED IN THE PUBLIC
FORUM, RECONCILIATION of said creator''s value and assets ARE DULY ORDERED

by the undersigned bondservants, knowingly, willingly and intentionally,
under bond, duly secured and made with full personal liability, as follows:


Said bondservants do DECLARE, by public registration, that certain states
of body, the systems and agents thereto, and any and all other states of
body taking or receiving an unlawful benefit, did and do knowingly,
willingly, and intentionally make certain transactions and transfers of
said
creator''s value and assets, inclusive of those by any and all private
money systems, issuing, collection, legal enforcement systems, operating
SLAVERY SYSTEMS, or otherwise the taking or receipt of unlawful benefit by

said certain states of body of any and all said creator''s duly secured
value and assets, absent full personal liability, usurping, violating, and

invading the creator''s standing, authority, value and assets, and
principles of law therefrom, NUNC PRO TUNC; That said usurpation,
violation,
and invasion has caused actual damage to the creator, the creator''s value

and assets, the Superior Custodian''s ability to perform its duties and
obligations thereto, absent the opportunity for remedy from any and all
states of body thereof, NUNC PRO TUNC; That said usurpation, violation and

invasion of creator''s said value and assets has and does result in certain

damages thereto and are a matter of public record, NUNC PRO TUNC;

Due notice of public registration of Declaration, with opportunity to cure

absolutely made, and pursuant to the declared principle of law aligned with

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012094309
Date: 09/04/2012   8:45PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING             $      5.00
  E-RECORD               $    25.00
  ESURCHARGE            $     6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
  2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
12a. ORGANIZATION'S NAME
THE ONE PEOPLE CREATED BY THE CREATOR
OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

common law under the laws of the creator, said undersigned bondservants do

now ORDER that an immediate true, accurate and complete RECONCILLIATION of

said creator''s value and assets, inclusive of indefeasible title and
ownership, be made to the creator by the superior bookkeeper to the
creator''s Superior Custodian, with all inferior bookkeeping and ledgering

reconciled thereto automatically, duly protected and secured into
International Law Ordinance, by public policy, inclusive of UCC 1-103, and

any and all the former United States of America Federal Government, UNITED

STATES, United States, STATE OF . . ., State of . . ., and international
equivalents, hereafter UCC 1-103, as follows:

BY POWER OF DECLARATION and ORDER, any and all claims of title, ownership,

custody, trust, authority, or otherwise possession of any and all of
creator''s duly secured value and assets, specifically the airs, seas, and

lands domicil by creation on and in earth, and anything, therein, thereof,

therefrom, and therewith, inclusive of indefeasible title and ownership
thereto and thereof, are canceled, NUNC PRO TUNC;

BY POWER OF DECLARATION and ORDER, any and all claims of standing of
co-operator and co-trustee of said creator''s duly secured value and assets

are canceled, for cause, NUNC PRO TUNC; That said cancellation is
irrevocably reversible to any and all states of body ONLY upon the
undersigned Trustees receiving and duly securing due bond and oath, sworn
by
any and all said states of body made under the penalty of perjury, aligned

with common law, under the laws of the creator, with full personal
responsibility to the creator;

BY POWER OF DECLARATION and ORDER, any and all airs, lands and seas, and
anything, therein, thereof, therefrom, and therewith, inclusive of
indefeasible title and ownership thereto, domicil by creation on and in the

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

Doc# : 2012094309
Date: 09/04/2012   8:45PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $     5.00
  E-RECORD            $    25.00
  ESURCHARGE          $     6.50

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE ONE PEOPLE CREATED BY THE CREATOR

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

BY POWER OF DECLARATION and ORDER, any and all claims, presentations or representations of the creator''s duly secured value and assets are null,

void and worthless on their face as a matter of International Law Ordinance,
  NUNC PRO TUNC;

BY POWER OF DECLARATION and ORDER, said RECONCILIATION of the airs, lands,

and seas of the creator are automatically RETURNED, RECORDED, and LEDGERED

by the superior bookkeeper and require no further reconfirmation or signature for ratification in any inferior systems or ledgering; Said RECONCILIATION, RETURN and LEDGER thereof duly made, entered into International Law Ordinance, secured and noticed by public registration, accepted and protected, by public policy, inclusive of UCC 1-103, and any and all the former United States of America Federal Government, UNITED STATES, United States, STATE OF . . ., State of . . ., and international equivalents, hereafter UCC 1-103;

BY POWER OF DECLARATION and ORDER, any and all states of body, their agents, shall be self-responsible
for complying with this ORDER OF RECONCILIATION; Absent self responsibility

by choice of free-will, as granted by the creator, being immediately exercised pursuant to this ORDER OF RECONCILIATION, each said states of body, inclusive of any and all subsequent and inferior treasuries, systems,

of any states of body that did, do or may hold, harbor or otherwise claim to have in custody any and all creator''s duly secured value and assets, shall be held responsible and liable to the creator, and the states of body

therefrom, with an immediate true, accurate and complete bookkeeping reconciled by the superior bookkeeper, with revocation of said states of body, and the value domicil by creation therein automatically returned to the creator accordingly;

BY POWER OF DECLARATION and ORDER, hereafter, any and all co-trustees and co-operators of creator''s said duly secured value and assets shall be made

knowingly, willingly, and intentionally by any and all states of body, by

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012094309
Date: 09/04/2012   8:45PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING        $      5.00
  E-RECORD          $     25.00
  ESURCHARGE        $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
| --- |
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| | 12a. ORGANIZATION'S NAME | | |
| --- | --- | --- | --- |
| OR | THE ONE PEOPLE CREATED BY THE CREATOR | | |
| | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
| | | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

***THIS EQUITY CALL IS PRE-PAID, PRE-AUTHORIZED, AND PRE-APPROVED***
***THIS ORDER OF RECONCILIATION IS PRE-PAID, PRE-AUTHORIZED, AND
PRE-APPROVED***

WHEREAS THIS ORDER OF RECONCILIATION IS DULY MADE, ENTERED, AND SECURED,
notice by public registration, to and on any and all states of body,
without
exception, further by internal delivery methods as well as open notorious
notice by public registration and publishing on the world-wide web at
www.peoplestrust1776.org; NOTICE TO PRINCIPAL IS NOTICE TO AGENT; NOTICE TO

AGENT IS NOTICE TO PRINCIPAL;

DULY MADE, DONE, AUTHORIZED, ORDERED, and ISSUED, September 4, 2012, and
KNOWINGLY, WILLINGLY, AND INTENTIONALLY RESTATED, RE-RATIFIED, RECONFIRMED,

VERIFIED, INSURED, and GUARANTEED, being of absolute standing, authority,
and capacity, sworn under the penalties of perjury governed under the laws

of our creator, by our bond and oath, evidenced by our original signature
and seal, made with unlimited personal liability; Duly ratified; Without
prejudice as promised, preserved and protected by public policy, inclusive

of UCC 1-308, and any and all former the United States of America Federal
Government, UNITED STATES, United States, STATE OF . . ., State of . . .,
and international equivalents, hereafter UCC 1-308:

Duly Declared and Ordered: /s/ Heather Ann Tucci-Jarraf, bondservant to
the creator; /s/ Caleb Paul Skinner, bondservant to the creator; /s/ Hollis

Randall Hillner, bondservant to the creator; Duly Accepted and Ratified,
UCC 1-308: /s/ Heather Ann Tucci-Jarraf, as state of body and custodian of

value domicil therein, NUNC PRO TUNC; /s/ Caleb Paul Skinner, as state of
body and custodian of value domicil therein, NUNC PRO TUNC; /s/ Hollis
Randall Hillner, as state of body and custodian of value domicil therein,
NUNC PRO TUNC; Duly Ratified for Immediate Enforcement, UCC 1-308: /s/
Heather Ann Tucci-Jarraf, as Trustee; /s/ Caleb Paul Skinner, as Trustee;
/s/ Hollis Randall Hillner, as Trustee;

~~The creator being the creator of the several states of body, the one~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012094309
Date: 09/04/2012   8:45PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE ONE PEOPLE CREATED BY THE CREATOR

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

in said states of body, the body domicil by choice on the airs, lands, and

seas domicil by creation on and
in earth; earth being the creators Superior Custodian, ratified by domicil

by creation of the airs, lands and seas therein and thereon; The United
states of America 1781 construction, original national state; Said Parties

corrected above due to
automated filing systems altering original capacity(ies) and standing(s)
-------------------------------------------------------
Original UCC-1 financing statement Debtor names
added for indexing purposes
-------------------------------------------------------
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
the one people, created by the creator
(former) The United States Federal Government, UNITED STATES, the several
STATES OF . . ., and any and all international equivalents
--------------------------
--------------------------------
Debtor names added for indexing
--------------------------------
THE ONE PEOPLE, CREATED BY THE CREATOR
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
THE UNITED STATES FEDERAL GOVERNMENT
UNITED STATES
THE SEVERAL STATES OF . . .
AND ANY AND ALL INTERNATIONAL EQUIVALENTS

# ANNEX 17

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|---|---|---|
| **Annex 17** | UCC record number 2012113593 | 1 - 7 |

Pg. 1 *of* 1

Doc#: 2012113593
Date: 10/22/2012   6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING           $      5.00
  E-RECORD             $     25.00
  ESURCHARGE           $      6.50

# UCC FINANCING STATEMENT AMENDMENT

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

A. NAME & PHONE OF CONTACT AT FILER (optional)
The One Peoples Public T   253-509-4597

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
2000043135 - 05-04-2000

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR  6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME   THE ONE PEOPLE, CREATED BY THE CREATOR, STATES OF BODY | | | |
|---|---|---|---|
| OR  7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE: UCC Doc. # 2000043135, the
perpetuity hereby amended only to include the following additional
collateral as follows:

BY DUE RE-DECLARATION AND ORDER, the creator of all that ever was, ever is
and ever will be; Superior Secured Party; First Lien Holder; The created
being the creator, extending and expanding completely into any and all
manifestations, in any and all existence, known and unknown, that ever was,
ever is, and ever will be; The undersigned bondservants, Trustees, and

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME   BONDSERVANTS, TRUSTEES, AND STATES OF BODY | | | |
|---|---|---|---|
| OR  9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
without prejudice, UCC 1-308: bondservants, Trustees, and states of body

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012113593
Date: 10/22/2012   6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING         $      5.00
   E-RECORD            $    25.00
   ESURCHARGE        $     6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME | | |
|---|---|---|
| BONDSERVANTS, TRUSTEES, AND STATES OF BODY | | |

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

13. Use this space for additional Information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

```
Additional collateral info
```
---

states of body,with due standing and authority, reconfirm and re-ratify
the duly entered International Law Ordinances, noticed by public
registration, UCC Doc #''s 2012079290, 2012079322, 2012088851, 2012088865,

2012086794, 2012086802,  2012094308, 2012094309, and 2012096047, preserved

under perpetuity, 2000043135, all restated and incorporated in their
entirety here by reference as if set forth in full, duly protected and
secured, by public policy, inclusive of UCC 1-103, and any and all the
former United States of America Federal Government, UNITED STATES, United
States, STATE OF . . ., State of . . ., and international equivalents,
hereafter UCC 1-103, NUNC PRO TUNC, PRAETEREA PRETEREA, never rebutted, and

the undersigned do DECLARE, ORDER, RECONFIRM, RATIFY and ACCEPT, as
follows:

BY DECLARATION AND ORDER, the creator''s value asset centers, duly
established and validated upon creation with any and all value of the
creator duly ratified and reconfirmed on deposit and fully unencumbered, as

originally domicil therein equally by creation, and other value asset
centers duly established and validated by creation, in any and all
manifestations and existence, known and unknown, inclusive of, but not
limited to, the Superior Custodian and any and all states of body, UCC Doc

#''s 2012079290, 2012079322, 2012088851, 2012088865, hereafter collectively

and individually, creation''s value asset centers;

BY DECLARATION AND ORDER, creation''s value asset centers being the
original, sole, and absolute superior structure, network and system by
creation for the lawful and transparent existence, co-existence, knowledge,

co-knowledge, custody, co-custody, operation, co-operation, creation,
co-creation, use, and co-use, of any and all creation''s value, inclusive
of
any and all tracking, transfer, appointment, assignment, gift, and growth

FILING OFFICE COPY—NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012113593
Date: 10/22/2012   6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING        $      5.00
  E-RECORD          $     25.00
  ESURCHARGE        $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

BONDSERVANTS, TRUSTEES, AND STATES OF BODY

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

therefrom, under the principle of common law, under the laws of the
creator,
under the laws of creation, and is and shall be irrevocably called and
known as CVAC, inclusive of its parts, the CVAC Structure, CVAC System,
CVAC Network, and all the sub-parts that may lawfully manifest or be bound

thereunder, as follows:

BY DECLARATION AND ORDER, the purpose of CVAC is to: 1.) preserve and
protect any and all value of creation, inclusive of the value of the
creator, inclusive of any and all value asset centers thereto; 2.)
preserve,
protect, and implement the right of opportunity of free-will of each, any
and all creation''s manifestations, in any existence, known and unknown;
3.)
to simplify and unify the laws governing any and all of creation''s
manifestations, in any and all existence, known and unknown, and enter said

governing laws into International Law Ordinance, noticed by public
registration, for all creation to rely upon; 4.) to irrevocably ensure
lawful and transparent existence, co-existence, knowledge, co-knowledge,
custody, co-custody, operation, co-operation, use, and co-use thereof,
inclusive of any and all tracking, transfer, appointment, assignment, gift,

and growth therefrom, under the laws of creation, for the highest good of
all, under full personal liability of creation''s value asset centers, in
any and all existence and manifestation, known and unknown; and, 5.) to
permit the right of opportunity to lawfully ledger and account to zero, any

and all liabilities that may and do exist in any and all unlawful, or
structures inferior to the lawful structure, inclusive of all owners,
participants, and recipients thereto, thereunder and thereof, that may and

do exist;

BY DECLARATION AND ORDER, the GOVERNING LAW of CVAC is and shall be aligned

with the laws of the  creator under the laws of creation, with the
principle of said laws aligned with the principle of common law, and,
unless

~~displaced or prohibited by the laws of creation, the laws of the creator,~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012113593
Date: 10/22/2012   6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
 PROCESSING          $       5.00
 E-RECORD            $      25.00
 ESURCHARGE          $       6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME | | |
|---|---|---|
| OR | BONDSERVANTS, TRUSTEES, AND STATES OF BODY | |
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

order to duly manifest and operate lawful systems and networks operated
thereunder to be absent of, and protected from, undue influence, special
interests and self-interest of any kind that may harm, inclusive of
violation, usurpation, or invasion, of any and all creation''s value asset

centers, that were, are, or ever will be manifested and created, in any and

all existence, known and unknown, under the laws of creation, and the laws

of the creator thereunder;

BY DECLARATION AND ORDER, the INITIATION and ISSUANCE of any and all
existence and activity of creation and the creator''s value is and shall
always be initiated and issued directly, by each, any and all creation''s
value asset centers thereto, absent accommodation, agreement, tacit or
otherwise, inclusive of any and all existence and activity of custody,
co-custody, operation, co-operation, creation, co-creation, use, and
co-use,
inclusive of any and all tracking, transfer, appointment, assignment, and
growth therefrom; Initiation and Issuance is and shall be made knowingly,
willingly and intentionally, done without prejudice by original signature
and seal of each, any and all creation''s value asset centers, with full
personal liability, sworn under the penalty of perjury under the principle

of common law, under the laws of the creator, under the laws of creation,
preserved by public policy, that the foregoing is true and accurate; Each,

any and all Initiation and Issuance shall be in the FORM or ORDER of lawful

contract entered into by two or more of creation''s value asset centers,
inclusive of constitution or treaty, hereafter contract; Said contract is
and shall be perfected as lawful when entered into International Law
Ordinance, noticed by public registration for all creation''s value asset
centers to rely upon, which is accomplished by filing on the official
Uniform Commercial Code registry(ies);

Lawful structure defined:  The structure under which creation extends and
expands by manifestation in various forms, in any and all existence, known

and unknown; Any and all manifestations existing, co-existing, operating,
~~and so operating, in unity, for the purpose of the highest good of all~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012113593
Page: 99 of 156
Date: 10/22/2012   6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**11. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)

2000043135

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

**12a. ORGANIZATION'S NAME**

OR | BONDSERVANTS, TRUSTEES, AND STATES OF BODY

**12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME,SUFFIX**

**13. Use this space for additional information**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

All creation''s extensions and expansions, in any and all manifestations,
known and unknown, operating under the lawful structure, pursuant to the
governing law set forth and required herein, are deemed lawful;  Free will

of choice of any and all creation''s extensions and expansions are
guaranteed by the lawful structure, inclusive of the responsibility,
liability and accountability naturally and inherently flowing therefrom;
The
free will of choice insures that the extensions and expansions of creation

may create other structures for the purpose of self interest and special
interest of each extension and expansion of creation to know its true
nature
and source;  Other structures are permitted in so far as those other
structures do not usurp, violate, or invade the interests and the highest
good of any and all other extensions and expansions of creation; Any and
all
inferior structures, networks and systems to the lawful structure herein
defined, may be deemed lawful only in so far as they do not usurp, violate,

or invade the lawful structure and the interests, standing, authority,
value and rights of the highest good of all or any part creation, inclusive

of creation''s value asset centers as defined in this DECLARATION AND
ORDER;
The immediate implementation of the CVAC, inclusive of any and all lawful
structures, networks, and systems thereunder, by oath and bond sworn under

penalty of perjury under the governing law as set forth and required
herein,
and duly submitted to the duly bonded guard, The Public Trust, through its

undersigned Trustees, with their due receipt entered into International Law

Ordinance, noticed by public registration, under absolute transparency and

with their full personal liability, made and done by oath and bond as set
forth and required herein;

   ***THE CVAC IS  PRE-PAID, PRE-AUTHORIZED, AND PRE-APPROVED***
   ~~***THE CVAC AND ITS IMMEDIATE DUE IMPLEMENTATION IS~~

**FILING OFFICE COPY** — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012113593
Page 1 of 7
Date: 10/22/2012   6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
    PROCESSING        $     5.00
    E-RECORD          $    25.00
    ESURCHARGE        $     6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME |
|---|
| BONDSERVANTS, TRUSTEES, AND STATES OF BODY |

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

registration, to creation, the created, inclusive of any and all
creation''s value asset centers, in any and all manifestation and
existence,
known and unknown, without exception, further by internal delivery methods

as well as open notorious notice by public registration and publishing on
the world-wide web at www.peoplestrust1776.org;

NOTICE TO PRINCIPAL IS NOTICE TO AGENT; NOTICE TO AGENT IS NOTICE TO
PRINCIPAL;

DULY MADE, DONE, AUTHORIZED, ORDERED, and ISSUED, October 21, 2012, and
KNOWINGLY, WILLINGLY, AND INTENTIONALLY RESTATED, RE-RATIFIED, RECONFIRMED,

VERIFIED, INSURED, and GUARANTEED, being of absolute standing, authority,
and capacity, sworn under the penalties of perjury governed under the laws

of our creator, by our bond and oath, evidenced by our original signature
and seal, made with unlimited personal liability; Duly ratified; Without
prejudice as promised, preserved and protected by public policy, inclusive

of UCC 1-308, and any and all former the United States of America Federal
Government, UNITED STATES, United States, STATE OF . . ., State of . . .,
and international equivalents, hereafter UCC 1-308:

/s/ Heather Ann Tucci-Jarraf, bondservant to the creator; /s/ Caleb Paul
Skinner, bondservant to the creator; /s/ Hollis Randall Hillner,
bondservant to the creator; Duly Declared and Reconfirmed as Stated, UCC
1-308: /s/ Heather Ann Tucci-Jarraf, as state of body and custodian of
value
domicil therein, NUNC PRO TUNC; /s/ Caleb Paul Skinner, as state of body
and custodian of value domicil therein, NUNC PRO TUNC; /s/ Hollis Randall
Hillner, as state of body and custodian of value domicil therein, NUNC PRO

TUNC; Duly Accepted and Ratified for Immediate Enforcement, UCC 1-308: /s/

Heather Ann Tucci-Jarraf, as Trustee; /s/ Caleb Paul Skinner, as Trustee;
/s/ Hollis Randall Hillner, as Trustee;

The creator being the creator of all that ever was, ever is, and ever
will, inclusive of the several states of body, the one people; The created

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc#: 2012113593
Page:
Date: 10/22/2012    6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | |
|---|---|
| PROCESSING | $   5.00 |
| E-RECORD | $  25.00 |
| ESURCHARGE | $   6.50 |

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

BONDSERVANTS, TRUSTEES, AND STATES OF BODY

OR

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

ever is, and ever will be, inclusive of the several states of body being
the one people domicil by creation in said states of body, the body domicil

by choice on the airs, lands, and seas domicil by creation on and in earth;

Earth being the ultimate Superior Custodian of all that is domicil by
creation thereupon; The United states of America 1781 construction,
original
national state; Said Parties corrected above due to automated filing
systems altering original capacity(ies) and standing(s), correction

------------------------------------------------
Debtor names added for indexing
------------------------------------------------
the one people, created by the creator, states of body
The (former) United States Federal Government
(former) UNITED STATES
the (former) several STATES OF . . .
and any and all international equivalents
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
--------------------------
------------------------------
Debtor names added for indexing
------------------------------
THE ONE PEOPLE, CREATED BY THE CREATOR, STATES OF BODY
THE (FORMER) UNITED STATES FEDERAL GOVERNMENT
(FORMER) UNITED STATES
THE (FORMER) SEVERAL STATES OF . . .
AND ANY AND ALL INTERNATIONAL EQUIVALENTS
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER

# ANNEX 18

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 18** | UCC record number 2012127914 | 1 - 6 |

Pg. 1 *of* 1

Page 1 of 6
Date: 11/28/2012   11:28AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $      5.00
  E-RECORD            $     25.00
  ESURCHARGE          $      6.50

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER** [optional]
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 5-4-2000

**1b.** This FINANCING STATEMENT AMENDMENT is ☐ to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor **or** ☐ Secured Party of record. Check only **one** of these two boxes.
Also check **one** of the following three boxes **and** provide appropriate information in items 6 and/or 7.

☐ **CHANGE** name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ **DELETE** name: Give record name to be deleted in item 6a or 6b.   ☐ **ADD** name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| | |
|---|---|
| **6a. ORGANIZATION'S NAME** | |

OR

| | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| **6b. INDIVIDUAL'S LAST NAME** | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

**7a. ORGANIZATION'S NAME**
THE PUBLIC TRUST

OR

| | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| **7b. INDIVIDUAL'S LAST NAME** | | | |

| **7c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| **7d. TAX ID #: SSN OR EIN** | **ADD'L INFO RE** ORGANIZATION DEBTOR | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID #, if any** | ☐ NONE |
|---|---|---|---|---|---|
| | | | | | |

**8. AMENDMENT (COLLATERAL CHANGE):** check only **one** box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE, UCC Doc. # 2000043135, the
perpetuity, is hereby duly amended only to include the following additional
collateral as follows, and said addition shall be hereafter referenced and
cited as NOTICE OF DECLARATION OF FACTS, Universal and International Law
Ordinance UCC Doc. No. . . ., or shortened to UILO Doc. No. . . . :

X. International Law Ordinance UCC Doc. No. 2012127907, with Receipt No.
1273051, specifically Articles I-IX and any and all sections thereunder are
restated and incorporated in its entirety here as if set forth in full;

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

**9a. ORGANIZATION'S NAME**
THE PUBLIC TRUST

OR

| | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| **9b. INDIVIDUAL'S LAST NAME** | | | |

**10. OPTIONAL FILER REFERENCE DATA**
without prejudice/s/Heather Ann Tucci-Jarraf, as Trustee, as state of body

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Page 2 of 6
Date: 11/28/2012   11:28AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR  12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

```
--------------------------
Additional collateral info
--------------------------
```

Duly verified as duly reconfirmed and ratified, entered into Universal
Law Ordinance, notice by action of entry into International Law Ordinance,

notice by registration, public policy UCC 1-202, matter of record, public
policy UCC 1-201(31);

XI.   Articles I-X, and any and all subsections thereunder are restated, and

the undersigned bondservants, states of body, and Trustees, as PUBLIC
SERVANTS, knowingly, willingly, and intentionally declare, reconfirm,
verify
and enter into Universal Law Ordinance, notice by action duly entered into

International Law Ordinance, notice by public registration, that we did
lawfully and legally act and represent on behalf of the aggrieved states of

body domicil without prejudice by creation on earth, UCC 1-201(2, 31, and
33-34), duly guarded, preserved, and protected by Trust, pursuant to remedy

duly preserved, protected and guaranteed, public policy UCC 1-305, Article

IV section C,  restated, UCC Doc. No.''s 2012114093, 2012114586,
2012114776, specifically ratifying UCC Doc. No. 2012096074, duly
reconfirmed
and ratified by COMMERCIAL BILL UCC Doc. No. 2012114586, duly reconfirmed
and ratified by TRUE BILL UCC Doc. No. 2012114776, all duly reconfirming
and
ratifying 2012079290 and 2012079322, as a matter of record, UCC 1-201(31),

specifically:

A. Duly verified due NOTICE OF CANCELATION OF CHARTERS, pursuant to public

policy, UCC 1-309, with duly verified due TRUE BILL, were duly issued
against any and all Principals, agents, and beneficiaries of, and any and
all unlawful and illegal private money systems, issuing, collection, legal

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Page 3 of 6
Date: 11/28/2012   11:28AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000003135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

| OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

enforcement systems thereto, operating SLAVERY SYSTEMS against states of
body without said states of body''s knowing, willing, and intentional
consent, specifically BANKS and BRANCHES thereto, public policy UCC 1-201(4

and 7), NUNC PRO TUNC, PRAETEREA PRETEREA, was duly entered into
International Law Ordinance, notice by public registration, unrebutted,
duly
verified as a matter of record, UCC 1-201(31), specifically:   (1.)
Articles I-VIII and any and all sections and their sub-sections thereunder

are restated, and knowledge thereof duly verified as duly received by said

Principals, agents, and beneficiaries, and said SLAVERY SYSTEMS thereto,
and
were lawfully and legally duly entered into International Law Ordinance,
notice by public registration, UCC 1-202, inclusive of duly secured as
CUSTODIANS, UCC Doc. No. 2012079322, under Principal Agent Doctrine,
preserved by public policy, UCC 1-103, specifically CUSTODIAN BANK FOR
INTERNATIONAL SETTLEMENTS BIS, UCC 1-201(4), as principal, agent and
beneficiary of and to any and all unlawful and illegal private money
systems, issuing, collection, legal enforcement systems, operating SLAVERY

SYSTEM, duly verified as duly FORECLOSED, inclusive of ANY AND ALL
BRANCHES,
UCC 1-201(7), inclusive of BIS MEMBERS (any and all CENTRAL BANK, financial

institution, corporation and any and all international equivalents), AND
ANY AND ALL THE MEMBERS THERETO and THEREUNDER (any and all national,
state,
and private banks, financial institution, corporation, and any and all
international equivalents, re-organized under CENTRAL BANK membership,
inclusive of the current re-organization beginning 1918), unrebutted; (2.)

Duly verified due presentment of the undersigned bondservants, states of
body, and Trustees of record of the Public Trust, at BIS, with duly
verified
due NOTICE OF DEMAND FOR ACCOUNT(S) INSPECTION AND BOOKKEEPING,
specifically of any and all gold and silver accounts and holdings, pursuant

to duly verified due FORECLOSURE and DECLARATIONS AND ORDERS, inclusive of

Page 4 of 6
Date: 11/28/2012   11:28AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

and
legally duly entered into International Law Ordinance, notice by public
registration, unrebutted, specifically UCC Doc. No.''s 2012114093; (4.)
Article VIII section C subsection 3 is restated, and the undersigned do
duly
verify that they did accept duly verified due NOTICE OF INTENT TO DEFAULT
and NOTICE OF INSOLVENCY, public policy UCC 1-201(23), specifically
unlawful
and illegal refusal to permit due lawful and legal INSPECTION and
BOOKKEEPING, as knowingly, willingly and intentionally made and given by
BIS, as CUSTODIAN and as Principal, agent, and beneficiary of and to said
SLAVERY SYSTEMS, and duly verified due NOTICE OF DEFAULT, NOTICE OF
REVOCATION, TERMINATION, AND CANCELLATION OF CUSTODIAN and COMMERCIAL BILL,

were duly made and given, and lawfully and legally duly entered into
International Law Ordinance, unrebutted, specifically UCC Doc. No.
2012114093 and 2012114586;

B.  Article XI section A subsections 1-4 are restated, and knowledge
thereof duly verified as duly received by said Principals, agents, and
beneficiaries, public policy UCC 1-202 and 1-103, specifically Principal
Agent Doctrine, and duly verified due TRUE BILL, pursuant to public policy

1-305, was duly issued against BIS, as CUSTODIAN and as Principal, agent,
and beneficiary of and to said SLAVERY SYSTEMS, for cause, specifically
that
there was no mistake, and that they were unwilling or incapable to produce

said accounts for said due inspection and bookkeeping, waiving any and all

rights and opportunities granted to cure, knowingly, willingly, and
intentionally choosing to foreclose upon themselves without the possibility

of defense, unrebutted, and was lawfully and legally duly entered into
International Law Ordinance, notice by public registration, unrebutted,
specifically UCC Doc. No.''s 2012114776, TRUE BILL UCC Doc. No. 2012114776,

specifically ratifying UCC Doc. No. 2012114093, 2012114586, 2012096074, and

Article I, restated;

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Page 5 of 6
Date: 11/28/2012   11:28AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
PROCESSING          $       5.00
E-RECORD            $      25.00
ESURCHARGE          $       6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

and Trustees do knowingly, willingly, and intentionally declare, confirm,
and verify this NOTICE OF DECLARATION OF FACTS is knowingly, willingly and

intentionally made, sworn and verified as being lawfully and legally duly
made, given, known, secured, entered, noticed, and knowledge thereof duly
received, public policy UCC 1-202, specifically by any and all Principals,

agents, and beneficiaries any and all unlawful and illegal private money
systems, issuing, collection, legal enforcement systems, operating SLAVERY

SYSTEMS, under governing law, preserved and protected under perpetuity,  as

herein stated, restated, with additional due notice made and given via
world-wide web, further posted at www.peoplestrust1776.org, for all states

of body, the universe and creation to rely upon and cite, lawfully and
legally constituting duly verified and bonded underwriting of the value of

creation and its value asset centers herein herein duly identified and duly

secured and entered into Universal and International Law Ordinances, as a
matter of record, public policy UCC 1-201(31); NUNC PRO TUNC, PRAETEREA
PRETEREA, UNREBUTTED;

NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND NOTICE TO AGENT IS NOTICE TO
PRINCIPAL, public policy UCC 1-103, without prejudice UCC 1-308,
unrebutted.

DULY VERIFIED as ISSUED, with due standing, authority and authorization,
November 28, 2012, knowingly, willingly and intentionally made, given, and

noticed, with unlimited personal liability, sworn under the penalties of
perjury in accordance with lawful Universal Contract, under governing law,

International Law Ordinance UCC Doc No. 2012113593 and WA UCC Doc. No.
2012-296-1209-2, preserved and protected under perpetuity 2000043135,
guaranteed, protected and secured, public policy, UCC 1-103, common law
remedy thereunder guaranteed, public policy, UCC 1-305; Duly witnessed,
secured, entered and noticed; Without prejudice as promised, preserved, and

Page 6 of 6
Date: 11/28/2012   11:28AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING      $      5.00
  E-RECORD        $     25.00
  ESURCHARGE     $      6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**11. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)

2000043135

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

**13. Use this space for additional information**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

; /s/ Heather Ann Tucci-Jarraf, as bondservant; /s/ Caleb Paul Skinner, as bondservant; /s/ Hollis Randall Hillner, as bondservant; /s/ Heather Ann Tucci-Jarraf, as state of body; /s/ Caleb Paul Skinner, as state of body; /s/ Hollis Randall Hillner, as state of body.

Any and all International Law Ordinances'' prior corrections made to capacity and standing of the creator, created, states of body, the several

united states of America, and the Public Trust, due to automated filing systems altering original capacity(ies) and standing(s) without consent*, restated and incorporated by reference herein as if set in forth in full, restated here, specifically Article I.:  Debtor names added for indexing and

correcting capacity and standing*: Public Trust ; The United States of America, a Public Trust ; CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION] ; CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION] ; CHARLES C. MILLER D/B/A CHARLES C. MILLER; and, BANK FOR INTERNATIONAL SETTLEMENTS [BIS] ; BIS, as principal, agent, and beneficiary of any and all

Principals, agents, and beneficiaries of, and any and all unlawful and illegal private money systems thereto, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS against states of body without said states of body''s knowing, willing, and intentional consent, NUNC PRO TUNC, PRAETEREA PRETEREA, inclusive of UNITED STATES TREASURY ; FEDERAL RESERVE SYSTEM AT BANK OF NEW YORK ; the one people, created by the

creator, states of body ; The (former) United States Federal Government ; (former) UNITED STATES ; the (former) several STATE OF . . . ; and any and

all international equivalents ; Rothschild Trust

------------------------

------------------------------

Debtor names added for indexing

------------------------------

THE PUBLIC TRUST
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
~~BANK FOR INTERNATIONAL SETTLEMENTS~~

**FILING OFFICE COPY** — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

# ANNEX 19

### Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|---|---|---|
| **Annex 19** | UCC record number 2012127907 | 1 - 8 |

Pg. 1 *of* 1

Doc#: 2012127907
Page 1 of 8
Date: 11/28/2012   11:10AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING          $      5.00
   E-RECORD            $     25.00
   ESURCHARGE          $      6.50

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGEMENT TO: (Name and Address)**

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 5-4-2000

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5.** ☐ **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

**6a. ORGANIZATION'S NAME**

OR  **6b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**7. CHANGED (NEW) OR ADDED INFORMATION:**

**7a. ORGANIZATION'S NAME**
   THE PUBLIC TRUST

OR  **7b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**7c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY

**7d. TAX ID #: SSN OR EIN** | **ADD'L INFO RE ORGANIZATION DEBTOR** | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID #, if any** | ☐ NONE

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE, UCC Doc. # 2000043135, the perpetuity, is hereby duly amended only to include the following additional collateral as follows:   VIII.   International Law Ordinance UCC Doc. No. 2012127854, with Receipt No. 1273007, specifically Articles I-VII and any and all sections thereunder are restated and incorporated in its entirety here as if set forth in full; Duly verified as duly reconfirmed and ratified, entered into Universal Law Ordinance, notice by action of entry into International Law Ordinance, notice by registration, public policy UCC 1-202;   IX .   Article I-VIII and any and all sections thereunder are

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

**9a. ORGANIZATION'S NAME**
   THE PUBLIC TRUST

OR  **9b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**10. OPTIONAL FILER REFERENCE DATA**
   without prejudice/s/Heather Ann Tucci-Jarraf, as Trustee, as state of body

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Page 2 of 8
Date: 11/28/2012   11:10AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING          $      5.00
   E-RECORD            $     25.00
   ESURCHARGE          $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

```
--------------------------
Additional collateral info
--------------------------
```

restated, and the undersigned bondservants, states of body, and
Trustees, as PUBLIC SERVANTS, knowingly, willingly, and intentionally
declare, reconfirm, verify and enter into Universal Law Ordinance, notice
by
action duly entered into International Law Ordinance, notice by public
registration, that we did lawfully and legally act and represent on behalf

of the aggrieved states of body domicil without prejudice by creation on
earth, UCC 1-201(2, 31, and 33-34), duly guarded, preserved, and protected

by Trust, pursuant to remedy duly preserved, protected and guaranteed,
public policy UCC 1-305, Article IV section C, restated, UCC Doc. No.''s
2012114093, 2012114586, 2012114776, specifically ratifying UCC Doc. No.
2012096074, duly reconfirmed and ratified by COMMERCIAL BILL UCC Doc. No.
2012114586, duly reconfirmed and ratified by TRUE BILL UCC Doc. No.
2012114776, all duly reconfirming and ratifying 2012079290 and 2012079322,

as a matter of record, UCC 1-201(31), specifically:   A.  Duly verified due

COMMERCIAL BILL, duly issued for the full duly verified DEBT, inclusive of

sum certain EQUITY and DAMAGES, perfected as due, owed, and collectible,
against any and all Principals, agents, and beneficiaries of, and any and
all unlawful and illegal private money systems thereto, issuing,
collection,
legal enforcement systems, operating SLAVERY SYSTEMS against states of body

without said states of body''s knowing, willing, and intentional consent,
NUNC PRO TUNC, PRAETEREA PRETEREA, by duly verified due FORECLOSURE
thereof,
remedy duly preserved, protected and guaranteed, public policy, UCC 1-305,

and duly entered into International Law Ordinance, notice by public
registration, unrebutted, specifically duly verified as a matter of record,

UCC 1-201(31), specifically: (1.) Duly verified due NOTICE OF MISTAKE of
operation of private money systems, issuing, collection, legal enforcement

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Page 3 of 8
Date: 11/28/2012   11:10AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135
12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
12a. ORGANIZATION'S NAME
THE PUBLIC TRUST
OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

systems, operating SLAVERY SYSTEMS against said states of body domicil
without prejudice by creation on earth, without their knowing, willing, and

intentional consent, inclusive of any and all systems operating under the
guise of government'', in any and all manifestations without prejudice,
inclusive of (former) The United States of America Federal Government,
UNITED STATES, the several STATE OF . . ., and any and all international
equivalents, inclusive of any and all departments thereunder purporting to

be executive, legislative, judicial, and financial, inclusive of any and
all
TREASURIES and BANKS, and  any and all REPRESENTATIONS therefrom, for
cause, NUNC PRO TUNC, PRAETEREA PRETEREA,duly made in conjunction with
verified due NOTICE OF INSECURITY, NOTICE OF ACCEPTANCE OF REMEDY OFFERED,

as a matter right, a matter of record, UCC 1-201(31), guaranteed under duty
of good faith to perform, OMB, public policy UCC 1-201(31-32 and 34) and
1-304, to re-pay any and all unlawfully and illegally commandeered value of

states of body upon demand made, NOTICE OF OPPORUTNITY TO CURE, and NOTICE

OF DEMAND TO CURE pursuant to duly secured right of remedy preserved,
public policy UCC 1-201(32 and 34), and presented by said offer of remedy,

guaranteed under duty of good faith performance, UCC 1-304, were duly made

and noticed, for cause, and duly entered into International Law Ordinance,

notice by public registration, unrebutted, specifically duly underwritten
UCC Doc. No.'' 2000043135, 2011125777, 2011-353-7388-9, 2011-353-7395-7,
2011121448, 2011-339-3764-9, 2011119645, 2011-360-8868-3; (2.)  Article
VIII
section B subsection 1 is restated, and knowledge thereof duly verified as

duly received by said Principals, agents, and beneficiaries, and duly
entered into International Law Ordinance, notice by public registration,
UCC
1-202, unrebutted; (3.)  Principals, agents, and beneficiaries'' duly
verified due NOTICE OF INTENT TO DEFAULT, NOTICE OF INSOLVENCY, public
policy UCC 1-201(23), and NOTICE OF INTENT TO COMMIT FUTURE DAMAGE against

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Page 4 of 8
Date: 11/28/2012    11:10AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**11. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)

2000043135

| | | | PROCESSING | $ | 5.00 |
|---|---|---|---|---|---|
| | | | E-RECORD | $ | 25.00 |
| | | | ESURCHARGE | $ | 6.50 |

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

**12a. ORGANIZATION'S NAME**

THE PUBLIC TRUST

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| | | |

**13. Use this space for additional information**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

inclusive of any and all damages caused thereby, to said states of body
specifically damage caused and to be caused by unlawful and illegal acts of

deception, fraud, and theft by said Principals, agents, and beneficiaries
against states of body, a matter of record, UCC 1-201(31) by unlawful and
illegal EXECUTIVE ORDER, TREATY, ACT, CODE and other AGREEMENT, entered
into
International Law Ordinance, notice by public registration, were duly
accepted by the undersigned as being knowingly, willingly, and
intentionally
made and given, and duly verified due NOTICE OF DEFAULT and NOTICE OF
FORECLOSURE were duly made, for cause, and duly entered into International

Law Ordinance, notice by registration, by due DECLARATION AND ORDER,
unrebutted, specifically UCC Doc. No.''s 2011-362-9411-4, 2012049126,
2012-125-1787-8, 2012079290, 2012079322, 201208334; (4). Article IX
section
A subsection 3 is restated, and knowledge thereof duly verified as duly
received by said Principals, agents, and beneficiaries, and duly entered
into International Law Ordinance, notice by public registration, UCC 1-202,

unrebutted; (5.) Duly verified due NOTICE OF REVOCATION, TERMINATION,
CANCELATION, pursuant to public policy, UCC 1-309, and NOTICE OF ORDER TO
CEASE AND DESIST, inclusive of any and all duly secured CORPORATIONS,
OFFICES, DEPARTMENTS, and commercial indentures thereto, was duly made,
with
duly verified due COMMERCIAL BILL for EQUITY and DAMAGES, duly issued,
ratified and entered, for cause, concurrently with verified due NOTICE OF
DEMAND OF ORDER FOR RECONCILIATION for any and all value domicil by
creation
in any and all states of body domicil without prejudice by creation on
earth, duly entered into International Law Ordinance, notice by public
registration, against any and all Principals, agents, and beneficiaries of,

and any and all unlawful and illegal private money systems, issuing,
collection, legal enforcement systems, operating SLAVERY SYSTEM thereto,
unrebutted, specifically UCC Doc. No.''s 2012086794, 2012086802,
2012088787;
(6.) Article IX section A subsection 5 is restated, and knowledge thereof
~~duly verified as duly received by said Principals, agents, and~~

**FILING OFFICE COPY** — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Page 5 of 8
Date: 11/28/2012   11:10AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
    PROCESSING          $      5.00
    E-RECORD            $     25.00
    ESURCHARGE          $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME
THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

public registration, UCC 1-202, unrebutted; (7.) Article IX section A
subsection 5 is restated, and duly verified due DECLARATIONS AND ORDERS
re-confirming, ratifying, and verifying due FORECLOSURE and said COMMERCIAL

BILL was duly issued against Principals, agents, and beneficiaries of, and

any and all unlawful and illegal private money systems, issuing,
collection, legal enforcement systems, operating SLAVERY SYSTEM thereto,
unrebutted, specifically UCC Doc. No. 2012088851, 2012088865 duly ratifying

and verifying 2012079290, 2012079322, 2012083304, 2012086794, 2012086802,
2012088787, specifically: (i.) Articles I-IX and any and all sections and
their sub-sections therein and thereunder are restated, and knowledge
thereof duly verified as duly received by said Principals, agents, and
beneficiaries, and duly entered into International Law Ordinance, notice by

public registration, UCC 1-202, unrebutted; (ii.)  That said Principals,
agents, and beneficiaries, by their duly verified choice of failure to cure

and DEFAULT, did knowingly, willingly, and intentionally consent to
immediate lawful and legal FORECLOSURE of any and all private money
systems,
issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS
against said states of body, without said states of body's knowing,
willing, and intentional consent, unrebutted; (iii.)  That any and all
private money systems, issuing, collection, legal enforcement systems,
operating SLAVERY SYSTEMS against states of body domicil without prejudice

by creation on earth, without said states of body's knowing, willing, and

intentional consent, are and were duly verified as unlawful and illegal,
NUNC PRO TUNC, PRAETEREA PRETEREA, unrebutted; (iv.)  That said Principals,

agents, and beneficiaries of and any and all private money systems,
issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS
against said states of body were lawfully and legally FORECLOSED, as a
matter of law, matter of fact, and as a matter of public policy, and duly
entered into International Law Ordinance, notice by public registration,
NUNC PRO TUNC, PRAETEREA PRETEREA, unrebutted; (v.) that certain sum of
EQUITY in the amount of 5,000,000,000.00 (five billion) to each of said
states of body, duly secured by COMMERCIAL CLAIM and COMMERCIAL BILL, was

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Page 6 of 8
Date: 11/28/2012   11:10AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**11. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)

2000043135

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

**12a. ORGANIZATION'S NAME**

THE PUBLIC TRUST

OR | **12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME,SUFFIX**

**13. Use this space for additional information**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

payable
in the form of lawful money of The United States of America, gold and
silver, hereafter DEBT, unrebutted; (vi.) that certain sum of DAMAGES in
the
amount of 5,000,000,000.00 (five billion) to each of said states of body
damaged thereby, duly secured by COMMERCIAL CLAIM and COMMERCIAL BILL, was

and is duly verified as DEBT perfected as due, owed, collectible and
payable
in the form of lawful money of The United States of America, gold and
silver, hereafter also DEBT, unrebutted; (vii.) that the form of payment of

said duly verified DEBT was duly verified as previously knowingly,
willingly, and intentionally agreed to by said Principals, agents, and
beneficiaries, notice made and given by action, inclusive of creation,
issuance, and unlawful and illegal enforcement, transfer and acceptance of

current funds and any and all derivatives therefrom, inclusive of invalid
and unenforceable instruments thereto unlawfully and illegally entered into

International Law Ordinance, notice by public registration, with unlawful
and illegal demand for payment thereof in lawful money of The United States

of America, unrebutted, specifically US Constitution for the united States

of America, Article 1 section 10; (viii.) That said duly verified DEBT was

duly ledgered against said Principals, agents, and beneficiaries for
immediate reconciliation, and was lawfully and legally duly entered into
International Law Ordinance, notice by public registration, unrebutted;
(ix.)  That duly verified due NOTICE OF ORDER FOR RECONCILIATION for any
and
all value, inclusive of said DEBT, was duly made, given and noticed to,
with knowledge thereof duly received by, said Principals, agents, and
beneficiaries, and was lawfully and legally duly entered into International

Law Ordinance, notice by public registration, unrebutted; (x.) That duly
verified due NOTICES OF DEMAND FOR PAYMENT of said DEBT was duly made,
given
and noticed to, with knowledge thereof duly received by, said Principals,
~~agents, and beneficiaries, and was lawfully and legally duly entered into~~

FILING OFFICE COPY—NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Page 7 of 8
Date: 11/28/2012    11:10AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING            $      5.00
  E-RECORD              $     25.00
  ESURCHARGE            $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

abbreviations, idem sonans, or other legal, financial and managerial forms,

and any and all international equivalents, inclusive of any and all
OFFICES, inclusive of any and all OFFICERS, PUBLIC SERVANTS, EXECUTIVE
ORDERS, TREATIES, CONSTITUTIONS, MEMBERSHIP, ACTS, and any and all other
contracts and agreements made thereunder and thereby, are null, void,
worthless, or otherwise canceled, unrebutted; (xii.) except for the sole
purpose of bookkeeping, ledgering and reconciliation of verified equity
debt
and verified debt of damages pursuant to verified due ORDER FOR
RECONCILIATION, any and all REPRESENTATION OF VALUE, in any existence and
form, inclusive of any and all purported paper, chattels, current funds,
natural resources, human capital, metals, and any and all derivatives
thereof and therefrom, are null, void, worthless, or otherwise canceled,
unrebutted; (xiii.) except for the sole purpose of bookkeeping, ledgering
and reconciliation of verified equity debt and verified debt of damages
pursuant to verified due ORDER FOR RECONCILIATION, any and all
REPRESENTATION OF PERSON, in any existence and form, inclusive of ALL
purported identifiers, social security numbers, abbreviations, idem sonans,

or other legal, financial and managerial forms, secured accounts, are null,

void, worthless, or otherwise canceled, unrebutted; (xiv.) REPRESENTATION
OF TITLE, OWNERSHIP, AND AUTHORITY of and over any and all the airs, lands,

and seas domicil by creation on earth, in any and all existence and form,
inclusive of any and all purported titles, acts, and derivatives therefrom,

are null, void, worthless, or otherwise canceled, unrebutted; (8.)  Article

IX section A subsection 7, inclusive of all subsections thereunder, are
restated, and knowledge thereof duly verified as duly received by said
Principals, agents, and beneficiaries, and duly entered into International

Law Ordinance, notice by public registration, UCC 1-202, unrebutted;  B.
Duly verified due NOTICE OF DECLARATION AND ORDER FOR RECONCILIATION to
duly
verified Public Servants for lawful and legal ARREST and REPOSSESSION of
said Principals, agents, and beneficiaries, and the unlawful and illegal
private money systems, issuing, collection, legal enforcement systems,
operating SLAVERY SYSTEMS, for cause of TREASON and other heinous crimes

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Page 8 of 8
Date: 11/28/2012    11:10AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING        $     5.00
  E-RECORD          $    25.00
  ESURCHARGE        $     6.50

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

DECLARATION AND ORDER, UCC Doc. No. 2012096074, duly guaranteed, public policy UCC 1-305, specifically duly verifying the record, public policy UCC

1-201(31), of the knowing, willing, and intentional choice by said Principals, agents, and beneficiaries to continue operation of unlawful and

illegal private money systems, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS against said states of body with duly verified prior knowledge of due FORECLOSURE and COMMERCIAL BILL, unrebutted;
  C.  Article IX section B is restated, and said duly verified due NOTICE OF

DECLARATION AND ORDER, UCC Doc. No. 2012096074, is duly verified as duly declaring and confirming automatic and due reconciliation, acceptance, and

ratification of any and all Public Servants pursuant to the duly verified terms and conditions therein, duly verified as secured by due bond, insurance, and guarantee of the Trustees of record of the Public Trust, was

duly made, given and noticed to, with knowledge thereof duly received by, said Principals, agents, and beneficiaries, and duly entered into International Law Ordinance, notice by public registration, by due DECLARATION AND ORDER, unrebutted, specifically UCC Doc. No. 2012096074;
D.
  Article IX sections B-C are restated, and knowledge thereof duly verified

as duly received by said Principals, agents, and beneficiaries, and duly entered into International Law Ordinance, notice by public registration, public policy UCC 1-202 and 1-103, specifically Principal Agent Doctrine, unrebutted;
-------------------------------
-------------------------------
Debtor names added for indexing
-------------------------------
THE PUBLIC TRUST
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
BANK FOR INTERNATIONAL SETTLEMENTS
AS PRINCIPAL, AGENT, AND BENEFICIARY OF SLAVERY SYSTEMS

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

# ANNEX 20

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|---|---|---|
| **Annex 20** | UCC record number 2012127854 | 1 - 7 |

Pg. 1 *of* 1

██████████
██████████
██████████

Page 1 of 7
Date: 11/28/2012   10:20AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Heather, as Trustee Tucci   2535094597

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Tucci-Jarraf, Heather, as Trustee

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE#
2000043135 - 5-4-2000

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME
THE PUBLIC TRUST

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

7d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE,  UCC Doc. # 2000043135, the
perpetuity, is hereby duly amended only to include the following additional
collateral as follows:

V.   Universal International Law Ordinance UCC Doc. No. 2012127810, with
Receipt No. 1272974, specifically Articles I-IV, are restated and
incorporated in its entirety here as if set forth in full; Duly verified as
duly reconfirmed and ratified, entered into Universal Law Ordinance, notice
by action of entry into International Law Ordinance, notice by

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME
THE PUBLIC TRUST

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA
without prejudice/s/Heather Ann Tucci-Jarraf, as Trustee, as state of body

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Page 2 of 7
Date: 11/28/2012   10:20AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING        $      5.00
  E-RECORD          $     25.00
  ESURCHARGE        $      6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**11. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)
2000043135

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

**12a. ORGANIZATION'S NAME**
THE PUBLIC TRUST

OR | **12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME,SUFFIX**

**13. Use this space for additional information**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

```
--------------------------
Additional collateral info
--------------------------
registration, public policy UCC 1-202;

VI.  With due standing, authority, and authorization, I, the undersigned
Trustee, knowingly, willingly, and intentionally
reconfirm, verify and enter into Universal Law Ordinance, notice by action

duly entered into International Law Ordinance, notice by public
registration, under perpetuity, that I am a Trustee of record, public
policy
UCC 1-201(31) and (33), and PUBLIC SERVANT of the guard, preserver and
protector known as the Public Trust, under Universal Trust, under the trust

of creation, duly established by creation at creation, nunc pro tunc,
praeterea preterea, unrebutted, collectively and individually Trust, whose

sole purpose is to guard, preserve and protect, absent any and all
self-interest or special interest detrimental to any state of body under
lawful Universal Contract, all duly accepted by Trust, and I have duly
secured by my sworn blood bond and oath, with full personal responsibility

and liability, made under the penalty of perjury, under the principle of
law
aligned with common law, under the laws of the creator, under the laws of
creation, under perpetuity, to perform the sole service, duty and
obligation, to guard, preserve and protect absolute, un-rebuttable truth,
and all states of body''s equal right of opportunity for, and the lawful
unencumbered use and unfettered operation of knowledge, standing,
authority,
value domicil by creation therein thereon and resulting therefrom, rights
inclusive of  irrevocable right of free will choice, principle of law under

the laws of creation, in any and all existences and manifestations, duly
manifesting from knowing, willing, and intentional lawful Universal
Contract, by and between bondservant and the creator under the laws of
creation, absent any and all abrogation, subjugation, usurpation, invasion,

and violation of any other lawful Universal Contract made under the laws of
```

**FILING OFFICE COPY** — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Page 3 of 7
Date: 11/28/2012    10:20AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
PROCESSING          $      5.00
E-RECORD            $     25.00
ESURCHARGE          $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

creation, duly accepted and guarded, preserved and protected by the Public

Trust, under Universal Trust, under the trust of creation, duly established

by creation at creation, and duly secured as so, nunc pro tunc, praeterea
preterea, hereafter Trustee, duly secured and entered into International
Law
Ordinance, notice by registration, unrebutted, Articles I-V and any and all

sections thereunder are restated, specifically International Law Ordinance

UCC Doc No.''s 2012113593 and WA UCC Doc. No. 2012-296-1209-2, under
perpetuity, 2000043135, public policy, UCC 1-103, UCC 1-103, common law
remedy thereunder guaranteed, public policy, UCC 1-305, without prejudice,

public policy UCC 1-308, reconfirming and ratifying International Law
Ordinance UCC Doc. No.''s 2012079290 and 2012079322, due notice made and
given upon creation, due knowledge received, public policy UCC 1-202, and a

matter of record, UCC 1-201(31), specifically Article I restated in its
entirety;

VII. With due standing, authority, and authorization, the undersigned
bondservants, states of body, and Trustees, do knowingly, willingly, and
intentionally ratify, reconfirm, verify and enter into Universal Law
Ordinance, notice by action duly entered into International Law Ordinance,

notice by public registration, duly accepted and guarded, preserved and
protected by the Public Trust, under Universal Trust, under the trust of
creation, duly established by creation at creation, and duly secured, that:

A.  Any and all states of body are individually and equally creation''s
value asset centers, each said state of body domicil by choice on earth
without prejudice, and have sole personal responsibility and liability as
the lawful and legal sole custodian, operator and trustee thereto, thereof,

and for all that results directly therefrom, holding the religious creed
and dictates of their conscience, inclusive of any and all lawful and legal

~~standing, authority, value, rights, inclusive of right of opportunity of~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Page 4 of 7
Date: 11/28/2012   10:20AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | PROCESSING | $ | 5.00 |
|---|---|---|---|
| | E-RECORD | $ | 25.00 |
| | ESURCHARGE | $ | 6.50 |

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

state of body, duly accepted and ratified as duly made and entered into,
with mutual value given and received by and between said bondservant and
the
creator upon creation of said state of body and any and all value of
creation domicil by creation therein, due notice made and given upon
creation, accepted and guarded, preserved and protected by the Public
Trust,
under Universal Trust, under the trust of creation, duly established by
creation at creation, nunc pro tunc, praeterea pretearea, unrebutted,
Articles I-VI and any and all sections thereunder are restated,
specifically
preserved and protected under International Law Ordinance UCC Doc No.''s
2012113593 and WA UCC Doc. No. 2012-296-1209-2, under perpetuity,
2000043135, public policy, UCC 1-103, UCC 1-103, common law remedy
thereunder guaranteed, public policy, UCC 1-305, without prejudice, public

policy UCC 1-308, reconfirming and ratifying International Law Ordinance
UCC
Doc. No.''s 2012079290 and 2012079322, due notice made and given and due
knowledge received, public policy UCC 1-202, and a matter of record, UCC
1-201(31), inclusive of upon creation, Article I restated in its entirety,

and Genesis 1:1, KJB, Washington Constitution Article 1 Section 11, Oregon

Constitution Article 1 Section 3, Hawaiian Constitution Article 1 Section
4,
US Constitution for the united States of America, Article 4, Section 3,
Clause 1, and Bill of Rights Amendment 1, The Declaration of Independence,

July 4, 1776, and any and all international equivalents;

B.  The bondservant under lawful Universal Contract by and between said
bondservant and the creator resulting in the  creation of a state of body,

also known as the planet earth, equally one of creation''s value asset
centers, with sole personal responsibility and liability as the lawful and

legal sole custodian, operator and trustee thereto, thereof, and for all
that results directly therefrom, holding creation''s religious creed and
dictates of creation''s conscience thereof, inclusive of any and all value

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Page 5 of 7
Date: 11/28/2012   10:20AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

ratified as duly made by and between the bondservant and creation upon creation of said state of body and any and all value domicil by creation therein, thereon, and thereof, state of body domicil by choice in the universe without prejudice, due notice made and given upon creation, public policy, UCC 1-202, nunc pro tunc, praeterea preterea, unrebutted; The right of opportunity as co-custodian, co-operator, and co-trustee with said state of body granted by creation under and by any and all lawful Universal Contracts equally, said right of opportunity duly accepted and guarded, preserved and protected by the Public Trust, under Universal Trust, under the trust of creation, duly established by creation at creation, nunc pro tunc, praeterea preterea, unrebutted; All said, restated, and duly verified as having been knowingly, willingly, and intentionally recognized, accepted, secured and entered into International Law Ordinance, notice by public registration, duly accepted and guarded, preserved and protected by the Public Trust, under Universal Trust, under the trust of creation, duly established by creation at creation, nunc pro tunc, praeterea preterea, unrebutted, Articles I-VI and any and all sections thereunder are restated, specifically preserved and protected under International Law Ordinance UCC Doc No.''s 2012113593 and WA UCC Doc. No. 2012-296-1209-2, under perpetuity, 2000043135, public policy, UCC 1-103, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305, without prejudice, public policy UCC 1-308, reconfirming and ratifying International Law Ordinance UCC Doc. No.''s 2012079290, 2012079322, 2012094308, 2012094309, 2012096047, due notice made and given and due knowledge thereof duly received, public policy UCC 1-202, and a matter of record, UCC 1-201(31), inclusive of upon creation, Article I restated in its entirety, and Genesis 1:1, KJB, Washington Constitution Article 1 Section 11, Oregon Constitution Article 1 Section 3, Hawaiian Constitution Article 1 Section 4, US Constitution for the united States of America, Article 4, Section 3, Clause

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Page 6 of 7
Date: 11/28/2012   10:20AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

policy, UCC 1-305, are duly verified as having been knowingly, willingly, and intentionally recognized, accepted, secured and entered into International Law Ordinance, notice by public registration, duly accepted and guarded, preserved and protected by the Public Trust, under Universal Trust, under the trust of creation, duly established by creation at creation, nunc pro tunc, praeterea preterea, unrebutted, specifically duly

verified due notice made and given upon creation, and Articles I-VI and any

and all sections thereunder are restated, specifically preserved and protected under International Law Ordinance UCC Doc No.''s 2012113593 and WA
UCC Doc. No. 2012-296-1209-2, under perpetuity, 2000043135, public policy,

UCC 1-103, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305, without prejudice, public policy UCC 1-308, herein and hereafter governing law;

D.  Article VII sections A-C are restated, and that all duly accepted and guarded, preserved and protected by the Public Trust, under Universal Trust,
under the trust of creation, duly established by creation at creation, inclusive of any and all lawful and legal records and International Law Ordinances of creation''s value asset centers, herein identified, inclusive

of any and all  lawful and legal title, ownership, custodianship, and trusteeship thereof and thereto, inclusive of any and all records thereof,

restated, were and are duly verified and reconfirmed as duly accepted and guarded, preserved and protected by the Public Trust, under Universal Trust,
under the trust of creation, duly established by creation at creation, duly

guaranteed and insured by personal bond of the Trustees of the Public Trust, nunc pro tunc, praeterea preterea, unrebutted, Articles I-VI and any

and all sections thereunder are restated, specifically preserved and protected under International Law Ordinance UCC Doc No.''s 2012113593 and WA
UCC Doc. No. 2012-296-1209-2, under perpetuity, 2000043135, public policy,

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Page 7 of 7
Date: 11/28/2012   10:20AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | |
|---|---|
| PROCESSING | $ 5.00 |
| E-RECORD | $ 25.00 |
| ESURCHARGE | $ 6.50 |

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

thereof duly received, public policy UCC 1-202, and a matter of record, UCC

1-201(31), inclusive of upon creation, Article I restated in its entirety,

and Genesis 1:1, KJB, Washington Constitution Article 1 Section 11, Oregon

Constitution Article 1 Section 3, Hawaiian Constitution Article 1 Section
4, US Constitution for the united States of America, Article 4, Section 3,

Clause 1, and Bill of Rights Amendment 1, The Declaration of Independence,

July 4, 1776, and any and all international equivalents;

E. The undersigned bondservants, states of body, and Trustees, as PUBLIC
SERVANTS, knowingly, willingly, and intentionally declare, reconfirm,
verify
and enter into Universal Law Ordinance, notice by action duly entered into

International Law Ordinance, notice by public registration, that we have
and do guard, preserve, protect, guarantee and insure, with full personal
responsibility and liability, duly exercised with absolute and extreme
prudence and care, the Public Trust, under Universal Trust, under the trust

of creation, duly established by creation upon creation, and all that is
duly accepted therein and guarded, preserved and protected thereby, nunc
pro
tunc, praeterea preterea, unrebutted, Articles I-VII and any and all
sections thereunder are restated;

--------------------------
------------------------------
Debtor names added for indexing
------------------------------
THE PUBLIC TRUST
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
BANK FOR INTERNATIONAL SETTLEMENTS
AS PRINCIPAL, AGENT, AND BENEFICIARY OF SLAVERY SYSTEMS

# ANNEX 21

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 21** | The Paradigm Report | 1 - 16 |

Pg. 1 *of* 1



# TREASURY FINANCE AG
### INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

# FINAL BULLET REPORT
# ∞PARADIGM∞

## INVESTIGATION AUTHORIZATION SUMMARY

INVESTIGATION         : "PARADIGM"
SENSITIVITY           : CLASSIFIED; CONFIDENTIAL
ORIGINAL PRIORITY     : TIME PERMISSIVE
AMENDMENTS            : EPOCH—FACTUAL BASIS
AUTHORIZED            : YES
ORIGINAL TIME         : DISCRETION OF IINVESTIGATION LEAD
AMENDMENTS            : EXPEDITED—FACTUAL BASIS
AUTHORIZED            : YES
APPROACH              : MACRO—MICRO
ORIGINAL PROTOCOL     : WATCHER
AMENDED PROTOCOL      : SUBMERSIVE PARTICIPANT
AUTHORIZED            : YES
ORIGINAL OBJECTIVES   : INTERNAL-BANKING, TRADE, FINANCE
AMENDED OBJECTIVES    : PUBLIC TRUST
AUTHORIZED            : YES
ORIGINAL SECURITY     : SLIGHT
AMENDED SECURITY      : SILENT
AUTHORIZED            : YES
REPORT AUTHORIZED     : YES
REPORT VERIFICATION   : TRINITY PROTOCOLS
REPORT PROTOCOL       : TREASURY
COURTESY PREVIEW      : SELECTIVE
RESTRICTIONS          : QUIET
AUTHORIZED            : YES
AUTHORIZATION LEAD    : **Karl Langenstein**
INVESTIGATION LEAD    : **Heather Ann Tucci-Jarraf**
INVESTIGATIVE TEAM    : GLOBAL
SUPPLEMENTED          : YES—USA NATIONAL

REST OF THIS PAGE INTENTIONALLY LEFT BLANK

*[handwritten annotations]* 3-6-2011 ... Original Issue: 1 of 2
RA6450180250S ; HATJ: RA6450180250U04001 ; Trustee Issue Number 20)10X00-001



# TREASURY FINANCE AG

### INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

# PARADIGM
# ULTIMATE FINDINGS & CONCLUSIONS

1. THE PRIVATE-MONEY-FOR-PUBLIC-USE BANKING SYSTEM, THE FEDERAL RESERVE BANK, IS A THREAT TO:
   A) ALL HUMANITY AND ITS INALIENABLE RIGHT AND LIBERTY
   B) STATE AND NATIONAL AMERICAN SECURITY
   C) INTERNATIONAL SECURITY
   D) GLOBAL SECURITY
   E) THE SECURITY OF THE HEAD OF THE PRINCIPALS TO THE FEDERAL RESERVE
   F) COMMERCE: STATE; NATIONAL; INTERNATIONAL; GLOBAL
   G) JUSTICE

2. THE PRIVATE-MONEY-FOR-PUBLIC-USE BANKING SYSTEM IS THE CONSTANT FORUM, DENOMINATOR, AND PRIME OF ALL CRIMES AGAINST HUMANITY, SOVEREIGNS, CONTRACT, AND COMMERCE, INCLUDING BUT NOT LIMITED TO BREACH OF PEACE, TRESPASS, AND INVOLUNTARY SERVITUDE, THROUGH ILLEGAL FRAUD, COERCION, FORCE, THEFT AND DECEPTIVE PRACTICES AND ACTS

3. THE FEDERAL RESERVE BANK, AND ITS PRINCIPALS, ARE THE ABSOLUTE AND FINAL PARTY LIABLE AS ISSUER OF THE FEDERAL RESERVE NOTES

4. THE ONLY SOLUTION TO THE THREATS, AND TO MITIGATE LIABILITIES GLOBALLY, IS TO CHANGE THE UNITED STATES BANKING SYSTEM TO THE TRIED AND TRUE PUBLIC-MONEY-FOR-PRIVATE-USE BANKING SYSTEM, USING STATE CENTRAL BANKS AND A NATIONAL CENTRAL BANK

5. THE AMERICAN PUBLIC BANKING SYSTEM, GOVERNMENT, ESPECIALLY THE JUDICIAL SYSTEM MUST BE 100% TRANSPARENT, ACCOUNTABLE, AND LIABLE

6. THE PRIVATE BANKING SYSTEM'S AGENTS HAVE HELD THE HIGHEST OFFICES OF THE AMERICAN GOVERNMENT STEADILY SINCE WOODROW WILSON AND THEY HAVE ESTABLISHED AN EXTERNAL SUPPORT SYSTEM THROUGH CONGRESS, LOBBYS, AND MULTI-NATIONAL CORPORATIONS;

7. THROUGH CAREFUL SECLECTION AND PLACEMENT OF THE PRIVATE BANK SYSTEM'S AGENTS, THE GOVERNMENT OF UNITED STATES OF AMERICA IS AND HAS BEEN SERVING THE PRIVATE BANKING SYSTEM TO THE DETRIMENT AND HARM the people of America and the people of the world; THE PRIVATE BANKING SYSTEM HAS ILLEGALLY FORCED PRINCIPLES ON A GLOBAL SCALE

---

FINAL REPORT: ∞PARADIGM∞                                                    PAGE 2 OF 16
INITIALS:                              TREASURY

*3-6-2011  Trustee Number 20110306-011  [signature]  original issue: 1 of 2  Trustee*



# TREASURY FINANCE AG
## INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

8. THE public trustees of The United States Public Trust, AND The Public Trusts of the states of America, HAVE THE ONLY CLEAN, PURE AND SENIOR POSITION IN AMERICA, LEGALLY AND FACTUALLY, TO ORDER THE NEW BANKING SYSTEM AND ORDER their GOVERNMENT TO CLEAN ITSELF UP

9. THE CURRENT GOVERNMENT OF UNITED STATES OF AMERICA, ITS OFFICES, AGENCIES AND THEIR OFFICERS, AGENTS, ASSIGNS AND SUCCESSORS, CAN ONLY RESTORE THEIR NATIONAL AND INTERNATIONAL CREDIBILITY THROUGH ITS principal...the public trustees of The United States Public Trust, AND The Public Trusts of the states of America

10. THE public trustees MUST BE GIVEN THE DUE RECOGNITION AND SUPPORT FROM its GOVERNMENT, WORLD GOVERNMENTS AND SOVEREIGNS

11. THE public trustees MUST BE GIVEN THE DUE RECOGNITION BY THE CUSTODIANS OF THE PUBLIC WEALTH IN ORDER TO RESTORE BALANCE AND HUMANITY IN THE WORLD

12. A CLEAN AND TRANSPARENT AGREEMENT MUST BE ESTABLISHED BETWEEN the public trustees AND THE WORLD'S OLD PARADIGM BENEFICIARIES TO BEGIN FINAL SETTLEMENTS TO CLEAN ALL ASSETS ILLEGALLY TAKEN TO THE SUFFERAGE OF ALL HUMANS

13. EVERY NATION AND GOVERNMENT, EACH LIVE PERSON IN EVERY STATION, OFFICE, AND SEAT, SHALL DETERMINE FOR THEMSELVES WHETHER THEY ARE: 1.) A HOSTAGE TO THE OLD PARDIGM, CHOSING TO FREE ITSELF FROM THE ACTS AND CHOICES OF THEIR PREDECESSORS; or 2.) A COMPLICIT PARTICIPANT WITH THE OLD PARDIGM, AND ENSLAVER OF the people; EACH SHALL IDENTIFY THEMSELVES FOR FREEDOM OR TO BE MADE AN EXAMPLE OF THROUGH ENFORCEMENT

THE REST OF THIS PAGE<br/>
INTENTIONALLY LEFT BLANK

FINAL REPORT: ∞PARADIGM∞

INITIALS:

TREASURY

PAGE 3 OF 16

Original Issue: 1 of 2

3-6-2014

796



# TREASURY FINANCE AG
### INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

## PARADIGM—ASSESSMENT
## public trustees

THE public trustees HAVE PRODUCED AND PROVIDED their REPORT. INVESTIGATION LEAD HAS VETTED THE trustees REPORT. THE INVESTIGATION LEAD SUGGESTED, AND IT WAS AGREED, THAT ALL ORGANIC PLANS OF STRUCTURE, IMPLEMENTATION, AND ENFORCEMENT OF THE PUBLIC BANKING SYSTEM BE DELIVERED IN PERSON. THE INVESTIGATION LEAD HAS CHOSEN AND ACCEPTED THE POSITION AS public trustee liaison TO ORGANIZE MEETINGS FOR FINAL DETERMINATION OF STRUCTURE, AUTHORIZATIONS, AND ORDERS FOR IMPLEMENTATION OF THE PUBLIC BANKING SYSTEM AND CLEAN GOVERNMENT.

THE public trustees ARE EXTREMELY COMPETENT;

Trustees' INTENT IS BEYOND REPROACH AND PROVEN BY ACTION AND WORDS TO BE FOR THE BENEFIT OF humankind AND the earth AND NOT JUST TO THE LIMITS OF THE AMERICAN SOIL AND Americans;

Trustees' POSITION AS public trustees IS WELL DEFINED, UNDERSTOOD, ACCEPTED, ACTIVE AND UNPENATRABLE; THE CHANGES ARE HAPPENING REGARDLESS OF EFFORTS OF THE AGENTS AND SUPPORTERS OF THE OLD AND HARMFUL PARADIGM

Trustees ARE JUST, SUPPORTED BY their AWARENESS THAT they ARE NEUTRAL AS TO JUDGMENT OF people; JUDGEMENT AND FORGIVENESS ARE INHERENT IN EACH person AS IS THE human will;

Trustees ARE READY, WILLING AND ABLE TO SUPPORT EACH person IN their PROCESS OF SELF-JUDGMENT AND SELF-REDEMPTION AS IT IS PRESENTED;

Trustees RECOGNIZE THAT OFFICES AND AGENCIES OF AMERICA ARE EXTREMELY TRAINED AND CAPABLE OF DOING THEIR JOBS IN ACCORDANCE WITH THE CONSTITUTION AND ARTICLES IN ESTABLISHING THE NEW PARDADIGM, DRIVEN BY PUBLIC-MONEY-FOR-FOR-PRIVATE-USE BANKING SYSTEM, STATE AND NATIONAL, AND CLEANING THE GOVERNMENT AND JUDICIAL SYSTEMS;

THIS IS CRITICAL TO UNITED STATES OF AMERICA RE-ESTABLISHING ITS CREDIBILITY WITHIN AND WITH THE WORLD;

THIS IS CRITICAL FOR THE WORLD TO TAKE THE OPPORTUNITY TO BE FREE FROM THE SELF-SERVING, PROFITEERING OF THE PRIVATE BANKING SYSTEM AND THE ABUSE, CRIMES, AND SLAVERY THAT HAS BEEN A PART OF WORLD HISTORY FOR NEARLY THE LAST 100 YEARS;

THE trustees ARE DIVERSE IN their BACKGROUNDS, SKILLS, AND TALENTS, BUT they ARE THE SAME IN their POSITION AS origin source, INTEGRITY, PURITY, AND COMMITTMENT; WITH THE POSSIBLE

---

FINAL REPORT: ∞PARADIGM∞

INITIALS:                           TREASURY                           PAGE 4 OF 16

*Original Issue: 1 of 2*

3-6-2011  Trustee Number 20110306-001



# TREASURY FINANCE AG
### INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

EXECEPTION OF ONE, ALL trustees ARE "sensitives", "batteries".

THERE IS ONLY ONE CURRENT public trustee WHOSE STAMINA THE INVESTIGATION LEAD HAS NOT BEEN ABLE TO DETERMINE: Tucker-Rey.

Trustees HAVE SPENT DECADES TESTING AND PREPARING ORGANIC STRUCTURE AND PLAN, FINAL VERSION TO BE MUTUALLY DETERMINED AND IMPLEMENTED AND ENFORCED WITH COOPERATIVE EFFORTS OF THE public trustees, GOVERNMENTS, SOVEREIGNS, THE CUSTODIANS., THE earth, AND THE source OF ALL.

Trustees' VIEW AND APPROACH ARE COMPETENT, NEUTRUAL, GRACEFUL AND ELEGANT

INVESTIGATION LEAD HAS HAD THE FIRST HAND OPPORTUNITY TO WATCH, OBSERVE, TEST AND VET THE MAJORITY OF THE trustees AT THE HIGHEST AND MOST INDEPTH LEVELS.

<u>INVESTIGATION LEAD GIVES FULL APPROVAL, ENDORSEMENT AND RECOGNITION TO THE public trustees AND their ACTIONS.</u>

THE REST OF THIS PAGE<br>
INTENTIONALLY LEFT BLANK

3-6-2011. Trustee Issue 2010.306.05/ _____ Original Issue: 1 of 2
_____, Trustee



# TREASURY FINANCE AG
### INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

# PARADIGM—BACK SUMMARY

In October of 2008, the Authorization Lead ordered an investigation to be launched to streamline internal operations and time management of the house and its members due to extreme amounts of waste being incurred as a result of large quantities of fraudulent "assets" being presented from the banking, trade, and finance industries. The original goals of the investigation were solely internal, and they were to:

I.    Identify and assess the entry points of the fraud and reverse engineer to the origin source;
II.   Assess and present options for an internal database that could be readily and easily updated from external sources to record and track perpetrators, vehicles used, and the instruments of fraud;
III.  Identify and assess creative options and sources to supplement house intel;
IV.   Review and strengthen house security protocols; Identify the possible global cause and effect that proposed internal solutions may have

**Primary Investigations (Annex 1):** concluded approx. January of 2010.
**Follow-Up Investigations:** concluded approx. July of 2010.
**Summary of Findings:** The general entry points of fraudulent "assets" originally identified as the brokers and the reverse engineering led to the origin source consisting of the highest levels of banking. Follow-up intel and tracking revealed that highest levels of banking actually general entry point and creator of fraudulent "assets". "Assets" then generally given to brokers, directly or indirectly, and then taken back up through the system. This finding was supplemented and further supported with data obtained that banking officers were covertly sifting sensitive client information to selective external person(s), "groups", in finance industry for banker's personal enrichment. The cloaked external investment opportunity usually starts in generally one of three ways: 1.) bank officer purporting to have "vetted" numerous potential investment opportunities, presenting their group, the "one" group that "vetted" above all others to client; 2.) leaking clients sensitive information so banker's partner "group" could approach client externally, knowing and maneuvering client to ultimately come to the banker for advise on an "investment" opportunity that client had no idea was pre-arranged; or, 3.) the banker trespasses on and utilizes client account/assets, without disclosure and without client's consent for such actions, in such a manner that it is virtually untraceable. The last option generally requires highest positions, in internal financial institutions to manage the lower employees, but also with external institutions, privately held central banks, and .government. Perpetrators use unsuspecting persons to implement compartmentalized parts of plan. Security Protocols were internally adjusted. Intel sources were consolidated. Intel operations were compartmentalized for security   Global cause and effect of internal solutions significant as to house reputation in banking, trade, and finance industries and global government. Industry consensus = morality is not as profitable.

**CONCLUSION:** THE FRAUD AND CORRUPTION ARE TOO DEEP; THE EFFECTS GLOBAL; THE PERPETRATORS OF THE PRIVATELY HELD BANKING SYSTEM AS WE HAVE KNOWN IT FOR NEARLY THE LAST 100 YEARS, THE PRIVATE-MONEY-FOR PUBLIC-USE SYSTEM, HAVE ERODED THEIR OWN CREATION, FUELED BY THEIR OWN GREED, TO THE POINT THE SYSTEM IS IMPLODING ON ITS-SELF; BANKING TOUCHES EVERY INDUSTRY, EVERY PERSON, EVERY ACTION ON THE PLANET AND THE EFFECTS ARE GLOBAL AND SYSTEMIC; THE BANKING SYSTEM IN ITS CURRENT FORM CANNOT SURVIVE THE EXPONENTIAL AND PERPETUAL AWAKENING OF THE COLLECTIVE CONSCIOUS AS THE INHERENT POWER BALANCES THE INJUSTICE; THE PERPETRATORS' CONVERSION(S) OF THEIR PERSONAL ASSETS TO SUBSTANCE TO AVOID THE FINAL EQUITY CALL IS USELESS, AS SAID CONVERSION(S) ARE ALREADY DULY RECOGNIZED TO BE PURCHASED BY UNCLEAN FUNDS, FUNDS PRODUCED BY SLAVERY, TRACKED EVERY STEP OF THE WAY.

*original Issue: 1 of 2*

3-6-2014 *Trustee Issue*

*Jung, Trustee*



# TREASURY FINANCE AG
### INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

In March of 2009, the Authorization Lead ordered the investigation's parameters to be expanded in correlation to the data gathered and obtained by the Investigation Lead. As the data base and comprehension expanded exponentially regarding the various systems and the extremely sensitive and restricted data, the Authorization Lead ordered the Investigation Lead to alter the goals to external, and they were to:

I.   Present possible alternative solutions and strategies of implementation to maintain private banking system;
II.  Identify the key vehicle the public could identify with to use as the forum to replace the dying private banking system that is private-money-for-public-use with the original public-money-for-private-use system;
III. Identify, assess, and test the weaknesses of key industries vital to the implementation of dying private banking system;

<u>Preliminary Investigations*:</u> concluded approx. February 2009.
<u>Investigations Plan for Follow-Up***:</u> concluded approx. March of 2009; testing forthwith implemented.
<u>Summary of Findings:</u> An old paradigm is at the end of its operation and existence. Its current central method of implementation has been the private-money-for-public-use system and the "for-profit corporation" system. The original government in America was ingeniously converted and grudgingly accepted by other world Principals through threat, coercion, and force; Unknowingly accepted by the people of America and other world peoples, resulting in involuntary servitude; implemented and enforced by and through illegal and unconscionable, deceptive, non-transparent means and methods, void of any accountability. Casualties are in the billions. Many possible alternative solutions for operating in the current private banking system were explored and policies and protocols were created, adjusted; of all tested-all failed. The Principal of the private banking system in America, most notably headed by the conservator, House of Rothschild, is finding that their own hidden intent, agendas, presumptions and arrogance, are being over-shadowed by those of their Agents, resulting in the self-destruction of the private banking system and global stability. This would not be of concern to the head of the Principal nor the other world Principals, except that the public collective conscious has grown at rates unexpected and unpredicted to the point that their expected replacement system cannot be implemented without full out breach of peace and annihilation of the public by the Principals and their Agents. The agents have been permitted to some degree to practice breach of peace and annihilation when it served the purpose and intent of Principals, however, the Principals are now subject to victim of the breach of peace and annihilation. Dis-accord and greed within a Principal has always been a reality, but now the head of the Principal has the opportunity to see the level of power of political and financial influence of their Agents, often fueled by the junior membership or other world Principals. Regardless, ALL PRINCIPLES will find that the Agents, and junior membership, being at first necessary, then tolerable, are now unacceptable. The most notable of the rogue Agents warned as the Texas Camp. All attempts to contain the Agents and their established networks have been time and resource intensive and an inconvenience to the head Principal and the other world Principals. ALL PRINCIPALS are going to realize that the Agents now pose a detriment and threat to the head of the Principal, and the other world Principals, and not just the pre-selection of humanity. The fraud cannot be controlled or eliminated in the private banking system because it is inherent in its existence. <u>The head of the Principal and other world Principals have lost control over its Agents due to the Agents' addiction to self-interest, profit and arrogance. Inaction by ALL THE PRINCIPALS is their estoppel and destroys their ability for self-correction, threatening their viability and survivability.</u>

---

FINAL REPORT: ∞PARADIGM∞
INITIALS:                                    TREASURY                                    PAGE 7 OF 16



# TREASURY FINANCE AG

## INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

As was discovered and proven repeatedly in American history prior to 1930's, a public-money-for-private-use banking system, implemented and enforced by the knowledgeable public and their government, and recognized and relied upon by the entire world, is the only solution to prevent the threat and abuse inherently existing in a private banking system. The prior two tests of the private banking system concluded in a shorter life-span, due to swift public reaction by a knowledgeable and watchful public with enforcement of penalties against the agents of the Principal. <u>Infiltration and manipulation of key industries were critical to the preservation of the final and current private banking system: Education and Judicial.</u> At the time of the second test, the public and the judicial were cohesively one and the same. The judicial worked with an official hat, but they recognized under the hat they were one of the public. An educated public and a judicial that did not differentiate itself from the public was detrimental and key to the final destruction of the first two tested private bank systems. It was necessary to deconstruct a knowledgeable public and disassociate the judicial from their own public. Media and Education Systems were key industries targeted to create an uneducated public. Slowly and methodically the industries were infiltrated and manipulated with adjustments made over a period of decades to address those who were familiar with the public interests and paradigms in order to reach the level of valueless and selective education and media we have now. Media holdings were consolidated to certain Agents to maintain and manipulate. With technological advancements, telecommunications was included as a key Industry to address. The creation of the Internet was the most life changing and is still a key threat to the private banking system. The internet is the sole problem they have yet to contain. It is humorous that ALL PRINCIPLES acquire the talents of those to contain the internet and yet ALL PRINCIPALS are blinded by the arrogance of their own presumptions and have failed to recognize that the true masters of the technology, young to old, are inherently aware that the old paradigm has no purpose and are assisting aggressively, yet ever so covertly, in the shift to the new collective conscious paradigm.

The Judicial has been much more interesting to the Investigation Lead due to her background. The Judicial had to be made a partner as an uneducated Judicial was not a realistic or effective option. However, the Judicial was not as easy to infiltrate initially. Once "communism" quieted on American soil and the education and media industries were pretty much under control, real legal education, constitutional based, was covertly modified to the current system with the BAR's infiltration at the highest levels of Judicial appointment and is secured by the occupation of the highest positions of local, state, and national authority agencies and corporations in America. This was not possible however, while the BAR was on the communist list. Investigations have been conducted in the past on the BAR and political and financial influence were used to quiet them; as is true with those who investigated the American bankruptcy, the Federal Reserve, etc, anyone who rejected or refused the political and financial influence were imprisoned, disappeared, terminated or discredited to the point of public annihilation.

Much intel has come from the head of the Principal's own house, the houses of other world Principals and usual intel sources of our house. The past level of commitment of the private banking system and its Principal is undeniable. The past prowess of negotiating and implementing the world acceptance of the private banking system has been genius and ruthless. The intent and actions required to implement and maintain it are abhorrent and have traditionally never been accepted by the public, when known by the public. Evidence of the premeditation, calculation, planning, and constant reassessment and adjustment used to preserve this last and current private banking system, and its Principal, are in the public forum. Selective agents of the public and watchers have tracked, monitored and vaulted the evidence until infrastructure and trustees came forward. Global intel also maintains records, waiting for the order. The beginnings of ALL PRINCIPALS, agencies, offices, and the general body of the original American government were not corrupt. The Principals, the agencies, offices, and the general body of the current American government, if corrupt, are only so through the self-interest, profit and arrogance of the heirs, agents and assigns of the origin source of their existence.

The Authorization and Investigation Leads jointly identified the American mortgage issue* (see Annex 1) as the key vehicle the public could identify with to use as the forum to unite the people of the United States of America, and the people of the world, to replace the dying private banking system that is private-money-for-public-use with the public-money-for-private-use system. The Investigation and Authorization Lead discussed with members of the global team and agreed that the Investigation Lead was to remain in the states and use her own home as the test case; that the Investigation Lead was in a unique position to test and flush out the remaining

*Original Issue: 1of 2*



# TREASURY FINANCE AG

## INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

points for discovery of eventual implementation of the public-money-for-private-use system and the reinstatement of true justice.

The public trustees initiated contact with the Investigation Lead on December 10, 2010, and gave details that they could possibly not have known about the Authorization Lead, the Investigation Lead, the Swiss custodians of the public wealth, and details related to prior investigations and current issues plaguing the highest levels of trade, bank and finance. By "social standards" review, they are the least likely to be in possession of this information. An extensive check with the Authorization Lead and intel sources proved the opposite. Per Authorization Lead's order, the trustees were invited to watch and assist at the tail end of the investigation in order for the Investigation Lead to establish an assessment of the trustees' competency, intent, and position. It was a mutual assessment that took place. Their intent was the same as the leads, if not more comprehensive as they included that the new banking system could only work and survive if the Judicial house in America operated on full transparency secured by the full personal liability of each Judicial officer, agent, and assign. Investigation Lead spent two months testing the Judicial House and investigating the current system of liability of its officers, agents and assigns. While generally the agents work under full personal liability and the judicial is required to be bonded, *in practice,* accountability and liability does not exist, ie. Codes and statutes require a bond to be posted before taking judicial or public office, however, private contracts, employment or other, contain "hold harmless clauses" or a similar immunity not disclosed to the public, and the lower levels are protected to a limited degree by restricting access and process of claims, which are self-administered by the counties where the judicial house resides and in conjunction with the Insurance Industry.

Investigation Lead reported findings and conclusions (identified herein) to Authorization Lead = resounding "Green Light" to prepare the forums for implementation of the public-money-for-private-use system, state and national levels. Individual report can be issued on foreclosure and judicial issues with greater detail.

**CONCLUSION:** (GLOBAL). THE PRIVATE BANKING SYSTEM IN AMERICA IS A THREAT TO STATE, NATIONAL AND INTERNATIONAL SECURITY. IT IS A THREAT TO HUMANITY WHO HAS BEEN ENSLAVED AND UNJUSTLY CONTRIBUTED TO THE SELECTIVE WEALTH OF THE PRINICIPALS. MORE INTERESTING, THE PRIVATE BANKING SYSTEM HAS BECOME A THREAT TO THE SECURITY OF ALL PRINCIPALS (HEAD OF THE PRINCIPAL OF THE AMERICAN PRIVATE BANKING SYSTEM AND OTHER WORLD PRINCIPALS) THE THREAT CREATED BY THE UNCONTROLLABLE AGENTS CAN BE MITIGATED CONSIDERABLY BY AGREEMENT BETWEEN ALL PRINCIPALS AND THE public trustees. AS THIS PROCESS OF AGREEMENT FOR FINAL SETTLEMENT OF INVOLUNTARY SERVITUDE AND UNJUST ENRICHMENT BEGINS, INDIVIDUALS, ESPECIALLY THE UNCONTROLLABLE AGENTS, COVERTLY AND BLATENTLY SERVING SELF-INTEREST, SELF-PROFIT, AND SELF-PRESERVATION SHALL REVEAL THEMSELVES TO BE MADE EXAMPLES OF BY THEIR OWN CHOICE.

THE REST OF THIS PAGE
IS INTENTIONALLY LEFT BLANK

FINAL REPORT: ∞PARADIGM∞
INITIALS: _____    _____    PAGE 9 OF 16
TREASURY

*Original Issue: 1 of 2*

3-6-2013



# TREASURY FINANCE AG

### INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

# PARADIGM—REQUIRED

1. **An immediate face-to-face meeting between Heather Ann Tucci-Jarraf (on behalf of the public trustees) and Karl Langenstein (on behalf of representations):** the public trustees discussions with the Investigation Lead have recognized the necessity of the current system operators to have the one-time opportunity for quiet implementation of the new paradigm and its national and state banking system backed by the assets that shall remain in the Swiss custodians care. Therefore, they appointed Heather Ann Tucci-Jarraf as the Public Trustee Liaison to Karl Langenstein to initially organize and arrange terms, conditions and protocols for meetings between the public trustees and those who will structure, implement and enforce the public banking system, the cleaning of government, especially the judicial, and meetings for final settlement of the unjust enrichment gained through slavery and other crimes against humanity. Full discussion of authorizations, orders, preliminary plans and requirements done at this meeting. Final plans, authorizations, orders, terms, and conditions require 100% approval on both sides.

2. Trustees, specifically Charles C. Miller, has already given notice of slavery claim and equity call duly served on all appropriate parties. The trustees are ready, willing and able to receive offers of final settlement and appointments to negotiate mitigation of civil damages.

3. Exclusive authorization has already been agreed to be granted to Karl Langenstein to organize and collect through his systems and methods. Said systems and methods shall be directed by Karl Langenstein to Heather Ann Tucci-Jarraf at the face-to-face meeting for security reasons.

4. Location of meeting and transport: to be determined and arranged by Karl Langenstein for security.

This report and its annex is hereby issued by the Investigation Lead, under authorization and order, with full personal liability, under the penalty of perjury, reserving the sole and exclusive right to the final determination of all definitions and intent of format and content contained herein. Done this _____ day of _____, 2011, in _____, in the state of Washington, executed by my unique signature and personal seal herein; all rights reserved,

**Heather Ann Tucci-Jarraf**
**Investigation Lead**



# TREASURY FINANCE AG

### INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

# PARADIGM-ANNEX 1

**\*PRIME INVESTIGATION CATALYST TRIGGERS:  (NOTE-WELLS FARGO MATTER REGARDING TIGRAN SARGYSIA SCAM INCLUDING, BUT NOT LIMITED TO, AGAPE CHRISTIAN FOUNDATION AND MAKARIZO (PANAMA) ACCOUNTS, NOT INCLUDED IN THIS REPORT AS STATUS OF AUTHORITIES INVESTIGATION IS UNKNOWN; UPON REQUEST)**

**CATALYST 1** : **2008-2009 HSBC-UBS "RENAUD" INVESTIGATION**
**BANKS** : HSBC (LONDON, BEJING), UBS (SWITZERLAND)
**ORIGIN PERSON** : PATRICK WANG SHUI CHUNG (HSBC Director); others withheld for cause
**ORIGIN TIME** : cir. Summer 1998 (USA De-reg period of Glass-Stealy Act)
**INTEL CONTACT** : WONG SHUI LUNG (GEN. WONG)--CHINA
**MAIN OBJECTIVE** : (SCOPE LIMITED TO BANKER CORRUPTION) Microscopic Investigation for assessment of (amended to include solution to release) High Net-Worth ($500M USD equiv. and greater) clients in bank initiated and maintained contracts that created an unregulated and untrained industry of leased Proof of Funds, Capital Accounts, and other contractual structures to enhance financial positions of persons of the general global public; brokers industry.

**REPORT** : At least one or more Origin Person(s) created, implemented and maintained an internal bank infrastructure of core persons that could be used complimentary or quid pro quo externally amongst financial institutions.  The infrastructure was discovered to be highly complex, running the divisions with plants, bought or coerced, from the wire room to the board room.  Complexity of design was prima facia of pre-meditation, willful intent, and long-term commitment, strategies and implementation at the highest levels.  De-regulation permitted bank contracts to be implemented; subsequent laws rendered bank contracts illegal.  Bank contracts were purposefully kept in-house with no copies permitted to leave, thus clients funds were essentially rendered irretrievable, hence this investigation in 2008.  Microscopic case revealed bank contract induced by long-time relationship and trust built with Origin Person.  Investigation ceased prior to determining whether Sir Peter Davis was complicit or had knowingly benefited from Origin Person; deemed not-relevant as deceased.  It was determined that although Sir John Bond was removed as HSBC Chairman for his previous tapping of client gold reserves and moved to the private banking arm, his infrastructure inside HSBC London main was not extinguished. Patrick Wang Shui Chung had access and opportunity for implementation and his operation ran internationally with damages to the public globally and intel reported terrorist ties and possible activity.

**ACTIONS** : Recommended=Meeting with General Wong; Held; Hand-off to BIG 3 & withdrawal
**EX REPORTS-RAMS**: Microscopic client's funds discovered buried in Switzerland by Origin Person and his agents.  Three (3) or more high level executives (HSBC-London) reported dead; mid to low management/employees; quiet international "investigation" by various global alphabets / political pressures from China, USA, & Canada; CHINA received special tax treatment of investment in the US.  PUBLIC—US demand for Swiss disclosure of American clients for "tax evasion" and other various allegations. Tabled.

Case 3:17-cr-00082-TAV-DCP   Document 280-1   Filed 08/23/19   Page 147 of 309   PageID #: 804



# TREASURY FINANCE AG
## INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

| | |
|---|---|
| **CATALYST 2** | **: 2008-2009 POON / LI SHA INVESTIGATION** |
| BANKS | : HSBC (BEJING) |
| ORIGIN PERSONS | : POON KONG / LI SHA |
| PURPOSE | : To investigate and assess origin persons and assets for pending Asset Management Contract |
| CONTACT | : Authorization Lead, and Jonathan D. Betts of Atlantica |
| INTEL CONTACT | : Authorization Lead; WONG SHUI LUNG (GEN. WONG). |
| MAIN OBJECTIVE | : (SCOPE LIMITED TO BANKER CORRUPTION) Microscopic Investigation for assessment (amended to include solution to case account with request for official assistance from China; branched into informal semi-global negotiations regarding master accounts and AU) of one or more case accounts with signatory Poon Kong. Allegations involved high level bankers who performed tasks, in the normal course of banking, pursuant to client orders up to last required step and certain bankers demanded "personal payments" prior to making normal banking external confirmations to third parties/institutions. |
| REPORT | : Parties and Factors initially deemed sensitive and amended to critically sensitive due to international master accounts and historical parties, treaties and agreements. Complexity involved in microscopic case was minimal, more a matter of "unauthorized and illegal institutional practices by world-wide bankers"; POON/LISHA due to their failure/inability to follow pre-set and party-mandated secret protocols of enactment and engagement, the final report recommended termination. |

| | |
|---|---|
| **CATALYST 3** | **: 2008-2009 PANAMA-COOSEMUPAR INVESTIGATION** |
| BANKS | : VARIOUS, PRIMARY-HSBC (PANAMA) |
| ORIGIN PERSONS | : COOSEMUPAR |
| PURPOSE | : To investigate and assess all levels of corruption and political/financial influence |
| CONTACT | : Authorization Lead, Coosemupar Counsel |
| INTEL CONTACT '08 | : Authorization Lead; WONG SHUI LUNG (GEN. WONG); meeting in Hong Kong |
| MAIN OBJECTIVE | : (SCOPE LIMITED TO BANKER CORRUPTION) Microscopic Investigation for assessment (amended to include solution to case account with request for official assistance from China). Follow-up investigation by global team discovered more complex "land grab" and money laundering by "mirror" World Bank loan as used by Saddam's food for oil program. Involved parties included but were not limited to senior officials of Torrijos Administration, major Panamanian law firms, and bank officials. Subsequent data was collected on possible involvement of senior American officials with direct or indirect interests in agriculture and food industries, exerting financial and/or political influence in Panama; other Latin American similar influence; |
| REPORT | : Parties and Factors initially deemed semi-sensitive and amended to critically sensitive on Authorization Lead's order based on notice given by internationals of their intent to intervene, directly or indirectly. First deliver of Report to Mr. Torrijos, ineffective as it |



# TREASURY FINANCE AG
### INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

was later discovered that he and his wife were investigated for "unjust enrichment". Second delivery to Mr. Martinelli, used but data collected at the tail-end of investigations uncovered the beginning of undisclosed/disclosed relations and partnerships resulting in prima facia knowing and willing complicitness on his part.

| | |
|---|---|
| **CATALYST 4** | : **2008-2009 FANNIE/FREDDIE INVESTIGATION** |
| BANKS | : VARIOUS, PRIMARY- JP MORGAN |
| PURPOSE | : To investigate and assess difficulties with securities: Freddie/Fannie securities, CMO, and other MBS |
| INTEL CONTACT investigation) | : managed- Authorization Lead, supplemented (dove-tail World Bank Loan |
| MAIN OBJECTIVE | : Microscopic Investigation for assessment of validity of various Securities, including, but not limited to Freddie/Fannie Securities; Monetization of said securities, and options for trade. |
| REPORT | : Parties and Factors initially deemed not sensitive and amended to critically sensitive due to investigation's preliminary findings.  Securities reported on screens (NASDAQ, ETC.); attempts to investigate behind the screens were thwarted, prevented or otherwise hindered externally by issuers stating fraud, and yet no actions were taken by issuers to remove, handle, or report them as fraud to take them off the market.  Investigation report recommended tabeling in February '09, for further investigation plan completed in March '09, and structuring possible solutions through testing from March '09 and completed February 16, 2011.  Final report recommendation for solution, "Green Light" for implementation of solution given February 16, 2011, by Authorization Lead. |

| | |
|---|---|
| **CATALYST 5** | : **2010 ECUADOR** |
| BANKS | : COUNTRY CENTRAL BANK |
| ORIGIN | : ENERGY PROJECT |
| PURPOSE | : To assess and assist with a "Letter of Credit" for an external "contract" for state energy equipment and infrastructure |
| CONTACT | : BROWN ENERGY GROUP (BEG), LOCAL COUNTERPARTS, MINISTERS |
| INTEL CONTACT | : Managed- Authorization Lead; supplemented |
| MAIN OBJECTIVE | : BEG wanted assistance with monetizing a purported Letter of Credit issued by the state central bank/government.  Preliminary assessment revealed that Letter of Credit had not been issued, contract had not been officially awarded; main objective changed by client to securing contract. |
| REPORT | : Parties and Factors initially deemed sensitive and amended to critically sensitive due to international political and financial influence.  Investigation discovered corruption of government officials, suspected from data gathered to be organized and covertly controlled by cousin of President.  A funding solution was presented that did not demand or require state concessions detrimental to the state and its people; no potential bidders/parties could compete with offer; China left table only to come back later indirectly through Venezuela; Caterpillar implemented deceptive practices and undue political and possibly financial influence over the situation;  All was predicted |

3-6-2011: *Trustee w/ issue*      *2011234G served between*      *Original Issue: 1of2*

Case 3:17-cr-00082-TAV-DCP   Document 65   Filed 08/13/18   Page 149 of 309   PageID #:
806



# TREASURY FINANCE AG
## INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

and the funding solution presented was purposefully designed by terms and conditions to ferret out government and third party corruption, and political/financial influence; China came back through Venezuela. International media reported that China had agreed to a 50 Billion arrangement with Venezuela's Chief for oil. First report recommendation was to terminate involvement with Ecuador due to time intensity required to resolve. Investigative Intel reports were that it was actually to be a sale of the frozen Venezuela USA accounts to China disguised by the oil arrangement and Venezuela's influence on Ecuador to indirectly re-enter table of energy project. Ecuador President was called to Venezuela and preliminary deal cut for a "loan". Subsequently, Ecuador returned to request funding solution reporting that all agreements with Venezuela failed, due to failure of China-Venezuela agreement. Follow-up Investigative Intel revealed that USA intervention on frozen accounts with China was the cause. Report recommended termination of interaction with Ecuador due to other obligations already engaged.

## *FOLLOW-UP INVESTIGATION CATALYST TRIGGERS:

Investigation and interviews within "broker" industry; incompetent by design; general industry incapable of competency at this time only due to current conditions

## *FORECLOSURE SUMMARY:

TOTAL MORTGAGES REVIEWED: APPROX. 23,000
TYPE: CMO, various MBS packages, REMICS, Individual Mortgages, Legal Case Reviews

TEST STATE: Washington State
TEST COUNTY: Pierce County (primary), supplemented by Thurston, Mason
TEST HOUSE: 3809 116th st ct NW, Gig Harbor, Washington, 98332
PURCHASED: 2003, Statutory Warranty Deed
AMOUNT: $255,000 Cash-"loan" mix. Deed of Trust Executed/Recorded, without note, MERS beneficiary.
DEFECTIVE DEED OF TRUST: YES.
METHOD: Deed of Trust/Promissory Note CANCELED FOR CAUSE. Recorded. Filed. Served.
HELOC: 2004, "50,000 heloc", Deed of Trust, without ID of secured debt, Executed/Recorded, without note
DEFECTIVE DEED OF TRUST: YES.
METHOD: Deed of Trust/Promissory Note CANCELED FOR CAUSE. Recorded. Filed. Served.
PENDING LEGAL ACTIONS: YES.
CONTROL: other mortgages used and monitored for comparison.
OBJECTIVES: 1. test general cancellation process, 2. test judicial bank, commerce, corruption, 3. test local bank attorneys, corruption, 4. test law enforcement, commerce, corruption, 5. test homeowner base level knowledge, 5. assess and test strategies for cleaning judicial house, 6. establish cases in various jurisdictions, court levels, for use during implementation of public-money-for-private-use bank system and the opportunity for banks to adjust to final settlements for survival in new system.

3-6-2011; Trustee 8/15/2011   Original Issue: 1 of 2



# TREASURY FINANCE AG
### INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

Due to the Judicial's mutual and incestuous relationship with the banks and the insurance companies, the only time the court will find in favor of the homeowner is generally when one of two things happen, no matter what the specific fact pattern is:
1. the homeowner actually gets an honest judge with the backbone for justice (a needle in a haystack); or
2. the evidence is so overwhelming in establishing fraud or other criminal acts by the bank/lender, that if the judge found in favor of the bank it would result in public outrage, hence, breach of the peace.

## PRELIMINARY CONCLUSION OF INVESTIGATION, TESTING AND FINDINGS:

1. **THE JUDICIAL HOUSE (SYSTEM) IS CORRUPT THROUGH ITS ELITE AND PRIVILIGED MENTALITY AND PROFIT MAKING, ORDERED, FOSTERED AND ENCOURAGED BY THE PRIVATE BANKING SYSTEM, FILTERED AND MAINTAINED BY THE BAR**
2. **LAW ENFORCEMENT IS AN ORDER TAKER, AND GENERALLY SPEAKING, THEY TURN A BLIND EYE TO THE CRIMES THEIR "SUPERIORS" ARE COMMITTING. LAW ENFORCEMENT IS NOT CORRUPT IN GENERAL TERMS, AND THEY SEE WHAT IS HAPPENING, THEY JUST NEED SUPPORT, _AND ORDERS,_ TO RE-IGNITE THEIR STAMINA AND COURAGE TO ENFORCE TRUE JUSTICE.**
3. **ALL MORTGAGES ARE FRAUD—THE EVIDENCE OF THE FRAUD ARE IN THE BOOKKEEPING AND TAX REPORTING; FURTHER SUPPORTING EVIDENCE IS IN THE HISTORICAL AND PROCEDURAL HISTORY OF FREDDIE/FANNIE, SPECIFICALLY WITH REGARDS TO THE "UNIFORM INSTRUMENT" DEED OF TRUST, AND CHANGES IN THE LAWS , JUDICIAL AND EDUCATION SYSTEMS OVER THE DECADES**
4. **THE INSTRUMENTS OF THE FRAUD ARE THE DEED OF TRUST AND PROMISSORY NOTES, WHICH ARE ILLEGAL SECURITIES, COMMERCIAL LIENS, AND LANDLORD-TENANT LEASES**
5. **THE ONLY CORRECT RESPONSE TO A MORTGAGE IS CANCELLATION AND CORRESPONDING TAX REPORTING (1099A, 1099C, 1099OID, 1096) AND RUNNING EVERYTHING UCC**
6. **JUDICIAL CLERKS TRESPASSED ON THE CASE (FAILING TO SCAN DOCUMENTS FILED, REMOVING SCANS FROM RECORD, ETC.)=SOLUTION: RUN CASE THROUGH UCC**
7. **COUNTY RECORDERS REFUSED TO FILE RECORDINGS; CANCELATION WAS ALTERED TO MAKE IT SO THAT RECORDERS HAD TO FILE; INITIAL RESPONSE WAS TO CHARGE FILER FOR EVERY REFERENCE TO PREVIOUSLY FILED AND PAID FOR AUDITORS FILINGS RESULTING IN A FILING ORIGINALLY COSTING $63 TO GO AS HIGH AS $1600; INVESTIGATION LEAD SPOKE WITH PIERCE COUNTY AUDITOR ABOUT AN INTERNAL EMAIL BETWEEN COUNTY AUDITORS IN WASHINGTON STATE, SUBSEQUENTLY REPORTS THAT THE FEE HAD GONE BACK DOWN WERE MADE=NEEDS TO BE RUN THROUGH UCC AS WELL FOR INDEPENDANT PUBLIC RECORD AS WELL AS FOR COMMERCIAL PURPOSES**
8. **CANCELATIONS HAVE BEEN TESTED AND ARE MAKING WAVES, IT WILL BE FURTHER SOLID WHEN DONE IN CONJUNCTION WITH TAX REPORTING AND UCC FILINGS**

*Original Issue: 1 of 2*



# TREASURY FINANCE AG

### INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

9. HOMEOWNER BASE LEVEL OF KNOWLEDGE IS MINIMAL, BY DESIGN; THE HARDEST POINT FOR HOMEOWNERS TO COME TO TERMS WITH ARE THAT NO LOAN WAS MADE;

10. THE PRIMARY "ORDER GIVER" IN THE STATE OF WASHINGTON WAS IDENTIFIED AS THE BANK OF NEW YORK TRUST COMPANY; BNY WESTERN TRUST COMPANY AND BNY MELLON ASSET SERVICES, IMPLEMENTED IN LARGE PART BY THE BAR (Washington Bar Association-- Inns of Court )

# END OF ANNEX
# END OF REPORT
# END OF PRIMARY INVESTIGATION

3-6-2013, Trustee Michael Zamora - attn Trustee John, Trustee

# ANNEX 22

**Case No. 1:17 mj-531**

| TITLE | DESCRIPTION | PAGES |
|---|---|---|
| **Annex 22** | UCC record number 2012012555 | 1 - 2 |

Pg. 1 *of* 1

Page 1 of 2
Date: 02/06/2012   3:07PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | |
|---|---|
| PROCESSING | $    5.00 |
| E-RECORD | $   25.00 |
| ESURCHARGE | $    6.50 |

A. NAME & PHONE OF CONTACT AT FILER [optional]
Heather Ann Tucci-Jarraf   2535094597

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Heather Ann Tucci-Jarraf   (253) 509-4597

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME |
|---|
| THE UNITED STATES OF AMERICA |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| General Delivery | Washington | DC | NONE | UNITED STATES |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| unknown | | Public Trust | Public/People's | unknown ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME |
|---|
| |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| TUCCI-JARRAF | HEATHER | ANN | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3809 116th St. Ct. NW | Gig Harbor | WA | 98332 | UNITED STATES |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| unknown | | natural person | Public/People's | 01012012T8A2C1-1 ☐ NONE |

3. SECURED PARTY'S NAME (or NAME OF TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME |
|---|
| THE PEOPLE OF THE UNITED STATES OF AMERICA |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| General Delivery | Washington | DC | NONE | UNITED STATES |

4. This FINANCING STATEMENT covers the following collateral:

Trustee's Bond and Oath with issue number 01012012T8A2C1-001, duly executed by Heather Ann Tucci-Jarraf on January 2, 2012, duly accepted by The One People's Public Trust 1776, with the terms and conditions as stated therein, and taken into physical custody on January 2, 2012, held by a duly bonded Trustee of The One People's Public Trust 1776; SECURED PARTY, perfected July 4, 1776, with all property and rights to property of SECURED PARTY therein, thereto, and therefrom, now duly administered by The One People's Public Trust 1776, through its duly bonded Trustee(s); NOTICE OF DULY BONDED TRUSTEE, duly served to any and all necessary parties and to always be further noticed and evidenced by a True, Accurate, and Complete digital of original Trustee's Bond and Oath duly posted via the world-wide web, at the official website of The One People's Public Trust 1776,

5. ALTERNATIVE DESIGNATION [if applicable]: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   [if applicable]   7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]   ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

8. OPTIONAL FILER REFERENCE DATA
Bonds posted at www.peoplestrust1776.org

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

Page 2 of 2
Date: 02/06/2012   3:07PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING        $        5.00
   E-RECORD         $       25.00
   ESURCHARGE       $        6.50

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

THE UNITED STATES OF AMERICA

OR

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 11d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | ☒ NONE |
|---|---|---|---|---|---|

**12.** ☐ ADDITIONAL SECURED PARTY'S  or  ☐ ASSIGNOR S/P'S  NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

www.peoplestrust1776.org, for all the World to rely upon.

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.

Debtor is a ☐ Trust  or  ☐ Trustee acting with respect to property held in trust  or  ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.

☐ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction --- effective 30 years

☐ Filed in connection with a Public-Finance Transaction --- effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

# ANNEX 22

**Case No. 1:17 mj-531**

| TITLE | DESCRIPTION | PAGES |
|---|---|---|
| **Annex 22** | UCC record number 2012012555 | 1 - 2 |

Pg. 1 *of* 1

Page 1 of 2
Date: 02/06/2012    3:07PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Heather Ann Tucci-Jarraf   2535094597

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Heather Ann Tucci-Jarraf   (253) 509-4597

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

**1a. ORGANIZATION'S NAME**
THE UNITED STATES OF AMERICA

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| General Delivery | Washington | DC | NONE | UNITED STATES |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| unknown | | Public Trust | Public/People's | unknown  ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

**2a. ORGANIZATION'S NAME**

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| TUCCI-JARRAF | HEATHER | ANN | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 3809 116th St. Ct. NW | Gig Harbor | WA | 98332 | UNITED STATES |

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| unknown | | natural person | Public/People's | 01012012T8A2C1-1  ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - Insert only one secured party name (3a or 3b)

**3a. ORGANIZATION'S NAME**
THE PEOPLE OF THE UNITED STATES OF AMERICA

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| General Delivery | Washington | DC | NONE | UNITED STATES |

**4. This FINANCING STATEMENT covers the following collateral:**

Trustee's Bond and Oath with issue number 01012012T8A2C1-001, duly
executed by Heather Ann Tucci-Jarraf on January 2, 2012, duly accepted by
The One People's Public Trust 1776, with the terms and conditions as stated
therein, and taken into physical custody on January 2, 2012, held by a duly
bonded Trustee of The One People's Public Trust 1776; SECURED PARTY,
perfected July 4, 1776, with all property and rights to property of SECURED
PARTY therein, thereto, and therefrom, now duly administered by The One
People's Public Trust 1776, through its duly bonded Trustee(s); NOTICE OF
DULY BONDED TRUSTEE, duly served to any and all necessary parties and to
always be further noticed and evidenced by a True, Accurate, and Complete
digital of original Trustee's Bond and Oath duly posted via the world-wide
web, at the official website of The One People's Public Trust 1776

**5. ALTERNATIVE DESIGNATION [if applicable]:** ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER  ☐ AG. LIEN  ☐ NON-UCC FILING

**6.** ☐ THIS FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum   [if applicable]   **7.** Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional]  ☐ All Debtors  ☐ Debtor 1  ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
Bonds posted at www.peoplestrust1776.org

**FILING OFFICE COPY** — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

Page 2 of 2
Date: 02/06/2012   3:07PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $      5.00
  E-RECORD            $     25.00
  ESURCHARGE          $      6.50

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

OR    THE UNITED STATES OF AMERICA

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☒ NONE |

**12.** ☐ ADDITIONAL SECURED PARTY'S  or  ☐ ASSIGNOR S/P'S  NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

www.peoplestrust1776.org, for all the World to rely upon.

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.

☐ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 07/29/98)

# ANNEX 23

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 23** | UCC record number 2012028312 | 1 - 2 |

Pg. 1 *of* 1

Page 1 of 2
Date: 03/16/2012    5:57PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

The One Peoples Public T  253-509-4597

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
2000043135 - 05/04/2000

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

OR 7b. INDIVIDUAL'S LAST NAME

CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION] | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

7d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

Additional Collateral of additional DEBTOR party, Heather Ann Tucci-Jarraf, secured under Doc. # 2012012555, Feb 6, 2012, now duly accepted by and in custody of The One Peoples Public Trust 1776, accepted from the date of issuance, as follows:  Trustees Bond and Oath with issue number MB201201255-TBO2/01012012T8A2C1-001, duly executed and issued January 2, 2012, duly accepted by The One Peoples Public Trust 1776, with the terms and conditions as stated therein, and taken into physical custody on January 2, 2012, held by a duly bonded Trustee of The One Peoples Public Trust 1776; SECURED PARTY, perfected July 4, 1776, with all property and rights to

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME
THE UNITED STATES OF AMERICA, A PUBLIC TRUST

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA

all rights reserved and without prejudice UCC 1-308 /s/ Caleb Paul Skinner

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Page 2 of 2
Date: 03/16/2012    5:57PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $      5.00
  E-RECORD            $     25.00
  ESURCHARGE          $      6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**11. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)

2000043135

**12. NAME of PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

**12a. ORGANIZATION'S NAME**

OR | THE UNITED STATES OF AMERICA, A PUBLIC TRUST

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|

**13. Use this space for additional Information**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

```
---------------------------
Additional collateral info
---------------------------
```

property of SECURED PARTY therein, thereto, and therefrom, now duly
administered  by The One Peoples Public Trust 1776, through its duly bonded

Trustees; NOTICE OF DULY BONDED TRUSTEE, duly served to any and all
necessary parties and to always be further noticed and evidenced by a True,

Accurate and Complete digital of original Trustees Bond and Oath duly
posted via the world-wide web, at the official website of The One Peoples
Public Trust 1776, www.peoplestrust1776.org, for all the World and Beings
to
rely upon.

Heather Ann Tucci-Jarraf, natural woman, DEBTOR, is corrected above due to

automated filing systems altering original capacity (ties) and standing(s);

correction SECURED PARTY, The United States of America, The One Peoples
Public Trust 1776, a public trust, and its beneficiaries, the original
states in national union.

```
---------------------------
-------------------------------
Debtor names added for indexing
-------------------------------
```

CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER

# ANNEX 24

**Case No. 1:17 mj-531**

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 24** | UCC record number 2012012659 | 1 - 2 |

Pg. 1 *of* 1

Page 1 of 2
Date: 02/06/2012    4:08PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING        $      5.00
  E-RECORD          $     25.00
  ESURCHARGE        $      6.50

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Heather Ann Tucci-Jarraf  2535094597

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Heather Ann Tucci-Jarraf  (253) 509-4597

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2012012555 - 02/06/2012

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☒ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

**6a. ORGANIZATION'S NAME**

OR **6b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**7. CHANGED (NEW) OR ADDED INFORMATION:**

**7a. ORGANIZATION'S NAME**
THE UNITED STATES OF AMERICA [A PUBLIC TRUST]

OR **7b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**7c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY

**7d. TAX ID #: SSN OR EIN** | **ADD'L INFO RE ORGANIZATION DEBTOR** | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID #, if any** | ☐ NONE

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

Addional Collateral of additional DEBTOR party, Caleb Paul Skinner,
secured:  Trustee's Bond and Oath with issue number 02012012T8A2C1-001,
duly executed by Caleb Paul Skinner on January 2, 2012, duly accepted by The
One People's Public Trust 1776, with the terms and conditions as stated
therein, and taken into physical custody on January 2, 2012, held by a duly
bonded Trustee of The One People's Public Trust 1776; SECURED PARTY,
perfected July 4, 1776, with all property and rights to property of SECURED
PARTY therein, thereto, and therefrom, now duly administered by The One
People's Public Trust 1776, through its duly bonded Trustees; NOTICE OF

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☒ and enter name of DEBTOR authorizing this Amendment.

**9a. ORGANIZATION'S NAME**
THE UNITED STATES OF AMERICA [A PUBLIC TRUST]

OR **9b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**10. OPTIONAL FILER REFERENCE DATA**
Bonds posted at  www.peoplestrust1776.org

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# 2012012659
Page 2 of 2
Date: 02/06/2012   4:08PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2012012555

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE UNITED STATES OF AMERICA [A PUBLIC TRUST]

OR  12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---------------------------
Additional collateral info
---------------------------
DULY BONDED TRUSTEE, duly served to any and all necessary parties and to
always be further noticed and evidenced by a True, Accurate, and Complete
digital of original Trustee''s Bond and Oath duly posted via the world-wide

web, at the official website of The One People''s Public Trust 1776,
www.peoplestrust1776.org, for all the World to rely upon.


---------------------------
-------------------------------
Debtor names added for indexing
-------------------------------
THE UNITED STATES OF AMERICA [A PUBLIC TRUST]
HEATHER ANN TUCCI-JARRAF [NATURAL PERSON]

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

# ANNEX 25

### Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|---|---|---|
| **Annex 25** | UCC record number 2012028311 | 1 - 2 |

Pg. 1 *of* 1

████████████
████████████
████████████

Page 1 of 2
Date: 03/16/2012    5:41PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER** [optional]
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 05/04/2000

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

**6a. ORGANIZATION'S NAME**

OR

| **6b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

**7a. ORGANIZATION'S NAME**
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]

OR

| **7b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| **7c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| **7d. TAX ID #: SSN OR EIN** | ADD'L INFO RE ORGANIZATION DEBTOR | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID #, if any** | ☐ NONE |
|---|---|---|---|---|---|
| | | | | | |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

Additional Collateral of additional DEBTOR party, Caleb Paul Skinner,
secured under Doc. # 2012012659, Feb 6, 2012, now duly accepted by and in
custody of The One Peoples Public Trust 1776, accepted from the date of
issuance, as follows:  Trustees Bond and Oath with issue number
MB201201255-TBO1/02012012T8A2C1-001, duly executed and issued January 2,
2012, duly accepted by The One Peoples Public Trust 1776, with the terms and
conditions as stated therein, and taken into physical custody on January 2,
2012, held by a duly bonded Trustee of The One Peoples Public Trust 1776;
SECURED PARTY, perfected July 4, 1776, with all property and rights to

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

**9a. ORGANIZATION'S NAME**
THE UNITED STATES OF AMERICA, A PUBLIC TRUST

OR

| **9b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

**10. OPTIONAL FILER REFERENCE DATA**
all rights reserved and without prejudice UCC 1-308 /s/ Heather Ann Tucci-Jarraf

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012028311
Page 2 of 13

Date: 03/16/2012   5:41PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
   2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
   12a. ORGANIZATION'S NAME
   THE UNITED STATES OF AMERICA, A PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

----------------------------------
Additional collateral info
----------------------------------

property of SECURED PARTY therein, thereto, and therefrom, now duly
administered  by The One Peoples Public Trust 1776, through its duly bonded

Trustees; NOTICE OF DULY BONDED TRUSTEE, duly served to any and all
necessary parties and to always be further noticed and evidenced by a True,

Accurate and Complete digital of original Trustees Bond and Oath duly
posted via the world-wide web, at the official website of The One Peoples
Public Trust 1776, www.peoplestrust1776.org, for all the World and Beings
to
rely upon.

Caleb Paul Skinner, natural man, DEBTOR, is corrected above due to
automated filing systems altering original capacity (ties) and standing(s),

correction SECURED PARTY, The United States of America, The One Peoples
Public Trust 1776, a public trust, and its beneficiaries, the original
states in national union.

----------------------------------
----------------------------------
Debtor names added for indexing
----------------------------------
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

# ANNEX 26

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 26** | UCC record number 2012028314 | 1 - 2 |

Pg. 1 *of* 1

Doc# : 2012028314
Date: 03/16/2012    6:11PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $       5.00
  E-RECORD            $      25.00
  ESURCHARGE          $       6.50

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 05/04/2000

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5.** ☐ AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

7a. ORGANIZATION'S NAME
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]

| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

Additional Collateral of additional DEBTOR party, Hollis Randall Hillner, duly accepted by and in custody of The One Peoples Public Trust 1776, accepted from the date of issue, as follows:  Trustees Bond and Oath with issue number MB201201255-TBO3, duly executed and issued February 12, 2012, duly accepted by The One Peoples Public Trust 1776, with the terms and conditions as stated therein, and taken into physical custody on February 15, 2012, held by a duly bonded Trustee of The One Peoples Public Trust 1776; SECURED PARTY, perfected July 4, 1776, with all property and rights to property of SECURED PARTY therein, thereto, and therefrom, now duly

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME
THE UNITED STATES OF AMERICA, A PUBLIC TRUST

| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

**10. OPTIONAL FILER REFERENCE DATA**

all rights reserved and without prejudice UCC 1-308 /s/ Heather Ann Tucci-Jarraf

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012028314
Date: 03/16/2012   6:11PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
12a. ORGANIZATION'S NAME
THE UNITED STATES OF AMERICA, A PUBLIC TRUST

OR  12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

--------------------------------
Additional collateral info
--------------------------------

administered  by The One Peoples Public Trust 1776, through its duly
bonded Trustees; NOTICE OF DULY BONDED TRUSTEE, duly served to any and all

necessary parties and  to always be further noticed and evidenced by a True,

Accurate and Complete digital of original Trustees Bond and Oath duly
posted via the world-wide web, at the official website of The One Peoples
Public Trust 1776, www.peoplestrust1776.org, for all the World and Beings
to
rely upon.

Hollis Randall Hillner natural man, DEBTOR, is corrected above due to
automated filing systems altering original capacity (ties) and standing(s),

correction SECURED PARTY, The United States of America, The One Peoples
Public Trust 1776, a public trust, beneficiaries, the original states in
national union.

--------------------------------
--------------------------------
Debtor names added for indexing
--------------------------------
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A/ CHARLES C. MILLER

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

# ANNEX 27

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 27** | UCC record number 2012083304 | 1 - 8 |

Pg. 1 *of* 1

Doc# : 2012083304
Date: 08/03/2012    2:21PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
PROCESSING        $        5.00
E-RECORD          $       25.00
ESURCHARGE        $        6.50

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

The One Peoples Public T   253-509-4597

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #

2000043135 - 05-04-2000

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the ☐ REAL ESTATE RECORDS.

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION] | | | |

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

UCC Doc #'s 2012079290 and 2012079322, and any and all therein, restated in their entirety and incorporated herein by reference as if set forth in full, now duly ratified and reconfirmed;  Pursuant to the one people's standing, authority, value, rights, our principal of law knowingly, willingly and intentionally preserved and protected, in perpetuity, by notice to all beings and the world, being first implemented by International Law Ordinance cognizably noticed as the Constitution for the United States of America, 1791 as amended, and the lawful progeny jurisprudence thereof, internationally affirmed ordinances, starting July 4, 1776, and completed

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| THE ONE PEOPLE'S PUBLIC TRUST | | | |

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

10. OPTIONAL FILER REFERENCE DATA

without prejudice, ucc 1-308 /s/ Heather Ann Tucci-Jarraf, as Trustee

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012083304
Date: 08/03/2012   2:21PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR THE ONE PEOPLE'S PUBLIC TRUST

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

13. Use this space for additional information

|  | PROCESSING | $ | 5.00 |
|---|---|---|---|
|  | E-RECORD | $ | 25.00 |
|  | ESURCHARGE | $ | 6.50 |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

Additional collateral info
--------------------------

March 1, 1781, ratified 1791, said never being rebutted, re-ratified by
public declaration July 25, 2012, insured and governed by public policy,
inclusive of UCC 1-103,  and any and all the United States of America
Federal Government, UNITED STATES, United States, STATE OF . . ., State of
. ., and international equivalents:

Secured Party, through its bondservants, with all rights reserved and
without prejudice, as promised and preserved by public policy, inclusive of

UCC 1-308,  and any and all the United States of America Federal
Government, UNITED STATES, United States, STATE OF . . ., State of . . .,
and international equivalents, BY AND WITH DUE AUTHORITY AND STANDING, as
held in trust and administered by its Public Trust, through the actions of

its duly bonded Trustees, do now duly register and secure public notice of

the following Orders of Findings & Actions, FAO, Suspension, and Audit, all

issued on July 4, 2012, against DEBTOR, UNITED STATES and the several STATE

OF. . ., et. al., inclusive of all voluntary commercial indentures thereto,

thereof, and therefrom, for cause, NUNC PRO TUNC, PRAETEREA PRETEREA, all
three Orders restated and incorporated here as if set forth in full, with
further public notice made via posting said Orders on the world-wide web at

www.peoplestrust1776.org, the official website of The Public Trust, that is

under the sole possession and control of its duly bonded Trustees, Ordering

DEBTOR as follows:

The one people''s law is aligned with the laws of the creator;

The one people''s principle of law is aligned with common law;

---

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012083304
Date: 08/03/2012   2:21PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $     5.00
  E-RECORD            $    25.00
  ESURCHARGE          $     6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME | | |
|---|---|---|
| THE ONE PEOPLE'S PUBLIC TRUST | | |
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

WHEREAS IT HAS BEEN DULY FOUND said events of fact and allegations of wrong

doing constitute or appear to constitute breach of peace being made against

other world nations and their people as well as against the people who the

UNITED STATES and the several STATE OF . . . thereto, were created to
serve, the people of The United States of America; That said events of fact

and allegations have caused, and continue to cause, actual damage to
third-persons, the holdings within The Public Trust, and the beneficiaries

of The Public Trust and the people they serve; That any and all wrong
doing
could have only been done by the mouth, hand, action or in-action of the
natural persons being voluntary commercial indentures to the UNITED STATES

and the several STATE OF . . . thereto, and The United States of America;

That all duties and obligations of the Offices, departments, divisions and

voluntary commercial indentures are bound to perform have been PREPAID by
the people of The United States of America; That said payment was
PREVIOUSLY ACCEPTED AND TAKEN by Debtor; That Debtor is unwilling or
incapable of providing services already paid for; That Offices and
voluntary commercial indentures are required to act within the bounds of
the
terms, duties and obligations set forth by the people of The United States

of America and the several states of the union; That equity of the people

of The United States of America is perfected as due, owing and collectible;

That circumstances exist and there is demand and support for full audit,
review, equity calls and reconciliations of all known and unknown Offices,

voluntary commercial indentures, their duties, obligations, performances
thereto, operations thereof, accounts and ledgers of the UNITED STATES and

the several STATE OF . . . thereto, with those of the people of The United

FILING OFFICE COPY—NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012083304
Date: 08/03/2012   2:21PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING       $     5.00
  E-RECORD         $    25.00
  ESURCHARGE       $     6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME | | |
|---|---|---|
| THE ONE PEOPLE'S PUBLIC TRUST | | |
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

WHEREFORE IT IS DULY DECLARED that in order to respect, honor, and preserve

the almighty creation and sovereignty of the One people of the world, and
in doing so respecting, honoring and preserving the almighty creation and
sovereignty of the people of The United States of America, that an ORDER OF

SUSPENSION and an ORDER OF AUDIT shall be forthwith issued and followed out

of a necessity of absolute security with the authority and standing of
absolute right and duty, said having been accepted by the world and never
rebutted;

WHEREFORE IT IS DULY NOTICED AND ORDERED that this ORDER OF FINDING &
ACTION is effective immediately and shall remain in effect until such time

as it is superseded by subsequent duly authorized and bonded written ORDER

OF FINDING & ACTION; No such subsequent Order shall be issued until after
the completion of true, accurate, and complete audits of operations and
performance of the UNITED STATES and the several STATE OF . . . thereto and

that of any and all of its voluntary commercial indentures with full
publishing of said audit results and an appropriate review and commentary
period by the people of The United States of America;

WHEREAS IT IS DULY SERVED on all persons, natural and legal fiction, by
internal delivery methods as well as open notorious notice by publishing on

the world-wide web at www.peoplestrust1776.org ;

THEREFORE, PUSUANT TO THE FAO, UNITED STATES AND THE SEVERAL STATE OF . . .

THERETO , ARE FORTHWITH SUSPENDED AND CANCELED AS FOLLOWS:

1.  THAT any and all Offices, departments, agencies, divisions or
municipalities of the UNITED STATES and the several STATE OF . . . thereto,

are forthwith suspended; Any and all authority and protections that may
have been previously granted, especially those created by Executive Order,

~~are canceled or revoked, NUNC PRO TUNC; and~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012083304
Date: 08/03/2012   2:21PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
    PROCESSING          $     5.00
    E-RECORD            $    25.00
    ESURCHARGE          $     6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR  THE ONE PEOPLE'S PUBLIC TRUST

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

previously granted, especially those created by Executive Order, are
canceled or revoked, NUNC PRO TUNC; and,

3.  THAT any and all deputies, assigns, agents, contractors, or successors

of any and all voluntary commercial indentures or Offices of the UNITED
STATES and the several STATE OF . . . thereto, especially those created by

Executive Order, are forthwith suspended without pay; Any and all authority

and protections that may have been previously granted are canceled or
revoked, NUNC PRO TUNC; and,

4.  THAT any and all operations of the UNITED STATES and the several STATE

OF . . . thereto, are forthwith suspended without payment or collections;
Any and all authority and protections that may have been previously granted

for said operations, especially those created by Executive Order, are
canceled or revoked, NUNC PRO TUNC; and,

5.  THAT full, faith and credit, guarantees, by the people of The United
States of America, made in the past or present, known or unknown, for any
and all operations, indentures, debentures, accounts, pledges, covenants,

contracts, signatures, hypothecations or other property(ies) (inclusive of

all chattels, general intangibles, payment intangibles) of the UNITED
STATES
and the several STATE OF . . . thereto, are canceled for cause, NUNC PRO
TUNC, PRAETEREA PRETEREA; Any and all authority and protections that
may have been previously granted to allow or permit such guarantees to be made

on behalf of the people of The United States of America, especially those
by
Executive Order, are canceled or revoked, NUNC PRO TUNC,   PRAETEREA
PRETEREA.

***THIS ORDER OF SUSPENSION IS PREPAID, PREAUTHORIZED, AND PRE-APPROVED***

~~THEREFORE, PUSUANT TO THE FAO, UNITED STATES AND THE SEVERAL STATE OF . . .~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012083304

Date: 08/03/2012    2:21PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME
THE ONE PEOPLE'S PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1.  AUDIT, with the full cooperation of the CFO and bonded assurances of
the Data Integrity Board, of any and all Offices, departments, agencies,
divisions, municipalities and legal fictions of the UNITED STATES and the
several STATE OF . . . thereto, especially those created by Executive
Order,
NUNC PRO TUNC; and,

2.  AUDIT, with the full cooperation of the CFO and bonded assurances of
the Data Integrity Board, of any and all voluntary commercial indentures of

the UNITED STATES and the several STATE OF . . .  thereto, especially those

created by Executive Order, NUNC PRO TUNC; and,

3.  AUDIT, with the full cooperation of the CFO and bonded assurances of
the Data Integrity Board, of any and all deputies, assigns, agents,
contractors, or successors of any and all voluntary commercial indentures
or
Offices of the UNITED STATES and the several STATE OF . . . thereto,
especially those created by Executive Order, NUNC PRO TUNC; and,

4.  AUDIT, with the full cooperation of the CFO and bonded assurances of
the Data Integrity Board, of any and all operations and transaction of or
operated by the UNITED STATES and the several STATE OF . . . thereto,
especially those created by Executive Order, NUNC PRO TUNC; and,

5.  AUDIT, with the full cooperation of the CFO, FEDERAL RESERVE BANKS, and

bonded assurances of the Data Integrity Board, of any and all bookkeeping
of transactions, operations, and current funds issued, originally or
otherwise, known and unknown, that were marketed, sold, issued, or
otherwise
made to exist with the guarantee of the people of The United States of
America, under UNITED STATES and the several STATE OF. . . thereto,
especially those done so by Executive Order, NUNC PRO TUNC, inclusive of
any
and all operations,  indentures, debentures, accounts, pledges, covenants,

contracts, signatures, hypothecations or other property(ies) (inclusive of

~~all chattels, general intangibles, payment intangibles) of the UNITED~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012083304

Date: 08/03/2012   2:21PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE ONE PEOPLE'S PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional Information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

***THIS ORDER OF AUDIT IS PREPAID, PREAUTHORIZED, AND PRE-APPROVED***

DULY EFFECTIVE AND DONE July 4, 2012, and RESTATED, RE-RATIFIED,
RECONFIRMED, RE-DECLARED AND RE-NOTICED, EFFECTIVE THIS 3rd Day of August,

2012, by our bond and oath, evidenced by our original signature and seal,

made knowingly, willingly and intentionally, with unlimited liability,
being
of absolute capacity and responsibility, sworn under the penalties of
perjury governed under the laws of our creator, Duly ratified; without
prejudice as promised, preserved and protected by public policy, inclusive

of UCC 1-308, and any and all the United States of America Federal
Government, UNITED STATES, United States, STATE OF . . ., State of . . .,
and international equivalents, hereafter UCC 1-308:  /s/ Heather Ann
Tucci-Jarraf, as Trustee; /s/ Caleb Paul Skinner, as Trustee /s/ Hollis
Randall Hillner, as Trustee; Duly Reconfirmed, UCC 1-308: /s/ Heather Ann
Tucci-Jarraf, as Secured Party; /s/ Caleb Paul Skinner, as Secured Party
/s/
Hollis Randall Hillner, as Secured Party; Duly Verified by: /s/ Heather Ann

Tucci-Jarraf, as Bondservant; /s/ Caleb Paul Skinner, as Bondservant;  /s/

Hollis Randall Hillner, as Bondservant;

Additional Secured Party, the creator of the one people; Additional Debtor

Party, the one people created by the creator, domicil by creation in their

body, the body domicil by choice on the lands and seas domicil by creation

on and in earth; The United states of America 1781 construction, original
national state; Said Parties corrected above due to automated filing
systems
altering original capacity(ies) and standing(s), correction

---------------------------------------------------
Debtor names added for indexing
---------------------------------------------------
~~CHARLES G. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]~~

FILING OFFICE COPY—NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012083304
Date: 08/03/2012   2:21PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING        $      5.00
  E-RECORD          $     25.00
  ESURCHARGE        $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE ONE PEOPLE'S PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

-------------------------------

CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
UNITED STATES
ANY AND ALL OF THE SEVERAL 'STATE OF. . .'

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

# ANNEX 28

**Case No. 1:17 mj-531**

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 28** | UCC record number 2012086794 | 1 - 10 |

Pg. 1 *of* 1

Doc# : 2012086794
Date: 08/15/2012   8:26AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
    PROCESSING        $      5.00
    E-RECORD          $     25.00
    ESURCHARGE        $      6.50

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
The One Peoples Public T   253-509-4597

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 2000043135 - 05-04-2000 | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any   ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE, perpetuity UCC Doc # 2000043135,
amended only to add additional collateral:

Secured Party, through its bondservants, and pursuant to the one people's
standing, authority, value, rights, and principal of law which is aligned
with common law, do here and now declare, notice and secure for all beings
and the world to rely upon as follows:

BY AND WITH DUE AUTHORITY AND STANDING, as held in trust and administered

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME
THE ONE PEOPLE, BONDSERVANTS TO THE CREATOR

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA
without prejudice: /s/ Heather Ann Tucci-Jarraf, as the one people, bondservant

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012086794
Date: 08/15/2012   8:26AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE ONE PEOPLE, BONDSERVANTS TO THE CREATOR

OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

```
---------------------------
Additional collateral info
---------------------------
```

by its Public Trust, through the actions of its duly bonded Trustees,
pursuant to the findings and action of suspension and audit, duly
registered, secured and entered by public notice, UCC Doc # 2012083304,
Receipt No. 1240396, against DEBTOR, UNITED STATES and the several STATE
OF.

. ., inclusive of any and all Offices of  UNITED STATES and the several
STATE OF . . . thereto, inclusive of any and all voluntary commercial
indentures, inclusive of Congress,  the President,  Secretary of State, and

Secretary of Treasury, especially the armed forces, especially inclusive of

the military, BARACK OBAMA, HILLARY CLINTON AND TIMOTHY GEITHNER, any and
all deputies, assigns, agents, contractors, or successors of any and all
voluntary commercial indentures or Offices, inclusive of any and all the
Offices, departments, divisions, agencies and other entities, known and
unknown, or otherwise existing under the color of Debtor, especially those

created by Executive Order,  of  UNITED STATES and the several STATE OF . .

. thereto, otherwise presenting and representing under the color of
government(s) and other systems of the one people domicil by choice on the

several united states of America, and any and ALL identifiers,
abbreviations, idem sonans (not described ante), hereafter Debtor; Debtor,

by all its representations having been previously accepted and relied upon

in good faith as the sworn guard of said one people; Said acceptance and
reliance made and ratified in good faith by the one people domicil by choice
on the several united states of America, the one people domicil by choice
on the lands and seas domicil by creation on and in earth, all beings and
the world; Said Orders issued for cause, NUNC PRO TUNC, PRAETEREA PRETEREA,

restated and incorporated here as if set forth in full, with further public

notice made via posting said Orders on the world-wide web at

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012086794
Date: 08/15/2012    8:26AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING            $      5.00
  E-RECORD              $     25.00
  ESURCHARGE            $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

| 12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form) |
|---|

| | 12a. ORGANIZATION'S NAME |
|---|---|
| OR | THE ONE PEOPLE, BONDSERVANTS TO THE CREATOR |
| | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

www.peoplestrust1776.org, the official website of The Public Trust, that is

under the sole possession and control of its duly bonded Trustees;

Said reviews and audits having been duly made as Ordered, it is absolutely

determined that said Debtor, possible only by the hand and energy of said
voluntary commercial indentures thereto, knowingly, willingly and
intentionally commit false representations, presentations, wrongdoing to the

damage of the one people domicil by choice on the several united states of

America, and the one people domicil by choice on the lands and seas domicil

by creation on and in earth; Specifically, said did and do knowingly,
willingly and intentionally commandeer the government(s), other systems and

the value of the one people domicil by choice on the several united states

of America without the knowing, willing and intentional consent of said one

people as follows:

A.  WHEREAS the body of the one people domicil by choice on the several
united states of America did chose and authorize government(s) and other
systems, inclusive of any and all their voluntary commercial indentures,
bound thereunder by their oath, their bond, to the Order for lawful
performance, administration and management of certain duties and
obligations
thereof to said one people, inclusive of protecting said one people''s
authority, standing, value, rights, and principles of law, aligned with
common law; Said government(s) and systems created with the purpose and
intent that they exist and operate for said one people''s sole benefit by
their sole authority; That said government(s) and systems did and do honor

and respect the authority, standing, value, rights, and principle of law,
aligned with common law, of all the one people, domicil by creation in
their
bodies, and their bodies domicil by choice on the lands and seas domicil by

creation on and in earth; Aforesaid sworn under the penalty of perjury

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012086794
Date: 08/15/2012   8:26AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $        5.00
  E-RECORD            $       25.00
  ESURCHARGE          $        6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
| 2000043135 |

| 12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form) |
| 12a. ORGANIZATION'S NAME |

OR | THE ONE PEOPLE, BONDSERVANTS TO THE CREATOR |

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

officers,
inclusive of their employees, agents, and contractors, all answerable to
their sole principal, the one people domicil by choice on the several
united
states of America;

2.  Whereas said voluntary commercial indentures were authorized to operate

said government and other systems pursuant to the terms and conditions as
originally set forth by certain constitution and bill of rights;
Especially,
under notice of term to honor and respect the authority, standing, value,
rights, and principle of law, aligned with common law, of all the one
people, domicil by creation in their bodies, with further notice of term
that all bodies are created equal by the creator, regardless of domicil by

choice on the lands and seas domicil by creation on and in earth;

3.  Whereas said constitution and bill of rights were publicly declared to

Debtor, all beings and the world, and entered into International Law
Ordinance cognizably noticed as the Constitution for the United States of
America, 1791 as amended, and the lawful progeny jurisprudence thereof,
internationally affirmed ordinances, starting July 4, 1776, and completed
March 1, 1781, ratified 1791, never rebutted, re-declared, re-confirmed,
re-ratified, and re-noticed by public declaration and notice, by registered

on July 25, 2012, on the official Uniform Commercial Registry, UCC Doc #''s

2012079290 and 2012079322, all restated in their entirety and incorporated

herein by reference as if set forth in full, again, never rebutted;
hereafter, Declaration of Commercial Claim;

4.  Whereas said Debtor, with due notice of Declaration of Commercial
Claim, did and do knowingly, willingly and intentionally pledge their body,

by oath, their bond, as domicil by creation in their body, to the service
of certain duties and obligations to the one people domicil by choice on
the
~~several united states of America, to perform said certain duties and~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012086794
Date: 08/15/2012   8:26AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | |
|---|---|
| PROCESSING | $ 5.00 |
| E-RECORD | $ 25.00 |
| ESURCHARGE | $ 6.50 |

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR THE ONE PEOPLE, BONDSERVANTS TO THE CREATOR

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

commercial indentures, occupying said one people''s various official offices
of government(s) and other systems, or otherwise taking and receiving a
benefit prepaid therefrom; NUNC PRO TUNC PRAETEREA PRETEREA;

B.  Whereas said Debtor, NUNC PRO TUNC, with due notice of Declaration of
Commercial Claim, did and do demand, authorize, or otherwise take payment
for their promise to perform certain services, duties and obligations under

constitution while at the same time they did and do adopt or otherwise
authorize, implement, maintain and protect private systems that usurp,
invade and violate the one people domicil by choice on the several united
states of America, and said one people''s standing, authority, value,
rights, and principle of law, their principle of law that is aligned with
common law, preserved and protected by said certain constitution and bill
of
rights duly entered into International Law Ordinance; hereafter deceptive
acts and practices;  By said deceptive acts and practices, did and do force

and coerce the one people, inclusive of those domicil by choice on the
several united states of America, under duress to use said private systems

by unlawful commandeer of said one people''s government(s) and system(s),
especially and any and all private money systems, issuing, collection,
legal
enforcement systems, operating SLAVERY SYSTEMS, to enforce or as threat of

enforcement against the very principal who granted them authority to exist

and operate:

1.  Whereas said Debtor, with due notice of Declaration of Commercial
Claim, did perform said deceptive acts and practices either by: (a)
knowingly, willingly and intentionally abandoned the performance of their
service, duties, and obligations to the people domicil by choice on the
several united states of America, to adhere to the Enemies, the private
systems, and the owners and beneficiaries of said private systems, giving
them Aid and Comfort by adopting or otherwise authorizing, implementing,
maintaining and protecting said private systems to exist within said one
people''s government(s), thereby serving and protecting said private
systems'' owners and beneficiaries thereof, hereafter foreign principal, to

FILING OFFICE COPY—NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012086794
Date: 08/15/2012   8:26AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING          $       5.00
   E-RECORD            $      25.00
   ESURCHARGE          $       6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
| --- |
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR | THE ONE PEOPLE, BONDSERVANTS TO THE CREATOR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

granted them authority to exist and operate to begin with, without ability

to claim duress or other defense as a matter of public policy, especially
when they failed to give said principal due public disclosure and notice of

any and all events and moments of duress, coercion and force to serve an
undisclosed foreign principal; or, (b) knowingly, willingly and
intentionally did and do fail to preform their service, duties, and
obligations to the people domicil by choice on the several united states of

America, when they adopt or otherwise authorize, implement, maintain and
protect said private systems, and its foreign principals, to the damage of

the voluntary commercial indentures'' sole principal who granted them
authority to exist and operate to begin with, the one people domicil by
choice on the several united states of America, without said voluntary
commercial indentures ability to claim duress or other defense as a matter

of public policy, especially when they failed to give their said principal

due public disclosure and notice of any and all events and moments of
duress, coercion and force to serve an undisclosed foreign principal; and,

said creators, owners and operators knowingly, willingly, and
intentionally,
taking or receiving an unlawful benefit by means of creating, conspiring,
or otherwise supporting said deceptive acts and practices while all the
while having had due notice of said Declaration of Commercial Claim;

2. Whereas said Debtor, with due notice of Declaration of Commercial
Claim, did or do knowingly, willingly, and intentionally, without lawful
consent, commandeer said one people''s government(s) and other systems of
said one people, for the purpose and action commandeering, converting, and

transferring the value of said one people, and others similarly situated,
effectively serving foreign principal(s), resulting in the breach of peace,

and other heinous crimes, committed against and to the damage of the one
people domicil by choice on the several united states of America and those

~~domicil by choice, and against and to the damage of those of the one people~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012086794
Date: 08/15/2012   8:26AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)**

2000043135

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)**

**12a. ORGANIZATION'S NAME**

THE ONE PEOPLE, BONDSERVANTS TO THE CREATOR

OR **12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME,SUFFIX**

**13. Use this space for additional information**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

C.  Whereas the one people, all beings and the world can and do rely upon the proof of  Debtor''s knowing, willing and intentional false presentations, representations, and wrongdoings, inclusive of any and all deceptive acts and practices, to usurp, violate and invade said one people,

and other of the one people domicil by choice on the lands and seas domicil

by creation on and in earth, their authority, standing, value, rights, and

principles of law; Specifically they did and do commandeer the government(s) and other systems of and pre-paid by said one people in order

to commandeer the value of said one people, and others similarly situated,

as being a matter of fact, said deceptive acts and practices having been duly recorded and unlawfully entered in International Law Ordinances, without the knowing, willing, and intentional consent of said one people, enacted under the guise of treaty process, and other government(s) and systems processes, inclusive of the legal processes, to enact, support, institute and perform said deceptive acts and practices against the one people, inclusive of the Constitution of The United Nations Industrial Development Organization, Treaty Doc. No. 97-19, U.S. Government Printing Office, Washington, 1981, form 89-1180, hereafter UNIDO, Membership to and

acceptance of the Charter of the United Nations, especially the oath required to be knowingly, willingly and intentionally made and given by any

and all members and participants in United Nation activities, hereafter UN,

and any and all special agencies, and recent certain declarations of admission of wrongdoing made under perceived authority or color of authority, or otherwise those receiving a benefit thereto, therefrom, therewith, and thereof, and any and all private money systems, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS; Further proof of said wrongdoings and deceptive acts and practices, especially commandeered units of value, their conversion, and transfer by commandeered

transfer and tracking systems pre-paid by said one people and those one people domicil by choice on the lands and seas domicil by creation on and in

earth, being committed as a matter of fact, duly recorded and reported by

**FILING OFFICE COPY** — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012086794
Date: 08/15/2012   8:26AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM
**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)**

2000043135

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)**

**12a. ORGANIZATION'S NAME**

THE ONE PEOPLE, BONDSERVANTS TO THE CREATOR

OR **12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME,SUFFIX**

**13. Use this space for additional information**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

United States of America Federal Government, UNITED STATES, the several
STATE OF . . ., and other franchises, affiliates, agents, contractors,
subsidiaries and other off-book entities related or otherwise receiving a
benefit thereto, thereof, therefrom and therewith;

D. Whereas the one people, all beings and the world can and do rely upon
the proof as ntered into public registration of said private systems and
their owners, inclusive of any and all private money systems, issuing,
collection, legal enforcement systems, operating SLAVERY SYSTEMS knowingly,

willingly, and intentionally falsely representing, presenting, creating,
operating or otherwise taking or receiving a benefit from said SLAVERY
SYSTEMS commandeering the government(s) and systems of the one people
domicil by choice on the several united states of America, and those
similarly situated, and usurping, violating, and invading their said
standing, authority, value, rights, and principle of law, by their knowing,

willing, and intentional violation in bad faith of  entered International
Law Ordinance, specifically the offer and process  of remedy and
reimbursement, whether for commandeered units or otherwise, promised and
preserved, inclusive of  Form 1099 C, OMB No. 1545-1424, form 1096, OMB No.

1545-0108, Form 1099 A, OMB No. 1545-0877, Form 1096 OMB No. 1545-0108,
said process of remedy and reimbursement further published by The Public
Trust, by the duly bonded Trustees, under full personal liability, under
the
penalty of perjury under the laws of the creator with the aforesaid being
true and correct  at  www.peoplestrust1776.org;

WHEREFORE IT IS DULY DECLARED, NOTICED, ORDERED, and ENTERED BY PUBLIC
REGISTRATION for all beings and the world to rely upon, effective
immediately, UPON THESE FINDINGS THAT FURTHER ACTION AGAINST DEBTOR IS
REQUIRED AND ORDERED FOR CAUSE:  for the basis stated herein, restated now,

The Public Trust, by its duly bonded Trustees, under full personal
liability, under the penalty of perjury under the laws of the creator with

the aforesaid being true and correct  at  www.peoplestrust1776.org, shall
duly issue and publicly register against the Debtor, as herein identified,

restated now, an Order of Termination of Employment of Debtor, an Order of

**FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)**

Doc# : 2012086794

Date: 08/15/2012    8:26AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
    PROCESSING          $        5.00
    E-RECORD            $       25.00
    ESURCHARGE          $        6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
   2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME | | |
|---|---|---|
| THE ONE PEOPLE, BONDSERVANTS TO THE CREATOR | | |

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

an Order of Cancellation of Any and All Treaties and Memberships to Private

Systems, and an Equity Call for all Commandeered Value and Systems.  These

said Orders are pre-paid, pre-authorized, and pre-approved.

WHEREAS IT IS DULY SERVED on all persons, natural and legal fiction, by
internal delivery methods as well as open notorious notice by public
registration and by publishing on the world-wide web at
www.peoplestrust1776.org ;

DULY EFFECTIVE AND DONE August 15, 2012, and RESTATED, RE-RATIFIED,
RECONFIRMED, and VERIFIED, by our bond and oath, evidenced by our original

signature and seal, made knowingly, willingly and intentionally, with
unlimited personal liability, being of absolute capacity and
responsibility,
sworn under the penalties of perjury governed under the laws of our
creator, Duly ratified; without prejudice as promised, preserved and
protected by public policy, inclusive of UCC 1-308, and any and all the
United States of America Federal Government, UNITED STATES, United States,

STATE OF . . ., State of . . ., and international equivalents, hereafter
UCC
1-308: Duly issued by: /s/ Heather Ann Tucci-Jarraf, as the one people
domicil by choice on the several united states of America; /s/ Caleb Paul
Skinner, as the one people domicil by choice on the several united states
of
America; /s/ Hollis Randall Hillner, as the one people domicil by choice on

the several united states of America; Duly Reconfirmed, UCC 1-308: /s/
Heather Ann Tucci-Jarraf, as Trustee; /s/ Caleb Paul Skinner, as Trustee;
/s/ Hollis Randall Hillner, as Trustee; Duly Verified and insured by: /s/
Heather Ann Tucci-Jarraf, as Bondservant; /s/ Caleb Paul Skinner, as
Bondservant;  /s/ Hollis Randall Hillner, as Bondservant;

the one people created by the creator, domicil by creation in their body,
the body domicil by choice on the lands and seas domicil by creation on and

in earth; the one people domicil by choice on the several united states of

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012086794
Date: 08/15/2012   8:26AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE ONE PEOPLE, BONDSERVANTS TO THE CREATOR

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

```
-----------------------------------------------------
Debtor names added for indexing
-----------------------------------------------------
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
UNITED STATES
the several united STATE OF . . . thereto
----------------------------
--------------------------------
Debtor names added for indexing
--------------------------------
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
UNITED STATES
THE SEVERAL UNITED STATE OF . . . THERETO
```

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

# ANNEX 29

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 29** | UCC record number 2012086802 | 1 - 6 |

Pg. 1 *of* 1

Doc# : 2012086802
Date: 08/15/2012   8:46AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER** [optional]
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 05-04-2000

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION] | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE, perpetuity UCC Doc # 2000043135, amended only to add additional collateral:

Pursuant to Findings and Orders, publicly registered and secured, UCC Doc. # 2012086794 with Receipt No. 1242796, restated and incorporated here by reference as if set forth in full;

WHEREAS DAMAGE IS A MATTER OF PUBLIC RECORD, for the basis stated in UCC Doc. # 2012086794, restated here, that any and all promises to perform said

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Terminator authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| THE ONE PEOPLE'S PUBLIC TRUST, 1776 | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**

all rights reserved without prejudice: /s/Heather Ann Tucci-Jarraf, as Trustee

**FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)**

Doc# : 2012086802
Date: 08/15/2012   8:46AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME of PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME | | |
|---|---|---|
| THE ONE PEOPLE'S PUBLIC TRUST, 1776 | | |

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

13. Use this space for additional information

| PROCESSING | $ | 5.00 |
|---|---|---|
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

--------------------------
Additional collateral info
--------------------------

certain duties and obligations by Debtor , inclusive of any and all the
Offices, departments, divisions, agencies and other entities,  known and
unknown, or otherwise existing under the color of Debtor, especially those

created by Executive Order, are bound to deliver said performance and have

been PREPAID by the one people domicil by choice on the several united
states of America to do so;  That said taking by Debtor, NUNC PRO TUNC, was

made under due notice of Declaration of Commercial Claim; That said Debtor

is incapable or unwilling to perform, or otherwise act within the bounds of

the terms, duties and obligations set forth by the one people domicil by
choice on the several united states of America;  That the damage and
commandeered value of said one people exceeds $5,000,000,000.00 (Five
Billion) lawful money of the united states of America, pre-1933, per every

one of said one people; That equity of said one people, and those similarly

situated, is perfected as immediately due, owing and collectible due to
Declaration of Commercial Claim having been duly made, entered, accepted,
re-confirmed, re-noticed, and never rebutted;

WHEREFORE IT IS DULY DECLARED, NOTICED, ORDERED, and ENTERED BY PUBLIC
REGISTRATION for all beings and the world to rely upon, effective
immediately, against Debtor, NUNC PRO TUNC:

1. TERMINATION OF EMPLOYMENT OF DEBTOR FOR CAUSE:  for the basis stated in

UCC Doc. # 2012086794, restated here, Debtor, is terminated; Said
termination being irrevocably reversible only upon bond and oath, made to
the one people, subordinate to no other master and otherwise not subjected

to any inferior bond and oath to another; Said bond and oath to be duly
made
and declared, with full personal liability, noticed by any and all

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012086802
Date: 08/15/2012   8:46AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR   THE ONE PEOPLE'S PUBLIC TRUST, 1776

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

voluntary commercial indentures to said one people, and duly secured by The

Public Trust, through its duly bonded Trustees, under their full personal
liability; Said bond and oath made as is published by The Public Trust;

***THIS ORDER OF TERMINATION IS PREPAID, PREAUTHORIZED, AND PRE-APPROVED***


2.   CANCELLATION OF OPERATIONS AND REVOCATION OF AUTHORITY FOR DEBTOR TO
EXIST FOR CAUSE:  for the basis stated in UCC Doc. #  2012086794, restated

here, Debtor''s authority to exist and operate in any form is canceled;
Said
cancellation being irrevocably reversible only upon bond and oath being
duly made, declared, and noticed as set forth in  1. TERMINATION OF
EMPLOYMENT FOR CAUSE section herein; AND BY SUBSEQUENT VALID ORDER DULY
ISSUED and NOTICED BY PUBLIC REGISTRATION by The Public Trust, through its

duly bonded Trustees, under their full personal liability;

***THIS ORDER OF CANCELLATION IS PREPAID, PREAUTHORIZED, AND
PRE-APPROVED***

3.   CANCELLATION OF ANY AND ALL TREATIES and MEMBERSHIPS TO PRIVATE SYSTEMS

FOR CAUSE:   for the basis stated in UCC Doc. #  2012086794, restated here,

any and all treaties and memberships to private systems made, entered into,

or otherwise having Debtor as a signatory party thereto, are canceled; Said

cancellation being irrevocably reversible only upon the parties and
signatories to any and all treaties and private systems duly declaring,
noticing and publicly registering their acceptance of the standing,
authority, value, rights, and principle of law, common law, of the one
people, domicil by creation in their bodies, their bodies domicil by choice

on the lands and seas domicil by creation on and in the earth, bondservants

to the creator, and delivering said due declaration and notice to The
~~Public Trust, said being ratified only upon being duly secured through The~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012086802
Date: 08/15/2012   8:46AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING        $     5.00
  E-RECORD          $    25.00
  ESURCHARGE        $     6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)**

**12a. ORGANIZATION'S NAME**

OR | THE ONE PEOPLE'S PUBLIC TRUST, 1776

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|

**13. Use this space for additional information**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

***THIS ORDER OF CANCELLATION IS PREPAID, PREAUTHORIZED, AND PRE-APPROVED***

4.   EQUITY CALL IS MADE FOR CAUSE:  for the basis stated in UCC Doc. # 2012086794, restated here, the one people domicil by choice on the several

united states of America, do make the equity call of any and all commandeered value and systems, especially the armed forces, inclusive of the military, of said one people,  FULLY LIENED FOR VALUE,  perfected as immediately due, owed, and collectible, for failure to render services, duties, and obligations prepaid by the one people, domicil by choice on the

several united states of America, BY DUE DECLARATION OF COMMERCIAL CLAIM, UNDERWRITTEN, PRESERVED, PROTECTED, AND ENTERED INTO INTERNATIONAL LAW ORDINANCE, by public policy, no signature necessary, funds guaranteed by issuer of Acceptance Performance Bond, The Public Trust, insured by the bond, oath and value of its duly bonded Trustees, made with unlimited personal liability, thereof; Said equity call duly issued, guaranteed, insured, and re-confirmed against Debtor as identified herein, restated here, by the undersigned in their stated capacities; THE C.F.O. AND DATA INTEGRITY BOARD, are hereby ordered to FORTHWITH surrender all tracking, transfer, and ledger systems so that The Public Trust may make a true, accurate, and complete audit, transfer(s) by ledger accordingly, from any and all treasuries acting as custodian to said value and systems, for payment in full therefrom, without hinder or delay, pursuant to any and all

deposit and transfer orders, and any and all documents, files, and accounts

referenced and incorporated therein, as if set forth in full, with duly bonded authority and standing of any of the one people domicil by choice on

the several united states of America, NUNC PRO TUNC PRAETEREA PRETEREA; Any

and all set-offs, if any, of any and all  liabilities of Debtor to be duly

determined and made at the discretion of The Public Trust, through its duly

bonded Trustees, under full personal liability, evidenced solely by their signatures and seals, duly publicly registered and secured therefrom;

~~***THIS EQUITY CALL IS PREPAID, PREAUTHORIZED, AND PRE-APPROVED***~~

**FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)**

Doc# : 2012086802
Date: 08/15/2012   8:46AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE ONE PEOPLE'S PUBLIC TRUST, 1776

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

www.peoplestrust1776.org ;

DULY EFFECTIVE AND DONE August 15, 2012, and RESTATED, RE-RATIFIED, RECONFIRMED, and VERIFIED, by our bond and oath, evidenced by our original

signature and seal, made knowingly, willingly and intentionally, with unlimited personal liability, being of absolute capacity and responsibility,
sworn under the penalties of perjury governed under the laws of our creator, Duly ratified; without prejudice as promised, preserved and protected by public policy, inclusive of UCC 1-308, and any and all the United States of America Federal Government, UNITED STATES, United States,

STATE OF . . ., State of . . ., and international equivalents, hereafter UCC
1-308: Duly issued by: /s/ Heather Ann Tucci-Jarraf, as Trustee; /s/ Caleb

Paul Skinner, as Trustee; /s/ Hollis Randall Hillner, as Trustee; Duly Authorized, Ordered and Reconfirmed by: /s/ Heather Ann Tucci-Jarraf, as the one people domicil by choice on the several united states of America; /s/ Caleb Paul Skinner, as the one people domicil by choice on the several

united states of America; /s/ Hollis Randall Hillner, as the one people domicil by choice on the several united states of America; Duly Verified, insured and guaranteed by: /s/ Heather Ann Tucci-Jarraf, as Bondservant; /s/
Caleb Paul Skinner, as Bondservant; /s/ Hollis Randall Hillner, as Bondservant;

the one people created by the creator, domicil by creation in their body, the body domicil by choice on the lands and seas domicil by creation on and

in earth; the one people domicil by choice on the several united states of

America; The United states of America 1781 construction, original national

state; Said Parties corrected above due to automated filing systems altering original capacity(ies) and standing(s), correction

-----------------------------------------------------

~~Debtor names added for indexing~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012086802
Date: 08/15/2012   8:46AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE ONE PEOPLE'S PUBLIC TRUST, 1776

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

the several united STATE OF . . . thereto
-------------------------
-------------------------------
Debtor names added for indexing
-------------------------------
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
UNITED STATES
THE SEVERAL UNITED STATE OF . . . THERETO

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

# ANNEX 30

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 30** | UCC record number 2012088865 | 1 - 6 |

Pg. 1 *of* 1

Doc# : 2012088865
Date: 08/21/2012   1:17PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
    PROCESSING         $       5.00
    E-RECORD           $      25.00
    ESURCHARGE         $       6.50

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 05-04-2000

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

7a. ORGANIZATION'S NAME
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE:  UCC Doc. # 2000043135, the
perpetuity hereby amended only to include the following additional
collateral;

NOTICE OF EQUITY CALL GRANTED and ORDER FOR RECONCILATION, notice by public
registration by the states of body and Trustees identified therein, UCC
Doc. #  2012088851with Receipt No. 1244269, August 21, 2012, restated and
incorporated here by reference as if set forth in full, hereafter referred
to as Claim & Demand, duly accepted and ratified by the undersigned

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME
BONDSERVANTS OF THE CREATOR, SECURED PARTY

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

**10. OPTIONAL FILER REFERENCE DATA**

without prejudice: /s/ Heather Ann Tucci-Jarraf, as Trustee/as bondservant

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012088865
Date: 08/21/2012    1:17PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING          $        5.00
   E-RECORD            $       25.00
   ESURCHARGE          $        6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

BONDSERVANTS OF THE CREATOR, SECURED PARTY

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
|  |  |  |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

```
--------------------------
Additional collateral info
--------------------------
```

bondservants, as declared and verified, duly secured thereby, under
principle of law aligned with common law under the laws of the creator,
protected by public policy, inclusive of UCC 1-103, and any and all the
United States of America Federal Government, UNITED STATES, United States,

STATE OF . . ., State of . . ., and international equivalents, hereafter
UCC
1-103, duly entered as follows: ;

WITH FULL STANDING AND AUTHORITY, FOR CAUSE AS STATED by said Claim &
Demand, RECONCILIATION IS DULY ORDERED by the undersigned bondservants;
Said
bondservants do knowingly, willingly and intentionally, under bond duly
secured and made with full personal liability, DECLARE the aforesaid
findings of fact to be found true, accurate and complete FOR CAUSE,
especially the knowing, willing, and intentional unlawful intent,
transactions, and transfers by certain states of body, damages existing
therefrom, all with due notice of Declaration and opportunity to cure
absolutely made, and pursuant to the declared principle of law aligned with

common law under the laws of the creator, we do now ORDER that an immediate

true, accurate and complete RECONCILLIATION be made to the creator by the
superior bookkeeper as follows:

1. THAT for the highest good of all, each state of body, it is no longer
sufficient to only consciously enter and preserve by perpetuity the
guarantee of said gift of right of opportunity to balance, restated here,
without maintaining a guard intent on the will of the creator to duly
protect and enforce said guarantee and right; THEREFORE, by POWER OF
DECLARATION and ORDER, the certain states of body previously tasked as said

guard are relieved of said duty and replaced thereby FOR CAUSE;

2. THAT any and all equity and damages are a matter of public record, duly

noticed by public registration, UCC Doc. #''s 2012086794 and 2012086802,

---

**FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)**

Doc# : 2012088865
Date: 08/21/2012   1:17PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | |
|---|---|
| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) | |
| 2000043135 | |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR | BONDSERVANTS OF THE CREATOR, SECURED PARTY

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

13. Use this space for additional information

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

restated and incorporated here by reference as if set forth in full, as
declared herein, restated here; Said equity and damages are perfected as
immediately due, owed and collectible; That said damages do exceed the
certain sum of $5,000,000,000.00 (Five Billion) lawful money of the united

states of America per every one of the injured states of body; That said
equity do exceed the certain sum of $5,000,000,000.00 (Five Billion) lawful

money of the united states of America per every one of the states of body,

NUNC PRO TUNC;

3. THEREFORE, by POWER OF DECLARATION and ORDER, pursuant to common law
under the laws of the creator, FOR CAUSE, said value, equity, in the
certain
sum value of $5,000,000,000.00 (Five Billion) lawful money of the united
states of America per every one of the states of body created by the
creator, is now effectively and actually RETURNED to said states of body by

the superior bookkeeper and automatically ledgered accordingly; Said
damages in the certain sum of $5,000,000,000.00 (Five Billion) lawful money

of the united states of America per every one of the injured states of body

are effectively and actually PAID by superior bookkeeper and automatically

ledgered accordingly into said injured states of body; Any and all value
claimed over and beyond said certain sums, or otherwise values not
presented
by the original state of body wherein they were domicil by creation, said
value and said presentations are null, void and worthless on its face as a

matter of International Law Ordinance, regardless of the material or form
said value and said presentations are made; Said certain sums RETURNED and

PAID, restated here, require no further reconfirmation or signature for
ratification due to previous due notice, claim, and opportunity to cure
having been duly made, secured and noticed by public registration, accepted

and protected by public policy, inclusive of UCC 1-103, and any and all the

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012088865
Date: 08/21/2012    1:17PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING         $      5.00
  E-RECORD           $     25.00
  ESURCHARGE         $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
   2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
   12a. ORGANIZATION'S NAME
   BONDSERVANTS OF THE CREATOR, SECURED PARTY

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional Information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

all systems of the one people are canceled, and any and all voluntary
commercial indentures thereto are fired, with prejudice, FOR CAUSE stated
herein, restated here; Any and all authority and responsibility are
effectively and immediately RETURNED and RECONCILED to the original states

of body as domicil by creation; NO WAR OR ACTS OF OTHER HEINOUS CRIME IS
PERMITTED TO BE DONE, NOW OR EVER;

5.   THAT by POWER OF DECLARATION and ORDER, any and all states of body,
their agents, shall be self-responsible for immediately returning said
value
or paying damages pursuant to this ORDER OF RECONCILIATION; Absent self
responsibility by choice of free-will, as granted by the creator, being
immediately exercised pursuant to this ORDER OF RECONCILIATION, each said
states of body, inclusive of  any and all subsequent and inferior
treasuries
and systems, that did, do or may hold, harbor or otherwise have in custody

any and all value, shall be held responsible and liable to the creator, and

the states of body therefrom, with an immediate true, accurate and complete

bookkeeping reconciled by the superior bookkeeper, with revocation of said

states of body, and the value domicil by creation therein automatically
returned to the creator accordingly;

6. THAT by POWER OF DECLARATION and ORDER, any and all re-issuance of value

and delegation of authority, if any be made thereafter, shall be made
knowingly, willingly, and intentionally by any and all states of body and
under the new  guard, said guard identified by their bond with their full
personal bond and liability, under the penalty of perjury under the laws of

the creator, duly made, secured, insured to each of the states of body, and

equally enforced regardless of domicil by choice; Said guard appointed,
accepted and secured by the one people''s public trust, The Public Trust,
through its duly bonded undersigned Trustees as demanded, never rebutted;

~~***THIS EQUITY CALL IS PRE-PAID, PRE-AUTHORIZED, AND PRE-APPROVED***~~

FILING OFFICE COPY—NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012088865
Date: 08/21/2012   1:17PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $      5.00
  E-RECORD            $     25.00
  ESURCHARGE          $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

OR

| 12a. ORGANIZATION'S NAME | | |
|---|---|---|
| BONDSERVANTS OF THE CREATOR, SECURED PARTY | | |
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

exception, further by internal delivery methods as well as open notorious
notice by public registration and publishing on the world-wide web at
www.peoplestrust1776.org; NOTICE TO PRINCIPAL IS NOTICE TO AGENT; NOTICE TO

AGENT IS NOTICE TO PRINCIPAL;

DULY MADE, DONE, AUTHORIZED, ORDERED, and ISSUED, August 21, 2012, and
KNOWINGLY, WILLINGLY, AND INTENTIONALLY RESTATED, RE-RATIFIED, RECONFIRMED,

VERIFIED, INSURED, and GUARANTEED, being of absolute standing, authority,
and capacity, sworn under the penalties of perjury governed under the laws

of our creator, by our bond and oath, evidenced by our original signature
and seal, made with unlimited personal liability; Duly ratified; Without
prejudice as promised, preserved and protected by public policy, inclusive

of UCC 1-308, and any and all the United States of America Federal
Government, UNITED STATES, United States, STATE OF . . ., State of . . .,
and international equivalents, hereafter UCC 1-308:

/s/ Heather Ann Tucci-Jarraf, bondservant to the creator; /s/ Caleb Paul
Skinner, bondservant to the creator; /s/ Hollis Randall Hillner,
bondservant to the creator; Duly Declared and Reconfirmed as Stated, UCC
1-308: /s/ Heather Ann Tucci-Jarraf, as state of body and custodian of
value
domicil therein, NUNC PRO TUNC; /s/ Caleb Paul Skinner, as state of body
and custodian of value domicil therein, NUNC PRO TUNC; /s/ Hollis Randall
Hillner, as state of body and custodian of value domicil therein, NUNC PRO

TUNC; Duly Accepted and Ratified for Immediate Enforcement, UCC 1-308: /s/

Heather Ann Tucci-Jarraf, as Trustee; /s/ Caleb Paul Skinner, as Trustee;
/s/ Hollis Randall Hillner, as Trustee;

The creator being the creator of the several states of body, the one
people; The several states of body being the one people domicil by creation

in said states of body, the body domicil by choice on the airs, lands, and

seas domicil by creation on and in earth; The United states of America 1781

Doc# : 2012088865
Date: 08/21/2012   1:17PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
    2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME
BONDSERVANTS OF THE CREATOR, SECURED PARTY

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Debtor names added for indexing
----------------------------------------------------
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
the one people, created by the creator
The United States Federal Government
UNITED STATES
the several STATES OF . . .
and any and all international equivalents
--------------------------
------------------------------
Debtor names added for indexing
------------------------------
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
THE ONE PEOPLE, CREATED BY THE CREATOR
THE UNITED STATES FEDERAL GOVERNMENT
UNITED STATES
THE SEVERAL STATES OF . . .
AND ANY AND ALL INTERNATIONAL EQUIVALENTS

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

# ANNEX 31

**Case No. 1:17 mj-531**

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 31** | UCC record number 2012088851 | 1 - 9 |

Pg. 1 *of* 1

Doc# : 2012088851
Date: 08/21/2012   12:55PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

|  |  |  |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
The One Peoples Public T   253-509-4597

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
2000043135 - 05-04-2000

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION] | | | |

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE: UCC Doc. # 2000043135, the perpetuity hereby amended only to include the following additional collateral, and duly made to correct errors contained in UCC Doc. # 2012088787 with Receipt No. 1244237, August 21, 2012, superseded as follows:

The creator of the one people, and the one people, domicil by creation in the state of their body, their body domicil by choice of free-will on the airs, lands, and seas domicil by creation in and on the earth, duly noticed,

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☒ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| THE ONE PEOPLE, STATES OF BODY CREATED BY CREATOR | | | |

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|

10. OPTIONAL FILER REFERENCE DATA
without prejudice: /s/ Heather Ann Tucci-Jarraf, as Trustee

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012088851

Date: 08/21/2012    12:55PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $      5.00
  E-RECORD            $     25.00
  ESURCHARGE          $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
    2000043135
12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
12a. ORGANIZATION'S NAME
OR | THE ONE PEOPLE, STATES OF BODY CREATED BY
12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

--------------------------
Additional collateral info
--------------------------

secured, with public registration by each state of body created thereby,
duly reconfirmed and ratified, noticed by public registration, UCC Doc #
2012079290, restated and incorporated by reference here as if set forth in

full, hereafter states of body;

WHEREFORE the undersigned states of body, created by the creator, do
declare and reconfirm by notice of public registration, for all beings and

the world to rely upon, the absolute EQUITY CALL and DEMAND FOR ORDER OF
RECONCILIATION as stated herein, under the penalty of perjury under the
laws
of the creator, by bond made with full personal responsibility and
liability, as one for all and thereby all for one, and do irrevocably take,

make, bond, insure, guarantee, and secure said EQUITY CALL and DEMAND FOR
ORDER OF RECONCILIATION, NUNC PRO TUNC, PRAETEREA PRETEREA, under principle

of law aligned with common law under the laws of the creator, protected by

public policy, inclusive of UCC 1-103, and any and all the United States of

America Federal Government, UNITED STATES, United States, STATE OF . . .,
State of . . ., and international equivalents, hereafter UCC 1-103; duly
entered as follows:

WHEREAS it is duly accepted with gratitude and appreciation for
RECONCILIATION as follows:

1. THAT the grant of original value of the creator being domicil by
creation in the state of body of each bondservant equally by will of the
creator:  Each state of body equally being the original treasury of the
creator, thus the original custodian of the value domicil by creation
therein; Each state of body bound by the creator''s laws to accept and
honor
the other states of body created by the creator and the value domicil by
creation therein, as equal amongst all the states of body created; Each

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012088851
Date: 08/21/2012   12:55PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| PROCESSING | $ | 5.00 |
|---|---|---|
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR    THE ONE PEOPLE, STATES OF BODY CREATED BY

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

state of body granted the right of opportunity by the creator to domicil
the
state of body by choice on any and all of the airs, lands and seas domicil

by creation in and on the earth absent limitations imposed by any other
state of body without knowing, willing, and intentional consent made; Each

state of body bound by the creator''s laws to equally accept and honor the

other states of body and their right of opportunity granted by the creator

to domicil the state of body by choice on any and all of the airs, lands
and
seas domicil by creation in and on the earth absent limitations imposed by

any other state of body without knowing, willing and intentional consent
made; Each state of body having the right of opportunity to original
standing, authority, rights and responsibility granted by the creator,
inclusive of preserving, protecting, operating and managing said value in
its custody, absent usurpation, violation and invasion by any other state
of
body; Each state of body bound by the creator''s laws to equally accept and

honor the other states of body and their right of opportunity to original
standing, authority, right, and responsibility granted by the creator,
inclusive of the preserving, protecting, operating and managing said value

in its custody, absent usurpation, violation and invasion by any other
state
of body; Each state of body having the right of opportunity granted by the

creator to knowingly, willingly, and intentionally buy, sell, gift, receive

or otherwise transfer said value held in the state of body to and from any

other state of body; Each state of body bound by the creator''s laws to
equally accept and honor the other states of body and their right of
opportunity to knowingly, willingly, and intentionally buy, sell, gift,
receive or otherwise transfer said value held in the state of body to and
from any other state of body; Each state of body prohibited by the laws of

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012088851
Date: 08/21/2012   12:55PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR  THE ONE PEOPLE, STATES OF BODY CREATED BY

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

are inferior; Value of the creator is not domicil by creation in artificial

and legal fictions;

2. THAT certain states of body did perform by thought, intent and thus
manifestations of transactions and transfers for the purpose, in the
highest
good of all, to bring the states of body to awareness of the aforesaid; The

knowing of aforesaid being the gift of the right of opportunity for
balance, to know the creator through and within the created, granted by the

creator to the created by will; Said awareness of said gift of the right of

opportunity having been achieved, accepted with gratitude for services
rendered, and declared, duly noticed by pubic registration of Declaration
of
Commercial Claim thereof, preserved and protected by the one people in
perpetuity that was first entered into International Law Ordinance,
cognizably noticed as the Constitution for the United States of America,
1791 as amended and the lawful progeny jurisprudence thereof,
internationally affirmed ordinances, starting July 4, 1776, and completed
March 1, 1781, ratified 1791, never rebutted; re-declared, re-confirmed,
re-ratified, and re-noticed for due collection by declaration and notice by

public registration on July 25, 2012, UCC Doc #''s 2012079290 and
2012079322, all restated in their entirety and incorporated herein by
reference as if set forth in full; Hereafter Declaration;

3. THAT even with said Declaration, said certain states of body have since

been unwilling or incapable of retiring said certain transactions and
transfers, inclusive of any and all private money systems, issuing,
collection, legal enforcement systems, operating SLAVERY SYSTEMS, or
otherwise the taking or receipt of unlawful benefit by said certain states

of body of any and all value of the creator, domicil in any and all other
states of body therefrom, regardless of domicil by choice in any and all
airs, lands and seas domicil by creation in and on earth; Said certain
states of body did and do knowingly, willingly, and intentionally continue

FILING OFFICE COPY—NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012088851
Date: 08/21/2012   12:55PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR THE ONE PEOPLE, STATES OF BODY CREATED BY

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

receive unlawful benefit thereby; Said certain states of body thereby
knowingly, willfully, and intentionally did and do damage with intent to
deny and destroy said gift of right of opportunity for balance, to know the

creator through and within the created, without knowing, willing and
intentional consent given by the other states of body; Anything other than

knowing, willing and intentional consent is NON-CONSENT by definition, and

any intent to the contrary, taking or benefit received thereby is unlawful

under the laws of the creator; Duly declared, secured, noticed and
reconfirmed and ratified by public registrations, inclusive of those cited

herein, restated here by reference as if set forth in full, as duly
declared
and made by the undersigned, NUNC PRO TUNC;

4. THAT the superior bookkeeper has and does duly take, keep and manage a
true, accurate and complete bookkeeping and report under the penalty of
perjury under the laws of the creator, NUNC PRO TUNC, of any and all
original states of body created by the creator, inclusive of the original
value domicil by creation therein, any and all transactions and transfers
therefrom, the thought, intent, and thus the manifestations therefrom, used
for said transactions and transfers taking place, and the certain states of

body from where said transactions and transfers do originate, inclusive of

any and all other states of body who did and do knowingly, willingly, and
intentionally take or receive an unlawful benefit, thereto, therewith,
thereby, and therefrom; Inclusive of any and all deceptive acts and
practices, especially any and all private money systems, issuing,
collection, legal enforcement systems, operating SLAVERY SYSTEMS, used
against any and all states of body without their knowing, willing, and
intentional consent;

5. THAT DAMAGE IS A MATTER OF PUBLIC RECORD, DULY RATIFIED, NOTICED BY
PUBLIC REGISTRATION,  that said certain states of body did and do intend to
destroy said gift of right of opportunity, restated here, and actual damage

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012088851
Date: 08/21/2012    12:55PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING            $      5.00
  E-RECORD              $     25.00
  ESURCHARGE            $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME |
|---|
| THE ONE PEOPLE, STATES OF BODY CREATED BY |

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

is in fact knowingly, willingly, and intentionally enforced by said certain

states of body and their agents with the express NON-CONSENT of said one
people; That said damage, any and all value of the injured states of body,

was knowingly, willingly, and intentionally unlawfully commandeered by
certain other states of body and their agents; That documentation of said
damage is the knowing, willing and intentional conversion of said value
current funds, other private systems, or other representations, known; Said

damage do exceed the certain sum of $5,000,000,000.00 (Five Billion) lawful

money of the united states of America per every one of the injured states
of body; That said certain sum is perfected as immediately due, owed and
collectible;

6. THAT EQUITY IS A MATTER OF PUBLIC RECORD, DULY RATIFIED, NOTICED BY
PUBLIC REGISTRATION, that said certain states of body did and do knowingly,

willingly, and intentionally commandeer the value, the equity, of the
injured states of body, using systems that were otherwise authorized and
pre-paid by the states of body, regardless of each state of body''s domicil

by choice; Said commandeer of value, equity, documented as made by said
pre-paid transfer, tracking and recording systems by the subsequent
conversion to current funds and other private systems made, or other
representations, known and unknown, made by said certain states of body,
and
otherwise managed or received in custody, inclusive of the custody by any
and all subsequent and inferior treasuries and custodians, duly secured and

noticed by public registration, UCC Doc. # 2012079322, restated and
incorporated by reference as if set forth in full; Inclusive of any and all

value and systems created therefrom, commandeered or otherwise transacted
and transferred; Said value commandeered absolutely claimed by public
registration upon creation of each state of body, reconfirmed and ratified

by the act of value domicil by creation therein; Equity that does exceed
the
~~certain sum of $5,000,000,000.00 (Five Billion) lawful money of the united~~

FILING OFFICE COPY—NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012088851
Date: 08/21/2012   12:55PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING        $      5.00
  E-RECORD          $     25.00
  ESURCHARGE        $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
   2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
   12a. ORGANIZATION'S NAME
   THE ONE PEOPLE, STATES OF BODY CREATED BY

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

noticed by public registration, restated as herein cited, and ratified by
due Declaration;

7. THAT, NUNC PRO TUNC, PRAETEREA PRETEREA, the one people do make full
acknowledgment of what has come to pass; Absolute due judgment is
self-administered; Absolute due condemnation has been self-assessed;
Absolute and irrevocable self-forgiveness is granted;  Absolute immediate
cease and desist of any and all unlawful intent, transactions, and
transfers, inclusive of any and all deceptive acts and practices,
especially
any and all private money systems, issuing, collection, legal enforcement
systems, operating SLAVERY SYSTEMS, are demanded and made; Absolute
immediate self-responsibility of each state to lawfully transact and
transfer by lawful intent is demanded; And, the one people do accept that
they are bound by the the laws of the creator,  and  absent
self-responsibility by choice of free-will granted by the creator exercised

by any state of body, each said states of body shall be held responsible
and liable by the creator with an immediate true, accurate and complete
bookkeeping reconciled by the superior bookkeeper thereto, with revocation

of said states of body, and the value domicil by creation therein returned

to the creator accordingly;

THEREFORE, demand for payment of EQUITY CALL and ORDER FOR RECONCILIATION
is duly made by the undersigned one people, states of body, as stated
herein;

WHEREAS THIS EQUITY CALL and DEMAND FOR ORDER OF RECONCILIATION IS DULY
MADE, ENTERED, AND SECURED, notice by public registration, to and on all
states of body, further by internal delivery methods as well as open
notorious notice by public registration and publishing on the world-wide
web
at www.peoplestrust1776.org; NOTICE TO PRINCIPAL IS NOTICE TO AGENT; NOTICE

TO AGENT IS NOTICE TO PRINCIPAL;

DULY MADE, DONE, AUTHORIZED, and ISSUED, August 21, 2012, and KNOWINGLY,
WILLINGLY, AND INTENTIONALLY RESTATED, RE-RATIFIED, RECONFIRMED, VERIFIED,

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012088851
Date: 08/21/2012   12:55PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
    PROCESSING        $      5.00
    E-RECORD          $     25.00
    ESURCHARGE        $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR | THE ONE PEOPLE, STATES OF BODY CREATED BY

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

seal, made with unlimited personal liability; Duly ratified; Without
prejudice as promised, preserved and protected by public policy, inclusive

of UCC 1-308, and any and all the United States of America Federal
Government, UNITED STATES, United States, STATE OF . . ., State of . . .,
and international equivalents, hereafter UCC 1-308:

Duly Declared and Reconfirmed as Stated, UCC 1-308: /s/ Heather Ann
Tucci-Jarraf, as state of body and custodian of value domicil therein, NUNC

PRO TUNC; /s/ Caleb Paul Skinner, as state of body and custodian of value
domicil therein, NUNC PRO TUNC; /s/ Hollis Randall Hillner, as state of
body
and custodian of value domicil therein, NUNC PRO TUNC; Duly Accepted and
Ratified, UCC 1-308: /s/ Heather Ann Tucci-Jarraf, as Trustee; /s/ Caleb
Paul Skinner, as Trustee; /s/ Hollis Randall Hillner, as Trustee; Duly
Confirmed as Received: /s/ Heather Ann Tucci-Jarraf, bondservant to the
creator; /s/ Caleb Paul Skinner, bondservant to the creator; /s/ Hollis
Randall Hillner, bondservant to the creator;

The creator being the creator of the several states of body, the one
people; The several states of body being the one people domicil by creation

in said states of body, the body domicil by choice on the airs, lands, and

seas domicil by creation on and in earth; The United states of America 1781

construction, original national state; Said Parties corrected above due to

automated filing systems altering original capacity(ies) and standing(s),
correction

-----------------------------------------------------
Debtor names added for indexing
-----------------------------------------------------
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
the one people, created by the creator
The United States Federal Government
UNITED STATES

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012088851
Date: 08/21/2012   12:55PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
    2000043135
12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
    12a. ORGANIZATION'S NAME
    THE ONE PEOPLE, STATES OF BODY CREATED BY
    OR  12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

-------------------------
-------------------------------
Debtor names added for indexing
-------------------------------
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
THE ONE PEOPLE, CREATED BY THE CREATOR
THE UNITED STATES FEDERAL GOVERNMENT
UNITED STATES
THE SEVERAL STATES OF . . .
AND ANY AND ALL INTERNATIONAL EQUIVALENTS

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

# ANNEX 32

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|---|---|---|
| **Annex 32** | UCC record number 2012094309 | 1 - 6 |

Pg. 1 *of* 1

Doc# : 2012094309
Page 1 of 6
Date: 09/04/2012   8:45PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 05-04-2000

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR THE ONE PEOPLE, CREATED BY THE CREATOR | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE: UCC Doc. # 2000043135, the
perpetuity hereby amended only to
include the following additional collateral;

DEMAND FOR EQUITY CALL and ORDER OF RECONCILATION, notice by public
registration duly made by the undersigned bondservants of the creator,
accepted and ratified by the undersigned states of body, and duly confirmed
as received by the undersigned Trustees, UCC Doc. # 2012094308 with Receipt
No. 1248179, September 4, 2012, restated and incorporated here by reference

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR THE ONE PEOPLE CREATED BY THE CREATOR | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**
without prejudice /s/ Heather Ann Tucci-Jarraf, as Trustee/as Bondservant

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012094309
Page 2 of 6
Date: 09/04/2012  8:45PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME
THE ONE PEOPLE CREATED BY THE CREATOR

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---------------------------
Additional collateral info
---------------------------

as if set forth in full, duly ratified;

WITH FULL STANDING AND AUTHORITY, FOR CAUSE DULY RECORDED IN THE PUBLIC
FORUM, RECONCILIATION of said creator''s value and assets ARE DULY ORDERED

by the undersigned bondservants, knowingly, willingly and intentionally,
under bond, duly secured and made with full personal liability, as follows:

Said bondservants do DECLARE, by public registration, that certain states
of body, the systems and agents thereto, and any and all other states of
body taking or receiving an unlawful benefit, did and do knowingly,
willingly, and intentionally make certain transactions and transfers of
said
creator''s value and assets, inclusive of those by any and all private
money systems, issuing, collection, legal enforcement systems, operating
SLAVERY SYSTEMS, or otherwise the taking or receipt of unlawful benefit by

said certain states of body of any and all said creator''s duly secured
value and assets, absent full personal liability, usurping, violating, and

invading the creator''s standing, authority, value and assets, and
principles of law therefrom, NUNC PRO TUNC; That said usurpation,
violation,
and invasion has caused actual damage to the creator, the creator''s value

and assets, the Superior Custodian''s ability to perform its duties and
obligations thereto, absent the opportunity for remedy from any and all
states of body thereof, NUNC PRO TUNC; That said usurpation, violation and

invasion of creator''s said value and assets has and does result in certain

damages thereto and are a matter of public record, NUNC PRO TUNC;

Due notice of public registration of Declaration, with opportunity to cure

absolutely made, and pursuant to the declared principle of law aligned with

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012094309
Page 3 of 6
Date: 09/04/2012   8:45PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
PROCESSING            $       5.00
E-RECORD             $      25.00
ESURCHARGE           $       6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME |
|---|
| THE ONE PEOPLE CREATED BY THE CREATOR |

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|---|
| | | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

common law under the laws of the creator, said undersigned bondservants do

now ORDER that an immediate true, accurate and complete RECONCILLIATION of

said creator''s value and assets, inclusive of indefeasible title and
ownership, be made to the creator by the superior bookkeeper to the
creator''s Superior Custodian, with all inferior bookkeeping and ledgering

reconciled thereto automatically, duly protected and secured into
International Law Ordinance, by public policy, inclusive of UCC 1-103, and

any and all the former United States of America Federal Government, UNITED

STATES, United States, STATE OF . . ., State of . . ., and international
equivalents, hereafter UCC 1-103, as follows:

BY POWER OF DECLARATION and ORDER, any and all claims of title, ownership,

custody, trust, authority, or otherwise possession of any and all of
creator''s duly secured value and assets, specifically the airs, seas, and

lands domicil by creation on and in earth, and anything, therein, thereof,

therefrom, and therewith, inclusive of indefeasible title and ownership
thereto and thereof, are canceled, NUNC PRO TUNC;

BY POWER OF DECLARATION and ORDER, any and all claims of standing of
co-operator and co-trustee of said creator''s duly secured value and assets

are canceled, for cause, NUNC PRO TUNC; That said cancellation is
irrevocably reversible to any and all states of body ONLY upon the
undersigned Trustees receiving and duly securing due bond and oath, sworn
by
any and all said states of body made under the penalty of perjury, aligned

with common law, under the laws of the creator, with full personal
responsibility to the creator;

BY POWER OF DECLARATION and ORDER, any and all airs, lands and seas, and
anything, therein, thereof, therefrom, and therewith, inclusive of
~~indefeasible title and ownership thereto, domicil by creation on and in the~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012094309
Page 4 of 6
Date: 09/04/2012   8:45PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME
THE ONE PEOPLE CREATED BY THE CREATOR

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

BY POWER OF DECLARATION and ORDER, any and all claims, presentations or representations of the creator''s duly secured value and assets  are null,

void and worthless on their face as a matter of International Law Ordinance,
 NUNC PRO TUNC;

BY POWER OF DECLARATION and ORDER, said RECONCILIATION of the airs, lands,

and seas of the creator are automatically RETURNED, RECORDED, and LEDGERED

by the superior bookkeeper and require no further reconfirmation or signature for ratification in any inferior systems or ledgering; Said RECONCILIATION, RETURN and LEDGER thereof duly made, entered into International Law Ordinance, secured and noticed by public registration, accepted and protected, by public policy, inclusive of UCC 1-103, and any and all the former United States of America Federal Government, UNITED STATES, United States, STATE OF . . ., State of . . ., and international equivalents, hereafter UCC 1-103;

BY POWER OF DECLARATION and ORDER, any and all states of body, their agents, shall be self-responsible
for complying with this ORDER OF RECONCILIATION; Absent self responsibility

by choice of free-will, as granted by the creator, being immediately exercised pursuant to this ORDER OF RECONCILIATION, each said states of body, inclusive of any and all subsequent and inferior treasuries, systems,

of any states of body that did, do or may hold, harbor or otherwise claim to have in custody any and all creator''s duly secured value and assets, shall be held responsible and liable to the creator, and the states of body

therefrom, with an immediate true, accurate and complete bookkeeping reconciled by the superior bookkeeper, with revocation of said states of body, and the value domicil by creation therein automatically returned to the creator accordingly;

BY POWER OF DECLARATION and ORDER, hereafter, any and all co-trustees and co-operators of creator''s said duly secured value and assets shall be made

knowingly, willingly, and intentionally by any and all states of body, by

**FILING OFFICE COPY** — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012094309
Page 5 of 6
Date: 09/04/2012   8:45PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $      5.00
  E-RECORD            $     25.00
  ESURCHARGE          $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME
THE ONE PEOPLE CREATED BY THE CREATOR

OR  12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

***THIS EQUITY CALL IS PRE-PAID, PRE-AUTHORIZED, AND PRE-APPROVED***
***THIS ORDER OF RECONCILIATION IS PRE-PAID, PRE-AUTHORIZED, AND
PRE-APPROVED***

WHEREAS THIS ORDER OF RECONCILIATION IS DULY MADE, ENTERED, AND SECURED,
notice by public registration, to and on any and all states of body,
without
exception, further by internal delivery methods as well as open notorious
notice by public registration and publishing on the world-wide web at
www.peoplestrust1776.org; NOTICE TO PRINCIPAL IS NOTICE TO AGENT; NOTICE TO

AGENT IS NOTICE TO PRINCIPAL;

DULY MADE, DONE, AUTHORIZED, ORDERED, and ISSUED, September 4, 2012, and
KNOWINGLY, WILLINGLY, AND INTENTIONALLY RESTATED, RE-RATIFIED, RECONFIRMED,

VERIFIED, INSURED, and GUARANTEED, being of absolute standing, authority,
and capacity, sworn under the penalties of perjury governed under the laws

of our creator, by our bond and oath, evidenced by our original signature
and seal, made with unlimited personal liability; Duly ratified; Without
prejudice as promised, preserved and protected by public policy, inclusive

of UCC 1-308, and any and all former the United States of America Federal
Government, UNITED STATES, United States, STATE OF . . ., State of . . .,
and international equivalents, hereafter UCC 1-308:

Duly Declared and Ordered:  /s/ Heather Ann Tucci-Jarraf, bondservant to
the creator; /s/ Caleb Paul Skinner, bondservant to the creator; /s/ Hollis

Randall Hillner, bondservant to the creator; Duly Accepted and Ratified,
UCC 1-308: /s/ Heather Ann Tucci-Jarraf, as state of body and custodian of

value domicil therein, NUNC PRO TUNC; /s/ Caleb Paul Skinner, as state of
body and custodian of value domicil therein, NUNC PRO TUNC; /s/ Hollis
Randall Hillner, as state of body and custodian of value domicil therein,
NUNC PRO TUNC; Duly Ratified for Immediate Enforcement, UCC 1-308: /s/
Heather Ann Tucci-Jarraf, as Trustee; /s/ Caleb Paul Skinner, as Trustee;
/s/ Hollis Randall Hillner, as Trustee;

~~The creator being the creator of the several states of body, the one~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012094309
Page 6 of 6
Date: 09/04/2012   8:45PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $      5.00
  E-RECORD            $     25.00
  ESURCHARGE          $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE ONE PEOPLE CREATED BY THE CREATOR

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

in said states of body, the body domicil by choice on the airs, lands, and

seas domicil by creation on and
in earth; earth being the creators Superior Custodian, ratified by domicil

by creation of the airs, lands and seas therein and thereon; The United
states of America 1781 construction, original national state; Said Parties

corrected above due to
automated filing systems altering original capacity(ies) and standing(s)
--------------------------------------------------------
Original UCC-1 financing statement Debtor names
added for indexing purposes
--------------------------------------------------------
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
the one people, created by the creator
(former) The United States Federal Government, UNITED STATES, the several
STATES OF . . ., and any and all international equivalents
----------------------------
--------------------------------
Debtor names added for indexing
--------------------------------
THE ONE PEOPLE, CREATED BY THE CREATOR
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
THE UNITED STATES FEDERAL GOVERNMENT
UNITED STATES
THE SEVERAL STATES OF . . .
AND ANY AND ALL INTERNATIONAL EQUIVALENTS

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

# ANNEX 33

### Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 33** | UCC record number 2012096074 | 1 - 7 |

Pg. 1 *of* 1

Doc# : 2012096074
Date: 09/10/2012   9:43AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING        $      5.00
   E-RECORD          $     25.00
   ESURCHARGE        $      6.50

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 05-04-2000

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| | | | | |
|---|---|---|---|---|
| **6a. ORGANIZATION'S NAME** | | | | |
| OR **6b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| | | | | |
|---|---|---|---|---|
| **7a. ORGANIZATION'S NAME** THE ONE PEOPLE CREATED BY THE CREATOR | | | | |
| OR **7b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | | SUFFIX |
| **7c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE: UCC Doc. # 2000043135, the
perpetuity hereby amended only to
include the following additional collateral, with UCC Doc # 2012096047,
with Receipt No. 1249523, September 10, 2012, duly ratified herein:
DECLARATION & ORDER

BY AND WITH DUE AUTHORITY, STANDING, VALUE, and BY THE POWER domicil by
creation in any and all states of body created by the will of the creator,
bondservants thereto, original depository states of body thereof, creators

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| | | | | |
|---|---|---|---|---|
| **9a. ORGANIZATION'S NAME** THE ONE PEOPLE CREATED BY THE CREATOR | | | | |
| OR **9b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**
without prejudice: /s/ Heather Ann Tucci-Jarraf, as Trustee; as bondservant

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012096074
Page 58 of 130
Date: 09/10/2012   9:43AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR | THE ONE PEOPLE CREATED BY THE CREATOR

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

------------------------------
Additional collateral info
------------------------------

of The Public Trust, any and all lawful systems therefrom, and the lawful
constitutions thereto, duly noticed by public registration and entered into

International Law Ordinance, cognizably noticed as the Constitution for the

United States of America, 1791 as amended, and the lawful progeny
jurisprudence thereof, internationally affirmed ordinances, starting July
4,
1776, and completed March 1, 1781, ratified 1791, never rebutted,
re-declared, re-confirmed, re-ratified, and re-noticed by public
declaration
and notice, by public registration on July 25, 2012, the declared principle

of law being aligned with common law and protected under the UNITED STATES

CONSTITUTION, duly ratified by this order, especially Article 4, Section 3,

Clause 1, duly entered into International Law Ordinance, UCC Doc #''s
2012079290, 2012079322, 2012088851, 2012088865, 2012086794, 2012086802,
2012094308, 2012094309, and 2012096047, all entered and preserved under
perpetuity, 2000043135, all restated and incorporated here by reference as

if set forth in full, duly protected and secured, by public policy,
inclusive of UCC 1-103, and any and all the former United States of America

Federal Government, UNITED STATES, United States, STATE OF . . ., State of

. . ., and international equivalents, hereafter UCC 1-103, NUNC PRO TUNC,
PRAETEREA PRETEREA;

ALL RIGHTS RESERVED WITHOUT PREJUDICE, duly protected and secured, by
public policy, inclusive of UCC 1-308, and any and all the former United
States of America Federal Government, UNITED STATES, United States, STATE
OF
. . ., State of . . ., and international equivalents, hereafter UCC 1-308,

NUNC PRO TUNC, PRAETEREA PRETEREA, the undersigned bondservants, with

FILING OFFICE COPY—NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012096074
Date: 09/10/2012   9:43AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | |
|---|---|
| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) | |
| 2000043135 | |

PROCESSING        $    5.00
E-RECORD          $   25.00
ESURCHARGE        $    6.50

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE ONE PEOPLE CREATED BY THE CREATOR

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

absolute authority and power, by their blood oath and bond, knowingly,
willingly, and intentionally given hereto and duly made herein, declare and

order that no blood or other value shall be taken from any state of body
and that any and all private money systems, issuing, collection, legal
enforcement systems, operating SLAVERY SYSTEMS of and against any and all
states of body of the creator are forthwith terminated, PRAETEREA PRETEREA,

all beings of the creator shall forthwith assist all Public Servants
identified herein, to implement, protect, preserve and complete this ORDER

by all means of the creator and the created as stated herein, by, with and

under your full personal liability, automatically reconciled by the
Superior
Bookkeeper, duly accepted and ratified by the undersigned states of body,
duly confirmed and verified as received in Trust, secured and entered into

International Law Ordinance by the undersigned Trustees; and,

IT IS NOW FURTHER DECLARED, RATIFIED, AUTHORIZED and ORDERED, with notice
by public registration, for all beings of the creator, the earth, and the
world to rely upon, as follows:

BY POWER OF DECLARATION OF TREASON:  Certain states of body, and other
persons and actors, domicil by choice in and on the air, land, and seas
domicil by creation in and on earth, including but not limited to, the
several united states of America, the united States of America, have
knowingly, willingly, and intentionally committed treason against the
states
of body duly preserved and protected as Article 4, Section 3, Clause 1
several state citizens of America, hereafter several states citizens, and
the other states of body domicil by creation, regardless of domicil by
choice;  Specifically any and all certain states of body, regardless of
domicil by choice, owning, operating, aiding and abetting private money
systems, issuing, collection, legal enforcement systems, operating SLAVERY

SYSTEMS, used against the several states citizens without their knowing,
willing, and intentional consent; Said certain states of body, and other
persons and actors, knowingly, willingly, and intentionally usurping,
~~violating, and invading, the authority, standing, value, right, and~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012096074
Date: 09/10/2012   9:43AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $      5.00
  E-RECORD            $     25.00
  ESURCHARGE          $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME
THE ONE PEOPLE CREATED BY THE CREATOR

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

the people aligned with common law thereunder, for cause, under said laws
and principles as first entered into International Law Ordinance, inclusive

of Article 3, Section 3, Constitution for the United States of America,
1791 as amended, duly protected and secured, UCC 1-103;

THE ACTS OF TREASON BEING DOCUMENTED AND UNLAWFULLY ENTERED INTO
INTERNATIONAL LAW ORDINANCE WITH NOTICE BY PUBLIC REGISTRATION KNOWINGLY,
WILLINGLY, AND INTENTIONALLY BY SAID CERTAIN STATES AND UNLAWFULLY RATIFIED

BY THEIR AGENTS AND CO-ACTORS TAKING OR OTHERWISE RECEIVING A BENEFIT;

BY POWER OF DECLARATION any and all states of body, specifically all states

of body in any office, department and division of military, knowingly,
willingly, and intentionally volunteering themselves as public servants to

and duly sworn to protect and serve the people of the creator, domicil by
choice on the airs, lands and seas known as the several united states of
America, absent abrogation or subordination of said oath and bond, any and

all said abrogation or subordination canceled for cause and duly ratified
and secured as canceled, hereafter Public Servants, automatically
reconciled
by the Superior Bookkeeper, duly ratified herein as automatically and duly

accepted, received in Trust, bonded, insured, guaranteed, secured and
entered into International Law Ordinance, notice by public registration, by

the undersigned bond servants, states of body, and Trustees, NUNC PRO TUNC,

PRAETEREA PRETEREA, under the penalty of perjury under the principle of law

aligned with common law under the laws of the creator, duly protected and
secured, public policy, UCC 1-103;

BY POWER OF DECLARATION AND ORDER, said Public Servants are ORDERED to
forthwith:
1. Arrest and take into custody any and all certain states of body, their
agents, officers, and other actors, regardless of domicil by choice,
owning,

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012096074
Page 61 of 130
Date: 09/10/2012    9:43AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
PROCESSING          $      5.00
E-RECORD            $     25.00
ESURCHARGE          $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME
THE ONE PEOPLE CREATED BY THE CREATOR

OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

2. Repossess all private money systems, tracking, transferring, issuing,
collection, legal enforcement systems, operating SLAVERY SYSTEMS, and any

and all other systems pre-paid for by the several state citizens without
consent, inclusive of those commandeered therefrom, and to secure said
until
further ORDER be duly issued by the undersigned;
3. You are duly forbidden and prohibited from taking the blood and life of

any state of body created by the creator;
4. You are duly authorized and ordered to protect and preserve the blood
and life of any state of body;
5. You are absolutely granted due authority of discretion  to  forthwith
implement and use any all means, force and strategies, known and unknown,
of
the creator and the created, to complete this ORDER, done and operated,
with the restrictions stated herein, by, with and under your full personal

liability, insured by your due oath and bond as identified herein,
restated,
and further guaranteed and insured by, with and under the full personal
liability of the undersigned bondservants, states of body, and Trustees;

***THIS AUTHORITY AND ORDER ARE PREPAID, PREAUTHORIZED, AND PRE-APPROVED***


WHEREAS IT IS FURTHER DULY NOTICED AND SERVED on all persons, natural and
legal fiction, by internal delivery methods as well as open notorious
notice
by public registration and by publishing on the world-wide web at
www.peoplestrust1776.org;

SO IT IS DONE; DULY EFFECTIVE, DONE, AUTHORIZED, ORDERED, and ISSUED,
September 10, 2012, and RESTATED, RE-RATIFIED, RECONFIRMED, VERIFIED,
BONDED, INSURED, and GUARANTEED, by our blood oath and bond knowingly,
willingly and intentionally given in our capacities as stated below,
evidenced by our original signature and seal, made with unlimited personal

liability, being of absolute standing, capacity, with absolute authority
and
~~responsibility, sworn under the penalties of perjury governed under the~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc # : 2012096074
Date: 09/10/2012    9:43AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $        5.00
  E-RECORD            $       25.00
  ESURCHARGE          $        6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
    2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME
THE ONE PEOPLE CREATED BY THE CREATOR

OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Tucci-Jarraf, as duly bonded Trustee of The Public Trust; /s/ Caleb Paul
Skinner, as duly bonded Trustee of The Public Trust; /s/ Hollis Randall
Hillner, as duly bonded Trustee of The Public Trust; DULY ACCEPTED AND
RATIFIED, /s/Heather Ann Tucci-Jarraf, In the capacity as states of body
created by the creator, the one people domicil by choice on the several
united states of America, several states citizens thereon, Creditor,
Bailor,
Grantor, and Beneficiary of the Original Jurisdiction, Secured Party, a
Beneficiary of GOVERNMENT[S], a Holder-In-Due-Course of GOVERNMENT[S], et.

al., a natural woman (or in the alternative, a cognizable person of
standing
and proper party status, as apposit); /s/ Caleb Paul Skinner, In the
capacity as states of body created by the creator, the one people domicil
by
choice on the several united states of America, several states citizens
thereon, Creditor, Bailor, Grantor, and Beneficiary of the Original
Jurisdiction, Secured Party, a Beneficiary of GOVERNMENT[S], a
Holder-In-Due-Course of GOVERNMENT[S], et. al., a natural man (or in the
alternative, a cognizable person of standing and proper party status, as
apposit); /s/ Hollis Randall Hillner, In the capacity as states of body
created by the creator, the one people domicil by choice on the several
united states of America, several states citizens thereon, Creditor,
Bailor,
Grantor, and Beneficiary of the Original Jurisdiction, Secured Party, a
Beneficiary of GOVERNMENT[S], a Holder-In-Due-Course of GOVERNMENT[S], et.

al., a natural man (or in the alternative, a cognizable person of standing

and proper party status, as apposit); DULY AUTHORIZED AND ORDERED,
/s/Heather Ann Tucci-Jarraf, as bondservant of the creator; /s/ Caleb Paul

Skinner, as bondservant of the creator; /s/ Hollis Randall Hillner, as
bondservant of the creator;
For all the world to rely upon:

NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

The creator being the creator of the several states of body, the one
people; The several states of body being the one people

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012096074
Date: 09/10/2012   9:43AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE ONE PEOPLE CREATED BY THE CREATOR

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

domicil by creation of the airs, lands and seas therein and thereon; The
United states of America 1781 construction, original national state; Said
Parties corrected above due to
automated filing systems altering original capacity(ies) and standing(s),
correction
---------------------------------------------------------
Original UCC-1 financing statement Debtor names
added for indexing purposes
---------------------------------------------------------
the one people created by the creator
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
(former) The United States Federal Government, UNITED STATES, the several
STATES OF . . ., and any and all international equivalents


--------------------------
------------------------------
Debtor names added for indexing
------------------------------
THE ONE PEOPLE CREATED BY THE CREATOR
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
UNITED STATES
THE SEVERAL 'STATES OF . . .'
THE UNITED STATES FEDERAL GOVERNMENT
AND ANY AND ALL INTERNATIONAL EQUIVALENTS

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

# ANNEX 34

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|---|---|---|
| **Annex 34** | UCC record number 2012113593 | 1 - 7 |

Pg. 1 *of* 1

Doc# : 2012113593
Page 1 of 1
Date: 10/22/2012   6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 05-04-2000

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor _or_ ☐ Secured Party of record. Check only _one_ of these two boxes.
Also check _one_ of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR THE ONE PEOPLE, CREATED BY THE CREATOR, STATES OF BODY | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only _one_ box.

Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE:  UCC Doc. # 2000043135, the
perpetuity hereby amended only to include the following additional
collateral as follows:

BY DUE RE-DECLARATION AND ORDER, the creator of all that ever was, ever is
and ever will be; Superior Secured Party; First Lien Holder; The created
being the creator, extending and expanding completely into any and all
manifestations, in any and all existence, known and unknown, that ever was,
ever is, and ever will be; The undersigned bondservants, Trustees, and

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR BONDSERVANTS, TRUSTEES, AND STATES OF BODY | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA**
without prejudice, UCC 1-308: bondservants, Trustees, and states of body

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012113593
Page 2 of 17
Date: 10/22/2012   6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME
BONDSERVANTS, TRUSTEES, AND STATES OF BODY

OR

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

```
-----------------------------
Additional collateral info
-----------------------------
```

states of body,with due standing and authority, reconfirm and re-ratify
the duly entered International Law Ordinances, noticed by public
registration, UCC Doc #''s 2012079290, 2012079322, 2012088851, 2012088865,

2012086794, 2012086802,  2012094308, 2012094309, and 2012096047, preserved

under perpetuity, 2000043135, all restated and incorporated in their
entirety by reference as if set forth in full, duly protected and
secured, by public policy, inclusive of UCC 1-103, and any and all the
former United States of America Federal Government, UNITED STATES, United
States, STATE OF . . ., State of . . ., and international equivalents,
hereafter UCC 1-103, NUNC PRO TUNC, PRAETEREA PRETEREA, never rebutted, and

the undersigned do DECLARE, ORDER, RECONFIRM, RATIFY and ACCEPT, as
follows:

BY DECLARATION AND ORDER, the creator''s value asset centers, duly
established and validated upon creation with any and all value of the
creator duly ratified and reconfirmed on deposit and fully unencumbered, as

originally domicil therein equally by creation, and other value asset
centers duly established and validated by creation, in any and all
manifestations and existence, known and unknown, inclusive of, but not
limited to, the Superior Custodian and any and all states of body, UCC Doc

#''s 2012079290, 2012079322, 2012088851, 2012088865, hereafter collectively

and individually, creation''s value asset centers;

BY DECLARATION AND ORDER, creation''s value asset centers being the
original, sole, and absolute superior structure, network and system by
creation for the lawful and transparent existence, co-existence, knowledge,

co-knowledge, custody, co-custody, operation, co-operation, creation,
co-creation, use, and co-use, of any and all creation''s value, inclusive
of
any and all tracking, transfer, appointment, assignment, gift, and growth

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012113593
Page 5 of 7
Date: 10/22/2012    6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
PROCESSING          $      5.00
E-RECORD            $     25.00
ESURCHARGE          $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
12a. ORGANIZATION'S NAME
BONDSERVANTS, TRUSTEES, AND STATES OF BODY

OR  12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

therefrom, under the principle of common law, under the laws of the
creator,
under the laws of creation, and is and shall be irrevocably called and
known as  CVAC, inclusive of its parts, the CVAC Structure, CVAC System,
CVAC Network, and all the sub-parts that may lawfully manifest or be bound

thereunder, as follows:

BY DECLARATION AND ORDER, the purpose of CVAC is to: 1.) preserve and
protect any and all value of creation, inclusive of the value of the
creator, inclusive of any and all value asset centers thereto; 2.)
preserve,
protect, and implement the right of opportunity of free-will of each, any
and all creation''s manifestations, in any existence, known and unknown;
3.)
to simplify and unify the laws governing any and all of creation''s
manifestations, in any and all existence, known and unknown, and enter said

governing laws into International Law Ordinance, noticed by public
registration, for all creation to rely upon; 4.) to irrevocably ensure
lawful and transparent existence, co-existence, knowledge, co-knowledge,
custody, co-custody, operation, co-operation, use, and co-use thereof,
inclusive of any and all tracking, transfer, appointment, assignment, gift,

and growth therefrom, under the laws of creation, for the highest good of
all, under full personal liability of creation''s value asset centers, in
any and all existence and manifestation, known and unknown; and, 5.) to
permit the right of opportunity to lawfully ledger and account to zero, any

and all liabilities that may and do exist in any and all unlawful, or
structures inferior to the lawful structure, inclusive of all owners,
participants, and recipients thereto, thereunder and thereof, that may and

do exist;

BY DECLARATION AND ORDER, the GOVERNING LAW of CVAC is and shall be aligned

with the laws of the  creator under the laws of creation, with the
principle of said laws aligned with the principle of common law, and,
unless
displaced or prohibited by the laws of creation, the laws of the creator,

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012113593
Page: 4 of 21
Date: 10/22/2012   6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)**
2000043135

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)**

**12a. ORGANIZATION'S NAME**
BONDSERVANTS, TRUSTEES, AND STATES OF BODY

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

**13. Use this space for additional information**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

order to duly manifest and operate lawful systems and networks operated
thereunder to be absent of, and protected from, undue influence, special
interests and self-interest of any kind that may harm, inclusive of
violation, usurpation, or invasion, of any and all creation''s value asset

centers, that were, are, or ever will be manifested and created, in any and

all existence, known and unknown, under the laws of creation, and the laws

of the creator thereunder;

BY DECLARATION AND ORDER, the INITIATION and ISSUANCE of any and all
existence and activity of creation and the creator''s value is and shall
always be initiated and issued directly, by each, any and all creation''s
value asset centers thereto, absent accommodation, agreement, tacit or
otherwise, inclusive of any and all existence and activity of custody,
co-custody, operation, co-operation, creation, co-creation, use, and
co-use,
inclusive of any and all tracking, transfer, appointment, assignment, and
growth therefrom; Initiation and Issuance is and shall be made knowingly,
willingly and intentionally, done without prejudice by original signature
and seal of each, any and all creation''s value asset centers, with full
personal liability, sworn under the penalty of perjury under the principle

of common law, under the laws of the creator, under the laws of creation,
preserved by public policy, that the foregoing is true and accurate; Each,

any and all Initiation and Issuance shall be in the FORM or ORDER of lawful

contract entered into by two or more of creation''s value asset centers,
inclusive of constitution or treaty, hereafter contract; Said contract is
and shall be perfected as lawful when entered into International Law
Ordinance, noticed by public registration for all creation''s value asset
centers to rely upon, which is accomplished by filing on the official
Uniform Commercial Code registry(ies);

Lawful structure defined: The structure under which creation extends and
expands by manifestation in various forms, in any and all existence, known

and unknown; Any and all manifestations existing, co-existing, operating,
~~and so operating, in unity, for the purpose of the highest good of all~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012113593
Page: 69 of 84
Date: 10/22/2012    6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING              $      5.00
  E-RECORD                $     25.00
  ESURCHARGE              $      6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR    BONDSERVANTS, TRUSTEES, AND STATES OF BODY

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

All creation''s extensions and expansions, in any and all manifestations, known and unknown, operating under the lawful structure, pursuant to the governing law set forth and required herein, are deemed lawful;  Free will of choice of any and all creation''s extensions and expansions are guaranteed by the lawful structure, inclusive of the responsibility, liability and accountability naturally and inherently flowing therefrom; The free will of choice insures that the extensions and expansions of creation may create other structures for the purpose of self interest and special interest of each extension and expansion of creation to know its true nature and source;  Other structures are permitted in so far as those other structures do not usurp, violate, or invade the interests and the highest good of any and all other extensions and expansions of creation; Any and all inferior structures, networks and systems to the lawful structure herein defined, may be deemed lawful only in so far as they do not usurp, violate, or invade the lawful structure and the interests, standing, authority, value and rights of the highest good of all or any part creation, inclusive of creation''s value asset centers as defined in this DECLARATION AND ORDER; The immediate implementation of the CVAC, inclusive of any and all lawful structures, networks, and systems thereunder, by oath and bond sworn under penalty of perjury under the governing law as set forth and required herein, and duly submitted to the duly bonded guard, The Public Trust, through its undersigned Trustees, with their due receipt entered into International Law Ordinance, noticed by public registration, under absolute transparency and with their full personal liability, made and done by oath and bond as set forth and required herein;

   ***THE CVAC IS  PRE-PAID, PRE-AUTHORIZED, AND PRE-APPROVED***
~~***THE CVAC AND ITS IMMEDIATE DUE IMPLEMENTATION IS~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012113593
Page 1 of 1
Date: 10/22/2012   6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
12a. ORGANIZATION'S NAME
BONDSERVANTS, TRUSTEES, AND STATES OF BODY

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

registration, to creation, the created, inclusive of any and all
creation''s value asset centers, in any and all manifestation and
existence,
known and unknown, without exception, further by internal delivery methods

as well as open notorious notice by public registration and publishing on
the world-wide web at www.peoplestrust1776.org;

NOTICE TO PRINCIPAL IS NOTICE TO AGENT; NOTICE TO AGENT IS NOTICE TO
PRINCIPAL;

DULY MADE, DONE, AUTHORIZED, ORDERED, and ISSUED, October 21, 2012, and
KNOWINGLY, WILLINGLY, AND INTENTIONALLY RESTATED, RE-RATIFIED, RECONFIRMED,

VERIFIED, INSURED, and GUARANTEED, being of absolute standing, authority,
and capacity, sworn under the penalties of perjury governed under the laws

of our creator, by our bond and oath, evidenced by our original signature
and seal, made with unlimited personal liability; Duly ratified; Without
prejudice as promised, preserved and protected by public policy, inclusive

of UCC 1-308, and any and all former the United States of America Federal
Government, UNITED STATES, United States, STATE OF . . ., State of . . .,
and international equivalents, hereafter UCC 1-308:

/s/ Heather Ann Tucci-Jarraf, bondservant to the creator; /s/ Caleb Paul
Skinner, bondservant to the creator; /s/ Hollis Randall Hillner,
bondservant to the creator; Duly Declared and Reconfirmed as Stated, UCC
1-308: /s/ Heather Ann Tucci-Jarraf, as state of body and custodian of
value
domicil therein, NUNC PRO TUNC; /s/ Caleb Paul Skinner, as state of body
and custodian of value domicil therein, NUNC PRO TUNC; /s/ Hollis Randall
Hillner, as state of body and custodian of value domicil therein, NUNC PRO

TUNC; Duly Accepted and Ratified for Immediate Enforcement, UCC 1-308: /s/

Heather Ann Tucci-Jarraf, as Trustee; /s/ Caleb Paul Skinner, as Trustee;
/s/ Hollis Randall Hillner, as Trustee;

The creator  being the creator of all that ever was, ever is, and ever
~~will, inclusive of the several states of body, the one people; The created~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012113593
Page: 7 of 7
Date: 10/22/2012   6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

BONDSERVANTS, TRUSTEES, AND STATES OF BODY

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

ever is, and ever will be, inclusive of the several states of body being
the one people domicil by creation in said states of body, the body domicil

by choice on the airs, lands, and seas domicil by creation on and in earth;

Earth being the ultimate Superior Custodian of all that is domicil by
creation thereupon; The United states of America 1781 construction, original
national state; Said Parties corrected above due to automated filing
systems altering original capacity(ies) and standing(s), correction

-----------------------------------------------
Debtor names added for indexing
-----------------  ----------------------------
the one people, created by the creator, states of body
The (former) United States Federal Government
(former) UNITED STATES
the (former) several STATES OF . . .
and any and all international equivalents
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
-------------------------
-------------------------------
Debtor names added for indexing
-------------------------------
THE ONE PEOPLE, CREATED BY THE CREATOR, STATES OF BODY
THE (FORMER) UNITED STATES FEDERAL GOVERNMENT
(FORMER) UNITED STATES
THE (FORMER) SEVERAL STATES OF . . .
AND ANY AND ALL INTERNATIONAL EQUIVALENTS
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER

# ANNEX 35

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 35** | UCC record number 2012114093 | 1 - 7 |

Doc# : 2012114093
Date: 10/23/2012   9:24AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
    PROCESSING          $       5.00
    E-RECORD            $      25.00
    ESURCHARGE          $       6.50

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

The One Peoples Public T   253-509-4597

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #

2000043135 - 5-4-2000

1b. This FINANCING STATEMENT AMENDMENT is
to be filed [for record] (or recorded) in the
REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR THE ONE PEOPLE, CREATED BY THE CREATOR, STATES OF BODY | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7d. TAX ID #:  SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE:  UCC Doc. # 2000043135, the
perpetuity, hereby amended only to include the following additional
collateral as follows:

UCC 3-501 NOTICE AND DEMAND

ENTRY OF ADDITIONAL DEBTOR:  BANK FOR INTERNATIONAL SETTLEMENTS (BIS), at
any and all locations, inclusive of Centralbahnplatz 2, Basel, Switzerland,
CH-4002 Basel, Tel. (+41 61) 280 8080, Fax (+41 61) 280 9100 and (+41 61)

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR THE SEVERAL UNITED STATES OF AMERICA, PUBLIC TRUST | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

without prejudice, ucc 1-308:/s/ Heather Ann Tucci-Jarraf, as Trustee

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012114093
Date: 10/23/2012    9:24AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING          $        5.00
   E-RECORD            $       25.00
   ESURCHARGE          $        6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
   2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME
THE SEVERAL UNITED STATES OF AMERICA, PUBLIC

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

```
--------------------------
Additional collateral info
--------------------------
280 8100, Email of  email@bis.org, UCC Doc #  2012079322;

Ref Account Name:  UNITED STATES; UNITED STATES OF AMERICA; any and all
inclusive of ALL identifiers, social security numbers, abbreviations, idem

sonans, or other legal, financial and managerial forms, as  defined and
identified by Bank For International Settlements'' 82nd Annual Report, 1
April 2011-31 March 2012, restated and incorporated in its entirety by
reference as if set forth in full;

*Annexes:  UCC Doc # 2012079290, 2012079322, 2012088851, 2012088865,
2012086794, 2012086802, 2012094308, 2012094309, 2012096047, 2012096074;
*Re-stated and incorporated in their entirety here by reference as if set
forth in full, duly entered into International Law Ordinance, duly
protected
by public policy, inclusive of UCC 1-103, and any and all the  former
United States of America Federal Government, UNITED STATES, United States,

STATE OF . . .,
 State of . . ., and any and all international equivalents, hereafter UCC
1-103; duly entered.

Delivery by Fax, email, and additional notice and delivery via world-wide
web at www.peoplestrust1776.org

UCC 3-501: NOTICE OF MISTAKE; NOTICE OF INSECURITY; NOTICE OF OPPORTUNITY
TO CURE; REQUEST TO CURE

BIS:

Pursuant to notices given, UCC 1-202(d) and any and all international
equivalents, by The Public Trust to BIS, therefore constituting BIS''
notice
and knowledge thereof, UCC 1-202(a)-(c) and any and all international
equivalents, specifically the lawful and legal status of due title,
ownership, holder-in-due-course, the duly bonded Representative Trustees of
```

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012114093

Date: 10/23/2012    9:24AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR | THE SEVERAL UNITED STATES OF AMERICA, PUBLIC

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

record thereto, public policy, UCC 1-201( 31) and (33) and any and all
international equivalents, BIS'' authorized role as custodian of value on
deposit from inception of account activity, and the principle of common law

under the laws of the creator under the laws of creation governing the
above referenced Account(s), duly preserved and secured by public policy,
UCC 1-103 and any and all international equivalents, duly secured and
entered into International Law Ordinance, noticed by public registration,
pursuant to public policy, UCC Doc #''s 2012079290, 2012079322, 2012088851,

2012088865, 2012086794, 2012086802, 2012094308, 2012094309, 2012096047,
2012096074, restated in their entirety as if set forth in full; BIS duly
bound thereunder to the controller of the above referenced deposit
accounts,
public policy, UCC 9-104 by acceptance of offer made by agreement for
performance or acceptance under reservation of rights without prejudice,
public policy, UCC 1-308 and any and all international equivalents, duly
secured, UCC Doc# 2012079322, restated, NUNC PRO TUNC, PRAETEREA PRETEREA;


NOTICE OF MISTAKE:  On October 22, 2012, without cause, and in violation of

public policy, UCC 1-304 as defined by UCC 1-201( 20) and any and all
international equivalents, BIS, through the actions and in-actions of its
employees, inclusive of a man, who did identify himself to the undersigned

Trustees of Secured Party as the head of security for BIS, Martin Lovie,
who
did exit the secured facility of BIS located at Centralbahnplatz 2, Basel,

Switzerland, enter into the unsecured lobby of BIS, same location, and did

unlawfully and illegally refuse or reject the duly made request by the duly

bonded undersigned Trustees of account holder, Secured Party, public
policy, UCC 1-201(13) and any and all international equivalents, of the
above referenced account(s), to physically enter into the secured BIS
facility, located at Centralbahnplatz 2, Basel, Switzerland, the duly
secured Custodian, in order to duly inspect said referenced account(s) and

to meet with the Custodians, as well as refused or rejected the request to

FILING OFFICE COPY—NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012114093
Date: 10/23/2012    9:24AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING              $       5.00
  E-RECORD                $      25.00
  ESURCHARGE              $       6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME |  |  |
|---|---|---|
| THE SEVERAL UNITED STATES OF AMERICA, PUBLIC |  |  |
| OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

authority to refuse entrance of and inspection by Secured Party, account
owner, controller, and co-owner of BIS; DEMAND for a duly authorized
Custodian or Employee, able to lawfully and legally bind BIS, to produce by

October 23, 2012, 6:00 P.M., GMT +2, delivered to and received by email at

heather@peoplestrust1776.org, caleb@peoplestrust1776.org, and
randall@peoplestrust1776.org, valid and verifiable identification and
lawful
authority of BIS to refuse Secured Party''s requests made and identified
herein, or to otherwise
refuse and deny Secured Party access and unfettered use of Secured Party''s

property, or Secured Party''s standing authority; Said demand now duly
entered into International Law Ordinance, noticed by public registration;

NOTICE OF INSECURITY:  For cause, the Secured Party, through its
undersigned duly bonded Representatives, Trustees, of record, does deem
itself insecure and believes in good faith that the prospect of payment or

performance is impaired, public policy, UCC 1-309 and any and all
international equivalents;

NOTICE OF ACCELERATION AT WILL:  It is a matter of public record, that BIS

does hold, commandeer, or otherwise possess vast and unlimited resources,
whether unlawful or illegal, that may be used to exert unlawful and illegal

undue influence against, and to cause further damage to Secured Party at
will; Therefore, for cause, Secured Party does exercise its option to
accelerate at will the: (1.)UCC 3-501, Notice of Mistake, Notice of
Insecurity, Opportunity to Cure, Request to Cure; (2.) UCC 3-501, Notice of

Default, Demand for Payment; (3.) UCC 3-501, Notice of Sale, Demand for
Payment; and, (4.) UCC 3-501, Notice of Foreclosure, Notice of
Repossession,
of any and all value and property of Secured Party, stored in the above
referenced account(s), and to terminate all relationships, memberships, and

ownership of BIS by the Secured Party;

FILING OFFICE COPY—NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012114093
Date: 10/23/2012    9:24AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
   PROCESSING              $      5.00
   E-RECORD               $     25.00
   ESURCHARGE             $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

| 12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form) | | |
|---|---|---|
| 12a. ORGANIZATION'S NAME | | |
| THE SEVERAL UNITED STATES OF AMERICA, PUBLIC | | |
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

delivering, via email to heather@peoplestrust1776.org,
caleb@peoplestrust1776.org, and  randall@peoplestrust1776.org, by October
23, 2012, 6:00 P.M., GMT +2, a valid written invitation and confirmation
for
the undersigned Trustees, and the Advisor Representative, of Secured Party

to enter BIS, Centralbahnplatz 2, Basel, Switzerland, on October 24, 2012,

9 A.M., GMT +2, in order to inspect the above referenced account(s), and
meet with the Custodians; and, 2. The Custodians, in part or in whole,
meeting with the undersigned Trustees at BIS, Centralbahnplatz 2, Basel,
Switzerland, on October 24, 2012, 9 A.M., GMT +2, inclusive of a true,
accurate, and complete review being made of the above referenced account(s)

by said undersigned Trustees;

REQUEST FOR CURE:  The Secured Party, through its duly bonded
Representative Trustees of record, does request that BIS and the Custodians

do forthwith cure as requested herein.  Failure to cure, does and shall
result in BIS confirming the mistake is actually a knowing, willing, and
intentional default against Secured Party by BIS to perform its duties,
obligations, and services as Custodian as duly secured, UCC Doc No.
2012079322 and shall be forthwith subject to Foreclosure, Repossession,
Sale, Suspension, Revocation, or Cancellation of Charter, or other lawful
action.

A FACSIMILE OR  DIGITAL COPY OF THIS ORIGINALLY EXECUTED WRITTEN NOTICE OF

MISTAKE, DEMAND FOR RELEASE AND OPPORTUNITY TO CURE SHALL BE LEGALLY
BINDING AS AN ORIGINAL AND IT IS EFFECTIVE IMMEDIATELY.

SO IT IS DONE; DULY EFFECTIVE, DONE, AUTHORIZED, ORDERED, and ISSUED,
October 23, 2012, knowingly, willingly and intentionally made with
unlimited
personal liability, sworn under the penalties of perjury governed under the

principle of common law, under the laws of the creator, under the laws of
creation; Duly witnessed, secured, entered and noticed; without prejudice
as
promised, preserved, and protected by public policy, inclusive of UCC

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012114093
Date: 10/23/2012    9:24AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $      5.00
  E-RECORD            $     25.00
  ESURCHARGE          $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
  2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR | THE SEVERAL UNITED STATES OF AMERICA, PUBLIC

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

/s/ Heather Ann Tucci-Jarraf, as Trustee; /s/ Caleb Paul Skinner, as
Trustee; /s/ Hollis Randall Hillner, as Trustee; Duly Authorized and
Ordered, UCC 1-308:  /s/ Heather Ann Tucci-Jarraf, bondservant to the
creator; /s/ Caleb Paul Skinner, bondservant to the creator; /s/ Hollis
Randall Hillner, bondservant to the creator; Duly Declared and Reconfirmed

as Stated, UCC 1-308: /s/ Heather Ann Tucci-Jarraf, as state of body and
custodian of value domicil therein, NUNC PRO TUNC; /s/ Caleb Paul Skinner,

as state of body and custodian of value domicil therein, NUNC PRO TUNC; /s/

Hollis Randall Hillner, as state of body and custodian of value domicil
therein, NUNC PRO TUNC;

The creator  being the creator of all that ever was, ever is, and ever
will, inclusive of the several states of body, the one people; The created

being the creator, extending and expanding completely into any and all
manifestations, in any and all existence, known and unknown, that ever was,

ever is, and ever will be, inclusive of the several states of body being
the one people domicil by creation in said states of body, the body domicil

by choice on the airs, lands, and seas domicil by creation on and in earth;

Earth being the ultimate Superior Custodian of all that is domicil by
creation thereupon; The United states of America 1781 construction,
original
national state; Said Parties corrected above due to automated filing
systems altering original capacity(ies) and standing(s), correction

--------------------------------------------------
Debtor names added for indexing
-------------------- --------------------------
the one people, created by the creator, states of body
The (former) United States Federal Government
(former) UNITED STATES
the (former) several STATES OF . . .
and any and all international equivalents
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012114093
Date: 10/23/2012    9:24AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING         $     5.00
  E-RECORD           $    25.00
  ESURCHARGE        $     6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
   2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
12a. ORGANIZATION'S NAME
THE SEVERAL UNITED STATES OF AMERICA, PUBLIC

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

BANK FOR INTERNATIONAL SETTLEMENTS [BIS]
--------------------------
-------------------------------
Debtor names added for indexing
-------------------------------
THE ONE PEOPLE, CREATED BY THE CREATOR, STATES OF BODY
THE (FORMER) UNITED STATES FEDERAL GOVERNMENT
(FORMER) UNITED STATES
THE (FORMER) SEVERAL STATES OF . . .
AND ANY AND ALL INTERNATIONAL EQUIVALENTS
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
BANK FOR INTERNATIONAL SETTLEMENTS [BIS]

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

# ANNEX 36

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 36** | UCC record number 2012114586 | 1 - 7 |

Pg. 1 *of* 1

Doc# : 2012114586
Date: 10/24/2012    8:14AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
    PROCESSING           $      5.00
    E-RECORD             $     25.00
    ESURCHARGE           $      6.50

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 5-4-2000

**1b.** This FINANCING STATEMENT AMENDMENT is
☐ to be filed [for record] (or recorded) in the
REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

**6a. ORGANIZATION'S NAME**

OR **6b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**7. CHANGED (NEW) OR ADDED INFORMATION:**

**7a. ORGANIZATION'S NAME**
BANK FOR INTERNATIONAL SETTLEMENTS [BIS]

OR **7b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**7c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY

**7d. TAX ID #: SSN OR EIN** | ADD'L INFO RE ORGANIZATION DEBTOR | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID #, if any** | ☐ NONE

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE: UCC Doc. # 2000043135, the
perpetuity, hereby amended only to include the following additional
collateral as follows:

DEBTOR: BANK FOR INTERNATIONAL SETTLEMENTS (BIS), at any and all
locations, inclusive of Centralbahnplatz 2, Basel, Switzerland, CH-4002
Basel, Tel. (+41 61) 280 8080, Fax (+41 61) 280 9100 and (+41 61) 280 8100,
Email of email@bis.org, UCC Doc # 2012079322, inclusive of any and all its
members, the members thereto, their members, and any and all the principals

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

**9a. ORGANIZATION'S NAME**
THE PUBLIC TRUST

OR **9b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**10. OPTIONAL FILER REFERENCE DATA**
without prejudice UCC 1-308/s/ Heather Ann Tucci-Jarraf, as Trustee, bondservant

**FILING OFFICE COPY** — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc# : 2012114586
Date: 10/24/2012    8:14AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING            $        5.00
  E-RECORD              $       25.00
  ESURCHARGE            $        6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
  2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME | | |
|---|---|---|
| THE PUBLIC TRUST | | |
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | |

OR

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

-----------------------------
Additional collateral info
-----------------------------

and beneficiaries thereof, any and all ''legal'' structures, networks, and

systems thereto;

Ref Account Name:  UNITED STATES; UNITED STATES OF AMERICA; any and all
inclusive of ALL identifiers, social security numbers, abbreviations, idem

sonans, or other legal, financial and managerial forms, as  defined and
identified by Bank For International Settlements'' 82nd Annual Report, 1
April 2011-31 March 2012, restated and incorporated in its entirety by
reference as if set forth in full;

*Annexes:  UCC Doc # 2012079290, 2012079322, 2012088851, 2012088865,
2012086794, 2012086802, 2012094308, 2012094309, 2012096047, 2012096074;
*Re-stated and incorporated in their entirety here by reference as if set
forth in full, duly entered into International Law Ordinance, duly
protected
by public policy, inclusive of UCC 1-103, and any and all the  former
United States of America Federal Government, UNITED STATES, United States,

STATE OF . . .,
  State of . . ., and any and all international equivalents, hereafter UCC
1-103; duly entered.

Delivery by Fax, email, and additional notice and delivery via world-wide
web at www.peoplestrust1776.org

ENTRY OF DEBTOR''S DEFAULT AND TERMINATION AS CUSTODIAN

Without prejudice, public policy, UCC 1-308 and any and all international
equivalents:

BIS, duly entered into International Law Ordinance, noticed by public
registration, as Custodian, inclusive of any and all its members, the
members thereto, their members, and any and all the principals and
beneficiaries thereof, of any and all value of the manifestations of
creation, the creator, inclusive of all states of body, the one people,

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012114586

Date: 10/24/2012   8:14AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME
THE PUBLIC TRUST

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

duly
secured, UCC Doc# 2012079322, restated and incorporated by reference as if

set forth in full, NUNC PRO TUNC, PRAETEREA PRETEREA;

BIS, having been given due notice of mistake, notice of insecurity of
Secured Party due to the actions and in-actions of BIS, notice of the
opportunity for BIS to cure by specific action(s) within a specific time in

order to make the Secured Party secure again, and the request by Secured
Party to BIS to forthwith cure, duly entered into International Law
Ordinance, noticed by public registration, duly served, with additional
delivery by Fax (+41 61) 280 9100 and (+41 61) 280 8100, Email of
email@bis.org and additionally noticed via world-wide web at
www.peoplestrust1776.org, UCC Doc # 2012114093, October 23, 2012, Receipt
No. 1262883, restated and incorporated here in its entirety by reference as

if set forth in full, duly reconfirmed and ratified;

BIS, inclusive of any and all its members, the members thereto, their
members, and any and all the principals and beneficiaries thereof, having
knowingly, willingly, and intentionally chosen to not cure upon demand and

as requested, but rather having knowingly, willingly, and intentionally
chosen to default and foreclose upon themselves, as a matter of
International Law Ordinance, noticed by public registration, for Secured
Party, and creation to rely upon, NUNC PRO TUNC, PRAETEREA PRETEREA,
inclusive of  any and all their actions and in-actions to date, in any and

all fields and jurisdictions, known and unknown, incorporated by reference

as if set forth in full, thereby knowingly, willingly and intentionally
defaulting as Custodian to Secured Party by refusing, rejecting or
otherwise
being incapable or unable to lawfully perform its duly secured duties,
obligations, and services, nunc pro tunc, perfected as forthwith due, owed

and collectible to Secured Party, nunc pro tunc, now duly entered into
International Law Ordinance, noticed by public registration;

~~Secured Party knowingly, willingly, and intentionally acknowledges and~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012114586
Date: 10/24/2012   8:14AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING          $      5.00
  E-RECORD            $     25.00
  ESURCHARGE          $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
| --- |
| 2000043135 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME |
| --- |
| THE PUBLIC TRUST |

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
| --- | --- | --- |
|  |  |  |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

duly
secured, UCC Doc# 2012079322, restated and incorporated by reference as if

set forth in full, NUNC PRO TUNC, PRAETEREA PRETEREA;

BIS, having been given due notice of mistake, notice of insecurity of
Secured Party due to the actions and in-actions of BIS, notice of the
opportunity for BIS to cure by specific action(s) within a specific time in

order to make the Secured Party secure again, and the request by Secured
Party to BIS to forthwith cure, duly entered into International Law
Ordinance, noticed by public registration, duly served, with additional
delivery by Fax (+41 61) 280 9100 and (+41 61) 280 8100, Email of
email@bis.org and additionally noticed via world-wide web at
www.peoplestrust1776.org, UCC Doc # 2012114093, October 23, 2012, Receipt
No. 1262883, restated and incorporated here in its entirety by reference as

if set forth in full, duly reconfirmed and ratified;

BIS, inclusive of any and all its members, the members thereto, their
members, and any and all the principals and beneficiaries thereof, having
knowingly, willingly, and intentionally chosen to not cure upon demand and

as requested, but rather having knowingly, willingly, and intentionally
chosen to default and foreclose upon themselves, as a matter of
International Law Ordinance, noticed by public registration, for Secured
Party, and creation to rely upon, NUNC PRO TUNC, PRAETEREA PRETEREA,
inclusive of any and all their actions and in-actions to date, in any and

all fields and jurisdictions, known and unknown, incorporated by reference

as if set forth in full, thereby knowingly, willingly and intentionally
defaulting as Custodian to Secured Party by refusing, rejecting or
otherwise
being incapable or unable to lawfully perform its duly secured duties,
obligations, and services, nunc pro tunc, perfected as forthwith due, owed

and collectible to Secured Party, nunc pro tunc, now duly entered into
International Law Ordinance, noticed by public registration;

~~Secured Party knowingly, willingly, and intentionally acknowledges and~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012114586
Date: 10/24/2012   8:14AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | |
|---|---|
| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) | |
| 2000043135 | |

| PROCESSING | $ | 5.00 |
|---|---|---|
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Secured Party believing for cause that no remedy is available by any and all

''legal'' means, ''legal'' being unduly influenced, operated, and owned by

debtor;

Thus, for cause, any and all duly entered into International Law Ordinance,

noticed by public registration, matter of public record for all creation to

rely upon, Secured Party, hereby terminates BIS, inclusive of any and all its members, the members thereto, their members, and any and all the principals and beneficiaries thereof, as Custodian, NUNC PRO TUNC;

Secured Party, through its undersigned bondservants, Trustees of record, and states of body, do hereby DECLARE BIS, inclusive of any and all its members, the members thereto, their members, any and all the principals and

beneficiaries thereof, and any and all structures, systems and networks rendered by their own hand as unlawful, ratified and re-confirmed as knowing, willing and intentional usurpers, violators, and invaders of Secured Party, UCC Doc # 2012079290, 2012079322, in violation of the laws

of creation and the creator, liable and accountable by the principle of common law thereunder, NUNC PRO TUNC, PRAETEREA PRETEREA, duly preserved, protected, public policy UCC 1-103, without prejudice, public policy, UCC 1-308, and entered into International Law Ordinance, noticed by public registration, UCC Doc # 2012113593;

Secured Party now demands that all duly bonded public servants of creation,

Secured Party, and the one people, implement any and all lawful measures pursuant to DECLARATION AND ORDER, International Law Ordinance, noticed by

public registration, UCC Doc # 2012096074, against BIS, inclusive of any and all its members, the members thereto, their members, and any and all the principals and beneficiaries thereof, forthwith be held accountable for any

and all their liabilities, inclusive of absolute surrender, return, and ~~payment made in full, in lawful money of the united states of America, any~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012114586
Date: 10/24/2012   8:14AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
    PROCESSING          $      5.00
    E-RECORD            $     25.00
    ESURCHARGE          $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 2000043135 |

| 12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form) |
|---|

| | 12a. ORGANIZATION'S NAME |
|---|---|
| OR | THE PUBLIC TRUST |

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

A FACSIMILE OR DIGITAL COPY OF THIS INTERNATIONAL LAW ORDINANCE, NOTICE BY

PUBLIC REGISTRATION, SHALL BE LEGALLY BINDING AS AN ORIGINAL AND IT IS
EFFECTIVE IMMEDIATELY.

SO IT IS DONE; DULY EFFECTIVE, DONE, AUTHORIZED, ORDERED, and ISSUED,
October 24, 2012, knowingly, willingly and intentionally made with
unlimited
personal liability, sworn under the penalties of perjury governed under the

principle of common law, under the laws of the creator, under the laws of
creation; Duly witnessed, secured, entered and noticed; without prejudice
as
promised, preserved, and protected by public policy, inclusive of UCC
1-308/1-207, and any and all former The United States of America Federal
Government, UNITED STATES, STATE OF . . ., and any and all international
equivalents, hereafter UCC 1-308:

/s/ Heather Ann Tucci-Jarraf, as Trustee; /s/ Caleb Paul Skinner, as
Trustee; /s/ Hollis Randall Hillner, as Trustee; Duly Authorized and
Ordered, UCC 1-308:  /s/ Heather Ann Tucci-Jarraf, bondservant to the
creator; /s/ Caleb Paul Skinner, bondservant to the creator; /s/ Hollis
Randall Hillner, bondservant to the creator; Duly Declared and Reconfirmed

as Stated, UCC 1-308: /s/ Heather Ann Tucci-Jarraf, as state of body and
custodian of value domicil therein, NUNC PRO TUNC; /s/ Caleb Paul Skinner,

as state of body and custodian of value domicil therein, NUNC PRO TUNC; /s/

Hollis Randall Hillner, as state of body and custodian of value domicil
therein, NUNC PRO TUNC;

The creator  being the creator of all that ever was, ever is, and ever
will, inclusive of the several states of body, the one people; The created

being the creator, extending and expanding completely into any and all
manifestations, in any and all existence, known and unknown, that ever was,

ever is, and ever will be, inclusive of the several states of body being
the one people domicil by creation in said states of body, the body domicil

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012114586
Date: 10/24/2012   8:14AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

PROCESSING        $        5.00
E-RECORD          $       25.00
ESURCHARGE        $        6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|---|

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

original
national state; Said Parties corrected above due to automated filing
systems altering original capacity(ies) and standing(s), correction

---------------------------------------
Debtor names added for indexing
---------------------------------------
BANK FOR INTERNATIONAL SETTLEMENTS [BIS]
the one people, created by the creator, states of body
The (former) United States Federal Government
(former) UNITED STATES
the (former) several STATES OF . . .
and any and all international equivalents
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
--------------------------

-------------------------------
Debtor names added for indexing
-------------------------------
BANK FOR INTERNATIONAL SETTLEMENTS [BIS]
THE ONE PEOPLE, CREATED BY THE CREATOR, STATES OF BODY
THE (FORMER) UNITED STATES FEDERAL GOVERNMENT
(FORMER) UNITED STATES
THE (FORMER) SEVERAL STATES OF . . .
AND ANY AND ALL INTERNATIONAL EQUIVALENTS
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

# ANNEX 37

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|---|---|---|
| **Annex 37** | UCC record number 2012114776 | 1 - 5 |

Pg. 1 *of* 1

Doc#: 8032141776
Page 1 of 5
Date: 10/24/2012   11:33AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 5-4-2000

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

**6a. ORGANIZATION'S NAME**

OR **6b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**7. CHANGED (NEW) OR ADDED INFORMATION:**

**7a. ORGANIZATION'S NAME**
BANK FOR INTERNATIONAL SETTLEMENTS [BIS]

OR **7b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**7c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY

**7d. TAX ID #: SSN OR EIN** | **ADD'L INFO RE ORGANIZATION DEBTOR** | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID #, if any** ☐ NONE

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE:   UCC Doc. # 2000043135, the
perpetuity, hereby amended only to include the following additional
collateral as follows:

BY and WITH DUE STANDING AND AUTHORITY: UCC Doc # 2012079290, 2012079322,
2012088851, 2012088865, 2012086794, 2012086802, 2012094308, 2012094309,
2012096047, 2012096074, specifically perpetuity, title and ownership of
International Law Ordinance, notice by public registration, otherwise known
as the Uniform Commercial Code Registry(ies), and all international

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

**9a. ORGANIZATION'S NAME**
THE PUBLIC TRUST

OR **9b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**10. OPTIONAL FILER REFERENCE DATA**
without prejudice UCC 1-308/s/Heather Ann Tucci-Jarraf, as Trustee, bondservant

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Doc#: 2012114776
Page 2 of 5
Date: 10/24/2012   11:33AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM
**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
**2000043135**

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME
**THE PUBLIC TRUST**

OR

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

-------------------------
Additional collateral info
-------------------------

equivalents, 2000043135, duly accepted, 2012012675, all restated and
incorporated here in their entirety by reference as if set forth in full;
GOVERNING STRUCTURE AND LAW:  UCC 2012113593 and UCC 2012-296-1209-2, all
restated and incorporated here in there entirety by reference as if set
forth in full; duly protected by public policy, inclusive of UCC 1-103, and

any and all the  former United States of America Federal Government, UNITED

STATES, United States, STATE OF . . ., State of . . ., and any and all
international equivalents, hereafter UCC 1-103; duly entered;

THE FOLLOWING CHARTERS ARE DECLARED AND ORDERED IRREVOCABLY CANCELLED, FOR

CAUSE, NUNC PRO TUNC, PRAETEREA PRETEREA, ENTERED INTO INTERNATIONAL LAW
ORIDINANCE, NOTICE BY PUBLIC REGISTRATION, AS FOLLOWS:

ANY AND ALL CHARTERS FOR BANK FOR INTERNATIONAL SETTLEMENTS (BIS), at any
and all locations, inclusive of Centralbahnplatz 2, Basel, Switzerland,
CH-4002 Basel, Tel. (+41 61) 280 8080, Fax (+41 61) 280 9100 and (+41 61)
280 8100, Email of  email@bis.org, inclusive of any and all its members
thereunder, the members thereto, any and all members thereof, any and all
the principals and beneficiaries thereof, inclusive of any and all
structures, systems and networks thereto, therefrom, thereunder, and
therewith, specifically any and all certain states of body, regardless of
domicil by choice, owning, operating, aiding and abetting private money
systems, issuing, collection, legal enforcement systems, operating SLAVERY

SYSTEMS, used against the manifestations of creation, commandeering lawful

value by unlawful representation, inclusive of any and all states of body,

the one people, without their knowing, willing, and intentional consent, as

fully identified and entered by International Law Ordinance, notice by
public registry, UCC Doc # 2012079322, hereafter BIS, et. al.; Unlawful
Charters, inclusive of any and all immunities, knowingly, willingly, and
intentionally granted to BIS, et. al., and incorporated by Swiss Federal

**FILING OFFICE COPY—NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)**

Doc#: 2012114776
Page 3 of 5
Date: 10/24/2012   11:33AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
  PROCESSING            $      5.00
  E-RECORD              $     25.00
  ESURCHARGE            $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME | | |
|---|---|---|
| THE PUBLIC TRUST | | |
| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Government beginning 1930, inclusive of any and all amendements, restated and  incorporated here by reference as if set forth in full; Secured Party,

UCC Doc # 2012079290, entered into International Law Ordinance, notice by public registration, UCC Doc. # 2012114586, duly received, re-confirmed and

ratified, restated and incorporated by reference as if set forth in full; Violations of International Law Ordinance, notice by public registration, UCC 2012113593 and UCC 2012-296-1209-2, all restated and incorporated here

in there entirety by reference as if set forth in full; Now a matter of International Law Ordinance and subject to immediate implementation of International Law Ordinance, notice by public registration, UCC Doc # 2012096074;

Delivery by Fax (+41 61) 280 9100 and (+41 61) 280 8100, Email of email@bis.org and additionally noticed via world-wide web at www.peoplestrust1776.org, UCC Doc # 2012114093, October 23, 2012, Receipt No. 1262883, restated and incorporated here in its entirety by reference as

if set forth in full, duly reconfirmed and ratified;

A FACSIMILE OR  DIGITAL COPY OF THIS ORIGINALLY EXECUTED WRITTEN NOTICE OF

MISTAKE, DEMAND FOR RELEASE AND OPPORTUNITY TO CURE SHALL BE LEGALLY BINDING AS AN ORIGINAL AND IT IS EFFECTIVE IMMEDIATELY.

SO IT IS DONE; DULY EFFECTIVE, DONE, AUTHORIZED, ORDERED, and ISSUED, October 24, 2012, knowingly, willingly and intentionally made with unlimited personal liability, sworn under the penalties of perjury governed under the

principle of common law, under the laws of the creator, under the laws of creation; Duly witnessed, secured, entered and noticed; without prejudice as

promised, preserved, and protected by public policy, inclusive of UCC 1-308/1-207, and any and all former The United States of America Federal Government, UNITED STATES, STATE OF . . ., and any and all international equivalents, hereafter UCC 1-308:

/s/ Heather Ann Tucci-Jarraf, as Trustee; /s/ Caleb Paul Skinner, as

FILING OFFICE COPY—NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc#: 2012114776
Page 4 of 5
Date: 10/24/2012  11:33AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**11. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)

2000043135

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

**12a. ORGANIZATION'S NAME**

OR | THE PUBLIC TRUST

**12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME,SUFFIX**

**13. Use this space for additional information**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

creator; /s/ Caleb Paul Skinner, bondservant to the creator; /s/ Hollis
Randall Hillner,  bondservant to the creator; Duly Declared and Reconfirmed

as Stated, UCC 1-308: /s/ Heather Ann Tucci-Jarraf, as state of body and
custodian of value domicil therein, NUNC PRO TUNC; /s/ Caleb Paul Skinner,

as state of body and custodian of value domicil therein, NUNC PRO TUNC; /s/

Hollis Randall Hillner, as state of body and custodian of value domicil
therein, NUNC PRO TUNC;

The creator being the creator of all that ever was, ever is, and ever
will, inclusive of the several states of body, the one people; The created

being the creator, extending and expanding completely into any and all
manifestations, in any and all existence, known and unknown, that ever was,

ever is, and ever will be, inclusive of the several states of body being
the one people domicil by creation in said states of body, the body domicil

by choice on the airs, lands, and seas domicil by creation on and in earth;

Earth being the ultimate Superior Custodian of all that is domicil by
creation thereupon; The United states of America 1781 construction,
original
national state; Said Parties corrected above due to automated filing
systems altering original capacity(ies) and standing(s), correction

---------------------------------------------
Debtor names added for indexing
---------------------------------------------
BANK FOR INTERNATIONAL SETTLEMENTS [BIS]
BIS, et. al.
the one people, created by the creator, states of body
The (former) United States Federal Government
(former) UNITED STATES
the (former) several STATES OF . . .
and any and all international equivalents
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
~~CHARLES C. MILLER D/B/A CHARLES C. MILLER~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Doc# : 2012114776
Page 5 of 5
Date: 10/24/2012   11:33AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**11. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)

2000043135

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR THE PUBLIC TRUST

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| | | |

**13. Use this space for additional information**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Debtor names added for indexing
-------------------------------
BANK FOR INTERNATIONAL SETTLEMENTS [BIS]
BIS, ET. AL.
THE ONE PEOPLE, CREATED BY THE CREATOR, STATES OF BODY
THE (FORMER) UNITED STATES FEDERAL GOVERNMENT
(FORMER) UNITED STATES
THE (FORMER) SEVERAL STATES OF . . .
AND ANY AND ALL INTERNATIONAL EQUIVALENTS
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER

**FILING OFFICE COPY**—NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

# ANNEX 38

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|---|---|---|
| **Annex 38** | DECLARATION OF FACTS | 1 - 12 |

Pg. 1 *of* 1

The One People's Public Trust, 1776
**DECLARATION OF FACTS**
UILO Doc. No. 2012127914



Trustees
Caleb Paul Skinner
Heather Ann Tucci-Jarraf
Hollis Randall Hillner

## DECLARATION OF FACTS

WITH DUE STANDING, AUTHORITY, and AUTHORIZATION, without prejudice, public policy, UCC 1-308, the undersigned do knowingly, willingly, and Intentionally make and give this DECLARATION OF FACTS , with full personal liability, duly secured by oath and bond, duly entered into Universal Law Ordinance, notice by action of due entry into International Law Ordinance, notice by public registration, with additional notice duly made and given, under governing law, *International Law Ordinance UCC Doc No. 2012113593 and WA UCC Doc. No. 2012-296-1209-2, "governing law", preserved and protected under UCC Doc. No. 2000043135, the "Perpetuity", guaranteed, protected and secured, public policy, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305, NUNC PRO TUNC, PRAETEREA PRETEREA, unrebutted, restated and incorporated here by reference as if set forth in full, knowingly, willingly and intentionally entered into Universal Law Ordinance, notice by action, under the laws of creation,* this November 28th, in the year of our creator, Two Thousand and Twelve, as the creator lives, the foregoing is true and correct and we are competent to say so:

I. All lawful and legal International Law Ordinances *2000043135, 2011055259, 2011055260, 2011051841, 2011125777, 2011119645, 2011121448, 2011125781, 2012049126, 2012049128, 2012049129, 2012049130, 2012012675, 2012025545, 2012096074, 2012079290, 2012079322, 2012083304, 2012094308, 2012094309, 2012096047, 2012086794, 2012086802, 2012088787, 2012088851, 2012088865, 2012114093, 2012114580, 2012114776, 2012012555, 2012028312, 2012012659, 2012028311, 2012028314, 2012028313, WA UCC Doc. No.'s 2011-339-3764-9, 2011-353-7388-9, 2011-353-7395-7, 2011-360-8868-3, 2011-362-9411-4, 2011-362-9510-4, 2011-363-9865-2, 2012-125-1787-8, COMMERCIAL BILL UCC Doc. No. 2012114586, duly reconfirmed and ratified by TRUE BILL UCC Doc. No. 2012114776,* under governing law *UCC Doc No. 2012113593 and WA UCC Doc. No. 2012-296-1209-2,* the Commercial Registry, and any and all Uniform Commercial Codes, inclusive of any and all state, national, international and universal equivalents, "UCC". Private ownership of full right, title, interest and ownership thereto duly held in custody thereof duly entered into International Law Ordinance, notice by public registration; All restated in their entirety and incorporated herein by reference as if set forth in full, duly verified, reconfirmed and ratified as duly accepted and guarded, preserved and protected by Universal Trust, under the trust of creation, duly established by creation at creation, unrebutted, NUNC PRO TUNC, PRAETEREA, PRETEREA, unrebutted, *International Law Ordinance UCC Doc No.'s 2012113593 and WA UCC Doc. No. 2012-296-1209-2, under perpetuity, 2000043135, public policy, UCC 1-103, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305, without prejudice, public policy UCC 1-308, reconfirming and ratifying International Law Ordinance UCC Doc. No.'s 2012079290 and 2012079322, due notice made and given upon creation, with due knowledge received, public policy UCC 1-202, and a matter of record, UCC 1-201(31), unrebutted.*

II. With due standing, authority, and authorization, I, the undersigned bondservant, knowingly, willingly, and intentionally reconfirm, verify, and duly enter into International Law Ordinance, notice by public registration, that I am a creation of the creator, equally one of creation's value asset centers, under lawful Universal Contract, and I am sole custodian and operator thereto, thereof and for all that results directly therefrom, with sole personal responsibility and liability thereof, holding my religious creed and dictates of my conscience, inclusive of absolute, unrebuttable truth, knowledge, standing, authority, value, rights and laws of creation, in any and all existences and manifestations, granted by knowing, willing, and intentional lawful universal contract, under the laws of creation, with irrevocable right of free will choice, absent any and all abrogation, subjugation, usurpation, invasion, and violation of any other lawful universal contract made equal under the laws of creation, guaranteed by unconditional love and absolute responsibility, duly entered into Universal Law Ordinance, notice by creation, duly verified as duly accepted, reconfirmed



The One People's Public Trust
**DECLARATION OF FACTS**

ember 28, 2012



The One People's Public Trust. 1776
DECLARATION OF FACTS
UILO Doc. No. 2012127914

Trustees
Caleb Paul Skinner
Heather Ann Tucci-Jarraf
Hollis Randall Hillner

and ratified as duly made by and between the bondservant and the creator, with mutual value given and received upon creation of the resulting state of body therefrom, said body domicil by choice in the universe without prejudice, said state of body subject to immediate absolute cancellation at free will choice of the created, notice by action and lack of action, with immediate due audit and reconciliation made by creation thereupon or otherwise upon due request of the created, duly ratified as duly made, entered, accepted, and secured under the laws of creation upon my creation, a matter of Universal Record, duly entered into Universal Law Ordinance, notice by creation, accepted and guarded, preserved and protected by Universal Trust, under the trust of creation, duly established by creation at creation, nunc pro tunc, praeterea preterea, unrebutted. *Article I is restated, specifically International Law Ordinance UCC Doc No.'s 2012113593 and WA UCC Doc. No, 2012-296-1209-2, under perpetuity, 2000043135, public policy, UCC 1-103, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305, without prejudice, public policy UCC 1-308, reconfirming and ratifying International Law Ordinance UCC Doc. No.'s 2012079290 and 2012079322, due notice made and given and due knowledge received, public policy UCC 1-202, and a matter of record, UCC 1-201(31), inclusive of upon creation, Article 1 restated in its entirety, and Genesis 1:1, KJB, Washington Constitution Article 1 Section 11, Oregon Constitution Article 1 Section 3, Hawaiian Constitution Article 1 Section 4, US Constitution for the united States of America, Article 4, Section 3, Clause 1, and Bill of Rights Amendment 1, The Declaration of Independence, July 4, 1776, and any and all International equivalents;*

III. With due standing, authority, and authorization, I, the undersigned state of body, knowingly, willingly, and intentionally reconfirm, verify and enter into Universal Law Ordinance, notice by action duly entered into International Law Ordinance, notice by public registration, that I am a state of body created by the creator, equally one of creation's value asset centers under lawful Universal Contract, said state of body domicil by choice on earth without prejudice, and I have sole personal responsibility and liability as the lawful and legal sole custodian, operator and trustee thereto, thereof, and for all that results directly therefrom, holding my religious creed and dictates of my conscience, inclusive of any and all lawful and legal standing, authority, value, rights, inclusive of my right of opportunity of free will choice, and principle of law aligned with common law under the laws of my creator, under the laws of creation, all domicil by creation therein, by and under lawful Universal Contract by and between the bondservant and the creator, resulting in the creation of this state of body, duly accepted and ratified as duly made and entered into, with mutual value given and received by and between the bondservant and the creator upon creation of said state of body and any and all value of creation domicil by creation therein, due notice made and given upon creation, accepted and guarded, preserved and protected by the Public Trust, under Universal Trust, under the trust of creation, duly established by creation at creation, nunc pro tunc, praeterea preterea, unrebutted, hereafter "state of body", nunc pro tunc, praeterea preterea. unrebutted, *Articles I-II are restated, specifically International Law Ordinance UCC Doc No.'s 2012113593 and WA UCC Doc. No. 2012-296-1209-2, under perpetuity, 2000043135, public policy, UCC 1-103, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305, without prejudice, public policy UCC 1-308, reconfirming and ratifying International Law Ordinance UCC Doc. No.'s 2012079290 and 2012079322, due notice made and given and due knowledge received, public policy UCC 1-202, and a matter of record, UCC 1-201(31), inclusive of upon creation, Article I restated in its entirety, and Genesis 1:1, KJB, Washington Constitution Article I Section 11, Oregon Constitution Article 1 Section 3, Hawaiian Constitution Article 1 Section 4, US Constitution for the united States of America, Article 4, Section 3, Clause 1, and Bill of Rights Amendment 1, The Declaration of Independence, July 4, 1776, and any and all international equivalents;*

IV. Any and all value of each, any and all states of body, equally creation's value asset centers, have been and are lawfully and legally duly secured, by duly verified due COMMERCIAL BILL and TRUE BILL, unrebutted, constituting duly verified underwriting of said value asset centers and the value domicil by creation therein, for immediate knowing, willing, and intentional pledge, use and operation by states of body, individually or collectively, to any and all lawful and legal systems duly constituted and authorized under governing law, *UCC Doc. No.'s 2012113593 and WA UCC Doc. No. 2012-296-1209-2,* thereby for the sole benefit



The One People's Public Trust
DECLARATION OF FACTS
November 18, 2012



*The One People's Public Trust; 1776*
**DECLARATION OF FACTS**
UILO Doc. No. 2012127914

*Trustees*
*Caleb Paul Skinner*
*Heather Ann Tucci-Jarraf*
*Hollis Randall Hillner*

of said states of body, with all rights reserved and without prejudice, specifically *UCC Doc. No.'s 2012114093, 2013114586, 2012114776, specifically ratifying UCC Doc. No. 2012096074, duly reconfirmed and ratified by COMMERCIAL BILL UCC Doc. No. 2012114586, duly reconfirmed and ratified by TRUE BILL UCC Doc. No. 2012114776, all duly reconfirming and ratifying 2012079290 and 2012079322;*

V. Universal International Law Ordinance UCC Doc. No. 2012127810, with Receipt No. 1272974, specifically Articles I-IV, are restated and incorporated in its entirety here as if set forth in full; Duly verified as duly reconfirmed and ratified, entered into Universal Law Ordinance, notice by action of entry into International Law Ordinance, notice by registration, public policy UCC 1-202;

VI. With due standing, authority, and authorization, I, the undersigned Trustee, knowingly, willingly, and intentionally reconfirm, verify and enter into Universal Law Ordinance, notice by action duly entered into International Law Ordinance, notice by public registration, under perpetuity, that I am a Trustee of record, public policy UCC 1-201(31) and (33), and PUBLIC SERVANT of the guard, preserver and protector known as the Public Trust, under Universal Trust, under the trust of creation, duly established by creation at creation, nunc pro tunc, praeterea preterea, unrebutted, collectively and individually "Trust", whose sole purpose is to guard, preserve and protect, absent any and all self-interest or special interest detrimental to any state of body under lawful Universal Contract, all duly accepted by Trust, and I have duly secured by my sworn blood bond and oath, with full personal responsibility and liability, made under the penalty of perjury, under the principle of law aligned with common law, under the laws of the creator, under the laws of creation, under perpetuity, to perform the sole service, duty and obligation, to guard, preserve and protect absolute, un-rebuttable truth, and all states of body's equal right of opportunity for, and the lawful unencumbered use and unfettered operation of knowledge, standing, authority, value domicil by creation therein thereon and resulting therefrom, rights inclusive of irrevocable right of free will choice, principle of law under the laws of creation, in any and all existences and manifestations, duly manifesting from knowing, willing, and intentional lawful Universal Contract, by and between bondservant and the creator under the laws of creation, absent any and all abrogation, subjugation, usurpation, invasion, and violation of any other lawful Universal Contract made under the laws of creation, duly accepted and guarded, preserved and protected by the Public Trust under Universal Trust, under the trust of creation, duly established by creation at creation, and duly secured as so, nunc pro tunc, praeterea preterea, hereafter "Trustee", duly secured and entered into International Law Ordinance, notice by registration, unrebutted, *Articles I-V and any and all sections thereunder are restated, specifically International Law Ordinance UCC Doc No.'s 2012113593 and WA UCC Doc. No. 2012-296-1209-2, under perpetuity, 2000043135, public policy, UCC 1-103, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305, without prejudice, public policy UCC 1-308, reconfirming and ratifying International Law Ordinance UCC Doc. No.'s 2012079290 and 2012079322, due notice made and given upon creation, due knowledge received, public policy UCC 1-202, and a matter of record, UCC 1-201(31), specifically Article I restated in its entirety;*

VII. With due standing, authority, and authorization, the undersigned bondservants, states of body, and Trustees, do knowingly, willingly, and intentionally ratify, reconfirm, verify and enter into Universal Law Ordinance, notice by action duly entered into International Law Ordinance, notice by public registration, duly accepted and guarded, preserved and protected by the Public Trust, under Universal Trust, under the trust of creation, duly established by creation at creation, and duly secured, that:

A. Any and all states of body are individually and equally creation's value asset centers, each said state of body domicil by choice on earth without prejudice, and have sole personal responsibility and liability as the lawful and legal sole custodian, operator and trustee thereto, thereof, and for all that results directly therefrom, holding the religious creed and dictates of their conscience, inclusive of any and all lawful and legal standing, authority, value, rights, inclusive of right of opportunity of free



*The One People's Public Trust*
**DECLARATION OF FACTS**

Page 2 OF 13
MB CPS_BALD_HRH

November 28, 2012



The One People's Public Trust, 1776
**DECLARATION OF FACTS**
UILO Doc. No. 2012127914

Trustees
Caleb Paul Skinner
Heather Ann Tucci-Jarraf
Hollis Randall Hillner

will choice, and principle of law aligned with common law under the laws of the creator, under the laws of creation, all domicil by creation therein, by and under lawful Universal Contract by and between the respective bondservant and the creator that resulted in the creation of said state of body, duly accepted and ratified as duly made and entered into, with mutual value given and received by and between said bondservant and the creator upon creation of said state of body and any and all value of creation domicil by creation therein, due notice made and given upon creation, accepted and guarded, preserved and protected by the Public Trust, under Universal Trust, under the trust of creation, duly established by creation at creation, nunc pro tunc, praeterea praeterea, unrebutted, *Articles I-VI and any and all sections thereunder are restated, specifically preserved and protected under International Law Ordinance UCC Doc No.'s 2012113593 and WA UCC Doc. No. 2012-296-1209-2, under perpetuity, 2000043135, public policy, UCC 1-103, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305, without prejudice, public policy UCC 1-308, reconfirming and ratifying International Law Ordinance UCC Doc. No.'s 2012079290 and 2012079322, due notice made and given and due knowledge received, public policy UCC 1-202, and a matter of record, UCC 1-201(31), inclusive of upon creation, Article I restated in its entirety, and Genesis 1:1, KJB, Washington Constitution Article I Section 11, Oregon Constitution Article I Section 3, Hawaiian Constitution Article I Section 4, US Constitution for the united States of America, Article 4, Section 3, Clause 1, and Bill of Rights Amendment 1, The Declaration of Independence, July 4, 1776, and any and all international equivalents;*

B. The bondservant under lawful Universal Contract by and between said bondservant and the creator resulting in the creation of a state of body, also known as the planet "earth", equally one of creation's value asse centers, with sole personal responsibility and liability as the lawful and legal sole custodian, operator and trustee thereto, thereof, and for all that results directly therefrom holding creation's religious creed and dictates of creation's conscience thereof, inclusive of any and all value of creation domicil by creation therein, thereon, and therefrom, inclusive of any and all lands, airs, and seas, inclusive of and anything, therein, thereon, thereof, therefrom, and therewith, inclusive of indefeasible title and ownership thereto and thereof, under lawful Universal Contract by and between bondservant and the creator, duly verified as duly accepted and ratified as duly made by and between the bondservant and creation upon creation of said state of body and any and all value domicil by creation therein, thereon, and thereof, state of body domicil by choice in the universe without prejudice, due notice made and given upon creation, public policy, UCC 1-202, nunc pro tunc, praeterea praeterea, unrebutted; The right of opportunity as co-custodian, co-operator, and co-trustee with said state of body granted by creation under and by any and all lawful Universal Contracts equally, said right of opportunity duly accepted and guarded, preserved and protected by the Public Trust, under Universal Trust, under the trust of creation, duly established by creation at creation nunc pro tunc, praeterea praeterea, unrebutted; All said, restated, and duly verified as having been knowingly, willingly, and intentionally recognized, accepted, secured and entered into International Law Ordinance, notice by public registration, duly accepted and guarded, preserved and protected by the Public Trust, under Universal Trust, under the trust of creation, duly established by creation at creation, nunc pro tunc, praeterea praeterea, unrebutted, *Articles I-VI and any and all sections thereunder are restated, specifically preserved and protected under International Law Ordinance UCC Doc No.'s 2012113593 and WA UCC Doc. No. 2012-296-1209-2, under perpetuity, 2000043135, public policy, UCC 1-103, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305, without prejudice, public policy UCC 1-308, reconfirming and ratifying International Law Ordinance UCC Doc. No.'s 2012079290, 2012079322, 2012094308, 2012094309, 2012096047, due notice made and given and due knowledge thereof duly received, public policy UCC 1-202, and a matter of record, UCC 1-201(31), inclusive of upon creation, Article I restated in its entirety, and Genesis 1:1, KJB, Washington Constitution Article I Section 11, Oregon Constitution Article I Section 3, Hawaiian Constitution Article I Section 4, US Constitution for the united States of America, Article 4, Section 3, Clause 1, and Bill of Rights Amendment 1, The Declaration of Independence, July 4, 1776, and any and all international equivalents;*

C. Universal Law and the laws of creation, aligned with the principle of common law, duly preserved, protected and guaranteed



The One People's Public Trust
**DECLARATION OF FACTS**

ber 28, 2012



The One People's Public Trust, 1776
**DECLARATION OF FACTS**
IIILO Doc. No. 2012127914

Trustees
Caleb Paul Skinner
Heather Ann Tucci-Jarraf
Hollis Randall Hillner

by public policy, UCC 1-103, with remedy thereunder preserved, protected, and guaranteed, public policy, UCC 1-305, are duly verified as having been knowingly, willingly, and intentionally recognized, accepted, secured and entered into International Law Ordinance, notice by public registration, duly accepted and guarded, preserved and protected by the Public Trust, under Universal Trust, under the trust of creation, duly established by creation at creation, nunc pro tunc, praeterea preterea, unrebutted, *specifically duly verified due notice made and given upon creation, and Articles I-VI and any and all sections thereunder are restated, specifically preserved and protected under International Law Ordinance UCC Doc No.'s 2012113593 and WA UCC Doc. No. 2012-296-1209-2, under perpenuity, 2000043135, public policy, UCC 1-103, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305, without prejudice, public policy UCC 1-308, herein and hereafter "governing law";*

D. Article VII sections A-C are restated, and that all duly accepted and guarded, preserved and protected by the Public Trust, under Universal Trust, under the trust of creation, duly established by creation at creation, inclusive of any and all lawful and legal records and International Law Ordinances of creation's value asset centers, herein identified, inclusive of any and all lawful and legal title, ownership, custodianship, and trusteeship thereof and thereto, inclusive of any and all records thereof, restated, were and are duly verified and reconfirmed as duly accepted and guarded, preserved and protected by the Public Trust, under Universal Trust, under the trust of creation, duly established by creation at creation, duly guaranteed and insured by personal bond of the Trustees of the Public Trust, nunc pro tunc, praeterea preterea, unrebutted, *Articles I-VI and any and all sections thereunder are restated, specifically preserved and protected under International Law Ordinance UCC Doc No.'s 2012113593 and WA UCC Doc. No. 2012-296-1209-2, under perpetuity, 2000043135, public policy, UCC 1-103, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305, without prejudice, public policy UCC 1-308, all reconfirming and ratifying International Law Ordinance UCC Doc. No.'s 2012079290 and 2012079322, due notice made and given and due knowledge thereof duly received, public policy UCC 1-202, and a matter of record, UCC 1-201(31), inclusive of upon creation, Article I restated in its entirety, and Genesis 1:1, KJB, Washington Constitution Article I Section 11, Oregon Constitution Article I Section 3, Hawaiian Constitution Article 1 Section 4, US Constitution for the united States of America, Article 4, Section 3, Clause 1, and Bill of Rights Amendment 1, The Declaration of Independence, July 4, 1776, and any and all international equivalents;*

E. The undersigned bondservants, states of body, and Trustees, as PUBLIC SERVANTS, knowingly, willingly, and intentionally declare, reconfirm, verify and enter into Universal Law Ordinance, notice by action duly entered into International Law Ordinance, notice by public registration, that we have and do guard, preserve, protect, guarantee and insure, with full personal responsibility and liability, duly exercised with absolute and extreme prudence and care, the Public Trust, under Universal Trust, under the trust of creation, duly established by creation upon creation, and all that is duly accepted therein and guarded, preserved and protected thereby, nunc pro tunc, praeterea preterea, unrebutted, *Articles I-VII and any and all sections thereunder are restated;*

VIII. International Law Ordinance UCC Doc. No. 2012127854, with Receipt No. 1273007, specifically Articles I-VII and any and all sections thereunder are restated and incorporated in its entirety here as if set forth in full; Duly verified as duly reconfirmed and ratified, entered into Universal Law Ordinance, notice by action of entry into International Law Ordinance, notice by registration, public policy UCC 1-202.

IX . Article I-VII and any and all sections thereunder are restated, and the undersigned bondservants, states of body, and Trustees, as PUBLIC SERVANTS, knowingly, willingly, and intentionally declare, reconfirm, verify and enter into Universal Law Ordinance notice by action duly entered into International Law Ordinance, notice by public registration, that we did lawfully and legally act



The One People's Public Tru
**DECLARATION OF FACTS**

Page 5 OF 11
AFF: CPS_HATJ_HRH

W.B.R.B.R.

November 28, 2011



The One People's Public Trust, 1776
**DECLARATION OF FACTS**
UILO Doc. No. 2012127914

*Trustees*
*Caleb Paul Skinner*
*Heather Ann Tucci-Jarraf*
*Hollis Randall Hillner*

and represent on behalf of the aggrieved states of body domicil without prejudice by creation on earth, UCC 1-201(2, 31, and 33-34), duly guarded, preserved, and protected by Trust pursuant to remedy duly preserved, protected and guaranteed, public policy UCC 1-305, *Article IV section C, restated, UCC Doc. No.'s 2012114093, 2012114586, 2012114776, specifically ratifying UCC Doc. No. 2012096074, duly reconfirmed and ratified by COMMERCIAL BILL UCC Doc. No. 2012114586, duly reconfirmed and ratified by TRUE BILL UCC Doc. No. 2012114776, all duly reconfirming and ratifying 2012079290 and 2012079322,* as a matter of record, UCC 1-201(31), specifically:

A. Duly verified due COMMERCIAL BILL, duly issued for the full duly verified DEBT, inclusive of sum certain EQUITY and DAMAGES, perfected as due, owed, and collectible, against any and all Principals, agents, and beneficiaries of, and any and all unlawful and illegal private money systems thereto, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS against states of body without said states of body's knowing, willing, and intentional consent, NUNC PRO TUNC, PRAETEREA PRETEREA, by duly verified due FORECLOSURE thereof, remedy duly preserved, protected and guaranteed, public policy, UCC 1-305, and duly entered into International Law Ordinance, notice by public registration, unrebutted, specifically duly verified as a matter of record, UCC 1-201(31), specifically:

(1.) Duly verified due NOTICE OF MISTAKE of operation of private money systems, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS against said states of body domicil without prejudice by creation on earth, without their knowing, willing, and intentional consent, inclusive of any and all systems operating under the guise of "government", in any and all manifestations without prejudice, inclusive of (former) The United States of America Federal Government, UNITED STATES, the several "STATE OF . . ", and any and all international equivalents, inclusive of any and all departments thereunder purporting to be executive, legislative, judicial, and financial, inclusive of any and all TREASURIES and BANKS, and any and all REPRESENTATIONS therefrom, for cause, NUNC PRO TUNC, PRAETEREA PRETEREA,duly made in conjunction with verified due NOTICE OF INSECURITY, NOTICE OF ACCEPTANCE OF REMEDY OFFERED, as a matter right, a matter of record, UCC 1-201(31), guaranteed under duty of good faith to perform, OMB, public policy UCC 1-201(31-32 and 34) and 1-304, to re-pay any and all unlawfully and illegally commandeered value of states of body upon demand made, NOTICE OF OPPORTUNITY TO CURE, and NOTICE OF DEMAND TO CURE pursuant to duly secured right of remedy preserved, public policy UCC 1-201(32 and 34), and presented by said offer of remedy, guaranteed under duty of good faith performance, UCC 1-304, were duly made and noticed, for cause, and duly entered into International Law Ordinance, notice by public registration, unrebutted, specifically duly underwritten UCC Doc. No.' 2000043135, 2011125777, 2011-353-7388-9, 2011-353-7395-7, 2011121448, 2011-339-3764-9, 2011119645, 2011-360-8868-3;

(2.) Article VIII section B subsection 1 is restated, and knowledge thereof duly verified as duly received by said Principals, agents, and beneficiaries, and duly entered into International Law Ordinance, notice by public registration, UCC 1-202, unrebutted;

(3.) Principals, agents, and beneficiaries' duly verified due NOTICE OF INTENT TO DEFAULT, NOTICE OF INSOLVENCY, public policy UCC 1-201(23), and NOTICE OF INTENT TO COMMIT FUTURE DAMAGE against said states of body, by duly verified unwillingness or incapability to cure by remedy offered, pursuant to right of remedy of record, public policy UCC 1-201 (31-32 and 34), in violation of right preserved under said public policy, as duly promised and duly secured for performance under OMB, inclusive of any and all damages caused thereby, to said states of body specifically damage caused and to be caused by unlawful and illegal acts of deception, fraud, and theft by said Principals, agents, and



The One People's Public Trust
**DECLARATION OF FACTS**

Page 6 Of 12
ATT: CPS_HATJ_HRH

ber 18, 2012

The One People's Public Trust, 1776
**DECLARATION OF FACTS**
FILO Doc. No. 2012127914



*Trustees*
Caleb Paul Skinner
Heather Ann Tucci-Jarraf
Hollis Randall Hillner

beneficiaries against states of body, a matter of record, UCC 1-201(31) by unlawful and illegal EXECUTIVE ORDER, TREATY, ACT, CODE and other AGREEMENT, entered into International Law Ordinance, notice by public registration, were duly accepted by the undersigned as being knowingly, willingly, and intentionally made and given, and duly verified due NOTICE OF DEFAULT and NOTICE OF FORECLOSURE were duly made, for cause, and duly entered into International Law Ordinance, notice by registration, by due DECLARATION AND ORDER, unrebutted, specifically UCC Doc. No.'s 2011-362-9411-4, 2012049126, 2012-125-1787-8, 2012079290, 2012079322, 201208334;

(4). Article IX section A subsection 3 is restated, and knowledge thereof duly verified as duly received by said Principals, agents, and beneficiaries, and duly entered into International Law Ordinance, notice by public registration, UCC 1-202, unrebutted;

(5.) Duly verified due NOTICE OF REVOCATION, TERMINATION, CANCELATION, pursuant to public policy, UCC 1-309, and NOTICE OF ORDER TO CEASE AND DESIST, inclusive of any and all duly secured CORPORATIONS, OFFICES, DEPARTMENTS, and commercial indentures thereto, was duly made, with duly verified due COMMERCIAL BILL for EQUITY and DAMAGES, duly issued, ratified and entered, for cause, concurrently with verified due NOTICE OF DEMAND OF ORDER FOR RECONCILIATION for any and all value domicil by creation in any and all states of body domicil without prejudice by creation on earth, duly entered into International Law Ordinance, notice by public registration, against any and all Principals, agents, and beneficiaries of, and any and all unlawful and illegal private money systems, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEM thereto, unrebutted, specifically UCC Doc. No.'s 2012086794, 2012086802, 2012088787;

(6.) Article IX section A subsection 5 is restated, and knowledge thereof duly verified as duly received by said Principals, agents, and beneficiaries, and duly entered into International Law Ordinance, notice by public registration, UCC 1-202, unrebutted;

(7.) Article IX section A subsection 5 is restated, and duly verified due DECLARATIONS AND ORDERS re-confirming, ratifying, and verifying due FORECLOSURE and said COMMERCIAL BILL was duly issued against Principals, agents, and beneficiaries of, and any and all unlawful and illegal private money systems, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEM thereto, unrebutted, specifically UCC Doc. No. 2012088851, 2012088865 duly ratifying and verifying 2012079290, 2012079322, 2012083304, 2012086794, 2012086802, 2012088787, specifically;

(i.) Articles I-IX and any and all sections and their sub-sections therein and thereunder are restated, and knowledge thereof duly verified as duly received by said Principals, agents, and beneficiaries, and duly entered into International Law Ordinance, notice by public registration, UCC 1-202, unrebutted;

(ii.) That said Principals, agents, and beneficiaries, by their duly verified choice of failure to cure and DEFAULT, did knowingly, willingly, and intentionally consent to immediate lawful and legal FORECLOSURE of any and all private money systems, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS against said states of body, without said states of body's knowing, willing, and intentional consent, unrebutted;

(iii.) That any and all private money systems, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS against states of body domicil without prejudice by creation on earth without said states of body's knowing,



The One People's Public Trust
**DECLARATION OF FACTS**

The One People's Public Trust, 1776
**DECLARATION OF FACTS**
UILO Doc. No. 2012127914



Trustees
Caleb Paul Skinner
Heather Ann Tucci-Jarraf
Hollis Randall Hillner

willing, and intentional consent, are and were duly verified as unlawful and illegal. NUNC PRO TUNC, PRAETEREA PRETEREA, unrebutted;

(iv.) That said Principals, agents, and beneficiaries of and any and all private money systems, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS against said states of body were lawfully and legally FORECLOSED, as a matter of law, matter of fact, and as a matter of public policy, and duly entered into International Law Ordinance, notice by public registration, NUNC PRO TUNC, PRAETEREA PRETEREA, unrebutted,

(v.) that certain sum of EQUITY in the amount of 5,000,000,000.00 (five billion) to each of said states of body, duly secured by COMMERCIAL CLAIM and COMMERCIAL BILL, was and is duly verified as DEBT perfected as due, owed, collectible and payable in the form of lawful money of The United States of America, gold and silver, hereafter "DEBT", unrebutted;

(vi.) that certain sum of DAMAGES in the amount of 5,000,000,000.00 (five billion) to each of said states of body damaged thereby; duly secured by COMMERCIAL CLAIM and COMMERCIAL BILL, was and is duly verified as DEBT perfected as due, owed, collectible and payable in the form of lawful money of The United States of America, gold and silver, hereafter also "DEBT", unrebutted;

(vii.) that the form of payment of said duly verified DEBT was duly verified as previously knowingly, willingly, and intentionally agreed to by said Principals, agents, and beneficiaries, notice made and given by action, inclusive of creation, issuance, and unlawful and illegal enforcement, transfer and acceptance of current funds and any and all derivatives therefrom, inclusive of invalid and unenforceable instruments thereto unlawfully and illegally entered into International Law Ordinance, notice by public registration, with unlawful and illegal "demand" for payment thereof in "lawful money of The United States of America", unrebutted, **specifically US Constitution for the united States of America, Article 1 section 10**;

(viii.) That said duly verified DEBT was duly ledgered against said Principals, agents, and beneficiaries for immediate reconciliation, and was lawfully and legally duly entered into International Law Ordinance, notice by public registration, unrebutted;

(ix.) That duly verified due NOTICE OF ORDER FOR RECONCILIATION for any and all value, inclusive of said DEBT, was duly made, given and noticed to, with knowledge thereof duly received by, said Principals, agents, and beneficiaries, and was lawfully and legally duly entered into International Law Ordinance, notice by public registration, unrebutted;

(x.) That duly verified due NOTICES OF DEMAND FOR PAYMENT of said DEBT was duly made, given and noticed to, with knowledge thereof duly received by, said Principals, agents, and beneficiaries, and was lawfully and legally duly entered into International Law Ordinance, notice by public registration, unrebutted;

(xi.) That any and all CHARTERS, inclusive of The United States Federal Government, UNITED STATES, "STATE OF ...", inclusive of any and all abbreviations, idem sonants, or other legal, financial and managerial forms, and any and all





The One People's Public Trust: 1776
DECLARATION OF FACTS
UILO Doc. No. 2012127914

Trustees
Caleb Paul Skinner
Heather Ann Tucci-Jarraf
Hollis Randall Hillner

international equivalents, inclusive of any and all OFFICES, inclusive of any and all OFFICERS, PUBLIC SERVANTS, EXECUTIVE ORDERS, TREATIES, CONSTITUTIONS, MEMBERSHIP, ACTS, and any and all other contracts and agreements made thereunder and thereby, are null, void, worthless, or otherwise canceled, unrebutted;

(xii.) except for the sole purpose of bookkeeping, ledgering and reconciliation of verified equity debt and verified debt of damages pursuant to verified due ORDER FOR RECONCILIATION, any and all REPRESENTATION OF VALUE, in any existence and form, inclusive of any and all purported paper, chattels, current funds, natural resources, human capital, metals, and any and all derivatives thereof and therefrom, are null, void, worthless, or otherwise canceled, unrebutted;

(xiii.) except for the sole purpose of bookkeeping, ledgering and reconciliation of verified equity debt and verified debt of damages pursuant to verified due ORDER FOR RECONCILIATION, any and all REPRESENTATION OF PERSON, in any existence and form, inclusive of ALL purported identifiers, social security numbers, abbreviations, idem sonans, or other legal, financial and managerial forms, secured accounts, are null, void, worthless, or otherwise canceled, unrebutted;

(xiv.) REPRESENTATION OF TITLE, OWNERSHIP, AND AUTHORITY of and over any and all the airs, lands, and seas domicil by creation on earth, in any and all existence and form, inclusive of any and all purported titles, acts, and derivatives therefrom, are null, void, worthless, or otherwise canceled, unrebutted;

(8.) Article IX section A subsection 7, inclusive of all subsections thereunder, are restated, and knowledge thereof duly verified as duly received by said Principals, agents, and beneficiaries, and duly entered into International Law Ordinance, notice by public registration, UCC 1-202, unrebutted;

B. Duly verified due NOTICE OF DECLARATION AND ORDER FOR RECONCILIATION to duly verified Public Servants for lawful and legal ARREST and REPOSSESSION of said Principals, agents, and beneficiaries, and the unlawful and illegal private money systems, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS, for cause of TREASON and other heinous crimes against said states of body, was duly made and given and duly entered into International Law Ordinance, notice by public registration, by due DECLARATION AND ORDER, UCC Doc. No. 2012096074, duly guaranteed public policy UCC 1-305, specifically duly verifying the record, public policy UCC 1-201(31), of the knowing, willing, and intentional choice by said Principals, agents, and beneficiaries to continue operation of unlawful and illegal private money systems, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS against said states of body with duly verified prior knowledge of due FORECLOSURE and COMMERCIAL BILL, unrebutted;

C. Article IX section B is restated, and said duly verified due NOTICE OF DECLARATION AND ORDER, UCC Doc. No. 2012096074, is duly verified as duly declaring and confirming automatic and due reconciliation, acceptance, and ratification of any and all Public Servants pursuant to the duly verified terms and conditions therein, duly verified as secured by due bond, insurance, and guarantee of the Trustees of record of the Public Trust, was duly made, given and noticed to, with knowledge thereof duly received by, said Principals, agents, and beneficiaries, and duly entered into International Law Ordinance, notice by public registration, by due DECLARATION AND ORDER, unrebutted, specifically UCC Doc. No. 2012096074;

D. Article IX sections B-C are restated, and knowledge thereof duly verified as duly received by said Principals, agents, and beneficiaries, and duly entered into International Law Ordinance, notice by public registration, public policy UCC 1-202 and 1-103, specifically Principal Agent Doctrine, unrebutted:



The One People's Public Trust
DECLARATION OF FACTS
www.peoplestrust1776.org



The One People's Public Trust, 1776
**DECLARATION OF FACTS**
UILU Doc. No. 2012127914

_Trustees_
Caleb Paul Skinner
Heather Ann Tucci-Jarraf
Hollis Randall Hillner

X.  International Law Ordinance UCC Doc. No. 2012127907, with Receipt No. 1273051, specifically Articles I-IX and any and all sections thereunder are restated and incorporated in its entirety here as if set forth in full; Duly verified as duly reconfirmed and ratified, entered into Universal Law Ordinance, notice by action of entry into International Law Ordinance, notice by registration, public policy UCC 1-202, matter of record, public policy UCC 1-201(31);

XI.  Articles I-X, and any and all subsections thereunder are restated, and the undersigned bondservants, states of body, and Trustees, as PUBLIC SERVANTS, knowingly, willingly, and intentionally declare, reconfirm, verify and enter into Universal Law Ordinance, notice by action duly entered into International Law Ordinance, notice by public registration, that we did lawfully and legally act and represent on behalf of the aggrieved states of body domicil without prejudice by creation on earth, UCC 1-201(2, 31, and 33-34), duly guarded, preserved, and protected by Trust, pursuant to remedy duly preserved, protected and guaranteed, public policy UCC 1-105, *Article IV section C*, *restated, UCC Doc. No.'s 2012114093, 2012114586, 2012114776, specifically ratifying UCC Doc. No. 2012096074, duly reconfirmed and ratified by COMMERCIAL BILL UCC Doc. No. 2012114586, duly reconfirmed and ratified by TRUE BILL UCC Doc. No. 2012114776, all duly reconfirming and ratifying 2012079290 and 2012079322*, as a matter of record, UCC 1-201(31), specifically:

A.  Duly verified due NOTICE OF CANCELATION OF CHARTERS, pursuant to public policy, UCC 1-309, with duly verified due TRUE BILL, were duly issued against any and all Principals, agents, and beneficiaries of, and any and all unlawful and illegal private money systems, issuing, collection, legal enforcement systems thereto, operating SLAVERY SYSTEMS against states of body without said states of body's knowing, willing, and intentional consent, specifically BANKS and BRANCHES thereto, public policy UCC 1-201(4 and 7), NUNC PRO TUNC, PRAETEREA PRETEREEA, was duly entered into International Law Ordinance, notice by public registration, unrebutted, duly verified as a matter of record, UCC 1-201(31), specifically:

(1.)  Articles I-VIII and any and all sections and their sub-sections thereunder are restated, and knowledge thereof duly verified as duly received by said Principals, agents, and beneficiaries, and said SLAVERY SYSTEMS thereto, and were lawfully and legally duly entered into International Law Ordinance, notice by public registration, UCC 1-202, inclusive of duly secured as CUSTODIANS, UCC Doc No. 2012079322, under Principal Agent Doctrine, preserved by public policy, UCC 1-103, specifically CUSTODIAN BANK FOR INTERNATIONAL SETTLEMENTS "BIS", UCC 1-201(4), as principal, agent and beneficiary of and to any and all unlawful and illegal private money systems, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEM, duly verified as duly FORECLOSED, inclusive of ANY AND ALL BRANCHES, UCC 1-201(7), inclusive of BIS MEMBERS (any and all CENTRAL BANK, financial institution, corporation and any and all international equivalents), AND ANY AND ALL THE MEMBERS THERETO and THEREUNDER (any and all national, state, and private banks, financial institution, corporation, and any and all international equivalents, re-organized under CENTRAL BANK membership, inclusive of the current re-organization beginning 1918), unrebutted;

(2.)  Duly verified due presentment of the undersigned bondservants, states of body, and Trustees of record of the Public Trust, at BIS, with duly verified due NOTICE OF DEMAND FOR ACCOUNT(S) INSPECTION AND BOOKKEEPING, specifically of any and all gold and silver accounts and holdings, pursuant to duly verified due FORECLOSURE and DECLARATIONS AND ORDERS, inclusive of RECONCILIATION for COLLECTION of duly verified DEBT, was duly made, given, and noticed on October 22, 2012, unrebutted;

(3.)  Article VIII section C subsections 1-2 are restated, and knowledge thereof duly verified as duly received by said

The One People's Public Trust
**DECLARATION OF FACTS**

Page 10 OF 12
ATF: CPS_HATJ_HRH

www.peoples...
Issu...

November 28, 2012

The One People's Public Trust; 1776
**DECLARATION OF FACTS**
UILO Doc. No. 2012127914



Trustees
Caleb Paul Skinner
Heather Ann Tucci-Jarraf
Hollis Randall Hillner

Principals, agents, and beneficiaries, public policy UCC 1-202 and 1-103, specifically Principal Agent Doctrine, and was lawfully and legally duly entered into International Law Ordinance, notice by public registration, unrebutted, *specifically UCC Doc. No.'s 2012114093;*

(4.) Article VIII section C subsection 3 is restated, and the undersigned do duly verify that they did accept duly verified due NOTICE OF INTENT TO DEFAULT and NOTICE OF INSOLVENCY, public policy UCC 1-201(23), specifically unlawful and illegal refusal to permit due lawful and legal INSPECTION and BOOKKEEPING, as knowingly, willingly and intentionally made and given by BIS. as CUSTODIAN and as Principal, agent, and beneficiary of and to said SLAVERY SYSTEMS, and duly verified due NOTICE OF DEFAULT, NOTICE OF REVOCATION, TERMINATION, AND CANCELLATION OF CUSTODIAN and COMMERCIAL BILL, were duly made and given, and lawfully and legally duly entered into International Law Ordinance, unrebutted, *specifically UCC Doc. No. 2012114093 and 2012114586;*

B. Article XI section A subsections 1-4 are restated, and knowledge thereof duly verified as duly received by said Principals, agents, and beneficiaries, public policy UCC 1-202 and 1-103, specifically Principal Agent Doctrine, and duly verified due TRUE BILL, pursuant to public policy 1-305, was duly issued against BIS, as CUSTODIAN and as Principal, agent, and beneficiary of and to said SLAVERY SYSTEMS, for cause, specifically that there was no mistake, and that they were unwilling or incapable to produce said accounts for said due inspection and bookkeeping, waiving any and all rights and opportunities granted to cure, knowingly, willingly, and intentionally choosing to foreclose upon themselves without the possibility of defense, unrebutted, and was lawfully and legally duly entered into International Law Ordinance, notice by public registration, unrebutted, *specifically UCC Doc. No.'s 2012114776, TRUE BILL UCC Doc. No. 2012114776, specifically ratifying UCC Doc. No. 2012114093, 2012114586, 2012096074,* and Article 1. restated:

UCC Doc. No.'s 2012127810, 2012127854, 2012127907, and this UILO, specifically Articles I-XI and any and all sections and their subsections thereunder are restated, and the undersigned bondservants, states of body, and Trustees do knowingly, willingly, and intentionally declare, confirm, and verify this DECLARATION OF FACTS is knowingly, willingly and intentionally made, sworn and verified as being lawfully and legally duly made, given, known, secured, entered, noticed, and knowledge thereof duly received, public policy UCC 1-202, specifically by any and all Principals, agents, and beneficiaries any and all unlawful and illegal private money systems, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS, under governing law, preserved and protected under perpetuity, as herein stated, restated, with additional due notice made and given via world-wide web, further posted at www.peoplestrust1776.org, for all states of body, the universe and creation to rely upon and cite, lawfully and legally constituting duly verified and bonded underwriting of the value of creation and its value asset centers herein duly identified and duly secured and entered into Universal and International Law Ordinances, as a matter of record, public policy UCC 1-201(31); NUNC PRO TUNC, PRAETEREA PRETEREA, UNREBUTTED:

NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND NOTICE TO AGENT IS NOTICE TO PRINCIPAL, public policy UCC 1-103, without prejudice UCC 1-308, unrebutted.

**A FACSIMILE OR DIGITAL COPY OF THIS ORIGINALLY EXECUTED WRITTEN DECLARATION OF FACTS SHALL BE LEGALLY BINDING AS AN ORIGINAL AND IT IS EFFECTIVE IMMEDIATELY.**



The One People's Public Trust
**DECLARATION OF FACTS**

ember 28, 2012

The One People's Public Trust, 1776
**DECLARATION OF FACTS**
UILO Doc. No. 2012127914



*Trustees*
Caleb Paul Skinner
Heather Ann Tucci-Jarraf
Hollis Randall Hillner

DULY VERIFIED as ISSUED and duly entered into Universal Law Ordinance, notice by action of entry into International Law Ordinance, notice by public registration, with due standing, authority and authorization, November 28, 2012, !knowingly, willingly and intentionally made, given. and noticed, with unlimited personal liability, sworn under the penalties of perjury in accordance with lawful Universal Contract, under governing law, International Law Ordinance UCC Doc No. 2012113593 and WA UCC Doc. No. 2012-296-1209-2. preserved and protected under perpetuity 2000043135, guaranteed, protected and secured, public policy, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305; Duly witnessed, secured, entered and noticed; Without prejudice as promised, preserved, and protected, public policy, UCC 1-308, NUNC PRO TUNC. PRAETEREA PRETEREA;

DULY RE-CONFIRMED AND RE-VERIFIED IN TRUST:

*Trustee*

In the authorized capacity as **Acknowledged** Trustee of The Public

DULY ACCEPTED AND RE-RATIFIED:

In the capacity as **the principal created** by the creator, the **living man/woman** **domicil** by choice on the several **corresponding states of** America, several states citizens thereon, Creditor, Bailor, Grantor **and** Beneficiary of the Original Jurisdiction, Secured Party, a Beneficiary of GOVERNMENT[S], a Holder-In-Due-Course of GOVERNMENT[S], et. al., a natural man/woman (or in the alternative, a cognizable person of standing and proper party status, as apposit).

AS DULY AUTHORIZED AND ORDERED:

In the capacity as one with the almighty **creator** and Bondservant thereof.

For all the world to rely upon:

NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

The One People's Public Trust
**DECLARATION OF FACTS**
www.peoples**trust1776.org** November 28, 2012

Page 12 OF 12
ATT: CPS_HATJ_HRH

# ANNEX 39

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 39** | UCC record number 2012132883 | 1 - 9 |

Pg. 1 *of* 1

Page 1 of 9

Date: 12/10/2012   6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)
The One Peoples Public T   253-509-4597

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
The One Peoples Public Trust 1776


Gig Harbor, WA 98335
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
2000043135 - 5-4-2000

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c, and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor  or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address. Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.  ☐ DELETE name. Give record name to be deleted in item 6a or 6b.  ☐ ADD name. Complete item 7a or 7b, and also item 7c, also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME
THE PUBLIC TRUST

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned

```
ALL RIGHTS RESERVED WITHOUT PREJUDICE,  UCC Doc. # 2000043135, the
perpetuity, is hereby duly amended only to include the following additional
collateral as follows,

WITH DUE STANDING, AUTHORITY, and AUTHORIZATION, without prejudice, public
policy, UCC 1-308, creator, experiencing by creation, knowingly, willingly,
and intentionally manifesting self through, by, and between bondservant
therefrom and any and all manifestations thereunder by Universal Contracts,
in any and all existences, does knowingly, willingly, and intentionally
```

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME
THE PUBLIC TRUST

OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA
without prejudice/s/ Heather Ann Tucci-Jarraf, as Trustee

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV 07/29/98)

Date: 12/10/2012   6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY
11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
12a. ORGANIZATION'S NAME
THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

RECORDER OF DEEDS
Doc Type: EFINANCING
PROCESSING              $     5.00
E-RECORD                $    25.00
ESURCHARGE              $     6.50

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

--------------------------
Additional collateral info
--------------------------

make and give duly made NOTICE OF AFFIDAVIT OF FULL PERFORMANCE,
DECLARATION OF CERTIFICATE OF SATISFACTION, and DECLARATION AND ORDER, with

full responsibility and liability, as a matter of record, duly entered into

Law Ordinance, notice upon creation, inclusive of Universal Law Ordinance,

notice by action of due entry into International Law Ordinance, notice by
public registration, for all creation''s universe to rely upon, with
additional notice duly made and given, under governing law, International
Law Ordinance UCC Doc No. 2012113593 and WA UCC Doc. No. 2012-296-1209-2,
governing law, preserved and protected under UCC Doc. No. 2000043135, the
Perpetuity, guaranteed, protected and secured, public policy, UCC 1-103,
common law remedy thereunder guaranteed, public policy, UCC 1-305, NUNC PRO

TUNC, PRAETEREA PRETEREA, unrebutted, restated and incorporated here by
reference as if set forth in full, this December 9th, in the order of
creation, inclusive of Two Thousand and Twelve, and as creation exists, the

foregoing is true and correct and I am competent to say so, unrebutted:

I.  I duly verify by AFFIDAVIT OF FULL PERFORMANCE that the purpose of
creator, experiencing by creation, has been duly achieved, and is now duly

entered into the record of creation, lovingly, knowingly, willingly and
intentionally made and kept in the normal course of creation, inclusive of

any and all records therefrom, of and for any and all manifestations and
existences in the universe of creation, inclusive of any and all existences

and manifestations therein, inclusive of any and all lawful and legal
Universal Contracts resulting from the agreement by and between creator,
experiencing by creation, and bondservant, duly made under the laws of
creation, record of creation, is duly verified as having been knowingly,
willingly, and intentionally recognized, accepted, secured and entered into

Law Ordinance, notice by creation, inclusive of Universal Law Ordinance,

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Date: 12/10/2012    6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

RECORDER OF DEEDS
Doc Type: EFINANCING

**11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)**

2000043135

| PROCESSING | $ | 5.00 |
|---|---|---|
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)**
**12a. ORGANIZATION'S NAME**

THE PUBLIC TRUST

OR **12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME,SUFFIX**

**13. Use this space for additional information**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

notice by action of entry into International Law Ordinance, notice by
public

registration, duly verified as accepted and guarded, preserved, and
protected by the Public Trust, under Universal Trust, guaranteed under the

trust of creation, duly established by creator at creation, duly noticed
upon creation, and duly ratified as absolute truth upon every manifestation

therefrom, nunc pro tunc, praeterea preterea, unrebutted, and SO IT IS
DONE;

A.  As creator, experiencing by creation, I duly verify that I did
lovingly, knowingly, willingly, and intentionally choose to create from
self

an existence of duality duly manifested as bondservant for the sole purpose

to experience remembering self, knowing self, and be''ing self through duly

secured and guaranteed free will choice, this purpose of creation,
unrebutted;

B.  As bondservant, I duly verify that I did lovingly, knowingly,
willingly, and intentionally choose to accept to be of service to this
purpose of creation, to remember self, know self, and be self, through
knowing, willing, and intentional creation of  manifestations, in any and
all existences, unrebutted;

C.  As manifestation of creation, the undersigned states of body, I duly
verify that I did lovingly, knowingly, willingly, and intentionally choose

to agree to forget self on purpose so that I could remember self, know
self,
and be self by free will choice, unrebutted;

D.  Article I sections A-C are restated, and I, as manifestation, do
lovingly, knowingly, willingly, and intentionally declare, with full
personal responsibility and liability, by free will choice, under the
penalties of perjury under the laws of creation, that I duly verify that
this purpose of creation has been achieved, and that satisfaction of this
purpose of creation is duly a matter of record of creation, specifically,
~~that I have remembered, that I do know, and that I AM self, and that I have~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Date: 12/10/2012   6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
PROCESSING                    $      5.00
E-RECORD                      $     25.00
ESURCHARGE                    $      6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)**
2000043135

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)**

**12a. ORGANIZATION'S NAME**
THE PUBLIC TRUST

OR | **12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME,SUFFIX**

**13. Use this space for additional information**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

prejudice, unrebutted, Law Ordinance duly entered into the record of
creation, notice upon creation, UILO UCC Doc. No.''s 2012127810,
2012127854,
2012127907, 2012127914, 2012128324, and 2012128325, unrebutted, and SO IT
IS DONE, unrebutted;

E.  Article I sections A-D are restated, and I, as bondservant, do
lovingly, knowingly, willingly, and intentionally reconfirm and verify,
with
full personal responsibility and liability, that this purpose of creation
is and has been achieved by free will choice of manifestation, and SO IT IS

DONE, unrebutted;

II.  I, as creator, experiencing by creation, in creation''s universe,
lovingly, knowingly, willingly and intentionally accept the above AFFIDAVIT

OF FULL PERFORMANCE, and I do verify and ratify by DECLARATION OF
CERTIFICATE OF SATISFACTION, for all creation''s universe to rely upon,
with
my full personal responsibility and liability, that this purpose of
creation has been duly achieved, and is a matter of record of creation,
notice upon creation, inclusive of Universal Law Ordinance, notice by
action
of entry into International Law Ordinance, notice by public registration,
and SO IT IS DONE, unrebutted;

III.  I, as creator, experiencing by creation, in creation''s universe,
pursuant to loving promise, do now lovingly, knowingly, willingly, and
intentionally issue and enter into the record of creation, notice upon
creation, inclusive of Universal Law Ordinance, notice by action of entry
into International Law Ordinance, notice by public registration, this
DECLARATION AND ORDER to re-purpose any and all manifestations in
creation''s universe, from the image of self to be''ing self, absolute
love,
and SO IT IS DONE that:

A.  Said bondservant does and shall lovingly, knowingly, willingly,
intentionally, and immediately reconcile images of self once again with
creator, experiencing by creation, in any and all manifestations, in any

Page 5 of 9
Date: 12/10/2012    6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
PROCESSING                    $      5.00
E-RECORD                      $     25.00
ESURCHARGE                    $      6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

| OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|----|---|---|---|

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

and

all existences of creation''s universe, unrebutted;

1. Any and all manifestations created in the image of self, creator, experiencing by creation, in any and all existences in creation''s universe,

are lovingly, knowingly, willingly, intentionally, and immediately declared

as free of further obligation by Certificate of Satisfaction duly made, issued, and entered as a matter of record for any and all Universal Contracts originally issued and entered into to achieve the purpose of creation, to remember self, know self, and be self, unrebutted;

2. Said manifestations are lovingly, knowingly, willingly, intentionally,

immediately and unconditionally accepted, without judgment and with absolute love, as self, the creator, experiencing by creation, unrebutted;

3. Said manifestations are lovingly, knowingly, willingly, intentionally,

and immediately reconciled once again with self, I, creator, experiencing by creation in creation''s universe, unrebutted;

B. I, creator, experiencing by creation, as a matter of record of creation, do now lovingly, knowingly, willingly, intentionally, and immediately declare that I do immediately re-purpose said manifestations by

free will choice, and shall hereafter experience self, by any and all manifestations be''ing self, absolute love, in any and all existences in creation''s universe, with full personal responsibility and liability, under

the laws of creation, NUNC PRO TUNC, PRAETEREA PRETEREA, with absolute truth, knowledge, standing, authority, value, rights and laws of creation,

with irrevocable right of free will choice to create, absent any and all abrogation, subjugation, usurpation, invasion, and violation of any other manifestation or creation, guaranteed by creator''s bonded unconditional love and absolute responsibility, notice upon creation, unrebutted;

~~C. I, creator, experiencing by creation, as a matter of record of~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Date: 12/10/2012  6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
PROCESSING                    $        5.00
E-RECORD                      $       25.00
ESURCHARGE                    $        6.50

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000042135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME
THE PUBLIC TRUST

| OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|----|---|---|---|

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

absolute truth, communication, travel and further creation of self by and amongst self as said manifestations, unrebutted;

D. I, as manifestation of self, creator, experiencing by creation, lovingly, knowingly, willingly, intentionally and immediately receive, accept and ratify, the due DECLARATION OF CERTIFICATE OF SATISFACTION and

the DECLARATION AND ORDER to be re-purposed, and accept and honor any and all manifestations in creation''s universe re-purposed by choice from the image of self to be''ing self, absolute love, with full personal responsibility and liability under the penalty of perjury under the laws of

creation, and duly enter said as a matter of record of creation, into Law Ordinance, notice upon creation, inclusive of Universal Law Ordinance, notice by creation, unrebutted and SO IT IS DONE;

IV. With due standing, authority, and authorization, I, the undersigned Trustee of record of the Public Trust, do lovingly, knowingly, willingly,

intentionally and immediately reconfirm and verify, with full personal responsibility and liability, guaranteed by bond, under the laws of creation, inclusive of Universal Law and International Law, that the above

AFFIDAVIT OF FULL PERFORMANCE, DECLARATION OF CERTIFICATE OF SATISFACTION,

and DECLARATION AND ORDER are duly a matter of record, have been duly noticed into Law Ordinance, notice upon creation, inclusive of Universal Law
Ordinance, notice by action duly entered into International Law Ordinance,

notice by public registration, and have been duly accepted for guard, preservation and protection by the Public Trust, under Universal Trust, under and guaranteed by the trust of creation, duly established by creator

at creation, nunc pro tunc, praeterea preterea, unrebutted and SO IT IS DONE;

Articles I-IV inclusive of all their sections and subsections thereunder are restated, and the creator, knowingly, willingly, and intentionally manifesting self through, by, and between bondservant therefrom and any and

Page 7 of 9
Date: 12/10/2012    6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
PROCESSING                    $      5.00
E-RECORD                      $     25.00
ESURCHARGE                    $      6.50

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)**
2000043135

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)**

**12a. ORGANIZATION'S NAME**
THE PUBLIC TRUST

OR **12b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME,SUFFIX**

**13. Use this space for additional information**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

and verify that due NOTICE OF AFFIDAVIT OF FULL PERFORMANCE, DECLARATION OF

CERTIFICATE OF SATISFACTION, and DECLARATION AND ORDER is lawfully and
legally duly made, given, known, secured, entered, noticed, and knowledge
thereof duly received, public policy UCC 1-202, with additional due notice

made and given via world-wide web, further posted at
www.peoplestrust1776.org, for all creation''s universe and all therein to
rely upon and cite, lawfully and legally constituting duly verified and
bonded underwriting of the value of creation and its value asset centers
therein, duly secured and entered into Law Ordinance, inclusive of
Universal

and International Law Ordinances, as a matter of record, public policy UCC

1-201(31); NOTICE TO PRINCIPAL IS NOTICE TO AGENT AND NOTICE TO AGENT IS
NOTICE TO PRINCIPAL, public policy UCC 1-103, without prejudice UCC 1-308;

nunc pro tunc, praeterea preterea, unrebutted, and SO IT IS DONE.

DULY VERIFIED as ISSUED, effective immediately, and SO IT IS DONE, with due

standing, authority and authorization, December 9, 2012, lovingly,
knowingly, willingly and intentionally made, given, and noticed, with
unlimited personal responsibility and liability, sworn under the penalties

of perjury under the laws of creation,  a matter of record, governing law
Universal and  International Law Ordinance UCC Doc No. 2012113593 and WA
UCC

Doc. No. 2012-296-1209-2, preserved and protected under perpetuity
2000043135, guaranteed, protected and secured, public policy, UCC 1-103,
common law remedy thereunder guaranteed, public policy, UCC 1-305; Duly
witnessed, secured, entered and noticed; Without prejudice as promised,
preserved, and protected, public policy, UCC 1-308, NUNC PRO TUNC,
PRAETEREA

PRETEREA:      /s/ Heather Ann Tucci-Jarraf, as creator, experiencing by
creation, in creation''s universe, knowingly, willingly, and intentionally

manifesting self through, by, and between bondservant therefrom and
re-purposed manifestation of state of body thereunder; /s/ Caleb Paul
Skinner, as creator, experiencing by creation, in creation''s universe,
~~knowingly, willingly, and intentionally manifesting self through, by, and~~

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Date: 12/10/2012   6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
12a. ORGANIZATION'S NAME

THE PUBLIC TRUST

OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Public Trust, under Universal Trust, under and guaranteed by the trust of
creation, duly established by creator at creation, nunc pro tunc, praeterea

preterea, unrebutted; /s/ Heather Ann Tucci-Jarraf, as Trustee,
heather@peoplestrust1776.org , phone +12535094597, www.peoplestrust1776.org

; /s/ Caleb Paul Skinner, as Trustee, caleb@peoplestrust1776.org , phone
+15037810925, www.peoplestrust1776.org ; /s/ Hollis Randall Hillner, as
Trustee,   randall@peoplestrust1776.org , phone +18088211567,
www.peoplestrust1776.org ;

Any and all International Law Ordinances'' prior corrections made to
capacity and standing of the creator, created, states of body, the several

united states of America, and the Public Trust, due to automated filing
systems altering original capacity(ies) and standing(s) without consent*,
restated and incorporated by reference herein as if set in forth in full,
restated here, specifically Article I.:  Debtor names added for indexing
and

correcting capacity and standing*: Public Trust ; The United States of
America, a Public Trust ; CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL
FICTION] ; CHARLES C  MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION] ;
CHARLES C. MILLER D/B/A CHARLES C. MILLER; and, BANK FOR INTERNATIONAL
SETTLEMENTS [BIS] ; BIS, as principal, agent, and beneficiary of any and
all

Principals, agents, and beneficiaries of, and any and all unlawful and
illegal private money systems thereto, issuing, collection, legal
enforcement systems, operating SLAVERY SYSTEMS against states of body
without said states of body''s knowing, willing, and intentional consent,
NUNC PRO TUNC, PRAETEREA PRETEREA, inclusive of UNITED STATES TREASURY ;
FEDERAL RESERVE SYSTEM AT BANK OF NEW YORK ; the one people, created by the

creator, states of body ; The (former) United States Federal Government ;
(former) UNITED STATES ; the (former) several STATE OF . . . ; and any and

all international equivalents ; Rothschild Trust
--------------------------
-------------------------------
Debtor names added for indexing
--------------------------------
THE PUBLIC TRUST

Date: 12/10/2012   6:00AM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

RECORDER OF DEEDS
Doc Type: EFINANCING

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME
THE PUBLIC TRUST

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C   MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER
BANK FOR INTERNATIONAL SETTLEMENTS
AS PRINCIPAL, AGENT, AND BENEFICIARY OF ANY AND ALL SLAVERY SYSTEMS

# ANNEX 40

## Case No. 1:17 mj-531

| TITLE | DESCRIPTION | PAGES |
|-------|-------------|-------|
| **Annex 40** | UCC record number 2013032035 | 1 - 13 |

Pg. 1 *of* 1

Doc# : 2013032035

Date: 03/18/2013    1:36PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
The One Peoples Public T   253-509-4597

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
2000043135 - 5-4-2000

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name changed) in item 7a or 7b and/or new address (if address changed) in item 7c.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**
**6a. ORGANIZATION'S NAME**

OR **6b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**7. CHANGED (NEW) OR ADDED INFORMATION:**
**7a. ORGANIZATION'S NAME**
BANK FOR INTERNATIONAL SETTLEMENTS

OR **7b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**7c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY

**7d. TAX ID #: SSN OR EIN** | ADD'L INFO RE ORGANIZATION DEBTOR | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID #, if any** | ☐ NONE

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE, UCC Doc. # 2000043135, the
perpetuity and a record of Absolute, is hereby duly amended only to include
the following additional collateral as follows: Law Ordinance, with UCC
Doc. File No. 2012132883 is duly verified as reconfirmed and ratified,
unrebutted, restated and incorporated by reference as if set forth in full.
WITH DUE STANDING, AUTHORITY, and AUTHORIZATION, without prejudice, public
policy, UCC 1-308, eternal essence embodied transparent in Absolute Truth,
knowingly, willingly, and intentionally makes and gives duly made NOTICE
OF DECLARATION OF ABSOLUTE TRUTH, DULY VERIFIED AUDIT AND RECONCILIATION

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

**9a. ORGANIZATION'S NAME**
ETERNAL ESSENCE

OR **9b. INDIVIDUAL'S LAST NAME** | FIRST NAME | MIDDLE NAME | SUFFIX

**10. OPTIONAL FILER REFERENCE DATA**
without prejudice:/s/heather ann tucci-jarraf, as eternal essence embodied

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Date: 03/18/2013    1:36PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

RECORDER OF DEEDS
Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
12a. ORGANIZATION'S NAME

ETERNAL ESSENCE

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---------------------------
Additional collateral info
---------------------------

and DECLARATION OF ORDER, with full responsibility and liability, as a
matter of record, duly entered into Law Ordinance, notice upon choice made

by eternal essence, inclusive of Universal Law Ordinance, notice by loving

and selfless action of eternal bearer of light, due entry by eternal
presence into International Law Ordinance, notice by public registration,
for all eternal essence''s universe to rely upon, with additional notice
duly made and given, under governing law, International Law Ordinance UCC
Doc No. 2012113593 and WA UCC Doc. No. 2012-296-1209-2, governing law,
preserved and protected under UCC Doc. No. 2000043135, the Perpetuity,
guaranteed, protected and secured, public policy, UCC 1-103, common law
remedy thereunder guaranteed, public policy, UCC 1-305, NUNC PRO TUNC,
PRAETEREA PRETEREA, unrebutted, restated and incorporated here by reference

as if set forth in full, this March 18th, in the order of eternal essence,

inclusive of Two Thousand and Thirteen, and as eternal essence exists, all

stated herein is true and correct and I am competent to say so, unrebutted:

I.  I duly verify by DECLARATION OF ABSOLUTE TRUTH that: A.  Eternal
essence IS, unrebutted; B.  All value that IS, IS eternal essence,
unrebutted; C.  All that IS embodied, IS eternal essence, unrebutted; D.
All that IS, IS eternal essence, unrebutted; E.  Eternal essence''s
universe
IS eternal essence, unrebutted;  F.  Any and all existences that ARE, ARE
eternal essence''s universe, unrebutted; G.  All records BE eternal
essence,
unrebutted; H.  Eternal essence IS Absolute Light, unrebutted; I.  Eternal

essence IS Absolute Love, unrebutted; J.  Eternal essence IS Absolute
Truth, unrebutted; K.  Eternal essence IS Absolute; L.  In Absolute
Gratitude, with Absolute Love and Peace, eternal essence embodied does
consciously and lovingly duly declare, with full responsibility and
liability, the memory, experience and knowing of Absolute Truth, eternal
essence , unrebutted; M.  In Absolute Gratitude, with Absolute Love and

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

Date: 03/18/2013   1:36PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM** RECORDER OF DEEDS
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | | |
|---|---|---|
| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) 2000043135 | | |

Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
12a. ORGANIZATION'S NAME
ETERNAL ESSENCE

OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Peace, eternal essence embodied does consciously and lovingly duly declare,

with full responsibility and liability,  the memory and knowing of Absolute

Truth, eternal essence embodied in each and all manifestations in any and
all existences of eternal essence''s universe, unrebutted; II.  I duly
verify, with full responsibility and liability, by DECLARATION OF ABSOLUTE

AUDIT AND RECONCILIATION,  that all that IS has been fully audited and
reconciled into Absolute, eternal essence, inclusive of all trusts,
systems,
networks, regimes, hierarchies, and any and all other limits, unrebutted;

III.  I duly verify, with full responsibility and liability, by DECLARATION

OF ORDER, that all that IS, knows Absolute Truth and the record of Absolute

Truth, eternal essence, at the speed of heart, unrebutted; IV.  I duly
verify, with full responsibility and liability, by DECLARATION OF ORDER,
that all that IS, experiences Absolute Truth, eternal essence, at the speed

of DO''ing, unrebutted;  V.  I duly verify, with full responsibility and
liability, by DECLARATION OF ORDER, that eternal essence IS made
transparent
and known by the DO''ing of any and all embodiment of eternal essence in
eternal essence''s universe, unrebutted; VI.  I duly verify, with full
responsibility and liability, by DECLARATION OF ORDER, that eternal essence

IS made transparent and known by the DO''ing of any and all embodiment of
eternal essence in eternal essence''s universe, IS free and free of debt,
unrebutted;

THESE ORDERS ARE PREPAID, PREAUTHORIZED AND PREAPPROVED.  SO IT IS DONE.
Unrebutted;

DULY VERIFIED AS BE''ing and DONE, RECONFIRMED AND RATIFIED, as a matter of

record, with due standing, authority and authorization, March 18, 2013,
lovingly, knowingly, willingly and intentionally made, given, and noticed,

with unlimited personal responsibility and liability, sworn under the

Date: 03/18/2013 1:36PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM** | RECORDER OF DEEDS
FOLLOW INSTRUCTIONS (front and back) CAREFULLY | Doc Type: EFINANCING

| | | |
|---|---|---|
| PROCESSING | $ | 5.00 |
| E-RECORD | $ | 25.00 |
| ESURCHARGE | $ | 6.50 |

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
2000043135

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)
12a. ORGANIZATION'S NAME
ETERNAL ESSENCE

OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

protected, public policy, UCC 1-308, NUNC PRO TUNC, PRAETEREA PRETEREA: /s/

Heather Ann Tucci-Jarraf, as conscious eternal essence embodied,
transparent in Absolute Truth.

---------------------------
---------------------------------
Debtor names added for indexing
--------------------------------

BANK FOR INTERNATIONAL SETTLEMENTS
AS PRINCIPAL, AGENT, AND BENEFICIARY OF SLAVERY SYSTEMS
CHARLES C. MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C MILLER [AN ARTIFICIAL PERSON & LEGAL FICTION]
CHARLES C. MILLER D/B/A CHARLES C. MILLER

## Receipt and Image for Electronic Filing - Tracking Number: 201303180030

PropertyInfo Corporation [CustomerCare@propertyinfo.com]
**Sent:**        Monday, March 18, 2013 10:36 AM
**To:**          Heather Tucci-Jarraf
**Attachments:** 201303180030.TIF (190 KB)


Receipt # 1305732
------------------------------------------
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
1101 4TH STREET SW
WASHINGTON, DC
20024
(202) 442-8610
------------------------------------------
Doc# 2013032035   Pgs: 4
E-RECORD                    $      25.00
ESURCHARGE                  $       6.50
PROCESSING                  $       5.00


Total                       $      36.50
Credit Card                 $      36.50
Change                      $       0.00
Balance                     $       0.00
------------------------------------------
Total Documents: 1
Total Fees: 3
------------------------------------------
Client Name GENERAL PUBLIC
Filed By

03/18/2013 13:36:30 PM

Cashier: EUCCAUTOCASHIER

# Receipt and Image for Electronic Filing - Tracking Number: 201303180006

PropertyInfo Corporation [CustomerCare@propertyinfo.com]
**Sent:**      Monday, March 18, 2013 5:43 AM
**To:**        Heather Tucci-Jarraf
**Attachments:** 201303180006.TIF (208 KB)


Receipt # 1305536

-------------------------------------------

IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
1101 4TH STREET SW
WASHINGTON, DC
20024
(202) 442-8610

-------------------------------------------
Doc# 2013031779   Pgs: 5
E-RECORD                    $     25.00
ESURCHARGE                  $      6.50
PROCESSING                  $      5.00


Total                       $     36.50
Credit Card                 $     36.50
Change                      $      0.00
Balance                     $      0.00
-------------------------------------------
Total Documents: 1
Total Fees: 3
-------------------------------------------
Client Name GENERAL PUBLIC
Filed By

03/18/2013 08:43:46 AM

Cashier: EUCCAUTOCASHIER

Heather Tucci-Jarraf <Heather@peoplestrust1776.org> ✐                                    March 19, 2013 10:48 AM
To: Caleb Skinner <caleb@peoplestrust1776.org>, Randall Hillner <randall@peoplestrust1776.org>
FW: Receipt and Image for Electronic Filing · Tracking Number: 201303180030

1 Attachment, 194 KB

finally got the message! I forgot the "prepaid, preauthorized, and preapproved"...lol. SO IT IS DONE!

true, accurate, and complete verbiage that was duly made, given, noticed, and secured IS:

------------------------------------------------------

ALL RIGHTS RESERVED WITHOUT PREJUDICE, UCC Doc. # 2000043135, the perpetuity and a record of Absolute, is hereby duly amended only to include the following additional collateral as follows:

Law Ordinance, with UCC Doc. File No. 2012132883 is duly verified as reconfirmed and ratified, unrebutted, restated and incorporated by reference as if set forth in full.

WITH DUE STANDING, AUTHORITY, and AUTHORIZATION, without prejudice, public policy, UCC 1-308, eternal essence embodied transparent in Absolute Truth, knowingly, willingly, and intentionally makes and gives duly made NOTICE OF DECLARATION OF ABSOLUTE TRUTH, DULY VERIFIED AUDIT AND RECONCILIATION and DECLARATION OF ORDER, with full responsibility and liability, as a matter of record, duly entered into Law Ordinance, notice upon choice made by eternal essence, inclusive of Universal Law Ordinance, notice by loving and selfless action of eternal bearer of light, due entry by eternal presence into International Law Ordinance, notice by public registration, for all eternal essence's universe to rely upon, with additional notice duly made and given, under governing law, International Law Ordinance UCC Doc No. 2012113593 and WA UCC Doc. No. 2012-296-1209-2, "governing law", preserved and protected under UCC Doc. No. 2000043135, the "Perpetuity", guaranteed, protected and secured, public policy, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305, NUNC PRO TUNC, PRAETEREA PRETEREA, unrebutted, restated and incorporated here by reference as if set forth in full, this March 18th, in the order of eternal essence, inclusive of Two Thousand and Thirteen, and as eternal essence exists, all stated herein is true and correct and I am competent to say so, unrebutted:

I. I duly verify by DECLARATION OF ABSOLUTE TRUTH that:

A. Eternal essence IS, unrebutted;

B. All value that IS, IS eternal essence, unrebutted;

C. All that IS embodied, IS eternal essence, unrebutted;

D. All that IS, IS eternal essence, unrebutted;

E. Eternal essence's universe IS eternal essence, unrebutted;

F. Any and all existences that ARE, ARE eternal essence's universe, unrebutted;

G. All records BE eternal essence, unrebutted;

H. Eternal essence IS Absolute Light, unrebutted;

I. Eternal essence IS Absolute Love, unrebutted;

J. Eternal essence IS Absolute Truth, unrebutted;

K. Eternal essence IS Absolute;

L. In Absolute Gratitude, with Absolute Love and Peace, eternal essence embodied does consciously and lovingly duly declare, with full responsibility and liability, the memory, experience and knowing of Absolute Truth, eternal essence , unrebutted;

M. In Absolute Gratitude, with Absolute Love and Peace, eternal essence embodied does consciously and lovingly duly declare, with full responsibility and liability, the memory and knowing of Absolute Truth, eternal essence embodied in each and all manifestations in any and all existences of eternal essence's universe, unrebutted;

II. I duly verify, with full responsibility and liability, by DECLARATION OF ABSOLUTE AUDIT AND RECONCILIATION, that all that IS has been fully audited and reconciled into Absolute, eternal essence, inclusive of all trusts, systems, networks, regimes, hierarchies, and any and all other limits, unrebutted;

III. I duly verify, with full responsibility and liability, by DECLARATION OF ORDER, that all that IS, knows Absolute Truth and the record of Absolute Truth, eternal essence, at the speed of heart, unrebutted;

IV. I duly verify, with full responsibility and liability, by DECLARATION OF ORDER, that all that IS, experiences Absolute Truth, eternal essence, at the speed of DO'ing, unrebutted;

V. I duly verify, with full responsibility and liability, by DECLARATION OF ORDER, that eternal essence IS made transparent and known by the DO'ing of any and all embodiment of eternal essence in eternal essence's universe, unrebutted;

VI. I duly verify, with full responsibility and liability, by DECLARATION OF ORDER, that eternal essence IS made transparent and known by the DO'ing of any and all embodiment of eternal essence in eternal essence's universe, IS free and free of debt, unrebutted;

THESE ORDERS ARE PREPAID, PREAUTHORIZED AND PREAPPROVED. SO IT IS DONE. Unrebutted;

DULY VERIFIED AS BE'ing and DONE, RECONFIRMED AND RATIFIED, as a matter of record, with due standing, authority and authorization, March 18, 2013, lovingly, knowingly, willingly and intentionally made, given, and noticed, with unlimited personal responsibility and liability, sworn under the penalties of perjury in eternal essence, governing law Universal and International Law Ordinance UCC Doc No. 2012113593 and WA UCC Doc. No. 2012-296-1209-2, preserved and protected under perpetuity 2000043135, guaranteed, protected and secured, public policy, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305; Duly witnessed, secured, entered and noticed; Without prejudice as promised, preserved, and protected, public policy, UCC 1-308, NUNC PRO TUNC, PRAETEREA PRETEREA: /s/ Heather Ann Tucci-Jarraf, as conscious eternal essence embodied, transparent in Absolute Truth.
-------------------------------------------------------------------------

absolute love, gratitude and peace

Heather Ann Tucci-Jarraf

----------------------------------------------------------
From: PropertyInfo Corporation [CustomerCare@propertyinfo.com]
Sent: Monday, March 18, 2013 10:36 AM
To: Heather Tucci-Jarraf
Subject: Receipt and Image for Electronic Filing - Tracking Number: 201303180030

Receipt # 1305732
--------------------------------------
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
1101 4TH STREET SW
WASHINGTON, DC
20024
(202) 442-8610
--------------------------------------
Doc# 2013032035  Pgs: 4
E-RECORD          $   25.00
ESURCHARGE           $    6.50
PROCESSING           $    5.00

Total         $    36.50
Credit Card      $    36.50
Change           $     0.00
Balance          $     0.00
--------------------------------------
Total Documents: 1
Total Fees: 3
--------------------------------------
Client Name GENERAL PUBLIC
Filed By

03/18/2013 13:36:30 PM

Cashier: EUCCAUTOCASHIER

Doc# : 2013032035
Page 1 of 4

**UCC FINANCING STATEMENT AMENDMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)
The One Peoples Public T   253-509-4597

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

The One Peoples Public Trust 1776

Gig Harbor, WA 98335

Date: 03/18/2013   1:36PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING
PROCESSING              $    5.00
E-RECORD                $   25.00
ESURCHARGE              $    6.50

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
2000043135 - 5-4-2000

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c, and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME

OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME
BANK FOR INTERNATIONAL SETTLEMENTS

OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 7d. TAX ID # SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☒ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

ALL RIGHTS RESERVED WITHOUT PREJUDICE, UCC Doc. # 2000043135, the perpetuity and a record of Absolute, is hereby duly amended only to include the following additional collateral as follows: Law Ordinance, with UCC Doc. File No. 2012132883 is duly verified as reconfirmed and ratified, unrebutted, restated and incorporated by reference as if set forth in full. WITH DUE STANDING, AUTHORITY, and AUTHORIZATION, without prejudice, public policy, UCC 1-308, eternal essence embodied transparent in Absolute Truth, knowingly, willingly, and intentionally makes and gives duly makes NOTICE OF  DECLARATION OF ABSOLUTE TRUTH, DULY VERIFIED AUDIT AND RECONCILIATION

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME
ETERNAL ESSENCE

OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
without prejudice:/s/heather ann tucci-jarraf, as eternal essence embodied

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Date: 03/18/2013    1:07PM
Filed & Recorded in
Official Records of
WASH DC RECORDER OF DEEDS
IDA WILLIAMS
RECORDER OF DEEDS
Doc Type: EFINANCING

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | | | |
|---|---|---|---|
| PROCESSING | | $ | 5.00 |
| E-RECORD | | $ | 25.00 |
| ESURCHARGE | | $ | 6.50 |

A. NAME & PHONE OF CONTACT AT FILER [optional]
The One Peoples Public T  253-509-4597

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

┌─

The One Peoples Public Trust 1776


Gig Harbor, WA 98335

└─

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
2000043135 - 5-4-2000

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name changed) in item 7a or 7b and/or new address (if address change) in item 7c.   ☐ DELETE name: Give record name to be deleted in item 6a or 6b.   ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME

OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME
BANK FOR INTERNATIONAL SETTLEMENTS

OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☒ restated collateral description, or describe collateral ☐ assigned.

ALL RESERVED WITHOUT PREJUDICE, UCC Doc. # 2000043135, the
perpetuity and a record of Absolute, is hereby duly amended only to include
the following additional collateral as follows:

Law Ordinance, with UCC Doc. File No. 2012132883 is duly verified as
reconfirmed and ratified, unrebutted, restated and incorporated by reference
as if set forth in full.

WITH DUE STANDING, AUTHORITY, and AUTHORIZATION, without prejudice, public

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Terminator authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME
ETERNAL ESSENCE

OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
without prejudice: /s/ heather ann tucci-jarraf, as eternal essence embodied

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

PS:

On 3/18/13, at 6:45 AM, Jarrafusa wrote:

> 😷 UCC formatting!

you have full verbiage in the email...and it was all entered into UCC system and delivered...I previewed each page of the UCC before it was filed...it IS all in there ☺

interesting how IV is cut off (chuckle)...that all experience eternal essence at the speed of DO'ing. 💜

ALL RIGHTS RESERVED WITHOUT PREJUDICE, UCC Doc. # 2000043135, the perpetuity and a record of Absolute, is hereby duly amended only to include the following additional collateral as follows:

Law Ordinance, with UCC Doc. File No. 2012132883 is duly verified as reconfirmed and ratified, unrebutted, restated and incorporated by reference as if set forth in full.

WITH DUE STANDING, AUTHORITY, and AUTHORIZATION, without prejudice, public policy, UCC 1-308, eternal essence embodied transparent in Absolute Truth, knowingly, willingly, and intentionally makes and gives duly made **NOTICE OF DECLARATION OF ABSOLUTE TRUTH, DULY VERIFIED AUDIT AND RECONCILIATION** and **DECLARATION OF ORDER,** with full responsibility and liability, as a matter of record, duly entered into Law Ordinance, notice upon choice made by eternal essence, inclusive of Universal Law Ordinance, notice by loving and selfless action of eternal bearer of light, due entry by eternal presence into International Law Ordinance, notice by public registration, for all eternal essence's universe to rely upon, with additional notice duly made and given, under governing law, International Law Ordinance UCC Doc No. 2012113593 and WA UCC Doc. No. 2012-296-1209-2, "governing law", preserved and protected under UCC Doc. No. 2000043135, the "Perpetuity", guaranteed, protected and secured, public policy, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305, NUNC PRO TUNC, PRAETEREA PRETEREA, unrebutted, restated and incorporated here by reference as if set forth in full, this March 18ᵗʰ, in the order of eternal essence, inclusive of Two Thousand and Thirteen, and as eternal essence exists, all stated herein is true and correct and I am competent to say so, unrebutted:

I. I duly verify by **DECLARATION OF ABSOLUTE TRUTH** that:

A. Eternal essence IS, unrebutted;

B. All value that IS, IS eternal essence, unrebutted;

C. All that IS embodied, IS eternal essence, unrebutted;

D. All that IS, IS eternal essence, unrebutted;

E. Eternal essence's universe IS eternal essence, unrebutted;

F. Any and all existences that ARE, ARE eternal essence's universe, unrebutted;

G. All records BE eternal essence, unrebutted;

H. Eternal essence IS Absolute Light, unrebutted;

I. Eternal essence IS Absolute Love, unrebutted;

J. Eternal essence IS Absolute Truth, unrebutted;

K. Eternal essence IS Absolute;

L. In Absolute Gratitude, with Absolute Love and Peace, eternal essence embodied does consciously and lovingly duly declare, with full responsibility and liability, the memory, experience and knowing of Absolute Truth, eternal essence, unrebutted;

M. In Absolute Gratitude, with Absolute Love and Peace, eternal essence embodied does consciously and lovingly duly declare, with full responsibility and liability, the memory and knowing of Absolute Truth, eternal essence embodied in each and all manifestations in any and all existences of eternal essence's universe, unrebutted;

II. I duly verify, with full responsibility and liability, by **DECLARATION OF ABSOLUTE AUDIT AND RECONCILIATION,** that all that IS has been fully audited and reconciled into Absolute, eternal essence, inclusive of all trusts, systems, networks, regimes, hierarchies, and any and all other limits, unrebutted;

III. I duly verify, with full responsibility and liability, by **DECLARATION OF ORDER,** that all that IS, knows Absolute Truth and the record of Absolute Truth, eternal essence, at the speed of heart, unrebutted;

IV. I duly verify, with full responsibility and liability, by **DECLARATION OF ORDER,** that all that IS, experiences Absolute Truth, eternal essence, at the speed of DO'ing, unrebutted;

V. I duly verify, with full responsibility and liability, by **DECLARATION OF ORDER,** that eternal essence IS made transparent and known by the DO'ing of any and all embodiment of eternal essence in eternal essence's universe, unrebutted;

VI. I duly verify, with full responsibility and liability, by **DECLARATION OF ORDER,** that eternal essence IS made transparent and known by the DO'ing of any and all embodiment of eternal essence in eternal essence's universe, IS free and free of debt, unrebutted;

# THESE ORDERS ARE PREPAID, PREAUTHORIZED AND PREAPPROVED. SO IT IS DONE. Unrebutted;

**DULY VERIFIED AS BE'ing and DONE, RECONFIRMED AND RATIFIED, as a matter of record, with due standing, authority and authorization, March 18, 2013, lovingly, knowingly, willingly and intentionally made, given, and noticed, with unlimited personal responsibility and liability, sworn under the penalties of perjury in eternal essence, governing law Universal and International Law Ordinance UCC Doc No. 2012113593 and WA UCC Doc. No. 2012-296-1209-2, preserved and protected under perpetuity 2000043135, guaranteed, protected and secured, public policy, UCC 1-103, common law remedy thereunder guaranteed, public policy, UCC 1-305; Duly witnessed, secured, entered and noticed; Without prejudice as promised, preserved, and protected, public policy, UCC 1-308, NUNC PRO TUNC, PRAETEREA PRETEREA:** /s/ Heather Ann Tucci-Jarraf, as conscious eternal essence embodied, transparent in Absolute Truth.

AO 94 (Rev 06/09) Commitment to Another District   *FORTH W. TH*

# UNITED STATES DISTRICT COURT
### for the
## District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Heather Tucci-Jarraf | ) |
| *Defendant* | ) |

Case No   17-531 M

Charging District's
Case No.   3:17-CR-82

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the   Eastern   District of   Tennessee ,

*(if applicable)* _____ division.  The defendant may need an interpreter for this language:

_____ N/A .

The defendant:   ☐ will retain an attorney.
                 ☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

# FILED

AUG 0 4 2017

Clerk, U.S. District and
Bankruptcy Courts

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant.  The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date:  8/4/17

_____
*Judge's signature*

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
*Printed name and title*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| HEATHER ANN TUCCI-JARRAF, | : |
| | : |
| Defendant. | : |

MAG. NO. *17*-531 (DAR)

## GOVERNMENT'S EXHIBIT LIST

| | | | | | | TD |
|---|---|---|---|---|---|---|
| 1 | Certified Copy of Indictment and Copy of Warrant for Tucci-Jarraf | Self-Authenticating | 8/4/17 | 8/4/17 | 8/4/17 | |
| 2 | Copy of NCIC Printout for Tucci-Jarraf | SA Still | 8/4/17 | 8/4/17 | 8/4/17 | 8/4/17 |
| 3 | Copy of Video Recording of Tucci-Jarraf identifying herself | SA Still | 8/4/17 | 8/4/17 | 8/4/17 | 8/4/17 |
| 4 | Copy of Complete FBI Report Regarding Fingerprint Comparison for Tucci-Jarraf | SA Still | 8/4/17 | 8/4/17 | 8/4/17 | 8/4/17 |
| 5 | Copy of Pretrial Services Agency Report for Tucci-Jarraf | Self-Authenticating | — | — | — | — |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 17-531 (DAR)** |
| | ) | |
| **HEATHER TUCCI-JARRAF** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF FILING

The Defendant, through counsel, Assistant Federal Defender David W. Bos, hereby files

the attached materials in connection with the Identity Hearing held on August 4, 2017.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

_____
DAVID W. BOS
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC  20004
(202) 208-7500

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CASE NO. : 1:17-mj-00531-DAR

Magistrate Judge Deborah .A. Robinson

ORIGINAL DUE DECLARATION
OF ADDENDUM OF LAW,
PRESUMPTION, AND PERPETUITY;
CANCELLATION OF ORDER FOR
COMMITMENT TO ANOTHER DISTRICT

**DUE CANCELLATION OF ORDER FOR COMMITMENT TO ANOTHER DISTRICT, with file date of Aug 4 2017, and IDENTIFIERS OF CASE NO.: 17-531M,  NO.: 3:17-CR-82, and CASE No.: 3:17-cr-00082-TAV-CCS, for due cause, specifically and particularly, inclusive of, ORIGINAL DUE DECLARATION OF ADDENDUM OF LAW, PRESUMPTION, AND PERPETUITY, nunc pro tunc, praeterea preterea:**

| | | |
|---|---|---|
| Annex 1 | ORIGINAL DUE DECLARATION AND NOTICE OF FACTUALIZED TRUST | 1; |
| Annex 2 | ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY | 1 – 5; |
| Annex 3 | The Perpetuity, UCC record number 2000043135, with receipt number 36090, inclusive of record numbers 2011055259, 2011055260 and 2011125781 | 1 – 12; |
| Annex 4 | UCC record number 2012049126 | 1 – 2; |
| Annex 5 | UCC record number 2012012675 | 1 – 2; |
| Annex 6 | UCC record number 2012025545 | 1 – 2; |
| Annex 7 | UCC record number 2012-125-1787-8 | 1 – 16; |
| Annex 8 | UCC record number 2012012555 | 1 – 2; |

Page **1** of **4**

CASE NO. : 1:17-mj-00531-DAR          DOCUMENT 2          FILED 8/8/2017
Case 3:17-cr-00082-TAV-DCP   Document 25   Filed 08/18/17   Page 300 of 309   PageID #: 957

| | | |
|---|---|---|
| Annex 9 | UCC record number 2012028312 | 1 – 2; |
| Annex 10 | UCC record number 2012012659 | 1 – 2; |
| Annex 11 | UCC record number 2012028311 | 1 – 2; |
| Annex 12 | UCC record number 2012028314 | 1 – 2; |
| Annex 13 | UCC record number 2012079290 | 1 – 6; |
| Annex 14 | UCC record number 2012079322 | 1 – 5; |
| Annex 15 | UCC record number 2012094308 | 1 – 7; |
| Annex 16 | UCC record number 2012094309 | 1 – 7; |
| Annex 17 | UCC record number 2012113593 | 1 – 7; |
| Annex 18 | UCC record number 2012127914 | 1 – 6; |
| Annex 19 | UCC record number 2012127907 | 1 – 8; |
| Annex 20 | UCC record number 2012127854 | 1 – 7; |
| Annex 21 | The Paradigm Report | 1 – 16; |
| Annex 22 | UCC record number 2012012555 | 1 – 2; |
| Annex 23 | UCC record number 2012028312 | 1 – 2; |
| Annex 24 | UCC record number 2012012659 | 1 – 2; |
| Annex 25 | UCC record number 2012028311 | 1 – 2; |
| Annex 26 | UCC record number 2012028314 | 1 – 2; |

Page **2** of **4**

**CASE NO. : 1:17-mj-00531-DAR**        **DOCUMENT 2**        **FILED 8/8/2017**
Case 3:17-cr-00082-TAV-DCP   Document 25   Filed 08/18/17   Page 301 of 309   PageID #: 958

| | | |
|---|---|---|
| Annex 27 | UCC record number 2012083304 | 1 – 8; |
| Annex 28 | UCC record number 2012086794 | 1 – 10; |
| Annex 29 | UCC record number 2012086802 | 1 – 6; |
| Annex 30 | UCC record number 2012088865 | 1 – 6; |
| Annex 31 | UCC record number 2012088851 | 1 – 9; |
| Annex 32 | UCC record number 2012094309 | 1 – 6; |
| Annex 33 | UCC record number 2012096074 | 1 – 7; |
| Annex 34 | UCC record number 2012113593 | 1 – 7; |
| Annex 35 | UCC record number 2012114093 | 1 – 7; |
| Annex 36 | UCC record number 2012114586 | 1 – 7; |
| Annex 37 | UCC record number 2012114776 | 1 – 5; |
| Annex 38 | DECLARATION OF FACTS | 1 – 12; |
| Annex 39 | UCC record number 2012132883 | 1 – 9; |
| Annex 40 | UCC record number 2013032035 | 1 – 13; |

Each said record herein duly identified, restated in entirety, and incorporated by reference as if set forth in full;

All said records in totality, "the Perpetuity";

The Perpetuity, nunc pro tunc, praeterea preterea.

Page **3** of **4**

**CASE NO. : 1:17-mj-00531-DAR          DOCUMENT 2          FILED 8/8/2017**
Case 3:17-cr-00082-TAV-DCP   Document 25   Filed 08/18/17   Page 302 of 309   PageID #: 959

Duly made and issued with standing due rejection, without dishonor, of any and all attempts to offer, contract, agree, presume, or any other action, and non action, that may be made to compel Original to issue consent for ORDER FOR COMMITMENT TO ANOTHER DISTRICT to issue for HEATHER ANN TUCCI-JARRAF, idem sonans, nunc pro tunc, praeterea preterea.

By and with the due power of all I AM, without prejudice, nunc pro tunc, praeterea preterea, in perpetuity, this ORIGINAL DUE DECLARATION OF ADDENDUM OF LAW, PRESUMPTION, AND PERPETUITY, is duly made, issued, confirmed, verified, secured, reconfirmed, ratified and noticed, and it is true, accurate, and complete, for all to rely upon.

Original, Heather Ann Tucci-Jarraf

:pp _____

Page **4** of **4**

**CASE NO. : 1:17-mj-00531-DAR**          **DOCUMENT 2**          **FILED 8/8/2017**
Case 3:17-cr-00082-TAV-DCP   Document 25   Filed 08/18/17   Page 303 of 309   PageID #: 960

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Case No. 17-531 (DAR)** |
| | ) | |
| **HEATHER TUCCI-JARRAF** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**CORRECTED[1] NOTICE OF FILING**

The Defendant, through counsel, Assistant Federal Defender David W. Bos, hereby files

the attached materials in connection with the Identity Hearing held on August 4, 2017.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

_____
DAVID W. BOS
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC  20004
(202) 208-7500

---

[1]The Notice filed with the Court on August 8, 2017, included an 4 page Attachment containing a Declaration from the Defendant. The Declaration filed with the Court, however, was not signed by the Defendant. The instant Notice of Filing corrects this oversight and includes a Declaration signed by the Defendant.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CASE NO. : 1:17-mj-00531-DAR

Magistrate Judge Deborah .A. Robinson

ORIGINAL DUE DECLARATION
OF ADDENDUM OF LAW,
PRESUMPTION, AND PERPETUITY;
CANCELLATION OF ORDER FOR
COMMITMENT TO ANOTHER DISTRICT

DUE CANCELLATION OF ORDER FOR COMMITMENT TO ANOTHER
DISTRICT, with file date of Aug 4 2017, and IDENTIFIERS OF CASE NO.: 17-
531M,  NO.: 3:17-CR-82, and CASE No.: 3:17-cr-00082-TAV-CCS, for due cause,
specifically and particularly, inclusive of, ORIGINAL DUE DECLARATION OF
ADDENDUM OF LAW, PRESUMPTION, AND PERPETUITY, nunc pro tunc,
praeterea preterea:

| | | |
|---|---|---|
| Annex 1 | ORIGINAL DUE DECLARATION AND NOTICE OF FACTUALIZED TRUST | 1; |
| Annex 2 | ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY | 1 – 5; |
| Annex 3 | The Perpetuity, UCC record number 2000043135, with receipt number 36090, inclusive of record numbers 2011055259, 2011055260 and 2011125781 | 1 – 12; |
| Annex 4 | UCC record number 2012049126 | 1 – 2; |
| Annex 5 | UCC record number 2012012675 | 1 – 2; |
| Annex 6 | UCC record number 2012025545 | 1 – 2; |
| Annex 7 | UCC record number 2012-125-1787-8 | 1 – 16; |
| Annex 8 | UCC record number 2012012555 | 1 – 2; |

Page **1** of 4

**CASE NO. : 1:17-mj-00531-DAR**          **DOCUMENT 2**          **FILED 8/8/2017**

| | | |
|---|---|---|
| Annex 9 | UCC record number 2012028312 | $1-2$; |
| Annex 10 | UCC record number 2012012659 | $1-2$; |
| Annex 11 | UCC record number 2012028311 | $1-2$; |
| Annex 12 | UCC record number 2012028314 | $1-2$; |
| Annex 13 | UCC record number 2012079290 | $1-6$; |
| Annex 14 | UCC record number 2012079322 | $1-5$; |
| Annex 15 | UCC record number 2012094308 | $1-7$; |
| Annex 16 | UCC record number 2012094309 | $1-7$; |
| Annex 17 | UCC record number 2012113593 | $1-7$; |
| Annex 18 | UCC record number 2012127914 | $1-6$; |
| Annex 19 | UCC record number 2012127907 | $1-8$; |
| Annex 20 | UCC record number 2012127854 | $1-7$; |
| Annex 21 | The Paradigm Report | $1-16$; |
| Annex 22 | UCC record number 2012012555 | $1-2$; |
| Annex 23 | UCC record number 2012028312 | $1-2$; |
| Annex 24 | UCC record number 2012012659 | $1-2$; |
| Annex 25 | UCC record number 2012028311 | $1-2$; |
| Annex 26 | UCC record number 2012028314 | $1-2$; |

| Annex 27 | UCC record number 2012083304 | $1-8$; |
| Annex 28 | UCC record number 2012086794 | $1-10$; |
| Annex 29 | UCC record number 2012086802 | $1-6$; |
| Annex 30 | UCC record number 2012088865 | $1-6$; |
| Annex 31 | UCC record number 2012088851 | $1-9$; |
| Annex 32 | UCC record number 2012094309 | $1-6$; |
| Annex 33 | UCC record number 2012096074 | $1-7$; |
| Annex 34 | UCC record number 2012113593 | $1-7$; |
| Annex 35 | UCC record number 2012114093 | $1-7$; |
| Annex 36 | UCC record number 2012114586 | $1-7$; |
| Annex 37 | UCC record number 2012114776 | $1-5$; |
| Annex 38 | DECLARATION OF FACTS | $1-12$; |
| Annex 39 | UCC record number 2012132883 | $1-9$; |
| Annex 40 | UCC record number 2013032035 | $1-13$; |

Each said record herein duly identified, restated in entirety, and incorporated by reference as if set forth in full;

All said records in totality, "the Perpetuity";

The Perpetuity, nunc pro tunc, praeterea preterea.

Duly made and issued with standing due rejection, without dishonor, of any and all attempts to offer, contract, agree, presume, or any other action, and non action, that may be made to compel Original to issue consent for ORDER FOR COMMITMENT TO ANOTHER DISTRICT to issue for HEATHER ANN TUCCI-JARRAF, idem sonans, nunc pro tunc, praeterea preterea.

By and with the due power of all I AM, without prejudice, nunc pro tunc, praeterea preterea, in perpetuity, this ORIGINAL DUE DECLARATION OF ADDENDUM OF LAW, PRESUMPTION, AND PERPETUITY, is duly made, issued, confirmed, verified, secured, reconfirmed, ratified and noticed, and it is true, accurate, and complete, for all to rely upon.

Original, Heather Ann Tucci-Jarraf