IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

_____
                                )
UNITED STATES OF AMERICA,        )
                                )
        Plaintiff,               )
                                )
vs.                              )   Case No.:  3:17-CR-82
                                )
RANDALL KEITH BEANE,             )
HEATHER ANN TUCCI-JARRAF,         )
                                )
        Defendants.              )
_____ )

**PROCEEDINGS**
**BEFORE THE HONORABLE C. CLIFFORD SHIRLEY, JR.**

**October 18, 2017**
**9:35 a.m. to 11:24 a.m.**

**APPEARANCES:**

**FOR THE PLAINTIFF:**          CYNTHIA F. DAVIDSON, ESQUIRE
                                ANNE-MARIE SVOLTO, ESQUIRE
                                Assistant United States Attorney
                                United States Department of Justice
                                Office of the United States Attorney
                                800 Market Street
                                Suite 211
                                Knoxville, Tennessee 37902

**FOR THE DEFENDANT:**          RANDALL KEITH BEANE, PRO SE
**RANDALL BEANE**               Blount County Detention Center
                                920 East Lamar Alexander Parkway
                                Maryville, Tennessee 37904

**FOR THE DEFENDANT:**          STEPHEN G. McGRATH, ESQUIRE
(As Elbow Counsel)              9111 Cross Park Drive
                                Suite D-200
                                Knoxville, Tennessee 37923

**REPORTED BY:**
Rebekah M. Lockwood, RPR, CRR
Official Court Reporter
(865) 210-6698
P.O. Box 1823

**APPEARANCES (CONTINUED):**

**FOR THE DEFENDANT:**       HEATHER ANN TUCCI JARRAF, PRO SE
**HEATHER ANN**                    105 Orchard Lane
**TUCCI-JARRAF**               Oak Ridge, Tennessee 37830

**FOR THE DEFENDANT:**       FRANCIS LLOYD, ESQUIRE
(As Elbow Counsel)        9111 Cross Park Drive
                         Suite D-200
                         Knoxville, Tennessee 37923

1          (Call to Order of the Court)

2          THE COURTROOM DEPUTY:  We are here for a scheduled

3    motion hearing in Case 3:17-CR-82, United States vs. Randall

4    Keith Beane and Heather Tucci-Jarraf.

5          Here on behalf of the government are Cynthia Davidson

6    and Anne-Marie Svolto.

7          Is the government present and ready to proceed?

8          MS. SVOLTO:  Yes, Your Honor.

9          THE COURTROOM DEPUTY:  Here on behalf of the

10   defendant as elbow counsel, on behalf of Defendant Beane, is

11   Stephen McGrath.

12         Is the defendant ready to proceed?

13         MR. BEANE:  Yes.

14         THE COURTROOM DEPUTY:  And as elbow counsel on behalf

15   of Ms. Tucci-Jarraf is Francis Lloyd.

16         Is the defendant present and ready to proceed?

17         MS. TUCCI-JARRAF:  Heather is ready to proceed, yes.

18         THE COURTROOM DEPUTY:  Okay.  Thank you.

19         THE COURT:  All right.  Before the Court today is the

20   filing of Ms. Tucci-Jarraf's praecipe to enter dismissal with

21   prejudice and Mr. Beane's motion to join in that filing.  So

22   there's a number of other tangential motions or files that have

23   occurred since that time.  We'll take those up separately.

24         Mr. Beane, is it correct that you want to join in

25   Ms. Tucci-Jarraf's praecipe filing?

UNITED STATES DISTRICT COURT

1          MR. BEANE:  Yes.

2          THE COURT:  Do you know what a praecipe?

3          MR. BEANE:  No.

4          THE COURT:  Do you claim this Court has no

5    jurisdiction over you?

6          MR. BEANE:  Yes.

7          THE COURT:  Can you explain the legal basis for that

8    claim?

9          MR. BEANE:  No.

10          THE COURT:  All right.  Ms. Tucci-Jarraf, how do you

11    pronounce your filing?

12          MS. TUCCI-JARRAF:  Praecipe.

13          THE COURT:  Praecipe.  Okay.  And what do you

14    understand a praecipe to be?

15          MS. TUCCI-JARRAF:  Praecipe is a command and it's an

16    order.

17          THE COURT:  Okay.  So if I understand right, you

18    contend that you can order this Court to do certain things?

19          MS. TUCCI-JARRAF:  Based on the UCC filings that were

20    supplied to everybody in this room, that is actually a

21    perfected judgment, which was also supplied to -- at the time,

22    Department of Justice had a public integrity, Jack Smith,

23    who -- well, until last month --

24          THE COURT:  I think you're doing what you do in your

25    filings, which is going on and on and not --

UNITED STATES DISTRICT COURT

1          MS. TUCCI-JARRAF:  I'm giving you the legal basis for

2     actually having the authority to deliver a praecipe.

3          THE COURT:  I will ask you that probably in a minute.

4          MS. TUCCI-JARRAF:  Okay.

5          THE COURT:  That wasn't what I asked you.

6          MS. TUCCI-JARRAF:  Based on my authority --

7          THE COURT:  No.

8          MS. TUCCI-JARRAF:  -- that is in the UCCs --

9          THE COURT:  That wasn't what I asked you.

10         MS. TUCCI-JARRAF:  That is why the praecipe -- I'm

11    not commanding any office in this room, but I am just stating,

12    based on the judgment that was provided to everyone, this is

13    the command of how to move forward.

14         THE COURT:  A praecipe is an order to do certain

15    things.

16         MS. TUCCI-JARRAF:  Correct.

17         THE COURT:  Is it your position that you can order me

18    to do certain things?

19         MS. TUCCI-JARRAF:  It is my position that I have the

20    authority to -- with the filings, this Court does not exist.

21    The positions of the United States of America, United States,

22    the alleged defendant -- or excuse me, the alleged plaintiff in

23    this Court does not exist, and all proof has been provided to

24    show it was foreclosed and terminated.  And, therefore,

25    Anne-Marie Svolto -- and, I'm sorry, Cynthia's last name.

UNITED STATES DISTRICT COURT

```
 1            MS. DAVIDSON:  Davidson.

 2            MS. TUCCI-JARRAF:  Davidson.  Thank you,

 3   Ms. Davidson.

 4            They are here of -- in their own personal

 5   responsibility.  So there's been no proof to show that it

 6   exists or the authority or authorization.  So it's not that I'm

 7   commanding anybody.  If we're in an official capacity, it is

 8   that their official capacities do not even exist.

 9            THE COURT:  So this is not a motion to dismiss your

10   indictment?

11            MS. TUCCI-JARRAF:  It is not a motion.  It's a

12   praecipe --

13            THE COURT:  Okay.

14            MS. TUCCI-JARRAF:  -- for dismissal with prejudice

15   based on the authority and UCCs, which are still unrebutted.

16            THE COURT:  Did I understand at one time you were a

17   lawyer?

18            MS. TUCCI-JARRAF:  I am a lawyer.  I was at one time

19   an attorney, a licensed, barred attorney.

20            THE COURT:  Okay.  And during that time, didn't you

21   always as a lawyer file motions requesting orders, and the

22   court issued those orders?

23            MS. TUCCI-JARRAF:  As a barred, licensed --

24            THE COURT:  That's a pretty simple answer.

25            MS. TUCCI-JARRAF:  -- attorney?  No.  As a barred,
```

UNITED STATES DISTRICT COURT

1  licensed attorney, when I worked for the government, there were

2  motions, there were pleadings, there was a lack of

3  understanding, basically, an incompetency, which were just --

4  it's in ignorance.

5          However, when I canceled my bar license and worked

6  with the judges and DOJ at the time, it was the praecipe

7  that -- you have to have standing to be able to do a praecipe.

8  So that's what we have here.  My standing has -- and authority

9  has already been supplied to everybody in this room.  And

10 that's what this praecipe is.

11         THE COURT:  And when you say you have to have

12 standing to file a praecipe, what's the legal authority for

13 that statement?  Where do you find something that says you have

14 to have standing to file a praecipe?

15         MS. TUCCI-JARRAF:  Well, if I'm commanding someone,

16 it's the judgment that I provided you in the UCC.  It's a

17 perfected, registered, and duly noticed, and secured judgment

18 that was done five years ago in 2012.

19         THE COURT:  What's the judgment?  What's it entitled?

20         MS. TUCCI-JARRAF:  The judgment -- well, the

21 declaration of facts, is that the document that you're

22 referring to?

23         THE COURT:  You prepared a declaration of facts, and

24 you consider that a legal judgment?

25         MS. TUCCI-JARRAF:  No.  There was a declaration of

                    UNITED STATES DISTRICT COURT

1    facts.  In 2012, a foreclosure occurred, not just on the
2    corporation called the United States of America, but also on
3    every single corporation, private corporations, operating under
4    the guise of government.  So all of those corporations were
5    actually closed and terminated.  And that was with the
6    assistance and the help of those in the Department of Justice,
7    those in the federal and state courts here, as well as
8    internationally.
9           THE COURT:  Do you have a document entitled
10   "Judgment"?
11          MS. TUCCI-JARRAF:  The UCC, under the UCC, there is
12   no -- you don't need a courtroom for a judgment.  In fact,
13   most --
14          THE COURT:  I didn't ask about a courtroom.  You kept
15   saying that you have a judgment.
16          MS. TUCCI-JARRAF:  It's a perfected judgment.  There
17   was no rebuttal of the declaration of facts.  And DOJ, as well
18   as the U.S. Secretary of Treasury, the Secretary of Commerce,
19   Secretary of State, everybody was notified, as well as IMF,
20   IRS, Counsel of Privy -- Privy's Counsel, everybody involved,
21   World Bank, United Nations, you have Secret Service.  Everybody
22   was involved in that foreclosure back in 2012 and 2013.
23          THE COURT:  All right.
24          MS. TUCCI-JARRAF:  So when it went unrebutted, it's a
25   matter of law at that point.  A declaration unrebutted stands

                    UNITED STATES DISTRICT COURT

1   as law.

2          And it was entered into the Uniform Commercial Code,

3   which is a notification system, and that is actual due notice.

4          However, there were courtesy copies and courtesy

5   notices, personal service done around the world on top of that.

6          THE COURT:  All right.  I've read all that.  And not

7   one of those things was what I asked you.

8          MS. TUCCI-JARRAF:  You asked me about my authority.

9          THE COURT:  I did not ask you that.  You keep saying

10  that.  I've never asked you that.

11         MS. TUCCI-JARRAF:  You asked me if I could command

12  you.

13         THE COURT:  That was way back.

14         MS. TUCCI-JARRAF:  Okay.

15         THE COURT:  If you will actually listen -- if you

16  want to go ahead and finish your speech, I'll listen to it.

17         MS. TUCCI-JARRAF:  No, that's all right.  Please --

18         THE COURT:  But whenever you're ready to answer my

19  questions, if you'll just listen to them, most of them are yes

20  or no or very specifically focused.

21         MS. TUCCI-JARRAF:  Okay.  Please repeat your

22  question.

23         THE COURT:  Yes.  You referenced a judgment

24  repeatedly.

25         MS. TUCCI-JARRAF:  Yes.

UNITED STATES DISTRICT COURT

1          THE COURT:  What document is that judgment?

2          MS. TUCCI-JARRAF:  That judgment was actually the

3 declaration of facts, which I provided to everyone.  It is

4 Document 201 -- 2012127810.

5          Here, I'll read it from here so that it's quicker for

6 you.

7          THE COURT:  I don't want you to read it.  I just --

8          MS. TUCCI-JARRAF:  No.  Just the judgment numbers.

9 You asked me what the judgment was.  I'm giving you actual

10 numbers.

11          So, again, 2012127810, 2012127854, 2012127907, and

12 2012127914, along with the commercial bill, which is number

13 2012114586, and the true bill, which is 2012114776.

14          That is the actual complete judgment that is

15 commercially perfected in -- that was the one I'm referring to.

16          THE COURT:  And what are those numbers?

17          MS. TUCCI-JARRAF:  Those are Uniform Commercial

18 Code -- it's the UCC registration numbers from the actual

19 foreclosure that was done with all the parties therein named.

20          THE COURT:  So is it the UCC financing statement that

21 you filed that you consider a judgment, or is it the

22 declaration of facts that you prepared that you consider a

23 judgment?

24          MS. TUCCI-JARRAF:  No.  Actually, it goes all the way

25 back to the perpetuity, which would be the -- that was actually

UNITED STATES DISTRICT COURT

1   done with members of the U.S. Treasury and the Federal Reserve.

2   That was UCC Doc No. 2000043135.

3          That was a perpetuity filing at that time, and it was

4   a UCC-1.  That was done in May 4th, 2000 -- and that, these --

5   the documents that I told you about for the declaration of

6   facts lists every single document that were amendments to that

7   perpetuity done in 2000.  That's never been rebutted to this

8   day.  And it was perfected --

9          THE COURT:  All right.  I'm going to ask you one last

10  time, and then I will proceed, and I will note that you did not

11  answer the question.  Okay?

12         MS. TUCCI-JARRAF:  I object to that.  I have.

13         THE COURT:  No, ma'am.  You have not.  I have asked

14  you, and you get a choice to answer this question or you can go

15  on with a whole bunch of numbers.

16         Is the judgment that you reference the UCC financing

17  statement filings, or is it the declaration of facts that

18  you've prepared?

19         MS. TUCCI-JARRAF:  Which preparation?  I've done a

20  number of declaration facts in this case, or are you talking

21  about the declaration of facts that the judgment actually was?

22         Please clarify that, only because there's a number of

23  declaration of facts.

24         THE COURT:  No.  You referenced a judgment.  I tried

25  to get you to tell me what it was.

                     UNITED STATES DISTRICT COURT

1          MS. TUCCI-JARRAF:  Sure.

2          THE COURT:  And you haven't.

3          MS. TUCCI-JARRAF:  Okay.  So the 2000 --

4          THE COURT:  You have no document that says "Judgment"

5    on it.  Is that correct?

6          MS. TUCCI-JARRAF:  No.  The actual filings --

7          THE COURT:  Is that yes or no?

8          MS. TUCCI-JARRAF:  I do.

9          THE COURT:  Let me see it.  Hand me a document that

10   says "Judgment" on it.

11         MS. TUCCI-JARRAF:  It's dated November 28th.  I'm

12   going to hand you my personal copy.

13         THE COURT:  I'll be glad to hand it back.

14         MS. TUCCI-JARRAF:  This is the actual judgment.  Oh,

15   I'm sorry, here's two more pages.  That's the actual judgment.

16         Just for the record, I've actually already

17   provided --

18         THE COURT:  All right.  The document you've handed me

19   is entitled in your handwriting at the top, "Declaration of

20   Facts."  Is that correct?

21         MS. TUCCI-JARRAF:  Yes.  That's my own personal copy,

22   so that's my handwriting.

23         THE COURT:  And then -- while you've handwritten on

24   all the stuff you've filed in here as well.  Right?

25         MS. TUCCI-JARRAF:  Possibly.  But we're referring to

                    UNITED STATES DISTRICT COURT

1    the actual judgment.  The actual judgment doesn't have my

2    handwriting on it.

3              THE COURT:  All right.  It -- also, the actual form

4    is "UCC Financing Statement Amendment."  Correct?

5              MS. TUCCI-JARRAF:  On that particular document, yes,

6    it's an amendment to the perpetuity.

7              THE COURT:  Okay.  And there is nothing in here --

8    there are copies of that, but there is nothing that says

9    "Judgment."  Correct?

10             MS. TUCCI-JARRAF:  No.  Inside of there, you will see

11   the word "judgment," however, because it goes unrebutted, it

12   stands -- the declaration unrebutted stands as law.  So --

13             THE COURT:  I understand your legal theory.

14             MS. TUCCI-JARRAF:  It is not a theory.  It's a law

15   and maxim of law.

16             THE COURT:  Okay.  We'll go ahead and get to that.

17   If you'll hand this back, the Court will make note that there

18   is no judgment in the stack of papers that she gave me.

19             Now, on Page 2 of your filings, your praecipe, you do

20   list a group of maxims of law.

21             MS. TUCCI-JARRAF:  Maxims of law?

22             THE COURT:  Yes.  Right?

23             MS. TUCCI-JARRAF:  I was just -- I thought you said

24   "maximums."

25             THE COURT:  Maxims of law.

                        UNITED STATES DISTRICT COURT

1              MS. TUCCI-JARRAF:  Yes.

2              THE COURT:  And what is your -- where is the legal

3    support for those maxims?

4              MS. TUCCI-JARRAF:  Such as --

5              THE COURT:  Like where do you get them?

6              MS. TUCCI-JARRAF:  -- being born from a fraud?

7              THE COURT:  Where did you get them from?

8              MS. TUCCI-JARRAF:  It's universal.

9              THE COURT:  You just made them up?

10             MS. TUCCI-JARRAF:  No.

11             THE COURT:  Where did you get them?

12             MS. TUCCI-JARRAF:  They're universally accepted.

13   Like, nothing can be born from a fraud.

14             That's something we've used when I was working as a

15   prosecutor for the government, nothing could be born from a

16   fraud.

17             THE COURT:  Well, you said, "A declaration unrebutted

18   stands as law."

19             Where did you get that?

20             MS. TUCCI-JARRAF:  A declaration unrebutted, those

21   are in almost every court rule book.

22             THE COURT:  I couldn't find it anywhere.  Where would

23   you find it?

24             MS. TUCCI-JARRAF:  I'm not sure about Tennessee.  I

25   haven't gone --

                        UNITED STATES DISTRICT COURT

 1          THE COURT:  Where would you find it anywhere?  In

 2   Washington?

 3          MS. TUCCI-JARRAF:  That declaration stands

 4   unrebutted?

 5          THE COURT:  Yeah.

 6          MS. TUCCI-JARRAF:  That would be in the court rules

 7   typically of any state.

 8          THE COURT:  Okay.  Do you know where?

 9          MS. TUCCI-JARRAF:  I do not know where in the --

10   Tennessee.

11          However, the rules, that's part of the thing is with

12   the declaration of facts, the actual judgment that was

13   perfected back in 2012, it was never rebutted.

14          There was foreclosure and a termination, which also

15   means all the policy statutes and codes belonging to that

16   particular entity also is unenforceable.  They do not exist.

17          THE COURT:  We're not talking about that.  We're just

18   talking about maxims of law.

19          MS. TUCCI-JARRAF:  Uh-huh.

20          THE COURT:  Okay.

21          MS. TUCCI-JARRAF:  Maxim of law is that which is

22   universally accepted and known to be true.

23          I don't know.  Do you believe that something born of

24   a fraud exists?

25          THE COURT:  I'm just asking where you got these.  You

                  UNITED STATES DISTRICT COURT

1   have submitted them, and I ask you --

2          MS. TUCCI-JARRAF:  They are -- they are universal

3   maxims that I have learned and been trained with in law school,

4   as well as in my time as an attorney working for the

5   government, as well as privately working as an attorney, and

6   then also as a lawyer after I canceled my bar license and no

7   longer was a licensed attorney or an attorney.

8          THE COURT:  Okay.  So what I'm hearing is, even

9   though it's universal, it's everywhere, you know all about it,

10  there's no place I could go and find these?

11         MS. TUCCI-JARRAF:  I'm sure that we could spend some

12  time and look for them, if you would like.  If you want a

13  specific reference, although I assumed everyone here, sitting

14  as an attorney or in this seat, is -- they're presumed to know

15  the law, so as far as the universal maxims, such as nothing can

16  be born from a fraud.

17         THE COURT:  All right.  Now, if I look over at

18  Page 4, and I -- right after those maxims in your praecipe,

19  it's your contention, first, that, among others, neither Chief

20  Judge Varlan nor I legally exist.  Is that correct?

21         MS. TUCCI-JARRAF:  Actually, I was waiting for proof

22  from you, as well as everyone that was listed inside of the

23  praecipe, and there were two praecipes, so I'm referring to the

24  one on the 29th.

25         THE COURT:  Yes.  That's the one I have in front of

1    me.  It's on Page 4.

2            MS. TUCCI-JARRAF:  Okay.  So we're not on the one

3    from yesterday?

4            THE COURT:  No.

5            MS. TUCCI-JARRAF:  Okay.

6            THE COURT:  So is that correct, you claim that we do

7    not legally exist?

8            MS. TUCCI-JARRAF:  We actually -- from what I

9    understand and from the record, there was a declaration that --

10   of lack of jurisdiction of yourself of Guyton -- Mr. Guyton,

11   who was at the time in front of me, as well as Cynthia Davidson

12   and Anne-Marie Svolto.

13           THE COURT:  Just --

14           MS. TUCCI-JARRAF:  I have not received anything --

15           THE COURT:  I did not ask --

16           MS. TUCCI-JARRAF:  -- from you guys.

17           THE COURT:  -- about Ms. Davidson.  I did not ask

18   about Ms. Svolto.  I did not ask about Judge Guyton, did I?

19           MS. TUCCI-JARRAF:  Okay.  To answer your question

20   very specifically and particularly --

21           THE COURT:  Yes.

22           MS. TUCCI-JARRAF:  -- I have not received any

23   documented evidence, sworn, validated, and verified by you that

24   you exist, that you actually -- excuse me, you exist as far as

25   being a judge that supposedly works for Eastern Tennessee --

                    UNITED STATES DISTRICT COURT

1    Eastern District of Tennessee, for the United States.

2            I haven't received any of that documentation from

3    you.  The record is void of it.

4            THE COURT:  And do you think I have to give that to

5    you?

6            MS. TUCCI-JARRAF:  Yes, you do.

7            THE COURT:  And where is the legal authority?

8            MS. TUCCI-JARRAF:  When I assert a declaration of

9    lack of jurisdiction and existence as a legal entity to come in

10    and have authority over me.

11            THE COURT:  So if you were to claim I was a zebra, I

12    would have to issue proof that I wasn't?

13            MS. TUCCI-JARRAF:  Well, that's just a -- I'm not

14    even sure whether the Court is going to be humorous, because

15    you're obviously not a zebra.  I see that you are a human being

16    sitting there.

17            I'm saying, what is your authority?  What is your

18    authorization?  Because you have to be authorized.

19            THE COURT:  Were you here at my investiture?

20            MS. TUCCI-JARRAF:  No, but when was your investiture?

21            THE COURT:  If you had been --

22            MS. TUCCI-JARRAF:  When was your investiture?

23            THE COURT:  Back 16 years ago.

24            MS. TUCCI-JARRAF:  Okay.  So whatever your

25    investiture was, it was inside of the United States

                    UNITED STATES DISTRICT COURT

1    corporation.  It was terminated.  It was foreclosed upon.

2              THE COURT:  Okay.  So --

3              MS. TUCCI-JARRAF:  So that's why I'm asking for

4    everyone's authority, including yours and Judge -- you know,

5    Judge Varlan or the allegedness of that.

6              I don't know.  I need to see your authority, your

7    identification, your authorization to actually do all this.  I

8    do not have that.

9              THE COURT:  I'm just trying to be sure I'm reading

10   this right is all.

11             Did you claim we do not legally exist as judges?

12             MS. TUCCI-JARRAF:  I do not have any sworn

13   documented, verification, or validation that you legally exist,

14   and have the authority to hold this court or to -- that this

15   court even exists, because I've actually delivered proof to all

16   of you, sworn, documented, verified, validated proof that they

17   do not exist.

18             You as a human being, yes, you do.

19             THE COURT:  What I'm looking for is yeses and noes,

20   and then if you want to explain the yes or no, but you go

21   straight off into some bizarre explanation, and I never get an

22   answer.

23             MS. TUCCI-JARRAF:  Well, I said I do not have any

24   documentation.

25             THE COURT:  I didn't ask you if you have any

                    UNITED STATES DISTRICT COURT

1    documentation.

2          MS. TUCCI-JARRAF:  I don't have any documentation, so

3    therefore, no, you don't.

4          THE COURT:  Okay.  Your position is we don't legally

5    exist, because you have no documentation.  And what

6    documentation would it take to convince you that I legally

7    exist?

8          MS. TUCCI-JARRAF:  A sworn -- with your signature and

9    seal, validation, and verification by you, sworn declaration

10   that the United States, first off, exists, that it's lawful,

11   that it's legal, that you actually have the authority, and then

12   I would need to see the authorization from the United States.

13         THE COURT:  Then what would you do with all that?

14         MS. TUCCI-JARRAF:  If everyone had it, we would have

15   it.  We don't.  So 2012, 2013, all of this --

16         THE COURT:  So, really, all that is --

17         MS. TUCCI-JARRAF:  It would actually trump, wouldn't

18   it?  It would trump that declaration of facts and judgment that

19   actually stands as a judgment as a matter of law under the

20   Uniform Commercial Code.

21         THE COURT:  Well, first off, we can dispense with

22   that.  Filing a UCC financing statement does not translate into

23   a judgment.  Number one, that is contrary to the law.

24         Number two, a UCC financing statement doesn't even

25   have that potential.

                    UNITED STATES DISTRICT COURT

1          And, number three, you have absolutely no legal basis

2     for claiming it.

3          MS. TUCCI-JARRAF:  Actually, I accept your statements

4     as proof of either, number one, your ignorance or --

5          THE COURT:  That's fine.

6          MS. TUCCI-JARRAF:  -- a collusion at this point.

7          THE COURT:  Well, we'll get into that in just a

8     second.

9          If I understand, you also claim that we do not have

10    authority or jurisdiction of this criminal action.  Is that

11    correct?

12         MS. TUCCI-JARRAF:  I have no documentation that

13    there's authority or jurisdiction over this action.  So

14    therefore, no, I do not have proof of that.

15         THE COURT:  I understand you don't have proof of

16    that.

17         MS. TUCCI-JARRAF:  If there is no proof of that, then

18    my position is actually validated and verified here in this

19    courtroom right now.

20         THE COURT:  You claim that we do not have authority

21    or jurisdiction of this action, true or false?

22         MS. TUCCI-JARRAF:  True.  I've declared that since

23    D.C.  And I still have not been provided.  If you had it, you'd

24    show it.

25         THE COURT:  And you claim that you do not have -- we

                    UNITED STATES DISTRICT COURT

1    do not have authority or jurisdiction over you or Mr. Beane?

2              MS. TUCCI-JARRAF:  I have declared that you don't

3    have jurisdiction over me.

4              According to the record, Mr. Beane has declared you

5    don't have jurisdiction over him.

6              And the burden of proof shifts to you and to Anne

7    Svolto -- Anne-Marie Svolto and Cynthia Davidson.

8              THE COURT:  Okay.

9              MS. TUCCI-JARRAF:  You have not met your burden.

10             THE COURT:  Is it your position that that is true

11   only as to you and Mr. Beane, or is that true as to everyone?

12             MS. TUCCI-JARRAF:  That particular judgment, which I

13   gave you, which according -- under the Uniform Commercial Code

14   and common law --

15             THE COURT:  No.  My question --

16             MS. TUCCI-JARRAF:  It is absolutely a perfected

17   judgment, so that means everyone in this room is no longer a

18   citizen of a private corporation, nor are they an employee of a

19   private corporation --

20             THE COURT:  Okay.  Does --

21             MS. TUCCI-JARRAF:  -- operating under the guise of

22   government.

23             THE COURT:  Does that mean that your position is that

24   not only do Judge Varlan and I not have any authority or

25   jurisdictions over you and Mr. Beane, but we don't have

                  UNITED STATES DISTRICT COURT

1    authority over anyone?

2              MS. TUCCI-JARRAF:  You know, can I just ask for a

3    clarification here?  Because it feels like I'm giving legal

4    advice at this point.

5              THE COURT:  I'm not asking for legal advice.

6              MS. TUCCI-JARRAF:  I've made a declaration that

7    nobody has authority or jurisdiction over me.  At that point --

8              THE COURT:  Right.

9              MS. TUCCI-JARRAF:  -- the burden shifts to those that

10   declare or that assert that they do.

11             THE COURT:  Okay.

12             MS. TUCCI-JARRAF:  I haven't received that.  That's

13   what I'm saying.

14             THE COURT:  Well, I'm asking you if your argument is

15   limited to you --

16             MS. TUCCI-JARRAF:  I have no argument.  I made a

17   declaration.  There's a difference.

18             THE COURT:  -- if -- your position is true only as to

19   you, or is it true as to everyone in the courtroom and outside

20   the courtroom?

21             MS. TUCCI-JARRAF:  My declaration, not position -- I

22   corrected it to declaration -- is everybody on this planet has

23   been taken out of the employment and the citizenship or the

24   ownership of private corporations operating under the guise of

25   government.

                        UNITED STATES DISTRICT COURT

1          THE COURT:  Okay.  So if I understand that right,

2    then anyone could commit a federal crime and we would not be

3    able to prosecute them.  Correct?

4          MS. TUCCI-JARRAF:  Again, these are -- all goes to

5    legal advice, which we -- you and I personally agreed I would

6    not go into.

7          THE COURT:  I'm not asking you for your legal advice.

8    I'm asking you, is that part of your position, because I'm

9    trying to figure out how it works.  So if it works as to you,

10   and if it works as to everyone --

11         MS. TUCCI-JARRAF:  This court is a bank.  It's just a

12   bank teller.  Okay?

13         THE COURT:  Okay.

14         MS. TUCCI-JARRAF:  This court operates as a banking

15   function.

16         THE COURT:  That's my -- that's my point.  If this

17   court is just a bank teller, if this court has no jurisdiction,

18   if this court doesn't exist, if this court has been foreclosed

19   on, if all those things are true, then there is no authority in

20   this court to sit in judgment of anybody who commits any

21   criminal offense.  Correct?

22         MS. TUCCI-JARRAF:  Every criminal offense that used

23   to be in the United States Code, which used -- I should say is

24   in the United States Code, which used to be enforceable --

25         THE COURT:  Right.

UNITED STATES DISTRICT COURT

1          MS. TUCCI-JARRAF:  -- they are basically regulations

2    on commerce.  Okay?

3          THE COURT:  On what?

4          MS. TUCCI-JARRAF:  My hope -- on commerce.

5          THE COURT:  Okay.

6          MS. TUCCI-JARRAF:  That's what Congress has the

7    unlimited power to do is regulate commerce.

8          THE COURT:  Okay.

9          MS. TUCCI-JARRAF:  My entire last 20 years has been

10   spent to making sure that people such as yourself, Anne-Marie

11   Svolto, and Cynthia Davidson could actually do what we believed

12   we were doing.

13          When I was a prosecutor, I went in there because I

14   believed I was protecting the community.  I was protecting that

15   until I ended up at the highest levels of banking trade and

16   finance before --

17          THE REPORTER:  Can you please slow down?

18          THE COURT:  I'm not interested -- yeah, let's just

19   cut her off.  I'm not interested in your biography.  I'm simply

20   asking how this -- I'm trying to see how this works.

21          MS. TUCCI-JARRAF:  Yeah.  Not a problem.

22          THE COURT:  Okay.  So --

23          MS. TUCCI-JARRAF:  It used to be one way, and now I'm

24   putting all my intent that it is another way.

25          THE COURT:  In your world, in your idea of how this

                    UNITED STATES DISTRICT COURT

```
 1    works, because you think there is no U.S., and I think there
 2    is, so in your -- in your declaration and your position, in
 3    your theory and your whatever you want to call it, if someone
 4    were to rob a bank, okay, could they be prosecuted in court by
 5    a prosecutor like these young ladies or by a court like myself
 6    or Judge Varlan?
 7              MS. TUCCI-JARRAF:  If there is authority to do so,
 8    then, of course.
 9              THE COURT:  Is there authority?  I thought you said
10    there was no such authority.
11              MS. TUCCI-JARRAF:  You gave me a hypothetical.
12              THE COURT:  Right.
13              MS. TUCCI-JARRAF:  I gave you another hypothetical
14    answer -- or excuse me, the appropriate hypothetical answer
15    was, if there is authority and jurisdiction.
16              THE COURT:  But in your position, there is no such in
17    this court.
18              MS. TUCCI-JARRAF:  This state of current events --
19              THE COURT:  Right.
20              MS. TUCCI-JARRAF:  -- is that essentially all I did
21    was I closed and terminated the fraud.  This court used to be
22    operating in a fraud.  Okay.  It still is until we go in and
23    actually clean things up.
24              It's not -- I get what everyone's intent and hearts
25    are set to, and I agree with you.  That was the why things
```

UNITED STATES DISTRICT COURT

1    could be taken down.

2             The only thing I took down was the corporate fraud

3    that was occurring called the United States.  It was a

4    corporate fraud.  That's it.

5             THE COURT:  In the name of trying not to commit more

6    fraud, I take it your position then is, if someone robs a bank

7    today and they come in here, I should just tell them I have no

8    authority over them, I don't exist, and they should just go

9    home?

10            MS. TUCCI-JARRAF:  I'm not going to give you any

11   legal advice of how you should conduct your affairs today.

12            THE COURT:  I mean, that would be the ultimate result

13   of what you're proposing.

14            MS. TUCCI-JARRAF:  At this point, because of where

15   you sit and where I get -- I get where you believe you sit, and

16   I get where everyone actually has that.  Right now, this court

17   is not operating lawfully.  You are not operating lawfully if

18   you don't have proof of your authority and jurisdiction.  I'm

19   not consenting to you having authority and jurisdiction over

20   me.  I'm not an employee of a defunct terminated corporation.

21   I'm not a citizen of a defunct corporation.

22            THE COURT:  All right.

23            MS. TUCCI-JARRAF:  But I am here, you are here, and

24   we're all talking underneath -- in our own full responsibility.

25   This is what the restructure is about.  This is what the

                    UNITED STATES DISTRICT COURT

1    statement is for, is all these funds go to the restructure.

2           THE COURT:  I was hoping that at some point in our

3    discussion, you could see the fallacy in your argument or at

4    least your supporters could.

5           MS. TUCCI-JARRAF:  Well, I hope that you see the

6    fallacy in your hypothetical.

7           THE COURT:  But that is the long and short of your

8    proposition, that people could just go out today and commit any

9    kind of crimes, and there would be no way to prosecute them or

10   to bring them to justice, because by virtue of your foreclosure

11   in your own argument, by virtue of that, we have -- no longer

12   have any authority, we don't exist legally, and we could do

13   nothing with them.

14          MS. TUCCI-JARRAF:  Legally no.  Nobody --

15          THE COURT:  Okay.  So that's my point.

16          MS. TUCCI-JARRAF:  Nobody legally exists --

17          THE COURT:  That's my point.  We would have anarchy.

18          MS. TUCCI-JARRAF:  -- in that commercial structure

19   anymore, no.

20          THE COURT:  The essence for this, if I understand it

21   is, that you contend that the United States was formerly

22   declared a corporation.

23          MS. TUCCI-JARRAF:  Formerly?  It's Anne-Marie Svolto

24   and Cynthia Davidson said that, and the alleged court clerk's

25   record it says the U.S.A. is the plaintiff.  I'm just asking

                    UNITED STATES DISTRICT COURT

1    for proof of the existence of the plaintiff.

2              THE COURT:  I didn't ask about that.  I'll just read

3    your own writing.

4              MS. TUCCI-JARRAF:  It's not a corporation anymore.

5    It is -- it was cited in the United States Code.  I gave you

6    that.

7              THE COURT:  You said the United States was formerly

8    declared a corporation at 18 U.S. Code Section 3002(15).

9              MS. TUCCI-JARRAF:  That was only the most recent

10   citing of --

11             THE COURT:  That's the only thing you wrote.

12   Correct?

13             MS. TUCCI-JARRAF:  Uh-huh.

14             THE COURT:  You understand, don't you, that that cite

15   is just a definitional cite under the Federal Debt Collection

16   Procedure Act, don't you?

17             MS. TUCCI-JARRAF:  I am very aware of the United

18   States being a corporation after working at the highest levels

19   of bank trade and finance, and that it is actually a

20   corporation that had been operating in fraud.

21             THE COURT:  No, ma'am.  It is not.  And your only

22   reference to it does not even say that, does it?

23             MS. TUCCI-JARRAF:  I would be happy, because this is

24   a bankrupt -- this was a bankrupt corporation.  I actually went

25   in and cleaned up the bankruptcy and it was satisfied.  So as

                    UNITED STATES DISTRICT COURT

1    far as -- this is all banking.

2            THE COURT:  You went in and cleaned --

3            MS. TUCCI-JARRAF:  This is all law.

4            THE COURT:  Okay.

5            MS. TUCCI-JARRAF:  You know, I am completely aware

6    that yourself and others are not aware of the actual current

7    law.  I get that.

8            THE COURT:  Well, in your mind, I appreciate that you

9    feel that way.  What I'm asking you is, the legal cite that you

10   filed doesn't support what you claim.  Correct?

11           MS. TUCCI-JARRAF:  How does it not support?  It was a

12   corporation operating under the guise of government and it was

13   a bankrupt corporation.

14           THE COURT:  It doesn't say that at 18 U.S.

15   Code Section 3002(15), does it?

16           MS. TUCCI-JARRAF:  That was for -- that's for the

17   Fair Debt and Practices Act.  Correct?

18           THE COURT:  Yeah.

19           MS. TUCCI-JARRAF:  That is part of the fraud that was

20   committed under the corporation operating under the guise of

21   the government.  All we did was correct it.  At this point, we

22   do move forward with a true government at this point.  This

23   government that we all believe in, I believe in it too.  I do

24   not believe in the --

25           THE COURT:  Does it have judges?

                    UNITED STATES DISTRICT COURT

1        MS. TUCCI-JARRAF:  -- in a fraudulent --

2        THE COURT:  Does your government have judges?

3        MS. TUCCI-JARRAF:  My government doesn't -- I --

4   right now, I do not have -- subscribe to any corporate

5   government, no.

6        THE COURT:  All right.  So just --

7        MS. TUCCI-JARRAF:  However, as far as we're not going

8   to be creating criminals, like we have been, to be able to feed

9   into the prison systems, which are all money based.

10       There are tons of undercover agents that I even met

11  with while I was in there who have been gathering evidence for

12  over the last five years, as well as marshals that were working

13  as marshals while I was there.  This is all stuff that's going

14  to be coming out.

15       I completely respect you, Anne-Marie Svolto, and

16  Cynthia Davidson, Mr. Parker Still, Randy Beane, Steve, and

17  Francis, everyone that's in this courtroom, I respect you all.

18  I'm here because I spent the last 20 years working with those

19  inside the industries to clean this up.

20       I'm saying, yes, we can move forward.  Yes, we can

21  have court.  We can have different systems, but we are not

22  answering to a banking entity, into the banking families.

23  That's what I'm saying.  It's slavery via monetary instruments.

24  And that's the fraud that was stopped.

25       THE COURT:  And I guess the long and short of it is

                    UNITED STATES DISTRICT COURT

1    simply just because you say it's so doesn't make it so.

2              MS. TUCCI-JARRAF:  Well, and --

3              THE COURT:  And that's true with everybody.

4              MS. TUCCI-JARRAF:  Everyone, yes.

5              THE COURT:  That's true with everybody.

6              MS. TUCCI-JARRAF:  However --

7              THE COURT:  In other words, if I were to issue a

8    declaration saying that, you know, you owed me some money, and

9    you didn't, quote, rebut it within the time I said it, doesn't

10   mean you owe it to me.

11             MS. TUCCI-JARRAF:  Well, if you gave me a notice that

12   I owed it to you, I would actually absolutely rebut it, because

13   if I don't owe it to you, I don't owe it to you.

14             THE COURT:  But if you didn't, you still wouldn't owe

15   it to me --

16             MS. TUCCI-JARRAF:  Well, if you gave me notice of

17   it --

18             THE COURT:  So if I just made it up out of whole

19   cloth, and I just said, "You owe me a million dollars," and for

20   some reason you didn't rebut it, suddenly you owe me a million

21   dollars, even though --

22             MS. TUCCI-JARRAF:  That would never happen.

23             THE COURT:  -- there was no basis for the debt?

24             MS. TUCCI-JARRAF:  That would never happen.  I would

25   rebut it.

                    UNITED STATES DISTRICT COURT

1          THE COURT:  But if you didn't?

2          MS. TUCCI-JARRAF:  I wouldn't -- I would.  I would

3    rebut it.

4          THE COURT:  Suppose you just blew it off?

5          MS. TUCCI-JARRAF:  I wouldn't.  I would rebut it.

6          THE COURT:  Or if anybody did.  If I wrote it to

7    Ms. Svolto and she blew it off?

8          MS. TUCCI-JARRAF:  I'm not responsible for

9    Ms. Svolto.  She has to be responsible for her own things.

10          THE COURT:  What I'm trying to show you is the

11    fallacy of that argument.

12          MS. TUCCI-JARRAF:  The fallacy of the argument is

13    actually not telling anyone what their actual positions are

14    legally.

15          THE COURT:  Okay.

16          MS. TUCCI-JARRAF:  As far as the legal status, their

17    legal identity, and everything else.

18          THE COURT:  Well, I'm trying to do --

19          MS. TUCCI-JARRAF:  She's responsible for her own

20    debt.  But if you sent it to me, I'm absolutely canceling it,

21    because it's not true.

22          THE COURT:  Let's see.

23          MS. TUCCI-JARRAF:  May I ask for a clarification,

24    please?

25          THE COURT:  I have no idea.  I'm just trying to do my

                    UNITED STATES DISTRICT COURT

1   job.  And my job --

2            MS. TUCCI-JARRAF:  That's what I'm asking.

3            THE COURT:  -- which may not exist in your mind

4   anyway, but for everybody else in the world, my job is to rule

5   on motions that are filed in front of me.

6            And the way I -- and I understand every judge does

7   that, is to read the motion to see what the allegations are, to

8   see what the supporting law is, and to see what the other side

9   says in response to it, and then make a decision.  That's what

10  we do.  We do it day in and day out.  Every judge in this

11  country has been doing it for hundreds of years.

12           And all I'm trying to do is go through that same

13  process with you by asking you what is the basis for these

14  various arguments.  I've highlighted them.  I've read

15  everything you filed.  And I can't get you to stay with me on

16  that.

17           MS. TUCCI-JARRAF:  Well, I have a clarification for

18  you --

19           THE COURT:  Okay.

20           MS. TUCCI-JARRAF:  -- which possibly might help here.

21           THE COURT:  Okay.

22           MS. TUCCI-JARRAF:  Okay.

23           THE COURT:  Yes, ma'am.

24           MS. TUCCI-JARRAF:  There is a contrite ignorance,

25  from the moment that we go to law school, as far as what the

                    UNITED STATES DISTRICT COURT

law is, a true bill, for instance, can only be issued by the
original issuer.

So, for instance, there is an ignorance, not just
within this court, but within the whole entire legal industry,
everywhere that someone else can actually charge me or do a
true bill against me.

THE COURT:  So no one --

MS. TUCCI-JARRAF:  Or anybody.

THE COURT:  Excuse me.  Let me see if I understand
that, because I've never heard that law.

MS. TUCCI-JARRAF:  It's not a law.  It's a matter of
fact as far as what paperwork goes from this courtroom through
the clerk's office.

THE COURT:  No, no, no.  You said no one can issue a
true bill against you except who, yourself?

MS. TUCCI-JARRAF:  It's like someone trying to write
a check for me, signing my name, only they don't sign my name,
they try to get my signature in another way.  That's what the
fingerprinting and the photo IDing is in the courthouse.

We actually at the highest level of banking trade and
finance, we actually have to have all that documentation.  If
you send us a judgment, a conviction without having the
thumbprinting and the -- or the fingerprinting and the photo ID
along with the indictment, there is no charge.  I'm talking
from a banking level.

UNITED STATES DISTRICT COURT

1          No matter what happens here today, and the only thing

2    I'm going to be able to do is to be able to accept all of your

3    statements as proof of ignorance.  And I will state that with

4    all due respect, it is contrived, it is designed to have that

5    ignorance be present.

6          THE COURT:  Okay.  So --

7          MS. TUCCI-JARRAF:  However, at the banking level,

8    this is what this is about.  Right now, every minute that we

9    discussed, because, mind you, with a praecipe, there is no --

10   it is not subject to discussion or merit.  It is just entered,

11   and then later on, if they come back and they have proof --

12   because right now, the record is void, completely void of any

13   sworn documentation, validation, and verification that the

14   United States, the alleged plaintiff, exists.  There is proof

15   that it doesn't exist, but there is no proof that it does

16   exist.

17         So unless you guys come forward with your proof of

18   authority, authorization, and jurisdiction, dated from

19   March 2013 onward, there is none.

20         THE COURT:  Do you accept the United States

21   Constitution?

22         MS. TUCCI-JARRAF:  The constitution used to exist.

23   It was actually canceled within the foreclosure.  And that -- a

24   constitution is actually a contract.  And, no, I've never been

25   a signatory to that contract.

                    UNITED STATES DISTRICT COURT

1    However, when I was a licensed, barred attorney,

2  before I was made aware of it, yes, I did swear to uphold the

3  constitution.  However, it's a contract.  I'm not a signatory

4  to it.  Are you?

5    THE COURT:  So if I -- I'm trying to figure out, you

6  keep saying you haven't given me any authorization.  You

7  haven't given me any documentation.  If my support for my

8  position was the United States Constitution and duly ratified

9  laws of the United States Congress, would that be sufficient?

10    MS. TUCCI-JARRAF:  No.  It would have to come from

11  the Attorney General, who is Jeff Sessions at the moment.

12  Okay.  He would have to validate and verify that the United

13  States Constitution is lawful.

14    THE COURT:  And would you accept that if he did?

15  Would you accept then that the United States Constitution is

16  law?

17    MS. TUCCI-JARRAF:  If I had sworn verification and

18  validation.

19    THE COURT:  Right.

20    MS. TUCCI-JARRAF:  With his signature and seal.

21    THE COURT:  What's a seal?

22    MS. TUCCI-JARRAF:  His seal, it would be his

23  signature and then the biometric seal.

24    THE COURT:  What's a biometric seal?

25    MS. TUCCI-JARRAF:  For every single --

UNITED STATES DISTRICT COURT

1          THE COURT:  What's a biometric --

2          MS. TUCCI-JARRAF:  Biometric seal is a biometric

3     identification similar to the fingerprints.

4          THE COURT:  So he has to put his fingerprint on

5     there?

6          MS. TUCCI-JARRAF:  That's a biometric seal.  It's the

7     same ones that the U.S. Marshals required, same ones you

8     required.

9          THE COURT:  No, ma'am, I don't.  Because what I'm

10    asking is, you know, for 16 years people have been going to

11    prison, I've been making rulings, I'm --

12         MS. TUCCI-JARRAF:  I know.

13         THE COURT:  -- doing a trial right now.  My

14    fingerprint doesn't exist on any of those, neither does any

15    judges'.  So in your mind --

16         MS. TUCCI-JARRAF:  Actually, didn't you do

17    fingerprinting when you took your bar card?

18         THE COURT:  I don't put them on my orders.

19         MS. TUCCI-JARRAF:  No, but you did it for your bar

20    card.  Right?

21         THE COURT:  Well, somebody probably took my

22    fingerprints at some point.  No, I don't think I ever did

23    anything for a bar.

24         MS. TUCCI-JARRAF:  You didn't do any fingerprinting

25    whatsoever for background checks or anything like that in order

                    UNITED STATES DISTRICT COURT

1   to take the bench?

2              THE COURT:  I don't -- oh, to take the bench was

3   different, yeah.

4              MS. TUCCI-JARRAF:  Okay.  So that is part of the

5   United States corporation when it legally existed and as it

6   functioned.  Everyone is required to give their thumbprints.  I

7   know for the FBI when I became a prosecutor for the United

8   States --

9              THE COURT:  That's not my point.  You said Jeff

10  Sessions would have to send something with his fingerprint on

11  it.

12             MS. TUCCI-JARRAF:  Yeah.  I don't have Jeff

13  Sessions' -- his biometric seal.  Either that or he could be

14  personally here and swear --

15             THE COURT:  Do you understand there is nothing, other

16  than your claim, that says anybody has to file anything with

17  their fingerprint on it?  You're the only person who claims

18  that.

19             MS. TUCCI-JARRAF:  Actually, that's what --

20             THE COURT:  And I realize we're all -- I understand

21  that we're all contrived ignorant, but there is nothing that

22  says that's the law, that that's required, or that any of that

23  has to be done, except you.  You just write it repeatedly, and

24  then in your mind it becomes the law.

25             MS. TUCCI-JARRAF:  No.  Actually, it is inside of

                    UNITED STATES DISTRICT COURT

every single position that you take. When you do a background
check, you have to provide your fingerprints.

THE COURT: I didn't ask that. You said for him to
file something that has his fingerprint, his biometric seal
would have to be on it.

MS. TUCCI-JARRAF: Well, then he can give me the one
that he supposedly gave to the United States corporation when
he took his position. But that is a seal.

And everyone here has required -- I don't know how
many times I was required, which I gave without prejudice and
under duress, my fingerprints, was to check me in to every
single hotel that the U.S. Marshals put me through on that
30-day tour. So I'm not asking for anything that isn't
actually asked for.

In fact, now, even in banking, you have to go in.
It's all a matter of banking. It's not a matter of law. It
never has been. It's all a matter of banking. But you do
actually fulfill those requirements. You just stated you did
when you took the bench.

THE COURT: Are you aware that the district courts,
like this one, have original jurisdiction over all criminal
offenses against the laws of the United States by statute?

MS. TUCCI-JARRAF: When was that statute made and
entered?

THE COURT: I don't know. 18 U.S. Code Section 3231,

UNITED STATES DISTRICT COURT

1  I'm sure you're aware of that, having gone to law school.

2  Right?

3       MS. TUCCI-JARRAF:  When was that actually entered?

4  My point is, unless it's dated after March 13th -- excuse me,

5  March 18th, 2013, along with a newly issued constitution and

6  everything, I know they've already tried to reincorporate.  All

7  of our people at BIS, they've tried to reincorporate the

8  corporation, but they could not.

9       THE COURT:  So your position is that, even though

10  that's been the law of the land since the founding of the

11  country, if it hasn't been redone since you filed your

12  financing statement, it's no good, it's not good law, the

13  district courts do not have original jurisdiction over all the

14  criminal offenses against the United States?

15       MS. TUCCI-JARRAF:  Well, the court never had original

16  jurisdiction -- or the United States is only a ten square mile,

17  if you've been to D.C.  And then as far as branching it out,

18  that's where the fraud has occurred under the old statutes.

19  I'm saying that at this point, the federal corporation does not

20  exist.  I have not received any sworn documentation rebutting

21  any of that to prove that it does exist.

22       And, you know, we're all having a conversation here,

23  but none of it actually counts, only because we still have not

24  received the authority, sworn declaration, sworn documentation,

25  verified and validated by you or Anne-Marie Svolto or Cynthia

UNITED STATES DISTRICT COURT

1  Davidson stating your authority and jurisdiction, so therefore,

2  we're just having a conversation here.

3          I'm more than willing to accept this.  And if you

4  accept documentation that you would like me to review and

5  decide whether to accept or reject --

6          THE COURT:  But it has been --

7          MS. TUCCI-JARRAF:  But I don't have any.

8          THE COURT:  It has been provided to you.  That's the

9  point.

10          MS. TUCCI-JARRAF:  When was it provided, because I

11  have not received any?  I don't know.

12          Has elbow counsel for Randy Beane received any?

13  Because maybe I'm just missing it.

14          THE COURT:  Yeah, you did.  It's cited in their

15  brief, and it's in the statute.

16          MS. TUCCI-JARRAF:  Which none of those statutes, none

17  of those codes actually exist.  They were part of the old

18  corporation offered under the guise of the government.

19          THE COURT:  That's what I'm saying.  It was provided

20  to you.  Here it is.  Here's the law that everybody in this

21  United States operates under.  And it tells you that the

22  district courts of the United States shall have a original

23  jurisdiction, and you say that's just not right.

24          MS. TUCCI-JARRAF:  No.  Because these belong to the

25  federal corporation, which was closed.  And I do not have any

UNITED STATES DISTRICT COURT

documentation that the federal corporation -- that there is

another federal corporation, because the other one was

terminated and foreclosed.

So unless you show me where the United States

actually exists with the legal documentation of a legal entity,

these codes mean nothing.  In fact, they're only just proof of

collusion at this point.

THE COURT:  Okay.

MS. TUCCI-JARRAF:  We have proof of collusion.  And

at the same time for me, while -- thank you, very much.  It may

be proof of collusion, I believe it's a matter of -- and I say

this with all due respect, you guys, because I was in the same

spot till I worked with DOJ -- with those in DOJ, and the FBI,

U.S. Marshals, World Bank, Federal Reserve, and everybody else,

this is a banking structure.  It's a corporate structure for a

reason.

THE COURT:  Okay.

MS. TUCCI-JARRAF:  Or it was.  That was what was

terminated and closed.  I am -- have you -- are you in receipt

of the Declaration of Statement of Assessments?  That's

Document 55.

THE COURT:  Is that the one where you claim some

people in this court system, maybe me included, owe you $46

quintillion?

MS. TUCCI-JARRAF:  Oh, I see where the -- no, this is

1   not you directly.

2         THE COURT: Oh, good.

3         MS. TUCCI-JARRAF: Or to anyone here.

4         THE COURT: Good.

5         MS. TUCCI-JARRAF: This is the amount that is

6   running, and actually since 901, it's been doubled and

7   compounded.

8         THE COURT: So, like, we're up to 92 quintillion? I

9   probably don't have that.

10         MS. TUCCI-JARRAF: Well, this has to do with the

11   Federal Reserve and Bank for International --

12         THE COURT: They probably don't have that.

13         MS. TUCCI-JARRAF: They don't. They're trying to

14   create it like mad. That's what September 15th was about.

15         THE COURT: Well, let's move on a second.

16         MS. TUCCI-JARRAF: As long as you are noticed that

17   this is existing, you've received it. Has Anne-Marie --

18         THE COURT: I'd just tell you to be careful -- I'd

19   just tell you to be careful about some of your filings, and

20   Mr. Lloyd can advise you of that, that, you know, there's other

21   statutes that obviously you will not agree exist, but,

22   unfortunately, the rest of the country and this court and the

23   prosecution -- prosecutors and the marshals and ultimately the

24   Bureau of Prisons will deem exist, that make it a crime to file

25   certain things against judges --

1          MS. TUCCI-JARRAF:  Oh --

2          THE COURT:  -- false filings.  So just -- all I'm

3     saying is just be careful.

4          MS. TUCCI-JARRAF:  Well, I just want to make a

5     clarification for everyone's peace of mind but also for the

6     record.  These are not liens against anybody in this

7     courthouse, in this room at all, or in your personal positions

8     at all.  These are actually going towards the entities that are

9     committing the fraud that have not gone into actually

10    explaining any of this to you, but literally that you are --

11         THE COURT:  All right.  So if I understand -- I'm

12    trying to put all this together and figure it out.

13         One of the problems I have is, you're claiming that

14    none of these laws really exist, authority doesn't exist in

15    either the courts or the statutes, but the whole basis for your

16    claim is based on the legal authority of the UCC?

17         MS. TUCCI-JARRAF:  My legal authority is I'm here,

18    I'm existing.  I'm proving and have proved and giving you

19    documentation that I exist.

20         THE COURT:  The claim that you foreclosed on the

21    United States.

22         MS. TUCCI-JARRAF:  Well, that's aside from this

23    moment.  Right now I gave you actual documentation.  The record

24    is void of any kind of documentation provided by any of you

25    stating your identification, your authority, your authorization

UNITED STATES DISTRICT COURT

1    to actually present to the United States.

2          THE COURT:  We've heard that.  We've heard that

3    repeatedly.  You don't have to say it again.  It's in the

4    record.  Okay?  I'll give it to you.

5          MS. TUCCI-JARRAF:  Well, I do have to say it.  Can I

6    have it?  Do you have it for me?

7          THE COURT:  It's -- my -- it's my question that's on

8    the table.  Is the genesis of your basis that the UCC exists?

9          MS. TUCCI-JARRAF:  No, the UCC was closed.

10          THE COURT:  UCC was closed.

11          MS. TUCCI-JARRAF:  It was terminated on March 18th,

12    2013 when the DOJ, Secretary of State, U.S. Treasury, and other

13    international equivalents --

14          THE COURT:  So you're --

15          MS. TUCCI-JARRAF:  -- could not rebut.  Everything

16    was accepted, duly accepted, and that is the other filings that

17    were included in the declaration of facts.  It was all

18    terminated, including the United States Code, including the

19    United States of America as a corporation operating under the

20    guise of government.

21          THE COURT:  All right.

22          MS. TUCCI-JARRAF:  That's the one that was closed,

23    just so you know.

24          THE COURT:  So the UCC filing that you made, do I

25    understand that you think that that foreclosed on things like

                    UNITED STATES DISTRICT COURT

1    the Federal Reserve bank and the United States.  Is that right?

2              MS. TUCCI-JARRAF:  I know it removed them as

3    custodians.  They were left as facilitators so that everything

4    could be repurposed.  However, we had a number of people going

5    in and doing their own agendas at that point and created a

6    vacuum, so --

7              THE COURT:  But you've said they were foreclosed on.

8              MS. TUCCI-JARRAF:  They were all duly, legally, and

9    lawfully foreclosed upon using the same exact procedures that

10   are used all over the United States.

11             THE COURT:  Okay.  And so who owns the Federal

12   Reserve bank now?

13             MS. TUCCI-JARRAF:  The Federal Reserve bank has been

14   inside of BIS the entire time.

15             THE COURT:  Inside what?

16             MS. TUCCI-JARRAF:  The bank, Federal Reserve Bank?

17             THE COURT:  Yeah.  Did you say DIS?

18             MS. TUCCI-JARRAF:  It's called Bank for International

19   Settlements.

20             THE COURT:  BIS.

21             MS. TUCCI-JARRAF:  Yeah.  BIS.

22             THE COURT:  And where is the Bank for International

23   Settlements?

24             MS. TUCCI-JARRAF:  Excuse me?

25             THE COURT:  Where is the Bank for International

                    UNITED STATES DISTRICT COURT

Settlements?  Who is that?

1            MS. TUCCI-JARRAF:  Bank for International Settlements
2    is the central bank of all the central banks, or it was.
3            THE COURT:  Where is that?
4            MS. TUCCI-JARRAF:  That's in Switzerland.
5            THE COURT:  So Switzerland owns --
6            MS. TUCCI-JARRAF:  No.
7            THE COURT:  Okay.  Who owns the Federal Reserve Bank
8    and the FDIC and all the other banks?
9            MS. TUCCI-JARRAF:  Well, the FDIC is closed.  It's
10   only open -- all these corporations only exist as a matter of
11   bookkeeping only.
12           THE COURT:  Okay.
13           MS. TUCCI-JARRAF:  Ledgering.
14           THE COURT:  So who owns the Federal Reserve Bank?
15           MS. TUCCI-JARRAF:  The Federal Reserve Bank?
16           THE COURT:  Yes, ma'am.
17           MS. TUCCI-JARRAF:  Everyone on the planet owns it
18   equally.
19           THE COURT:  Okay.  And so --
20           MS. TUCCI-JARRAF:  Pursuant to those filings.
21           THE COURT:  And I understand that your filings said
22   that each person was entitled to $6 billion as a result of that
23   filing.  Is that right?
24           MS. TUCCI-JARRAF:  No, it's not.

                   UNITED STATES DISTRICT COURT

```
 1              THE COURT:  It's not?

 2              MS. TUCCI-JARRAF:  No, it's stated incorrectly.

 3              THE COURT:  Oh.

 4              MS. TUCCI-JARRAF:  Everyone -- everyone's state of

 5   body, which would be their actual -- their bodies, and those

 6   are under the ownership and care of each individual.

 7              As far as the 5 billion -- according to the

 8   commercial bill and the true bill, there is 5 billion in pre --

 9              THE REPORTER:  I'm sorry?  Pre-19?

10              MS. TUCCI-JARRAF:  Sorry.  Pre-1933 gold and silver,

11   which is the lawful money or was the lawful money of the United

12   States, and that's what was duly secured, registered, and

13   noticed.

14              THE COURT:  So what I'm --

15              MS. TUCCI-JARRAF:  So it's actually 10 billion for

16   every prejudice since March 13th, 2013 -- excuse me,

17   March 18th, 2013, every prejudice done towards you, towards

18   anyone, and that includes having you sit on a bench, serving a

19   private interest other than doing the job that you truly have

20   believed that you've been doing this entire time, it's

21   10 billion ledgered each time, which is why the economies are

22   in the state they are.  It's actually ledgered through BIS.

23              THE COURT:  Okay.  So every -- every one of us in

24   this courtroom is entitled to $10 billion?

25              MS. TUCCI-JARRAF:  I'm not sure what your accounts
```

UNITED STATES DISTRICT COURT

1    are at this time.  Like I gave you --

2              THE COURT:  At least.

3              MS. TUCCI-JARRAF:  I gave you an example of what just

4    this case -- these alleged cases alone --

5              THE COURT:  I'm looking at your filing.  I'm looking

6    at your filing back in 2012.

7              MS. TUCCI-JARRAF:  Yeah.  That was notice and

8    security for every single being on this planet --

9              THE COURT:  Right.  Have you --

10             MS. TUCCI-JARRAF:  -- that when there's a

11   prejudice --

12             THE COURT:  Have you gone and gotten yours, your

13   5 billion?

14             MS. TUCCI-JARRAF:  Everything is ledgered over to

15   BIS.  So, yes -- and I was actually given the -- I was, until I

16   was threatened and said that I could only use mine and a small

17   group of my friends, but they didn't want the word out to

18   anybody else, because too many people were --

19             THE COURT:  So you've gotten yours, but nobody else

20   can get --

21             MS. TUCCI-JARRAF:  No.  I rejected everything.

22             THE COURT:  We don't --

23             MS. TUCCI-JARRAF:  I rejected everything.  If

24   everyone is to have access to their accounts, you have

25   accounts --

UNITED STATES DISTRICT COURT

1          THE COURT:  That was magnanimous of you to give up

2     your 5 billion because everybody else couldn't get it, huh?

3          MS. TUCCI-JARRAF:  I have much more.  These are

4     ledgered accounts.

5          And I know that you are making fun of things right

6     now, but I'm being very, very serious right now.  And I spent

7     20 years of my life to make sure the fraud and slavery stopped.

8          THE COURT:  I was interested to see if there was

9     anything to your argument.  And that's why I asked you the 40

10    questions before this --

11         MS. TUCCI-JARRAF:  I don't have argument --

12         THE COURT:  -- because once you --

13         MS. TUCCI-JARRAF:  -- I have declaration.

14         THE COURT:  Once you have no concept of the law in my

15    mind, then all this other stuff has no moment and no merit.  I

16    wanted to see if you would agree with the basic principles of

17    law and the statute and the constitution.  And if you did, then

18    I would have to say, "Wow, maybe I ought to look at this."  But

19    once I heard you say that -- you know, all the things you said,

20    then it pretty well confirmed to me, and here's why.  Let me --

21         MS. TUCCI-JARRAF:  I'm sorry.  I didn't understand

22    that last piece.  Could you please repeat it?

23         THE COURT:  No.  Did you -- let me ask you this.

24    Maybe this will help you.  Did you study the UCC in law school?

25         MS. TUCCI-JARRAF:  Yes, I did.

                    UNITED STATES DISTRICT COURT

1          THE COURT:  And you are aware, then, that the UCC is

2    not a law?

3          MS. TUCCI-JARRAF:  The UCC, as I stated earlier, the

4    United States Commercial Code.

5          THE COURT:  Right.

6          MS. TUCCI-JARRAF:  Is just a regulation of uniform

7    registration system, a notification system.  That's what it is.

8          THE COURT:  My point is, it doesn't exist.  You

9    understand that.

10         MS. TUCCI-JARRAF:  United States Commercial Code does

11   not exist?

12         THE COURT:  It's not called the United States

13   Commercial Code, is it?

14         MS. TUCCI-JARRAF:  The UCC that you're referring to,

15   the notification system --

16         THE COURT:  Uh-huh.  Right.

17         MS. TUCCI-JARRAF:  -- or the actual regulations?

18   Which one are you speaking of?

19         THE COURT:  I'm talking about the UCC that you have

20   referenced throughout every document that you have filed.  You

21   are aware that that is not a law.  That is a group of people

22   who got together and put together a proposed set of uniform

23   laws that the various states of the United States might choose

24   to adopt so that we might have some uniformity between the

25   states.

UNITED STATES DISTRICT COURT

1          And each state, like Tennessee, adopts its own

2    version of the UCC, and changes whatever terms it wants to, so

3    that each state has its own version of the UCC, but there is no

4    law, per se, called the UCC.

5          MS. TUCCI-JARRAF:  I'm aware of that.

6          THE COURT:  Okay.  So.

7          MS. TUCCI-JARRAF:  UCC is a notification system or

8    was a notification system.

9          THE COURT:  No.  Each state has a version of the UCC

10   with a notification system.  Correct?

11         There is no UCC notification system, is there?

12         MS. TUCCI-JARRAF:  Then what are the actual filings

13   that they are doing?  That is them filing whatever property or

14   claims that they believe that they have or positions that they

15   have.

16         It is a -- it was a notification system, and each

17   state -- I agree with you, each state had its own versions that

18   they've adopted and that they used.

19         THE COURT:  Okay.

20         MS. TUCCI-JARRAF:  That is absolutely correct as

21   to --

22         THE COURT:  So what you just referenced, the UCC and

23   a number, like UCC 301, there is no such thing.  There's a

24   proposal for a Section 301, but there's no law.  There's no UCC

25   301, is there?

1          MS. TUCCI-JARRAF:  There's going to be a lot of

2    bankers, and even your court clerk is going to be very upset to

3    hear that.  Because everything that you guys do is entered into

4    the -- or was entered into the UCC --

5          THE COURT:  Nothing I do -- no, ma'am.  Nothing I do

6    is entered into the UCC.  Nothing.  Because it doesn't exist.

7    If you would cite me --

8          MS. TUCCI-JARRAF:  I agree with you that it --

9          THE COURT:  -- to a statute where it exists, I will

10   look it up, and we will show everybody.

11         MS. TUCCI-JARRAF:  Is that a United States Code?

12         THE COURT:  Yeah.  Well this has the code at the

13   back, yeah.  Where is it?  It's not in there.  It was put

14   together by a group of private groups, like the American Law

15   Institute.  You know that.  You learned that in law school.

16         MS. TUCCI-JARRAF:  I did.  I've had to work with --

17         THE COURT:  You just made this stuff up.  There is no

18   UCC 301.

19         MS. TUCCI-JARRAF:  No.  I didn't make it up.

20         THE COURT:  There's no UCC 103, is there?

21         MS. TUCCI-JARRAF:  I did not make anything up.  These

22   are actually common law -- common law principles.

23         THE COURT:  So here we have --

24         MS. TUCCI-JARRAF:  The UCC is utilized by every

25   single system and function from the U.S. corporation when it

                    UNITED STATES DISTRICT COURT

1  was in a function of a corporation.  Now there is no

2  corporation.  What I'm saying is, everything goes forward

3  exactly as we all designed.

4          THE COURT:  So here we have the Tennessee version.

5          MS. TUCCI-JARRAF:  Of what?  I'm sorry, I can't see

6  that far.

7          THE COURT:  Of the commercial transactions.  And

8  there's a 47-3-301, because that's how Tennessee chose to

9  codify --

10          MS. TUCCI-JARRAF:  Everyone -- which is why in the

11  filings what we've -- I handed forward, the actual declaration

12  of facts, which came up to judgment due to nonrebuttal, it

13  actually states that all national and international

14  equivalents --

15          THE COURT:  Your whole basis --

16          MS. TUCCI-JARRAF:  All state and international

17  equivalent.  So it's whatever equivalent Tennessee would have

18  to that particular recording, they've all been honored there.

19          THE COURT:  My point is, you understand they're all

20  different.

21          MS. TUCCI-JARRAF:  That's why the filings are written

22  the way they are, United States federal government, United

23  States state of, and any and all international and universal

24  equivalents, it's the same thing.

25          THE COURT:  And the whole basis, like I'm looking at

                    UNITED STATES DISTRICT COURT

1    your financing statement --

2         MS. TUCCI-JARRAF:  So your Tennessee Code you just

3    referenced there had been included because of the actual

4    language.

5         THE COURT:  Okay.

6         MS. TUCCI-JARRAF:  And, again, I -- at this point, as

7    far as I still have not received, while we've been sitting here

8    for however long, these amounts that are being ledgered,

9    everyone's had notice of them.

10        THE COURT:  All right.

11        MS. TUCCI-JARRAF:  All of that.  What I'm asking from

12   you is, do you have for me, because I'd be more than willing to

13   accept it at this point, so I'm going to ask for the final

14   time, because it's already been asked in writing quite a few

15   times, do you, C. Clifford Shirley, and Anne-Marie Svolto, and

16   Cynthia Davidson, and Parker Still, because he was included in

17   that as well, as well as the alleged court clerk and her

18   deputies, do you have for me today, any sworn documentation

19   validating and verifying your authority, your identification,

20   your authorization from the actual United States --

21        THE COURT:  Number one --

22        MS. TUCCI-JARRAF:  -- for me to go forward and prove

23   in validation, verification that the laws that you are

24   claiming, that myself and Mr. Beane have violated are actually

25   lawful?  Do you have that for me from Jeff Sessions?

UNITED STATES DISTRICT COURT

1          THE COURT:  I do not have that for you from Jeff

2    Sessions.

3          MS. TUCCI-JARRAF:  Thank you.

4          THE COURT:  Number one.  Number two, you are not

5    entitled to that.

6          MS. TUCCI-JARRAF:  Under what basis?

7          THE COURT:  Number three, even if I produced it, you

8    wouldn't accept it.  You've just said it.

9          MS. TUCCI-JARRAF:  I did not.

10         THE COURT:  Yes, you did.

11         MS. TUCCI-JARRAF:  I said that I --

12         THE COURT:  When I said --

13         MS. TUCCI-JARRAF:  I started out that way, I'm more

14   than willing to accept anything that you have for me to

15   review --

16         THE COURT:  All right.

17         MS. TUCCI-JARRAF:  -- for acceptance and rejection.

18   So you're telling me you don't have it --

19         THE REPORTER:  Excuse me, excuse me.

20         MS. TUCCI-JARRAF:  Yes?

21         THE REPORTER:  For acceptance of what?

22         MS. TUCCI-JARRAF:  Sorry.  For acceptance to review.

23   I would accept it to review for acceptance of rejection -- I

24   don't know what's going to be handed to me.

25         THE COURT:  All right.

                UNITED STATES DISTRICT COURT

1        MS. TUCCI-JARRAF:  But I'm more than willing to

2  receive, to accept whatever you're going to hand me for further

3  review, for acceptance, eventual acceptance or rejection,

4  depending on what you give me.

5        THE COURT:  I have determined that based on what

6  you've said, that my official and formal appointment from the

7  United States government would not be acceptable to you because

8  you've said it doesn't exist, I don't exist.

9        MS. TUCCI-JARRAF:  If you want to hand it to me

10 and --

11       THE COURT:  No.

12       MS. TUCCI-JARRAF:  -- with your signature and

13 everything, I will definitely look at it.

14       THE COURT:  No.  I don't have to do that.

15       MS. TUCCI-JARRAF:  I've asked you for that.

16       THE COURT:  I understand that.

17       MS. TUCCI-JARRAF:  You have not provided it to me

18 ever.  So I'm asking you for it.  And now are you refusing to

19 give it to me?

20       THE COURT:  I don't have it for you, nor do I have

21 any signature from Jeff Sessions, nor his fingerprints, nor his

22 biometric seal.

23       MS. TUCCI-JARRAF:  You asked me earlier, so now

24 you're --

25       THE COURT:  I do not have it.

UNITED STATES DISTRICT COURT

1          MS. TUCCI-JARRAF:  -- you're making fun of me.  I am

2     just saying at this point, I do not have anything from you.  I

3     would be more than willing to look at -- I've never seen your

4     appointments.  I don't know what Tennessee's looks like.  If

5     you want to hand that to me, that would be great.  Anne-Marie

6     Svolto and Cynthia Davidson --

7          THE REPORTER:  I need you to slow down.  I cannot

8     type that fast.

9          MS. TUCCI-JARRAF:  I apologize.

10         THE COURT:  When the record -- listen, when the

11    record isn't accurate, in your mind, it will be because you

12    were repeatedly advised to slow down and you wouldn't.  I just

13    want that on the record.

14         MS. TUCCI-JARRAF:  I'm not trying to intentionally

15    upset you or to even speak fast, it is just a natural flow for

16    me.  So I will consciously make sure that I maintain a pace

17    that you can record.  So my apologies for any inconvenience.

18         THE COURT:  Now, you filed copies of the indictment

19    and copies of the government's response to those, and you

20    marked all over those that they were basically void.  Is that

21    right?  And that you --

22         MS. TUCCI-JARRAF:  Which document are you referring

23    to?  Are you speaking to me or to Mr. Beane?

24         THE COURT:  To you.  Let's see.  What are those

25    documents, 48 and, I think, 49 and 53?  Do you recognize that?

UNITED STATES DISTRICT COURT

1    You came and filed those the other day.  If you'll look up

2    here.

3                MS. TUCCI-JARRAF:  I've got 48, Document 48.

4                THE COURT:  And you just said that the indictment is

5    duly canceled and void.  Is that right?

6                MS. TUCCI-JARRAF:  Okay.  I have Document 50, which

7    was -- that was your --

8                THE COURT:  I'm asking you about Document 48, the

9    indictment in this case.

10               MS. TUCCI-JARRAF:  Yes.  I have Document 48 and

11   Document 58 in front of me.

12               THE COURT:  Okay.  And you just marked across them,

13   the indictment, void and duly canceled.

14               MS. TUCCI-JARRAF:  Yes, I took a certified copy out

15   from the clerks, because they have the original, so I took it

16   out.  They would not give me a redacted -- or excuse me, the

17   unredacted.

18               THE COURT:  And is it your position that because you

19   marked on that and put your fingerprint on it, that that makes

20   the indictment void?

21               MS. TUCCI-JARRAF:  Yes.  It is my understanding from

22   charging -- my history of charging, charging documents, as well

23   as in the highest levels of bank trade and finance where we

24   receive the actual documentations for monetization -- for the

25   monetization, which this is the only way.  Only the true

UNITED STATES DISTRICT COURT

original issuer can actually cancel something. Same as if I

write a check. I'm the only one that can actually cancel it.

So when I was taken on the 25th --

THE COURT: Who's the original issuer of the

indictment?

MS. TUCCI-JARRAF: I am the original issuer of the

indictment.

THE COURT: You issued this indictment against

yourself?

MS. TUCCI-JARRAF: This indictment through collusion

at the highest levels that actually give you all the rules that

you think you're following, or that you have followed, excuse

me, that you think are lawful, that is actually how charging

documents work, and they are monetized. These are prepared for

monetization.

So only with the fingerprints and the signature of

the actual person that is being indicted, they are the original

issuer of that indictment, so nobody goes to jail, nobody goes

and gets charged with a crime except by their own consent.

This is a voiding of any consent, whether presumed or

actual. It's what we call manufactured consent, because

informed, knowing, willing, and intentional, that is consent.

THE COURT: Okay.

MS. TUCCI-JARRAF: However, the way this document and

the way that they conducted themselves is not consent. It's

UNITED STATES DISTRICT COURT

1   manufactured consent by presumption and threat of force, threat

2   of use of force.

3           So this is just canceling the indictment, which I'm

4   the only one that issued it against myself.  So that's why I'm

5   saying, if they want to bring forward the foreman, or if she

6   wants to -- Cynthia Davidson wants to show me her authority,

7   and authorization, and identification to be able to actually

8   issue a charge against me, that's what I'm asking for.  I still

9   haven't received it.

10          As of this moment, this record is void of any of

11  those documentations, which were required in order to rebut the

12  declaration that you don't have jurisdiction.  Nobody has

13  jurisdiction or authority over me.

14          THE COURT:  Okay.  You also filed a praecipe,

15  Document 54, just recently, which appears to be an order for

16  dismissal, signed -- signed by you.  Is that correct?

17          MS. TUCCI-JARRAF:  I provided the blank one to

18  everybody that's in this room or parties to this particular

19  case.  And then behind that, I did sign one.  It would be

20  Page 6 is the one I signed.  However, the -- the blank one --

21  so it's proposed -- I signed for my part, because I'm the only

22  one that can give authorization --

23          THE COURT:  So if the style of the case is the

24  alleged United States District Court, and the order for

25  dismissal with prejudice is signed by Heather Ann Tucci-Jarraf,

UNITED STATES DISTRICT COURT

1    your proposal is that you have authority to issue orders in

2    this court?

3              MS. TUCCI-JARRAF:  Well, if you actually read this,

4    it's giving you leave to actually file this, to actually --

5              THE COURT:  I understand filing it.  But I'm asking

6    you, the authority to sign an order you believe rests in you?

7              MS. TUCCI-JARRAF:  Actually, the authority is stated

8    in here.  And this is -- still, I have not received anything as

9    far as your jurisdiction.  If there is no jurisdiction

10   established and the burden is on you and it is on Anne-Marie

11   Svolto and Cynthia Davidson, I do not -- there is no authority

12   whatsoever here, so therefore, it's -- the case is dismissed.

13             THE COURT:  Did you have authority to sign that

14   order?

15             MS. TUCCI-JARRAF:  I did.

16             THE COURT:  And did --

17             MS. TUCCI-JARRAF:  And it actually has to be signed

18   by you in order to go forward.

19             THE COURT:  Why?  It just says all I'm doing is

20   granting you leave to file it.

21             MS. TUCCI-JARRAF:  Well --

22             THE COURT:  Not to enter it.

23             MS. TUCCI-JARRAF:  Exactly.  Because I don't have

24   anything from you, any sworn, verified, and validated proof,

25   documentation that you actually have authority over me.  And

                    UNITED STATES DISTRICT COURT

1  I'm not consenting to you having authority over me.  I'm here

2  so that we could resolve this in a very amicable manner.

3           THE COURT:  All I'm trying to do is ask you

4  questions.  If I could get an answer, it would be so much

5  simpler.

6           MS. TUCCI-JARRAF:  Right now I'm the only one,

7  myself, and I've seen the declarations or the documentation

8  provided by Mr. Beane.  Right now we're the only two in this

9  courtroom.  He has authority only over himself, I only have

10  authority over myself.

11           MR. BEANE:  If I may ask a question?

12           THE COURT:  Yes.

13           MR. BEANE:  You referenced on August 29th, in

14  reference back on August 29th, you specifically asked me if I

15  thought I was God in the courtroom.

16           THE COURT:  Right.  Because you said you were the

17  source of all that is.

18           MR. BEANE:  My question to you is, what gives you

19  authority over me in this situation if you aren't God?

20           THE COURT:  Is it your position that a judge does not

21  have authority over you when you are alleged to have committed

22  a crime?

23           MR. BEANE:  We've asked for that proof of who you

24  are.

25           THE COURT:  Okay.

                    UNITED STATES DISTRICT COURT

1          MR. BEANE:  That's all we're asking for.

2          THE COURT:  All right.  And so if I showed you my

3    appointment as a United States magistrate judge, would that

4    suffice for you?

5          MR. BEANE:  It would be for my review and also

6    Ms. Tucci-Jarraf's.

7          THE COURT:  Well, would that suffice?  Because that's

8    what I have.

9          MR. BEANE:  Well, we would review it and then our

10   answer would be --

11         THE COURT:  Would that suffice for you?

12         MS. TUCCI-JARRAF:  Well, I would also need the --

13         THE COURT:  If I saw your diploma --

14         MS. TUCCI-JARRAF:  Only -- it would only be one part

15   of documentation that's required amongst the rest.  I would

16   need proof --

17         THE COURT:  What's the rest?

18         MS. TUCCI-JARRAF:  I would need proof that the United

19   States actually exists and is lawful and validated.  The only

20   one that can actually do that is --

21         THE COURT:  I can't prove that, can I?  Because they

22   don't under your theory.  As of March 13th, 2013, they don't

23   exist.  So how could I prove that?

24         MS. TUCCI-JARRAF:  If you -- are you claiming that

25   you work for the United States?

                    UNITED STATES DISTRICT COURT

```
 1          THE COURT:  Yes, I work for the United States courts.
 2          MS. TUCCI-JARRAF:  Okay.  Wouldn't the United States
 3   courts, the United States itself, wouldn't that documentation
 4   be available to you?  I mean, it's the same as working for an
 5   employer.  Wouldn't they have their articles of incorporation?
 6   Wouldn't they have their board resolution giving you authority?
 7   That's the stuff that I'm looking for.
 8          THE COURT:  I do.  And I've told you it's in the
 9   United States Constitution which gives the -- Congress the
10   authority to set up the courts.  I gave you the statute in
11   which Congress took that authority and set up the courts.  It
12   specifically sets up this court, and it allows for judges, like
13   myself, and so that's our authority.
14          MS. TUCCI-JARRAF:  Okay.  So then all you would need
15   is a declaration from --
16          THE COURT:  I don't need to give a declaration.
17   That's the law.
18          MS. TUCCI-JARRAF:  No.  What I'm saying is, is from
19   Jeff Sessions, who is the one that actually set up these
20   courts, and DOJ, everyone's underneath him.  Correct?  He would
21   just have to validate and verify your appointment.
22          THE COURT:  He doesn't set up this court.  He doesn't
23   give me my authority.
24          MS. TUCCI-JARRAF:  Okay.  Whoever gives you your
25   authority, that's who we would need.  And then we need
```

UNITED STATES DISTRICT COURT

1    identification of that and their authority.

2              THE COURT:  Okay.

3              MS. TUCCI-JARRAF:  It's just a -- it's called an

4    evidentiary paper trail, which I know you're very familiar

5    with, as well as they are.  We're just saying what's your

6    identification and your authority and your authorization?

7    Whoever gave you the authorization, the same things are

8    required.  What is their identification?  What is their

9    authority?  That's what is needed, a paper trail all the way

10   back to the beginning, otherwise there is no authorization.

11             You would actually -- at that point, everything that

12   has been stated here today without that is just proof of, one,

13   collusion or incompetency.

14             And I don't believe you're an competent gentleman at

15   all.  I don't believe Anne-Marie Svolto and Cynthia Davidson

16   are incompetent.  I just believe that there has been a lot

17   withheld as far as information and data, and it is all

18   fraudulent.

19             That's what was shut down was just the fraud that was

20   being committed by the banking parts of the systems, which I

21   was completely involved with.

22             So as far as coming in here, this is out of courtesy,

23   because there is none of that documentation that I requested,

24   and you stated you didn't have, and you've indicated that you

25   will not give it to me, period.

1          Anne-Marie Svolto and Cynthia Davidson, as well as

2     Parker Still, and everyone else that's been named in there have

3     remained silent.

4          THE COURT:  Let me just be sure, because now, after

5     today's hearing, you may be treading on questionable ground.

6          Do you recognize my authority to issue the release

7     order that I released you on or not?

8          MS. TUCCI-JARRAF:  For me, that was a private

9     agreement between you and I.

10         THE COURT:  No, ma'am.  That was a court order issued

11    by me as the magistrate judge.  You either accept that

12    authority or you do not.  And if you do not --

13         MS. TUCCI-JARRAF:  I accept it.

14         THE COURT:  -- why would I allow you to remain out?

15         MS. TUCCI-JARRAF:  I accepted the agreement, and I

16    still accept --

17         THE COURT:  No, it's not an agreement.  It's an order

18    from me with all the authority of the United States behind it.

19    Do you accept that or do you not?  It's a yes or a no.

20         MS. TUCCI-JARRAF:  I accepted the order that you did

21    without prejudice, which means all the stuff that isn't there,

22    isn't there.  But I am following this order that you and I

23    entered into.

24         THE COURT:  You understand you have to comply with

25    the conditions in my court order?

UNITED STATES DISTRICT COURT

1          MS. TUCCI-JARRAF:  Have you received any information

2    otherwise that I have not followed everything that you and I

3    signed off on?

4          THE COURT:  I didn't ask you about whether you

5    followed them.  I asked you did you agree that you must follow

6    them?

7          MS. TUCCI-JARRAF:  I agreed to see you on that day,

8    and I reconfirm it again this day, that I agree to it, I'm

9    following it.

10          THE COURT:  You understand you have to comply with my

11    court order or you don't get to stay out.  Correct?

12          MS. TUCCI-JARRAF:  I told you then and I told you

13    now, I choose to follow that court order because we're going to

14    finish this all amicably, I said until this was disposed of in

15    an amicable way and affinitive way, that I would follow that

16    agreement between you and I -- or that order that was signed

17    off by both of us.

18          THE COURT:  Do you agree that I have the authority to

19    issue that order?

20          MS. TUCCI-JARRAF:  I agree that I gave you consent to

21    issue that order, yes.

22          THE COURT:  All right.  Give you one last chance.

23          MS. TUCCI-JARRAF:  Without jurisdiction.

24          THE COURT:  I'll give you one last chance.  Do you

25    agree that I have the authority to issue that order?

UNITED STATES DISTRICT COURT

1          MS. TUCCI-JARRAF:  You have the authority to issue

2    that order because I gave you that authority to issue that

3    order.

4          THE COURT:  Okay.

5          MS. TUCCI-JARRAF:  It is an order I continue to

6    follow until we have a disposition in this case, a final

7    disposition.

8          THE COURT:  All right.  Do you have anything further

9    to argue with regard to your non-motion?  Because you've said

10   it's not a motion.  I mean, I'm not being facetious.

11         You specifically made a filing that said your

12   praecipe is not a motion.  Correct?

13         MS. TUCCI-JARRAF:  A praecipe.

14         THE COURT:  Right.

15         MS. TUCCI-JARRAF:  First off, I'm not arguing

16   anything.  I have declared.

17         THE COURT:  Okay.

18         MS. TUCCI-JARRAF:  I have made declarations.  They've

19   not been rebutted.

20         THE COURT:  All right.  It's a declaration, not a

21   motion.  You're not asking me to do anything.

22         MS. TUCCI-JARRAF:  No.  The praecipe is an order, but

23   the basis for those orders being issued were the declaration of

24   due cause.

25         THE COURT:  Okay.  But it's not a motion in which you

                    UNITED STATES DISTRICT COURT

1   have moved the Court to do anything?

2          MS. TUCCI-JARRAF:  The addressees on that praecipe

3   were ordered to do the praecipe one.

4          THE COURT:  Okay.  They'll either do them or they

5   won't.  I mean, when you order somebody to do something, they

6   either do it or they don't.  So they'll either do it or they

7   won't.

8          MS. TUCCI-JARRAF:  That's correct.  They will do it

9   or they don't.  There was a notice that was put in there.

10         THE COURT:  Okay.

11         MS. TUCCI-JARRAF:  But the basis for doing those or

12  not was given to everyone, which is the --

13         THE COURT:  I got you.

14         MS. TUCCI-JARRAF:  -- declaration of due cause.

15         THE COURT:  I got that.

16         MS. TUCCI-JARRAF:  That is the authority that was --

17  that it's based on.

18         THE COURT:  I'm just trying to figure out if I have

19  to do anything.  Because when people file a motion, I have to

20  file an order responding to that motion.  In this case, there

21  is no motion --

22         MS. TUCCI-JARRAF:  Well, I would have filed a motion,

23  but the Court, you yourself, Anne-Marie Svolto, and Cynthia

24  Davidson have not provided proof of jurisdiction or authority,

25  so therefore, I couldn't file any motions.

                        UNITED STATES DISTRICT COURT

1          THE COURT:  Okay.

2          MS. TUCCI-JARRAF:  And I don't consent, I haven't

3     consented to any authority, other than what you and I just

4     clarified --

5          THE COURT:  Well, that would be --

6          MS. TUCCI-JARRAF:  -- in that particular order of

7     detention.

8          THE COURT:  That would be an incorrect statement,

9     because I ordered you to have a deadline for today for filing

10    motions.  You chose not to file a motion.  You could have filed

11    a motion.

12         MS. TUCCI-JARRAF:  No.

13         THE COURT:  No.  Everybody does in these cases.

14    The -- all the defendants file motions.  Well, not all, but

15    most defendants file motions, and then I rule on them.  You

16    chose not to.  Instead, you chose to file a praecipe.  And you

17    say you can't because you haven't gotten this information from

18    us, but that's just the basis for your choice not to file one.

19         MS. TUCCI-JARRAF:  So is it your position that if you

20    don't have jurisdiction and authority over someone in your

21    courtroom that you can order them to file motions?

22         THE COURT:  No, ma'am.  I have jurisdiction and

23    authority over you and this case.

24         MS. TUCCI-JARRAF:  That's your assertion?

25         THE COURT:  Yes, ma'am.

                    UNITED STATES DISTRICT COURT

1      MS. TUCCI-JARRAF:  Okay.  Then why haven't we had

2  documentation?  Because I don't --

3      THE COURT:  Because I don't send documentation in the

4  hundreds of cases I have.

5      MS. TUCCI-JARRAF:  I get that.

6      THE COURT:  I don't just send out --

7      MS. TUCCI-JARRAF:  How many do you have --

8      THE COURT:  -- say, everybody --

9      MS. TUCCI-JARRAF:  How many do you have --

10      THE COURT:  Can I finish?  Because she's not going to

11  get down what you're saying --

12      MS. TUCCI-JARRAF:  I apologize.

13      THE COURT:  -- when you talk over me, like you're

14  doing now.

15      MS. TUCCI-JARRAF:  I apologize.  Go ahead.

16      THE COURT:  Okay.  I don't do that.  I don't have

17  every defendant come in here and say, "Now, let me show you my

18  authority.  Let me show you where I got appointed.  Let me show

19  you this statute that says that -- let me take you back to the

20  constitution where this court system was set up.  Let me show

21  you where the Congress then appointed the court."

22      I don't do that.  Okay.  It's a waste of time,

23  because the fact is, just because you say there is no United

24  States, just because you say it's foreclosed, just because you

25  say it's a corporation doesn't make it so.

UNITED STATES DISTRICT COURT

 1          It would be as if you were to say that my robe was

 2    red.  Just because you say it doesn't make it so.  And if you

 3    were to ask for me to send you proof that it was black, I

 4    wouldn't have to do that.

 5          It's simply legal nonsense, and you've just made it

 6    up out of whole cloth.

 7          And so if you can show me that I don't have

 8    authority, I will be glad to look at that, but until then, no.

 9          MS. TUCCI-JARRAF:  So are you shifting -- just for

10    clarification, are you saying that you have it and that you've

11    shifted it to me when I'm the one --

12          THE COURT:  I'm saying I showed you where my

13    authority came from.  It comes from the law.  It comes from the

14    Constitution of the United States.  It comes from the

15    Congressional acts and the law of the United States.  And your

16    response was, "Those don't exist."

17          So we're very simple.  I say my law emanates -- my

18    jurisdiction and authority emanates from the law, and you say

19    the law doesn't exist.  And you say that based on a filing in

20    which you claim that the law supports you.  So that's where

21    we're going to have a problem.

22          MS. TUCCI-JARRAF:  You can say it all day long.  But

23    as far as I -- if it is that way, then I would be happy to

24    receive that in a sworn declaration, saying -- verifying and

25    validating your lawful authority that -- your position that you

                    UNITED STATES DISTRICT COURT

1   believe you have.  I have not received anything.

2           Once I make a declaration, that was just a

3   presumption at best, at most, that you had authority when I was

4   first brought in, and mind you, I didn't come in willingly,

5   knowingly, and intentionally.  I was drug in with shackles.

6           THE COURT:  No, ma'am.  But, see, that's where you're

7   wrong.  You just make up legal stuff.  There's no presumption.

8           MS. TUCCI-JARRAF:  I agree with you.  There is no

9   presumption.

10          THE COURT:  There's a reality.

11          MS. TUCCI-JARRAF:  I just declare that there is no

12  jurisdiction.  That was done on the 24th.  At that point, the

13  burden shifts to one who declares that -- or that presumes or

14  proffers that they do have jurisdiction.  I haven't received

15  any of that.

16          THE COURT:  Yes, you have in their response.  It

17  says --

18          MS. TUCCI-JARRAF:  The response was duly rejected for

19  cause, because --

20          THE COURT:  You just wrote on it, "duly rejected for

21  cause."  That doesn't mean it's rejected.  You can reject it.

22  And you did.  And that's fine.  You can throw it in the trash.

23  You can put it in a paper shredder.  You can do whatever you

24  want with it.

25          I, on the other hand, and this court, accepted it,

UNITED STATES DISTRICT COURT

1     have read it, and pretty much agree with it.  Because it sets

2     out our authority for the courts.  It sets it out.  It sets out

3     the jurisdiction.  You just, quote, duly rejected it.  She set

4     it out.  So you asked me -- you asked me to give you stuff, and

5     what you will do is duly reject it.

6               MS. TUCCI-JARRAF:  I don't know --

7               THE COURT:  Which means nothing.

8               MS. TUCCI-JARRAF:  I don't know what you're going to

9     hand me.

10              THE COURT:  It's legal mumbo jumbo.

11              MS. TUCCI-JARRAF:  It is not.

12              THE COURT:  It doesn't exist in the law, and you know

13    that because you're a lawyer, that there is no way a criminal

14    defendant charged with a criminal defense in this court or any

15    other courts can walk in and write "duly rejected" and "void"

16    on that indictment and walk away from their crime.  But --

17              MS. TUCCI-JARRAF:  Actually, I do a hundred percent

18    know that's how it actually functions, as far as the -- the

19    things that you sent up to the Federal Reserve, the clerks --

20              THE COURT:  I send nothing to Federal Reserve.

21              MS. TUCCI-JARRAF:  You don't, but the court clerk

22    does --

23              THE COURT:  No, she doesn't.

24              MS. TUCCI-JARRAF:  -- the clerk of the court.  The

25    clerk of the court sends it out, and JP Morgan actually

UNITED STATES DISTRICT COURT

1   monetizes it.  What I'm telling you is, you can present me
2   anything you want all day long.
3           THE COURT:  But I'm saying --
4           MS. TUCCI-JARRAF:  I will review it.  I will either
5   accept it or reject it.  That's how it actually works.  I do
6   not have proof of her identity.  That's why it was rejected
7   without dishonor.
8           She can re-present it if she just gives me -- I don't
9   have anything with her authorization from Nancy Stallard.
10  Nancy Stallard supposedly hasn't even been reconfirmed by the
11  Senate yet.  I mean, there are a lot of issues here.
12          If you want to present me that documentation, but
13  there was nothing -- you brought me in.  I told you I do not
14  consent to you having authority over me.  I've given you
15  documentation, even before I arrived, of my sole authority, my
16  ownership, and my status, my legal status.
17          And everyone went in, if there was no presumption,
18  great, then my lack of jurisdiction is completely with honor,
19  and it is completely the only thing that exists here right now.
20          I do not have anything from you other than some
21  words.  So if you want to put those words down on a piece of
22  paper and sign it with your responsibility or in your position,
23  whatever you want to do, just -- I will take that.
24          Hers was rejected because she -- Ann-Marie Svolto,
25  because she sent me something, it didn't have her

                    UNITED STATES DISTRICT COURT

1    identification.  It didn't have her authorization from Nancy

2    Stallard.  It didn't have Nancy Staller's authorization from

3    whoever appointed her.  And like I said, even supposedly Senate

4    hasn't even reconfirmed her yet.

5              THE COURT:  Here's where we have the biggest problem,

6    two things.  Number one, so many of the facts you alleged are

7    utter falsehoods.  They're completely not true.  That's number

8    one.

9              MS. TUCCI-JARRAF:  Which ones, I'm sorry?

10             THE COURT:  When you said I reported to the Federal

11   Bank.

12             MS. TUCCI-JARRAF:  I didn't say you.  All the

13   documents from the clerk of court --

14             THE COURT:  Yeah.

15             MS. TUCCI-JARRAF:  -- where do you think that goes?

16             THE COURT:  They don't go to any bank.

17             MS. TUCCI-JARRAF:  Who do they go to?

18             THE COURT:  I know where they go.

19             MS. TUCCI-JARRAF:  Okay.  They will go to whoever you

20   send them to.  And then from there, it's sent to another, and

21   then from there, it's sent to another.  But I can tell you they

22   end up at the Federal Reserve.  And JP Morgan Bank is actually

23   the ones who usually -- we call them prison bonds is the street

24   term, but they are securities.

25             THE COURT:  Okay.  Number two, I think I'm now

                    UNITED STATES DISTRICT COURT

getting where our real disconnect is. You want all of us to submit all this authorization, validation, everything, because you think that you have to consent to being prosecuted. And unless we show you our authority, validation, justification, identification, you aren't in a position to consent.

The point is, you don't get to consent.

MS. TUCCI-JARRAF: Under what authority?

THE COURT: Most criminal defendants are in here against their consent. They don't want to be prosecuted. And they don't want to go to prison.

MS. TUCCI-JARRAF: Well, that's where the disconnect has been in the legal system --

THE COURT: Right.

MS. TUCCI-JARRAF: -- is that there is no consent. And people when they do say that they cancel any consent that's manufactured --

THE COURT: That's my point that your argument --

MS. TUCCI-JARRAF: We're sending people to jail that haven't consented.

THE COURT: Can I finish? Your argument would mean for everybody out there, I can go rob a bank, I can go assault anybody, I can break in Ms. Jarraf's house, take all your belongings, and then simply say to the police, "You don't have any authority, and you can't take me to court, because I don't consent. And, Ms. Prosecutor, you can't prosecute me. And,

UNITED STATES DISTRICT COURT

1  Mr. Judge, you can't sentence me, because I don't consent.  I'm
2  going to go back out and do more of it, because I don't
3  consent.  And if you file anything, I will write 'duly
4  rejected,' and then you have to let me go."
5              MS. TUCCI-JARRAF:  No.  That is not what I'm saying.
6              THE COURT:  That is exactly what you're saying.
7              MS. TUCCI-JARRAF:  No.  That is not what I'm saying.
8  It's similar to Mr. Parker Still, I understand where the call
9  came down to have me arrested.  I understand where that came
10  from.  I know where that came from.  Okay.  I haven't committed
11  any crimes.  If anything, I have a 20-year history of stopping
12  crimes from being committed.  However, I understand why he was
13  asked to do this.  I understand completely.  I have not
14  committed any crimes.  And as far as --
15             THE COURT:  This has nothing to do with what I said.
16             MS. TUCCI-JARRAF:  Yes, it does.
17             THE COURT:  No.
18             MS. TUCCI-JARRAF:  Because there's an abuse.  You
19  have -- same thing in the 1920s, you have the same thing going
20  on where you have unconscionable illegal acts being committed
21  by those who have been charged with the duty to uphold laws.
22             And these laws were actually regulations of commerce.
23  You have things that were regulated, put into regulations, and
24  people are actually in jails, whether you want to admit it or
25  not or whether you know it or not, by their consent, but it is

UNITED STATES DISTRICT COURT

1   a manufactured consent.

2          I am saying everyone, we do our jobs correctly, we do

3   our jobs right.  The only thing that was closed down was the

4   fraud of corporations operating under the guise of government.

5          I have been in this country, I have worked not just

6   for this country, but for every single human being on this

7   planet only for the last 20 years.  That has been what I

8   breathed and lived so that there is no more fraud being

9   committed and there is no more injustice.

10         I'm saying let's do our jobs properly.  Let's do the

11  ones we think we're doing.  So that is what is happening right

12  now is the disclosure, the actual public awareness that the

13  corporation that was operating under the guise of government

14  wasn't -- wasn't the United States that you thought you were

15  working for.  That's all that was --

16         THE COURT:  I understand.  But your whole praecipe

17  and all your filings say you and your case should be dismissed,

18  not because you're innocent, not because you didn't do anything

19  wrong, but because nobody has any authority to prosecute you.

20         MS. TUCCI-JARRAF:  No.  It's because you're sitting

21  on a corporate bench that actually --

22         THE COURT:  Because I'm sitting on a corporate bench,

23  I have no authority to prosecute you or to -- I mean, to sit in

24  judgment of you.

25         MS. TUCCI-JARRAF:  This is where we had the

                    UNITED STATES DISTRICT COURT

1    disconnect that is being resolved right now because of this

2    case, which is why I'm committed to having an amicable

3    disposition of this case so that we can --

4              THE COURT:  I mean, that's your point, though.

5    Right?  That's your point.

6              MS. TUCCI-JARRAF:  My point is, that your authority,

7    your jurisdiction, they don't exist under the -- under laws and

8    applications that you didn't even know existed.

9              THE COURT:  Okay.

10             MS. TUCCI-JARRAF:  I'm saying that I gave you the

11   authority to be able to issue that order, and I'm going to

12   follow that until we have an amicable disposition in this case.

13             THE COURT:  Okay.

14             MS. TUCCI-JARRAF:  I am not here to harm anyone.

15   I've never harmed anyone, so --

16             THE COURT:  Well, the disconnect is you want an

17   amicable disposition.  I'm pretty sure you would not agree to

18   being found guilty and being either fined or sentenced to time.

19             MS. TUCCI-JARRAF:  I don't consent to doing any of

20   that, and it never was designed -- this case was not designed,

21   and those involved made sure it would not go there -- it would

22   not go to that disposition.

23             THE COURT:  All right.  Ms. Svolto, what's the

24   government's response?

25             MS. SVOLTO:  We'll rely primarily on our written

                     UNITED STATES DISTRICT COURT

1  response.  But I'm not sure there's anything I can tell Your

2  Honor or Ms. Tucci-Jarraf or Mr. Beane that will change

3  anyone's minds here.

4      This Court has to find that it has personal

5  jurisdiction over the defendants and subject matter

6  jurisdiction over the defendants.  It unquestionably has both.

7      The United States Code, 18 U.S.C. Section 3231 that

8  Your Honor referenced earlier, gives this Court subject matter

9  jurisdiction over matters involving crimes against the United

10  States.

11      It is not in dispute that the defendants were charged

12  by a grand jury for crimes against the United States.  So the

13  Court, therefore, under the valid United States Code has

14  subject matter jurisdiction over the criminal case.  And the

15  Court has personal jurisdiction over each of the defendants,

16  because they have been charged with a criminal offense.

17      The fact that they were brought here forcibly and

18  without consent does not deprive the Court of personal

19  jurisdiction.  As Your Honor has noted, criminal defendants do

20  not have to agree to be prosecuted.  And this Court does not

21  have to find that they consent to being prosecuted in order to

22  have personal jurisdiction over the defendants.

23      So the Court certainly has personal jurisdiction over

24  Mr. Beane and Ms. Tucci-Jarraf.

25      With respect to the UCC filings, those have no legal

UNITED STATES DISTRICT COURT

1  consequence.  It appears that the -- you know, the defendants

2  are arguing that there was some sort of default judgment issued

3  against the United States that put the United States in

4  foreclosure or that put the United States in some sort of

5  default.  And then they filed the UCC statement saying that.

6          The UCC statement itself has no legal relevance over

7  the jurisdiction of this case.  It doesn't appear to be based

8  on an actual judgment anywhere.  The fact that it states a

9  declaration of judgment doesn't make it a declaration of

10  judgment.  It doesn't mean there was a default judgment.

11          Whether notice of the foreclosure was ever sent to

12  the United States Secretary of State or anyone else does not

13  make the UCC filing statement a valid, enforceable judgment in

14  any way.

15          And because the UCC statement is merely -- a typical

16  UCC filing statement is merely used to perfect a security lien.

17  The security interest and the lien would have to be based on a

18  valid judgment.  And no valid judgment against the United

19  States exists here.  So the UCC filing statements are of no

20  consequence to the finding of jurisdiction.

21          With respect to the Court and the United States

22  having to prove their authority, the Court is under no

23  obligation to do so, neither is the United States.

24          If the Court has any obligation with respect to the

25  defendants' argument in that matter, it's to tell them that

UNITED STATES DISTRICT COURT

they're wrong.  So there is no obligation to prove that Your

Honor is an authorized judge.

        The jurisdiction lies in the statutes we've

presented, and that is all that is of consequence here.  The

Sixth Circuit, the Seventh Circuit have all addressed this.

        These types of arguments where the court does not

have jurisdiction over someone who's essentially claiming to be

a sovereign citizen are meritless, and that there is no need to

consent to jurisdiction, but that the Court must find personal

subject matter jurisdiction.

        Both of those exist here, and that's the position of

the United States.  So if there are no questions, I'll --

        THE COURT:  So are you familiar with the United

States vs. Pryor?

        MS. SVOLTO:  Yes.

        THE COURT:  And did the Sixth Circuit hold that

courts, much like this one, including this one, have both

subject matter and in persona jurisdiction in criminal

prosecutions?

        MS. SVOLTO:  Yes.

        THE COURT:  Did the Supreme Court deny cert in that?

        MS. SVOLTO:  Yes.  That was -- that cert was denied

last year.  The case came out in 2015 or 2016.

        THE COURT:  And is it your understanding that it's my

duty to follow the law of the Sixth Circuit?

                    UNITED STATES DISTRICT COURT

1          MS. SVOLTO:  Yes, it is.

2          THE COURT:  Okay.  Thank you.

3          MS. SVOLTO:  Thank you.

4          THE COURT:  All right.  Mr. Jarraf, response to that?

5          Are you familiar with the Pryor case, U.S. v. Pryor?

6  I can give you the cite if you'd like it.

7          MS. TUCCI-JARRAF:  No, I'm familiar with all that.

8          THE COURT:  Do you agree that it's part of my

9  obligation to follow the rulings of the superior, the court

10  above me, the court of appeals, the Sixth Circuit?

11          MS. TUCCI-JARRAF:  I am familiar with every case that

12  Anne-Marie Svolto cited.

13          THE COURT:  I didn't ask you that.  I asked you about

14  matters such as stare decisis, precedent, things like that,

15  that I'm supposed to follow the law when they say what the law

16  is.  Right?

17          MS. TUCCI-JARRAF:  I'm familiar with that.

18          THE COURT:  I mean, do you agree I'm supposed to do

19  that or not?

20          MS. TUCCI-JARRAF:  Please just make your

21  declarations, and then I'll respond to make my response that

22  you had asked me for.

23          So as far as you kind of -- you asked me do I have a

24  response?  I went to start, and then you started in about

25  Pryor.

                    UNITED STATES DISTRICT COURT

```
 1              THE COURT:  Well, I meant your response to that last
 2     part, to the Pryor case.  Do you have a response to that?
 3              MS. TUCCI-JARRAF:  I have a response to she talked
 4     about sovereign citizen, the constitution, as well, was brought
 5     in, because she declared that she's relying on her written
 6     statements.  Correct?
 7              THE COURT:  Yes, but --
 8              MS. TUCCI-JARRAF:  So as far as sovereign citizen, I
 9     cancel that.  That's an oxymoron to begin with.  I'm not a
10     citizen --
11              THE COURT:  You're not a citizen?
12              MS. TUCCI-JARRAF:  -- or a sovereign.  Sovereign
13     requires someone underneath you to rule -- so that you can rule
14     them.  I'm not a sovereign -- I'm not a sovereign citizen.  I
15     don't even know what that means.  I'm not a constitutionalist,
16     or she even limited to me being a -- am I -- myself and
17     Mr. Randall Beane as being human -- what is it, a bled and --
18     let me refer to that.
19              She has just before you now declared that she's
20     relying on her filings, her response to supposedly the motion.
21              Number one, I correct the fact that I have not made a
22     motion.  I've made a praecipe, based on the due clause.
23              However, as far as her reference right now to a
24     sovereign citizen, there's no way I can be a sovereign citizen.
25     It's an oxymoron just in the actual phrase, sovereign citizen.
```

UNITED STATES DISTRICT COURT

1    I don't subscribe to any of that.

2              I don't subscribe to constitutionalism, because of

3    the basis under the fact that the constitution was a contract.

4    I was not a party to or signatory to it.  However, through

5    fraud and everything else that has been committed, everyone had

6    been brought in as an employee, which is what the Social

7    Security cards in part are, just in part.

8              I'm not -- no longer that as well.  I'm not an

9    employee of any corporation offered under the guise of

10   government.  I'm not a citizen of any corporation operating

11   under the guise of government.

12             Again, I do reject -- I duly reject Anne-Marie

13   Svolto's presentment by relying on what she's filed.  I orally

14   duly cancel or reject it without dishonor for the same reasons

15   as before, which is, she has not provided identification, due

16   verification, validation of identification, authority or

17   authorization to present on behalf of the United States.

18             And in response to everyone here, the record is still

19   void of anyone's due verification and validation of

20   identification, authority, authorization to present on behalf

21   of, in this case, Anne-Marie Svolto and Cynthia Davidson, to be

22   able to present for the United States, as far as C. Clifford

23   Shirley, Jr. presenting on behalf of, not sure, Eastern

24   District of Tennessee, department -- excuse me, United States,

25   but that is the title you have, United States Eastern District

UNITED STATES DISTRICT COURT

1    of Tennessee magistrate judge.

2              So all of the record is void of any of that

3    authorization, authority, and identification.  I re-declare

4    orally and via praecipe to enter dismissal with prejudice and

5    declaration of due cause.  That was document, I believe, 43,

6    and then also Document 54, the praecipe, which was filed

7    yesterday, 10/17/17.  As if restated and incorporated by

8    reference as --

9              THE REPORTER:  As if what?

10             THE COURT:  Set forth in full.

11             MS. TUCCI-JARRAF:  Sorry.  The microphone, do I need

12   to pull it closer?

13             THE COURT:  Just talk slower.

14             MS. TUCCI-JARRAF:  Okay.  So I accept every statement

15   that has been issued by C. Clifford Shirley, Jr., Anne-Marie

16   Svolto, as well as Cynthia Davidson.

17             THE COURT:  What do you mean you accept them?

18             MS. TUCCI-JARRAF:  I accept all the statements you've

19   made here today.

20             THE COURT:  You accept that?

21             MS. TUCCI-JARRAF:  -- as proof of collusion,

22   ignorance, and corruption.  I at this point would say not

23   corruption, because I believe that there is an ignorance, but

24   not by your design, but by the design of those who actually

25   will be charged -- or excuse me, the accounts ledgered.  But it

                    UNITED STATES DISTRICT COURT

1  is not due to your own willing and knowing actions of what

2  actually is the law.  That is the problem here.

3          So at this point, all of your statements are accepted

4  as proof of, number one, failure to not provide and intent not

5  to provide the sworn verifications and validations that you

6  have -- that are your burden to meet, as well as statements,

7  proof of your ignorance and incompetency to move forward in

8  this particular case.  Thank you.

9          THE COURT:  All right.  Thank you.

10          Now, Mr. Beane.

11          MR. BEANE:  Yes.  I'd like to accept and adopt what

12  Ms. Tucci-Jarraf has just added.

13          THE COURT:  Okay.

14          MR. BEANE:  Also add to -- for myself, the sovereign

15  citizen status that has been pinned on me, I've never admitted

16  to being a sovereign citizen.  I do not accept that statement.

17          THE COURT:  Okay.

18          MR. BEANE:  It is my understanding a sovereign

19  citizen is considered a terrorist of the United States.  And I

20  am not a terrorist.  I do not accept being called a sovereign

21  citizen in this courtroom.

22          THE COURT:  All right.  Is there anything else that

23  you would like to say about any of your other filings?

24          MR. BEANE:  Not at this point, no.

25          THE COURT:  Okay.  Anything else on behalf of the

UNITED STATES DISTRICT COURT

1  government?

2          MS. SVOLTO:  No.  Thank you, Your Honor.

3          THE COURT:  All right.  The Court will -- I'm going

4  to take all this under advisement.  Ordinarily, I would say I

5  would rule on the filings.  Little difference here since

6  Ms. Jarraf asked me not to do that, because it's specifically

7  not a motion, but rather an order to me to do something.

8          So I'll just have to take that under advisement, give

9  it my due consideration.  And I will issue a ruling in any

10  event, and we'll decide what to do going forward in this

11  matter.

12          All right.  There being nothing further, court stands

13  in recess till the trial resumes this afternoon.

14          THE COURTROOM DEPUTY:  All rise.  This honorable

15  court stands in recess.

16      (Proceedings adjourned at 11:24 a.m.)

17

18

19

20

21

22

23

24

25

UNITED STATES DISTRICT COURT

1                    **CERTIFICATE OF REPORTER**

2    STATE OF TENNESSEE

3    COUNTY OF KNOX

4              I, Rebekah M. Lockwood, RPR, CRR, do hereby certify

5    that I was authorized to and did stenographically report the

6    foregoing proceedings; and that the foregoing pages constitute

7    a true and complete computer-aided transcription of my original

8    stenographic notes to the best of my knowledge, skill, and

9    ability.

10       I further certify that I am not a relative, employee,

11   attorney, or counsel of any of the parties, nor am I a relative

12   or employee of any of the parties' attorneys or counsel

13   connected with the action, nor am I financially interested in

14   the action.

15       IN WITNESS WHEREOF, I have hereunto set my hand at

16   Knoxville, Knox County, Tennessee this 2nd day of November,

17   2017.

18

19

20

21   _____
     REBEKAH M. LOCKWOOD, RPR, CRR
22   Official Court Reporter
     United States District Court
23   Eastern District of Tennessee

24

25