

Case 3:17-cr-00082-TAV-CCS   Document 70   Filed 12/13/17   Page 1 of 3   PageID #: 3003

Randall Keith Beane 52505-074
BLOUNT COUNTY DETENTION CENTER
920 E LAMAR ALEXANDER PARKWAY
MARYVILLE, TN 37804

FILED

2017 DEC 13 A 11:59

U.S. DISTRICT COURT
EASTERN DIST. TENN.

_____ DEPT. CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) Nos.: 3:17-CR-82-TAV-CCS-1 |
|  | ) 3:17-CR-82-TAV-CCS-2 |
| RANDALL KEITH BEANE, and | ) |
| HEATHER ANN TUCCI-JARRAF, | ) |
| Defendants. | ) |

## MEMORANDUM OPINION AND ORDER

This criminal matter is before the Court on the Report and Recommendation (the "R&R") entered by United States Magistrate Judge C. Clifford Shirley, Jr., on November 16, 2017 [Doc. 62]. In the R&R, Magistrate Judge Shirley recommends that the Court deny the defendants' motion to dismiss the indictment [Doc. 43] and deny the defendants' many supplemental filings purporting to void the indictment and other parts of the record [Docs. 42, 45, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57]. On November 30, defendant Tucci-Jarraf filed a *pro se* document which the Court construes as raising objections to the R&R [Doc. 65]. Then, on December 1, defendant Tucci-Jarraf filed a "Declaration of Receipt, No Receipt, and Service," which the Court also construes as raising objections to the R&R [Doc. 66].[1] Defendant Beane has moved to join both of defendant Tucci-Jarraf's filings,

---

[1] In this filing, defendant Tucci-Jarraf asserts that she was served with a copy of the R&R on November 17, 2017 [Doc. 66 p. 1]. If so, then both documents were properly filed within the fourteen-day window for objections to the R&R. *See* Fed. R. Crim. P. 59(b)(2). The Court assumes this to be the case for purpose of this opinion.