* Original Instrument *
Notice to Principal is Notice to Agent
Notice to Agent is Notice to Principal
reference;

"UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


FILED
2017 DEC 21 P 3:43
U.S. DISTRICT COURT
EASTERN DIST. TENN.
_____ DEPT. CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Reference Number: |
| Plaintiff | ) | No. 3:17-CR-82 and all associated numbers |
| v. | ) | VARLAN/SHIRLEY, |
| | ) | USDJ/USMJ |
| RANDALL KEITH BEANE | ) | |
| Defendant | ) | |
| | | " |

## DECLARATION ADOPTING FILINGS

With full responsibility, accountability and liability, without prejudice, nunc pro tunc praeterea preterea, I duly declare, validate and verify with original sworn signature and seal that I am competent to make this declaration, for all to rely upon. I duly, declare, certify, verify and validate as follows:

**I. Rejection without dishonour for due cause** of Heather Ann-Tucci Jarraf, with filing date '2017-11-30' and with reference of 'Doc. # 64', restated in entirety;

**II. Rejection without dishonour for due cause** of Heather Ann-Tucci Jarraf, with filing date '2017-11-30' and with reference of 'Doc. # 65', restated in entirety;

**III. DECLARATION OF RECEIPT, NO RECEIPT, AND SERVICE** of Heather Ann-Tucci Jarraf, with date of '12-1-17' and with reference of 'Doc. # 66', restated in entirety;

**Articles I, II and III** above, restated and incorporated in entirety by reference as if set forth in full, and all said records and documents are duly declared:

    A. Adopted in entirety;

    B. Restated in entirety;

I duly re-certify, verify and validate with my full responsibility, accountability and liability that the foregoing is true, accurate and complete, for all to rely upon.

DEC 21, 2017
Original, Randall Keith Beane

## Certificate of Service

I certify, that on 21   December 2017 this original instrument was caused to be delivered by personal service to alleged Clerk of Court, and duly scanned, with certified copy out. Furthermore a scan of this original instrument was caused to be filed and entered electronically. Notice of this filing will be sent by operation of the alleged Court's electronic filing system to all alleged parties indicated on the electronic filing receipt. Alleged parties may access this filing through the alleged Court's electronic filing system.

Original  DEC. 21, 2017
WITHOUT PREJUDICE
*[signature]*

Pg. 2 of 2                                                                                             Original  DEC 21, 2017
                                                                                                                            RKK

Case 3:17-cr-00082-TAV-CCS   Document 72   Filed 12/21/17   Page 2 of 2   PageID #: 3019