IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:17-CR-82 |
| | ) | |
| RANDALL KEITH BEANE | ) | (VARLAN/SHIRLEY) |

## PROPOSED *VOIR DIRE* QUESTIONS

COMES the Defendant Randall Keith Beane, through his elbow counsel, and hereby submits the following proposed *voir dire* questions.

1. Is anyone here familiar with the recent Bundy case and the outcome of that case?

2. Is anyone here aware of the process that is required to deposit a check larger than $9,999.99?

3. Does anyone here have a family member or close friend that is employed by the government? Specifically, but not limited to, Assistant United States Attorneys or federal agents.

4. Does anyone here have any family members or close friends that are employed by the state government? Specifically, but not limited to, Assistant District Attorneys or police officers.

5. Does anyone here know of and/or understand the straw man accounts and/or the birth certificate accounts held in trust?

6. Has anyone here ever heard of microprinting?

7. Does anyone here know that the Federal Reserve is privately owned and not part of the Federal Government?

8. Does anyone here understand what maritime/admiralty law is?

9. Is anyone here aware of what an executive order is? Is anyone here aware that an executive order was issued on December 21, 2017 and what that order entails?

10. Has anyone here ever held, or is presently holding, a strong belief or conviction that was in a minority opinion? And if so, did you remain strong in your belief or conviction? Has anyone here ever been ridiculed for that minority belief or opinion?

11. Does anyone here know what a whistleblower is? Does anyone here understand the general intentions of the whistleblower's actions?

Respectfully submitted this 18th day of January, 2018.

      s/Stephen G. McGrath
      Stephen G. McGrath
      BPR 025973
      9111 Cross Park Drive
      Suite D200
      Knoxville, TN 37923
      Phone: (865) 540-8871
      Fax: (865) 540-8866
      "Elbow Counsel" for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of this document has been served upon counsel for all parties of record in this case via this Court's electronic filing system on this 18th day of January, 2018.

      s/Stephen G. McGrath
      Stephen G. McGrath