

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case #: 3:17-CR-82                                    Date: January 23, 2018

United States of America   vs.   Randall Beane and Heather Tucci-Jarraf

**PROCEEDINGS: Jury Trial, Day 1. Government's Motion doc. 97 to Amend Indictment is granted.**

HONORABLE THOMAS A. VARLAN, CHIEF UNITED STATES DISTRICT JUDGE

| Julie Norwood | Rebekah Lockwood | Cynthia Davidson/Ann Marie Svolto |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Asst. U.S. Attorney** |

Francis Lloyd
**Elbow Counsel for pro se Defendant Tucci-Jarraf**

Steven McGrath
**Elbow Counsel for pro se for pro se Defendant Beane**

- X     The jury impaneled and sworn is as follows:
  - 47 Jurors present    14 Jurors seated    29 Jurors challenged    4 Not used
- X     Rule requested     ☐ Rule not requested
- X     Witnesses sworn   X    Exhibits admitted
- X     Introduction of evidence for government begun
- X     Case continued to Wednesday, January 23, 2018 at 9:00 for further trial

9:00 to 12:05
1:30 to