

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case #: 3:17-CR-82                                                                 Date: January 26, 2018

United States of America     vs.     Randall Beane and Heather Tucci-Jarraf

**PROCEEDINGS: Jury Trial, Day 4.**

HONORABLE THOMAS A. VARLAN, CHIEF UNITED STATES DISTRICT JUDGE

| Julie Norwood | Rebekah Lockwood | Cynthia Davidson/Ann Marie Svolto |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Asst. U.S. Attorney** |

Francis Lloyd
**Elbow Counsel for pro se Defendant Tucci-Jarraf**

Stephen McGrath
**Elbow Counsel for pro se for pro se Defendant Beane**

- ■ Rule envoked
- ■ Witnesses sworn     ■ Exhibits admitted
- ■ Introduction of evidence for government     resumed  and  concluded
- ■ Introduction of evidence for defendant     begun
- ■ Motion for judgment of acquittal  submitted
- ■ Defendant Randall Beane's opening statement
- ■ Case continued to Monday, January 29, 2018 at 9:00 a.m.for further trial

9:00 to 12:40
1:30 to 4:30