```
1              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF TENNESSEE
2                   AT KNOXVILLE, TENNESSEE
   _____)
3                                   )
   UNITED STATES OF AMERICA,        )
4                                   )
          Government,               )
5                                   )
   vs.                              ) Case No.:  3:17-cr-82
6                                   )
   RANDALL KEITH BEANE,             )
7  HEATHER ANN TUCCI-JARRAF,        )
                                    )
8         Defendant.                )
   _____)
9
                EXCERPT OF TRIAL PROCEEDINGS
10          BEFORE THE HONORABLE THOMAS A. VARLAN

11                Monday, January 29, 2018
                  2:00 p.m. to 5:05 p.m.
12
   APPEARANCES:
13
           ON BEHALF OF THE GOVERNMENT:
14
           CYNTHIA F. DAVIDSON, ESQ.
15         ANNE-MARIE SVOLTO, ESQ.
           U.S. DEPARTMENT OF JUSTICE
16         OFFICE OF U.S. ATTORNEY
           800 Market Street
17         Suite 211
           Knoxville, TN 37902
18
           ON BEHALF OF THE DEFENDANT RANDALL KEITH
19         BEANE: (Appearing Pro Se)

20         STEPHEN G. MC GRATH, ESQ. (Elbow Counsel)
           ATTORNEY AT LAW
21         9111 Cross Park Drive
           Building D, Suite 200
22         Knoxville, TN 37923

23 REPORTED BY:

24 Teresa S. Grandchamp, RPR, CRR
   P.O. Box 1362
25 Knoxville, Tennessee 37901
   (630) 842-0030
```

1       ON BEHALF OF THE DEFENDANT HEATHER ANN
        TUCCI-JARRAF: (Appearing Pro Se)
2
        FRANCIS L. LLOYD, JR., ESQ.
3       LAW OFFICE OF FRANCIS L. LLOYD, JR.
        9111 Cross Park Drive
4       Building D, Suite 200
        Knoxville, TN 37923
5
                    * * * * * * * *
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                    (Whereupon a portion of the proceedings
                     was had but was not requested to be
                     transcribed at this time.)

1                   MS. TUCCI-JARRAF:  Thank you.

2                   Okay.  My name is Heather Ann Tucci-Jarraf.

3                   Should I spell that?

4                   THE COURT:  No, that's okay.

5                   MS. TUCCI-JARRAF:  I grew up in Tacoma,

6   Washington, Pierce County, Washington State.  I

7   graduated from Bellarmine Preparatory High School.

8   It's a Jesuit high school.

9                   My family is very prominent in the area.

10  They helped build a lot of -- a lot of the county,

11  if not the state and surrounding states.  And I have

12  worked for them since the age of 10.  That was my

13  first life was in construction.

14                  It was also my first experience in business

15  practices which today are called white-collar crime;

16  however, they were just known as business practices

17  back in the day.

18                  My family has a multi-state,

19  multi-million-dollar construction company; plus, we

20  do developments throughout Washington State,

21  high- -- I've worked on large highway projects,

22  freeways, overpasses, bridges, and I did that from

1    the age of 10 until I graduated from law school.

2         And while there, I also did accounting.  I

3    went to University of Puget Sound, received my

4    bachelor's degree in accounting with emphasis in

5    tax.

6         And during that time I interned for our

7    company in the accounting firm, our in-house

8    accounting, and learned about accounting procedures,

9    different programing, forensics auditing.

02:02PM  10     A lot of times we had to prepare things for

11   bids because we worked with the -- with the state of

12   Washington, and so I would have to do all of the

13   accounting procedures and the accounting forensics

14   for not just the bid, but also if there was

15   litigation after a project for any instance.

16        We never went to litigation due to failed

17   projects or anything like that.  So I didn't do

18   those for our particular company, but we also had a

19   number of different subsidiaries that would also

02:02PM  20   be -- that were owned by my family and run by my

21   family that would be involved in the projects.  So I

22   did work on those.  And we have a development

23   company that would manage basically all the projects

24   that our construction company would build.

25        MR. MC GRATH:  Your Honor, I apologize.

1    I'm sorry to interrupt.  Mr. Beane is having trouble

2    hearing.  If I could mention that to --

3             THE COURT:  If you'll try to speak up.  The

4    microphone is the bar in front of you and it just

5    picks up -- it's voice activated.

6             MS. TUCCI-JARRAF:  Maybe if I sit back.

7    Can you hear now?

8             MR. BEANE:  Yes.

9             MS. TUCCI-JARRAF:  Sorry.

02:03PM  10           Okay.  In that development company, that

11    part of the arm was run by my uncle whose

12    grandfather was the vice-president of StarKist®

13    Tuna, and he had a very strict policy as far as

14    making sure there was a paper trail, paper trail,

15    paper trail, and that's when I learned the benefit

16    of having paper trails.

17             So I would do all the paperwork, all the

18    filing, and if there was anything missing -- this

19    was about the age of 12 to 15 that I worked in that

02:04PM  20    particular -- that particular area with the finance

21    company.

22             My family also would start and own banks.

23    They currently to this day own a bank.  However,

24    I've never worked inside of our banks at all since I

25    was young.

1    However, they were a big part of our

2  development and our construction projects,

3  obviously, as they would do a lot of the financing.

4    So I would have to get familiar with that

5  particular paperwork, and it just made for a very

6  interesting experience as far as learning how

7  everything is interconnected, even if it doesn't

8  look like it.

9    Also, during that time I -- from 12 to

02:04PM 10  approximately 21, I also learned about the

11  Securities and Exchange Commission.  First, a lot of

12  the private companies that we had to do a lot of

13  work with.  We had to do compliance and things like

14  that.

15    We had an in-house counsel named Chris

16  Huss, and I also worked with him.  He actually was

17  the one who prompted me -- or let's just say advised

18  me that I should go to law school and how to go

19  about it, what to expect, that kind of a thing.

02:05PM 20    And the reason that I even went to him was

21  because while I was in my graduating year from

22  college, I was studying for the CPA exam.  I was

23  also studying the -- studying for my finals to

24  graduate, and I was studying for the law entrance

25  exam, which was required to be able to go to law

1    school.

2            At that time I was also interning at a

3    pension consulting firm which my family had helped a

4    friend from Greece start up, which has been up and

5    running, I think, around the date that I was born.

6    So, 1972.

7            And, of course, that particular company,

8    which was called Spectrum Pension Consulting Firm,

9    who I interned for, did all of the pension work for

02:06PM 10    all of my family's companies, whether it was the

11    development, construction, or the banking.

12            It was during that time that I experienced

13    the inner workings of a general manager and the

14    corrupt practices that were done in the pension

15    consulting industry, and a lot of it was very shady.

16            I wouldn't say it was -- at the time I

17    didn't know whether it was legal or illegal. I just

18    knew that I didn't feel good about it. It was

19    hiding things from the clients. It was shifting

02:06PM 20    things around in the pension consulting -- in the

21    pension accounts that they had for use by other

22    third parties, whether it was to fund monetary

23    instruments, hypothecate them is what we say in

24    banking, to hypothecate a loan -- or excuse me --

25    use it as an insurance wrap or a collateral to be

able to hypothecate a loan not through normal

business standards or banking standards or going

through a bank necessarily, but it seemed shady.

So that's why I had gone to Chris Huss in

the first place. And my general manager had been

telling me to do many things that I questioned. And

I would always put notes on everything that I did.

This goes to expand on my uncle's -- my

Uncle John's practices of paperwork, paper trail,

paper trail, paper trail, as I would put notes all

over it saying "Per my GM" -- my general manager --

"I'm told to do this."

And I explained to Chris Huss, who is our

in-house attorney, "This is what I do." And he just

said, "If you know something to be illegal, it

doesn't matter whether someone told you to do it or

not, you're responsible."

So at that point I also learned about the

fact that general managers, president, anyone who is

running a company who doesn't know what's going on

in their own house doesn't like to be confronted or

presented, even, with information that perhaps their

company might be doing something not completely

legal.

So at that time I had a job with them for

1    after when I graduated.  I made the choice to go to

2    law school, to go to law school and figure out what

3    the laws were, and I went in to law school at

4    Gonzaga University School of Law, and that was in

5    1996.  I almost didn't get in, but I did get in, and

6    it was a fascinating experience.

7        It was one where I had professors from all

8    over.  One of my professors was the Vatican's United

9    Nations representative.  The other one was a

02:09PM 10   constitutional advisor to the White House.

11        During the time that I was in school, there

12   was another one who was doing -- basically setting

13   up programs in countries like Libya, Sierra Leone in

14   order to stop human rights abuses.  And he was my

15   trial coach, and his wife, Judy Clark, who also

16   trained me.  They trained me in evidence.  They also

17   trained me in litigation and evidence as far as, you

18   know, using it in a trial court and rules.

19        And I was on the national trial team where

02:09PM 20   for a year, solid six days a week, that's all we did

21   was train and train and train.  So I learned not

22   only about paper trails since I was younger, but I

23   kind of saw how -- why they were so important.

24        They were so important to lay out what was

25   missing, who did what and whatnot, but now I got to

1    see how that actually is applied in a whole 'nother

2    arena, similar to the one that we're sitting in here

3    today.

4             So at Gonzaga -- we called it GU Law.  At

5    GU Law, I worked as a city prosecutor, as an intern

6    for the city prosecutor's office underneath another

7    attorney.  I got to have the experience of seeing

8    how the city prosecutor -- how a prosecutor's office

9    actually even works.  That was my first experience.

02:10PM  10          Within that there was charging that needed

11   to be done.  So I got to see actually how they would

12   even start a case from a charging document on.

13            And it's -- it later became so important.

14   I didn't understand at the time, but later it was

15   crucial to the work that I would do for the next

16   20 years after graduating from law school to date.

17            And so with these -- within that office, I

18   found the same kind of problem with, let's just say,

19   questionable activities, questionable practices.

02:11PM  20          Of course, I still quite did not understand

21   exactly what all the pieces were, and any time that

22   you would ask behind what happens or what's the

23   reason behind just taking a case to court and trying

24   it, the answers were never given.

25            At that point I went to intern for a judge,

Superior Court Judge Gregory Sypolt, and I was
with -- as his intern for approximately a
year-and-a-half through my law school career where I
learned basically from the judicial side.

I got to sit with him in court, listen to
everything, similar to this young man over there,
and hear cases, and then at the -- during the cases,
he and I would sit in his office before we would
finish for the day and he would ask me what my
thoughts were, what did I think about, you know, the
presentations of the case, and we had everything
from Department of Justice attorneys in there, U.S.
attorneys, as well as Canadian -- the Canadian
equivalent with their wigs and their gowns.

So we've -- I've had a lot of experience as
well as with private and -- private attorneys in
that office as well.

So at that time what he did was he trained
me on how to actually dissect a case, go through all
of the materials presented on -- on the plaintiff's
side, as well as on the defense side, whether it was
a civil case or a criminal case.

And we had everything in there
from -- well, we had many cases. I think over the
time I worked on about 50 cases; some of them are

1    very significant in civil litigation.

2    Interrogatories.  I got exposed to every single tool

3    in the legal field that they use for discovery as

4    well as for motions, hearings and trial.

5            And then what the Judge had trained me to

6    do was to go in and actually write an opinion.  And

7    so he would have me run a parallel opinion while he

8    was doing his and then compare them and taught me

9    how to be neutral; taught me how to evaluate from a

02:13PM 10    neutral stance, and by the time I graduated, I was

11    writing the opinions where there would be nothing

12    really to correct, and he would sign them after

13    going through every aspect and making me explain why

14    I chose certain things.  So that was for about a

15    year, the last year that I was in law school that

16    that was happening.

17            I did have a brief experience with a

18    private firm who actually asked me to be their

19    intern only because I had sat and done all that work

02:13PM 20    I just described to you on a litigate -- on a case

21    that was litigated that was similar to one they had,

22    which wasn't disclosed until I got in there.

23            However, we had won nationals -- or excuse

24    me -- regionals; so we were going national.  So I

25    stopped.

1    I bring all this up because it is what

2 helped me develop habits that has saved my life and

3 also were a part of what happened in July.

4    So after that time I graduated from law

5 school, it was my last week, my graduating week of

6 law school when I was contacted and asked if I

7 wanted to be a part of a cleanup.

8    Now, I had -- I had grown up with

9 individuals such as General Major Timothy Lundberg

02:14PM 10 who was head of the U.S. Air National Guard for all

11 of Washington State and worked with Homeland

12 Security, as well as advised on the governor's

13 association and advised individuals at the White

14 House.

15    I grew up with that family.  They're good

16 family friends, as well as Congressman Norm Dicks.

17 So, being around politics and all that actually

18 helped, also, to be able to prepare me for what I

19 would end up doing for the next 20 years and the

02:15PM 20 folks that usually people in America, as well as the

21 planet, don't usually see and don't see the

22 operations that literally affect every day of your

23 life.  And it was going to be necessary to be able

24 to establish a solution for some very serious

25 problems which were not made public until now.

1    So another part of it was good family

2  friends of ours were the Weyerhaeusers or George

3  Russell.  I grew up in basically a field -- or

4  basically around people who had multinational

5  corporations.  So I got the international side of

6  things as well growing up, as well as after I had

7  graduated law school, worked with, especially during

8  investigations that I would end up doing with

9  Mr. Lundberg or General Major Lundberg and George

02:16PM 10  Russell, as far as monetary instruments.

11    The job that I was to take or that I would

12  end up taking 10 months after being asked to do it,

13  after serious consideration regarding whether I even

14  had what it took to do it, I ended up taking the

15  position, and it was involving a cleanup of the core

16  issue.  It was presented as the core issue of

17  everything on this planet that wasn't working, and

18  that was banking.

19    Now, because banking did not have borders,

02:16PM 20  I actually had to go overseas and stay in France and

21  Italy, Spain and China.  I started off with Italy.

22  My family is Italian.  I took four years.  Of

23  course, didn't learn anything.  So I had to start

24  all over by the time I got to Italy.  And I lived in

25  Italy from essentially 2000 to 2000 and --

just -- December of 2002.  So I spent almost three years there.

During that time I met with more U.S. politicians in Taormina.  I was stationed in Taormina where I studied the language at levels for a professional application, both in the legal industry, as well as the banking industry.

Sigonella, which is a naval base station close by; plus, we had Naples above.  So I also had Navy around me, Navy officials, and a lot of things were explained to me while I was in Taormina that assisted in me being able to understand what all the problems were in banking, as well as how banking was utilized to maneuver and manage and manipulate different areas, not just in America, but in all government entities especially.

So during that time a part of what I was asked to do was to help with funding for a world trade center in Sicily, and Sicily and Italy had a big problem.  Those in Sicily and Italy wanted to separate.

So as far as a lot of the information we've seen in the last year where a lot of people are trying to secede from different parts of the whole that they have been in, such as in Spain with

Catalonia.  We've heard some rumors about states in

the United States wanting to secede or split apart,

such as California wanting to split into different

sections.  This is not a new problem.  It has been

going on since even before I went into things in

2000.

This is all information that was critical

to me and experience that was critical to me.  I was

also there during the time when Mafia was attacking

attorneys and judges.  And speaking with some of the

judges that were there, I never met with the

attorneys, but with the judges, it was a matter

of -- it went beyond politics.  I got to see a whole

'nother side of humanity that involved systems that

we use every day, such as our judicial, such as our

banking; usually just ATMs, but, I mean, it went

even further.

There were a lot of shadow games that I

became aware of but never a part of.  I was still in

the process of going in and learning my own

abilities, learning my own capacities, as well as

being able to identify different factors that were

wrong in the systems globally.

So a lot of meetings were held while I was

in Taormina, Sicily, in 2000 to be able to give me

that data and then let me do my own research and
validation.

That was one thing about doing this --
this -- I use the term cleanup -- was I had full
autonomy as well and discretion over how I chose to
do my part.  However, transparency was the
number-one protocol as well as paper trail.  And in
this case, inclusive of digital trail so that there
was always a trail from A to Z.  So very important.

02:20PM But first I had to see how to create that
through the examples that I was given and allowed to
do my own research on.

So I had pretty much access to a number of
different officials and their offices and to be able
to learn.  Almost like an international internship,
but, really, for nobody other than to be able to
gain the experience and the knowledge, the personal
knowledge I would need to be able to do my part in
the cleanup.

02:21PM So at that point I got married and had two
kids in Italy, and then we moved back to the United
States so that I could begin prep work.

And that prep work included setting
foundations that would later be used in the cleanup.
I had worked in the city prosecutor's office in

Spokane, Washington when I was in law school. This time for the -- setting the foundation.

I went to Pierce County, Washington's prosecutor's office, applied. They didn't know where I had been for the last, you know, two to three years and wanted to know what I was doing, and I gave them a general statement -- nothing to what I gave you guys here today -- and I got rejected.

So then I went into the defender's office and said, "Here I am ready to do the work," and I was given a position. And it was a temporary position because they were trying to seek funding. So I also got exposed to the inner process that they have to do for applications and grants from state and federal. That was another part of it.

So I did go in there, and I was a public defender from approximately December 2000 and -- let's see. That would be 2002 until approximately May 20th of 2003, which at that point I had been -- because of the job that I had done at the defender's office, I was recruited from the prosecutor's office that had rejected me before.

Now, I'll disclose that at this particular point, Pierce County, Washington, like I said, my family is pretty prominent there. It's just under a

million people.  It's like 758,000 people, I think,

at the time that this was going on, and the judges

had all gone to school -- the attorneys that had

come in had either been attorneys with my great

uncle or my father.  They had gone to school

together.  So there is a lot of people that just

know each other.  It's a pretty tight community, but

there is also a lot of multinational business that

comes in there because they have a huge port that's

run by another family friend, Commissioner Clare

Petrich, and she gave me the insight regarding the

international side of things, as far as shipping and

all that went.

        And this is all being run simultaneously.

So, really, the job that I took at the prosecutor's

office was to figure out the inner workings, and the

big question that there was was the funding of

prosecutors and the judicial system and whatnot.

        So I did get to learn all that and where

the records are kept; where they're sent.  It was

a -- it is a long process, and it wasn't all --

necessarily all that knowledge gained while I was at

the prose- -- employed by the prosecutor's office.

It was also later while I was doing an investigation

and test cases inside of Pierce County court

1    systems.

2            So while I was at the prosecutor's office,

3    there was a lot of -- I got to see the inner

4    turmoils that occurred there.

5            I was very good friends with the judicial

6    assistants, as well as the judges, private

7    attorneys, and including my colleagues, whether they

8    were for the public defender's office or the

9    prosecutor's office, and, really, the big decision

02:24PM 10   for me to move from the defenders to the prosecutors

11   occurred when someone's rights had gotten abused.

12           So I got to see how the reactions were.

13   And, basically, you know, what it ended up being

14   was:  Your defenders and your prosecutors work for

15   the same people and they get paid by the same

16   entity.

17           So that launched me into scheduling to go

18   in and look at the auditor's offices and the tax

19   assessor's offices, which I ended up doing at a

02:25PM 20   later day.

21           So once the foundation was set, I worked

22   from -- at the prosecutor's office from 2003,

23   May 26th of 2003 until February of 2006, which is

24   when I left, and there -- from there, I went to the

25   international -- back to the banking so that I could

go in and get everything ready for the final test to
go in and grab all the data that we needed for final
implementations of solutions.

So while I was working overseas, I went
back into the bank trade and finance and worked with
authorities from all over the world, intelligence
agencies and whatnot, and I was taking approximately
90 monetary assets and projects a week and having to
do the compliance on them; everything from the
background check of the individual that was
presenting their project, as well as going in and
doing all of the auditing, making sure all the
pieces were there for the project so that it would
meet whichever international and local laws that
were required where the projects would be built out.

I also worked with the bankers from
different banks all around the world in order to
make sure all the funding was set up correctly, all
reporting was going to be complied with at that time
for anti-money-laundering laws, tax laws, local tax
laws.

A lot of projects that were -- that I
worked on also had to get a United Nations number
because they were multinational or included
basically an immigration program.

1      China was usually the one that had the

2  immigration program.  So that was another aspect

3  that later would become vital to the work that I did

4  was how people are shuffled around.  And it's -- in

5  banking, it's known as human capital, and you'll see

6  a lot of companies that have a human capital section

7  or director or someone assigned to -- in regards to

8  human capital.

9      And what that in my experience and my

02:27PM 10  personal knowledge became was that in certain

11  projects, a project would not be allowed to go,

12  especially at the -- what we call at the UN number

13  level, the United Nations level was that they would

14  not go unless the local -- they would look for a

15  local individual.  So, let's say Knoxville.  You

16  would have a local individual that they would look

17  for that had strong contacts, political sway, as

18  well as contacts with the local banks that were

19  here.

02:28PM 20      They would also have to have some kind of

21  pull with political figures in order to get visas or

22  some kind of approval for Chinese nationals to be

23  able to come over here and do the work.  It was a

24  requirement that 51 percent of all labor that was

25  applied would be done by Chinese nationals.

1        Later there would be found to be a problem
2    is that a lot of the Chinese nationals would never
3    come back.  Whether they would skip out on their
4    visas; whether they would just have another type of
5    visa that they would be given.
6        A lot of it was through a lottery program
7    that they were -- if someone paid a million dollars,
8    they wouldn't have to do the lottery program.  They
9    could go under a whole 'nother type of program where
02:28PM 10   they would just be given permanent residency or
11   citizenship in order to stay.  So, China was, at the
12   time, paying a lot of -- millions of dollars for
13   different individuals to stay.
14       So that was my first experience with China,
15   and later I became the one that they would call when
16   China was involved in any kind of project because of
17   the experiences and the exposure that I had to its
18   practices.
19       The other thing was I worked a lot with
02:29PM 20   Switzerland and with a gentleman named Chris Alfray
21   (phonetic) who runs LEOTRADE (phonetic), which is
22   basically the largest shell company, holds the
23   largest amount of shell companies, and those
24   companies, those shell companies, were used a lot at
25   the highest levels of bank trade and finance in

order to set up schemes from all over the world for these projects.

And it really just was a matter of you would try to get anyone that had a monetary instrument to come to hypothecate that through or within a bubble called a shell company.

So each shell company would have its own costs, and that shell company would be used for the duration of that project and then the shell company would be sold off.

These are the types of business practices that have been used.  Some of them -- some of the business practices, such as learning about people that have assets and that want to make a steady income, you know, for seven years to 20 years, the banks, you know, prior to the year 2000, would go in and try to get someone to come and bring their value, their money into the bank, deposit it there, and then they wouldn't touch it for seven years, 20 years, depending on the private agreement.  Okay?

And, meanwhile, the bank would say, "We'll give you lines of credit."  Okay?  "We'll give you lines of credit in the form of S-" -- what they call standby letters of credit.

So they get a standby letter of credit for

a hundred million, and then they would go and say to

some other third party, "We'll let you borrow this

and we'll confirm that it's good through our bankers

and then you can get a line of credit."

It was -- it was essentially a long line of

hypothecation.  And after 2000, it became illegal to

have those kinds of contracts.

So I was the one that would be called in to

do research on those and give -- you know, at the

time I was an attorney, give legal opinions, as well

as identify all of the different problems and any

solutions.

And the solutions could be industry

practices that are already involved, but maybe not

at all the levels, or create a new solution

that -- so there was a lot of policy work that I

ended up doing just through how I ran my own -- my

own product, my own quality of work.

So security protocols became very, very

important in my work to make sure that every party

to a transaction was completely protected.

I always liked to have 100 percent

transparency, but in banking that was never

available to every single party involved.  There was

a lot of hiding of information, especially of how

1  banking worked.  That is one of the most guarded

2  secrets on the planet, maybe next to Antarctica.

3          So there is a lot of information that I was

4  exposed to and had to cover while I was working,

5  again, at the highest levels of bank finance

6  overseas.

7          I did move and worked -- I had moved back

8  to Washington State, and by that time I had four

9  children, and I was working on -- the last project

02:32PM 10  that I worked on was in Zambia, and I had -- through

11  these projects, we worked a lot with U.S. Treasury,

12  all the big banks, the four here in the United

13  States which they call -- we call the Big Four, Bank

14  of America, JPMorgan, Citibank, and Chase, of

15  course, and then Wells Fargo came in much later, and

16  there was a lot of experience and exposure in

17  the -- not just shady, but illegal operations and

18  activities that go on in banking because nobody

19  knows how it works in the public.

02:33PM 20          They might know the general concepts of

21  things, but they do not know the actualities of how

22  it all works.  So my goal was to bring a lot more

23  transparency.  I felt it would make the deals a lot

24  more secure and more successful.  They had a greater

25  potential to be successful.

1          A lot of these programs -- or excuse me --

2     projects were built so that it could provide for

3     jobs, job creation.  It could provide better

4     services to local communities.

5          There were a lot of -- because of the

6     immigrants aspects to these projects, especially

7     with China -- Russia was another one.  We had some

8     from Italy as well.  But it was mainly China was the

9     big one, and it became a matter of how these people

02:34PM 10    don't know what's going on, and so housing became

11    important.

12          So I worked with different world

13    organizations that deal with housing and

14    providing -- providing food, job, in case they don't

15    have the job start up right away was to make sure

16    that they had everything they needed to provide for

17    their family, because a lot of the times the family

18    would be included in that person coming over.

19          So what they ended up doing in most of

02:34PM 20    these is:  We started to notice in approximately

21    around 2008 that there -- well, 2006, there was the

22    big financial crisis, which was completely

23    contrived.  There was -- you know, it was just a

24    bunch of practices that basically got caught up and

25    bottlenecked and, you know, it affected everybody on

1    this planet, not just here in America.

2         And we ended up having the Wall Street --

3    Occupy Wall Street in that particular instance, and

4    that was -- in 2008 to 2011, I saw the -- I got to

5    see the buildup that eventually led to Occupy Wall

6    Street; what it was truly about; who it was truly

7    started by, and the actual effects on the people in

8    America, as well as overseas, because they ended up

9    expanding that particular -- that particular program

02:35PM 10    overseas.

11         And during -- from 2008 and onward, I

12    worked a lot with different intelligent agencies,

13    including my husband who I'm married to was born in

14    Morocco and basically grew up in Florence, Italy,

15    which is where we met.  He speaks a number of

16    different languages, six languages, primary

17    languages, and then 14 different dialects on top of

18    that.

19         So a lot of military intelligence and

02:36PM 20    different intelligence agencies from different

21    countries, including our own, were coming in and

22    trying to recruit him because of his language

23    skills, but also the work that he and I did.

24         We started a company -- or he started a

25    company.  I was doing the law practice.  I had left

1    the prosecutor's office to open up my own practice;

2    was doing global projects and integrating local.

3            There was a real problem with artisans and

4    products at the time.  You had farmers from Columbia

5    not getting their money from the multinationals

6    here.

7            We had products from Morocco, for instance.

8    That's probably where my greatest knowledge base is

9    that led into the cleanups that we've been doing

02:37PM 10   here.

11           So I spent a number of years there to not

12   only learn what the problems were with different

13   organizations, such as U.S. Aid and what their true

14   purpose was and how they work with the state

15   department, especially their program called Sister

16   Cities which the state department runs and connects

17   with other countries to make a sister city between a

18   city in the United States and a city somewhere else.

19   It was sort of an unofficial way for communications

02:37PM 20   to be spread, as well as a way to organize things

21   unofficially.

22           That was my experience, and I did go in to

23   start the sister city between Tacoma in Washington

24   State and Morocco, El Jadida, in Morocco near

25   Casablanca.

1          So I got to work with the founder of that

2    who is Bixler Mazeus (phonetic) who works for the

3    U.S. State Department, and he is very good friends

4    and started -- he, with the mayor of Chicago,

5    started a Sister Cities program between Chicago and

6    Casablanca.

7          So my first experience with the state

8    department at that level and programs they were

9    using to unofficially communicate with foreign

02:38PM  10   governments and foreign agents, that was where it

11   had started for me.

12         So I got to see a lot of Bixler Mazeus

13   (phonetic).  And one thing that was really great

14   about Morocco is:  They still have a paper trail.

15   They don't have things digitized.  I mean, they

16   barely have computers in their offices.  So they

17   have everyone walk everything around.

18         They say, "Okay.  Bring" -- "You need to

19   bring something stamped here."  They tell you what

02:38PM  20   it is.  Then they say, "Go to so-and-so office."  So

21   the people walk.  And I actually got to do that, to

22   see what it was like.

23         I had two children in Italy.  I had two

24   children in America.  We went to register their

25   birth certificates in Morocco in what they call a

1  family book.

2          My -- so that was really where I learned

3  about the birth certificate and getting into that

4  level.  And the Moroccan government was very good

5  about explaining it and how they needed it so they

6  could stamp it and send it to the IMF; so that when

7  we're there, they get to be able to collect funding.

8  When the kids are in the states, of course, the

9  children have dual citizenship until they're 18

02:39PM  10  according to the laws at that time.

11          So it was really a process.  It was

12  something that I learned from my own personal life

13  that we had to do for our own family, not part of my

14  work.

15          But it actually ended up becoming part of

16  my work, because when I was working with banks, such

17  as Santander, they do monetize the birth

18  certificates, and it's a very elite field.

19          There is very few people that actually have

02:40PM  20  the knowledge about that particular monetary

21  instrument.  And I didn't exactly at that time,

22  especially when I was registering -- this would have

23  been 2006 -- I didn't know how any of it worked.  I

24  didn't even look at it.  It wasn't a part of the

25  bank trade and financing that I was working on with

1    Switzerland, and so I asked Christoff Ray about

2    that, who is a Swiss authority and does all the

3    security for Davos and the forms that they do there,

4    and it was basically no need to know.

5        So a lot of the -- even in bank and trade

6    and finance, there are a lot of levels and there is

7    a lot of shields.

8        So I essentially for the first 11 years

9    after my graduation week at law school spent a lot

02:40PM 10   of time really seeing how compartmentalized,

11   seemingly not interconnected agencies and systems,

12   both in a particular country or between countries,

13   actually work.  And the common denominator was

14   always banking.  There is no borders.

15       During that time I also worked with

16   different law enforcements from all over the world,

17   whether it was -- and a lot of the work that I did,

18   they didn't start coming out of the woodwork until I

19   did a particular investigation.

02:41PM 20       And basically what ended up happening, as I

21   stated earlier, around 2008, even those in the mid

22   levels of banking had problems monetizing,

23   hypothecating monetary instruments because there was

24   so much fraud going on at the lower levels and the

25   highest levels.

1          So I did an investigation in those

2    particular -- I was asked to do an investigation

3    within the industry to go in and figure out,

4    identify who were the individuals, how were they

5    doing, the fraudulent paper, because it was to

6    saturate the entire financial system, global

7    financial systems, and a lot of people were getting

8    harmed in the banking industry, but also innocent

9    folks who don't have any knowledge typically about

02:42PM 10   high-level monetary instruments, such as standby

11   letters of credit, bank guarantees, how to do

12   insurance wraps and things like that, and were

13   getting involved in -- into what we call high-level

14   trade programs, which, for the most part, FBI is the

15   law -- in my experience is the law enforcement

16   agency that is used to make sure that everyone

17   believes that it's a scam, and that way it helps us

18   control who actually comes in; that they're a more

19   sophisticated investor, but not too sophisticated so

02:43PM 20   they won't ask too many questions or demand too many

21   things.

22          So part of that investigation that I

23   did -- oh.  I apologize.

24          May I grab my paperwork?  It got left on

25   the desk.

1       Thank you.  Excuse me.

2       Okay.  Can you all hear me okay?

3       THE COURT:  Yes.

4       MS. TUCCI-JARRAF:  Thank you.

5       So, can you all see Exhibit 155-A?

6       During my time in bank trade and finance

7  doing compliance, as well as investigations for

8  audits for projects, preparation and whatnot, I

9  would be asked to give what they call white papers,

02:44PM 10  which would be my reports on a specific -- I'd be

11  given a topic, and I would be asked to go in and

12  specifically research that topic.

13       If I found anything that was inner

14  connected with or influencing that particular topic,

15  I was then to expand the white paper and give that

16  data as well.

17       So how they would do it is:  I would give

18  what we call a bullet report, which would be more

19  like a field report, just saying, "Here is what I've

02:44PM 20  got so far.  This is where I think that I need to

21  look into more," and give a status report at that

22  moment.  So like a snapshot.  But it's a bullet

23  report.  It's not in full -- it wouldn't be

24  presentable to an agency or for publishing to the

25  public or anything like that.  It would just be,

1    "Here is where we are at right this moment and this

2    is what I suspect.  This is what I found so far."

3            So that's what this particular report was,

4    and it was issued on 3/6/2011, because I was going

5    to be exiting the bank trade and finance field at

6    that point, as far as working on projects and

7    working on financing, working on the banking side of

8    things to go in and for the cleanup to basically use

9    one area that was so prevalent with fraud, which was

02:45PM  10    the mortgage industry.

11            During that time the reason why I got

12    involved in that was because I was working on

13    Panama -- or in Panama on a project where the

14    presidents -- the president of Panama and many other

15    presidents around the world, after they leave

16    office, they would get a monetary instrument that

17    they could use for one to two to five years,

18    depending on what they negotiated with the families

19    in Asia, and they would use that for whatever they

02:46PM  20    wanted to.  Okay?

21            A lot of them would set up some kind of

22    operation where it would kind of fund their

23    lifestyle for the rest of their lives.  Some of them

24    had very humanitarian objectives.

25            This particular one in Panama, it was the

former president of Panama who wanted to go in and

create a trail -- or excuse me -- a rail system that

went from Columbia all the way up to the U.S.

border.  And he wanted to be able to have it go

straight up so that they could bring in all these

different projects, because in Panama, you have the

port there which was very strategic and very

important to the United States for many years until

Carter signed it back over.

02:46PM      So that's what I was working on at that

particular time, and that's when I got presented

with basically -- I would work on assets that were

anywhere from one million to 100 billion.

And the 100 -- usually the higher ones that

were 50 billion or above are what we call batch, a

batch instrument.

So in this particular case, I was given a

batch instrument in hundred billion-dollar tranches,

and they all had essentially Fannie Mae and Freddie

02:47PM   Mac securities.  And as I was doing my

investigation, there were questions as to the

monetary instruments and the collateral and the

underwriting.

In that particular instance, we found that

there was a lot of fraudulent paper issued and sold

1    on the NASDAQ, and I was told not to go -- not to go

2    what we call behind the NASDAQ and look inside the

3    files, you know, go all the way back to the

4    underwriting, go through the underwriting, go all

5    the way back to the collateral to look at it.

6            But we did.  We went through.  And the

7    reason why I chose to do that was because at the

8    time the U.S. Secretary of Transportation showed up

9    in Panama, and I had received a call from my

02:48PM 10   intelligence contacts to get out of that project and

11   to do it very quickly.  And within a week, FBI was

12   down in Panama, and I'm not sure as to the results

13   of it or even the purpose.  All I know is the

14   project for the train stopped completely.

15           The president of Panama all of a sudden was

16   under investigation locally by the local Panamanian

17   authorities for fraud and whatnot.  And so I was

18   asked to do essentially a white paper regarding this

19   particular monetary instrument that he had planned

02:48PM 20   on using and to discover what I could, and I did.  I

21   gave all that particular data over to the Panamanian

22   then president of Panama.  And it involved everyone

23   from Russia to China, and there was a lot of

24   collusion, and HSBC specifically in Panama, who was

25   essentially stealing clients -- the tribal.  They

```
 1   would go out and say, "Do you want a loan for your
 2   farms?"  Because in Panama, there is a lot of
 3   farmers, the banana.  So we had Pelosi involved.  We
 4   had the Dole family involved because the banana
 5   industry is very big there.  It was just this huge
 6   scandal.
 7           So I had to go in and do the investigations
 8   for this and put that information in.  It got
 9   buried.  Some of it came out in the Panama papers
10   later, but essentially I was more interested in
11   mortgages and the fraud that was being done there.
12           I had a house.  I have four kids.  My
13   family has a house.  Anyone that I know, it
14   affected.  And so what we did was we still had the
15   data from the mone- -- from the money-laundering
16   operations from the Fannie and Freddie Mac, and
17   during this time, that's when Congress and Timothy
18   Geithner in particular from the U.S. Secretary of
19   Treasury, who was formerly with the Federal Reserve
20   Bank, had introduced what was called TARP, and it
21   was supposed to be a mortgage relief program.  So I
22   had to know the ins and outs of that particular
23   program as well.
24           And so this report here is the summary, the
25   exiting -- my exiting report regarding all of that,
```

1    and regarding the investigations that I did in more

2    detail, as well as the ones that were running at the

3    time.

4            And the particular conclusion, everything

5    came back to the heart of not just the Federal

6    Reserve Bank, but also Bank for International

7    Settlements, which is in Switzerland.

8            These are things people -- most people at

9    the time from 2010 onwards didn't even know who Bank

02:51PM 10   for International Settlements was.  That it was --

11   they tout themselves as the central bank for central

12   banks.

13           It was even more secretive and more dirty

14   and, in my personal experience, dealing with BIS

15   than Federal Reserve.

16           And so during this time, of course, my

17   whole goal was that things got cleaned up.  I really

18   didn't care who was committing what, who was using

19   what.  What mattered was that things were cleaned up

02:51PM 20   so that there wouldn't be any problems.

21           So this is really the start of me just sort

22   of going in and saying everything needed to be

23   transparent.  And I changed my own protocols with

24   this job that I took back in 2000 to do the

25   universal cleanup with a number of teams from around

1  the world, and it was the first time I made myself

2  public.  But I did it in, I guess, not such a

3  transparent way.

4          I would not work with anyone.  My greatest

5  concern was people getting hurt.  So what I did was

6  I put up my own home for this particular part of

7  discovering the mechanics that went all the way

8  through the court systems to -- through the banking

9  systems and then back out on the stock exchanges.

10         So that house was used, and there were four

11  people involved in deciding which house would be

12  used.

13         In order for me to control the whole

14  thing -- because I was an attorney at the time, in

15  order to control every aspect as much as possible

16  because there was no way we could decide or even

17  determine what the emotional, the spiritual, or the

18  pressure, because, mind you, when you do a lot of

19  work in the actual field where this fraud is coming

20  from, in my experience, growing up and working was

21  that people are not too happy when they're presented

22  with a fraud within their own organizations, but

23  especially if the public knows what's going on.

24         Now, the only other instance that

25  I've -- that I was around and experienced was the

1  savings and loan scandals from the '80s.  Bernard

2  congressman -- or excuse me -- Congressman Bernard

3  in doing the hearings and the cleanup, I mean, that

4  resulted in Arthur Andersen having closed down, as

5  well as the IRS for the first time ever in history

6  having to get audited or being more transparent, I

7  should say, and having to answer to someone, because

8  before that, they didn't.

9        And it was so -- the particular scandal

02:53PM 10  affected a lot of Americans' lives, but also those

11  overseas who were buying these particular securities

12  that were based off of these savings and loan

13  scandals.

14        So a lot of the people doing this

15  investigation that I did in 2010 -- I started in

16  2010 -- were the people that worked on the savings

17  and loan scandals.

18        Brenda Steely, who was basically formerly

19  with one of the senators in Washington, D.C., as

02:54PM 20  well as DOJ, Department of Justice, before

21  they -- and she was older; so she gave me a history

22  of how they never had licensed bar attorneys in

23  there.  They were just always lawyers, and explained

24  to me the difference between bar attorneys and

25  lawyers.

1      That was not really my focus.  So I just

2  sort of left that information dangling.  But she

3  helped assist me in guiding me based on sharing

4  information of how they did the savings and loan

5  scandal cleanups, which she thought was cleaned up

6  completely, and she noticed in 2000 and started

7  tracking.  So that's how she actually came to find

8  me.

9      When I register anything in a database,

02:55PM  10  whether it's a court database, whether it's a state

11  database such as the Uniform Commercial Registry,

12  whether I'm traveling just with my passport or my

13  credit card, it's tracked.  It's -- I'm able to be

14  found.

15      I worked with Egide Thein, who is the

16  founder of Truth Technologies, and Egide does all of

17  the background checks for the banks.  And he was the

18  former chief of counsel for Luxemburg Bank U.S.A.,

19  as well as high up in the mili- -- in the Luxemburg

02:55PM  20  Royal Military.

21      With that particular case, I was actually

22  approaching him to go in because MERS® database --

23  and I'm giving you this particular history so you

24  know exactly my habits when I am going in to look at

25  every aspect.

1    The goal is always to figure out how

2  everyone can stay safe, how to clean it up with no

3  defaults, no judgements, really.  It's just, "Stop

4  it.  Clean it up."

5    So with Egide, because of his status, as

6  well as the services he provides worldwide, he

7  consulted with governments inclusive of France and

8  U.S.A. and UK was that to have him go into MERS® and

9  actually see the system because MERS® was

02:56PM  10  essentially a trading platform, but the question had

11  to do with systems and how to actually -- how data

12  was being changed in there by the bankers.

13    There was no protocols, no security

14  protocols, but it was designed that way so that

15  later, if there was a mortgage bubble, that they

16  could actually change the data inside and make it

17  very difficult for litigations.

18    That was the suspicion, and that was later

19  confirmed throughout the years up to date, that

02:57PM  20  there was a lot of corruption, collusion, as well as

21  falsification of mortgage documents.

22    That is what this paradigm and its ultimate

23  findings and conclusions were, the bulletproof,

24  paradigm bulletproof reports, and involved -- I also

25  in this particular report put in there regarding the

1  case, because we also ended up having a lot of

2  judicial corruption.

3          And I wouldn't say judicial, meaning the

4  judges or the lawyers, the attorneys themselves.  We

5  found it to be within the system structure itself.

6  And that's -- again, led all the way back to the

7  Federal Reserve.

8          So, you know, I had to go in and

9  investigate the FBI and its creation and how

02:57PM 10  Hoover's relationship and his Swiss connections and

11  his German connections and how Andrew Mellon, who is

12  the United States Secretary of Treasury at the time

13  worked with Hoover to be able to implement

14  something, a law enforcement agency that would be

15  able to enforce the Federal Reserves and the banking

16  objectives and manage the human capital from

17  becoming too aware.

18          So I ran essentially four primary cases,

19  test cases, to be able to go in, and it was never

02:58PM 20  about, "Show me the notes."  It was about, "Show me

21  the loan."  Because they're -- and we were trying to

22  figure out how to make the public aware, more aware

23  so they become more vigilant, ask more questions.

24          So it was a top-down, as well as a

25  bottom-up approach to solving basically a lack of

transparency and a lack of accountability within the

banking system utilizing the government agencies and

departments and branches in order to make sure the

fraud was either never caught, or if it was caught

that it would be the least amount possible, which

was the federal -- the FDIC.

You know, the FDIC was actually within the

Federal Reserve until they decided to move it into

the United States government and incorporate it as a

U.S. corporation that would insure the banks, which

doesn't -- or excuse me -- insure the depositors,

which doesn't really insure the depositors. It just

makes sure that the bank's liability will never be

over a certain amount.

So if it's an individual -- I don't even

know what the amounts are now, but at the time it

was 100 and -- 100,000, and 200,000, I believe -- I

could be wrong -- if you were married. It could be

200,000.

So it was really an insurance coverage

program to make sure that the banks never had to go

over that amount. Anything over that amount was

good.

So that ended up becoming any kind

of -- any time they got caught, it ended up becoming

1   just a cost of business.  You know, count up however

2   many individuals may get caught up in the scheme and

3   times it by 200,000.  That is now factored into a

4   cost of business for any kind of scheme that they

5   were doing.

6          The SEC was very important in making sure

7   that different distributions would happen.  So

8   essentially you never had actual litigations that

9   would come to a trial and a judgment.  There was

03:00PM 10   always, always, always dealings.

11          So JPMorgan, who got caught in 2011, you

12   had the OCC, the Office of Comptroller Currency, go

13   in and basically issue orders against every bank, a

14   warning.  "Change your ways.  We're going to have to

15   set up some kind of protocol where you need to go in

16   and change your actual practices or we're going to

17   fine you."  And they would have a certain period of

18   time to change those practices.

19          Well, they didn't.  And during this time

03:01PM 20   period, I was running -- one of the test cases was a

21   deceptive acts and practices test case within the

22   mortgages.

23          That particular deceptive acts and

24   practices brief was -- in fact, it was a judge that

25   helped me, multiple judges at the federal level and

state level that helped me refine that, including

the judge who the test case was in front of.

It was entertaining and yet at the same

time very distressing that -- how do you -- how do

you overcome and create a solution to an industry

that is worldwide. That was basically essentially

what was happening.

So during that time the deceptive acts and

practices brief then got used by 49 out of the 50

03:02PM  states by the attorney generals.

And basically what I do is: Any time I do

an investigation, I always find -- I always utilize

public databases because all of the agencies

involved in the cleanup and intelligence agencies

that are watching, they can access -- they always

have access to those databases.

So all I have to do is enter, like, the

cases that could listen in to court, realtime while

we were doing hearings. They could -- they had

03:02PM  access to all the filings. So they -- we were able

to watch everything as it went along. And since law

enforcement was involved, we got to see the -- how

our law enforcement is actually utilized by the

banking industry and by the banking facilities.

One of the test cases, the one that I was

explaining to you, ended up going through -- it
started in 2010 when I decided to -- actually, in
2009 when it was my house that was going to be used
for this test case, I stopped -- deliberately
stopped paying for the mortgage.  The only way I
could get -- because if you applied for TARP and you
didn't get it, you were supposed to get to see the
formula that they used to determine whether
you -- or excuse me -- to determine -- the formula
that they used to determine why you didn't qualify.
Because that was kept a secret.  And even in
the -- in the banking industry, I couldn't get it
through my contacts.  And so the only way I could do
it was through, in part, going in, applying for it
and getting rejected.

However, when I got rejected and then did
the proper procedure to get that formula, I was
denied, and there was no explanation that was
officially given for it, because what our suspicions
were after the Freddie Mac -- or excuse me -- the
Fannie/Freddie securities paper that was fraudulent,
most of that paper was sold to China.  So China was
very upset with it.

And what we ended up finding was China
demanded all of their money back and to basically

have the United States Treasury cut up or shred up
all of the fraudulent paper.

And so our suspicion at that time was that
TARP was actually there to be able to get
authorization, appropriation and allocation of a
certain amount of funds, and I believe it was 700
billion was the amount for TARP.

There may have been other amendments to it,
and it increased. I don't know. But at the time
that I worked on it, it was 700 billion.

And, in fact, that ended up being a problem
that came out later through all of the members of
this -- the universal cleanup was that, in fact,
very few families actually even got approved and
received funding from this TARP program, this
mortgage relief program. And the money disappeared.
You ended up having the Federal Reserve
Board -- excuse me -- the Federal Reserve testifying
that they didn't know where 16 billion dollars went.
That was during that time period as well.

So at this -- during this particular case
in March -- another aspect of this case was to
figure out how our law enforcement and judicial were
at risk, as well as the -- just the community
itself, individuals who had mortgages.

1      So I had to assess what risks there were to

2  each and every party in this particular mortgage

3  scandal, and then what steps could be taken in order

4  to protect them.

5      One of the things with the judicial was,

6  that we found the risk of, was that the sheriffs

7  were completely at risk because they have oaths and

8  bonds.  Each -- everyone in the judicial is supposed

9  to give an oath and a bond.  Okay?  And they're

10  supposed to be on file.

11      When I worked for the judge, for Judge

12  Sypolt in Spokane as an intern, he had his oath and

13  he had his bond sitting with him up at the desk.

14  That was the first time --

15      MS. DAVIDSON:  Objection, Your Honor.  I

16  think that she is getting a little far afield here,

17  and this was part of a Motion in Limine which we

18  brought before the Court.

19      THE COURT:  And what is the relevance of

20  this particular testimony?

21      MS. TUCCI-JARRAF:  The relevance shows how

22  law enforcement was at risk at the time to -- for a

23  habit of how I handled the risk that happened in

24  July with Mr. Beane, as well as with the law

25  enforcement that were involved.

1      THE COURT:  I'm not sure about testimony

2  about a prior employer's placement of an oath and

3  bond -- I'm not seeing how that relates.  So why

4  don't we move on.

5      MS. TUCCI-JARRAF:  Okay.

6      THE COURT:  I'll sustain the objection.

7      MS. TUCCI-JARRAF:  So at that time there

8  were certain aspects that were found to be at risk

9  for judicial -- excuse me -- law enforcement,

03:07PM  10  specifically in that case the sheriff, and then also

11  for the judicial.

12      It all goes back to the funding, the

13  banking and to the Federal Reserve banks and the

14  systems, as well as the International Monetary Fund

15  which is a special agency of the United Nations.

16      All this is significant because all of

17  these -- all this data helped to refine my own

18  skills and abilities as well as to be able to

19  identify when there are threats, whether they're

03:07PM  20  imminent or not.

21      And in this particular instance on

22  March 23rd -- excuse me -- March 24th of 2011,

23  because continually while I was working all this

24  time from 2000 to even today, I have contact with

25  those intelligence agencies, as well as insiders in

                    1    the banking, as well as insiders in the government

                    2    in order to be able to make sure that everything is

                    3    as smooth and gentle as possible and as safe as

                    4    possible for everyone involved; also to ferret out

                    5    who foreign agents are and which foreign actors they

                    6    are working for; who is the one that is actually

                    7    issuing the threat and implementing the threat so

                    8    that they -- and I don't deal with any kind of

                    9    enforcements on that, just helping in the

03:08PM    10    identification of who they are, and then that is

                   11    handled by proper authorities or exposed as we have

                   12    going on right now in the United States.

                   13            So on the 24th, I was told -- I was still

                   14    an attorney on March 24th, 2011 and was told that my

                   15    bar license -- so I got to see how an attorney would

                   16    be at risk as well.  And that by using my bar

                   17    license, somehow by using my bar license, because it

                   18    wasn't given in details, that I would be arrested

                   19    that day.

03:09PM    20            So it really made me kind of think what --

                   21    the systems that we have, how are they being used

                   22    against us when we're told that they're there to

                   23    protect us and help us.  What kind of solution can

                   24    we implement to make sure that everyone is safe and

                   25    that -- the systems they're serving.

1          So on that particular night, I figured out
2    how that bar license was going to be used, and I
3    actually cancelled my bar license on that particular
4    day.  And the same thing to the notification.  I
5    faxed it in so that it was ready because I had court
6    on the 25th, that next morning, and at -- that
7    particular case was going to show or be presented
8    and filed evidence of how -- by me going in and
9    doing it against the sheriffs or against the county
03:10PM 10   to show them how they would be at risk, their
11   insurance policies for the county and all of that, a
12   good friend of my father's was the actual risk
13   manager for Pierce County during this entire time,
14   and was to make sure that everything was documented
15   so they could see how it would be done and then
16   never use that particular instrument or amounts.

17          A lot of people would do liens.  That was
18   another thing, because you have people who were
19   trying -- people in the community, individuals who
03:10PM 20   were trying to find solutions to things they felt
21   were a problem in their own systems and being used
22   against them.

23          And so you had a lot of individuals trying
24   to lien judges, lien sheriffs, lien everybody, and
25   that puts everybody at risk.  But so does the

1  behavior that led to people going in and trying to

2  lien people, to lien the judicial and law

3  enforcement.

4          So, in this particular instance, that's

5  what happened.  And, yes, they did try, but it

6  didn't -- it was just me explaining to them, "This

7  is what was going on.  There is no harm here, no

8  foul."

9          Now, I had grown up with most of the law

03:11PM 10  enforcement that was there or was present or I had

11  worked with them when I was at the prosecutor's

12  office.  So they already knew my demeanor, my work

13  quality, my character.  So I didn't get arrested.

14          And, in fact, they stopped from coming to

15  the actual courtroom, which was putting them into

16  harm's way until we could figure out a way to defuse

17  all of this.

18          So these are the kinds of actions that I

19  take when I am especially in a situation that starts

03:11PM 20  to escalate to what we call imminent.

21          In the past, at least with other people

22  that work in the universal cleanup around the world,

23  human life -- I mean, I guess you could say I felt

24  that people felt bad about the fact that someone

25  would get lost.  And what I mean by that is either

1    killed or disappeared or whatnot.  I've never had

2    that instance happen to me before, and I definitely

3    didn't want to experience that.  And for me it was

4    very personal, because it could be someone I know;

5    it could be someone I loved, and I -- that was one

6    of the reasons why I wanted to be in Pierce County

7    when I did this particular investigation and refine

8    things and also prepped for this moment here today.

9         So that in those particular cases, I made

03:12PM  10    sure I was the defendant and up to a certain point I

11    was the attorney, the licensed bar attorney as well

12    on those cases.

13         So there were a lot of precautions.  I

14    worked with people that were in DOJ, FBI, CIA, the

15    federal judges and state judges and district judges

16    during that time period so that I could have the

17    information that was necessary in order to show the

18    risk, as well as in order to work with them to

19    create a solution.  Okay?

03:13PM  20         And the biggest solution throughout every

21    single investigation I've done is lack of awareness,

22    and that's because there was not transparency in

23    those situations to begin with; so how can awareness

24    be applied.  Okay?

25         At that particular point I -- on -- after

1   March 24th, 2011, I was assisted by one of -- well,

2   let's just say in the intelligence arena and banking

3   arena, there are ways that they are able to utilize

4   other people's e-mails, their phones, so it looks

5   like something is coming from someone maybe that you

6   know, for instance, but it's really from one of

7   them, and there is a certain language and certain

8   codes that you establish through your relationship

9   and your experiences with these intelligence

03:14PM 10   officers and bankers in order to know that the

11   message is from them.

12         And on the 28th of March, due to the risk

13   that was shown in that particular court appearance,

14   one of them who manages the Rothschild fam- -- or

15   the -- it's a family called the Rothschilds, and

16   they're in France.  They're in London.  They're kind

17   of all over.  And they have also in Chicago -- here

18   in Chicago in the United States have their

19   operations as well, and their -- their trustee was

03:14PM 20   the one that contacted me in order to show me how I

21   could just get a case thrown out.

22         Because in this particular test case, an

23   unexpected event happened where I was arrested after

24   I had been bumped by an officer; this officer who I

25   later found out had been paid off by the bankers to

1    move things along.

2         This particular trustee from the

3    Rothschilds had sent me over information of how to

4    certify -- like if someone gets charged with a

5    particular violation of a particular statute, all

6    you have to do is get the attorney generals to

7    certify that that is lawful -- constitutional --

8    excuse me.

9         When someone does that, 99 percent of the

03:15PM  10   time the cases get thrown out or dismissed.  In this

11   particular instance, I decided that it was a --

12   there was a reason why this unexpected event

13   happened where I was -- now had a criminal case

14   inside of all the test cases that was related to all

15   of the test cases for this house.

16        And I decided not to do that part, but I

17   did research it to make sure, you know, is that how

18   it goes, and what were the results.  How

19   many -- what are the stats on it; how many cases got

03:15PM  20   removed.  And I chose not to in order to help -- we

21   had expanded the investigations into judicial

22   corruption.  Not judicial corruption of individuals

23   within the judicial but the structure itself and how

24   certain legislation either from Congress or what we

25   call legislation from the bench, which would be

judicial rulings, how the structure was actually set
up to aid the banking industry, specifically the
Federal Reserve Bank, which is the central -- it's
known as the Central Bank of the United States of
America, how that was being used.

So I stayed on in that particular case
until they -- because, mind you, at the lower levels
there in the county, they didn't know what was going
on. This was all done at the higher levels but
using me to go in and kind of test things out very
quietly.

Only, it wasn't quiet. What I found was
people -- ordinary people, everyday lives were
literally looking for their own personal solutions
for their own personal problems, and a lot them had
mortgage issues or loan issues, credit card issues,
that kind of a thing, and would literally go into a
clerk's office, a court's clerk's office, and scan
what cases got filed that day. And they would look
for the facts and the patterns, and they would have
to go into the courthouse to do that unless they
paid for an online system, like PACER, and at a
state level, in Pierce County, they had LINX. So
they would have to pay for that.

So they would physically go in. So a lot

1    of them found me.  And that was the first time,

2    because, mind you, all that I had done had never

3    involved other people.  I didn't want to have

4    to -- have to deal with that, that element, as well

5    as a whole bunch of personalities.

6         Only that's what ended up happening.  They

7    ended up being such great investigators.  But a lot

8    them worked for the state.  They worked -- one of

9    them worked for the state capital.

03:18PM 10         So what ended up happening was:  I learned

11   the value of marrying, I guess you could say, the

12   abilities or learning how to recognize, identify and

13   apply the abilities, and as well as the positions of

14   everyone else, but in a transparent way where they

15   only had so much detail.

16         They didn't know the whole big picture or

17   even who I was or where I worked or who I had worked

18   for.  What they knew was -- is I was working on an

19   issue that was important to them, too.  So they

03:18PM 20   helped me figure out all the mechanics and the

21   pressures that were coming in.

22         At a certain point I was offered a job to

23   be a director of a bank in Spain in order to stop

24   everything that I was doing because people started

25   to really figure out the bigger picture, and that

job was over in Spain in Madrid for Bandenia, Banca
Bandenia Privada, and they wanted to run the U.S.
operations.

So at this point what was very upsetting
was a project that I had been working on. It was
the only one I retained from my bank training and
finance days was Zambia.

The U.S. Secretary of Treasury, Geithner,
Timothy Geithner at the time had basically stolen a
whole bunch of gold vines in order to find
essentially a unification and new programs within
the European union. And in February 2011, that's
what happened.

So the Zambia project closed, and I was
asked to expand this investigation of the banking
fraud that I had been doing up until 2011 to
actually go in and help find solutions even at the
mid levels to high levels of bank trade and finance,
which is what I've been doing from essentially 2011
to to date, and part of that was a public trust that
had been -- it's always existed, and the actual
corruption and premeditation that's gone into
setting up foreign agents within all governments on
this planet.

In America, it started before 1871, and you

1    can actually see where it was modeled off of the

2    Bank of England.

3            So I've had experience with a lot of the

4    allies, as well as the non-allies throughout my bank

5    trade and finance days, and a lot of what I do, it

6    always involves security protocols for myself as

7    well as anyone else involved.

8            But I try never to have anyone else

9    involved because then it becomes more of a risk as

03:21PM  10    far as losing control of whatever scenario I'm

11    working on or investigation and whatnot.  So that's

12    essentially the history of that.

13            On 2011, I began going in to help implement

14    that particular solution.  And if I am going to --

15            THE COURT:  Let's take an afternoon break

16    at this time.

17            MS. TUCCI-JARRAF:  Okay.

18            (Jurors excused.)

19            (The following report of proceedings was

03:22PM  20            had outside the presence and hearing of

21            the jury:)

22            THE COURT:  All right.  Before we break,

23    maybe, just, we'll -- the Court's observed,

24    Ms. Tucci-Jarraf, we've certainly heard a lot --

25    about almost an hour-and-a-half of what I would term

1    background testimony information, and, again, you're

2    representing yourself and I want to give you

3    specific leeway, but at some point during the course

4    of the trial, we do need to relate your testimony to

5    the personal knowledge as it relates to the

6    allegations of Count 7 of the Indictment against

7    you.  So --

8              MS. TUCCI-JARRAF:  That's where I was

9    beginning to go --

03:22PM  10              THE COURT:  Okay.

11              MS. TUCCI-JARRAF:  -- before the break.

12    Thank you.

13              THE COURT:  Let's stand in recess.

14              THE COURTROOM DEPUTY:  This honorable court

15    shall stand in recess until 3:40.

16              (A brief recess was taken.)

17              THE COURTROOM DEPUTY:  This honorable court

18    is again in session.

19              THE COURT:  Let's bring our jury in.

03:43PM  20              (Whereupon the following report of

21               proceedings was had within the presence

22               and hearing of the jury:)

23              THE COURT:  Thank you.  Everyone may be

24    seated.

25              Ms. Tucci-Jarraf, you may continue with

1    direct examination.

2              (Defendant Tucci-Jarraf's Exhibit 3 was

3               marked for identification.)

4              MS. TUCCI-JARRAF:  Okay.  At this point,

5    I'm going to ask Mr. Lloyd to assist me with the

6    exhibit.  It's a proposed exhibit that's not in

7    evidence yet.

8              MR. LLOYD:  Your Honor, I've explained to

9    Ms. Tucci-Jarraf that my wife finding me near

03:45PM 10    digital equipment, it would be found to be quite

11    humorous.

12              THE COURT:  Go ahead.

13              MS. DAVIDSON:  At this point, Your Honor, I

14    object to relevance.  She hasn't laid a proper

15    foundation to this document.  I'm not sure where

16    it's from, and I also object on the relevance

17    grounds.

18              MR. LLOYD:  Your Honor, maybe I should ask

19    a few questions.

03:46PM 20              THE COURT:  Go ahead.  With that objection

21    in mind, go ahead and ask a few questions.

22              MR. LLOYD:  Ms. Tucci-Jarraf, you have in

23    front of you a single-page document?

24              MS. TUCCI-JARRAF:  Yes, I do.

25              MR. LLOYD:  You do.  And is it entitled at

```
 1    or near the top Offices of the United States

 2    Attorneys?

 3                MS. TUCCI-JARRAF:  Yes.

 4                MR. LLOYD:  And do you recognize this

 5    document?

 6                MS. TUCCI-JARRAF:  Yes, I do.

 7                MR. LLOYD:  And I suppose with a relevance

 8    objection pending, Your Honor --

 9                THE COURT:  What is the relevance, either
```
03:46PM 10    Ms. Tucci-Jarraf or your standby counsel; what is
```
11    the relevance of this document?

12                MS. TUCCI-JARRAF:  It goes to -- this fact

13    is of consequence as to the UCC filings which were

14    the actual insight of the factualized trust that

15    they have already presented and entered into

16    evidence, and it is the basis for my intent as to

17    the specific events that happened on July -- July

18    2017 as to there was no intent to commit a crime.

19                THE COURT:  Maybe this might be appropriate
```
03:47PM 20    for a jury charge conference, but is this a document
```
21    that you've seen or utilized --

22                MS. TUCCI-JARRAF:  Uh-huh.

23                THE COURT:  -- at or around the time?

24                MS. TUCCI-JARRAF:  It is the very reason

25    why I actually did the UCC filings and was asked to
```

1    protect the property of not just the United States

2    but to find -- so it is relevant.  It goes to my

3    intent of not committing a crime.

4              THE COURT:  I understand the position.

5              MS. TUCCI-JARRAF:  Thank you.

6              MS. DAVIDSON:  Your Honor, I don't

7    recognize this.  I mean, I've never -- Office of the

8    United States --

9              THE COURT:  I don't see the top.  When you

03:48PM 10    mentioned the -- when she said -- I don't -- okay.

11             MS. DAVIDSON:  Offices of the United States

12    Attorneys?  I've never seen anything like that.  All

13    the U.S. Attorney's offices are individual, like

14    U.S. -- United States Attorneys of the Eastern

15    District of Tennessee.

16             THE COURT:  Where are you saying you got

17    this document from and when?

18             MS. TUCCI-JARRAF:  This is actually from

19    the Department of Justice website, and it's

03:48PM 20    directly -- the link is actually at the bottom.

21             THE COURT:  When did you get this document?

22    I mean, yesterday or --

23             MS. TUCCI-JARRAF:  Oh, I've always

24    had -- I've always had knowledge of this particular

25    form.

|     |     |
| --- | --- |
| 1   | THE COURT:  I didn't ask you if you had |
| 2   | knowledge.  I said, When did you get this document? |
| 3   | MS. TUCCI-JARRAF:  I printed it just |
| 4   | directly from their website for 1649, but it's |
| 5   | always been in their books, Protection of Government |
| 6   | Property and Goods. |
| 7   | THE COURT:  Go ahead. |
| 8   | MS. DAVIDSON:  When did she print this? |
| 9   | THE COURT:  I'll overrule the objection. |
| 03:48PM 10 | Just go ahead. |
| 11  | What's the next defendant's exhibit number? |
| 12  | MR. LLOYD:  I believe it's -- is it 4?  3. |
| 13  | MS. TUCCI-JARRAF:  If you'll -- |
| 14  | THE COURT:  This is being admitted as |
| 15  | Defendant's Exhibit 3.  So go ahead with your direct |
| 16  | examination. |
| 17  | (Defendant Tucci-Jarraf's Exhibit 3 was |
| 18  | received into evidence.) |
| 19  | THE COURT:  Do you want to talk about this |
| 03:49PM 20 | document now? |
| 21  | MS. TUCCI-JARRAF:  Just a brief -- |
| 22  | THE COURT:  Go ahead. |
| 23  | MS. TUCCI-JARRAF:  Thank you. |
| 24  | THE COURT:  It's on the screen being shown |
| 25  | to the jury. |

1          MS. TUCCI-JARRAF:  Okay.

2          THE COURT:  You might want to move it

3    around.  There you go.

4          Thank you, Ms. Davidson.

5          MS. TUCCI-JARRAF:  Thank you.

6          MR. LLOYD:  Move that it be published, Your

7    Honor.

8          THE COURT:  It is.  Thank you.

9          And, again, if you want to talk about it in

03:49PM 10    your direct examination, it needs to be fact-based,

11    not a summary of any argument.

12          Go ahead.

13          MS. TUCCI-JARRAF:  Okay.  So in -- in

14    relation to the testimony in this particular trial

15    regarding a factualized trust, there are certain

16    documents inside of that factualized trust which are

17    what we call the underwriting, and it was part of

18    the solution in the universal cleanup, and

19    specifically it started with the solution for

03:49PM 20    America and for the property of the United States of

21    America and the people in America.

22          Each country has their own, but this was

23    the specific one.  And each country has its own

24    registry that they utilize.

25          In America, it's a Uniform Commercial

Registry, and each state will have its own portal of

registry.

So, in Tennessee, for instance, Knoxville

has its -- or Tennessee will have its own particular

portal to be able to enter all property that's

registered as property of the United States.

And in this particular one, it's --

specifically the status of the property in transit

is determined by the contract and the application of

03:50PM 10  the Uniform Commercial Code.

So, essentially, in my experience and

training, I thought that the Constitution and the

statutes and the codes were the law of the land,

especially the Constitution was the law of the land,

when, in actuality, through my last 20 years of

work, it was actually the Uniform Commercial

Registry, and --

MS. DAVIDSON:  Objection, Your Honor.

Relevance.

03:51PM 20  MS. TUCCI-JARRAF:  I'm speaking of personal

knowledge.

THE COURT:  Let me hear the objection.

MS. TUCCI-JARRAF:  I apologize.

MS. DAVIDSON:  Relevance and it's

completely not true.

1          THE COURT:  Well, we'll leave that for

2     cross-examination.

3          Go ahead.

4          MS. TUCCI-JARRAF:  Thank you.

5          So every piece of property that is

6     registered in the United States is registered

7     through the Commercial -- the Uniform Commercial

8     Registry.  Okay?

9          So as part of the solution, there was a

03:51PM  10     perpetuity registration of property that had been

11     filed in the United States, and it was done through

12     the Washington, District of Columbia portal, which

13     is particularly -- Washington, D.C., you have the 50

14     states and the District of Columbia; Washington,

15     District of Columbia.  So it's not actually part of

16     the states, of the 50 states.

17          It has -- that is the main portal.

18     However, every state of the United States feeds into

19     that D.C. portal.  Okay?  It's what we would call in

03:52PM  20     banking an international portal.

21          And every country has their own

22     international portal and their states feed into that

23     international portal.  Okay?

24          And this registry, what it does is:  It's

25     basically where anyone internationally can go in and

check that particular registry if they're given

either the UCC number, registration number for that

particular filing of property, a registry, and you

can -- what is registered is claims of property with

the identifications of that property, whatever

content they want in there, the laws that will apply

to that property, conditions.

There is many -- once a piece of property

is filed, then there is amendments that they can

make as far as transfers, even, about that property,

what rules may apply to change jurisdictions and

whatnot.  So everything is within the Universal

Commercial Code within the United States for that.

Okay?

So there was one filed on May 4th, 2000,

which would have been the year that I actually

started in the cleanup in Taormina, Sicily.

And I had no awareness of this particular

perpetuity.  And this perpetuity basically covers

all the systems here in the United States and the

people themselves inside the UCC system.  Okay?

And this perpetuity is -- my understanding

is that the perpetuity, and after I had to do

significant research on it in order -- and

verification and validation of this particular

1    perpetuity is because I was asked to go in and get

2    this perpetuity back from a private individual that

3    was holding it, and actually trying to negotiate his

4    own -- for his own personal benefit basically all

5    the Americans and all the property that were inside

6    the United States.

7         This perpetuity back in 2000 had been

8    written and actually filed by a gentleman named

9    Charles C. Miller with the assistance of the U.S.

03:54PM 10  Treasury, Federal Reserve, and Chinese.  Okay?

11        Now, the Chinese are the other ones.  The

12   Chinese families overseas are the other ones that

13   have significant holdings in the United States, and

14   all of that is recorded because of what happened

15   with the perpetuity filing in 2000, which basically

16   secured all of the property in the United States

17   into the hands of one individual.  Basically other

18   departments and systems were created which still

19   feed into the UCC, but they keep all the records.

03:55PM 20  Okay?

21        In my review back in the -- in 2011, it was

22   near impossible for anyone -- in my experience, for

23   anyone to figure out how the UCC even worked at that

24   level without having someone inside who had told

25   them.

1           So, based on that research, review, also

2      the verification and validation of that particular

3      perpetuity filing, I made a decision to go ahead and

4      go in and get that particular filing, and that

5      filing was actually offered by this individual as a

6      gift to the people because he felt he was in the

7      middle of negotiations for some kind of property in

8      Hawaii and operations regarding the kingdom and --

9      of Hawaii and all of that.

03:55PM  10           And he was trying to negotiate a loan, and

11      that's why he brought the gift out in the first

12      place was because of my contacts with the actual

13      families and the intelligence agencies and different

14      governments was that he wanted me to assist him with

15      this negotiation and with also the notice.

16           He basically -- this tool was a public

17      trust tool that was -- it's created -- every single

18      government was created from a trust, and basically

19      it's the people coming together and saying, "We want

03:56PM  20      to have a better community."

21           That's how America was actually, you know,

22      really started was everyone was fleeing from not

23      just America but other places for more religious

24      freedom, economic freedom, to be able to live their

25      lives the way they felt they wanted to live, and

1  then you had governments start to form in the form

2  of local municipalities and whatnot which ended up

3  becoming to the day that we have where we have the

4  United States government.  Okay?

5          So this perpetuity, when I was asked in

6  December of 2000 and -- excuse me.

7          In December of 2011, because I was going to

8  Switzerland to meet with Christopher Ray and the

9  Swiss authorities regarding another operation that

03:57PM 10  was going on was to stop off at NM Rothschild's in

11  London, as well as Rothschild's in Zurich, and which

12  I did, and this gentleman, this individual that was

13  holding this, the property of the Uniform Commercial

14  Code and everything that was inside of it had -- was

15  going to -- his intent was to gift it to the people

16  but yet be part of the management of that property.

17  Instead, he actually gifted it.

18          And so, Mr. Lloyd, if you could -- this is

19  the particular perpetuity which was written and that

03:57PM 20  I had to secure back for the United States'

21  government and the people of America, and this was

22  done in December of 2012, and then actually gifted.

23          So this would be a proposed exhibit.

24          (Defendant Tucci-Jarraf's Exhibit 4 was

25           marked for identification.)

```
 1              MR. LLOYD:  This is proposed Exhibit --
 2    Defense Exhibit 4.
 3              And do you have it on your screen,
 4    Ms. Tucci-Jarraf?
 5              MS. TUCCI-JARRAF:  Part of it, yeah.
 6              MR. LLOYD:  I'm sorry?
 7              MS. TUCCI-JARRAF:  I also have it in front
 8    of me, but I can see it.
 9              MS. DAVIDSON:  Your Honor, none of these
10    documents say what she says they say, and we've had
11    many court hearings and rulings regarding these
12    alleged UCC filings, Your Honor, and this Court
13    ruled that they were inadmissible at that time, and
14    we continue to believe that they're inadmissible and
15    irrelevant.  They don't say --
16              THE COURT:  What is the relevancy of this
17    particular document?  Who is Charles Miller?
18              MS. TUCCI-JARRAF:  Charles Miller was part
19    of the universal cleanup, and he worked with U.S.
20    Marshals, as well as the U.S. Treasury and the
21    Federal Reserve.
22              THE COURT:  Has he been involved in this
23    case at all?
24              MS. TUCCI-JARRAF:  This is -- the filing
25    itself is consequential -- is of absolute
```

03:58PM 10

03:59PM 20

1    consequence in determining the actions that occurred

2    and whether the funds were actually Mr. Beane's or

3    not and whether I conspired to have something stolen

4    or to continue to protect it.  And this was my

5    beginning of the protection of all of those funds.

6              THE COURT:  Well, I've allowed testimony as

7    background in this particular area, but I believe

8    that this particular document does fall within the

9    ambient of the Court's pretrial ruling.

03:59PM 10            And, furthermore, for the reasons therein,

11    I don't believe it's relevant evidence under Rule

12    401.

13            And, furthermore, even if it somehow were,

14    which the Court has not heard that it is, it

15    would -- any probative value would be substantially

16    outweighed by confusing the issues under Rule 403.

17            So the Court will sustain an objection to

18    introduction of this document.

19            MR. LLOYD:  Your Honor, for the record,

04:00PM 20    Ms. Tucci-Jarraf has provided copies of this

21    document, both to counsel for the United States, as

22    well as to the co-defendant, and this document

23    consists of 12 pages.

24            THE COURT:  We'll mark it for

25    identification as Defendant's Exhibit 4, noting the

1   Court's ruling is sustaining the government's

2   objection to introduction of Defendant's Exhibit 4.

3           MR. LLOYD:  Thank you, Your Honor.  I'll

4   mark it accordingly.

5           THE COURT:  All right.  Go ahead,

6   Ms. Tucci-Jarraf, with your testimony.

7           MS. TUCCI-JARRAF:  Okay.  So this

8   particular document was in the factualized trust,

9   and these are listed -- David, could you pull up the

10  factualized trust, please?

11          MS. DAVIDSON:  What exhibit?

12          MS. TUCCI-JARRAF:  My notes are up there.

13  This is the -- the --

14          THE COURT:  Documents pertaining to the --

15          MS. TUCCI-JARRAF:  The actual factualized

16  trust.

17          THE COURT:  -- motor home sale?

18          MS. TUCCI-JARRAF:  Yeah.

19          THE COURT:  I'm just trying to figure out

20  what the number is.  I don't know if anyone recalls.

21          MS. DAVIDSON:  Is it 105?  Is that it?

22          MS. TUCCI-JARRAF:  No, that's the

23  Declaration of Valid Sale.  I think it was the one

24  behind that one.  This one (indicating).

25          THE COURT:  All right.  Go ahead with your

1    testimony.

2              MS. TUCCI-JARRAF:  Thank you.

3              And this is Exhibit -- David?

4              THE COURT:  105?  Government's 10- --

5              MS. DAVIDSON:  It's 105, page 3.

6              MS. TUCCI-JARRAF:  Thank you.

7              Okay.  So, Exhibit 105, page 3.

8              If you would please go to the next page,

9    David.  One more page, please.

04:02PM 10          Okay.  So in -- at the top in article 2,

11   you see the UCC record number, which is -- thank

12   you, David -- 2000043135.

13              That is the perpetuity number on the UCC

14   registration system regarding this perpetuity that

15   was secured.

16              And the original intent of actually even

17   filing this particular document was that it was

18   intended to be used for the financial benefit and

19   interest of only a few and not for the American

04:02PM 20   people.

21              So it was able to be obtained and properly

22   gifted and duly accepted for the benefit of every

23   person, not just in America and its systems, but

24   also for the people and their systems all over the

25   world.  And that was done on -- in December of 2012.

And underneath all of that in each of these
articles, this -- it lists the due gift in article
No. 4 where the perpetuity -- it actually has the
other record numbers for the gifting that was
actually done in order to protect you, your
property, your neighbor, your neighbor's property,
the law enforcement agencies, the systems, the
actual -- anything that is considered U.S., so that
the U.S., when it was being utilized as a piggy bank
for foreign actors could then be returned back to
the people. That was the whole purpose of obtaining
back the perpetuity and having it gifted properly.

Underneath those gifts as well are the bond
numbers of the -- of the three agents that were
involved in doing that, including myself.

And then, of course, there were a lot of
agencies and intelligence agencies and departments
from America especially, but later when it was
expanded to include protecting the property and the
people in each of the individual countries, it
expanded into what's called the factualized trust.

So that there is a uniformity amongst
commerce available where the only issue then would
be fraudulent actors inside, having to identify them
and clean them out so that the fraud itself and

1  application could be stopped.  This was solving a

2  structural issue of fraud.  Okay?

3          If you could please go down to 5 so I could

4  see the whole thing, please.

5          Thank you, David.

6          And it seems really dry, all of these

7  documents.  Even for me, it just felt that way

8  except for when you realize how it affects your

9  everyday life.  It all of a sudden becomes

04:05PM  10  important.  And that's what's happening in the

11  cleanup right now and starting in October;

12  specifically after October 18th of 2017.

13          So, in this, No. 5 was the declaration of

14  commercial claim.  This is where basically to give

15  notice to foreign agents that had been imbedded into

16  the United States' government branches, its

17  departments, its agencies.

18          There was a commercial claim that was done,

19  and essentially you have the Federal Reserve Bank

04:06PM  20  who holds all this commandeered value of the

21  American people.  But not just the American people,

22  it also holds commandeered value from people in

23  other countries which are used in order for those

24  countries to have their currencies.

25          So, for instance, a euro.  In order to

1   actually have a euro, they would have to have a

2   Federal Reserve dollar inside of their bank in order

3   for a euro.  And that's where your currency

4   fluctuations are different.  It's based solely on a

5   private banking system that benefits a few.  Okay?

6          So this commercial claim went in, and the

7   Federal Reserve Bank is -- along with the Bank for

8   International Settlements and all of the

9   international equivalence are basically your

04:06PM 10  facilitators of all the value that goes back and

11  forth of the property that's held in -- in custody.

12  Okay?

13         So Federal Reserve Bank is actually the one

14  that's holding in custody all of this property, this

15  value -- excuse me -- and the collateral is actually

16  held -- so all the collateral is recorded and

17  registered and it goes through the U.S. Treasury.

18         Then the U.S. Treasury submits its -- or

19  creates its U.S. securities, and then the Federal

04:07PM 20  Reserve basically goes out and sells it or they can

21  sell it directly.  The U.S. Treasury can sell it

22  directly.

23         So there has been a lot of strategic

24  placing of who is particularly the U.S. Secretary of

25  Treasury, as well as the who is -- works inside of

1    the treasury.  Okay?

2           So, for instance, the one that I'm familiar

3    with the most was Timothy Geithner who was Federal

4    Reserve Bank and then later afterwards was your U.S.

5    Secretary of Treasurer -- of Treasury.

6           Let's see here.

7           And those particular UCC records, I was the

8    one who did the security of the actual individuals,

9    because before it was done through birth

04:08PM 10   certificates and whatnot.

11          So in this particular instance, there were

12   two filings that were done; one for the individual

13   being and then two was the actual treasurers or

14   banks that are in the Federal Reserve system as

15   members share -- how did he say it?  They're owners

16   by holding shares.  Okay?

17          All of these banks, in order to clean them

18   up, had to first be put into a position where they

19   weren't able to commandeer the property of America

04:08PM 20   and the American people.

21          So that's those particular filings which

22   have a UCC record number 2012079290.  That was the

23   one that secured you as an individual, you as a

24   being.  Okay?

25          And in this particular one, which would be

1    2012079322, was to secure your property that may be

2    held -- okay? -- in other banks, no matter where

3    they were on the planet.  Okay?

4         You are considered the original

5    depositories, and then the secondary depositories

6    would be Federal Reserve Bank.  And then you have

7    your -- all the other depositories that fall under

8    that would be in their membership.

9         So every single depository on the planet

04:09PM  10    was secured -- or excuse me -- your property was

11    secured in any depository that's on the planet.  So

12    that way they would be able -- they wouldn't be able

13    to use it for their own purposes without telling you

14    or without seeking proper approval.  Okay?

15         And throughout, since the time of this

16    being filed, they have tried to utilize all of that

17    property to utilize any kind of fraudulent funding

18    that they could create, but they weren't able to

19    move it around.

04:09PM  20         And, in fact, an executive order was just

21    issued on December 20th, 2017 by the president for

22    particular human rights abuses, which this is what

23    it falls under.

24         If we go down to No. 6, please.

25         Okay.  So, in No. 6 -- and this is the

factualized trust document that was presented on

July 11th, which we all heard testimony about.

So going through and knowing what each of

these are is very important to understand what my

intent was in this particular -- or the intent of

everyone, even, including the Whitney Bank.

Let's see here.

Okay. So super custodian. You have a lot

of property titles. I told you that we had done the

04:10PM mortgage investigations; correct? Because another

part of all of this United Nations, which is

basically just like a big organization, like a

members- -- a members-only organization. Okay?

However, it's not just governments that belong to

it. You also have members that are General

Electric. So multinational corporations which are

also members of the United Nations. Not many people

know that.

The Vatican was another one. I had

04:11PM mentioned one of my professors who was the UN

Vatican -- or the Vatican's UN representative.

This particular one here, they had tons of

mortgage titles that were stolen and fraudulently

transferred through the Federal Reserve systems, as

well as all of the international equivalents.

In this particular instance what was done
was that the perpetuity was amended again to include
protection of every single property until we could
clean it all up and figure out titles and a proper
way to do it.

And there was just no way inside the
databases of the banks at that time in order to
clean it up because there was collusion between the
title companies, the banks themselves, as well as
politicians, and, of course, judicial.

There was a lot of rubber stamping. Mainly
Florida got hammered for that for rubber stamping
foreclosures. That was the big foreclosure scandal,
which is what in 2011, I was working on was the
cleaning up the foreclosure scandal or exposing it
and then cleaning it up. Okay?

So that No. 6 actually secured under that
perpetuity the property of the United States,
meaning all of the properties that -- I mean, where
you're sitting; what building you're sitting on;
what land you're sitting on; what home you have and
what land your home sits on. All of it. Okay?

Also included in that filing, which was UCC
No. 2012094308, would also be any kind of titles
whatsoever. So, like, cars, which had to do

 1   with -- you have state conversions.  Okay?  You even

 2   have state conversions of homes.  It's just harder

 3   to steal a home because you can't physically take

 4   it.  You steal it via monetary instruments.

 5          So, with a car, it's easier to have a

 6   theft.  But in this particular instance, the theft

 7   is very elegant.  It's very quiet.  It involves what

 8   we call birth -- or what's been referred to as a

 9   birth certificate of the vehicle.

04:13PM  10          So when it's born, a birth certificate is

 11   submitted and then -- or is created, and then when

 12   someone purchases a vehicle, not many people buy a

 13   car and pay cash all on one front.  Usually it's

 14   mortgaged out.  Okay?

 15          When you do pay cash for that car, then

 16   you're able to get that birth certificate.  And what

 17   ends up happening is:  There were a lot of groups,

 18   because during the investigations I had to look at a

 19   lot of schemes that people were doing, and even

04:13PM  20   charging money to figure out that -- these groups

 21   were charging money to teach people how to figure it

 22   out.  Okay?  Which can be a real risk to the public

 23   when they don't know all the facts and they don't

 24   understand how important it is to the banking

 25   industry and to the families behind it that own it

1   that the people don't know about this stuff.

2          You know, because, really, the American

3   government is supposed to be serving the people, and

4   there are so many people at the highest levels and

5   the middle levels and the lower levels.  Let's just

6   say levels that do want to serve and -- and have

7   done everything they can to serve to the best of

8   their abilities in very toxic environments.  Okay?

9          So this particular one here was regarding

04:14PM 10   anything including vehicle titles.

11          So at that point, Mr. Beane and I did have

12   knowledge about that.  I didn't exactly go over all

13   of it with him because I had a whole 'nother matter

14   that I was -- and another imminent threat that I was

15   actually -- or escalating to imminent threat that I

16   was actually monitoring and having to handle in

17   Washington, D.C. and I'm part of it.  That's why I

18   was in Texas was handling part of the foreign actors

19   and their agents that were doing that threat.

04:15PM 20          So when I heard about the particular

21   problem with USAA Bank and found out they were

22   headquartered in San Antonio, as long as the threat

23   in D.C. did not become imminent, I had the ability

24   to go to USAA's headquarters and walk through all

25   this stuff, because USAA -- the top bankers, they

1    know about the UCC.  They know about these filings

2    in particular because everyone was notified back in

3    2012.

4           And that included Department of Justice,

5    especially the public integrity, as well as every

6    Federal Reserve Bank president of the 12 branches,

7    as well as the Federal Reserve Bank governor, as

8    well as U.S. Secretary of Treasury, Secretary of

9    State, which was Clinton at the time, as well as

04:16PM 10   Secretary of Commerce, which was Gary Locke, who was

11   our former -- in Seattle, Washington, he was our

12   former mayor.

13          So the MSO -- that's how I became aware of

14   the MSOs and all the car titles and whatnot and that

15   when they're mortgaged out, the banks just send the

16   titles over to IMF.  Because IMF is basically

17   everything from the United States, when it's

18   fraudulently commandeered, and then played around

19   with between all the banks in the banking systems.

04:16PM 20          Everything for law enforcement, the

21   judicial branch.  Every branch -- every branch,

22   department and agency, everything gets recorded and

23   basically goes from our U.S. Secretary of Treasurer

24   through the Federal Reserve Bank and then over to

25   IMF.

1          You have payments for -- for salaries, for

2    instance.  I was a prosecutor as well as a public

3    defender.  My check would come from the county

4    auditor.  But when you track it all back, it all

5    comes from IMF, for instance, that manages all the

6    accounts.  So you have a master account sitting at

7    Federal Reserve.  Okay?

8          So we heard testimony regarding

9    commandeered value not being held -- of the American

04:17PM 10   people not being held in the Federal Reserve.

11         From my experience, my work with the

12   Federal Reserve, as well as U.S. Treasury, and, mind

13   you, with the Federal Reserve, my work has never

14   been direct because of the work that I was doing and

15   the cleanup.  I've never been inside of the Federal

16   Reserve Bank.  I've been inside of BIS, yes, Bank

17   for International Settlements, which the Federal

18   Reserve Bank here is a member of.  And they actually

19   have two people sit on the board.  Okay?

04:17PM 20         Could I have 7, please?  Thank you.

21         So, in Article 7, you know, we're talking

22   about the depositories.  Basically what happens is

23   that the people, the individuals, even though it's

24   been registered -- you've been registered, when you

25   go to get a loan, for instance, you're the original

depository.  You're the only one that can issue

value.  This is a banking term for original -- it's

also in the IRS.  They have a form.  It's called the

1099-OID, which is 1099 original issue discount.

So when you do a loan, whoever is the bank,

they actually have to fill out a 1099-OID form.  Who

was the original issue and who is the discounter?

So when you want to go get a loan, you fill

out all the promissory note.  You fill out the

securitization -- or the -- excuse me -- the

security agreement for a mortgage, for instance.

Okay?  And you agree to pay back in lawful money of

the United States, which money and funding are not

one and the same.  Your money that you have in your

pocket is not really money.  It's -- they're debt

instruments.  Okay?

Money in America by the Constitution is

gold and silver.  That's it.

Okay.  So what happens here is these -- in

No. 7, you see the actual UCC filings which secured

everyone as an original depository, as well as

anything that you create or that you work for that

you exchange, you are an original depository.

It's already been recognized in banking,

but that part's been hidden.  Most people don't know

about 1099-OIDs, the original issue discount.  So
when you send all that paperwork, that paperwork,
basically they get a verification from the bankers
that are involved.  Okay?  And the title company.
And then the Federal Reserve would send money for
that amount.

After the 1099-OID is filled out, they
would actually send money to -- for instance, if I
filled it out and I'm doing the loan, it would be
Federal Reserve sends it -- that amount of money --
or excuse me -- that amount of debt instrument over
to the bank that's in the deal and -- but it's in an
account name, Heather Ann Tucci-Jarraf.

And there is a paper trail.  There is a
significant paper trail of everything I am speaking
about.  IRS has to have their paper trail.  Federal
Reserve has to have their paper trail.  The bank,
Federal Reserve Bank sending to, let's say, bank
A -- okay? -- with the money -- with the debt
instrument that I've now asked for for that loan,
which I think the bank is actually loaning me.
Well, it doesn't.  It goes into an account, and that
says Heather Ann Tucci-Jarraf.  I'm the only signer
on it.

Except for in the loan agreements and the

promissory notes, I usually -- typically because

it's Fannie Mae and Freddie Mac, there are uniform

forms they use in mortgages, car purchases; anything

that's purchased there are forms that they have to

use.  Okay?

In those particular forms will be the

language where -- because they're boring forms --

will be the language where I've unknowingly

appointed the bank as my agent.

So then the agent then goes in and moves

the money from Heather Ann Tucci-Jarraf, an account

I don't know exists at their bank to receive that

money, and then moves it to a numbered account or

some kind of other account, and that then becomes

the -- where they say they're loaning me money from.

That whole process that I've just discussed

from the loan account behind the loan account all

the way to the Federal Reserve to my hand, my

signature, those are the kinds of monetary

instruments that I worked with at the highest levels

of bank trade and finance.

In order to figure out how to protect all

of that, this is the factualized trust.  It was work

of many, not just me.  I had put in 20 years, but

there were people that had put in 60 years, such as

those ones that I discussed with the savings loan
scandal. This is something that they were -- they
worked on, too, to help secure everyone.

So that was -- UCC record for the original
depositories, that is 2012113593. That was the UCC
record for that. It was an amendment made to the
perpetuity.

I guess what is important for everyone to
understand is: What does perpetuity mean?
Typically a UCC filing has an expiration date. But
because we had some great guys from the U.S.
Treasury and Federal Reserve, of course they
intended to use it for their own interest, but what
was great about it is they helped in the solution.
They made it a perpetuity, which means it never
terminates. It never expires. It's forever more.

That's what was so significant about that
document and why I spent so much time to go and get
it and get it gifted properly.

So on this particular No. 8, we had a lot
of -- in America, America is one of the largest
debtors to China. China holds -- they're our
biggest creditor. Okay? They hold a lot. And they
stand to lose a lot in this cleanup. And yet at the
same time, if they run things clean and not with

fraud, they stand to be as great as everyone else.
Okay?  There is no better than, less than, and it
truly is a transparent system that can serve its
people as well, you know, working together then,
possibly, instead of war.  Okay?

So in this particular one, I got asked by
basically your Italian version -- your Italian
version of Jeff Sessions in 2000 -- the end of 2013
because Italy and all the other countries weren't
able -- once you -- once every individual on this
planet was secured, they couldn't print any money.
Not the Federal Reserve.  Nothing was working.  They
could not generate money for operations.

And so they asked for, you know, a
solution; what could we do.  And it was due to the
fact that a declaration of facts had been entered.
Essentially a foreclosure had occurred on the
fraudulent system only.  Okay?

The fraudulent system is what the banking
systems had done and taken over.  So, in America, it
was 1871 when there was a reincorporation, the
Constitution, and the way that they did it, because,
you know, back then, people were still very fresh
from the whole British thing.  Okay?  So they
wouldn't allow too much.  So it was actually the

clause of the Constitution where Congress was

granted unfettered power to regulate commerce.

So through Congress is where the subversion

and the takeover was allowed to happen, but it

happened very slowly because people were still raw,

and there were two factors that the Federal Reserve,

those behind the Federal Reserve had to do was dumb

down the judicial and dumb down the people. Excuse

me. Compromise the judicial and dumb down the

public because the Federal Reserve that we know

today is not the first try that -- it's not the

first existing. It's not the only one. There were

two prior forms, and each one was terminated.

In fact, right here by one of your own from

Tennessee, Andrew Jackson. Okay? They terminated

the first two versions of the Federal Reserve for

collusion, extortion, theft.

There is a book, *If You Want to Rob a Bank,*
*Own One,* which probably doesn't say much about my

family since they do.

But if you go to No. 8, Declaration of

Facts, you'll see the record numbers, which at the

time -- at the time the UCC allowed me to do a whole

bunch of -- or, like, a filing that was really long.

Well, there was concerted effort, and, mind

you, I'm talking to intelligence agencies all the
way through, similar to the day of in July of 2017.
I was talking to intelligence agents and law
enforcement that -- relationships that I've had for
many, many years in order to keep it from someone
being hurt.  Okay?  Anyone being hurt.

We'll get into that.  But this declaration
of facts, a lot of foreign actors who were actually
benefitting from the way things have been tried to
stop this and actually have the UCC parameters
changed.  So we were playing a game all the way
through, and I had to break it down.

So unfortunately there is four UCC
documents -- or excuse me -- three UCC documents in
order to get one declaration of facts in, and this
declaration of facts shut down the fraudulent system
which was owned by a few, and using our own systems,
our own law enforcement, our only branches and
departments and agencies.

And there were so many good people inside
of those branches, departments and agencies that
have known about all this.  There have been times
when they have come out to try to say something, and
it was just a matter of it never worked.  Okay?
Until now.  That's all the changes that you

1   guys -- that everyone can see now visibly since

2   October.

3           And those particular agents and -- excuse

4   me.  Those particular branches and departments and

5   agencies, no matter what badness it looks like they

6   have done, there is really good people that are in

7   there, which is why there is a focus of just getting

8   the foreign agents out.  Okay?

9           There has also been a culture that has

04:28PM  10   existed and grown like a fungus where those inside

11   branches, departments and agencies aren't

12   accountable to the people.  And that's what's being

13   cleaned up as well.  Okay?

14          That's from these particular documents that

15   are listed in this factualized trust.  And we've

16   been working quietly since 2012 to do this and to

17   clean everything out and then announce to the

18   public.  It got hyper-accelerated due to that threat

19   that was becoming imminent in D.C. that we were

04:29PM  20   trying to deescalate and terminate the threat

21   itself.

22          Article D, please.

23          So it may be boring.  At least we're not

24   going through the UCC themselves, but they are

25   listed in here.  It's part of the underwriting.

They are very important, important documents, only

for now, because at some point when it comes down to

a much more peaceful environment globally, if not

locally, it's going to be about the beings again and

trusting each other and being transparent with each

other.

But until then, this is what was being

created. It wasn't ready in July. Things got

hyper-accelerated, again, because of that threat in

D.C.

So, D here, there is some language in

there, and it really is just legal jargon. Same

with the inside of these UCCs. It had to be legal

jargon because that is the jargon that was used in

order to commandeer all the value.

So the actual audience of these UCCs and

all of this were the lawyers and the bankers. We

were hoping to have everything cleaned up without

the people having to see all of these. But due to

this war or this cleanup that's been going on behind

the scenes not being visible, it would bleed out

every once in a while. Okay?

We were also testing on how -- how do

we -- how do we tell the American people that they

have been lied to all this time? How do you tell

1    all the people in every place on this planet,

2    "You've been lied to all this time."  How do you do

3    that?

4           And a lot of it was just testing the

5    awareness and how to raise the awareness without

6    shutting down the systems completely so that there

7    could still be service and working together.

8           So a lot of the test cases I did from 2011

9    onwards was really kind of going in to incorporate

04:31PM  10    with the people directly so that we could better

11    understand, as well as the people could better

12    understand, hey, a lot of bad things have happened.

13           Everyone's intent is to change it now

14    together.  That was kind of the point.  But there

15    was a lot of fear.  A lot of fear of pitchforks and

16    hanging ropes, and unfortunately on July 2017 -- in

17    July of 2017, that inner war, that war that's been

18    in the shadows bled out and we've gotten some more

19    facts on this.

04:31PM  20           My particular whole purpose was to protect

21    not just Randall Keith Beane, but every single

22    person in America that -- because only America was

23    at risk with that information, that process that was

24    in that video.

25           And I'll get more into that, but I wanted

1    to import the significance of this factualized

2    trust, the actual underwriting of this factualized

3    trust, the UCCs that are in there.  There is a

4    significance.  Every one at the top levels of

5    banking knows what that is.  Government as well.

6         There has been a transparent cleanup that's

7    going on, and personally in -- my part of the

8    cleanup has been to maintain the communication and

9    the transparency at all levels, even though most

04:32PM  10    people on this planet, to go and talk to them about

11    this stuff, there would be no point of reference

12    except for Hollywood and whatnot.

13         So that's why it was so important to have

14    some of the cleanup come out and be visible prior to

15    the moments of this case.  And the setup of what

16    this case truly was about was so that those would

17    come out.  Okay?

18         So I'm not going to go through the rest of

19    them, but these particular documents that you have

04:33PM  20    gotten, this is -- this is -- the significant part

21    is that this factualized trust, everything is

22    energetic.  We moved everything from biometric

23    securities to energetic securities during the

24    cleanup in 2012.

25         Actually, March 18th of 2013 is when it was

1    all completely finished.  So everything is by

2    energetic signature or moving into that.

3            And, in fact, you had Bank of America.

4    Many of the banks are going in and doing patents on,

5    for instance, like an iPad where you can put your

6    handprint on it and push out the confirmation for

7    the amount just through your magnetic field.

8            So all of these patents are actually inside

9    of the -- registered in the patent offices.  You'll

04:33PM  10   have American Express.  You have Bank of America,

11   Citibank.  You have all these different technologies

12   that they're trying to bring out in order to use the

13   magnetic fields, the energetic fields of the actual

14   individuals, because there is a lot of information

15   that's been hidden that's coming out and has been

16   coming out in bits and pieces, but it's all going to

17   be coming out.

18           So they have tried to get ahead of the line

19   because this technology that I just mentioned to you

04:34PM  20   about the readers, so no cards, no nothing.  It's

21   just by energetic signature now is -- according to

22   these patents, you know, to have this technology.

23           Those were filed, I believe, if I remember

24   correctly, in 2011.  And here we are in 2018.  This

25   is something that's been prepped for for a very long

time.  Okay?

        So that gives you some more information
regarding the declaration of factualized trust.  It
was a document, because I was called -- we were
actually in preparation for all of this, and it was
basically kind of like a scenario where you would
present it to all of the parties that are engaged.
And in this case, we're talking global.  Okay?
Because every place on this planet has a financial
system that's connected to the global financial
system.  So we're talking a security issue here as
well.

        So typically all the work that I've done in
the cleanup and my focus has been the financial
system and the legal system.  Those are -- that and
the -- what we call i-tech, i-technology, which is
any technology that uses any of the magnetic fields
or the energetic fields of the actual body.

        Those have been my specialities in making
sure that the fraud is stopped and that there is no
more bearing of the inventions and whatnot.

        So I've worked a lot with Darpa scientists
and had to -- because the Darpa scientists ended up
not getting -- the funding got cut in so many areas
because of everything that was happening here.

1          So they came to me because they

2    knew -- knew what I -- what fields I was in.  Okay?

3    And would look for additional funding.

4          So we even had a problem which involved

5    inventions through Darpa and Darpa scientists and

6    whatnot.  So it became even more of a national

7    security issue.

8          So between financial, the legal, and then

9    now you have the technology, you have real security

04:36PM 10    issues that might be there which led to this greater

11   threat that was escalating to imminent in

12   Washington, D.C., which is where I was headed from

13   Houston after dealing with part of the foreign

14   agents that were part of -- that were doing this

15   threat against the president, or in Texas, Houston,

16   Texas.

17         So when I got a call from Randy on the

18   1st -- okay? -- or excuse me.  Not on the 1st.

19   On -- and I'm just going to go by my notes.  It was

04:37PM 20   July 3rd.

21         Okay.  On July 3rd, I had gotten a call

22   from him saying that he was coming home.  That

23   was it.  But I didn't have the communication from

24   him.  I had just arrived -- or excuse me.  I had

25   just arrived, and so I didn't have a long

1  conversation with him in Houston, and I was just

2  settling in the house.

3      And so I talked with him, and he -- his

4  statement about what I had said was accurate.  I

5  did.  I said, "If it's" -- you know, "Do you want to

6  continue in old energies or do you want to create

7  something new?"

8      And as you guys have all heard, at least

9  some testimony, I'm very much about creating

04:37PM 10  something new.  I don't believe in judgment.  I

11  don't believe in retribution and all that.  I

12  believe in creating something new, but making sure

13  none of that happens again.

14      So on July 4th, I did receive a notice of

15  him of this video.  Okay?  And all this video was

16  was some guy, and it said Harvey Dent at the bottom.

17      Other than the contents of the video

18  itself, I didn't have any information as far as

19  metadata or who made it, who put it out, because

04:38PM 20  Harvey Dent wasn't the real name, and that was known

21  just by the contents of the video.

22      I could tell somebody in the banking level

23  or someone high up in the financial system or

24  familiar with the highest level of the financial

25  system would know those processes.

1    So somebody put together this video.  That

2  was -- after watching that video, I became concerned

3  with the fact that it's out in the public already.

4  There was nothing that could be done about it, and

5  people were clicking on it.  You could tell that

6  people were clicking.

7    So I made a call to my contacts in the

8  intelligence, and it's the same contacts I was

9  working with regarding the threat that was

04:39PM 10  escalating to imminent in July of 2017, which is why

11  I left my home in Boston to go on the road and start

12  deescalating that.

13    It appeared that it was -- at least one of

14  the foreign actors involved in that threat was

15  involved in making sure this information came out.

16  Possibly.  I don't know.

17    I do know Harvey Dent's real identity at

18  this point, for me, that's irrelevant, because, in

19  my experience, the person that would put out this

04:39PM 20  video is not the person that's behind it, and that's

21  my experience with Occupy Wall Street and other

22  investigations that I've done.

23    Typically someone is used that we call a

24  casualty.  In banking, it's cattle or human fodder.

25  Okay?  And they will put them out and they don't

1    care if they're burned.

2            So with this video and the process -- now,

3    I'm not familiar with the ACH system.  I am not

4    focused on the ACH system.  I'm more focused on the

5    policies and the applications at the top, or let's

6    just say the greater levels of which your ACH system

7    flows in.

8            So as far as the details and the

9    technicalities of ACH and how it works, I don't

04:40PM 10   know.  I only know from -- because I conducted a

11   side investigation just to see, What is this ACH?

12           All I know is that when someone is able to

13   go in and do $30 million -- over $30 million in

14   CDs -- right? -- using their Social Security number

15   and their name and a routing number from the

16   Fed's -- because the Fed's routing system, with all

17   the routing numbers for every bank, it's out on the

18   Internet.  It's always been out on the Internet.

19           The Feds have had their stuff, their

04:40PM 20   particular Federal Reserve routing numbers out for

21   anyone to get.  Okay?

22           What was concerning is:  I was familiar

23   with not a part of but familiar with incidents that

24   had happened before everything was digitized

25   regarding the Social Security numbers and the

treasury direct deposit accounts.  Okay?

And essentially what you had going on with
the ACH system starting in July of 2017 was the same
thing that had happened, you know, two decades
before, just in paper form.

At least in paper form, they were able to
manually catch it and not let it go through.  A few
got through.  Actually, more than a few got through,
which is why they had to train their employees
differently.  Okay?  To be able to look for those
particular things, the paperwork.  So they could
recognize the paperwork and then manually put it
aside and a supervisor would grab it, go through it.

And then FBI, typically in every instance
of fraud, it was FBI that was utilized.  However, I
have had instances where it wasn't.  It was CIA that
actually came in using FBI badges or other foreign
agents, such as MI6, MI5.  I've worked with MI6 and
MI5 on a lot of banking stuff because of the UK
sensor nodule in London City.

So, at this point, I didn't know who had
put this video out, who had authorized it.  All I
knew is that the information that was in there would
not be information that anyone who isn't in banking
or who isn't at the higher levels, there is no way

1    they would know it.

2         So at this particular point when

3    Randy -- and basically what I saw was on July 4th, I

4    woke up and I was supposed to do a -- I was supposed

5    to do just a real quiet day, no celebration, no

6    nothing, but just a quiet day, and I saw the message

7    regarding all payments have been paid off.

8         And I received the message immediately, and

9    it was July 4th that it was dated.  Now, as far as

04:43PM  10    July 3rd, I don't know, but I do know that Facebook,

11    especially Facebook and Google, those systems are

12    backdoored.  You can change the information.  I

13    believe that even an individual, like if I have a

14    Facebook account, I can change the date showing

15    that -- of anything that I posted, for instance.  I

16    don't know.

17         But as far as the actual systems, I have

18    worked with Sue Harper Todd.  Her husband --

19    ex-husband is Henry Todd who actually worked with

04:43PM  20    the VP of Google and all the other social media

21    programs.  And they were on Mount Everest in April

22    of 2015 when the big avalanche -- in fact, the VP of

23    Google privacy died in that particular operation.

24    And they were going through private e-mails of

25    myself, as well as this particular -- my associate

1    to read through those kinds of e-mails.

2              So is it possible that someone backed it

3    up?  I don't know.  I mean, at that level, I would

4    be questioning why they would spend so much time.

5    Why so much effort?

6              So my question for -- with Randy and then

7    to see the 30 million in CDs, plus the whole debt

8    thing that was paid off.  So I just sat and watched.

9              When I first got notice on July 4th, I sat

04:44PM  10  and watched what everyone on the universal teams

11   know that there might be a possible issue, and I

12   also -- the way that I work is:  We're able to -- I

13   mean, we communicate anyways, but I use Facebook, or

14   I've created two websites in the past during

15   investigations, as well as solutions, and I usually

16   will post there.  Nobody knows that they're there

17   until they do, or until I let them know.

18             And basically that's how we -- I post

19   things and then I get feedback on what I'm working

04:45PM  20  on.  But that's so that every single agency on the

21   planet here can actually see what it is I'm working

22   on, where my focus is, and it -- and that's all

23   tracked.  Okay?

24             So as far as July 4th, I put out a Facebook

25   post with the video and all on.  And all on was our

code for anything having to do with the universal cleanup. But it's specifically with the terminating the threat that was escalating to imminent against the president of the United States.

So I gave them the -- I posted that video so that everyone could see that, and at that point with the 30 million, I already knew that Randall was going to be a target, but possibly a whole bunch of others.

It's human fodder. And I worked on the Haiti -- on different -- on the Haiti scenario where the Clinton -- President Clinton at the time and his foundations, there was tons of money. All these wires went in before the tsunami.

I was involved in all of that particular data after the tsunami happened with cleanups and whatnot, and it was a big coverup. But it was a money theft laundering operation. There was similar things where certain groups and certain persons were put out.

You could call it culling, a culling data or a culling piece where you try to get people to come to you to join in in the effort so people will donate. They will -- they will put together organizations to -- for human effort to be able to

1    get more donations.

2           So mainly any time some kind of scheme is

3    there for money, I'm called in to be able to just

4    determine who is involved, where is the identity so

5    that we can figure out who put this out, what

6    purpose, etcetera, etcetera.

7           I already know what the Federal Reserve

8    does in scenarios like this, and basically they go

9    in -- if they aren't the ones that actually put it

04:47PM 10   out, you know, to put it out, they will go in and

11   immediately FBI is involved.  Okay?

12          In this particular instance, that was my

13   concern because there were $30 million in CDs.  And

14   since I didn't know the ACH system, I went in and

15   tested the ACH system to see what we could find and

16   how you actually bill pay, because I don't have -- I

17   don't have any debt.  Okay?  So I don't have bill

18   pay.  I don't have any of that stuff.  I do have a

19   bank account, and I can do online stuff, but that's

04:47PM 20   as far as I'm familiar with the actual apps.  Okay?

21          So the ACH -- ACH system, I had to go in,

22   and I did tests -- testing from July 5th all the way

23   through July 8th, and then that -- the threats in

24   D.C. became imminent; so I had to go there.

25          But as far as the 23rd of July, I did my

1    last one, but I did that one -- I opened a credit

2    card in order to be able to see how the credit

3    card -- because that's the only thing that I hadn't

4    tested was a credit card.

5          So I did open it, tested it, and I wasn't

6    able to finish up with JPMorgan Chase until after --

7    obviously I went on a 30-day tour as part of this

8    case, and that stuff -- a lot of data regarding ACH

9    came out in this trial.  You know, a lot of it.

04:48PM  10          So my experience with banking, with

11   particular bank systems themselves, each

12   bank -- I've worked with coders and programmers that

13   have done things for the banks themselves because

14   they will have their own programs.  They will have,

15   like, certain APIs where they connect up to the

16   Federal Reserve system.  So they have their -- kind

17   of their own in-house, but it has to meet certain

18   parameters to be able to communicate with the

19   Federal Reserve.

04:49PM  20          I'm not technical on any of that stuff.  So

21   I actually contacted those particular coders that I

22   know that have worked with the banks to explain to

23   me that API and how if the account doesn't exist on

24   the other end there would never be any movement

25   whatsoever of any funds.

1          I had to make certain determinations of

2     whether -- human fodder works on both sides; not

3     just the ones that are creating the problems but

4     also the universal cleanups, the teams.  It's been

5     the main issue for everything is how life is valued.

6     Okay?

7          So in this particular instance, I see this

8     video go out.  I already know how many people are

9     going to just jump on this because so much

04:49PM  10     discontent has occurred, not just in America but all

11     over the world.

12          It's visible.  If you open your eyes, you

13     can see it.  And that has also been the thing that I

14     have been discussing with the different branches,

15     agencies and departments and governments themselves

16     and the families and the banking is, listen to the

17     people.  Everyone is discontent.

18          I was concerned for another -- of course,

19     the details would be different, but the significance

04:50PM  20     and the impact and the intensity would be similar to

21     that which happened in Spain, you know, with the

22     protests and trying to leave the Spanish government.

23          These are things we're trying to work to a

24     solution where everyone comes together and there is

25     no more fraud; there is no more crime; there is no

1    more stealing and theft, and there is just peace.

2           So this went against anything and

3    everything.  I started to check who put the video

4    out, because if it was part of the universal cleanup

5    to hyper-accelerate for some reason this existing

6    threat that was escalating to imminent in D.C., I

7    wanted to know about it because this is something --

8    for me, I would never put people in danger.

9           And so I had to make a choice, and I made a

04:51PM 10   personal choice in July, and it was on July 7th to

11   go in and insert myself into a case.

12          We've been building and waiting for a

13   scenario with the Federal Reserve and to be able to

14   calmly and collectively do this final part of the

15   cleanup and make things visible with everyone.  That

16   includes a lot of the governments that are in -- on

17   this planet, but not all of them.  And the two big

18   ones which were involved with D.C. were Russia and

19   China.

04:51PM 20          So my question was:  Who was pushing this

21   out?  Who was pushing out this video?  And I know it

22   seems like, oh, it's just some accounts, ACH, but it

23   was actually a move that affected something much

24   bigger that's been going on.

25          And, of course, anything that's visible

1    now, from October to now wasn't visible back then.

2    So nobody would have thought twice.

3         Even today to think that this case was

4    connected to something much bigger seems

5    implausible, almost.

6         I'm telling you:  This is the moment where

7    it starts and it begins, and that was what's been

8    communicated through the different governments and

9    the banking families who we have been in contact the

04:52PM 10   entire time throughout this case.

11        I've even spoke about reports I had

12   received from Parker Still and Department of Justice

13   and where certain flaws, how I would handle it and

14   everything else, as far as, like, the FBI reports

15   that I had received.

16        So this has been a collective effort for

17   this particular case.  I already knew what the end

18   result would be, but I had to make a decision.

19   Basically what I was concerned about was the

04:53PM 20   immediate risk to the people because at that point

21   on July -- after July 4th and when -- especially

22   when Randall went public with certain things.

23        Now, he -- I monitored everything.  At no

24   time did he go into a process, at least where it was

25   written out.  But I did see things where "Call me"

1    or statements like that that were posted, but never

2    once did he post out the processes.

3            People were watching videos and then making

4    new videos, which was a concern, because the more --

5    each person has their network.  Okay.  Then you get

6    a friend.  You make a friend, and now you have their

7    network.  You know, and as you go through,

8    especially Facebook was a concern.  Twitter was a

9    concern.  YouTube was another concern.  And no

04:53PM  10   attention was being given to it, at least in my

11   contact, trying to determine where this came from.

12           At the same time, I knew that we had

13   to -- I had to make a personal decision regarding

14   whether if this comes to a case, do I put myself in.

15   That wasn't even in question.

16           We've been preparing for some kind of case

17   for -- me personally for over 20 years to be able to

18   put things into the public light.  So that wasn't an

19   issue.

04:54PM  20           My issue was personal security, because

21   depending on what level this was released at or by

22   who determined how much pressure was going to be put

23   on.

24           Federal Reserve is one thing.  Okay?  FBI,

25   that's another.  I have -- I have enough history

1    with those particular ones.  It was at the higher

2    levels, which ended up -- my concern was military.

3           As soon as I saw or heard -- I should say

4    heard that Randall was -- that they were attempting

5    to ship Randall off to Colorado, that confirmed a

6    suspicion that I had had some time during, I would

7    say, 7/10, 7/9, July 9th, July 10th, because, like I

8    said, the factualized trust document, even that

9    Declaration of Valid Sale wasn't -- didn't even

04:55PM  10   exist.  And I was truly trying to figure out who was

11   being used, who was responsible, and a lot of times

12   you just have to reverse engineer all the way back

13   to Federal Reserve or whoever else may be involved.

14          Hence, the communication, initial

15   communication with -- on the phone with Mr. Walker,

16   and I think it was -- I believe it was Mr. Walker.

17   Mr. Walker for the Ford F-150.

18          And I never once corrected Randall as far

19   as him saying I was his attorney, because nobody

04:55PM  20   can -- everything that I do is paper trailed, and I

21   have relationships within all the different

22   agencies, branches and departments, not just here in

23   the United States but everywhere else.  So it's not

24   that it would be a problem at all.  The question

25   was:  How far do we take this to ferret out the

foreign agents?  Okay?

        Get the foreign actors and their foreign
agents to make a trail all the way from the top down
to a bottom level in one sitting or one unexpected
event.

        Similar as to what happened to me during
the investigations with the mortgage.  There was an
unexpected event.  I was arrested, and -- by those
that I worked with and have been explaining things
to you for two weeks.  I wanted to create something
that would be similar if we needed it.  Okay?

        Unfortunately it was created for me through
July events.  I was looking to create something much
later and more prepared.

        But at the same time, because of the
potential human fodder that would occur from this
particular video and the possibility of humans were
becoming so discontent with everything, they were
looking for solutions anywhere, and there is a very
large perception, especially in America, but also
overseas, that, you know, there is commandeered
value.

        There are groups that have been around for
longer than I've been born promoting those kinds of
concepts and literature that's been written and

testimony, congressional testimony that's been given.

So it's not like all of a sudden this year or last year there were these -- like, for instance, you ended up having groups that were created.

Hoover -- J. Edgar Hoover was very great about creating programs or, like, a box; what we call a box. We call it a box. Throw them in the box so that our attorneys can handle it easier. Human management. Okay. Human management programs are key for -- in the banking world and in the finance world.

So in this particular box you'll have certain classifications. Okay? And that's what was wearing is because videos that were coming off of this Harvey Dent video that were being re-posted with certain language on top or on bottom or videos that were made about this video that had been made by Harvey Dent or had been put out by Harvey Dent were following some of those boxes, and we were trying to discover who -- who let this data out. Okay?

On July -- by July 8th, there was no doubt in my mind that Randall would definitely be arrested, but there was also a high possibility, a

1    high probability that Federal Reserve, if they had

2    the proper incentive, would show up in that

3    particular court case, if possible.

4         So when Randy introduced me -- there is

5    nothing else that they can touch me on as far as to

6    create the illusion for arrest or anything.  So give

7    them something.

8         The one thing, when he had stated attorney,

9    because many people don't know the difference

04:59PM  10   between lawyer and attorney, or the application.

11   All I know is what I've received from a member of

12   DOJ and a ghostwriter for SCOTUS.  Anyways, that

13   came in that day.

14        I didn't correct him.  I let him say that.

15   I even said it on a video.  There was a video that

16   you watched.  I believe it's Exhibit 94.  Is that

17   correct?

18        Exhibit 94.  I made the visual.  I hate

19   photos.  I hate video.  I don't do it.  That

04:59PM  20   particular day, I did, and the only recording that I

21   made was of me talking on my end.

22        I don't record people, period.  I don't --

23   I make them -- I call them supplemental recordings,

24   because, actually, everything is recorded whether

25   you think it is or not.  I don't care if you put

1    your phones or you walk into a ferreted cage.  It is

2    all recorded.  If there is a human body in there, it

3    is known.  Okay?

4         So I made a supplemental video but only of

5    me speaking on that end.  That was the only thing.

6    But it was -- so it took a little bit more prodding.

7    And I did have assistance and did myself in order to

8    prod.

9         On July 11th -- or excuse me -- on

05:00PM 10   July 10th when I did the phone call with Mr. Byrne

11   and Mr. Forbes and then later on we had

12   Ms. Palmisano come in, as well as Mr. Cohen, who was

13   the owner of Buddy Gregg, it was obvious that there

14   were so many that were going to be affected just by

15   this one incident with Randall Keith Beane and this

16   Harvey Dent video.

17        Well, by July 7th, I had already received

18   over 300,000 -- over 300,000 people had sent me data

19   of them trying the process as well.

05:01PM 20        I asked everyone to keep screen shots and

21   to make sure everything was recorded on our teams

22   that were testing everything.  But these

23   individuals, these 300 thought -- I didn't respond

24   to any of them, but I had them.

25        So on July 7th, going into July 7th,

certain universal teams were used to be able to go
in and put the word out because there was a concern
for human fodder and to eliminate that risk.

So there was a radio show, and I explained
to everyone, "If you are doing it, you know, at this
point you don't do anything that you don't feel
comfortable -- or that you don't know about.  If you
are doing it, keep screen shots of everything so
that everything can be handed over to the
authorities."

Because at that point, I had not tested --
except for maybe two tests, and the -- I didn't keep
all the screen shots.  I wish I had, because on
July 5th, I believe it was -- I tested it twice.
One was a CD application to see how that worked, and
it didn't work.  So I'm not sure how USAA -- I was
not sure at the time how Randall was able to do 30
of them.

Now, during this trial, I see how it was
done.  Because of the fact that it was cashed out
within two hours -- excuse me.  They didn't do the
hold.

As USAA -- I can't remember.  Alisha -- the
witness from USAA had stated that they were supposed
to have a 10-day hold on it.  Apparently so that

they can get the communication back from the Federal

Reserve or from the originating bank.  Because

that's what it's called.  When you have a

transaction that originates from somewhere, it's

called originating bank.  Okay?

So from that originating bank, they do this

10-day hold or up to a 10-day hold.  Obviously there

was no hold, because within less than -- less than a

day, he goes in and -- to get a line of credit and

he's told he can cash it.  So that became even more

of a concern for us because if it's one institution,

maybe it's possible in others.

And you're talking about an institution

that's been around as long as -- you know, almost as

long as the Federal Reserve.

So through this, I did a number of

different accounts to go in and try them out to see,

What did it look like?  Did each one have the same

system?  And, meanwhile, while I was doing that, the

intelligence guys and the tech guys were actually

tracking everything to see from -- let's just say

what we call behind the screens.  Okay?

So inside of the banking facilities

themselves, they have their own programs.  Me

sitting at a computer, I can't look at it.  I can't

 1    see what's going on on their end, but I can see

 2    what's going on in front of me.

 3         So we were able to track that part, to

 4    field that part, and then the guys, the other part

 5    of the universal teams that were working on the

 6    cleanup, were able to see the other parts.  I have

 7    not seen the other parts.

 8         Since I started with this particular

 9    instance, I ended up here and haven't been able to

05:05PM  10    follow through, other than to give the data of what

 11    I had been able to experience by my own tests, and

 12    then my sole focus was to keep Randall Keith Beane

 13    alive, not disappeared, and to also give incentive

 14    to have the Federal Reserve show up so that we could

 15    have a final closure on data that needed to come out

 16    that many have been waiting a lot longer than the

 17    20 years I have to have that data come out.

 18         I'm going to have some documents to enter

 19    into evidence.  Do you want me to do that now or do

05:05PM  20    you want to break?

 21         (Whereupon a portion of the proceedings

 22              was had but was not requested to be

 23              transcribed at this time.)

 24

 25

1          C-E-R-T-I-F-I-C-A-T-E

2     STATE OF TENNESSEE

3     COUNTY OF KNOX

4          I, Teresa S. Grandchamp, RPR, CRR, do hereby

5     certify that I reported in machine shorthand the

6     above excerpt of trial proceedings; that the

7     foregoing pages were transcribed under my personal

8     supervision and constitute a true and accurate

9     record of the proceedings.

10          I further certify that I am not an attorney

11     or counsel of any of the parties, nor an employee or

12     relative of any attorney or counsel connected with

13     the action, nor financially interested in the

14     action.

15          Transcript completed and signed on Tuesday,

16     January 30, 2018.

17

18

19     _____

       TERESA S. GRANDCHAMP, RPR, CRR

20     Official Court Reporter

21

22

23

24

25