

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case #: 3:17-CR-82          Date: January 30, 2018

United States of America    vs.    Randall Beane and Heather Tucci-Jarraf

**PROCEEDINGS: Jury Trial, Day 6.**

HONORABLE THOMAS A. VARLAN, CHIEF UNITED STATES DISTRICT JUDGE

| Julie Norwood | Rebekah Lockwood | Cynthia Davidson/Ann Marie Svolto |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Asst. U.S. Attorney** |

Francis Lloyd
**Elbow Counsel for pro se Defendant Tucci-Jarraf**

Stephen McGrath
**Elbow Counsel for pro se for pro se Defendant Beane**

- ■ Rule envoked
- ■ Witnesses sworn    ■ Exhibits admitted
- ■ Introduction of evidence for defendant    resumed and concluded
- ■ Rebuttal evidence offered
- ■ Motion for judgment of acquittal    denied
- ■ Case continued to January 31, 2018 at 9:00 for further trial

9:15 to 12:35
1:45 to 4:20