UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case #: 3:17-CR-82                          Date: January 31, 2018

United States of America    vs.    Randall Beane and Heather Tucci-Jarraf

**PROCEEDINGS: Jury Trial, Day 7.**

HONORABLE THOMAS A. VARLAN, CHIEF UNITED STATES DISTRICT JUDGE

| Julie Norwood | Rebekah Lockwood | Cynthia Davidson/Ann Marie Svolto |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Asst. U.S. Attorney** |

Francis Lloyd
**Elbow Counsel for pro se Defendant Tucci-Jarraf**

Stephen McGrath
**Elbow Counsel for pro se for pro se Defendant Beane**

- ■ Witnesses sworn     ■ Exhibits admitted
- ■ Rebuttal evidence offered
- ■ Argument of counsel     ■ Jury charged
- ■ Case continued to February 1, 2018 for further deliberation
- ■ Jury retired to deliberate at 3:12,

9:00 to 12:20
1:30 to 3:15
4:40 to 4:50