*ORIGINAL INSTRUMENT*

*DUE NOTICE*

NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

Reference:

"UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE



| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br><br>RANDALL KEITH BEANE, and<br>HEATHER ANN TUCCI-JARRAF<br>Defendants | ) ) ) ) ) ) ) ) ) | No. 3:17-CR-82<br>VARLAN/SHIRLEY, USDJ/USMJ,<br><br>3:17-cr-00082-TAV-CCS,<br>3:17-cr-00082-TAV-CCS-1,<br>3:17-cr-00082-TAV-CCS-2,<br>7:-MJ-531-DAR, and inclusive of all<br>records therein, thereto, and therefrom" |

## DECLARATION

**TO:** DEPUTY of **Thomas A. Varlan**, and **THOMAS A. VARLAN**, alleged UNITED STATES, specifically and particularly, DISTRICT JUDGE (CHIEF) for the EASTERN DISTRICT of TENNESSEE, **and to all alleged Principals thereof, and alleged Agents thereto**, hereafter "ALLEGED DISTRICT JUDGE", with reported address Howard H. Baker Jr. H.S. Courthouse, 800 Market Street, Knoxville, Suite 143, TN 37902, and phone (865) 545-4762.

**TO:** **James Douglas Overbey**, and **JAMES DOUGLAS OVERBEY**, replacement of NANCY STALLARD HARR, with reported address 800 Market Street, Suite 211, Knoxville, TN 37902, and phone (865) 545-4167, alleged UNITED STATES, specifically DEPARTMENT OF JUSTICE (Knox USAO), and particularly, alleged UNITED STATES ATTORNEY for the EASTERN DISTRICT of TENNESSEE, **and to all alleged Principals thereof, and alleged Agents thereto**, hereafter "ALLEGED UNITED STATES ATTORNEY", inclusive of:
  a. **Cynthia F. Davidson**, and **CYNTHIA F. DAVIDSON**, alleged ASSISTANT UNITED STATES ATTORNEY for the EASTERN DISTRICT of TENNESSEE; and,
  b. **Anne-Marie Svolto**, and **ANNE-MARIE SVOLTO**, alleged ASSISTANT UNITED STATES ATTORNEY for the EASTERN DISTRICT of TENNESSEE.

**TO:** **Randall Keith Beane**, and **RANDALL KEITH BEANE**, idem sonans, alleged Defendant.

With full due responsibility, accountability, and liability to declare true, accurate, and complete, I do duly declare the following, and that I am conscious and competent to make said declaration, now duly made, issued, and entered by DECLARATION into the record of the above referenced alleged action, restated, and for all to rely upon.

2-1-18

I DO BELIEVE THAT THE PACKET OF JURY POOL QUESTIONAIRRES, ORDERED TO BE RETURNED TO THE DEPUTY OF VARLAN THOMAS BY FEBRUARY 1, 2018, ARE IN THE POSSESSION OF FRANCIS LLOYD, SINCE JANUARY 12, 2018, for due cause:

1. I did receive a packet via US Post, on or about, January 8, 2018; and,
2. I did unseal the packet; and,
3. I did not remove the documents from the packet, but did see the title page that indicated the documents inside were jury pool questionnaires; and,
4. In my experience, and reconfirmed by Thomas A. Varlan, jury pool questionnaires contain sensitive information of each potential juror; and,
5. I did place the packet of documents with my other case papers on the date of receipt; and,
6. On January 12, 2018, there was a scheduled pretrial conference, at 2:00 pm, in the above referenced matter; and,
7. As of the date of this DECLARATION, I believe in good faith, and with full responsibility, liability, and accountability, that I gave them to Francis Lloyd, on January 12, 2018, at the Eastern District of Tennessee Courthouse, at or around, our 2:00 p.m. pretrial conference; and,
8. I have taken every possible diligent action to locate them at my current living location, inclusive of:
   a. Searching every room, piece of furniture, cabinet, closet, bag, and vehicle; and
   b. Searching thousands of papers from this case, in the event that the documents in question had been removed from their original packet; and,
   c. Notifying Francis Lloyd at 4:29 am, on February 1, 2018, via text message, that they were not on premise, and to please check to see if the package of jury pool questionnaires had in fact been given to him on July 12, 2018 at the pretrial conference; and,
9. It is a matter of record that until the morning of January 23, 2018, I believed 100% that this above referenced alleged action would not be going to trial, for due cause, doc. 98, 101, and 102, restated and incorporated here by reference, as if set forth in full; and,
10. I confirm, validate, and verify that I have never given the package of documents in question, to any other person, in any way, with the exception of Francis Lloyd.

This DECLARATION, now duly made, issued, noticed, verified and validated, for all to rely upon.

February 1, 2018.

*without prejudice*
[signature with thumbprint]
Original

**Certificate of Service**

I certify that on February 1, 2018, this original instrument, DECLARATION, was duly made, issued, scanned, and caused to be delivered by operation of the alleged Court's electronic filing system to all alleged parties indicated on the electronic filing receipt. Alleged parties purportedly may access this filing through the alleged Court's electronic filing system.

*without prejudice*
[signature with thumbprint]
Original