UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

Case #: 3:17-CR-82　　　　　　　　　　　　　　　　　Date: February 1, 2018

United States of America   vs.   Randall Beane and Heather Tucci-Jarraf

**PROCEEDINGS: Jury Trial, Day 8.**

HONORABLE THOMAS A. VARLAN, CHIEF UNITED STATES DISTRICT JUDGE

| Julie Norwood | Rebekah Lockwood | Cynthia Davidson/Ann Marie Svolto |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Asst. U.S. Attorney** |

Francis Lloyd
**Elbow Counsel for pro se Defendant Tucci-Jarraf**

Stephen McGrath
**Elbow Counsel for pro se for pro se Defendant Beane**

- Jury returned to deliberate at 9:00 a.m., Jury returned at 11:00 a.m.
- Jury verdict finding Randall Keith Beane guilty of Counts 1-7 and Heather Ann Tucci-Jarraf guilty of Count 7
- Jury polled
- Referred to USPO for presentence investigative report
- Argument heard regarding remand of Heather Ann Tucci Jarraf. Defendant Tucci Jarraf is ordered taken into custody.

Sentencing before the Honorable Thomas A. Varlan, Chief United States District Judge of Randall Keith Beane is set for June 12, 2018 @ 10:00 a.m.

Sentencing before the Honorable Thomas A. Varlan, Chief United States District Judge of Heather Ann Tucci-Jarraf is set for June 26, 2018 @ 10:00 a.m.

11:00 to 11:30