# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __TENNESSEE__

| UNITED STATES OF AMERICA | **WITNESS LIST** |
|---|---|
| V. | |
| Randall Beane & Heather Tucci-Jarraf | Case Number: 3:17-CR-82 |

| PRESIDING JUDGE<br>Chief Judge Thomas A. Varlan | PLAINTIFF'S ATTORNEY<br>C Davidson/A Svolto | DEFENDANT'S ATTORNEY<br>Pro se Beane, Pro se Tucci-Jarraf |
|---|---|---|
| TRIAL DATE (S)<br>January 23-26,29-31, 2018 | COURT REPORTER<br>Rebekah Lockwood/ Terri Grandchamp | COURTROOM DEPUTY<br>Julie Norwood |

| USA | DEF. | DATE OF TESTIMONY | WITNESSES |
|---|---|---|---|
| X | | 01/23/18 | Parker Still |
| X | | 1/23/18 | David Walker |
| X | | 1/23/18 | Monica Alcala |
| X | | 1/24/18 | Richard Davey |
| X | | 1/24/18 | Arthur Lee Hancock |
| X | | 1/24/18 | Jaron Patterson |
| X | | 1/24/18 | Jerald Byrne |
| X | | 1/25/18 | Lauren Palmisano |
| X | | 1/25/18 | Sean O'Mally |
| X | | 1/26/18 | Dwayne Griffith |
| X | | 1/26/18 | Terry Wilshire |
| X | | 1/26/18 | Zach Scrima |
| | X | 1/26/18 | Randall K Beane |
| | X | 1/29/18 | Heather Ann Tucci-Jarraf |
| R | | 1/30/18 | Monica Alcala |
| R | | 1/30/18 | Steven Dyer |
| R | | 1/31/18 | Rachel Hall |
| | R | 1/31/18 | Parker Still |