UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

FILED
2018 FEB -1  P 12: 38
U   DISTRICT COURT
    DIST. TENN.
BY          CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:17-CR-82-TAV-CCS |
| RANDALL KEITH BEANE and HEATHER ANN TUCCI-JARRAF, | ) |
| Defendants. | ) |

## SPECIAL VERDICT FORM

We, the members of the jury, find unanimously and from all the evidence as follows:

(1) As to **Count One** of the indictment, charging a violation of 18 U.S.C. § 1343, that is, wire fraud, occurring on or about July 6, 2017, we find:

The defendant, RANDALL KEITH BEANE,

_____ NOT GUILTY

\_\_✓\_\_ GUILTY

If you answered **not guilty** in response to Question (1), skip Question (2) and proceed to Question (3).

If you answered **guilty** in response to Question (1), proceed to Question (2).

(2) With respect to **Count One** of the indictment, we find that the conduct constituting this offense:

_____ DID NOT affect a financial institution

\_\_✓\_\_ DID affect a financial institution

1

(3)  As to **Count Two** of the indictment, charging a violation of 18 U.S.C. § 1343, that is, wire fraud, occurring on or about July 6, 2017, we find:

The defendant, RANDALL KEITH BEANE,

_____ NOT GUILTY

___✓___ GUILTY

If you answered **not guilty** in response to Question (3), skip Question (4) and proceed to Question (5).

If you answered **guilty** in response to Question (3), proceed to Question (4).

(4)  With respect to **Count Two** of the indictment, we find that the conduct constituting this offense:

_____ DID NOT affect a financial institution

___✓___ DID affect a financial institution

(5)  As to **Count Three** of the indictment, charging a violation of 18 U.S.C. § 1343, that is, wire fraud, occurring on or about July 6, 2017, we find:

The defendant, RANDALL KEITH BEANE,

_____ NOT GUILTY

___✓___ GUILTY

If you answered **not guilty** in response to Question (5), skip Question (6) and proceed to Question (7).

If you answered **guilty** in response to Question (5), proceed to Question (6).

2

(6) With respect to **Count Three** of the indictment, we find that the conduct constituting this offense:

_____ DID NOT affect a financial institution

\_\_✓\_\_ DID affect a financial institution

(7) As to **Count Four** of the indictment, charging a violation of 18 U.S.C. § 1343, that is, wire fraud, occurring on or about July 6, 2017, we find:

The defendant, RANDALL KEITH BEANE,

_____ NOT GUILTY

\_\_✓\_\_ GUILTY

If you answered **not guilty** in response to Question (7), skip Question (8) and proceed to Question (9).

If you answered **guilty** in response to Question (7), proceed to Question (8).

(8) With respect to **Count Four** of the indictment, we find that the conduct constituting this offense:

_____ DID NOT affect a financial institution

\_\_✓\_\_ DID affect a financial institution

(9) As to **Count Five** of the indictment, charging a violation of 18 U.S.C. § 1343, that is, wire fraud, occurring on or about July 7, 2017, we find:

The defendant, RANDALL KEITH BEANE,

_____ NOT GUILTY

\_\_✓\_\_ GUILTY

3

If you answered **not guilty** in response to Question (9), skip Question (10) and proceed to Question (11).

If you answered **guilty** in response to Question (9), proceed to Question (10).

(10) With respect to **Count Five** of the indictment, we find that the conduct constituting this offense:

    _____ DID NOT affect a financial institution

    __✓__ DID affect a financial institution

(11) As to **Count Six** of the indictment, charging a violation of 18 U.S.C. § 1344, that is, bank fraud, from on or about July 5, 2017, continuing through at least on or about July 11, 2017, we find:

The defendant, RANDALL KEITH BEANE,

    _____ NOT GUILTY

    __✓__ GUILTY

(12) As to **Count Seven** of the indictment, charging a violation of 18 U.S.C. § 1956(h), that is, conspiracy to commit money laundering, we find:

The defendant, RANDALL KEITH BEANE,

    _____ NOT GUILTY

    __✓__ GUILTY

[*The remainder of this page is intentionally left blank. Proceed to Page 5.*]

(13) As to **Count Seven** of the indictment, charging a violation of 18 U.S.C. § 1956(h), that is, conspiracy to commit money laundering, we find:

The defendant, HEATHER ANN TUCCI-JARRAF,

_____ NOT GUILTY

___✓___ GUILTY

[*The Foreperson must sign and date the special verdict form below.*]

SIGNATURE REDACTED
Signature of FOREPERSON

2-1-2018
Date

5