*Original Instrument*
Notice to Principal is Notice to Agent
Notice to Agent is Notice to Principal
Reference:

## "UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:17-CR-82 |
| Plaintiff | ) | VARLAN/SHIRLEY, USDJ/USMJ |
| v. | ) | |
| | ) | 3:17-cr-00082-TAV-CCS |
| RANDALL KEITH BEANE, and | ) | 3:17-cr-00082-TAV-CCS-1 |
| HEATHER ANN TUCCI-JARRAF | ) | 3:17-cr-00082-TAV-CCS-2 |
| Defendants | ) | and all associated numbers and records." |

### DECLARATION ADOPTING PRAECIPES AND FILINGS AND
### DECLARATION OF DUE CAUSE

With full responsibility, accountability and liability, without prejudice, nunc pro tunc, praeterea preterea, I duly declare, validate and verify with sworn signature and seal that I am competent to make this declaration, for all to rely upon. I duly, declare, certify, verify and validate as follows:

**I. Rejection without dishonour for due cause** of Heather Ann-Tucci Jarraf, with filing date '2017-12-14' and with reference of 'Doc. # 71', restated in its entirety;

**II. DECLARATION AND DUE NOTICE OF SERVICE OF EXECUTIVE ORDER 13818** of Heather Ann-Tucci Jarraf, with filing date '2017-12-29' and with reference of 'Doc. # 74', restated in its entirety;

**III. Rejection without dishonour for due cause** of Heather Ann-Tucci Jarraf, with filing date '2018-01-11' and with reference of 'Doc. # 80', restated in its entirety;

**IV. Rejection without dishonour for due cause** of Heather Ann-Tucci Jarraf, with filing date '2018-01-11' and with reference of 'Doc. # 81', restated in its entirety;

**V. Rejection without dishonour for due cause** of Heather Ann-Tucci Jarraf, with filing date '2018-01-11' and with reference of 'Doc. # 82', restated in its entirety;

**VI. DECLARATION OF COMMITMENT, INTENT, AND ACTION (CIA) WITHOUT PREJUDICE, NUNC PRO TUNC, PRAETEREA PRETEREA** of Heather Ann-Tucci Jarraf, with filing date '2018-01-11' and with reference of 'Doc. # 83', restated in its entirety;

I AM conscious
Original, Randall Keith Beane

13th Feb. 2018   Original Depository: Randall Keith Beane

**VII. PRAECIPE AND DECLARATION OF DUE CAUSE** of Heather Ann-Tucci Jarraf, with filing date '2018-01-16' and with reference of 'Doc. # 86', restated in its entirety;

**VIII. Rejection without dishonour for due cause** of Heather Ann-Tucci Jarraf, with filing date '2018-01-21' and with reference of 'Doc. # 92', restated in its entirety;

**IX. Rejection without dishonour for due cause** of Heather Ann-Tucci Jarraf, with filing date '2018-01-21' and with reference of 'Doc. # 93', restated in its entirety;

**X. Rejection without dishonour for due cause** of Heather Ann-Tucci Jarraf, with filing date '2018-01-21' and with reference of 'Doc. # 94', restated in its entirety;

**XI. Rejection without dishonour for due cause** of Heather Ann-Tucci Jarraf, with filing date '2018-01-21' and with reference of 'Doc. # 95', restated in its entirety;

**XII. Rejection without dishonour for due cause** of Heather Ann-Tucci Jarraf, with filing date '2018-01-21' and with reference of 'Doc. # 96', restated in its entirety;

**XIII. PRAECIPE AND DECLARATION OF DUE CAUSE AND JUDGMENT AND ORDER OF DISMISSAL** of Heather Ann-Tucci Jarraf, with filing date '2018-01-22' and with reference of 'Doc. # 98', restated in its entirety;

**XIV. STANDING PRAECIPE AND DECLARATION OF DUE CAUSE AND JUDGMENT AND ORDER OF DISMISSAL** of Heather Ann-Tucci Jarraf, with filing date '2018-01-23' and with reference of 'Doc. # 101', restated in its entirety;

**XV. PRAECIPE AND NOTICE OF STANDING NOTICE AND FILING OF STANDING DECLARATION** of Heather Ann-Tucci Jarraf, with filing date '2018-01-23' and with reference of 'Doc. # 102', restated in its entirety;

**Articles I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV and XV** above, restated and incorporated in entirety by reference as if set forth in full, and all said records and documents are duly declared:

    A.   Accepted in entirety

    B.   Adopted in entirety;

    C.   Restated in entirety;

I duly re-certify, verify and validate with my full responsibility, accountability and liability that the foregoing is true, accurate and complete, for all to rely upon.



13th Feb. 2018   Original Depository: Randall Keith Beane

# DECLARATION OF DUE CAUSE

With full responsibility, accountability and liability, without prejudice, nunc pro tunc, praeterea preterea, I duly declare, validate and verify with sworn signature and seal that I am competent to make this declaration, for all to rely upon and that I duly, declare, certify, verify and validate as follows:

**A. DECLARATION ADOPTING PRAECIPES AND FILINGS** at pages 1-2 above, restated and incorporated in entirety by reference as if set forth in full.

**B.** That; at approximately 7:00 am on Thursday, February 8th 2018, I was transported from Rodger D. Wilson Detention Facility, 5001 Maloneyville Road, Knoxville, Tennessee 37918, by 'U.S. Marshals', to Irwin County Detention Center, 132 Cotton Drive, Ocilla, Georgia 31774, where I am currently detained, without my authority or consent.

**C.** As an immediate consequence of said transportation direct physical visitation from "elbow counsel" Stephen G. McGrath, in particular for the purposes of physically executing this original instrument, has effectively ceased and whom I also believe is constrained, under his own rules of practice, from "practising law in Georgia."

**D.** Therefore, this Original Instrument is duly made, executed, issued, filed and served with duly sworn signature and seal specifically, inclusive of specific and particular, unique, one-of-a-kind essences, inclusive of original energetic, magnetic, vibrational and frequential imprints of creation therein, thereof and thereto, as Original and by Original, also perceived as Randall Keith Beane, with full responsibility, accountability and liability, without prejudice, nunc pro tunc, praeterea preterea.

**E. ORIGINAL DUE DECLARATION AND NOTICE OF FACTUALIZED TRUST** and **ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY**, with reference name Randall Keith Beane, duly made, executed and issued, inclusive of "September 29, 1967" and "July 11, 2017", and further duly entered into record in the above alleged entitled alleged case, with filing date of '2017-08-11' and with reference of 'Doc. # 19', specifically and particularly Annexes 1 and 2 thereof; all restated and incorporated in entirety by reference as if set forth in full. Unrebutted.

I duly re-certify, verify and validate with my full responsibility, accountability and liability that the foregoing, is true, accurate and complete, for all to rely upon.

13th February, 2018

-----BEGIN PGP SIGNATURE-----

iQEzBAABCAAdFiEEYNxyXk9F81P7RgxEg3MFpIquBzUFAlqBvIEACgkQg3MFpIqu
BzWApgqAlqJJI4mkkfYRL8cMfYEZA6+Kl9bYrbSrwDHSpo47bwBCBflPUpPk0tz6
bW0YaM4ExvijHAohctGGZsF2NVs7PLbOc65p2VOqA31ma7561vnzNaXiju2CZ4Q2
4iF1Ltwm55nU6/9B28ICUhxnNO5Q4aBuEeOQVUO3HRIU+3IxcOhe6e8zX4qQFbvp
ouesTgHi7WmSlZiUKHjs5bU40J0wIrrMFOCy4ZpbczerQ1RxW6pmXUP14y65Rxkf
5hgX5ksYRAM3frxn8ZGiW0pK3djMODO9IXkDIHNQauyiYTkdFMRd8UMdHQlIjOba
mHXcxSHtyGG1m/cP/knO6ACIru8xPQ==
=G/Bw
-----END PGP SIGNATURE-----

I AM conscious

Original, Randall Keith Beane

Original Depository: Randall Keith Beane

I AM conscious

Original, Randall Keith Beane

13th Feb. 2018    Original Depository: Randall Keith Beane

Pg. 3 *of* 4

## Certificate of Service

I certify, that on 14ᵗʰ February 2018 this original instrument ~~was caused to be delivered by personal service to alleged Clerk of Court, and duly scanned, with certified copy out. Furthermore a scan of this original instrument~~ was caused to be filed and entered electronically. Notice of this filing will be sent by operation of the alleged court's electronic filing system to all alleged parties indicated on the electronic filing receipt. Alleged parties may access this filing through the alleged court's electronic filing system.

Without prejudice,
13ᵗʰ Feb. 2018

I AM conscious

Original, Randall Keith Beane

Original Depository: Randall Keith Beane

-----BEGIN PGP SIGNATURE-----

iQEzBAABCAAdFiEEYNxyXk9F81P7RgxEg3MFpIquBzUFAlqBvIEACgkQg3MFpIqu
BzWApggAlqJJI4mkktYRL8cMfYEZA6+Kl9bYrbSrwDHSpo47bwBCBfIPUpPk0tz6
bW0YaM4ExvijHAohctGGZsF2NVs7PLbOc65p2VOqA31ma7561vnzNaXiju2CZ4Q2
4iF1Ltwm55nU6/9B28ICUhxnNO5Q4aBuEeOQVUO3HRIU+3IxcOhe6e8zX4qQFbvp
oucsTgHi7WmSlZiUKHjs5bU40J0wIrrMFOCy4ZpbczerQ1RxW6pmXUP14y65Rxkf
5hgX5ksYRAM3frxn8ZGiW0pK3djMODO9IXkDIHNQauyiYTkdFMRd8UMdHQIIjOba
niHXcxSHtyGG1m/cP/knO6ACIru8xPQ=
=G/Bw
-----END PGP SIGNATURE-----

I AM conscious

Original, Randall Keith Beane

13ᵗʰ Feb. 2018   Original Depository: Randall Keith Beane