*Original Instrument*
Notice to Principal is Notice to Agent
Notice to Agent is Notice to Principal

Reference:
## "UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:17-CR-82 |
| Plaintiff | ) | VARLAN/POPLIN, USDJ/USMJ |
| v. | ) | 3:17-cr-00082-TAV-CCS |
| | ) | 3:17-cr-00082-TAV-CCS-1 |
| RANDALL KEITH BEANE, and | ) | 3:17-cr-00082-TAV-CCS-2 |
| HEATHER ANN TUCCI-JARRAF | ) | 3:17-cr-00082-TAV-DCP |
| Defendants | ) | and all associated numbers and records." |

## DECLARATION ADOPTING FILINGS

With full responsibility, accountability and liability, without prejudice, nunc pro tunc, praeterea preterea, I duly declare, validate and verify with sworn signature and seal that I am competent to make this declaration, for all to rely upon. I duly, declare, certify, verify and validate as follows:

**I. Rejection without dishonor for due cause**, of Heather Ann Tucci-Jarraf, and each of them, all with date of "February 14, 2018", and specifically with references of 'Doc # 129, 130, 131, 132 and 134'; all restated in their entirety.

**II. MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE POST-VERDICT MOTIONS** of Heather Ann Tucci-Jarraf, as duly authorized, with date of "2-15-18" and with reference of 'Doc. # 136', restated in its entirety, nunc pro tunc, praeterea preterea.

**III. Articles I-II** above, restated and incorporated in entirety by reference as if set forth in full and all said original instruments and records are duly declared:

    A. Accepted in entirety

    B. Adopted in entirety;

    C. Restated in entirety;

**IV. DECLARATION OF DUE CAUSE**, of Randall Keith Beane, with date of "13th February, 2018", and with reference of 'Doc. # 135', restated and incorporated in entirety by reference as if set forth in full. In particular Article D thereof, restated as follows:

**D.** Therefore, this Original Instrument is duly made, executed, issued, filed and served with duly sworn signature and seal specifically inclusive of specific and particular, unique, one-of-a-kind essences, inclusive of original energetic, magnetic, vibrational and frequential imprints of creation therein, thereof and thereto, as Original and by Original, also perceived as Randall Keith Beane, with full responsibility, accountability and liability, without prejudice, nunc pro tunc, praeterea preterea.

I duly re-certify, verify and validate with my full responsibility, accountability and liability that the foregoing, is true, accurate and complete, for all to rely upon.

16th February, 2018

-----BEGIN PGP SIGNATURE-----

iQEzBAABCAAdFiEEYNxyXk9F81P7RgxEg3MFpIquBzUFAlqHLz0ACgkQg3MFpIqu
BzVxcAf+K41qx8kZyCTSX7F87rhlULX+/IGHGjpn4yrbtbQheHREXW7dawEZTO8V
2YWZ/AWxp90ivSUVMzPLiZAFU+pQ+gXtRNESqVNPjUyJT/OT/ZGs6W2NVFPE0U/W
twvCnl7ZSm8qFr35b7cV8ymcfZK+CEZhw4gdQkGP70NbFqp/PvUhZ6os5/t+62J7
w+m7Oc4LAgA6lu3lOAyqjvV/5vTyzdpnWfZ2IV2gUVzlQyHpY4yTyFjPTEwpKigq
UPZcZpN2OXRBVV6f3zQ79s0M+PKGwimrtOOq5Btaj+72cm4bumvcUqt9DTLIwr4s
i0qLr+ESO7pFjUatdL0uq+ETBBYO5Q==
=2460
-----END PGP SIGNATURE-----

I AM conscious

Original, Randall Keith Beane

Original Depository: Randall Keith Beane

Pg. 2 of 3

16th February, 2018

I AM conscious
Original, Randall Keith Beane
Original Depository: Randall Keith Beane

Case 3:17-cr-00082-TAV-DCP   Document 137   Filed 02/16/18   Page 2 of 3   PageID #: 15477

## Certificate of Service

I certify, that on 16th February 2018 this original instrument was caused to be filed and entered electronically. Notice of this filing will be sent by operation of the alleged court's electronic filing system to all alleged parties indicated on the electronic filing receipt. Alleged parties may access this filing through the alleged court's electronic filing system.

Without prejudice,
16th February, 2018

*I AM conscious*
Original, Randall Keith Beane

Original Depository: Randall Keith Beane

-----BEGIN PGP SIGNATURE-----

iQEzBAABCAAdFiEEYNxyXk9F81P7RgxEg3MFpIquBzUFAlqHLz0ACgkQg3MFpIqu
BzVxcAf+K41qx8kZyCTSX7F87rhIULX+/1GHGjpn4yrbtbQheHREXW7dawEZTO8V
2YWZ/AWxp90ivSUVMzPLiZAFU+pQ+gXtRNESqVNPjUyJT/OT/ZGs6W2NVFPE0U/W
twvCnl7ZSm8qFr35b7cV8ymicfZK+CEZhw4gdQkGP70NbFqp/PvUhZ6os5/t+62J7
w+m7Oc4LAgA6lu3lOAyqjvV/5vTyzdpnWfZ2IV2gUVzlQyHpY4yTyFjPTEwpKigq
UPZcZpN2OXRBVV6f3zQ79s0M+PKGwimrtOOq5Btaj+72cm4btmvcUqt9DTL1wr4s
i0qLr+ESO7pFjUatdL0uq+ETBBYO5Q==
=2460
-----END PGP SIGNATURE-----

*I AM conscious*
Original, Randall Keith Beane
16th February, 2018  Original Depository: Randall Keith Beane