# United States District Court
## Eastern District of Tennessee

United States of America,

V

Randall Keith Beane,
and Heather Ann Tucci-Jarraf,

Defendants,

Exhibit List

Case No 3:17-CR-82

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Thomas A. Varlan, Chief Judge | Cynthia Davidson/Ann Svolto | Prose |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Jan 23-Feb 1, 2018 | Rebekah Lockwood/Terri Grandchamp | Julie Norwood |

| Exhibit | ID | Admitted | Description |
|---|---|---|---|
| Gov-1 | X | X | RV Photos |
| Gov-2 | X | X | USAA CD Activity Spreadsheet |
| Gov-3 | X | X | USAA Acct Ending 3062 Account Summary_2017-07-14 |
| Gov-4 | X | X | USAA Checking Acct On Line App_0206953062 May 19 2016 |
| Gov-5 | X | X | USAA Acct Ending 4026 Account Statement Summary_2017-07-14 |
| Gov-6 | X | X | USAA Savings On Line Application for Randall Keith Beane Account 040540949 June 10 2016 |
| Gov-7 | X | X | USAA CD Deposit App 3204111 Acct No 7004609 500000 |
| Gov-8 | X | X | USAA CD Deposit App 3204127 Acct No 7004613 500000 |
| Gov-9 | X | X | USAA CD Deposit App 3204139 Acct No 7004615 999000 |
| Gov-10 | X | X | USAA CD Deposit App 3204143 Acct No 7004617 999000 |
| Gov-11 | X | X | USAA CD Deposit App 3204165 Acct No 7004619 999000 |
| Gov-12 | X | X | USAA CD Deposit App 3204173 Acct No 7004621 999000 |
| Gov-13 | X | X | USAA CD Deposit App 3204177 Acct No 7004623 999000 |
| Gov-14 | X | X | USAA CD Deposit App 3204181 Acct No 7004625 999999 |
| Gov-15 | X | X | USAA CD Deposit App 3204189 Acct No 7004627 999999 |
| Gov-16 | X | X | USAA CD Deposit App 3204191 Acct No 7004629 999999 |
| Gov-17 | X | X | USAA CD Deposit App 3204201 Acct No 7004631 999999 |
| Gov-18 | X | X | USAA CD Deposit App 3204209 Acct No 7004633 999999 |
| Gov-19 | X | X | USAA CD Deposit App 3204215 Acct No 7004635 999999 |
| Gov-20 | X | X | USAA CD Deposit App 3204225 Acct No 7004639 999999 |
| Gov-21 | X | X | USAA CD Deposit App 3204229 Acct No 7004641 999999 |
| Gov-22 | X | X | USAA CD Deposit App 3204231 Acct No 7004643 999999 |

| | | | |
|---|---|---|---|
| Gov-23 | X | X | USAA CD Deposit App 3204235 Acct No 7004645 999999 |
| Gov-24 | X | X | USAA CD Deposit App 3204237 Acct No 7004647 999999 |
| Gov-25 | X | X | USAA CD Deposit App 3204243 Acct No 7004649 999999 |
| Gov-26 | X | X | USAA CD Deposit App 3204251 Acct No 7004651 999999 |
| Gov-27 | X | X | USAA CD Deposit App 3204255 Acct No 7004653 999999 |
| Gov-28 | X | X | USAA CD Deposit App 3204257 Acct No 7004655 999999 |
| Gov-29 | X | X | USAA CD Deposit App 3204263 Acct No 7004657 999999 |
| Gov-30 | X | X | USAA CD Deposit App 3204265 Acct No 7004659 999999 |
| Gov-31 | X | X | USAA CD Deposit App 3204283 Acct No 7004661 999999 |
| Gov-32 | X | X | USAA CD Deposit App 3204289 Acct No 7004663 999999 |
| Gov-33 | X | X | USAA CD Deposit App 3204293 Acct No 7004665 999999 |
| Gov-34 | X | X | USAA CD Deposit App 3204297 Acct No 7004667 999999 |
| Gov-35 | X | X | USAA CD Deposit App 3204299 Acct No 7004669 999999 |
| Gov-36 | X | X | USAA CD Deposit App 3204301 Acct No 7004671 999999 |
| Gov-37 | X | X | USAA CD Deposit App 3204305 Acct No 7004673 999999 |
| Gov-38 | X | X | USAA CD Deposit App 3204317 Acct No 7004675 999999 |
| Gov-39 | X | X | USAA CD Deposit App 3204319 Acct No 7004677 999999 |
| Gov-40 | X | X | USAA CD Deposit App 3204321 Acct No 7004679 999999 |
| Gov-41 | X | X | USAA CD Deposit App 3204349 Acct No 7004683 999999 |
| Gov-42 | X | X | USAA Debit Card Activity to include 10k to Buddy Motors |
| Gov-43 | X | X | USAA Funds Transfers |
| Gov-44 | X | X | USAA Payment History Credit Card Acct 6824 |
| Gov-45 | X | X | USAA Payment History Credit Card Acct 9575 |
| Gov-46 | X | X | USAA Payment History Loan xx3366 |
| Gov-47 | X | X | USAA Payment History Loan xx6471 |
| Gov-48 | X | X | USAA Payment History Loan xx7593 |
| Gov-49 | X | X | USAA Payment History Loan xx9002 |
| Gov-50 | X | X | USAA Payment History PandC |
| Gov-51 | X | X | USAA Wire Instructions_Buddy Gregg |
| Gov-52 | X | X | USAA On Line Application for Checking and Savings Joint Account - Ricky E. Beane 06-25-16 |
| Gov-53 | X | X | USAA On Line Application for Checking Randall Keith Beane 02-01-17 |
| Gov-54 | X | X | USAA On Line Application for Checking Randall Keith Beane 02-01-17 |
| Gov-55 | X | X | USAA Unsecure Credit Card Application for Randall Keith Beane 08-15-16 |
| Gov-56 | X | X | USAA Secured Credit Card Application for Ricky Beane 06-12-16 |
| Gov-57 | X | X | USAA Checking Account Statement for Randall Keith Beane 06-20-16 to 07-19-16 |
| Gov-58 | X | X | USAA Checking Account Statement for Randall Keith Beane 07-19-16 to 08-18-16 |
| Gov-59 | X | X | USAA Checking Account Statement for Randall Keith Beane 08-18-16 to 09-19-16 |

| | | | |
|---|---|---|---|
| Gov-60 | X | X | USAA Secure Checking Account Statement for Randall Keith Beane 09-19-16 to 10-18-16 |
| Gov-61 | X | X | USAA Checking Account Statement for Randall Keith Beane 10-18-16 to 11-17-16 |
| Gov-62 | X | X | USAA Checking Account Statement for Randall Keith Beane 11-17-16 to 12-19-16 |
| Gov-63 | X | X | USAA Checking Account Statement for Randall Keith Beane 12-19-16 to 01-18-17 |
| Gov-64 | X | X | USAA Checking Account Statement for Randall Keith Beane 01-18-17 to 02-15-17 |
| Gov-65 | X | X | USAA Checking Account Statement for Randall Keith Beane 02-15-17 to 03-17-17 |
| Gov-66 | X | X | USAA Checking Account Statement for Randall Keith Beane 03-17-17 to 04-18-17 |
| Gov-67 | X | X | USAA Checking Account Statement for Randall Keith Beane 04-18-17 to 05-18-17 |
| Gov-68 | X | X | USAA Checking Account Statement for Randall Keith Beane 05-18-17 to 06-19-17 |
| Gov-69 | X | X | USAA Checking Account Statement for Randall Keith Beane 06-19-17 to 07-18-17 |
| Gov-70 | X | X | USAA Promissory Note Loan for Randall K. Beane 10998.88 02-21-17 |
| Gov-71 | X | X | USAA 10998.88 Loan Payment History as of 07-19-17 |
| Gov-72 | X | X | USAA Promissory Note Loan for Randall K. Beane 4500.00 09-06-16 |
| Gov-73 | X | X | USAA 4500.00 Loan Payment History as of 09-19-17 |
| Gov-74 | X | X | USAA Promissory Note Loan for Randall K. Beane 16847.23 08-20-16 |
| Gov-75 | X | X | USAA 16847.23 Loan Payment History as of 07-19-17 |
| Gov-76 | X | X | USAA Promissory Note Loan for Randall K. Beane 7875.00 11-03-16 |
| Gov-77 | X | X | USAA 7875.00 Loan Payment History as of 07-19-17 |
| Gov-78 | X | X | USAA Authentication Log IP Assignments Jarons version |
| Gov-79 | X | X | USAA Authentication Log Original |
| Gov-80 | X | X | USAA Indemnification 040540949 BEANE Whitney Bank 07.10.17 SA |
| Gov-81 | X | X | USAA Recording - request to defer loans 07-03-17 |
| Gov-82 | X | X | USAA Recording - inquiry on cc overpayment 07-05-17 |
| Gov-83 | X | X | USAA Recording - Clutter 07-05-17 |
| Gov-84 | X | X | USAA Recording - close 2nd cd 07-06-17 |
| Gov-85 | X | X | USAA Recording - debit limit increase 07-06-17 |
| Gov-86 | X | X | USAA Recording - inquiry on frozen accounts 07-07-17 |
| Gov-87 | X | X | USAA Recording - request for credit card with large limit 07-07-17 |
| Gov-88 | X | X | USAA Recording - Eichelberger 07-07-17 |
| Gov-89 | X | X | USAA Recording - Ponce 07-07-17 |
| Gov-90 | X | X | USAA Recording - Jimenez 07-07-17 |
| Gov-91 | X | X | Screenshots Creation of CD |
| Gov-92 | X | X | Google Randall Keith Beane Conference Call with Heather Ann Tucci-Jarraf |

| | | | |
|---|---|---|---|
| Gov-93 | X | X | Google HATJ CALL TO RANDALL KEITH BEANE AT RV DEALER |
| Gov-94 | X | X | Google Conference call recording between HATJ Beane Buddy Gregg and Whitney Bank Combined with video of HATJ on other end |
| Gov-95 | X | X | Buddy Gregg Purchase Sales Agreement Randall Keith Beane Factualized Trust |
| Gov-96 | X | X | Incoming Wire Whitney-Buddy Gregg |
| Gov-98 | X | X | Buddy Gregg Email - RK Beane Duly Verified Proof and Declaration of complete ownership title and authority |
| Gov-99 | X | X | Buddy Gregg Finance Deal Check Sheet 07-07-17 |
| Gov-100 | X | X | Buddy Gregg Purchase Sales Agreement Randall Keith Beane Factualized Trust |
| Gov-101 | X | X | Buddy Gregg Copy Randall Keith Beane Drivers License |
| Gov-102 | X | X | Buddy Gregg Sales Receipt 10000.00 07-06-17 |
| Gov-103 | X | X | Buddy Gregg Wire Buddy Gregg Documentation 493110 wire |
| Gov-104 | X | X | Buddy Gregg account report 7-7-17 |
| Gov-105 | X | X | Buddy Gregg Factualized Trust provided to Buddy Gregg |
| Gov-106 | X | X | Buddy Gregg Requested Repair Sheet for Motorhome |
| Gov-108 | X | X | Buddy Gregg Wire 10294.39 Extended Warrant with copy check-Hold |
| Gov-109 | X | X | Buddy Gregg Extended Warranty Breakdown |
| Gov-110 | X | X | Buddy Gregg RV Service Contract Registration Randy Beane |
| Gov-111 | X | X | Buddy Gregg RV Vehicle Tire and Wheel Guarantee Randy Beane |
| Gov-112 | X | X | Buddy Gregg RV Paint and Fabric Warranty 2660.00 Randall K. Beane |
| Gov-113 | X | X | Buddy Gregg Delivery Receipt and Storage Agreement Randy Beane |
| Gov-114 | X | X | Buddy Gregg Errors and Omissions Compliance Agreement Randy Beane |
| Gov-115 | X | X | Buddy Gregg Privacy Statement Randy K. Beane |
| Gov-116 | X | X | Buddy Gregg Preliminary Work Sheet Randy Beane 07-05-17 |
| Gov-117 | X | X | Buddy Gregg RV Certificate of Origin |
| Gov-118 | X | X | Buddy Gregg Certificate of Origin for a Vehicle |
| Gov-119 | X | X | Buddy Gregg Signature Page Certificate of Origin for a Vehicle Beane Factualized |
| Gov-120 | X | X | Buddy Gregg RV TN Dept. of Revenue Odometer Disclosure Statement Beane Factualized |
| Gov-121 | X | X | Buddy Gregg TN Dept of Rev Form App Randall Keith Duly 7-7-17 |
| Gov-122 | X | X | Buddy Gregg Power of Attorney Randall Keith Beane Duly 7-7-17 |
| Gov-123 | X | X | Buddy Gregg Purchase Sales Agreement Randy Beane with Trust note |
| Gov-124 | X | X | Buddy Gregg Purchase Sales Agreement Randy Beane |
| Gov-125 | X | X | Buddy Gregg TN Dept of Rev Form App Randy Beane7-7-17 |
| Gov-126 | X | X | Buddy Gregg TN Dept of Rev Form App Randy Beane 7-7-17 |
| Gov-127 | X | X | Buddy Gregg RV TN Dept. of Revenue Odometer Disclosure Statement_Randy Beane |
| Gov-128 | X | X | Buddy Gregg Customer Delivery Form Randy Beane signed Randall Beane |
| Gov-129 | X | X | Buddy Gregg Warranty Registration unsigned |
| Gov-130 | X | X | Buddy Gregg Limited Warranty Registration Randy Beane 7-7-17 |

| | | | |
|---|---|---|---|
| Gov-131 | X | X | Marble Alley Security Camera Still |
| Gov-132 | X | X | Ted Russell Truck Pictures |
| Gov-133-A | X | X | Ted Russell Buyers Order |
| Gov-133-B | X | X | Ted Russell TN Dept. of Revenue Application |
| Gov-133-C | X | X | Ted Russell Odometer disclosure |
| Gov-133-D | X | X | Ted Russell Power of Attorney |
| Gov-133-E | X | X | Ted Russell Proof of Insurance |
| Gov-133-F | X | X | Ted Russell Options |
| Gov-133-G | X | X | Ted Russell Work Order |
| Gov-133-H | X | X | Ted Russell Privacy Notice |
| Gov-133-I | X | X | Ted Russell Tag Work |
| Gov-133-J | X | X | Ted Russell Insurance ID |
| Gov-133-K | X | X | Ted Russell Drivers License |
| Gov-133-L | X | X | Ted Russell PowerTrain Warranty |
| Gov-133-M | X | X | Ted Russell Shadow Mark Warranty |
| Gov-133-N | X | X | Ted Russell Finance Payment Sheet |
| Gov-133-O | X | X | Ted Russell Retail Buyers Order |
| Gov-133-P | X | X | Ted Russell Cash Payment Authorization |
| Gov-134 | X | X | Ted Russell Check |
| Gov-135 | X | X | Ted Russell Dead Deal Book Out Sheet |
| Gov-139 | X | X | Facebook Beane - Just paid off all debts - 1st page of comments 2017-07-03 @ 807pm |
| Gov-140 | X | X | Facebook Beane - Just paid off all debts - 2nd page of comments 2017-07-03 @ 807pm |
| Gov-141 | X | X | Facebook HATJ - Pay bills now using your secret account 2017-07-04 @ 140pm |
| Gov-142 | X | X | Facebook Beane - Trust Sharing HATJ post - Pay bills now using your secret account 2017-07-04 @ 152pm |
| Gov-143 | X | X | Facebook HATJ - Routing number 2017-07-04 @ 448pm |
| Gov-144 | X | X | Facebook Beane - Lets get ready to travel 2017-07-09 @ 1107pm |
| Gov-145 | X | X | Facebook Beane - The brains of the operation Inside RV 2017-07-09 @ 1153pm |
| Gov-149 | X | X | ATandT Internet 45.22.26.36 Randall Beane |
| Gov-150 | X | X | ATandT MAC Address Report |
| Gov-151 | X | X | ATandT Wireless Mobility Report |
| Gov-152 | X | X | ATandT Wireless Subscriber Information |
| Gov-153 | X | X | Whitney BUDDY GREGG MOTOR INCOMING WIRE |
| Gov-154 | X | X | Whitney Email - HATJ - Confirmation of Duly Authorized Fed Wire Transfer for full payment of Coach 07-11-2017 447PM |
| Gov-154-a | X | X | Attachment - 070717 Fed Wire from FT-OD-rkb-092967 |
| Gov-155 | X | X | Whitney Email - HATJ - Copy of the Paradigm Report incorporated into Factualized Trust 07-12-2017 134PM |
| Gov-155-a | X | X | Attachment - Paradigm-Document |

| Exhibit | | | Description |
|---|---|---|---|
| Gov-156 | X | X | Whitney Email - Lauren - Copy of the Paradigm Report incorporated into Factualized Trust 07-12-2017 410PM |
| Gov-157 | X | X | Whitney Email - HATJ - Copy of the Paradigm Report incorporated into Factualized Trust 07-12-2017 644PM |
| Gov-158 | X | X | Whitney Denial Letter to USAA Bank 07-12-2017 |
| Gov-159 | X | X | Jail Call |
| Gov-160 | X | X | Flowchart |
| Gov-161 | X | X | Marble Alley FOB Log |
| Gov-162 | X | X | Federal Reserve FAQ - Hoax |
| Gov-163 | X | X | HATJ Email to Whitney Re declaration & factualized trust |
| Gov-163-a | X | X | Attachment - Declaration |
| Gov-163-b | X | X | Attachment-Trust |
| Gov-164 | X | X | Fedwire Appended Information |
| Gov-165 | X | X | Warrant - Jasper, SC |
| Gov-166 | X | X | USAA - Authentication Verification |
| Gov-167 | X | X | Call History |
| Gov-168 | X | X | USSA Verify a Check - Ted Russell Ford |
| Gov-169 | X | X | USAA Account Batch Detail (Trust) |
| Gov-170 | X | X | Knox Co Sheriff-Beane Booking Photo |
| Gov-171 | X | X | page 2 Bench Warrant Jasper SC FTA for Randall Beane |
| Gov-172 | X | X | $50,000.00 Check written to Rachel Hall by Randall Beane |
| Gov-173 | X | X | Fugitive from justice warrant Jasper CO |
| Gov-174 | X | X | Fugitive from Justice warrant Jasper SC |
| Gov-175-a | X | X | Knox County Sheriff`s Office Inmate Processing Form |
| Gov-175-b | X | X | Arrest Report |
| Gov-175-c | X | X | Consent for Medical Treatment refused signature |
| Gov-175-d | X | X | Waiver of Extradition |
| Gov-176 | X | X | Knox Co Sheriff Booking Photo left profile |
| Gov-177 | X | X | Knox Co Sheriff Booking photo right view |
| Def-1 | X | X | Hand drawing of Buddy Greg facility |
| Def-1-a | X | X | Hand drawing of Buddy Greg facility marked during testimoney |
| Def-2 | X | X | Google map of Buddy Greg facility |
| Def-2-a | X | X | Google map of Buddy Gregg with markings |
| Def-3 | X | X | Copy of 1649 Protection of Government Property as found on U.S. Department of Justice web page |
| Def-4 | X | | UCC filing |
| Def-5 | X | | Bank of America Account Setup |
| Def-6-a | X | | Citi Payment Confirmation 7/5/17i |
| Def-6-b | X | | Geico Auto Policy Policy 44460061270 |
| Def-6-c | X | | Chevron/Texaco Visa Card statement dated July 2017 |
| Def-6-d | X | | Costco/Citi Visa statement July 2017 |

| | | | |
|---|---|---|---|
| Def-6-e | X | | Homedepot Credit Card Account |
| Def-6-f | X | | Macy`s Credit Card Account |
| Def-7 | X | X | NCIC printout |
| Def-8 | X | X | NCIC printout |
| Def-9 | X | X | Memo to KCSO from FBI |
| Def-10 | X | X | Arrest Report |
| Def-11 | X | X | Current Charges Report |
| Def-12 | X | X | Original Due Declaration and Notice of Factualized Trust for Randall Beane unsigned |
| Def-13 | X | X | Affidavit of Complaint |
| Def-14 | X | X | Knox County Release |
| Def-15 | X | X | Current Charges Report |
| Def-16 | X | X | Arrest Report |
| Def-17 | X | X | Bill of sale for Coach |
| Def-18 | X | X | Updated Factualized Trust Heather Ann Tucci-Jarraf |
| Def-20 | X | X | E-mail from Heather Ann Tucci-Jarraf dated 7/11/17 to Lauren Palmisano |
| Def-22 | X | X | Appearance Mittimus |
| Def-23 | X | X | Appearance Mittimus |
| Def-24 | X | X | NCIC |
| Def-25 | X | X | NCIC Hit Confirmation Response |
| Def-26 | X | X | Detainer |
| Def-27 | X | X | FBI Letter |
| Def-28 | X | X | Current Charges Report |
| Def-29 | X | X | Current Charges Report |
| Def-30 | X | X | Order to Issue Writ |
| Def-31 | X | X | Writ of Habeas Corpus Ad Prosecquendum |
| Def-32 | X | X | FFJ Warrant |
| Def-33 | X | X | Bench Warrant |
| Def-34 | X | X | UCC Documents |