UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No.:  3:17-CR-82-TAV-DCP |
| | ) |
| RANDALL KEITH BEANE and | ) |
| HEATHER ANN TUCCI-JARRAF, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This criminal case is before the Court on defendant Heather Ann Tucci-Jarraf's Motion for an Extension of Time to File Post-Verdict Motions [Doc. 136], and defendant Randall Keith Beane's Declaration Adopting Filings [Doc. 137]. Defendant Tucci-Jarraf requests an extension of time under Federal Rule of Criminal Procedure 45(b)(1) to file motions for a new trial and for a judgment of acquittal. Defendant Tucci-Jarraf submits that she requires additional time to prepare these motions and their corresponding briefs, noting in particular that the transcript of the jury trial in this matter will not be available for at least thirty more days. In his filing, defendant Beane adopts defendant Tucci-Jarraf's request for an extension of time to file post-verdict motions.

Rule 45(b)(1) authorizes the Court to extend a deadline for good cause when a party requests the extension before the original deadline expires.[1] Here, the Court finds that good cause

---

[1] The Court notes that defendant Tucci-Jarraf properly moved for extension before the expiration of the original deadlines for filing motions for a judgment of acquittal under Rule 29 and for a new trial under Rule 33. Both such motions must be filed within fourteen days of entry of the verdict. Fed. R. Crim. P. 29(c)(1); Fed R. Crim. P. 33(b)(2). The jury verdict in this case was filed on February 1, 2018 [Doc. 119], and defendant Tucci-Jarraf filed her motion on February 15, 2018 [Doc. 136]. Accordingly, the Court need not consider whether an extension of time would alternatively be permissible on grounds of excusable neglect. Fed. R. Crim. P. 45(b)(1)(B).

supports the defendants' request for an extension.  The Court therefore **GRANTS** both defendant Tucci-Jarraf's motion for an extension [Doc. 136] and defendant Beane's motion to adopt [Doc. 137].  Both defendants shall have up to **March 30, 2018**, to file any post-verdict motions under Rules 29 and 33.

    IT IS SO ORDERED.

    s/ Thomas A. Varlan
    CHIEF UNITED STATES DISTRICT JUDGE

2

Case 3:17-cr-00082-TAV-DCP   Document 152   Filed 02/26/18   Page 2 of 2   PageID #: 15906