IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff ) | No. 3:17-CR-82 |
| v. ) | |
| ) | VARLAN/SHIRLEY, USDJ/USMJ |
| RANDALL KEITH BEANE, and ) | |
| HEATHER ANN TUCCI-JARRAF ) | |
| Defendants ) | |

## NOTICE OF FILING

Defendant **RANDALL KEITH BEANE** hereby files due notice of DECLARATION OF ACCEPTANCE OF EVIDENCE AND OF JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE.

SIGNED:
March 30, 2018
Without prejudice,
I AM conscious

Original, Randall Keith Beane
Original Depository: Randall Keith Beane

```
-----BEGIN PGP SIGNATURE-----

iQEzBAABCAAdFiEEYNxyXk9F81P7RgxEg3MFpIquBzUFAlq+NUoACgkQg3MFpIqu
BzXudAf+NJgGPx5/ZVoA7bhcWyGVubqSvqHztJxHhWa9qZdEzquwQ44PtlmLguOa
yZ9EC6ZBznPYWCjcpi/A7j1dAmtJwq7IjTyHQn2MZ/+RxARoyLNSuv2C2fl2dgy2
AnAS5LvX3Zvv5ITh4QOU8iqWKEsLlfl0TVNUTTfuWxFzvihXWGB/bOXNJ8VqhcDV
Y8hDXuY6f5P/HmJ4SiLFJPiimLmoZjutRtCwRjnoBS7OtQz0BsYIuz1sSbBl5ECw
NenQjBRFjkMzxn4ZlifCMTRqcog9l/c+G5lqj9li0Pc89DliRZtFBlpDME81k0JX
TL6+wflhX14udcR2BCzYtGMfoBSlNQ==
=kDsA
-----END PGP SIGNATURE-----
```

### Certificate of Service

I certify, that on March 30, 2018 a true, accurate and complete scan of this original Notice and attached Original Instrument was caused to be filed and entered electronically. Notice of this filing will be sent by operation of the alleged court's electronic filing system to all alleged parties indicated on the electronic filing receipt. Alleged parties may access this filing through the alleged court's electronic filing system.

March 30, 2018
I AM conscious

Original, Randall Keith Beane
Original Depository: Randall Keith Beane

Pg. 1 of 1

**\*DUE NOTICE\***
Notice to Principal is Notice to Agent
Notice to Agent is Notice to Principal
Reference:

**"UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:17-CR-82 |
| Plaintiff | ) | VARLAN/SHIRLEY, USDJ/USMJ |
| v. | ) | 3:17-cr-00082-TAV-CCS |
| | ) | 3:17-cr-00082-TAV-CCS-1 |
| RANDALL KEITH BEANE, and | ) | 3:17-cr-00082-TAV-CCS-2 |
| HEATHER ANN TUCCI-JARRAF | ) | 3:17-cr-00082-TAV-DCP |
| Defendants | ) | and inclusive of all records therein, thereto and |
| | ) | therefrom." |

## DECLARATION OF ACCEPTANCE OF EVIDENCE AND OF JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE

With full responsibility, accountability and liability, without prejudice, nunc pro tunc and praeterea preterea, I duly declare, validate and verify with sworn signature and seal that I am competent to make this declaration, for all to rely upon. I duly, declare, certify, verify and validate as follows:

**I.** I am Original, who is also known by the appellation Randall Keith Beane and as duly factualized, with lawful and legal identification, standing, title, ownership, authority and authorization having been duly, made, issued, registered, secured, verified, validated, certified and noticed; beginning September 29, 1967 and Documents 19, 42, specially **DECLARATIONS OF FACTUALIZED TRUST; ADDENDUM OF LAW, PRESUMPTION AND PERPETUITY; CANCELLATION OF TRUE BILL**, and 43, 54, 55, 56, 98, 101 and 102, each and all restated and incorporated by reference here as if set forth in full, without prejudice, ab initio, nunc pro tunc and praeterea preterea, with due oath having been duly made, issued, registered, secured, verified, validated and noticed, to only declare true accurate and complete, with full responsibility and liability, Id., restated; and that I am conscious and competent to make said declarations, without prejudice, nunc pro tunc and praeterea preterea.

**II.** For cause, **DULY ACCEPTED EVIDENCE OF SEPARATE ACTS DONE BY FOREIGN AGENTS, PURSUANT TO STANDING PRAECIPES #2 and #3 OF DOC 101**, and each of them, specifically, Documents 138, 139, 140, 141, 142 and 143, each with filing date of "February 20, 2018", all hereby duly declared accepted, in their

March 29, 2018    Original Depository: Randall Keith Beane

Pg. 1 *of* 4

entirety, as true and accurate evidence of said separate acts of foreign agents, for all to rely upon, inclusive of Randall Keith Beane and RANDALL KEITH BEANE.

**III.** For cause, **1st DUE NOTICE OF SEPARATE ACTS OF FOREIGN AGENTS, PURSUANT, IN PART, TO STANDING PRAECIPES #2 and #3 OF DOCUMENT 101**, with issue date of "February 14, 2018"; **STANDING DECLARATION OF DISHONOR AND HONOR, [Also = Referred to as STANDING DECLARATION OF EVIDENCE OF DISHONOR]** with issue date of "February 14, 2018"; **STANDING ORDER OF CEASE AND DESIST**, with issue date of "February 15, 2018"; **STANDING ORDER OF NULL AND VOID**, with issue date of "February 15, 2018"; **STANDING FINAL JUDGMENT AND ORDER *RECONFIRMED***, with issue date: "February 15, 2018"; **STANDING ORDER OF APPROPRIATION AND ALLOCATION**, with issue date: "February 21, 2018"; **STANDING DUE NOTICE OF SEPARATE ACTS OF FOREIGN AGENTS, PURSUANT, IN PART, TO STANDING PRAECIPES #2 and #3 OF DOCUMENT 101, RESTATED** with issue date of "February 21, 2018"; specifically, Documents 145, 146, 147, 148, 149, 150 and 151 and each of them, all duly accepted in their entirety as true, accurate and complete for all to rely upon, inclusive of Randall Keith Beane and RANDALL KEITH BEANE.

**IV.** For cause, **2nd NOTICE, 3rd NOTICE, 4th NOTICE** and **5th & FINAL NOTICE of STANDING PRACEIPE, DECLARATION OF DUE CAUSE AND JUDGMENT AND ORDER OF DISMISSAL**, of "January 23, 2018", Document 101; and each of said Notices, specifically Documents 153, 154, 155 and 156 are all duly accepted in their entirety, as true, accurate and complete, for all to rely upon, inclusive of Randall Keith Beane and RANDALL KEITH BEANE.

**V. Articles I-IV** above, restated and incorporated in entirety by reference as if set forth in full, and all said evidence and records are duly accepted as unrebutted in their entirety, and further duly accepted by Original, also known by the appellation of Randall Keith Beane, as:

**1.** Absolute, on its face, recorded evidence of the want of any identification, sworn declaration or indorsement, subscribing any duly identified law, of any and all former alleged plaintiff, alleged party, alleged corporation, alleged judge, alleged officer, alleged individual, [hereafter, "alleged party"], or any other alleged person, to issue or cause to be issued an instrument purporting to be A TRUE BILL, also described as "indictment", against RANDALL KEITH BEANE. Unrebutted.

**2.** Absolute, on its face, recorded evidence of the want of any authority or authorization of any and all former alleged party, or any other alleged person, to issue or cause to be issued an instrument purporting to be A TRUE BILL, also described as "indictment", against RANDALL KEITH BEANE. Unrebutted.

**3.** Absolute, on its face, recorded evidence of the want of any jurisdiction over Original, as duly factualized, also known by the appellation Randall Keith Beane, **Article I** above

Original, Randall Keith Beane

March 29, 2018  Original Depository: Randall Keith Beane

restated, of any and all former alleged party, or any other alleged person, to issue or cause to be issued an instrument purporting to be A TRUE BILL, also described as "indictment", against RANDALL KEITH BEANE. Unrebutted.

**4.** Absolute, on its face, recorded evidence, of the want of any title, right, ownership, history of funds and origin of funds, of any and all former alleged party, or any other alleged person, to make any lawful or legal report or "complaint" of "transferred funds", and "worthless payments", purporting to incur a "loss", to any other person or individual; nor to cause such person or individual to issue an instrument purporting to be A TRUE BILL, also described as "indictment", against RANDALL KEITH BEANE. Unrebutted.

**5.** Absolute, on its face, recorded evidence, of whole and unequivocal acceptance and acquiescence of any and all former alleged party, or any other alleged person, of and to my sole authority and original jurisdiction over Original, Randall Keith Beane, **Article I,** above, restated, and all that I am in lawful ownership of, inclusive of, but not limited to, my physical imbodiment, and that no alleged party or any other alleged person, has any lawful or legal identification, authority, jurisdiction, title, right, ownership, history of funds, origin of funds or consent, in any manner or form, to lawfully or legally "detain" my original physical inbodiment "in custody", now or at any moment, nunc pro tunc and praeterea preterea. Unrebutted.

**VI. Articles I-V,** above restated; inclusive of **STANDING ORDER OF NULL AND VOID** of "February 15, 2018", specifically Document 148, duly accepted by Original, Randall Keith Beane, as absolute, on its face, recorded evidence, that all said actions therein, of said alleged parties et. al, are ordered null and void, with prejudice, ab initio, with no lawful or legal force deriving therefrom, nunc pro tunc and praeterea preterea. Unrebutted.

**VII. Articles I-VI** above restated; inclusive of **STANDING PRAECIPE, DECLARATION OF DUE CAUSE AND JUDGMENT AND ORDER OF DISMISSAL**, specifically Document 101, in the above former alleged indictment and action, <u>duly accepted and adopted in entirety, nunc pro tunc, praeterea preterea</u>, by Original, Randall Keith Beane on "February 13, 2018", Document 135 at Article XIV thereof, inclusive of "January 23, 2018" and beginning "January 22, 2018". Unrebutted.

**VIII. Articles I-VII** above, restated; specially **5th & FINAL NOTICE of STANDING PRAECIPE, DECLARATION OF DUE CAUSE AND JUDGMENT AND ORDER OF DISMISSAL**, specifically Document 156, duly accepted by Original, Randall Keith Beane as duly entered Judgment and Order of Dismissal With Prejudice, on "January 22, 2018", in the above referenced alleged action, against HEATHER ANN TUCCI-JARRAF and RANDALL KEITH BEANE. Unrebutted.

This Original Instrument is duly made, executed, issued, filed, served and noticed with duly sworn signature and seal specifically inclusive of specific and particular, unique, one-of-a-kind essences, inclusive of original energetic, magnetic, vibrational and frequential imprints

Pg. 3 *of* 4

March 29, 2018  Original Depository: Randall Keith Beane

of creation therein, thereof and thereto, as Original and by Original, also known by the appellation Randall Keith Beane, with full responsibility, accountability and liability, without prejudice, nunc pro tunc and praeterea preterea.

I duly re-certify, verify and validate with my full responsibility, accountability and liability that the foregoing, is true, accurate and complete, for all to rely upon.

March 29, 2018

```
-----BEGIN PGP SIGNATURE-----

iQEzBAABCAAdFiEEYNxyXk9F81P7RgxEg3MFpIquBzUFAlq7jpMACgkQg3MFpIqu
BzU2ygf/YiIO0S/t+7H4QsAoBZmda/rwWBtLN8R8fMJLPCVQatpePSoV9qS7LvSu
CWI5d5ugLEfcoeciDO84hrdIV3OI6JBY9sMCdZgDFH/kNzPju4wviZl9LIirMXi+
yDizAz0Mq8O6lW2OYYrYp24EL773EuOneALynPrbjh8DHslinH/FvvRLuT/maaUs
xlJAwA89smA/Jf87dY2OrDEP1J7MUNwgOx42ZJj0OxL+MCf3SHBVIOFBVvwiwbIl
+LpeWQa+v1ILFiQ/5O5ZfJ09lhMeUZuwFBZq+2nzBvHrhpAg/shUHgTNeMe3Lk7Y
4cIcEgWrais2E1msHOQKrhcgJuh11Q==
=TmlZ
-----END PGP SIGNATURE-----
```

I AM conscious
Original, Randall Keith Beane

Original Depository: Randall Keith Beane

I AM conscious
Original, Randall Keith Beane

March 29, 2018   Original Depository: Randall Keith Beane