IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 3:17-CR-82 |
| ) | |
| RANDALL KEITH BEANE ) | (VARLAN/SHIRLEY) |

## NOTICE OF INTENT TO REQUEST REDACTION

COMES the Defendant Randall Keith Beane, through his elbow counsel, and gives Notice that a Request to Redact the Transcript of the jury trial (Doc. Nos. 168, 167, 166, 165, 164, 163, 162, 159) shall be filed within 21 days from the filing of the transcript.

Respectfully submitted this 26th day of April, 2018.

> s/Stephen G. McGrath
> Stephen G. McGrath
> BPR 025973
> 9111 Cross Park Drive
> Suite D200
> Knoxville, TN 37923
> Phone: (865) 540-8871
> Fax: (865) 540-8866
> "Elbow Counsel" for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of this document has been served upon counsel for all parties of record in this case via this Court's electronic filing system on this 26th day of April, 2018.

> s/Stephen G. McGrath
> Stephen G. McGrath