## *DUE NOTICE*

Notice to Principal is Notice to Agent
Notice to Agent is Notice to Principal
Reference:

### "UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:17-CR-82 |
| Plaintiff | ) | |
| v. | ) | VARLAN/SHIRLEY, USDJ/USMJ |
| | ) | 3:17-cr-00082-TAV-CCS |
| RANDALL KEITH BEANE, and | ) | 3:17-cr-00082-TAV-DCP |
| HEATHER ANN TUCCI-JARRAF | ) | inclusive of all records therein, thereto and |
| Defendants | ) | therefrom." |

## DUE DECLARATION AND NOTICE OF CLERICAL ERROR

With full responsibility, accountability and liability, without prejudice, nunc pro tunc and praeterea preterea, I duly declare, validate and verify with sworn signature and seal that I am competent to make this declaration, for all to rely upon. I duly, declare, certify, verify and validate as follows:

**I.** With full responsibility, accountability and liability, with full due lawful authority, capacity and standing, without prejudice, nunc pro tunc, praeterea and preterea, due and fair notice is hereby duly made, issued, served, noticed and given, in absolute good faith, of Clerical Error, and each of them, in the records kept by "United States District Court of the Eastern District of Tennessee" in "Case No.3:17-CR-82", as follows:

**A.** Docket Text of Docket Entry No. 161, as currently entered, resated as follows:

(1). "*Docket Text:* MAIL RETURNED as Undeliverable. re [158] Notice of Filing (JAN, ) Modified on 4/2/2018 (JAN, )."

(2). Article I.A.(1) above restated. Recitals of said entry are incorrect and misleading. Docket Entry No. 158 is not a Notice of Filing, but is an Order. Said entry is purporting that Clerk's Office received Mail Returned Undeliverable of the document entered by Clerk's Office at Docket Entry No. 161. Document entered is not the correct document for said entry. Lacks entry of Returned Mail Receipt. Document entered was not sent by Certfied Mail, by Clerk's Office, to anyone and therefore is not, was not and could not be Mail Returned Undeliverable; nor entered as such. The specific and particular making of said

entry, inclusive of the entering of said document, by Clerk's Office, is incorrect, misleading and prejudicial to Original Trustee, Randall Keith Beane, and others.

B. Docket Text of Docket Entry No. 169, as currently entered, restated as follows:

(1). "*Docket Text:* NOTICE of Intent to Request Redaction of [165] Transcript,,,, [164] Transcript,,,, [167] Transcript,,,, [168] Transcript,,,, [163] Transcript,,,, [166] Transcript,,,, [162] Transcript,,,, by Stephen G McGrath in case as to Randall Keith Beane Attorney to furnish copy of this Notice to Court Reporter/Transcriber (McGrath, Stephen) Modified on 4/30/2018 to reflect notice forwarded to Courtreporters (JAN, )."

(2). Article I.A.(1) above restated. Recitals of said entry are incorrect and misleading. Stephen G McGrath is not Attorney for Defendant RANDALL KEITH BEANE. Stephen G. McGrath is court appointed "Elbow Counsel" thereof and thereto. Nor is Randall Keith Beane an Attorney. Said recitals of Docket Text, as entered, altering original capacities and standing without consent. Doc. No. 159 of said Notice omitted from Docket Text. The specific and particular making of said entry, by Clerk's Office, is incorrect, misleading and prejudicial to Original Trustee, Randall Keith Beane and others.

C. Reported Address of Record for Defendant RANDALL KEITH BEANE, as currently entered, restated as follows:

(1). "Blount County Detention Center, 920 East Lamar Alexander Parkway, Maryville, Tennessee 37904"

(2). Article C.1 above restated. Said reported Address of Record is incorrect. Current address of detention of Original Trustee, Randall Keith Beane is Irwin County Detention Center, 132 Cotton Drive, Ocilla, GA 31774.

I duly certify, verify and validate, with my full responsibility, accountability and liability that the foregoing, is true, accurate and complete, for all to rely upon and that I am conscious and competent to make such Notice.

This Original Instrument is duly made, executed, issued, filed, served and noticed with duly sworn signature and seal specifically inclusive of specific and particular, unique, one-of-a-kind essences, inclusive of original energetic, magnetic, vibrational and frequential imprints of creation therein, thereof and thereto, as Original and by Original, also known by the appellation Randall Keith Beane, with full responsibility, accountability and liability, without prejudice, nunc pro tunc and praeterea preterea.

I duly re-certify, verify and validate with my full responsibility, accountability and liability that the foregoing, is true, accurate and complete, for all to rely upon.

Pg. 2 *of* 3

May 1, 2018   Original Depository: Randall Keith Beane

-----BEGIN PGP SIGNATURE-----

iQEzBAABCAAdFiEEYNxyXk9F81P7RgxEg3MFpIquBzUFAlroodQACgkQg3MFpIqu
BzXokwf/ZWGRUIWmUvEx1ZGgHTgAFim7sfRYKocyZ177LhfnSENtyHTTciuoJBtr
oNja5yv7Y5g6LMe7Yxx630qTNoK5nH0DJDyaOTVOD7smlvkidaqeoQ89ta7XTTbv
S1i1trdUAUF6zkwG/22q9kKhRV1g/OOkUFKtA9x2armMB3tWx72jGi3mH0yFFAEz
aFozT8y940DaprqMPO3TuQZu5+shdfeZbq4K9JJtRRVXsZ5gLgil5PmWsXNz40SA
cU8YhaGx39cCzMNUrY5mLrBmiWj6hlXn/VEtjANHDj9yBxQv6BZTk4lEjHOXfzYT
sdC234TZ21Q5FhO9nnwiM1pndqppsA==
=nsvE
-----END PGP SIGNATURE-----

May 1, 2018

I AM conscious
Original, Randall Keith Beane
Original Depository: Randall Keith Beane

## Certificate Of Service

I certify, that on May 1, 2018 a true, accurate and complete scan of this original instrument was caused to be filed and entered electronically. Notice of this filing will be sent by operation of the alleged court's electronic filing system to all alleged parties indicated on the electronic filing receipt. Alleged parties may access this filing through the alleged court's electronic filing system.

May 1, 2018
Without prejudice,

I AM conscious
Original, Randall Keith Beane
Original Depository: Randall Keith Beane

-----BEGIN PGP SIGNATURE-----

iQEzBAABCAAdFiEEYNxyXk9F81P7RgxEg3MFpIquBzUFAlroodQACgkQg3MFpIqu
BzXokwf/ZWGRUIWmUvEx1ZGgHTgAFim7sfRYKocyZ177LhfnSENtyHTTciuoJBtr
oNja5yv7Y5g6LMe7Yxx630qTNoK5nH0DJDyaOTVOD7smlvkidaqeoQ89ta7XTTbv
S1i1trdUAUF6zkwG/22q9kKhRV1g/OOkUFKtA9x2armMB3tWx72jGi3mH0yFFAEz
aFozT8y940DaprqMPO3TuQZu5+shdfeZbq4K9JJtRRVXsZ5gLgil5PmWsXNz40SA
cU8YhaGx39cCzMNUrY5mLrBmiWj6hlXn/VEtjANHDj9yBxQv6BZTk4lEjHOXfzYT
sdC234TZ21Q5FhO9nnwiM1pndqppsA==
=nsvE
-----END PGP SIGNATURE-----

**3:17-cr-00082-TAV-DCP-1** USA v. Beane et al (TV1)
**Date filed:** 07/18/2017
**Date of last filing:** 04/27/2018

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 170 | *Filed & Entered:* 04/27/2018 | Transcript |
| | *Docket Text:* [Duplicate filing of [159] Transcript] NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Randall Keith Beane, Heather Ann Tucci-Jarraf held on 01/29/2018, before Judge Thomas A. Varlan. Court Reporter/Transcriber Terri Grandchamp, Telephone number 630-842-0030. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at http://www.tned.uscourts.gov/electronic-case-filing Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due **5/18/2018**. Redacted Transcript Deadline set for **5/29/2018**. Release of Transcript Restriction set for **7/26/2018**. (TSG, ) Modified on 4/27/2018 (KMK, ). ||
| 169 | *Filed & Entered:* 04/26/2018 | Notice of Intent to Request Redaction |
| | *Docket Text:* NOTICE of Intent to Request Redaction of [165] Transcript,,,, [164] Transcript,,,, [167] Transcript,,,, [168] Transcript,,,, [163] Transcript,,,, [166] Transcript,,,, [162] Transcript,,,, by Stephen G McGrath in case as to Randall Keith Beane Attorney to furnish copy of this Notice to Court Reporter/Transcriber (McGrath, Stephen) Modified on 4/30/2018 to reflect notice forwarded to Courtreporters (JAN, ). ||
| 162 | *Filed & Entered:* 04/20/2018 | Transcript |
| | *Docket Text:* NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Jury Trial Proceedings Vol I of VIII as to Randall Keith Beane, Heather Ann Tucci-Jarraf held on 01/23/2018, before Judge Thomas A. Varlan. Court Reporter/Transcriber Rebekah Lockwood, Telephone number (865) 210-6698. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at http://www.tned.uscourts.gov/electronic-case-filing Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due **5/11/2018**. Redacted Transcript Deadline set for **5/21/2018**. Release of Transcript Restriction set for **7/19/2018**. (RML, ) ||
| 163 | *Filed & Entered:* 04/20/2018 | Transcript |
| | *Docket Text:* NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Jury Trial Proceedings Vol II of VIII as to Randall Keith Beane, Heather Ann Tucci-Jarraf held on 01/24/2018, before Judge Thomas A. Varlan. Court Reporter/Transcriber Rebekah Lockwood, Telephone number (865) 210-6698. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at http://www.tned.uscourts.gov/electronic-case-filing Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request ||

| | | | |
|---|---|---|---|
| | due **5/11/2018**. Redacted Transcript Deadline set for **5/21/2018**. Release of Transcript Restriction set for **7/19/2018**. (RML, ) | | |
| 164 | *Filed & Entered:* | 04/20/2018 | Transcript |
| | *Docket Text:* NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Jury Trial Proceedings Vol III of VIII as to Randall Keith Beane, Heather Ann Tucci-Jarraf held on 01/25/2018, before Judge Thomas A. Varlan. Court Reporter/Transcriber Rebekah Lockwood, Telephone number (865) 210-6698. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at http://www.tned.uscourts.gov/electronic-case-filing Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due **5/11/2018**. Redacted Transcript Deadline set for **5/21/2018**. Release of Transcript Restriction set for **7/19/2018**. (RML, ) | | |
| 165 | *Filed & Entered:* | 04/20/2018 | Transcript |
| | *Docket Text:* NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Jury Trial Proceedings Vol IV of VIII as to Randall Keith Beane, Heather Ann Tucci-Jarraf held on 01/26/2018, before Judge Thomas A. Varlan. Court Reporter/Transcriber Rebekah Lockwood, Telephone number (865) 210-6698. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at http://www.tned.uscourts.gov/electronic-case-filing Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due **5/11/2018**. Redacted Transcript Deadline set for **5/21/2018**. Release of Transcript Restriction set for **7/19/2018**. (RML, ) | | |
| 166 | *Filed & Entered:* | 04/20/2018 | Transcript |
| | *Docket Text:* NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Jury Trial Proceedings Vol VI of VIII as to Randall Keith Beane, Heather Ann Tucci-Jarraf held on 01/30/2018, before Judge Thomas A. Varlan. Court Reporter/Transcriber Rebekah Lockwood, Telephone number (865) 210-6698. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at http://www.tned.uscourts.gov/electronic-case-filing Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due **5/11/2018**. Redacted Transcript Deadline set for **5/21/2018**. Release of Transcript Restriction set for **7/19/2018**. (RML, ) | | |
| 167 | *Filed & Entered:* | 04/20/2018 | Transcript |
| | *Docket Text:* NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Jury Trial Proceedings Vol VII of VIII as to Randall Keith Beane, Heather Ann Tucci-Jarraf held on 01/31/2018, before Judge Thomas A. Varlan. Court Reporter/Transcriber Rebekah Lockwood, Telephone number (865) 210-6698. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at http://www.tned.uscourts.gov/electronic-case-filing Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due **5/11/2018**. Redacted Transcript Deadline set for **5/21/2018**. Release of Transcript Restriction set for **7/19/2018**. (RML, ) | | |
| 168 | *Filed & Entered:* | 04/20/2018 | Transcript |

| | | | |
|---|---|---|---|
| | *Docket Text:* NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Jury Trial Proceedings Vol VIII of VIII as to Randall Keith Beane, Heather Ann Tucci-Jarraf held on 02/01/2018, before Judge Thomas A. Varlan. Court Reporter/Transcriber Rebekah Lockwood, Telephone number (865) 210-6698. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at http://www.tned.uscourts.gov/electronic-case-filing Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due **5/11/2018**. Redacted Transcript Deadline set for **5/21/2018**. Release of Transcript Restriction set for **7/19/2018**. (RML, ) | | |
| 161 | *Filed & Entered:* | 04/02/2018 | Mail Returned |
| | *Docket Text:* MAIL RETURNED as Undeliverable. re [158] Notice of Filing (JAN, ) Modified on 4/2/2018 (JAN, ). | | |
| 160 | *Filed & Entered:* | 03/30/2018 | Notice of Filing |
| | *Docket Text:* NOTICE OF FILING *of Declaration of Acceptance of Evidence and of Judgment and Order of Dismissal with Prejudice* as to Randall Keith Beane (McGrath, Stephen) | | |
| 158 | *Filed & Entered:* | 03/23/2018 | Order on Motion for Extension of Time to File |
| | *Docket Text:* ORDER granting [157] Motion for Extension of Time to File as to Heather Ann Tucci-Jarraf. Both defendants shall have up to May 7, 2018, to file any post-verdict motions under Rules 29 and 33. No further extensions for filing post-verdict motions will be granted in this case absent extraordinary circumstances. Signed by Chief District Judge Thomas A Varlan on March 23, 2018. Copies mailed to defendants. (RLK) | | |
| 152 | *Filed & Entered:* | 02/26/2018 | Order on Motion for Extension of Time to File |
| | *Docket Text:* ORDER granting both defendant Tucci-Jarrafs motion for an extension [Doc. [136] and defendant Beanes motion to adopt [Doc. [137]. Both defendants shall have up to March 30, 2018, to file any post-verdict motions under Rules 29 and 33. Signed by Chief District Judge Thomas A Varlan on February 26, 2018. (JAN, ) | | |
| 144 | *Filed & Entered:* | 02/23/2018 | Exhibit List (Court Proceedings ONLY) |
| | *Docket Text:* JERS Exhibit List for Jury Trial held January 23, 2018 through February 2, 2018 s to Randall Keith Beane and Heather Ann Tucci-Jarraf. Custody of Exhibits: All exhibits **returned** to the offering party pursuant to LR 43.3(b). (JAN, ) | | |
| 137 | *Filed & Entered:* | 02/16/2018 | Notice of Filing |
| | *Docket Text:* NOTICE OF FILING *Declaration Adopting Filings* as to Randall Keith Beane (McGrath, Stephen) | | |
| 135 | *Filed & Entered:* | 02/14/2018 | Notice of Filing |
| | *Docket Text:* NOTICE OF FILING *Declaration Adopting Praecipes and Filings and Declaration of Due Cause; Declaration of Due Cause* as to Randall Keith Beane (McGrath, Stephen) | | |
| 121 | *Filed & Entered:* | 02/05/2018 | Court Reporter Notes |
| | *Docket Text:* COURT REPORTER NOTES re Randall Keith Beane, Heather Ann Tucci-Jarraf filed by Rebekah Lockwood (865) 210-6698 of Jury Trial before Judge Thomas A. Varlan on 01/23/2018. In accordance with 28 U.S.C. Section 753(b), I certify that these original notes are a true and correct record of proceedings in the United States District Court for the Eastern District of TN before Judge Thomas A. Varlan on 01/23/2018. By s/ Rebekah Lockwood (865) 210-6698. (Court Reporter Notes are viewable by court staff only). (RML, ) | | |
| 122 | *Filed & Entered:* | 02/05/2018 | Court Reporter Notes |
| | *Docket Text:* COURT REPORTER NOTES re Randall Keith Beane, Heather Ann Tucci-Jarraf filed by Rebekah Lockwood (865) 210-6698 of Jury Trial before Judge Thomas A. Varlan on 01/24/2018. In | | |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff ) | No. 3:17-CR-82 |
| v. ) | |
| ) | VARLAN/SHIRLEY, USDJ/USMJ |
| RANDALL KEITH BEANE, and ) | |
| HEATHER ANN TUCCI-JARRAF ) | |
| Defendants ) | |

## NOTICE OF FILING

Defendant **RANDALL KEITH BEANE** hereby files due notice of DECLARATION OF ACCEPTANCE OF EVIDENCE AND OF JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE.

SIGNED:
March 30, 2018
Without prejudice,
I AM conscious

Original, Randall Keith Beane

Original Depository: Randall Keith Beane

-----BEGIN PGP SIGNATURE-----

iQEzBAABCAAdFiEEYNxyXk9F8lP7RgxEg3MFpIquBzUFAlq+NUoACgkQg3MFpIqu
BzXudAf+NJgGPx5/ZVoA7bhcWyGVubqSvqHzfJxHhWa9qZdEzquwQ44PtlmLguOa
yZ9EC6ZBznPYWCjcpi/A7j1dAmtJwq7ljTyHQn2MZ/+RxARoyLNSuv2C2fl2dgy2
AnAS5LvX3Zvv5lTt4QOUSiqWKEsLlfl0TVNUTTfuWxFzvihXWGB/bOXNJ8VqhcDV
Y8hDXuY6f5P/HmJ4SiLFJPiimLatoZjutRtCwRjnoBS7OtQz0BsYIuz1sSbBl5ECw
NenQjBRFjkMzxn4ZlifCMTRqcog9l/c+G5lqj9li0Pc89DliRZtFBlpDME81k0JX
TL6+wflhXl4udcR2BCzYtGMfoBSINQ==
=kDsA
-----END PGP SIGNATURE-----

### Certificate of Service

I certify, that on March 30, 2018 a true, accurate and complete scan of this original Notice and attached Original Instrument was caused to be filed and entered electronically. Notice of this filing will be sent by operation of the alleged court's electronic filing system to all alleged parties indicated on the electronic filing receipt. Alleged parties may access this filing through the alleged court's electronic filing system.

March 30, 2018
I AM conscious

Original, Randall Keith Beane

Original Depository: Randall Keith Beane