

EASTERN DISTRICT OF TENNESSEE
OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
800 MARKET ST., SUITE 130
KNOXVILLE, TENNESSEE 37902

OFFICIAL BUSINESS

Released
2/8/18

Bc 3354

Randall Keith Beane 52505-074
KNOX COUNTY
DETENTION FACILITY
5001 MALONEYVILLE ROAD
KNOXVILLE, TN

NIXIE    372    DE 1    0003/31/18
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 37902230336        *1259-11011-23-39*

KNOXVILLE TN 377
23 MAR '18
PM 3 L

neopost
03/23/2018
US POSTAGE $00.47⁰
ZIP 37902
041L11218262

FIRST-CLASS MAIL

APR 03 2018
U.S. District

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

FILED
2018 APR -2 P 12: 10
U.S. DISTRICT COURT
ASTERN DIST. TENN.
____DEPT CLERK

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) No.: 3:17-CR-82-TAV-DCP
)
RANDALL KEITH BEANE and )
HEATHER ANN TUCCI-JARRAF, )
)
Defendants. )

## ORDER

This criminal case is before the Court on defendant Heather Ann Tucci-Jarraf's second motion for an extension of time to file post-verdict motions [Doc. 157]. The Court previously granted both defendants an extension to March 30, 2018, to file motions for a judgment of acquittal and for a new trial and under Federal Rules of Criminal Procedure 29 and 33, respectively [Doc. 152]. Defendant Tucci-Jarraf now requests an additional extension of time until the second half of May to file such motions. In support, defendant Tucci-Jarraf submits that due to an administrative error by her counsel, the transcript of the jury trial will not be available for at least thirty more days. Her counsel will then require further time to review the transcript and prepare post-verdict motions.

Rule 45(b)(1)(A) authorizes the Court to extend a deadline for good cause when a party requests the extension before the original deadline expires. Here, the Court finds that good cause supports defendant Tucci-Jarraf's second request for an extension. The Court therefore **GRANTS** her motion for an extension [Doc. 157]. However, in light of the

Court's duty to efficiently manage its docket, the Court does not find an extension of time until late May to be necessary. Accordingly, both defendants shall have up to **May 7, 2018**, to file any post-verdict motions under Rules 29 and 33. No further extensions for filing post-verdict motions will be granted in this case absent extraordinary circumstances.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE