**\*DUE NOTICE\***

Notice to Principal is Notice to Agent
Notice to Agent is Notice to Principal
Reference:

## "UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:17-CR-82 |
| Plaintiff | ) | VARLAN/SHIRLEY |
| v. | ) | 3:17-cr-00082-TAV-CCS |
| | ) | 3:17-cr-00082-TAV-CCS-1 |
| RANDALL KEITH BEANE, and | ) | 3:17-cr-00082-TAV-CCS-2 |
| HEATHER ANN TUCCI-JARRAF | ) | 3:17-cr-00082-TAV-DCP |
| Defendants | ) | and all records therein, thereto and |
| | ) | therefrom." |

### DECLARATION OF ACCEPTANCE OF FILINGS

With full responsibility, accountability and liability, without prejudice, nunc pro tunc and praeterea preterea, I duly declare, validate and verify with sworn signature and seal that I am competent to make this declaration, for all to rely upon. I duly, declare, certify, verify and validate as follows:

**I. DECLARATION OF ACCEPTANCE OF EVIDENCE AND OF JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE**, Document 160, restated, inclusive of Documents 138, 139, 140, 141, 142, 143, 145, 146, 147, 148, 149, 150, 151, 153, 154, 155 and 156, all restated and incorporated by reference here as if set forth in full. Document 160 further duly restated in its entirety, for all to rely upon, inclusive of Original, Randall Keith Beane, nunc pro tunc, and praeterea preterea.

**II. Article I** above, restated and; **TESTIMONY OF PARKER STILL BEFORE THE GRAND JURY**, Document 173, and; **TRANSCRIPT OF REMOVAL HEARING BEFORE THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**, Document 174, and each of them, restated and incorporated by reference here as if set forth in full and all said records are duly accepted, as additional evidence of separate acts done by foreign agents, pursuant, in part, to praecipes #2 and #3, Doc 101.

**III. Article II** above, restated and **LIMITED DUE ACCEPTANCE FOR SOLE PURPOSE OF EVIDENCE OF ACTS DONE BY FOREIGN AGENTS AND FOREIGN ACTORS, INCLUDING BUT NOT LIMITED TO CORRUPTION, SUBVERSION, COLLUSION, FRAUD, TREASON, HUMAN TRAFFICKING,**

I AM conscious
Original, Randall Keith Beane

May 7, 2018   Original Depository: Randall Keith Beane

**SLAVERY, BREACH OF PEACE AND OTHER HUMAN RIGHTS ABUSES**, Document 175 and **\*FINAL NOTICE" STANDING PRAECIPE, DECLARATIONS OF DUE CAUSE [AND] FINAL COMMAND TO FORTHWITH COMPLY, AND WITH NOTICE OF INTENT TO ORDER FINAL CALL ON ALL LEDGERS, WITH IMMEDIATE CLOSURES**, Document 176, and each of them, all restated and incorporated by reference here as if set forth in full and all said records are duly accepted in their entirety as true, accurate and complete, for all to rely upon, inclusive of Original, Randall Keith Beane.

This Original Instrument is duly made, executed, issued, filed, served and noticed with duly sworn signature and seal specifically inclusive of specific and particular, unique, one-of-a-kind original energetic, magnetic, vibrational and frequential imprints of creation therein, thereof and thereto, as Original and by Original, also known by the appellation Randall Keith Beane, with full responsibility, accountability and liability, without prejudice, nunc pro tunc and praeterea preterea.

I duly re-certify, verify and validate with my full responsibility, accountability and liability that the foregoing, is true, accurate and complete, for all to rely upon.

May 5, 2018

-----BEGIN PGP SIGNATURE-----

iQEzBAABCAAdFiEEYNxyXk9F81P7RgxEg3MFpIquBzUFAlrw4QoACgkQg3MFpIqu
BzXKNAf+Nh5Aq4gVQ8Wy76IWow+1kwYaJwF2zLthe0afvItlr67L19C6mJdIIPxx
ps7JAYfDA1Kh0j1LjBDg35qthp0p8xc7/TUaekg5sKxlXDV2Q25XSbXAn6qW1CF2
oBlqCGnie2D3yWbMEPc/Hm66xgGRNuz2tHOBxmYCivwTB+A4sCfGuCUqQjgJAyds
K9v8Ki5jX29pM7rlMYE1kN/BdbT5AUaISD+7u8KE5dwyjRHRQ+kbA7Kkqkj2MjMd
gduYRAlhKJzdDok79P8eXx0773u1vdvceZQ86Hl65OEwPxo4yic5xsYXtTVO3FR+
Erc58koF/dn+ch1s1izlFbLh0MG50Q==
=IY+7

-----END PGP SIGNATURE-----

I AM conscious

Original, Randall Keith Beane

Original Depository: Randall Keith Beane

I AM conscious

Original, Randall Keith Beane

May 7, 2018  Original Depository: Randall Keith Beane

## Certificate Of Service

I certify, that on May 7, 2018 a true, accurate and complete scan of this original instrument was caused to be filed and entered electronically. Notice of this filing will be sent by operation of the alleged court's electronic filing system to all alleged parties indicated on the electronic filing receipt. Alleged parties may access this filing through the alleged court's electronic filing system.

May 7, 2018
Without prejudice,

I AM conscious
Original, Randall Keith Beane

Original Depository: Randall Keith Beane

-----BEGIN PGP SIGNATURE-----

iQEzBAABCAAdFiEEYNxyXk9F81P7RgxEg3MFpIquBzUFAlrw4QoACgkQg3MFpIqu
BzXKNAf+Nh5Aq4gVQ8Wy76lWow+1kwYaJwF2zLthe0afvItIr67L19C6mJdIlPxx
ps7JAYfDA1Kh0j1LjBDg35qthp0p8xc7/TUaekg5sKxlXDV2Q25XSbXAn6qW1CF2
oBlqCGnie2D3yWbMEPc/Hm66xgGRNuz2tHOBxmYCivwTB+A4sCfGuCUqQjgJAyds
K9v8Ki5jX29pM7rlMYE1kN/BdbT5AUaISD+7u8KE5dwyjRHRQ+kbA7Kkqkj2MjMd
gduYRAlhKJzdDok79P8eXx0773u1vdvccZQ86Hl65OEwPxo4yic5xsYXtTVO3FR+
Erc58koF/dn+eh1s1izlFbLh0MG50Q==
=IY+7
-----END PGP SIGNATURE-----