IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| v. | ) | No. | 3:17-CR-82 |
| | ) | | |
| RANDALL KEITH BEANE | ) | (VARLAN/SHIRLEY) | |

**NOTICE OF WITHDRAWAL OF INTENT TO REQUEST REDACTION**

COMES the Defendant Randall Keith Beane, through his elbow counsel, and gives Notice that he is withdrawing his Notice that a Request to Redact the Transcript of the jury trial (Doc. Nos. 168, 167, 166, 165, 164, 163, 162, 159) will happen. Mr. Beane has spoken with his elbow counsel and has decided that he will not request any redactions of the transcripts.

Respectfully submitted this 10th day of May, 2018.

                                                          s/Stephen G. McGrath
                                                          Stephen G. McGrath
                                                          BPR 025973
                                                          9111 Cross Park Drive
                                                          Suite D200
                                                          Knoxville, TN 37923
                                                          Phone: (865) 540-8871
                                                          Fax: (865) 540-8866
                                                          "Elbow Counsel" for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of this document has been served upon counsel for all parties of record in this case via this Court's electronic filing system on this 10th day of May, 2018.

                                                          s/Stephen G. McGrath
                                                          Stephen G. McGrath