```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF TENNESSEE
                       AT KNOXVILLE
_____
                              )
UNITED STATES OF AMERICA,     )
                              )
        Plaintiff,            )
                              )
vs.                           )   Case No.:  3:17-CR-82
                              )
RANDALL KEITH BEANE AND       )
HEATHER ANN TUCCI-JARRAF,     )
                              )
        Defendants.           )
_____)
```

**DEFENDANT BEANE'S OPENING STATEMENT**

**EXCERPT OF JURY TRIAL PROCEEDINGS
BEFORE THE HONORABLE THOMAS A. VARLAN**

**January 26, 2018
2:55 p.m. to 2:56 p.m.**

**APPEARANCES:**

**FOR THE PLAINTIFF:**            CYNTHIA F. DAVIDSON, ESQUIRE
                                  ANNE-MARIE SVOLTO, ESQUIRE
                                  Assistant United States Attorney
                                  United States Department of Justice
                                  Office of the United States Attorney
                                  800 Market Street
                                  Suite 211
                                  Knoxville, Tennessee 37902

**FOR THE DEFENDANT:**            RANDALL KEITH BEANE, PRO SE
**RANDALL BEANE**                 Blount County Detention Center
                                  920 East Lamar Alexander Parkway
                                  Maryville, Tennessee 37904

**FOR THE DEFENDANT:**            STEPHEN G. McGRATH, ESQUIRE
(As Elbow Counsel)                9111 Cross Park Drive
                                  Suite D-200
                                  Knoxville, Tennessee 37923

**REPORTED BY:**
Rebekah M. Lockwood, RPR, CRR
Official Court Reporter
(865) 210-6698
P.O. Box 1823

**APPEARANCES (CONTINUED):**

**FOR THE DEFENDANT:** HEATHER ANN TUCCI-JARRAF, PRO SE
**HEATHER ANN** 105 Orchard Lane
**TUCCI-JARRAF** Oak Ridge, Tennessee 37830

**FOR THE DEFENDANT:** FRANCIS LLOYD, ESQUIRE
(As Elbow Counsel) 9111 Cross Park Drive
Suite D-200
Knoxville, Tennessee 37923

**REPORTED BY:**
Rebekah M. Lockwood, RPR, CRR
Official Court Reporter
(865) 210-6698
P.O. Box 1823

Opening Statement by Mr. Beane

1       (Excerpt of proceedings.)

2       (In the presence of the jury.)

3              MR. BEANE:  Good afternoon.

4       I chose to represent -- or I want to call it present

5  myself to you, because I felt like that would be the most

6  original way for you to see the intentions here, whether

7  they're of good character or bad character as the Court has so

8  perfectly done a job of painting a picture.

9              And that's the way I wanted you to see this today, is

10  you're looking at a picture.  You're sitting there seeing a

11  picture in this courtroom in your mind's eye of things that are

12  being painted by words that are said and by people's actions.

13             And I wanted to kind of relate to what I thought of

14  was, if you're looking at a TV, and all of the sudden, the

15  picture becomes pixilated, that means that data is being messed

16  up, you're not getting the complete data to see the clear

17  picture.

18             And so I want you to understand that there's a very

19  pixilated picture going on in this courtroom.  And I hope that

20  by the time I'm done giving my testimony that you understand

21  that there's a different picture than what's been painted in

22  this courtroom.

23             Thank you.

24       (Excerpt of proceedings concluded.)

25

UNITED STATES DISTRICT COURT

**CERTIFICATE OF REPORTER**

STATE OF TENNESSEE

COUNTY OF KNOX

        I, Rebekah M. Lockwood, RPR, CRR, do hereby certify that I was authorized to and did stenographically report the foregoing excerpt of proceedings; and that the foregoing pages constitute a true and complete computer-aided transcription of my original stenographic notes to the best of my knowledge, skill, and ability.

    I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorneys or counsel connected with the action, nor am I financially interested in the action.

    IN WITNESS WHEREOF, I have hereunto set my hand at Knoxville, Knox County, Tennessee this 17th day of May, 2018.

_____
REBEKAH M. LOCKWOOD, RPR, CRR
Official Court Reporter
United States District Court
Eastern District of Tennessee