June 11, 2018

Debrah C. Poplin, Clerk of the Court
Thomas A. Varlan, District Judge
C. Clifford Shirley, Jr. Magistrate Judge
800 Market St.
Suite 130
Knoxville, Tennessee 37902

Dear Clerk Poplin, Judge Varlan and Judge Shirley:

I have just finished reading the letter written to you on June 1st by the Robinson Family about the case of United States of America vs. Randall Keith Beane and Heather Ann Tucci-Jarraf.

I don't have detailed information about this case. But it appears that there is exculpatory evidence being withheld that legally should be turned over to the jurors, to Mr. Beane, to Mrs. Tucci-Jarraf and to the Court for review.

The prosecution should do this without delay. Otherwise, a grave injustice may be done toward innocent lives.

Respectfully,

John A. Moss
Ordained Methodist minister
7 Cranberry Lane
Easthampton, MA 01027



John A. Moss
7 Cranberry Ln
Easthampton, MA 01027



Deborah C. Poplin, Clerk of the Court
Thomas A. Varlan, District Judge
C. Clifford Shirley, Jr. Magistrate Judge
800 Market St.
Suite 130
Knoxville, Tennessee 37902

INSPECTED

RECEIVED
JUN 15 2018
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville