Lisa M. Shannon
10535 Huntington Estates Drive
Houston, Texas 77099



FILED

2018 JUN 18 P 1:11

U.S. DISTRICT COURT
EASTERN DIST. TENN.

June 14, 2018

USPS PRIORITY MAIL EXPRESS
EL 501902583 US

Thomas A. Varlan, Chief USDJ
C. Clifford Shirley, Jr., USMJ
Debrah C. Poplin, USMJ
John L. Medearis, Clerk of Court
United States District Court
Eastern District of Tennessee at Knoxville
800 Market Street
Suite 130
Knoxville, Tennessee 37902

RE:  3:17-CR-82-TAV-DCP
3: 17-CR-82-TAV-CCS
3:17-CR-82-TAV-CCS-1
3:17-CR-82-TAV-CCS-2
UNITED STATES OF AMERICA – Plaintiff v.
RANDALL KEITH BEANE,  and HEATHER ANN TUCCI-JARRAF - Defendants

Dear Judge Varlan, Judge Shirley, Judge Poplin and Clerk Medearis,

I write this letter as a NOTICE OF OPPOSITION to any sentencing and continued detention of Randall Keith Beane and Heather Ann Tucci-Jarraf in the above referenced case.

Randall Keith Beane and Heather Ann Tucci-Jarraf DID NOT COMMIT any act of laundering of monetary instruments as is alleged in the indictment (charge, allegation, accusation) in this case.
Here is an excerpt U.S. Code § 1956 – cited in the indictment:

*18 U.S. Code § 1956 - Laundering of monetary instruments (Excerpt)*
*US Code*

*(a)*

*(1) Whoever, knowing that the property involved in a financial transaction represents the proceeds of some form of unlawful activity, conducts or attempts to conduct such a financial transaction which in fact involves the proceeds of specified unlawful activity—*

*(A)*

*(i) with the intent to promote the carrying on of specified unlawful activity; or*

*(ii) with intent to engage in conduct constituting a violation of section 7201 or 7206 of the Internal Revenue Code of 1986; or*

*(B) knowing that the transaction is designed in whole or in part—*

*(i) to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity; or*

*(ii) to avoid a transaction reporting requirement under State or Federal law,*

*shall be sentenced to a fine of not more than $500,000 or twice the value of the property involved in the transaction, whichever is greater, or imprisonment for not more than twenty years, or both. For purposes of this paragraph, a financial transaction shall be considered to be one involving the proceeds of specified unlawful activity if it is part of a set of parallel or dependent transactions, any one of which involves the proceeds of specified unlawful activity, and all of which are part of a single plan or arrangement.*

*(2) Whoever transports, transmits, or transfers, or attempts to transport, transmit, or transfer a monetary instrument or funds from a place in the United States to or through a place outside the United States or to a place in the United States from or through a place outside the United States—*

*(A) with the intent to promote the carrying on of specified unlawful activity; or*

*(B) knowing that the monetary instrument or funds involved in the transportation, transmission, or transfer represent the proceeds of some form of unlawful activity and knowing that such transportation, transmission, or transfer is designed in whole or in part—*

*(i) to conceal or disguise the nature, the location, the source, the ownership, or the control of the proceeds of specified unlawful activity; or*

*(ii) to avoid a transaction reporting requirement under State or Federal law,*

*shall be sentenced to a fine of not more than $500,000 or twice the value of the monetary instrument or funds involved in the transportation, transmission, or transfer, whichever is greater, or imprisonment for not more than twenty years, or both. For the purpose of the offense described in subparagraph (B), the defendant's knowledge may be established by proof that a law enforcement officer represented the matter specified in subparagraph (B) as true, and the defendant's subsequent statements or actions indicate that the defendant believed such representations to be true.*

*(3) Whoever, with the intent—*

*(A) to promote the carrying on of specified unlawful activity;*

*(B) to conceal or disguise the nature, location, source, ownership, or control of property believed to be the proceeds of specified unlawful activity; or*

*(C) to avoid a transaction reporting requirement under State or Federal law,*

*conducts or attempts to conduct a financial transaction involving property represented to be the proceeds of specified unlawful activity, or property used to conduct or facilitate specified unlawful activity, shall*

*be fined under this title or imprisoned for not more than 20 years, or both. For purposes of this paragraph and paragraph (2), the term "represented" means any representation made by a law enforcement officer or by another person at the direction of, or with the approval of, a Federal official authorized to investigate or prosecute violations of this section.*

Randall Keith Beane and Heather Ann Tucci-Jarraf DID NOT COMMIT any act of fraud by wire, radio or television as is alleged in the indictment (charge, allegation, accusation) in this case. Here is
18 U.S. Code § 1343 – cited in the indictment:

*18 U.S. Code § 1343 - Fraud by wire, radio, or television*
*US Code*

*Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122)), or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.*

I know Heather Ann Tucci-Jarraf personally as well as her beautiful family (husband and four minor children). I did not know Randy Beane until the events referenced in the above case unfolded. I have since come to know Randy and only through very limited emails and phone calls while he was/is being transferred to/held in various prison facilities since July 11, 2017. In my getting to know Randy, I have nothing but gratitude for his steadfastness in his pursuit to live in joy and help others to do the same and for the genuine loving being that he is.

I have the greatest admiration for Heather. Heather has more integrity than any other being I personally know and her reason for being is to do whatever is needed to bring about the highest good for all on this beautiful planet. Heather knew that the task she took upon herself to do – 2 decades ago – would not be an easy one. She was/is aware of the ingrained beliefs that have been firmly fixed or established for ages. She also knew and trusted by her investigations and experience, that the task she took about to complete was for the highest good of ALL Beings on this planet. And even though she was fully aware that that which she chose to undertake would be a difficult one, she also trusted and knew

that the inevitable transparency and exposing, being revealed daily now, of the systemic corruption in ALL systems orchestrating/manipulating the lively hoods of all peoples, would come to light. Heather, as well as many others in many different systems, have taken full responsibility, liability and accountability to bring Truth to the forefront. And although she was aware that her steadfast commitment to this task – of exposing the fraud in the financial systems and the use of the tool of 'money/value/currency' that pervades the entire global operations – may result in her experiencing harsh and inhumane treatment during the course – she has NEVER WAIVERED in her Love for even those who may/would attempt to cause her harm. ALL people/beings are deposited into physical life experience by God, Creator, the Source of All That Is – All Equal and All Equally Invaluable.

In an interview with AIP (All Is Possible), Judge Shirley stated this:

" You can't understand things unless you have experienced them – you think you know – and you don't know people until you are in relationship with them."

I feel the same as Judge Shirley stated.

Here is just a brief set of facts about Heather:

**Education**
Gonzaga School Of Law
J.D., 1996-1999.
Internships: Spokane Superior Court Justice Gregory Sypolt, 1997-1999, including case and legal theory and analysis, brief analysis, and writing court opinions; Inns of Court (City of London); Spokane City Prosecutors, 1997. National Trial Team, Regional Champions.

University Of Puget Sound
Bachelors in Accounting, 1991-1995.

University Women's Volleyball Team, National Champions 1993.
Bellarmine Prepatory High School
Graduate, 1991.

**Languages Spoken**: English, Italian, and French.

Years of multi-cultural evaluations, psychological profiling, forensic audits and investigations, immersions, and cultural-difference problem solving and support services in all fields of interest.

**American And Wa Bar Association, Attorney: 2000-2011 (Wsba #30281).**

**United States Volleyball Association (Usvba): 8 Years.**

**Community Service**: Lifetime, complete emphasis on fundraising and marketing.

Judge Varlan, you took an Oath of Office on November 6, 2012, administered by then Justice Scalia, for the fiduciary position in which you now stand. I do not have the text of your swearing in event yet, here is an Oath of Office for the State of Tennessee commonly used by state officials:

*"I, do solemnly swear, that I will support the Constitution of the United States , that I will administer justice without respect of persons, and that I will faithfully and properly discharge all of the duties incumbent on me...to the best of my skill and ability, so help me God."*

"Do you swear to tell the truth, the whole truth and nothing but the truth?"

This question – before any proceedings occur in a case – is asked of any who will make statements upon appearance in a court room/trial setting – before the proceedings commence.

As is quite transparent, since Randall Keith Beane and Heather Ann Tucci-Jarraf were 'arrested', the demand for Randy and Heather's attestations to swear to tell the Truth, The Whole Truth and Nothing But The Truth" was NOT ALLOWED. In fact and truth, it was Ordered that specific and particular documentation and statements regarding Heather's prior investigations and work – which is the Crux of this issue at hand – be excluded from these proceedings. These proceedings therefore have been skewed and distorted from the onset.

The indictments of Randy and Heather were based upon Affidavits of Truth issued by various beings. Yet, the Affidavits issued by Randy and Heather – prior to their 'arrests' and continual detention since that time – without even foreknowing that they would experience this event – were deemed not valid, inconsequential, frivolous. In fact, the entire discussion that took place during proceedings with Judge Shirley on October 17, 2017 did not have a jury present to hear or see and be made aware of and fully informed of the investigations undertaken since 2009 and the ultimate findings of those investigations.

Are not those who have made allegations and who sit in seats of 'authority' and demand and impose upon/expect the truth, the whole truth and nothing but the truth, by those rejecting the allegations, not held to the same standards?

**Certiorari**, Petition for **Writ of Certiorari. Certiorari. Certiorari** is a Latin word meaning "to be informed of, or to be made certain in regard to". It is also the name given to certain appellate proceedings for re-examination of actions of a trial court, or inferior appeals court.

When the whole, complete and absolute truth is not presented, their can be no true justice.

## Brady Rule

*The Brady Rule, named after Brady v. Maryland, 373 U.S. 83 (1963), requires prosecutors to disclose materially exculpatory evidence in the government's possession to the defense. A "Brady material" or evidence the prosecutor is required to disclose under this rule includes any evidence favorable to the accused--evidence that goes towards negating a defendant's guilt, that would reduce a defendant's potential sentence, or evidence going to the credibility of a witness.*

*If the prosecution does not disclose material exculpatory evidence under this rule, and prejudice has ensued, the evidence will be suppressed. The evidence will be suppressed regardless of whether the prosecutor knew the evidence was in his or her possession, or whether or not the prosecutor intentionally or inadvertently withheld the evidence from the defense.*

*Further, in cases subsequent to Brady, the Supreme Court has eliminated the requirement for a defendant to have requested a favorable information, stating that the Prosecution has a constitutional duty to disclose, that is triggered by the potential impact of favorable but undisclosed evidence See Kyles v. Whitley 514 U.S. 419, 434 (1955); United States. v. Bagley, 473 U.S. 667 (1985).*

*The defendant bears the burden to prove that the undisclosed evidence was both material and favorable. In other words, the defendant must prove that there is a "reasonable probability" that the outcome of the trial would have been different, had the evidence been disclosed by the prosecutor. See Kyles, 514 U.S. at 433 (1955). Bagles and Kyles Court further defined the "materiality" standard, outlining the four aspects of materiality. First, the "reasonable probability" of a different result is not a question of whether the defendant would more likely than not have received a different verdict with the evidence, but whether the government's evidentiary suppression undermines the confidence in the outcome of the trial. The second aspect is that it is not a sufficiency of evidence test, and the defendant only has to show that the favorable evidence could reasonably be taken to put the whole case in such a different light as to undermine the confidence in the verdict. Third aspect is that there is no need for a harmless error review, because a Brady violation, by definition, could not be treated as a harmless error. Fourth and final aspect of materiality the Kyles Court stressed was that the*

*suppressed evidence must be considered collective, not item by item, looking at the cumulative effect to determine whether a reasonable probability is reached. See Kyles, 514 U.S. at 433-438.*

On January 18, 2018, Judge Gloria M. Navarro , Chief Judge US District Court of Nevada, issued a JUDGEMENT OF DISMISAL WITH PREJUDICE in the lengthy case of the UNITED STATES OF AMERICA v CLIVEN, RYAN AND AMMON BUNDY AND RYAN PAYNE as a result of the exculpatory evidence revealed which was not allowed to be presented during the proceedings. I will not go into detail on the corruption that was uncovered by those acting on behalf of Agencies of the UNITED STATES OF AMERICA. It is public record.

And most recently, in UNITED STATES OF AMERICA v. MICHAEL T. FLYNN, February 16, 2018, Emmet G. Sullivan, USDJ for the District of Columbia, pursuant to Brady v. Maryland, 373 U.S. 83 (1963), Ordered the UNITED STATES OF AMERICA to produce all exculpatory evidence.

In both of the above cases, the producing of exculpatory evidence did change the outcome – to the favor of the alleged defendants.

Here are just some facts personally known and/or witnessed by me, relevant to this case , now before you:

a) Randall Keith Beane was arrested on July 11, 2017 at approximately 1:00 – 1:30 pm EDT with no Warrant being provided as no warrant had been issued.

b) On July 11, 2017,the coach purchased by Randall Keith Beane was immediately seized and driven to an undisclosed location with no warrant. The Warrant for Seizure of the coach was not issued until Jul 18, 2017 – signed by Judge Shirley.

c) A filed document in the records of MIKE HAMMOND,CLERK – GENERAL SESSIONS COURT KNOXVILLE TENNESSE on July 14, 2017 provides the following:

In a sworn affidavit, Leah R. Spoone – IDN 1281829 – stated she came into contact with Randy on July 12, 2017 at 05:30 at 5001 Maloneyville Road and that Randy did knowingly and willingly flee from Colorado to Knoxville, TN, to avoid prosecution for Failure to Appear. Although there is no signature for LEAH R. SPOONE, Affiant, DUSTIN SEAN DUNHAM, Magistrate, set his signature attesting that this was "Personally sworn and subscribed by the affiant before me this 12[th] day of July, 2017 - and thereby issuing Arrest Warrant @ 1202006.

THE STATEMENTS MADE IN THE LEAH R. SPOONE SWORN AFFIDAVIT ARE/WERE ABSOLUTELY FALSE.

d) Also filed in the records of MIKE HAMMOND CLERK is another sworn Affidavit – this time by a SARA ANDERSEN – IDN 1291214 who attested that she came into contact with Randy at 5001 Maloneyville on Thursday, July 13, 2017 @ 23:10 and that Randy did knowingly and willingly flee from South Carolina to Knoxville TN, to avoid arrest for Failure to Appear. Although there is no signature for SARA ANDERSEN, Affiant, CHRIS ROWE, Magistrate, set his signature attesting that this was "Personally sworn to and subscribed by the affiant before me this 13th day of July, 2017 – and thereby issuing Arrest Warrant 1202373.

THE STATEMENTS MADE IN THE SARA ANDERSEN SWORN AFFIDAVIT ARE/WERE ABSOLUTELY FALSE.

e) On July 11, 2017 in an email communication with Parker Still, True Brown (Director, Financial Crimes Investigation of EFSM/ECG USAA) wrote this:

*'In regard to our member, Randall K Beane; the acquisition of the CDs; the member entered the routing number for the Federal Reserve Bank on NY and then for the account number entered his SSN (with one digit altered). The member's correct SSN per USAA records and confirmed with open source credit reports was 243-three nine-1135; entered on the funding instructions for the CDs was account 244threeninell35.'*

THE STATEMENT MADE BY TRUE BROWN IS FALSE. Randy DID NOT ALTER HIS SOCIAL SECURITY NUMBER in any referenced transaction.

f) Heather and Randy were made aware of a video made, published by a man named Harvey Dent, seen by thousands of people, and advising and illustrating accessing a 'secret Social Security Trust Account' by which to pay one's bills. Tens of thousands of people, using their actual Social Security Numbers, also went through this process.

I, too, went through this process using my actual Social Security Number and the transactions were successful – until they were simply reversed – without prior notification.

Here below is actual proof that that no alterations of Social Security Numbers were required to successfully effectuate transactions. This screen shot was taken fully displaying my social security number – NO ALTERATIONS.

Nationstar

**ROUTING NUMBER**

031000040

Federal Reserve Bank Of Philadelphia

LOAN: #635353949 >

**ACCOUNT NUMBER**

437270101

**CONFIRM ACCOUNT NUMBER**

437270101|

- OVERVIEW
- PAYMENTS
- STATEMENTS
- ESCROW
- SUPPORT

## 4. REVIEW YOUR PAYMENT

DATE:     07/05/2017

AMOUNT:  '65,355.21

METHOD:  Checking Account ending in 0101

SUBMIT PAYMENT

Here below is one of the payment confirmations from Nationstar using the personal data I entered as above.

*PAYMENT DETAILS*
*CONFIRMATION*
*NUMBER*
*59670247*
*TOTAL PAYMENT*
*4,582.79*
*DATE*
*07/05/2017*
*ACCOUNT*
*****0101 Checking*
*Federal Reserve Bank Of*
*Philadelphia*

*Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When we receive a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence as provided for in your Mortgage or Deed of Trust. This sequence is applied in this order: principal amounts that are due, escrow, and then to fees and charges that have been assessed to your account. Once this sequence has been satisfied, we will apply the amount to your account as you requested on the previous page.*

MONTHLY PAYMENT 1,087.41
FEES 1,223.23
LENDER PAID EXPENSES 2,272.15
TOTAL PAYMENT 4,582.79
PAYMENT BREAKDOWN
The details of your payment were sent to your email: LISA_SHANNON@SBCGLOBAL.NET
If you need any assistance, call us 888-480-2432.
Please print and retain a copy of this confirmation for your records.
Your payment submitted successfully


I provide the following, just a few previously accepted 'Truths' that were declared by those
in positions of power and by which our lives have been impacted that were subsequently
revealed as Non Truths. And generally, those who challenge or question the 'Truth' that is
purveyed by any power or authority, have in fact and truth been ridiculed, imprisoned,
maimed , tortured, isolated, property and possessions confiscated and even killed –
including doing harm to family members, friends and loved ones.


**Business Insider (excerpts)**
**Paul Szoldra, We Are The Mighty**
**Jun. 16, 2015, 4:48 PM 115,559**


**5 US national security-related conspiracy theories that turned out to be true**

Take off your tin-foil hats for a second, because sometimes an insane-sounding conspiracy theory
actually turns out to be true.

From the government making up an enemy attack to justify war to "mind control" experiments, some
stories are hard to believe until declassified documents or investigations prove they actually happened.

Here are five of the wildest former conspiracy theories we found:

**1. The US Navy fired on North Vietnamese torpedo boats that weren't even there.**
On the night of Aug. 4, 1965, the USS Maddox engaged against hostile North Vietnamese torpedo
boats following an unprovoked attack. The only problem: there were no torpedo boats. Or an attack.

The Maddox fired at nothing, but the incident was used as a justification to further escalate the conflict
in Vietnam.

President Lyndon Johnson reported that at least two of the enemy boats were sunk, and American media outlets backed up that story in numerous articles. But conspiracy theorists thought it looked a lot like a "false flag" attack. They were right, according to the National Security Agency's own declassified documents. Others who were present, including James Stockdale — a Navy pilot who would later receive the Medal of Honor — disputed the official account:

'I had the best seat in the house to watch that event, and our destroyers were just shooting at phantom targets — there were no PT boats there … There was nothing there but black water and American fire power.'

Even LBJ wasn't convinced: "For all I know, our Navy was shooting at whales out there."

## 2. The FBI infiltrated, surveilled, and tried to discredit American political groups it deemed "subversive."

When it wasn't investigating crimes, the Federal Bureau of Investigation under Director J. Edgar Hoover kept busy trying to suppress the spread of communism in the Unites States. Under a secret program called COINTELPRO (counter-intelligence program), the FBI harassed numerous political groups and turned many of its members completely paranoid.

Though they could never be sure, many activists suspected the FBI was watching them. And the Bureau was able to mess with groups it didn't like and influence what they did.
From the book "The United States of Paranoia" by Jesse Walker:

Under COINTELPRO, FBI agents infiltrated political groups and spread rumors that loyal members were the real infiltrators. They tried to get targets fired from their jobs, and they tried to break up the targets' marriages. They published deliberately inflammatory literature in the names of the organizations they wanted to discredit, and they drove wedges between groups that might otherwise be allied. In Baltimore, the FBI's operatives in the Black Panther Party were instructed to denounce Students for a Democratic Society as "a cowardly, honky group" who wanted to exploit the Panthers by giving them all the violent, dangerous "dirty work." The operation was apparently successful: In August 1969, just five months after the initial instructions went out, the Baltimore FBI reported that the local Panther branch had ordered its members not to associate with SDS members or attend any SDS events.

It wasn't only communist or left-leaning organizations. The FBI's list of targets included the Civil Rights movement, and public enemy number one was Dr. Martin Luther King. Agents bugged his hotel rooms, followed him, tried to break up his marriage, and at one point even sent him an anonymous letter trying to get him to commit suicide.

It would've been just a whacky conspiracy theory from a bunch of paranoid leftists that no one would've believed. But the conspiracy theorists — a group of eight anti-war activists — broke into an FBI field office in 1971 and found a trove of documents that exposed the program.

**3. US military leaders had a plan to kill innocent people and blame it all on Cuba.**

Sitting just 90 miles from the Florida coast and considered a serious threat during Cold War, communist Cuba under its leader Fidel Castro was a problem for the United States. The US tried to oust Castro during the Bay of Pigs invasion of 1961, but the operation failed. So the generals went back to the drawing board and came up with an unbelievable plan called Operation Northwoods.

The plans had the written approval of all of the Joint Chiefs of Staff and were presented to President Kennedy's defense secretary, Robert McNamara, in March 1962. But they apparently were rejected by the civilian leadership and have gone undisclosed for nearly 40 years.

"These were Joint Chiefs of Staff documents. The reason these were held secret for so long is the Joint Chiefs never wanted to give these up because they were so embarrassing," Bamford told ABCNEWS.com.

What were the "embarrassing" plans? There were ideas for lobbing mortars into Guantanamo naval base, in addition to blowing up some of the aircraft or ammunition there. Then there was another idea floated to blow up a ship in its harbor. But these were timid compared to other plans that came later in a top secret paper:

We could develop a Communist Cuba terror campaign in the Miami area, in other Florida cities and even in Washington ... We could sink a boatload of Cubans enroute to Florida (real or simulated) ... Exploding a few plastic bombs in carefully chosen spots, the arrest of Cuban agents and the release of prepared documents substantiating Cuban involvement also would be helpful in projecting the idea of an irresponsible government.

The paper went on to describe in detail other plans for possibly hijacking or shooting down a "drone" airliner made to look like it was carrying civilian passengers, or faking a shoot-down of a US Air Force jet over international waters to blame Cuba.

**4. The CIA recruited top American journalists to spread propaganda in the media and gather intelligence.**

Started in the 1950s amid the backdrop of the Cold War, the Central Intelligence Agency approached leading American journalists in an attempt to influence public opinion and gather intelligence. The program, called Operation Mockingbird, went on for nearly three decades.

*From journalist Carl Bernstein, writing in Rolling Stone in 1977:*

*Some of these journalists' relationships with the Agency were tacit; some were explicit. There was cooperation, accommodation and overlap. Journalists provided a full range of clandestine services — from simple intelligence-gathering to serving as go⬚betweens with spies in Communist countries. Reporters shared their notebooks with the CIA. Editors shared their staffs. Some of the journalists were Pulitzer Prize winners, distinguished reporters who considered themselves ambassadors without⬚portfolio for their country. Most were less exalted: foreign correspondents who found that their association with the Agency helped their work; stringers and freelancers who were as interested in the derring⬚do of the spy business as in filing articles; and, the smallest category, full⬚time CIA employees masquerading as journalists abroad. In many instances, CIA documents show, journalists were engaged to perform tasks for the CIA with the consent of the managements of America's leading news organizations.*

*The Church Committee exposed much of the program, with a full report from Congress stating: "The CIA currently maintains a network of several hundred foreign individuals around the world who provide intelligence for the CIA and at times attempt to influence opinion through the use of covert propaganda.*

*These individuals provide the CIA with direct access to a large number of newspapers and periodicals, scores of press services and news agencies, radio and television stations, commercial book publishers, and other foreign media outlets."*

**5. The CIA conducted "mind control" experiments on unwitting US and Canadian citizens, some of which were lethal.**

*Perhaps one of the most shocking conspiracy theories that turned out to be true was a CIA program called MKUltra, which had the stated goal of developing biological and chemical weapons capability during the Cold War, according to Gizmodo. But it ballooned into a larger program that encompassed research (via Today I Found Out):*

*which will promote the intoxicating affect of alcohol;*
*which will render the induction of hypnosis easier or otherwise enhance its usefulness;*
*which will enhance the ability of individuals to withstand privation, torture and coercion during interrogation and so called "brain-washing;"*
*which will produce amnesia for events preceding and during their use;*
*[which will produce] shock and confusion over extended periods of time and capable of surreptitious use; and*
*which will produce physical disablement such as paralysis of the legs, acute anemia, etc.*

*During the program, the CIA established front companies to work with more than 80 institutions, such as hospitals, prisons, and universities. With these partnerships in place, the agency then ran experiments on subjects using drugs, hypnosis, and verbal and physical abuse. At least two American deaths can be attributed to this program, according to the Church Committee.*

*Though the Church Committee uncovered much of this shocking program, many of the top secret files were ordered destroyed in 1973 by CIA Director Richard Helms.*

It took more than fifty (50) years for the actual facts of the Vietnam War to be brought to the people's awareness with NSA declassified documents showing that *made* "SIGINT fit the claim" by President Johnson.

The Roman Inquisition tried Galileo in 1633 and found him "vehemently suspect of heresy", sentencing him to indefinite imprisonment. Galileo was kept under house arrest until his death in 1642. More than 350 years after the Roman Catholic Church condemned Galileo, Pope John Paul II attempted to rectify one of the Church's most infamous wrongs -- the persecution of the Italian astronomer and physicist for proving the Earth moves around the Sun.

The dispute between the Church and Galileo has long stood as one of history's great emblems of conflict between reason and dogma, science and faith. The Vatican's formal acknowledgement of an error, moreover, is a rarity in an institution built over centuries on the belief that the Church is the final arbiter in matters of faith.

Now – regarding the Federal Reserve – here is information and data known to be factual and true:

*(Excerpts from an article courtesy of the Economic Collapse Blog)*

*Our last post, "It Is Now Mathematically Impossible To Pay Off The U.S. National Debt", has created a ton of controversy and has generated over 100 comments so far. Much of the discussion has been about the role of the Federal Reserve and how they create money and debt. The truth is that the Federal Reserve system is a very complex subject that is very difficult to get a handle on. One thing that the Federal Reserve is NOT is a government agency. In fact, it is about as "federal" as Federal Express. It is a private central bank designed to make money for the people who created it. In fact, the Federal Reserve was the culmination of an effort by the international banking elite to force a permanent private central bank on the American people that began all the way back during the days of our Founding Fathers.*

But don't just take our word for it. The following are famous quotes about the Federal Reserve and central banking from past presidents, congressmen and other notable historical figures....

"Most Americans have no real understanding of the operation of the international money lenders. The accounts of the Federal Reserve System have never been audited. It operates outside the control of Congress and manipulates the credit of the United States."
-Sen. Barry Goldwater

It is well that the people of the nation do not understand our banking and monetary system, for if they did, I believe there would be a revolution before tomorrow morning."
-Henry Ford

"The regional Federal Reserve banks are not government agencies. ...but are independent, privately owned and locally controlled corporations."
-Lewis vs. United States, 680 F. 2d 1239 9th Circuit 1982

"The Federal Reserve banks are one of the most corrupt institutions the world has ever seen. There is not a man within the sound of my voice who does not know that this nation is run by the International bankers."
-Congressman Louis T. McFadden

"The real truth of the matter is, as you and I know, that a financial element in the large centers has owned the government of the U.S. since the days of Andrew Jackson."
-Franklin Delano Roosevelt

"As soon as Mr. Roosevelt took office, the Federal Reserve began to buy government securities at the rate of ten million dollars a week for 10 weeks, and created one hundred million dollars in new [checkbook] currency, which alleviated the critical famine of money and credit, and the factories started hiring people again."
-Eustace Mullins

"This [Federal Reserve Act] establishes the most gigantic trust on earth. When the President [Wilson} signs this bill, the invisible government of the monetary power will be legalized....the worst legislative crime of the ages is perpetrated by this banking and currency bill."
-Charles A. Lindbergh, Sr. , 1913

*"When you or I write a check there must be sufficient funds in our account to cover the check, but when the Federal Reserve writes a check there is no bank deposit on which that check is drawn. When the Federal Reserve writes a check, it is creating money."*
-Putting it simply, Boston Federal Reserve Bank

*"We have, in this country, one of the most corrupt institutions the world has ever known. I refer to the Federal Reserve Board. This evil institution has impoverished the people of the United States and has practically bankrupted our government. It has done this through the corrupt practices of the moneyed vultures who control it."*
-Congressman Louis T. McFadden in 1932

*"The few who understand the system, will either be so interested from it's profits or so dependent on it's favors, that there will be no opposition from that class."*
-Rothschild Brothers of London, 1863

*"While boasting of our noble deeds were careful to conceal the ugly fact that by an iniquitous money system we have nationalized a system of oppression which, though more refined, is not less cruel than the old system of chattel slavery."*
-Horace Greeley

*"The Federal Reserve bank buys government bonds without one penny…"*
-Congressman Wright Patman, Congressional Record, Sept 30, 1941

*"…the increase in the assets of the Federal Reserve banks from 143 million dollars in 1913 to 45 billion dollars in 1949 went directly to the private stockholders of the [federal reserve] banks."*
-Eustace Mullins

*"The financial system has been turned over to the Federal Reserve Board. That Board administers the finance system by authority of a purely profiteering group. The system is Private, conducted for the sole purpose of obtaining the greatest possible profits from the use of other people's money"*
-Charles A. Lindbergh Sr., 1923

*"Bankers own the earth. Take it away from them, but leave them the power to create money and control credit, and with a flick of a pen they will create enough to buy it back."*
-Sir Josiah Stamp, former President, Bank of England

*"All the perplexities, confusion and distress in America arise, not from defects in their Constitution or Confederation, not from want of honor or virtue, so much as from the downright ignorance of the nature of coin, credit and circulation."*
-John Adams

*"Whoever controls the volume of money in any country is absolute master of all industry and commerce."*
-James A. Garfield, President of the United States

*"A great industrial nation is controlled by it's system of credit. Our system of credit is concentrated in the hands of a few men. We have come to be one of the worst ruled, one of the most completely controlled and dominated governments in the world--no longer a government of free opinion, no longer a government by conviction and vote of the majority, but a government by the opinion and duress of small groups of dominant men."*
-President Woodrow Wilson

*"History records that the money changers have used every form of abuse, intrigue, deceit, and violent means possible to maintain their control over governments by controlling money and it's issuance."*
-James Madison

*"I believe that banking institutions are more dangerous to our liberties than standing armies. Already they have raised up a monied aristocracy that has set the government at defiance. The issuing power (of money) should be taken away from the banks and restored to the people to whom it properly belongs."*
-Thomas Jefferson

*"The money powers prey upon the nation in times of peace and conspire against it in times of adversity. It is more despotic than a monarchy, more insolent than autocracy, and more selfish than bureaucracy. It denounces as public enemies all who question its methods or throw light upon its crimes. I have two great enemies, the Southern Army in front of me and the bankers in the rear. Of the two, the one at my rear is my greatest foe."*
-Abraham Lincoln

*"Give me control of a nation's money and I care not who makes it's laws"*
-Mayer Amschel Bauer Rothschild

*The Federal Reserve is at the center of a controversy over central banking that has been around since the very beginning of the United States. But unfortunately, the Federal Reserve system is so incredibly complex and the American people of today are so uneducated that the vast majority of people out there simply do not even understand enough about what is going on to get upset about anything.*

*But that is changing. An increasing number of people are starting to wake up. Instead of thinking that "we'll get this debt under control if we could just get the right person in the White House", more Americans than ever are realizing that it is the Federal Reserve that is the root of our debt problem.*

Quote from author John Perkins:

*"Economic hit men (EHM's) are highly paid professionals who cheat countries around the globe out of trillions of dollars. They funnel money from The World Bank, the U.S. Agency for International Development (USAID), and other foreign 'aid' organizations into the coffers of huge corporations and the pockets of a few wealthy families who control the planet's natural resources. Their tools include fraudulent financial reports, rigged elections, payoffs, extortion, sex, and murder. They play a game as old as empire, but one that has taken on new and terrifying dimensions during this time of globalization. I should know; I was an EHM."*

I am including and incorporating in this NOTICE OF OBJECTION, the Paradigm Report which is the report made by Heather Ann Tucci-Jarraf at the end of her primary investigation of the corruption in the financial system in 2011.

Below is an excerpt from the transcript of the proceedings before Judge Clifford C. Shirley, Jr. held October 17, 2017:

*THE COURT: The essence for this, if I understand it is, that you contend that the United States was formerly declared a corporation.*

*MS. TUCCI-JARRAF: Formerly? It's Anne-Marie Svolto and Cynthia Davidson said that, and the alleged court clerk's record it says the U.S.A. is the plaintiff. I'm just asking for proof of the existence of the plaintiff.*

*THE COURT: I didn't ask about that. I'll just read your own writing.*

*MS. TUCCI-JARRAF: It's not a corporation anymore. It is -- it was cited in the United States Code. I gave you that.*

*THE COURT: You said the United States was formerly declared a corporation at 18 U.S. Code Section 3002(15).*

*MS. TUCCI-JARRAF: That was only the most recent citing of --*

*THE COURT: That's the only thing you wrote. Correct?*

*MS. TUCCI-JARRAF: Uh-huh.*

*THE COURT: You understand, don't you, that that cite is just a definitional cite under the Federal Debt Collection Procedure Act, don't you?*

*MS. TUCCI-JARRAF: I am very aware of the United States being a corporation after working at the highest levels of bank trade and finance, and that it is actually a corporation that had been operating in fraud.*

*THE COURT: No, ma'am. It is not. And your only reference to it does not even say that, does it?*

*MS. TUCCI-JARRAF: I would be happy, because this is a bankrupt -- this was a bankrupt corporation. I actually went in and cleaned up the bankruptcy and it was satisfied. So as far as -- this is all banking.*

THE COURT: You went in and cleaned --

MS. TUCCI-JARRAF: This is all law.

THE COURT: Okay.

MS. TUCCI-JARRAF: You know, I am completely aware that yourself and others are not aware of the actual current law. I get that.

THE COURT: Well, in your mind, I appreciate that you feel that way. What I'm asking you is, the legal cite that you filed doesn't support what you claim. Correct?

MS. TUCCI-JARRAF: How does it not support? It was a corporation operating under the guise of government and it was a bankrupt corporation.

THE COURT: It doesn't say that at 18 U.S. Code Section 3002(15), does it?

MS. TUCCI-JARRAF: That was for -- that's for the Fair Debt and Practices Act. Correct?

THE COURT: Yeah.

MS. TUCCI-JARRAF: That is part of the fraud that was committed under the corporation operating under the guise of the government. All we did was correct it. At this point, we do move forward with a true government at this point. This government that we all believe in, I believe in it too. I do not believe in the --

THE COURT: Does it have judges?

MS. TUCCI-JARRAF: -- in a fraudulent --

THE COURT: Does your government have judges?

MS. TUCCI-JARRAF: My government doesn't -- I --
right now, I do not have -- subscribe to any corporate government, no.

THE COURT: All right. So just --

MS. TUCCI-JARRAF: However, as far as we're not going to be creating criminals, like we have been, to be able to feed into the prison systems, which are all money based. There are tons of undercover agents that I even met with while I was in there who have been gathering evidence for over the last five years, as well as marshals that were working as marshals while I was there. This is all stuff that's going to be coming out. I completely respect you, Anne-Marie Svolto, and Cynthia Davidson, Mr. Parker Still, Randy Beane, Steve, and Francis, everyone that's in this courtroom, I respect you all. I'm here because I spent the last 20 years working with those inside the industries to clean this up. I'm saying, yes, we can move forward. Yes, we can have court. We can have different systems, but we are not answering to a banking entity, into the banking families. That's what I'm saying. It's slavery via monetary instruments. And that's the fraud that was stopped.

THE COURT: And I guess the long and short of it is simply just because you say it's so doesn't make it so.

MS. TUCCI-JARRAF: Well, and --

THE COURT: And that's true with everybody.

MS. TUCCI-JARRAF: Everyone, yes.

THE COURT: That's true with everybody.

One last item I will include is to highlight the inhumane treatment of those compelled by force to enter the prison system. One of the standard operating procedures is for the prison employees/guards/police or other authority figures to do unannounced searches of prison pods, take personal items purchased by the inmates through the profit driven commissary, throw their purchases away and then tell them that if they have a receipt for their purchases, then they can file a grievance. Inmates purchase food and drinks, among other things, from the commissary because the food served is and has been found labeled 'Not for Human Consumption' and it is the consistency and smell of cat food.

Personal materials and research documentation for Pro Se inmates are arbitrarily removed from the inmate's possession. Heather and Randy have experienced these actions and many many more that I will not list.

President Trump recently pardoned Alice Marie Johnson, sentenced to life imprisonment in 1996 for her alleged involvement in a cocaine trafficking organization. The letter below was published recently by an inmate at the facility where Alice was being held as a prisoner.

*Alice Johnson, who was recently on all the news stations and was pardoned by President Trump, just left Aliceville. She was one prisoner among us and we all watched her leave to R&D. We heard the announcement on the speaker and then watched her walking off the compound. One day she was here and another day we are watching her on CNN, CNBC, Good Morning America and all local news stations. We all tea red up applauding, laughing, screaming and cheering up as if we won a lottery! Good things rarely happen here and this was one of the most memorable events in the past 5 years of my jail life. It became loud and tumultuous every time she came up on the news. In comparison, it was more quite here on Christmas and New Year's. On the day of her release, most people did not go to eat because they wanted to watch her on the news.*

*Mainline (out cafeteria) was half empty and everybody talked about Trump commuting the sentence for Alice Johnson. Kim Kardashian asked president Trump to pardon her after watching her Utube video that went viral. What people do not know is that after she did the video and revealed the truth, she was sent to the SHU (segregation) and remained there for quite some time. In segregation you have to sit in a small single cell, with no commissary, no phone access, no communication to the outside world, no visits and no personals. Yes, you do not even get shampoo or soap or anything for personal hygiene from commissary and that is a very animalistic way of punishing people. You have to wear orange jumpsuit, they take away all your clothes. When they pack up your belongings, any altered clothes they find in your possession they throw away so when you get out you have much less clothes returned to you. We all alter clothes here, make pillows and other "contraband" to make our existence more bearable.*

*This is how this system works. What goes on inside tall prison walls and barbed wire is not known to the outside world until somebody comes out and gets featured on the news. It was much needed. Alice Johnson was one of the brave ones to speak up and advocate for prison reform.*

*As she said on the news, and we all hope, she will be a force and will play a role in the sentence and prison reform that is much needed in this country. She was a first time offender like most of us here, detained on drug conspiracy (conspiracy charge is ONLY existent in the United States. It allows the government to prosecute a person based only on a testimony of other people, no hard evidence is needed. It is the hardest charge to beat and the easiest to prosecute) and she had LIFE without parole for just having drugs!*

*More than 60% of prison population are serving draconian sentences for drug related offenses. Finally, they shed the light and magnified the problem in our criminal justice system. We all hope this will set a trend towards other future prison and sentence reforms. They need to address mandatory minimums. Thank you, Alice Johnson for being an advocate and for not giving up hope. She inspired every single one of us. Thank you to Kim Kardashian for wanting to make a difference and thank you to Trump for listening and taking action. There are more pardons yet to come. This is getting exciting.*

What I have done here is to provide a very small portion of information which is experiential evidence of the fraud and corruption in ALL SYSTEMS in operation on this planet. And as you are aware, even more of the systemic corruption done in secret and intentionally hidden. It is now coming into light the deceptive acts and practices that have and are taking place in the people's Government, Political, Judicial, Legal and Law systems. These may be difficult and uncomfortable truths – yet truth is requisite for healing.

In closing, I have the greatest admiration and respect and love and appreciation for ALL – who act for the highest good of ALL people.

I request that you recognize and acknowledge that the Truth, the Whole Truth and nothing but the Truth has not been allowed and actually ordered to be omitted in this case. And in this recognition, you ponder, contemplate and know All Is Possible, that your choice renders for the people what was written in the Constitution, and with integrity, responsibility, accountability and liability, actually execute the duties of this public office as you swore to do in 2012.

*We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the Pursuit of Happiness.*

In President Trump's first United Nations General Assembly speech, he said this:

*"In America, the people govern, the people rule and the people are sovereign. I was elected not to take power, but give power to the American people, where it belongs."*

With all due respect and without dishonor, I OBJECT TO ANY SENTENCING AND FURTHER DETENTION and thereby the IMMEDIATE RELEASE of Heather Ann Tucci-Jarraf and Randall Keith Beane. I remain,

In Gratitude,

Lisa M. Shannon

Cc: President Donald Trump
   The White House
   1600 Pennsylvania Avenue NW
   Washington, D.C. 20500
   USPS CERTIFIED MAIL NO: 7018 0360 0000 4492 5991

Enclosures: The Paradigm Report



# TREASURY FINANCE AG
**INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF**

# FINAL BULLET REPORT
## ∞PARADIGM∞

### INVESTIGATION AUTHORIZATION SUMMARY

| | |
|---|---|
| INVESTIGATION | : "PARADIGM" |
| SENSITIVITY | : CLASSIFIED; CONFIDENTIAL |
| **ORIGINAL PRIORITY** | : TIME PERMISSIVE |
| AMENDMENTS | : EPOCH—FACTUAL BASIS |
| AUTHORIZED | : YES |
| ORIGINAL TIME | : DISCRETION OF IINVESTIGATION LEAD |
| AMENDMENTS | : EXPEDITED—FACTUAL BASIS |
| AUTHORIZED | : YES |
| APPROACH | : MACRO—MICRO |
| ORIGINAL PROTOCOL | : WATCHER |
| AMENDED PROTOCOL | : SUBMERSIVE PARTICIPANT |
| AUTHORIZED | : YES |
| ORIGINAL OBJECTIVES | : INTERNAL-BANKING, TRADE, FINANCE |
| **AMENDED OBJECTIVES** | : PUBLIC TRUST |
| AUTHORIZED | : YES |
| ORIGINAL SECURITY | : SLIGHT |
| AMENDED SECURITY | : SILENT |
| AUTHORIZED | : YES |
| **REPORT AUTHORIZED** | : YES |
| REPORT VERIFICATION | : TRINITY PROTOCOLS |
| REPORT PROTOCOL | : TREASURY |
| COURTESY PREVIEW | : SELECTIVE |
| RESTRICTIONS | : QUIET |
| AUTHORIZED | : YES |
| AUTHORIZATION LEAD | : Karl Langenstein |
| INVESTIGATION LEAD | : Heather Ann Tucci-Jarraf |
| INVESTIGATIVE TEAM | : GLOBAL |
| SUPPLEMENTED | : YES—USA NATIONAL |

REST OF THIS PAGE INTENTIONALLY LEFT BLANK



# TREASURY FINANCE AG
## INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

# PARADIGM
# ULTIMATE FINDINGS & CONCLUSIONS

1. THE PRIVATE-MONEY-FOR-PUBLIC-USE BANKING SYSTEM, THE FEDERAL RESERVE BANK, IS A THREAT TO:
   A) ALL HUMANITY AND ITS INALIENABLE RIGHT AND LIBERTY
   B) STATE AND NATIONAL AMERICAN SECURITY
   C) INTERNATIONAL SECURITY
   D) GLOBAL SECURITY
   E) THE SECURITY OF THE HEAD OF THE PRINCIPALS TO THE FEDERAL RESERVE
   F) COMMERCE: STATE; NATIONAL; INTERNATIONAL; GLOBAL
   G) JUSTICE

2. THE PRIVATE-MONEY-FOR-PUBLIC-USE BANKING SYSTEM IS THE CONSTANT FORUM, DENOMINATOR, AND PRIME OF ALL CRIMES AGAINST HUMANITY, SOVEREIGNS, CONTRACT, AND COMMERCE, INCLUDING BUT NOT LIMITED TO BREACH OF PEACE, TRESPASS, AND INVOLUNTARY SERVITUDE, THROUGH ILLEGAL FRAUD, COERCION, FORCE, THEFT AND DECEPTIVE PRACTICES AND ACTS

3. THE FEDERAL RESERVE BANK, AND ITS PRINCIPALS, ARE THE ABSOLUTE AND FINAL PARTY LIABLE AS ISSUER OF THE FEDERAL RESERVE NOTES

4. THE ONLY SOLUTION TO THE THREATS, AND TO MITIGATE LIABILITIES GLOBALLY, IS TO CHANGE THE UNITED STATES BANKING SYSTEM TO THE TRIED AND TRUE PUBLIC-MONEY-FOR-PRIVATE-USE BANKING SYSTEM, USING STATE CENTRAL BANKS AND A NATIONAL CENTRAL BANK

5. THE AMERICAN PUBLIC BANKING SYSTEM, GOVERNMENT, ESPECIALLY THE JUDICIAL SYSTEM MUST BE 100% TRANSPARENT, ACCOUNTABLE, AND LIABLE

6. THE PRIVATE BANKING SYSTEM'S AGENTS HAVE HELD THE HIGHEST OFFICES OF THE AMERICAN GOVERNMENT STEADILY SINCE WOODROW WILSON AND THEY HAVE ESTABLISHED AN EXTERNAL SUPPORT SYSTEM THROUGH CONGRESS, LOBBYS, AND MULTI-NATIONAL CORPORATIONS;

7. THROUGH CAREFUL SECLECTION AND PLACEMENT OF THE PRIVATE BANK SYSTEM'S AGENTS, THE GOVERNMENT OF UNITED STATES OF AMERICA IS AND HAS BEEN SERVING THE PRIVATE BANKING SYSTEM TO THE DETRIMENT AND HARM the people of America and the people of the world; THE PRIVATE BANKING SYSTEM HAS ILLEGALLY FORCED PRINCIPLES ON A GLOBAL SCALE

3-6-2011  Trustee Number 20110306-011  Attention _____ Trustee    original Issue: 1 of 2

Case 3:17-cr-00082-TAV-DCP  Document 187  Filed 06/13/18  Page 24 of 38  PageID #: 18250



# TREASURY FINANCE AG
### INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

8. THE public trustees of The United States Public Trust, AND The Public Trusts of the states of America, HAVE THE ONLY CLEAN, PURE AND SENIOR POSITION IN AMERICA, LEGALLY AND FACTUALLY, TO ORDER THE NEW BANKING SYSTEM AND ORDER their GOVERNMENT TO CLEAN ITSELF UP

9. THE CURRENT GOVERNMENT OF UNITED STATES OF AMERICA, ITS OFFICES, AGENCIES AND THEIR OFFICERS, AGENTS, ASSIGNS AND SUCCESSORS, CAN ONLY RESTORE THEIR NATIONAL AND INTERNATIONAL CREDIBILITY THROUGH ITS principal...the public trustees of The United States Public Trust, AND The Public Trusts of the states of America

10. THE public trustees MUST BE GIVEN THE DUE RECOGNITION AND SUPPORT FROM its GOVERNMENT, WORLD GOVERNMENTS AND SOVEREIGNS

11. THE public trustees MUST BE GIVEN THE DUE RECOGNITION BY THE CUSTODIANS OF THE PUBLIC WEALTH IN ORDER TO RESTORE BALANCE AND HUMANITY IN THE WORLD

12. A CLEAN AND TRANSPARENT AGREEMENT MUST BE ESTABLISHED BETWEEN the public trustees AND THE WORLD'S OLD PARADIGM BENEFICIARIES TO BEGIN FINAL SETTLEMENTS TO CLEAN ALL ASSETS ILLEGALLY TAKEN TO THE SUFFERAGE OF ALL HUMANS

13. EVERY NATION AND GOVERNMENT, EACH LIVE PERSON IN EVERY STATION, OFFICE, AND SEAT, SHALL DETERMINE FOR THEMSELVES WHETHER THEY ARE: 1.) A HOSTAGE TO THE OLD PARDIGM, CHOSING TO FREE ITSELF FROM THE ACTS AND CHOICES OF THEIR PREDECESSORS; or 2.) A COMPLICIT PARTICIPANT WITH THE OLD PARDIGM, AND ENSLAVER OF the people; EACH SHALL IDENTIFY THEMSELVES FOR FREEDOM OR TO BE MADE AN EXAMPLE OF THROUGH ENFORCEMENT

**THE REST OF THIS PAGE
INTENTIONALLY LEFT BLANK**

3-6-2011 Trustee _____ 3440 306 001 _____ Original Issue: 1 of 2
_____ Trustee

Case 3.17-cr-00082-TAV-DCP   Document 167   Filed 06/18/18   Page 25 of 38   PageID #: 18251



# TREASURY FINANCE AG
### INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

# PARADIGM—ASSESSMENT
## public trustees

THE public trustees HAVE PRODUCED AND PROVIDED their REPORT. INVESTIGATION LEAD HAS VETTED THE trustees REPORT. THE INVESTIGATION LEAD SUGGESTED, AND IT WAS AGREED, THAT ALL ORGANIC PLANS OF STRUCTURE, IMPLEMENTATION, AND ENFORCEMENT OF THE PUBLIC BANKING SYSTEM BE DELIVERED IN PERSON. THE INVESTIGATION LEAD HAS CHOSEN AND ACCEPTED THE POSITION AS public trustee liaison TO ORGANIZE MEETINGS FOR FINAL DETERMINATION OF STRUCTURE, AUTHORIZATIONS, AND ORDERS FOR IMPLEMENTATION OF THE PUBLIC BANKING SYSTEM AND CLEAN GOVERNMENT.

THE public trustees ARE EXTREMELY COMPETENT;

Trustees' INTENT IS BEYOND REPROACH AND PROVEN BY ACTION AND WORDS TO BE FOR THE BENEFIT OF humankind AND the earth AND NOT JUST TO THE LIMITS OF THE AMERICAN SOIL AND Americans;

Trustees' POSITION AS public trustees IS WELL DEFINED, UNDERSTOOD, ACCEPTED, ACTIVE AND UNPENATRABLE; THE CHANGES ARE HAPPENING REGARDLESS OF EFFORTS OF THE AGENTS AND SUPPORTORS OF THE OLD AND HARMFUL PARADIGM

Trustees ARE JUST, SUPPORTED BY their AWARENESS THAT they ARE NEUTRAL AS TO JUDGMENT OF people; JUDGEMENT AND FORGIVENESS ARE INHERENT IN EACH person AS IS THE human will;

Trustees ARE READY, WILLING AND ABLE TO SUPPORT EACH person IN their PROCESS OF SELF-JUDGMENT AND SELF-REDEMPTION AS IT IS PRESENTED;

Trustees RECOGNIZE THAT OFFICES AND AGENCIES OF AMERICA ARE EXTREMELY TRAINED AND CAPABLE OF DOING THEIR JOBS IN ACCORDANCE WITH THE CONSTITUTION AND ARTICLES IN ESTABLISHING THE NEW PARDADIGM, DRIVEN BY PUBLIC-MONEY-FOR-FOR-PRIVATE-USE BANKING SYSTEM, STATE AND NATIONAL, AND CLEANING THE GOVERNMENT AND JUDICIAL SYSTEMS;

THIS IS CRITICAL TO UNITED STATES OF AMERICA RE-ESTABLISHING ITS CREDIBILITY WITHIN AND WITH THE WORLD;

THIS IS CRITICAL FOR THE WORLD TO TAKE THE OPPORTUNITY TO BE FREE FROM THE SELF-SERVING, PROFITEERING OF THE PRIVATE BANKING SYSTEM AND THE ABUSE, CRIMES, AND SLAVERY THAT HAS BEEN A PART OF WORLD HISTORY FOR NEARLY THE LAST 100 YEARS;

THE trustees ARE DIVERSE IN their BACKGROUNDS, SKILLS, AND TALENTS, BUT they ARE THE SAME IN their POSITION AS origin source, INTEGRITY, PURITY, AND COMMITMENT; WITH THE POSSIBLE

3-6-2011 Trustee Number 20110306-001 *[signatures]* Original Issue: 1 of 2

Case 3:17-cr-00082-TAV-DCP   Document 187   Filed 06/18/18   Page 4 of 38   PageID #: 18252



# TREASURY FINANCE AG
## INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

EXCEPTION OF ONE, ALL trustees ARE "sensitives", "batteries".

THERE IS ONLY ONE CURRENT public trustee WHOSE STAMINA THE INVESTIGATION LEAD HAS NOT BEEN ABLE TO DETERMINE: Tucker-Rey.

Trustees HAVE SPENT DECADES TESTING AND PREPARING ORGANIC STRUCTURE AND PLAN, FINAL VERSION TO BE MUTUALLY DETERMINED AND IMPLEMENTED AND ENFORCED WITH COOPERATIVE EFFORTS OF THE public trustees, GOVERNMENTS, SOVEREIGNS, THE CUSTODIANS., THE earth, AND THE source OF ALL.

Trustees' VIEW AND APPROACH ARE COMPETENT, NEUTRUAL, GRACEFUL AND ELEGANT

INVESTIGATION LEAD HAS HAD THE FIRST HAND OPPORTUNITY TO WATCH, OBSERVE, TEST AND VET THE MAJORITY OF THE trustees AT THE HIGHEST AND MOST INDEPTH LEVELS.

INVESTIGATION LEAD GIVES FULL APPROVAL, ENDORSEMENT AND RECOGNITION TO THE public trustees AND their ACTIONS.

THE REST OF THIS PAGE<br>
INTENTIONALLY LEFT BLANK

3-6-2011 Trustee Issue 20110306-001

Original Issue: 1 of 2

Case 3:17-cr-00082-TAV-DCP   Document 181   Filed 04/10/18   Page 27 of 38   PageID #: 18253



# TREASURY FINANCE AG
## INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

# PARADIGM—BACK SUMMARY

In October of 2008, the Authorization Lead ordered an investigation to be launched to streamline internal operations and time management of the house and its members due to extreme amounts of waste being incurred as a result of large quantities of fraudulent "assets" being presented from the banking, trade, and finance industries. The original goals of the investigation were solely internal, and they were to:

I. Identify and assess the entry points of the fraud and reverse engineer to the origin source;

II. Assess and present options for an internal database that could be readily and easily updated from external sources to record and track perpetrators, vehicles used, and the instruments of fraud;

III. Identify and assess creative options and sources to supplement house intel;

IV. Review and strengthen house security protocols; Identify the possible global cause and effect that proposed internal solutions may have

**Primary Investigations (Annex 1):** concluded approx. January of 2010.

**Follow-Up Investigations:** concluded approx. July of 2010.

**Summary of Findings:** The general entry points of fraudulent "assets" originally identified as the brokers and the reverse engineering led to the origin source consisting of the highest levels of banking. Follow-up intel and tracking revealed that highest levels of banking actually general entry point and creator of fraudulent "assets". "Assets" then generally given to brokers, directly or indirectly, and then taken back up through the system. This finding was supplemented and further supported with data obtained that banking officers were covertly sifting sensitive client information to selective external person(s), "groups", in finance industry for banker's personal enrichment. The cloaked external investment opportunity usually starts in generally one of three ways: 1.) bank officer purporting to have "vetted" numerous potential investment opportunities, presenting their group, the "one" group that "vetted" above all others to client; 2.) leaking clients sensitive information so banker's partner "group" could approach client externally, knowing and maneuvering client to ultimately come to the banker for advise on an "investment" opportunity that client had no idea was pre-arranged; or, 3.) the banker trespasses on and utilizes client account/assets, without disclosure and without client's consent for such actions, in such a manner that it is virtually untraceable. The last option generally requires highest positions, in internal financial institutions to manage the lower employees, but also with external institutions, privately held central banks, and .government. Perpetrators use unsuspecting persons to implement compartmentalized parts of plan. Security Protocols were internally adjusted. Intel sources were consolidated. Intel operations were compartmentalized for security   Global cause and effect of internal solutions significant as to house reputation in banking, trade, and finance industries and global government. Industry consensus = morality is not as profitable.

**CONCLUSION:** THE FRAUD AND CORRUPTION ARE TOO DEEP; THE EFFECTS GLOBAL; THE PERPETRATORS OF THE PRIVATELY HELD BANKING SYSTEM AS WE HAVE KNOWN IT FOR NEARLY THE LAST 100 YEARS, THE PRIVATE-MONEY-FOR PUBLIC-USE SYSTEM, HAVE ERODED THEIR OWN CREATION, FUELED BY THEIR OWN GREED, TO THE POINT THE SYSTEM IS IMPLODING ON ITSELF; BANKING TOUCHES EVERY INDUSTRY, EVERY PERSON, EVERY ACTION ON THE PLANET AND THE EFFECTS ARE GLOBAL AND SYSTEMIC; THE BANKING SYSTEM IN ITS CURRENT FORM CANNOT SURVIVE THE EXPONENTIAL AND PERPETUAL AWAKENING OF THE COLLECTIVE CONSCIOUS AS THE INHERENT POWER BALANCES THE INJUSTICE; THE PERPETRATORS' CONVERSION(S) OF THEIR PERSONAL ASSETS TO SUBSTANCE TO AVOID THE FINAL EQUITY CALL IS USELESS, AS SAID CONVERSION(S) ARE ALREADY DULY RECOGNIZED TO BE PURCHASED BY UNCLEAN FUNDS, FUNDS PRODUCED BY SLAVERY, TRACKED EVERY STEP OF THE WAY.

Case 3:17-cr-00062-TAV-DCP   Document 187   Filed 06/18/19   Page 28 of 38   PageID #: 18254



# TREASURY FINANCE AG
### INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

In March of 2009, the Authorization Lead ordered the investigation's parameters to be expanded in correlation to the data gathered and obtained by the Investigation Lead. As the data base and comprehension expanded exponentially regarding the various systems and the extremely sensitive and restricted data, the Authorization Lead ordered the Investigation Lead to alter the goals to external, and they were to:

I.   Present possible alternative solutions and strategies of implementation to maintain private banking system;
II.  Identify the key vehicle the public could identify with to use as the forum to replace the dying private banking system that is private-money-for-public-use with the original public-money-for-private-use system;
III. Identify, assess, and test the weaknesses of key industries vital to the implementation of dying private banking system;

**Preliminary Investigations\*:** concluded approx. February 2009.
**Investigations Plan for Follow-Up\*\*\*:** concluded approx. March of 2009; testing forthwith implemented.
**Summary of Findings:** An old paradigm is at the end of its operation and existence. Its current central method of implementation has been the private-money-for-public-use system and the "for-profit corporation" system. The original government in America was ingeniously converted and grudgingly accepted by other world Principals through threat, coercion, and force; Unknowingly accepted by the people of America and other world peoples, resulting in involuntary servitude; implemented and enforced by and through illegal and unconscionable, deceptive, non-transparent means and methods, void of any accountability. Casualties are in the billions. Many possible alternative solutions for operating in the current private banking system were explored and policies and protocols were created, adjusted; of all tested-all failed. The Principal of the private banking system in America, most notably headed by the conservator, House of Rothschild, is finding that their own hidden intent, agendas, presumptions and arrogance, are being over-shadowed by those of their Agents, resulting in the self-destruction of the private banking system and global stability. This would not be of concern to the Principal nor the other world Principals, except that the public collective conscious has grown at rates unexpected and unpredicted to the point that their expected replacement system cannot be implemented without full out breach of peace and annihilation of the public by the Principals and their Agents. The agents have been permitted to some degree to practice breach of peace and annihilation when it served the purpose and intent of Principals, however, the Principals are now subject to victim of the breach of peace and annihilation. Dis-accord and greed within a Principal has always been a reality, but now the head of the Principal has the opportunity to see the level of power of political and financial influence of their Agents, often fueled by the junior membership or other world Principals. Regardless, ALL PRINCIPLES will find that the Agents, and junior membership, being at first necessary, then tolerable, are now unacceptable. The most notable of the rogue Agents warned as the Texas Camp. All attempts to contain the Agents and their established networks have been time and resource intensive and an inconvenience to the head Principal and the other world Principals. ALL PRINCIPALS are going to realize that the Agents now pose a detriment and threat to the head of the Principal, and the other world Principals, and not just the pre-selection of humanity. The fraud cannot be controlled or eliminated in the private banking system because it is inherent in its existence. The head of the Principal and other world Principals have lost control over its Agents due to the Agents' addiction to self-interest, profit and arrogance. Inaction by ALL THE PRINCIPALS is their estoppel and destroys their ability for self-correction, threatening their viability and survivability.

3-6-2011 Trustee /issue                               Original Issue:1of2

Case 3:17-cr-00082-TAV-DCP   Document 201   Filed 01/16/19   Page 29 of 38  PageID #:
18255



# TREASURY FINANCE AG
## INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

As was discovered and proven repeatedly in American history prior to 1930's, a public-money-for-private-use banking system, implemented and enforced by the knowledgeable public and their government, and recognized and relied upon by the entire world, is the only solution to prevent the threat and abuse inherently existing in a private banking system. The prior two tests of the private banking system concluded in a shorter life-span, due to swift public reaction by a knowledgeable and watchful public with enforcement of penalties against the agents of the Principal. Infiltration and manipulation of key industries were critical to the preservation of the final and current private banking system: Education and Judicial. At the time of the second test, the public and the judicial were cohesively one and the same. The judicial worked with an official hat, but they recognized under the hat they were one of the public. An educated public and a judicial that did not differentiate itself from the public was detrimental and key to the final destruction of the first two tested private bank systems. It was necessary to deconstruct a knowledgeable public and disassociate the judicial from their own public. Media and Education Systems were key industries targeted to create an uneducated public. Slowly and methodically the industries were infiltrated and manipulated with adjustments made over a period of decades to address those who were familiar with the public interests and paradigms in order to reach the level of valueless and selective education and media we have now. Media holdings were consolidated to certain Agents to maintain and manipulate. With technological advancements, telecommunications was included as a key Industry to address. The creation of the Internet was the most life changing and is still a key threat to the private banking system. The internet is the sole problem they have yet to contain. It is humorous that ALL PRINCIPLES acquire the talents of those to contain the internet and yet ALL PRINCIPALS are blinded by the arrogance of their own presumptions and have failed to recognize that the true masters of the technology, young to old, are inherently aware that the old paradigm has no purpose and are assisting aggressively, yet ever so covertly, in the shift to the new collective conscious paradigm.

The Judicial has been much more interesting to the Investigation Lead due to her background. The Judicial had to be made a partner as an uneducated Judicial was not a realistic or effective option. However, the Judicial was not as easy to infiltrate initially. Once "communism" quieted on American soil and the education and media industries were pretty much under control, real legal education, constitutional based, was covertly modified to the current system with the BAR's infiltration at the highest levels of Judicial appointment and is secured by the occupation of the highest positions of local, state, and national authority agencies and corporations in America. This was not possible however, while the BAR was on the communist list. Investigations have been conducted in the past on the BAR and political and financial influence were used to quiet them; as is true with those who investigated the American bankruptcy, the Federal Reserve, etc, anyone who rejected or refused the political and financial influence were imprisoned, disappeared, terminated or discredited to the point of public annihilation.

Much intel has come from the head of the Principal's own house, the houses of other world Principals and usual intel sources of our house. The past level of commitment of the private banking system and its Principal is undeniable. The past prowess of negotiating and implementing the world acceptance of the private banking system has been genius and ruthless. The intent and actions required to implement and maintain it are abhorrent and have traditionally never been accepted by the public, when known by the public. Evidence of the premeditation, calculation, planning, and constant reassessment and adjustment used to preserve this last and current private banking system, and its Principal, are in the public forum. Selective agents of the public and watchers have tracked, monitored and vaulted the evidence until infrastructure and trustees came forward. Global intel also maintains records, waiting for the order. The beginnings of ALL PRINCIPALS, agencies, offices, and the general body of the original American government were not corrupt. The Principals, the agencies, offices, and the general body of the current American government, if corrupt, are only so through the self-interest, profit and arrogance of the heirs, agents and assigns of the original source of their existence.

The Authorization and Investigation Leads jointly identified the American mortgage issue* (see Annex 1) as the key vehicle the public could identify with to use as the forum to unite the people of the United States of America, and the people of the world, to replace the dying private banking system that is private-money-for-public-use with the public-money-for-private-use system. The Investigation and Authorization Lead discussed with members of the global team and agreed that the Investigation Lead was to remain in the states and use her own home as the test case; that the Investigation Lead was in a unique position to test and flush out the remaining

3-6-2011  Trustee of Title                           Original Issue: 1 of 2
Case 3.1F-cr-00082-TAV-DCP Document 1-18 Filed 06/29/18 Page 30 of 38  PageID #: 18256



# TREASURY FINANCE AG

### INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

points for discovery of eventual implementation of the public-money-for-private-use system and the reinstatement of true justice.

The public trustees initiated contact with the Investigation Lead on December 10, 2010, and gave details that they could possibly not have known about the Authorization Lead, the Investigation Lead, the Swiss custodians of the public wealth, and details related to prior investigations and current issues plaguing the highest levels of trade, bank and finance. By "social standards" review, they are the least likely to be in possession of this information. An extensive check with the Authorization Lead and intel sources proved the opposite. Per Authorization Lead's order, the trustees were invited to watch and assist at the tail end of the investigation in order for the Investigation Lead to establish an assessment of the trustees' competency, intent, and position. It was a mutual assessment that took place. Their intent was the same as the leads, if not more comprehensive as they included that the new banking system could only work and survive if the Judicial house in America operated on full transparency secured by the full personal liability of each Judicial officer, agent, and assign. Investigation Lead spent two months testing the Judicial House and investigating the current system of liability of its officers, agents and assigns. While generally the agents work under full personal liability and the judicial is required to be bonded, *in practice*, accountability and liability does not exist, ie. Codes and statutes require a bond to be posted before taking judicial or public office, however, private contracts, employment or other, contain "hold harmless clauses" or a similar immunity not disclosed to the public, and the lower levels are protected to a limited degree by restricting access and process of claims, which are self-administered by the counties where the judicial house resides and in conjunction with the Insurance Industry.

Investigation Lead reported findings and conclusions (identified herein) to Authorization Lead = resounding "Green Light" to prepare the forums for implementation of the public-money-for-private-use system, state and national levels. Individual report can be issued on foreclosure and judicial issues with greater detail.

**CONCLUSION: (GLOBAL). THE PRIVATE BANKING SYSTEM IN AMERICA IS A THREAT TO STATE, NATIONAL AND INTERNATIONAL SECURITY. IT IS A THREAT TO HUMANITY WHO HAS BEEN ENSLAVED AND UNJUSTLY CONTRIBUTED TO THE SELECTIVE WEALTH OF THE PRINCIPALS. MORE INTERESTING, THE PRIVATE BANKING SYSTEM HAS BECOME A THREAT TO THE SECURITY OF ALL PRINCIPALS (HEAD OF THE PRINCIPAL OF THE AMERICAN PRIVATE BANKING SYSTEM AND OTHER WORLD PRINCIPALS) THE THREAT CREATED BY THE UNCONTROLLABLE AGENTS CAN BE MITIGATED CONSIDERABLY BY AGREEMENT BETWEEN ALL PRINCIPALS AND THE public trustees. AS THIS PROCESS OF AGREEMENT FOR FINAL SETTLEMENT OF INVOLUNTARY SERVITUDE AND UNJUST ENRICHMENT BEGINS, INDIVIDUALS, ESPECIALLY THE UNCONTROLLABLE AGENTS, COVERTLY AND BLATENTLY SERVING SELF-INTEREST, SELF-PROFIT, AND SELF-PRESERVATION SHALL REVEAL THEMSELVES TO BE MADE EXAMPLES OF BY THEIR OWN CHOICE.**

### THE REST OF THIS PAGE
### IS INTENTIONALLY LEFT BLANK

Case 3:17-cv-00082-TAV-DCP   Document 16-1   Filed 02/25/19   Page 31 of 38   PageID #: 18257



# TREASURY FINANCE AG
### INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

## PARADIGM—REQUIRED

1. **An immediate face-to-face meeting between Heather Ann Tucci-Jarraf (on behalf of the public trustees) and Karl Langenstein (on behalf of representations):** the public trustees discussions with the Investigation Lead have recognized the necessity of the current system operators to have the one-time opportunity for quiet implementation of the new paradigm and its national and state banking system backed by the assets that shall remain in the Swiss custodians care. Therefore, they appointed Heather Ann Tucci-Jarraf as the Public Trustee Liaison to Karl Langenstein to initially organize and arrange terms, conditions and protocols for meetings between the public trustees and those who will structure, implement and enforce the public banking system, the cleaning of government, especially the judicial, and meetings for final settlement of the unjust enrichment gained through slavery and other crimes against humanity. Full discussion of authorizations, orders, preliminary plans and requirements done at this meeting. Final plans, authorizations, orders, terms, and conditions require 100% approval on both sides.

2. Trustees, specifically Charles C. Miller, has already given notice of slavery claim and equity call duly served on all appropriate parties. The trustees are ready, willing and able to receive offers of final settlement and appointments to negotiate mitigation of civil damages.

3. Exclusive authorization has already been agreed to be granted to Karl Langenstein to organize and collect through his systems and methods. Said systems and methods shall be directed by Karl Langenstein to Heather Ann Tucci-Jarraf at the face-to-face meeting for security reasons.

4. Location of meeting and transport: to be determined and arranged by Karl Langenstein for security.

This report and its annex is hereby issued by the Investigation Lead, under authorization and order, with full personal liability, under the penalty of perjury, reserving the sole and exclusive right to the final determination of all definitions and intent of format and content contained herein. Done this _____ day of _____, 2011, in _____, in the state of Washington, executed by my unique signature and personal seal herein; all rights reserved,

**Heather Ann Tucci-Jarraf**
**Investigation Lead**

Case 3:17-cr-00082-TAV-DCP   Document 43   Filed 03/12/18   Page 32 of 38   PageID #: 18258



# TREASURY FINANCE AG

### INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

## PARADIGM-ANNEX 1

**\*PRIME INVESTIGATION CATALYST TRIGGERS: (NOTE-WELLS FARGO MATTER REGARDING TIGRAN SARGYSIA SCAM INCLUDING, BUT NOT LIMITED TO, AGAPE CHRISTIAN FOUNDATION AND MAKARIZO (PANAMA) ACCOUNTS, NOT INCLUDED IN THIS REPORT AS STATUS OF AUTHORITIES INVESTIGATION IS UNKNOWN; UPON REQUEST)**

| | |
|---|---|
| **CATALYST 1** | : 2008-2009 HSBC-UBS "RENAUD" INVESTIGATION |
| **BANKS** | : HSBC (LONDON, BEJING), UBS (SWITZERLAND) |
| **ORIGIN PERSON** | : PATRICK WANG SHUI CHUNG (HSBC Director); others withheld for cause |
| **ORIGIN TIME** | : cir. Summer 1998 (USA De-reg period of Glass-Stealy Act) |
| **INTEL CONTACT** | : WONG SHUI LUNG (GEN. WONG)--CHINA |
| **MAIN OBJECTIVE** | : (SCOPE LIMITED TO BANKER CORRUPTION) Microscopic Investigation for assessment of (amended to include solution to release) High Net-Worth ($500M USD equiv. and greater) clients in bank initiated and maintained contracts that created an unregulated and untrained industry of leased Proof of Funds, Capital Accounts, and other contractual structures to enhance financial positions of persons of the general global public; brokers industry. |
| **REPORT** | : At least one or more Origin Person(s) created, implemented and maintained an internal bank infrastructure of core persons that could be used complimentary or quid pro quo externally amongst financial institutions. The infrastructure was discovered to be highly complex, running the divisions with plants, bought or coerced, from the wire room to the board room. Complexity of design was prima facia of pre-meditation, willful intent, and long-term commitment, strategies and implementation at the highest levels. De-regulation permitted bank contracts to be implemented; subsequent laws rendered bank contracts illegal. Bank contracts were purposefully kept in-house with no copies permitted to leave, thus clients funds were essentially rendered irretrievable, hence this investigation in 2008. Microscopic case revealed bank contract induced by long-time relationship and trust built with Origin Person. Investigation ceased prior to determining whether Sir Peter Davis was complicit or had knowingly benefited from Origin Person; deemed not-relevant as deceased. It was determined that although Sir John Bond was removed as HSBC Chairman for his previous tapping of client gold reserves and moved to the private banking arm, his infrastructure inside HSBC London main was not extinguished. Patrick Wang Shui Chung had access and opportunity for implementation and his operation ran internationally with damages to the public globally and intel reported terrorist ties and possible activity. |
| **ACTIONS** | : Recommended=Meeting with General Wong; Held; Hand-off to BIG 3 & withdrawal |
| **EX REPORTS-RAMS:** | Microscopic client's funds discovered buried in Switzerland by Origin Person and his agents. Three (3) or more high level executives (HSBC-London) reported dead; mid to low management/employees; quiet international "investigation" by various global alphabets / political pressures from China, USA, & Canada; CHINA received special tax treatment of investment in the US. PUBLIC—US demand for Swiss disclosure of American clients for "tax evasion" and other various allegations. Tabled. |

*Original Issue 1 of 2*



# TREASURY FINANCE AG
### INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

| | |
|---|---|
| **CATALYST 2** | : **2008-2009 POON / LI SHA INVESTIGATION** |
| BANKS | : HSBC (BEJING) |
| ORIGIN PERSONS | : POON KONG / LI SHA |
| PURPOSE | : To investigate and assess origin persons and assets for pending Asset Management Contract |
| CONTACT | : Authorization Lead, and Jonathan D. Betts of Atlantica |
| INTEL CONTACT | : Authorization Lead; WONG SHUI LUNG (GEN. WONG). |
| MAIN OBJECTIVE | : (SCOPE LIMITED TO BANKER CORRUPTION) Microscopic Investigation for assessment (amended to include solution to case account with request for official assistance from China; branched into informal semi-global negotiations regarding master accounts and AU) of one or more case accounts with signatory Poon Kong. Allegations involved high level bankers who performed tasks, in the normal course of banking, pursuant to client orders up to last required step and certain bankers demanded "personal payments" prior to making normal banking external confirmations to third parties/institutions. |
| REPORT | : Parties and Factors initially deemed sensitive and amended to critically sensitive due to international master accounts and historical parties, treaties and agreements. Complexity involved in microscopic case was minimal, more a matter for "unauthorized and illegal institutional practices by world-wide bankers"; POON/LISHA due to their failure/inability to follow pre-set and party-mandated secret protocols of enactment and engagement, the final report recommended termination. |
| | |
| **CATALYST 3** | : **2008-2009 PANAMA-COOSEMUPAR INVESTIGATION** |
| BANKS | : VARIOUS, PRIMARY-HSBC (PANAMA) |
| ORIGIN PERSONS | : COOSEMUPAR |
| PURPOSE | : To investigate and assess all levels of corruption and political/financial influence |
| CONTACT | : Authorization Lead, Coosemupar Counsel |
| INTEL CONTACT '08 | : Authorization Lead; WONG SHUI LUNG (GEN. WONG); meeting in Hong Kong |
| MAIN OBJECTIVE | : (SCOPE LIMITED TO BANKER CORRUPTION) Microscopic Investigation for assessment (amended to include solution to case account with request for official assistance from China). Follow-up investigation by global team discovered more complex "land grab" and money laundering by "mirror" World Bank loan as used by Saddam's food for oil program. Involved parties included but were not limited to senior officials of Torrijos Administration, major Panamanian law firms, and bank officials. Subsequent data was collected on possible involvement of senior American officials with direct or indirect interests in agriculture and food industries, exerting financial and/or political influence in Panama; other Latin American similar influence; |
| REPORT | : Parties and Factors initially deemed semi-sensitive and amended to critically sensitive on Authorization Lead's order based on notice given by internationals of their intent to intervene, directly or indirectly. First deliver of Report to Mr. Torrijos, ineffective as it |



# TREASURY FINANCE AG
## INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

was later discovered that he and his wife were investigated for "unjust enrichment". Second delivery to Mr. Martinelli, used but data collected at the tail-end of investigations uncovered the beginning of undisclosed/disclosed relations and partnerships resulting in prima facia knowing and willing complicitness on his part.

| | |
|---|---|
| **CATALYST 4** | : 2008-2009 FANNIE/FREDDIE INVESTIGATION |
| **BANKS** | : VARIOUS, PRIMARY- JP MORGAN |
| **PURPOSE** | : To investigate and assess difficulties with securities: Freddie/Fannie securities, CMO, and other MBS |
| **INTEL CONTACT** (investigation) | : managed- Authorization Lead, supplemented (dove-tail World Bank Loan |
| **MAIN OBJECTIVE** | : Microscopic Investigation for assessment of validity of various Securities, including, but not limited to Freddie/Fannie Securities; Monetization of said securities, and options for trade. |
| **REPORT** | : Parties and Factors initially deemed not sensitive and amended to critically sensitive due to investigation's preliminary findings. Securities reported on screens (NASDAQ, ETC.); attempts to investigate behind the screens were thwarted, prevented or otherwise hindered externally by issuers stating fraud, and yet no actions were taken by issuers to remove, handle, or report them as fraud to take them off the market. Investigation report recommended tabeling in February '09, for further investigation plan completed in March '09, and structuring possible solutions through testing from March '09 and completed February 16, 2011. Final report recommendation for solution, "Green Light" for implementation of solution given February 16, 2011, by Authorization Lead. |

| | |
|---|---|
| **CATALYST 5** | : 2010 ECUADOR |
| **BANKS** | : COUNTRY CENTRAL BANK |
| **ORIGIN** | : ENERGY PROJECT |
| **PURPOSE** | : To assess and assist with a "Letter of Credit" for an external "contract" for state energy equipment and infrastructure |
| **CONTACT** | : BROWN ENERGY GROUP (BEG), LOCAL COUNTERPARTS, MINISTERS |
| **INTEL CONTACT** | : Managed- Authorization Lead; supplemented |
| **MAIN OBJECTIVE** | : BEG wanted assistance with monetizing a purported Letter of Credit issued by the state central bank/government. Preliminary assessment revealed that Letter of Credit had not been issued, contract had not been officially awarded; main objective changed by client to securing contract. |
| **REPORT** | : Parties and Factors initially deemed sensitive and amended to critically sensitive due to international political and financial influence. Investigation discovered corruption of government officials, suspected from data gathered to be organized and covertly controlled by cousin of President. A funding solution was presented that did not demand or require state concessions detrimental to the state and its people; no potential bidders/parties could compete with offer; China left table only to come back later indirectly through Venezuela; Caterpillar implemented deceptive practices and undue political and possibly financial influence over the situation; All was predicted |

3-6-2011                                                                                        *Original Issue: 1of 2*
Case 3:17-cr-00082-TAV-DCP   Document 187   Filed 06/18/18   Page 35 of 38   PageID #: 18261



# TREASURY FINANCE AG
## INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

and the funding solution presented was purposefully designed by terms and conditions to ferret out government and third party corruption, and political/financial influence; China came back through Venezuela. International media reported that China had agreed to a 50 Billion arrangement with Venezuela's Chief for oil. First report recommendation was to terminate involvement with Ecuador due to time intensity required to resolve. Investigative Intel reports were that it was actually to be a sale of the frozen Venezuela USA accounts to China disguised by the oil arrangement and Venezuela's influence on Ecuador to indirectly re-enter table of energy project. Ecuador President was called to Venezuela and preliminary deal cut for a "loan". Subsequently, Ecuador returned to request funding solution reporting that all agreements with Venezuela failed, due to failure of China-Venezuela agreement. Follow-up Investigative Intel revealed that USA intervention on frozen accounts with China was the cause. Report recommended termination of interaction with Ecuador due to other obligations already engaged.

## *FOLLOW-UP INVESTIGATION CATALYST TRIGGERS:

Investigation and interviews within "broker" industry; incompetent by design; general industry incapable of competency at this time only due to current conditions

## *FORECLOSURE SUMMARY:

**TOTAL MORTGAGES REVIEWED: APPROX. 23,000**
TYPE: CMO, various MBS packages, REMICS, Individual Mortgages, Legal Case Reviews

TEST STATE: Washington State
TEST COUNTY: Pierce County (primary), supplemented by Thurston, Mason
TEST HOUSE: 3809 116th st ct NW, Gig Harbor, Washington, 98332
PURCHASED: 2003, Statutory Warranty Deed
AMOUNT: $255,000 Cash-"loan" mix. Deed of Trust Executed/Recorded, without note, MERS beneficiary.
DEFECTIVE DEED OF TRUST: YES.
METHOD: Deed of Trust/Promissory Note CANCELED FOR CAUSE. Recorded. Filed. Served.
HELOC: 2004, "50,000 heloc", Deed of Trust, without ID of secured debt, Executed/Recorded, without note
DEFECTIVE DEED OF TRUST: YES.
METHOD: Deed of Trust/Promissory Note CANCELED FOR CAUSE. Recorded. Filed. Served.
PENDING LEGAL ACTIONS: YES.
CONTROL: other mortgages used and monitored for comparison.
OBJECTIVES: 1. test general cancellation process, 2. test judicial bank, commerce, corruption, 3. test local bank attorneys, corruption, 4. test law enforcement, commerce, corruption, 5. test homeowner base level knowledge, 6. assess and test strategies for cleaning judicial house, 6. establish cases in various jurisdictions, court levels, for use during implementation of public-money-for-private-use bank system and the opportunity for banks to adjust to final settlements for survival in new system.

FINAL REPORT: ∞PARADIGM∞                                    PAGE 14 OF 16
INITIALS:                          TREASURY

3-6-2011 Trustee N'55444  2011A20680A  Original Issue:Info  Trustee

Case 3:17-cr-00082-TAV-DCP   Document 187   Filed 06/13/18   Page 36 of 38   PageID #: 18262



# TREASURY FINANCE AG
### INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

Due to the Judicial's mutual and incestuous relationship with the banks and the insurance companies, the only time the court will find in favor of the homeowner is generally when one of two things happen, no matter what the specific fact pattern is:

1. the homeowner actually gets an honest judge with the backbone for justice (a needle in a haystack); or
2. the evidence is so overwhelming in establishing fraud or other criminal acts by the bank/lender, that if the judge found in favor of the bank it would result in public outrage, hence, breach of the peace.

## PRELIMINARY CONCLUSION OF INVESTIGATION, TESTING AND FINDINGS:

1. THE JUDICIAL HOUSE (SYSTEM) IS CORRUPT THROUGH ITS ELITE AND PRIVILIGED MENTALITY AND PROFIT MAKING, ORDERED, FOSTERED AND ENCOURAGED BY THE PRIVATE BANKING SYSTEM, FILTERED AND MAINTAINED BY THE BAR

2. LAW ENFORCEMENT IS AN ORDER TAKER, AND GENERALLY SPEAKING, THEY TURN A BLIND EYE TO THE CRIMES THEIR "SUPERIORS" ARE COMMITTING. LAW ENFORCEMENT IS NOT CORRUPT IN GENERAL TERMS, AND THEY SEE WHAT IS HAPPENING, THEY JUST NEED SUPPORT, *AND ORDERS*, TO RE-IGNITE THEIR STAMINA AND COURAGE TO ENFORCE TRUE JUSTICE.

3. ALL MORTGAGES ARE FRAUD—THE EVIDENCE OF THE FRAUD ARE IN THE BOOKKEEPING AND TAX REPORTING; FURTHER SUPPORTING EVIDENCE IS IN THE HISTORICAL AND PROCEDURAL HISTORY OF FREDDIE/FANNIE, SPECIFICALLY WITH REGARDS TO THE "UNIFORM INSTRUMENT" DEED OF TRUST, AND CHANGES IN THE LAWS , JUDICIAL AND EDUCATION SYSTEMS OVER THE DECADES

4. THE INSTRUMENTS OF THE FRAUD ARE THE DEED OF TRUST AND PROMISSORY NOTES, WHICH ARE ILLEGAL SECURITIES, COMMERCIAL LIENS, AND LANDLORD-TENANT LEASES

5. THE ONLY CORRECT RESPONSE TO A MORTGAGE IS CANCELLATION AND CORRESPONDING TAX REPORTING (1099A, 1099C, 1099OID, 1096) AND RUNNING EVERYTHING UCC

6. JUDICIAL CLERKS TRESPASSED ON THE CASE (FAILING TO SCAN DOCUMENTS FILED, REMOVING SCANS FROM RECORD, ETC.)=SOLUTION: RUN CASE THROUGH UCC

7. COUNTY RECORDERS REFUSED TO FILE RECORDINGS; CANCELATION WAS ALTERED TO MAKE IT SO THAT RECORDERS HAD TO FILE; INITIAL RESPONSE WAS TO CHARGE FILER FOR EVERY REFERENCE TO PREVIOUSLY FILED AND PAID FOR AUDITORS FILINGS RESULTING IN A FILING ORIGINALLY COSTING $63 TO GO AS HIGH AS $1600; INVESTIGATION LEAD SPOKE WITH PIERCE COUNTY AUDITOR ABOUT AN INTERNAL EMAIL BETWEEN COUNTY AUDITORS IN WASHINGTON STATE, SUBSEQUENTLY REPORTS THAT THE FEE HAD GONE BACK DOWN WERE MADE=NEEDS TO BE RUN THROUGH UCC AS WELL FOR INDEPENDANT PUBLIC RECORD AS WELL AS FOR COMMERCIAL PURPOSES

8. CANCELATIONS HAVE BEEN TESTED AND ARE MAKING WAVES, IT WILL BE FURTHER SOLID WHEN DONE IN CONJUNCTION WITH TAX REPORTING AND UCC FILINGS

3-6-2011 Trustee Number 20110306-001

Case 3:17-cr-00082-TAV-DCP   Document 187   Filed 06/16/18   Page 37 of 38   PageID #: 18263



# TREASURY FINANCE AG
### INDUSTRIESTRASSE 21, CH-6055 ALPNACH DORF

9. HOMEOWNER BASE LEVEL OF KNOWLEDGE IS MINIMAL, BY DESIGN; THE HARDEST POINT FOR HOMEOWNERS TO COME TO TERMS WITH ARE THAT NO LOAN WAS MADE;

10. THE PRIMARY "ORDER GIVER" IN THE STATE OF WASHINGTON WAS IDENTIFIED AS THE BANK OF NEW YORK TRUST COMPANY; BNY WESTERN TRUST COMPANY AND BNY MELLON ASSET SERVICES, IMPLEMENTED IN LARGE PART BY THE BAR (Washington Bar Association-- Inns of Court )

# END OF ANNEX
# END OF REPORT
# END OF PRIMARY INVESTIGATION

*Original Issue: 1 of 2*

3-6-2011 Trustee Number 20110306-DR Atel ... Jerry Trustee