Gabriele Trevisiol
Alpirsbach – Germany
June 11th 2018

Debrah C. Poplin, Clerk of Court
Thomas A. Varlan, District Judge
C. Clifford Shirley, Jr., Magistrate Judge
800 Market Street
Suite 130
Knoxville, Tennessee (37902)

USPS PRIORITY MAIL EXPRESS
EL 501902583 US

Re: No. 3:17-CR-82 - CONVICTION and SENTENCING UNITED STATES OF AMERICA
vs. RANDALL KEITH BEANE AND HEATHER ANN TUCCI-JARRAF

Dear Clerk Poplin, Judge Varlan, and Judge Shirley,

I got inspired by the Robinson Family's support letter for Mrs. Heather Ann Tucci-Jarraf and Mr. Randall Keith Beane. Thus I would like to add mine, even though I am not American, I do not speak English as my mother tongue and I do not have any knowledge of law at all.

Since early 2013 I have just followed what Mrs. Tucci was doing and publishing through the internet. I have listened to her on various occasions and I have had some small personal Skype chats with her directly.

From all I have seen, heard and read I have got to know Mrs. Tucci-Jarraf as a really loving woman who has been ready to make her huge professional knowledge and wisdom available to all in order to make people aware of their spiritual value and show us where our human systems failed to recognize that value. She has always expressed profound respect and love even for those who perpetuated, knowingly or unknowingly, such systems.

As much as I could understand from the transcripts of the court cases she has always been acting in honour and respect. I could not see any crime neither in Mrs. Tucci's nor in Mr. Bean's behavior that justifies to put them in jail. As a mother of three children I am especially concerned about the fact that it has been almost a year since her children were deprived of their mom, in a moment of their development in which children so urgently need their mother's care for a healthy psychological growth.

As all the corruption is now coming forth to the public and as the American President, Mr. Donald Trump, has just started to pardon unfairly treated people, I kindly ask you to please reconsider the whole court case of both Mrs. Heather Ann Tucci-Jarraf and Mr. Randall Keith Beane and judge in your upcoming sentencing freedom for both of them.

Yours sincerely,
Gabriele Trevisiol
Apirsbach, Germany
Email: gabrieleneumueller@gmail.com

Copy to
Pres. Donald J. Trump
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

USPS CERTIFIED MAIL
7018 0360 0000 4492 5991

PDFView4NET 3.0.4.0 evaluation version



Pres. Donald J. Trump
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

**USPS CERTIFIED MAIL**
7018 0360 0000 4492 5991

Debrah C. Poplin, Clerk of Court
Thomas A. Varlan, District Judge
C. Clifford Shirley, Jr., Magistrate Judge
800 Market Street - Suite 130
Knoxville, Tennessee (37902)

**USPS PRIORITY MAIL EXPRESS**
EL 501902583 US

Re: No. 3:17-CR- 82 - CONVICTION and SENTENCING UNITED STATES OF AMERICA vs. RANDALL KEITH BEANE AND HEATHER ANN TUCCI-JARRAF

Dear President, Donald Trump, and distinguished Debrah C. Poplin, Clerk of Court
Thomas A. Varlan, District Judge C. Clifford Shirley, Jr., Magistrate Judge.

With this letter I intend to communicate my support for the letter of the Robinson family regarding the Cause RANDALL KEITH BEANE AND HEATHER ANN TUCCI-JARRAF.

Dear President, I seek a Reprieve for Heather Ann Tucci Jarraf and Randall Keith Beane. In appendix A all errors in the legal proceedings are listed.

Heather Ann Tucci Jarraf has been working for 17 years for the good of all sentient and non sentient beings on this extraordinary planet earth. What is happening on a global level is obvious to all: climatic geo engineering, obligatory mass vaccinations (12 vaccines), genetically modified foods GMO, mass migration of people, inhuman treatment of prisoners, fraud in the banking system, SPV, etc. etc. We have been raised under dark beliefs. Dear President, also You have been changing America radically for the benefit of the Americans which has been reflected on a global level and for which I am very grateful to You. For this reason You can internally comprehend the great human spirit and the immense consciousness which animates Heather Ann Tucci Jarraf.

I am certain that You will immediately grant a REPRIEVE and that this request of mine will arrive directly at Your heart for the HONOUR OF JUSTICE and the HONOUR OF TRUTH.

Dear Judges,
In life it is always possible to step back. To recognize on Your part the errors made by You in the legal proceedings (see appendix A) is AN ACT THAT CAN BE RECOGNIZED BY CREATION. I therefore ask You for REDRESS NOW and to receive THE GIFTS WHICH ARE GRANTED BY LIFE TO EVERY HONEST INDIVIDUAL BEING by immediately giving back freedom to Heather Ann Tucci Jarraf as well as to Randall Keith Bene
With Love

Yours sincerely,
I Am Original Claudio Balosetti

Borgosesia, 12/06/2018

| Italy: | Russia: |
|---|---|
| Claudio Balosetti | Claudio Balosetti |
| Fr. Bastia, 48 – 13011 Borgosesia | Vladimirsky prospect, 3 |

Pres. Donald J. Trump
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

**USPS CERTIFIED MAIL**
7018 0360 0000 4492 5991

Debrah C. Poplin, Clerk of Court
Thomas A. Varlan, District Judge
C. Clifford Shirley, Jr, Magistrate Judge
800 Market Street
Suite 130
Knoxville, Tennessee (37902)

**USPS PRIORITY MAIL EXPRESS**
EL 501902583 US

Re: No. 3:17-CR-82- CONVINCTION
And SENTENCING UNITED STATES OF AMERICA
Vs. RANDALL KEITH BEANE AND HEATHER ANN
TUCCI-JARAFF

Dear President, Donald Trump, and distinguished
Debrah C. Poplin, Clerk of Court.
Thomas A. Varlan, District Judge C.
Clifford Shirley, Jr Magistrate Judge.

With this letter I intend to communicate
My support for the letter of the Robinson
Family regarding the Cause RANDALL
KEITH BEANE AND HEATHER ANN
TUCCI-JARAFF.

Dear President, I Seek a Reprieve for Heather
Tucci Jaraff and Randall Keith Beane.
In appendix A all errors in the legal proceceedings
Are listed.

Heather Ann Tucci Jaraff has been
Working for 17 years for the good of all
Sentien and non sentient beings on this
Extraordinary planet earth. What is happening
On a global level is obvious to all;

...matic geo engeenering. obbligatori
...ass vaccinations ( 12 vaccines).
Genetically modified Woods GMO, mass
Migration of people, inhuman treatment
Of prisoners, fraud in the banking system,
SPV, etc. etc..

We have been raised under dark belief.
Dear President, also You have bean
Changing America radically for the
Benefit of the Americans chic has been
Reflected on a global level and for chic
I am very grateful to you. For thi reason
You can internally comprehend the great
Human spirit and the immense
Consciousness chic animates Heather
Ann Tucci Jaraff
Im certain that You will immediate
Grant a REPRIEVE and that request
Of mine will arrive directly at Your heart
For the HONOUR OF JUSICE and the
HONOUR OF TRUTH.

Dear Judges,
In life it is alias possible to step back.
To precognite on Your part the errors
Made by you in the legal proceedings
(see appendix A) is AN ACT THAT CAN
BE RECOGNIZED BY CREATION.
I therefore ask You for REDRESS NOW
And to receve THE GIFT WHICH ARE GRANTED
BY LIFE TO EVERY HONEST
INDIVIDUAL BEING by immediate
Living back freedom to Heather Ann
Tucci Jaraff as well as to Randall Keith
Beane

With Love

*[signature]*

Yours sincerely
I Am Original Alessandro Faina

N ZV Venezia Tridentina TIVOLI (RM) ITALY
Email: alessandrofaina2@hotmail.com

 *In Amore Pace e Gratitudine* 

– NOTICE –

Emessa in conformità e governata da IO SONO, eterna essenza, in carne ed ossa, UCC Reg. N: R2013032035, ristabilito ed incorporato qui per numero di riferimento come se riportato per intero - PRE-APPROVATO, PRE-AUTORIZZATO e PRE-PAGATO

U.C.C. F.S. #: 2014-218-4491-8    – I AM – gn-22111956–    Re: No. 3:17-CR- 82

Mitt.
Donna naturale **giovanna d.d. nicolini**
Via F.lli Cantoni, 15/a
28047 Oleggio (NO)

**USPS CERTIFIED MAIL**
7018 0360 0000 4492 5991

**Pres.** Donald J. Trump
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

**USPS PRIORITY MAIL EXPRESS**
EL 501902583 US

Debrah C. Poplin, **Clerk of Court**
Thomas A. Varlan, **District Judge**
C. Clifford Shirley, Jr., **Magistrate Judge**

800 Market Street Suite 130
Knoxville, Tennessee (37902)

**Re: No. 3:17-CR- 82    CONVICTION and SENTENCING UNITED STATES OF AMERICA vs. RANDALL KEITH BEANE AND HEATHER ANN TUCCI-JARRAF.**

**Dear President, Donald Trump, and distinguished Debrah C. Poplin, Clerk of Court Thomas A. Varlan, District Judge C. Clifford Shirley, Jr., Magistrate Judge.**

**With this letter I intend to communicate my support for the letter of the Robinson family regarding the Cause RANDALL KEITH BEANE AND HEATHER ANN TUCCI-JARRAF.**

**Dear President, I seek a Reprieve for** Heather Ann Tucci Jarraf and Randall Keith Beane. **In appendix A all errors in the legal proceedings are listed.**

Heather Ann Tucci Jarraf has been working for 17 years for the good of all sentient and non sentient beings on this extraordinary planet earth. What is happening on a global level is obvious to all: climatic geo engineering, obligatory mass vaccinations (12 vaccines), genetically modified foods GMO, mass migration of people, inhuman treatment of prisoners, fraud in the banking system, SPV, etc. etc.

We have been raised under dark beliefs. Dear President, also You have been changing America radically for the benefit of the Americans which has been reflected on a global level and for which I am very grateful to You. For this reason You can internally comprehend the great human spirit and the immense consciousness which animates Heather Ann Tucci Jarraf.
I am certain that You will immediately grant a REPRIEVE and that this request of mine will arrive directly at Your heart for the HONOUR OF JUSTICE and the HONOUR OF TRUTH.

Dear Judges, in life it is always possible to step back. To recognize on Your part the errors made by You in the legal proceedings (see appendix A) is AN ACT THAT CAN BE RECOGNIZED BY CREATION. I therefore ask You for REDRESS NOW and to receive THE GIFTS WHICH ARE GRANTED BY LIFE TO EVERY HONEST INDIVIDUAL BEING by immediately giving back freedom to Heather Ann Tucci Jarraf as well as to Randall Keith Bene

With Love in accordance with your E.O. 13818 - 22 dec. 2017

*[signature]*

Yours sincerely,
I Am Original **giovanna d.d. Nicolini**
Email: gio.nic22@virgilio.it

 Emessa in conformità e governata da IO SONO eterna essenza incarnata UCC reg. N°#: 2013032035, ristabilito e incorporato numero di riferimento come se riportato per intero - PRE APPROVATO, PRE AUTORIZZATO e PRE PAGATO
IO SONO eterna essenza in carne e ossa, 20620118 - I AM -gn-22111956-    pag. 1 di 4

Pres. Donald J. Trump
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

**USPS CERTIFIED MAIL**
7018 0360 0000 4492 5991

**USPS PRIORITY MAIL EXPRESS**
EL 501902583 US

Debrah C. Poplin, Clerk of Court
Thomas A. Varlan, District Judge
C. Clifford Shirley, Jr., Magistrate Judge
800 Market Street
Suite 130
Knoxville, Tennessee (37902)

Re: No. 3:17-CR-82 - CONVICTION and SENTENCING UNITED STATES OF AMERICA vs. RANDALL KEITH BEANE AND HEATHER ANN TUCCI-JARRAF

Dear President, Donald Trump, and distinguished Debrah C. Poplin, Clerk of Court
Thomas A. Varlan, District Judge C. Clifford Shirley, Jr., Magistrate Judge.

With this letter I intend to communicate my support for the letter of the Robinson family regarding the Cause RANDALL KEITH BEANE AND HEATHER ANN TUCCI-JARRAF.
Dear President, I seek a Reprieve for Heather Ann Tucci Jarraf and Randall Keith Beane. In appendix A all errors in the legal proceedings are listed.

Heather Ann Tucci Jarraf has been working for 17 years for the good of all sentient and non sentient beings on this extraordinary planet earth. What is happening on a global level is obvious to all: climatic geo engineering, obligatory mass vaccinations (12 vaccines), genetically modified foods GMO, mass migration of people, inhuman treatment of prisoners, fraud in the banking system, SPV, etc. etc.

We have been raised under dark beliefs. Dear President, also You have been changing America radically for the benefit of the Americans which has been reflected on a global level and for which I am very grateful to You. For this reason You can internally comprehend the great human spirit and the immense consciousness which animates Heather Ann Tucci Jarraf.

I am certain that You will immediately grant a REPRIEVE and that this request of mine will arrive directly at Your heart for the HONOUR OF JUSTICE and the HONOUR OF TRUTH.

Dear Judges,
In life it is always possible to step back. To recognize on Your part the errors made by You in the legal proceedings (see appendix A) is AN ACT THAT CAN BE RECOGNIZED BY CREATION. I therefore ask You for REDRESS NOW and to receive THE GIFTS WHICH ARE GRANTED BY LIFE TO EVERY HONEST INDIVIDUAL BEING by immediately giving back freedom to Heather Ann Tucci Jarraf as well as to Randall Keith Bene

With Love
Yours sincerely,
I Am Original Ernesto Bondi

Piazza del Mercato, 10 - 25121 - Brescia (BS ITALY
Email: ernesto.webser@gmail.com

An evaluation version of novaPDF was used to create this PDF file.
Purchase a license to generate PDF files without this notice.

Pres. Donald J. Trump

The White House

1600 Pennsylvania Avenue NW

Washington, DC 20500

**USPS CERTIFIED MAIL**
7018 0360 0000 4492 5991

Debrah C. Poplin, Clerk of Court

Thomas A. Varlan, District Judge

C. Clifford Shirley, Jr., Magistrate Judge

800 Market Street

Suite 130

Knoxville, Tennessee (37902)

**USPS PRIORITY MAIL EXPRESS**
EL 501902583 US

Re: No. 3:17-CR- 82  -  CONVICTION and SENTENCING UNITED STATES OF AMERICA vs. RANDALL KEITH BEANE AND HEATHER ANN TUCCI-JARRAF

Dear President, Donald Trump, and distinguished Debrah C. Poplin, Clerk of Court

Thomas A. Varlan, District Judge C. Clifford Shirley, Jr., Magistrate Judge.

With this letter I intend to communicate my support for the letter of the Robinson family regarding the Cause RANDALL KEITH BEANE AND HEATHER ANN TUCCI-JARRAF.

Dear President, I seek a Reprieve for Heather Ann Tucci Jarraf and Randall Keith Beane. In appendix A all errors in the legal proceedings are listed.

Heather Ann Tucci Jarraf has been working for 17 years for the good of all sentient and non sentient beings on this extraordinary planet earth. What is happening on a global level is obvious to all: climatic geo engineering, obligatory mass vaccinations (12 vaccines), genetically modified foods GMO, mass migration of people, inhuman treatment of prisoners, fraud in the banking system, SPV, etc. etc.

1

An evaluation version of novaPDF was used to create this PDF file.
Purchase a license to generate PDF files without this notice.

We have been raised under dark beliefs. Dear President, also You have been changing America radically for the benefit of the Americans which has been reflected on a global level and for which I am very grateful to You. For this reason You can internally comprehend the great human spirit and the immense consciousness which animates Heather Ann Tucci Jarraf.

I am certain that You will immediately grant a REPRIEVE and that this request of mine will arrive directly at Your heart for the HONOUR OF JUSTICE and the HONOUR OF TRUTH.

Dear Judges,

In life it is always possible to step back. To recognize on Your part the errors made by You in the legal proceedings (see appendix A) is AN ACT THAT CAN BE RECOGNIZED BY CREATION. I therefore ask You for REDRESS NOW and to receive THE GIFTS WHICH ARE GRANTED BY LIFE TO EVERY HONEST INDIVIDUAL BEING by immediately giving back freedom to Heather Ann Tucci Jarraf as well as to Randall Keith Bene

With Love

Yours sincerely,

I Am Original Fabrizio Tencaioli

Via Milano 316/1 21020 Mercallo (VA) ITALY

Email:Fabriziotencaioli@gmail.com

2

June 13th 2018

Pres. Donald J. Trump
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

**USPS CERTIFIED MAIL**
7018 0360 0000 4492 5991

Debrah C. Poplin, Clerk of Court
Thomas A. Varlan, District Judge
C. Clifford Shirley, Jr., Magistrate Judge
800 Market Street
Suite 130
Knoxville, Tennessee (37902)

**USPS PRIORITY MAIL EXPRESS**
EL 501902583 US

Re: No. 3:17-CR-82 - CONVICTION and SENTENCING UNITED STATES OF AMERICA vs. RANDALL KEITH BEANE AND HEATHER ANN TUCCI-JARRAF

**Dear President, Donald Trump, and distinguished Debrah C. Poplin, Clerk of Court**
Thomas A. Varlan, District Judge C. Clifford Shirley, Jr., Magistrate Judge.

With this letter I intend to communicate my support for the letter of the Robinson family regarding the Cause RANDALL KEITH BEANE AND HEATHER ANN TUCCI-JARRAF.

**Dear President, I seek a Reprieve for Heather Ann Tucci Jarraf and Randall Keith Beane. In appendix A all** errors in the legal proceedings are listed.

Heather Ann Tucci Jarraf has been working for 17 years for the good of all sentient and non sentient beings on this extraordinary planet earth. What is happening on a global level is obvious to all: climatic geo engineering, obligatory mass vaccinations (12 vaccines), genetically modified foods GMO, mass migration of people, inhuman treatment of prisoners, fraud in the banking system, SPV, etc. etc.

We have been raised under dark beliefs. Dear President, also You have been changing America radically for the benefit of the Americans which has been reflected on a global level and for which I am very grateful to You. For this reason You can internally comprehend the great human spirit and the immense consciousness which animates Heather Ann Tucci Jarraf.
I am certain that You will immediately grant a REPRIEVE and that this request of mine will arrive directly at Your heart for the HONOUR OF JUSTICE and the HONOUR OF TRUTH.

Dear
Judges,
    In life it is always possible to step back. To recognize on Your part the errors made by You in the legal proceedings (see appendix A) is AN ACT THAT CAN BE RECOGNIZED BY CREATION. I therefore ask You for REDRESS NOW and to receive THE GIFTS WHICH ARE GRANTED BY LIFE TO EVERY HONEST INDIVIDUAL BEING by immediately giving back freedom to Heather Ann Tucci Jarraf as well as to Randall Keith Bene

With Love


Yours sincerely,
I Am Original Sergio Trevisiol
Costa di Serina (BG) ITALY
Email: trevisiol.sergio@gmail.com

 

## - NOTICE -

Emessa in conformità e governata da IO SONO, eterna essenza, in carne ed ossa, UCC Reg. N. #:2013032035, ristabilito ed incorporato qui per numero di riferimento come se riportato per intero - PRE-APPROVATO, PRE-AUTORIZZATO e PRE-PAGATO
F.S. #:2014-218-4464-2   reg. 12062018   – I AM-IT-18121956

Mitt.
uomo naturale francesco nato fonti
Via Giotto, 41
45100 ROVIGO ITALY

**USPS CERTIFIED MAIL**
7018 0360 0000 4492 5991

Pres. Donald J. Trump
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

**USPS PRIORITY MAIL EXPRESS**
EL 501902583 US

Debrah C. Poplin, **Clerk of Court**

Thomas A. Varlan, District Judge
C. Clifford Shirley, Jr., Magistrate Judge

800 Market Street Suite 130
Knoxville, Tennessee (37902)

**Re: No. 3:17-CR-82   CONVICTION and SENTENCING UNITED STATES OF AMERICA vs. RANDALL KEITH BEANE AND HEATHER ANN TUCCI-JARRAF**

Dear President, Donald Trump, and distinguished Debrah C. Poplin, Clerk of Court
Thomas A. Varlan, District Judge C. Clifford Shirley, Jr., Magistrate Judge.

With this letter I intend to communicate my support for the letter of the Robinson family regarding the Cause RANDALL KEITH BEANE AND HEATHER ANN TUCCI-JARRAF.

Dear President, I seek a Reprieve for Heather Ann Tucci Jarraf and Randall Keith Beane. In appendix A all errors in the legal proceedings are listed.

Heather Ann Tucci Jarraf has been working for 17 years for the good of all sentient and non sentient beings on this extraordinary planet earth. What is happening on a global level is obvious to all: climatic geo engineering, obligatory mass vaccinations (12 vaccines), genetically modified foods GMO, mass migration of people, inhuman treatment of prisoners, fraud in the banking system, SPV, etc. etc.

We have been raised under dark beliefs. Dear President, also You have been changing America radically for the benefit of the Americans which has been reflected on a global level and for which I am very grateful to You. For this reason You can internally comprehend the great human spirit and the immense consciousness which animates Heather Ann Tucci Jarraf.
I am certain that You will immediately grant a REPRIEVE and that this request of mine will arrive directly at Your heart for the HONOUR OF JUSTICE and the HONOUR OF TRUTH.

Dear Judges, in life it is always possible to step back. To recognize on Your part the errors made by You in the legal proceedings (see appendix A) is AN ACT THAT CAN BE RECOGNIZED BY CREATION. I therefore ask You for REDRESS NOW and to receive THE GIFTS WHICH ARE GRANTED BY LIFE TO EVERY HONEST INDIVIDUAL BEING by immediately giving back freedom to Heather Ann Tucci Jarraf as well as to Randall Keith Bene

With Love in accordance with your E.O. 1____ 22 dec. 2017

Yours sincerely,
I Am Original francesco ____ fonti
Email: francesco.fonti@____

June 13, 2018

Debra C. Poplin, clerk of court
Thomas A. Varlan, district judge
C. Clifford Shirley, Jr. Magistrate judge
800 market st suite 130
Knoxville, Tennessee 37902

USPS PRIORITY MAIL EXPRESS
EL 501902583 US

Re: No. 3:17 - CR - 82 Conviction and sentencing

United States of America vs. Randall Keith Beane, and Heather Ann Tucci-Jarraf

Dear Clerk Poplin, Judge Varlan, and Judge Shirley,

I write to you as a concerned American citizen regarding "United States of America vs. Randall Keith Beane, and Heather Ann Tucci-Jarraf". Neither Mr. Beane nor Mrs. Tucci-Jarraf asked me to write this letter, nor are they aware that I am writing this letter. I do not know Mr. Beane or Mrs. Tucci-Jarraf personally. I am a concerned American citizen who has been made aware of this case.
I share the same concerns outlined in Document #182 which was submitted by Robinson family et. al. on 6/5/18.

Of particular concern to me is the information detailed in concern #2 of the submitted Document #182, which adresses the lack of Probable Cause in the alleged case: United States of America vs. Randall Keith Beane, and Heather Ann Tucci-Jarraf.

As Document #182 clearly points out, "there was no OFFICIAL complaint... no affidavit...no warrant... no crime".
To further quote Document #182: "What was the evidentiary basis for a 'criminal' investigation in which there was no Constitutional or contractual violation?"
"Have the prosecutors been asked to reveal any and all un-revealed possible conflicts of interest that go to motive for prosecution as well as provide for exculpatory evidence?"
The following text from Document #182 explains the specific breach of Costitutional amendments and lack of Probable Cause:

> There is a Constitutional fourth Amendment against unreasonable searches and seizures and requiring probable cause for a warrant. There is a fifth Amendment guaranteeing procedural rights to which every person whom the government accused of a crime is entitled – "due process of law." Mr. Parker Still and his FBI investigative "team" denied Mr. Beane and Mrs. Tucci-Jarraf both Constitutional protections. And as a quick reminder—the Constitution is the supreme Law of the Land. (Article VI – The Constitution of the United States)
>
> It was extremely distressing to read the testimony of Mr. Parker Still in which he referred to a warrant as "...that's some TV stuff where we serve people...that's just not general practice where you would, you know, serve someone – hand someone a warrant, generally." (Trial Transcript, Vol. 1, Pg. 69, Lines 13-17) It seems clear Mr. Parker Still believes FBI Investigators do not have to fulfill Constitutional obligations.

Sincerely,
Concerned citizen: Arianna Shannon
4-831 Kuhio Highway
Suite 438 # 239
Kapaa, HI 96746
303-359-3023

Pres. Donald J. Trump
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

USPS CERTIFIED MAIL
7018 0360 0000 4492 5991

USPS PRIORITY MAIL EXPRESS
EL 501902583 US

Debrah C. Poplin, Clerk of Court
Thomas A. Varlan, District Judge
C. Clifford Shirley, Jr., Magistrate Judge
800 Market Street
Suite 130
Knoxville, Tennessee (37902)

Re: No. 3:17-CR- 82  - CONVICTION and SENTENCING UNITED STATES OF AMERICA vs. RANDALL KEITH BEANE AND HEATHER ANN TUCCI-JARRAF

Dear President, Donald Trump, and distinguished Debrah C. Poplin, Clerk of Court
Thomas A. Varlan, District Judge C. Clifford Shirley, Jr., Magistrate Judge.

With this letter I intend to communicate my support for the letter of the Robinson family regarding the Cause RANDALL KEITH BEANE AND HEATHER ANN TUCCI-JARRAF.
Dear President, I seek a Reprieve for Heather Ann Tucci Jarraf and Randall Keith Beane. In appendix A all errors in the legal proceedings are listed.

Heather Ann Tucci Jarraf has been working for 17 years for the good of all sentient and non sentient beings on this extraordinary planet earth. What is happening on a global level is obvious to all: climatic geo engineering, obligatory mass vaccinations (12 vaccines), genetically modified foods GMO, mass migration of people, inhuman treatment of prisoners, fraud in the banking system, SPV, etc. etc.

We have been raised under dark beliefs. Dear President, also You have been changing America radically for the benefit of the Americans which has been reflected on a global level and for which I am very grateful to You. For this reason You can internally comprehend the great human spirit and the immense consciousness which animates Heather Ann Tucci Jarraf.

I am certain that You will immediately grant a REPRIEVE and that this request of mine will arrive directly at Your heart for the HONOUR OF JUSTICE and the HONOUR OF TRUTH.

Dear Judges,
In life it is always possible to step back. To recognize on Your part the errors made by You in the legal proceedings (see appendix A) is AN ACT THAT CAN BE RECOGNIZED BY CREATION. I therefore ask You for REDRESS NOW and to receive THE GIFTS WHICH ARE GRANTED BY LIFE TO EVERY HONEST INDIVIDUAL BEING by immediately giving back freedom to Heather Ann Tucci Jarraf as well as to Randall Keith Bene

With Love
Yours sincerely,
I Am Original Claudio Brolli

Via G.Falcone, 46 -25020 Capriano del Colle (BS) ITALY
Email: brolli.claudio@gmail.com

Pres. Donald J. Trump
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

USPS CERTIFIED MAIL
7018 0360 0000 4492 5991

Debrah C. Poplin, Clerk of Court
Thomas A. Varlan, District Judge
C. Clifford Shirley, Jr., Magistrate Judge
800 Market Street
Suite 130
Knoxville, Tennessee (37902)

USPS PRIORITY MAIL EXPRESS
EL 501902583 US

Re: No. 3:17-CR-82 - CONVICTION and SENTENCING UNITED STATES OF AMERICA vs. RANDALL KEITH BEANE AND HEATHER ANN TUCCI-JARRAF

Dear President, Donald Trump, and distinguished Debrah C. Poplin, Clerk of Court Thomas A. Varlan, District Judge C. Clifford Shirley, Jr., Magistrate Judge.

With this letter I intend to communicate my support for the letter of the Robinson family regarding the Cause RANDALL KEITH BEANE AND HEATHER ANN TUCCI-JARRAF.
Dear President, I seek a Reprieve for Heather Ann Tucci Jarraf and Randall Keith Beane. In appendix A all errors in the legal proceedings are listed.

Heather Ann Tucci Jarraf has been working for 17 years for the good of all sentient and non sentient beings on this extraordinary planet earth. What is happening on a global level is obvious to all: climatic geo engineering, obligatory mass vaccinations (12 vaccines), genetically modified foods GMO, mass migration of people, inhuman treatment of prisoners, fraud in the banking system, SPV, etc. etc.

We have been raised under dark beliefs. Dear President, also You have been changing America radically for the benefit of the Americans which has been reflected on a global level and for which I am very grateful to You. For this reason You can internally comprehend the great human spirit and the immense consciousness which animates Heather Ann Tucci Jarraf.

I am certain that You will immediately grant a REPRIEVE and that this request of mine will arrive directly at Your heart for the HONOUR OF JUSTICE and the HONOUR OF TRUTH.

Dear Judges,
In life it is always possible to step back. To recognize on Your part the errors made by You in the legal proceedings (see appendix A) is AN ACT THAT CAN BE RECOGNIZED BY CREATION. I therefore ask You for REDRESS NOW and to receive THE GIFTS WHICH ARE GRANTED BY LIFE TO EVERY HONEST INDIVIDUAL BEING by immediately giving back freedom to Heather Ann Tucci Jarraf as well as to Randall Keith Bene

With Love
Yours sincerely,
I Am Original Marco Brolli

Via Don Maestrini, 21 -25050 Ome (BS) ITALY
Email: marcobrolli62@gmail.com

Pres. Donald J. Trump
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

USPS CERTIFIED MAIL
7018 0360 0000 4492 5991

USPS PRIORITY MAIL EXPRESS
EL 501902583 US

Debrah C. Poplin, Clerk of Court
Thomas A. Varlan, District Judge
C. Clifford Shirley, Jr., Magistrate Judge
800 Market Street
Suite 130
Knoxville, Tennessee (37902)

Re: No. 3:17-CR-82 - CONVICTION and SENTENCING UNITED STATES OF AMERICA vs. RANDALL KEITH BEANE AND HEATHER ANN TUCCI-JARRAF

Dear President, Donald Trump, and distinguished Debrah C. Poplin, Clerk of Court
Thomas A. Varlan, District Judge C. Clifford Shirley, Jr., Magistrate Judge.

With this letter I intend to communicate my support for the letter of the Robinson family regarding the Cause RANDALL KEITH BEANE AND HEATHER ANN TUCCI-JARRAF.
Dear President, I seek a Reprieve for Heather Ann Tucci Jarraf and Randall Keith Beane. In appendix A all errors in the legal proceedings are listed.

Heather Ann Tucci Jarraf has been working for 17 years for the good of all sentient and non sentient beings on this extraordinary planet earth. What is happening on a global level is obvious to all: climatic geo engineering, obligatory mass vaccinations (12 vaccines), genetically modified foods GMO, mass migration of people, inhuman treatment of prisoners, fraud in the banking system, SPV, etc. etc.

We have been raised under dark beliefs. Dear President, also You have been changing America radically for the benefit of the Americans which has been reflected on a global level and for which I am very grateful to You. For this reason You can internally comprehend the great human spirit and the immense consciousness which animates Heather Ann Tucci Jarraf.

I am certain that You will immediately grant a REPRIEVE and that this request of mine will arrive directly at Your heart for the HONOUR OF JUSTICE and the HONOUR OF TRUTH.

Dear Judges,
In life it is always possible to step back. To recognize on Your part the errors made by You in the legal proceedings (see appendix A) is AN ACT THAT CAN BE RECOGNIZED BY CREATION. I therefore ask You for REDRESS NOW and to receive THE GIFTS WHICH ARE GRANTED BY LIFE TO EVERY HONEST INDIVIDUAL BEING by immediately giving back freedom to Heather Ann Tucci Jarraf as well as to Randall Keith Bene

With Love
Yours sincerely,
I Am Original Silvano Bolpagni

Via G. Oberdan, 59 -25128 Brescia (BS) ITALY
Email: silvanobolpagni@hotmail.it

Pres. Donald J. Trump
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

USPS CERTIFIED MAIL
7018 0360 0000 4492 5991

USPS PRIORITY MAIL EXPRESS
EL 501902583 US

Debrah C. Poplin, Clerk of Court
Thomas A. Varlan, District Judge
C. Clifford Shirley, Jr., Magistrate Judge
800 Market Street
Suite 130
Knoxville, Tennessee (37902)

Re: No. 3:17-CR- 82 - CONVICTION and SENTENCING UNITED STATES OF AMERICA vs. RANDALL KEITH BEANE AND HEATHER ANN TUCCI-JARRAF

Dear President, Donald Trump, and distinguished Debrah C. Poplin, Clerk of Court
Thomas A. Varlan, District Judge C. Clifford Shirley, Jr., Magistrate Judge.

With this letter I intend to communicate my support for the letter of the Robinson family regarding the Cause RANDALL KEITH BEANE AND HEATHER ANN TUCCI-JARRAF.
Dear President, I seek a Reprieve for Heather Ann Tucci Jarraf and Randall Keith Beane. In appendix A all errors in the legal proceedings are listed.

Heather Ann Tucci Jarraf has been working for 17 years for the good of all sentient and non sentient beings on this extraordinary planet earth. What is happening on a global level is obvious to all: climatic geo engineering, obligatory mass vaccinations (12 vaccines), genetically modified foods GMO, mass migration of people, inhuman treatment of prisoners, fraud in the banking system, SPV, etc. etc.

We have been raised under dark beliefs. Dear President, also You have been changing America radically for the benefit of the Americans which has been reflected on a global level and for which I am very grateful to You. For this reason You can internally comprehend the great human spirit and the immense consciousness which animates Heather Ann Tucci Jarraf.

I am certain that You will immediately grant a REPRIEVE and that this request of mine will arrive directly at Your heart for the HONOUR OF JUSTICE and the HONOUR OF TRUTH.

Dear Judges,
In life it is always possible to step back. To recognize on Your part the errors made by You in the legal proceedings (see appendix A) is AN ACT THAT CAN BE RECOGNIZED BY CREATION. I therefore ask You for REDRESS NOW and to receive THE GIFTS WHICH ARE GRANTED BY LIFE TO EVERY HONEST INDIVIDUAL BEING by immediately giving back freedom to Heather Ann Tucci Jarraf as well as to Randall Keith Bene

With Love
Yours sincerely,
I Am Original Roberto Brolli

Cascina Scarabiolo, 7 -25020 Capriano del Colle (BS) ITALY
Email: brolli.roberto@gmail.com

Pres. Donald J. Trump
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

USPS CERTIFIED MAIL
7018 0360 0000 4492 5991

USPS PRIORITY MAIL EXPRESS
EL 501902583 US

Debrah C. Poplin, Clerk of Court
Thomas A. Varlan, District Judge
C. Clifford Shirley, Jr., Magistrate Judge
800 Market Street
Suite 130
Knoxville, Tennessee (37902)

Re: No. 3:17-CR- 82  - CONVICTION and SENTENCING UNITED STATES OF AMERICA vs. RANDALL KEITH BEANE AND HEATHER ANN TUCCI-JARRAF

Dear President, Donald Trump, and distinguished Debrah C. Poplin, Clerk of Court Thomas A. Varlan, District Judge C. Clifford Shirley, Jr., Magistrate Judge.

With this letter I intend to communicate my support for the letter of the Robinson family regarding the Cause RANDALL KEITH BEANE AND HEATHER ANN TUCCI-JARRAF.
Dear President, I seek a Reprieve for Heather Ann Tucci Jarraf and Randall Keith Beane. In appendix A all errors in the legal proceedings are listed.

Heather Ann Tucci Jarraf has been working for 17 years for the good of all sentient and non sentient beings on this extraordinary planet earth. What is happening on a global level is obvious to all: climatic geo engineering, obligatory mass vaccinations (12 vaccines), genetically modified foods GMO, mass migration of people, inhuman treatment of prisoners, fraud in the banking system, SPV, etc. etc.

We have been raised under dark beliefs. Dear President, also You have been changing America radically for the benefit of the Americans which has been reflected on a global level and for which I am very grateful to You. For this reason You can internally comprehend the great human spirit and the immense consciousness which animates Heather Ann Tucci Jarraf.

I am certain that You will immediately grant a REPRIEVE and that this request of mine will arrive directly at Your heart for the HONOUR OF JUSTICE and the HONOUR OF TRUTH.

Dear Judges,
In life it is always possible to step back. To recognize on Your part the errors made by You in the legal proceedings (see appendix A) is AN ACT THAT CAN BE RECOGNIZED BY CREATION. I therefore ask You for REDRESS NOW and to receive THE GIFTS WHICH ARE GRANTED BY LIFE TO EVERY HONEST INDIVIDUAL BEING by immediately giving back freedom to Heather Ann Tucci Jarraf as well as to Randall Keith Bene

With Love
Yours sincerely,
I Am Original Gianfranco Magri

Via Calango, 38 -25082 Botticino (BS) ITALY
Email: gianfranco.magri@gmail.com

Pres. Donald J. Trump
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

USPS CERTIFIED MAIL
7018 0360 0000 4492 5991

USPS PRIORITY MAIL EXPRESS
EL 501902583 US

Debrah C. Poplin, Clerk of Court
Thomas A. Varlan, District Judge
C. Clifford Shirley, Jr., Magistrate Judge
800 Market Street
Suite 130
Knoxville, Tennessee (37902)

Re: No. 3:17-CR- 82 - CONVICTION and SENTENCING UNITED STATES OF AMERICA vs. RANDALL KEITH BEANE AND HEATHER ANN TUCCI-JARRAF

Dear President, Donald Trump, and distinguished Debrah C. Poplin, Clerk of Court
Thomas A. Varlan, District Judge C. Clifford Shirley, Jr., Magistrate Judge.

With this letter I intend to communicate my support for the letter of the Robinson family regarding the Cause RANDALL KEITH BEANE AND HEATHER ANN TUCCI-JARRAF.
Dear President, I seek a Reprieve for Heather Ann Tucci Jarraf and Randall Keith Beane. In appendix A all errors in the legal proceedings are listed.

Heather Ann Tucci Jarraf has been working for 17 years for the good of all sentient and non sentient beings on this extraordinary planet earth. What is happening on a global level is obvious to all: climatic geo engineering, obligatory mass vaccinations (12 vaccines), genetically modified foods GMO, mass migration of people, inhuman treatment of prisoners, fraud in the banking system, SPV, etc. etc.

We have been raised under dark beliefs. Dear President, also You have been changing America radically for the benefit of the Americans which has been reflected on a global level and for which I am very grateful to You. For this reason You can internally comprehend the great human spirit and the immense consciousness which animates Heather Ann Tucci Jarraf.

I am certain that You will immediately grant a REPRIEVE and that this request of mine will arrive directly at Your heart for the HONOUR OF JUSTICE and the HONOUR OF TRUTH.

Dear Judges,
In life it is always possible to step back. To recognize on Your part the errors made by You in the legal proceedings (see appendix A) is AN ACT THAT CAN BE RECOGNIZED BY CREATION. I therefore ask You for REDRESS NOW and to receive THE GIFTS WHICH ARE GRANTED BY LIFE TO EVERY HONEST INDIVIDUAL BEING by immediately giving back freedom to Heather Ann Tucci Jarraf as well as to Randall Keith Bene

With Love
Yours sincerely,
I Am Original Valentina Bondi

Piazza Del Mercato, 10 -25121 Brescia (BS) ITALY
Email:

Pres. Donald J. Trump
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

USPS CERTIFIED MAIL
7018 0360 0000 4492 5991

USPS PRIORITY MAIL EXPRESS
EL 501902583 US

Debrah C. Poplin, Clerk of Court
Thomas A. Varlan, District Judge
C. Clifford Shirley, Jr., Magistrate Judge
800 Market Street
Suite 130
Knoxville, Tennessee (37902)

Re: No. 3:17-CR- 82 - CONVICTION and SENTENCING UNITED STATES OF AMERICA vs. RANDALL KEITH BEANE AND HEATHER ANN TUCCI-JARRAF

Dear President, Donald Trump, and distinguished Debrah C. Poplin, Clerk of Court
Thomas A. Varlàn, District Judge C. Clifford Shirley, Jr., Magistrate Judge.

With this letter I intend to communicate my support for the letter of the Robinson family regarding the Cause RANDALL KEITH BEANE AND HEATHER ANN TUCCI.JARRAF.
Dear President I seek a Reprieve for Heather Ann Tucci Jarraf and Randall Keith Beane. Ln appendix A all errors in the legal proceedings are listed.

Heather Ann TucciJarraf has been working for 17 years for the good of all sentient and non sentient beings on this extraordinary planet earth. What is happening on a global level is obvious to all: climatic geo engineering, obligatory mass vaccinations (12 vaccines), genetically modified foods GMO, mass migration of people, inhuman treatment of prisoners, fraud in the banking system, SPV, etc. etc.

We have been raised under dark beliefs. Dear President, also You have been changing America radically for the henefit of the Americans which has been reflected on a global level and for which I am very grateful to You. For this reason You can internally comprehend the great human spirit and the immense consciousness which animates Heather Ann Tucci Jarraf.

I am certain that You will immediately grant a REPRIEVE and that this request of mine will arrive directly at Your heart for the HONOUR OF JUSTICE and the HONOUR OF TRUTH.

Dear Judges,
In life it is always possible to step back. To recognize on Your part the errors made by You in the legal proceedings (see appendix A) is AN ACT THAT CAN BE RECOGNIZED BY CREATION. I therefore ask You for REDRESS NOW and to receive THE GIFTS WHICH ARE GRANTED BY LIFE TO EVERY HONEST INDIVIDUAL BEING by immediately giving back freedom to Heather Ann Tucci Jarraf as well as to Randall Keith Bene

With Love
Yours sincerely,
I Am Original paolo acquisto

Piazza della Rocca, 2 – 00119 – Roma (RM) ITALY
Email; paoloacquisto@gmail.com

USPS CERTIFIED MAIL
7018 0360 0000 4492 5991

Pres. Donald J. Trump
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

Milan, June 12 2018

USPS PRIORITY MAIL EXPRESS
EL 501902583 US

Debrah C. Poplin, Clerk of Court
Thomas A. Varlan, District Judge
C. Clifford Shirley,
Jr., Magistrate Judge
800 Market Street
Suite 130
Knoxville, Tennessee (37902)

Re: No. 3:17-CR- 82   -   CONVICTION and SENTENCING UNITED STATES OF AMERICA vs. RANDALL KEITH BEANE AND HEATHER ANN TUCCI-JARRAF

**Dear President, Donald Trump,** and distinguished Debrah C. Poplin, Clerk of Court Thomas A. Varlan, District Judge C. Clifford Shirley, Jr., Magistrate Judge.

With this letter I intend to communicate my support for the letter of the Robinson family regarding the Cause RANDALL KEITH BEANE AND HEATHER ANN TUCCI-JARRAF.

**Dear President,** I seek a Reprieve for Heather Ann Tucci Jarraf and Randall Keith Beane. **In appendix A all errors in the legal proceedings are listed.**

**Heather Ann Tucci Jarraf** has been working for 17 years for the good of all sentient and non sentient beings on this extraordinary planet earth. What is happening on a global level is obvious to all: climatic geo engineering, obligatory mass vaccinations (12 vaccines), genetically modified foods GMO, mass migration of people, inhuman treatment of prisoners, fraud in the banking system, SPV, etc. etc.

We have been raised under dark beliefs. Dear President, also You have been changing America radically for the benefit of the Americans which has been reflected on a global level and for which I am very grateful to You. For this reason You can internally comprehend the great human spirit and the immense consciousness which animates Heather Ann Tucci Jarraf.
I am certain that You will immediately grant a REPRIEVE and that this request of mine will arrive directly at Your heart for the HONOUR OF JUSTICE and the HONOUR OF TRUTH.

**Dear Judges,**
In life it is always possible to step back. To recognize on Your part the errors made by You in the legal proceedings (**see appendix A**) is AN ACT THAT CAN BE RECOGNIZED BY CREATION. I therefore ask You for REDRESS NOW and to receive THE GIFTS WHICH ARE GRANTED BY LIFE TO EVERY HONEST INDIVIDUAL  **BEING by immediately giving back freedom to Heather Ann Tucci Jarraf as well as to Randall Keith Bene**

With Love



Yours sincerely,
Ivan Nocent
via Dante Alighieri 12a - AQUILEIA (UD) ITALY
Email: fit.fight.club@gmail.com