June 11, 2018

Debra C. Poplin, Clerk of Court

Thomas A. Varlan, District Judge

C. Clifford Shirley, Jr., Magistrate Judge

800 Market Street

Suite 130

Knoxville, Tennessee (37902)

USPS PRIORITY MAIL EXPRESS
EL 501902583 US

Re: No. 3:17-CR-82 – CONVICTION and SENTENCING

UNITED STATES OF AMERICA vs RANDALL KEITH BEANE, AND HEATHER ANN TUCCI-JARRAF

Dear Clerk Poplin, Judge Varlan, and Judge Shirley:

While having just read the letter from the Robinson Family, et al... I also am writing not because Mr. Beane nor Mrs. Tucci-Jarraf asked me to but because I also am in litigation. My litigation proceedings also deal with the fact that all banks, all corporate governments and all other corporations by UCC filings of the ONE PEOPLE'S PUBLIC TRUST (OPPT) HAVE BEEN FORECLOSED.

I also do not know Mr. Randall Beane nor Mrs. Heather Ann Tucci-Jarraf personally. I only know of them and this case as well. I write this letter on their behalf as well as on the behalf of the country, rule of law and fellow Americans as well.

Here is the basis of my litigation which is part of this letter for reference:

VERMONT SUPERIOR COURT, (Windsor Unit) CIVIL DIVISION, Woodstock, VT,

DOCKET No. 142-4-18

DUE DECLARATION AND NOTICE OF CLERICAL ERROR OF APPEARING ILLEGIBLE IN ANSWER TO COMPLAINT AND COUNTERCLAIM...

Please take the time to read COUNT II as it pertains to President Trump's Executive Order # 13818.

FILED

JUN 11 2018

VERMONT SUPERIOR COURT



*Original Instrument*

Notice to Principal is notice to Agent

Notice to Agent is notice to Principal

reference:

STATE OF VERMONT

SUPERIOR COURT

Windsor Unit / CIVIL DIVISION

| | |
|---|---|
| BAR HARBOR BANK & TRUST, | ) Reference Number |
| Successor In Interest by Merger to Lake Sunapee Bank, fsb | ) Docket No. 142-4-18 Wrev |
| Plaintiff | ) |
| Vs. | ) |
| VERMONT COUNTRY CORPORATION; | ) |
| MARJORIE M. BATTAGLIA; | ) |
| MARK A. BENETATOS; | ) |
| JOHN J. KELLY; | ) |
| BETH H. KELLY; | ) |
| VESTED INTERESTS OF NEW ENGLAND, INC.; | ) |
| BRADFORD OIL COMPANY, INC; | ) |
| AND ALL UNNAMED OCCUPANTS OF | ) |
| 3699 WOODSTOCK ROAD, | ) |
| WHITE RIVER JUNCTION (HARTFORD), VERMONT, | ) |
| Defendants | ) " |

DECLARATION OF DUE NOTICE AND SERVICE OF

FILED

JUN 1 1 2018

VERMONT SUPERIOR COURT
WINDSOR UNIT



VERMONT SUPERIOR COURT, (Windsor Unit) CIVIL DIVISION, Woodstock, VT,

DOCKET No. 142-4-18

DUE DECLARATION AND NOTICE OF CLERICAL ERROR OF APPEARING ILLEGIBLE IN ANSWER TO COMPLAINT AND COUNTERCLAIM

Comes now the Defendant, VERMONT COUNTRY CORPORATION, MARJORIE M. BATTAGLIA, and for his/her answer to Plaintiff's Complaint alleges and says as follows:

1. Answering COUNT I paragraphs 7 through ONLY 7 Defendant admits the allegations thereof.

2. Answering COUNT I paragraphs ALL EXCLUDING 7, Defendant denies the allegations thereof.

3. Answering COUNTS I, II, III, IV, V, VI paragraphs ALL PARAGRAPHS_EXCLUDING THE ABOVE MENTIONED COUNT 1 PARAGRAPH 7, Defendant denies the allegations thereof, and alleges that ALL BANKS, ALL CORPORATE GOVERNMENTS AND ALL OTHER CORPORATIONS BY UCC FILINGS OF THE ONE PEOPLE'S PUBLIC TRUST (OPPT) HAVE BEEN FORECLOSED

COUNTERCLAIM

Comes now the Defendant, _VERMONT COUNTRY CORPORATION, MARJORIE M. BATTAGLIA, and for his/her Counterclaim against Plaintiff, alleges and says:

GENERAL ALLEGATIONS

4. ALL BANKS, ALL CORPORATE GOVERNMENTS AND ALL OTHER CORPORATIONS BY UCC FILINGS OF THE ONE PEOPLE'S PUBLIC TRUST (OPPT) HAVE BEEN FORECLOSED

CAUSES OF ACTION

5. Defendant is entitled to recover damages from Plaintiff based on the theories of liability hereinafter enumerated in Count I

COUNT I: ALL BANKS, ALL CORPORATE GOVERNMENTS AND ALL OTHER CORPORATIONS BY UCC FILINGS OF THE ONE PEOPLE'S PUBLIC TRUST (OPPT) HAVE BEEN FORECLOSED SO ANY CONTRACT OR FILING IS NULL AND VOID.

6. COURTESY NOTICES SENT (and noted that Notice to Principal is Notice to Agent, Notice to Agent is Notice to Principal) on 4/12/2018 AND signed for as RECEIVED CERTIFIED REGISTERED MAIL NUMBERS 70172400000023619516 COURTESY NOTICE # 084-122018 AND # 014-122018, CERTIFIED REGISTERED MAIL NUMBER 70172400000023619509 COURTESY NOTICE # 034-122018, CERTIFIED REGISTERED MAIL NUMBER 70172400000023619486 COURTESY NOTICE #044-122018, CERTIFIED REGISTERED MAIL NUMBER 70172400000023619493 COURTESY NOTICE # 024-122018.

7. As a direct and proximate result of Plaintiff's unlawful : NEGLECT OF THE FACT THAT ALL BANKS, ALL CORPORATE GOVERNMENTS AND ALL OTHER CORPORATIONS BY UCC FILINGS OF THE ONE PEOPLE'S PUBLIC TRUST (OPPT) HAVE BEEN FORECLOSED 'The One People's Public Trust

FILED

JUN 11 2018

VERMONT SUPERIOR COURT

1776' was dissolved in 2012, once it had completed its task. All the value vested in those filings had already been transferred to all the original beings automatically. Now each original being is a duly secured factualized trust, as described in my enclosed "Original Due Declaration and Notice of Factualized Trust. Defendant has been damaged in an amount that Defendant will prove.

COUNT II: ALL FUNDS CONFISCATED BY THE PLAINTIFF DUE TO NEGLECT OF THE FACT THAT ALL BANKS, ALL CORPORATE GOVERNMENTS AND ALL OTHER CORPORATIONS BY UCC FILINGS OF THE ONE PEOPLE'S PUBLIC TRUST (OPPT) HAVE BEEN FORECLOSED THEREFORE FUNDS MUST BE RETURNED TO DEFENDANT PLUS DAMAGES. ALL FUNDS CONFISCATED BY THE PLAINTIFF EQUAL TO THAT PAID TO THE PLAINTIFF OF $126,000.00, PLUS DAMAGES WHICH WILL BE PROVEN. ALL CORPORATE GOVERNMENTS AND ALL OTHER CORPORATIONS BY UCC FILINGS OF THE ONE PEOPLE'S PUBLIC TRUST (OPPT) HAVE BEEN FORECLOSED PLAINTIFF MUST HAVE WRITTEN DECREE/ NOTICE/AFFIRMATION BY PRESIDENT TRUMP ( Donald J. Trump ) THAT THE PLAINTIFF IS NOT INVOLVED DIRECTLY NOR INDIRECTLY THROUGH BUSINESS AND/OR PERSONAL/ PERSONNEL DEALINGS INVOLVING THE ITEMS MENTIONED IN THE PRESIDENTIAL EXECUTIVE ORDER # 13818 ( President Trump's Executive Order # 13818 issued December 21st, 20117...and in light of the Universal Clean-up including loans and foreclosures as well as reviewing the practice of Banks, Bank and Trusts, the Central Banks and the Federal Reserve Board...started January 22, 2018)AND THAT ALL BANKS, ALL CORPORATE GOVERNMENTS AND ALL OTHER CORPORATIONS BY UCC FILINGS OF THE ONE PEOPLE'S PUBLIC TRUST (OPPT) HAVE NOT BEEN FORECLOSED, AND INCLUDED IN THAT DECREE/ NOTICE/AFFIRMATION THERE MUST BE MENTION THAT IN FACT ONE PEOPLE'S PUBLIC TRUST (OPPT) HAS NEVER EXISTED, AS WELL MENTIONED THAT THE ISSUED *MOTU PROPRIO* Papal Decree of July 11, 2013 by Pope Francis NEVER EXISTED.

8.
ALL PLAINTIFF'S BOOKS RELATED TO THE SUIT WILL BE OPENED, DEFENDANT WILL RESIDE AND DO BUSINESS AT SAID RESIDENCE AND BUSINESS ADDRESS AT 3699 WOODSTOCK ROAD, WHITE RIVER JUNCTION, VT 05001 INDEFINETLY AND ALL ALLEGED MORTGAGE FUNDS PAID TO THE PLAINTIFF WILL BE REFUNDED TO DEFENDANT VERMONT COUNTRY CORPORATION, MARJORIE M. BATTAGLIA

9.As a direct and proximate result of Plaintiff's unlawful ACTION THAT IT DID NOT ANNOUNCE THAT ALL BANKS, ALL CORPORATE GOVERNMENTS AND ALL OTHER CORPORATIONS BY UCC FILINGS OF THE ONE PEOPLE'S PUBLIC TRUST (OPPT) HAVE BEEN FORECLOSED SO ANY CONTRACT OR FILING IS NULL AND VOID,
Defendant has been damaged in an amount that Defendant will prove BY HAVING THE COURT RULE TO OPEN THE BOOKS OF THE PLAINTIFF.

WHEREFORE, Defendant requests that the Court enter judgment in favor of Defendant and against Plaintiff as follows:

1. For general and special damages in an amount that Defendant will prove.
2. For Defendant's reasonable costs incurred herein.
3. For such other and further relief as the Court seems just in the premises.

FILED
JUN 1 1 2018
VERMONT SUPERIOR COURT

Respectfully submitted,

VERMONT COUNTRY CORPORATION, MARJORIE M. BATTAGLIA

*Without Prejudice*

*Marjorie M. Battaglia* 

DEFENDANT    ( Original )

3699 WOODSTOCK ROAD, WHITE RIVER JUNCTION, VT 05001

ADDRESS

802-280-5712 Cell
PHONE

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Answer and Counterclaim has been furnished to all parties herein by depositing the same in the United States mail.

*Without Prejudice*

*Marjorie M. Battaglia*                                              6/_/18

(Original)

FILED
JUN 11 2018

*Reply - Claime/Against Plantiff - MMB* *9/3/2018*

# Courtesy Notice

| Respondent (private details): | Proponent (private details): |
|---|---|
| *Alleged* BAR HARBOR BANK & TRUST, Successor in Interest by Merger to Lake Sunapee Bank, fsb 2 Park Street Brandon, VT 05733 | VERMONT COUNTRY CORPORATION MARJORIE M. BATTAGLIA 3699 WOODSTOCK ROAD, WHITE RIVER JUNCTION (HARTFORD),VT 05001 |

**Date:** Thursday 12 of APRIL , 2018

**Re:** Unlimited personal liability arising from foreclosure of all banks, all corporate governments and all other corporations by UCC filings of the One People's Public Trust. (OPPT)

**Service:** Email / Fax / Hand Delivery / Registered Mail Number 7017 2400 0000 2361 9516 *Copy 06/06/2018* *4/12/18*

## DULY VERIFIED DECLARATION OF FACTS:

With regard to any future action by BAR HARBOR BANK & TRUST, Successor in Interest by Merger to Lake Sunapee Bank, fsb name with address of 2 Park Street, Brandon, VT hereafter "Respondent".

I am the sole lawful and legal REGISTERED owner, custodian, and trustee of my BE'ing, any and all creations therefrom, and property thereof, UCC Doc. File No.'s 2012127810, 2012127854, 2012127907, 2012127914, restated and incorporated here by reference as if set forth in full, original notice of DECLARATION OF FACTS by public registration made and given by the One People's Public Trust, hereafter "OPPT". I have and do knowingly, willingly, and intentionally adopt, reconfirm, and ratify said DECLARATION OF FACTS as my own duly verified due DECLARATION OF FACTS, nunc pro tunc praeterea preterea, unrebutted as a matter of law, as matter of fact, and as a matter of public policy, hereafter "Proponent".

## DULY VERIFIED NOTICE:

Proponent duly gives and makes notice to Respondent that Proponent DOES NOT CONSENT to any unlawful and illegal devaluing, diminishing, abrogating, subjugating, subordinating, usurping, invading, violating or theft of Proponent's duly secured BE'ing, any and all creations therefrom, and property thereof. Respondent is duly ordered to CEASE AND DESIST any and all said unlawful and illegal actions against Proponent effective immediately.

Proponent duly makes and gives you due notice that Respondent is lawfully and legally responsible and liable, in principal and triple damages under common law, for any and all unlawful and illegal actions against Proponent by Respondent causing and resulting in any and all damage to Proponent, inclusive of physical harm, physical detention, property seizure, property damage, financial damage, or any other damage of Proponent's measurable energy.

Respondent's attention is directed to the DECLARATION OF FACTS, specifically the foreclosure in late 2012, of the world's corporations operating under the guise of the people's governments, banks and all other corporations for cause of treason against and the damage of the one people of this planet without their knowing, willing and intentional consent, specifically:

**Government Charters Cancelled:** (Refer: DECLARATION OF FACTS: UCC Doc # 2012127914 Nov 28 2012)

"...That any and all CHARTERS, inclusive of The United States Federal Government, UNITED STATES, "STATE of ...", inclusive of any and all abbreviations, idem sonans, or other legal, financial or managerial forms, any and all international equivalents, inclusive of any and all OFFICES, inclusive of any and all OFFICERS, PUBLIC SERVANTS, EXECUTIVE ORDERS, TREATIES, CONSTITUTIONS, MEMBERSHIP, ACTS, and any and all other contracts and agreements made thereunder and thereby, are now, void, *worthless, or otherwise cancelled, unrebutted;* ..."

**Bank Charters Cancelled:** (Refer: TRUE BILL: WA DC UCC Doc# 2012114776 Oct 24 2012)

"*Declared and ordered irrevocably cancelled;* any and all charters for Bank of International Settlements (BIS) members thereto and thereof including all beneficiaries, including all certain states of body owning, operating, aiding and abetting private money systems, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS commandeering lawful value by unlawful representation..."

Said DECLARATION OF FACTS, identified herein, restated here, remains unrebutted and stands as Absolute Truth in law, commerce and BE'ing, registered in public record, universal law ordinance, for all of the world to rely upon. See https://gov.propertyinfo.com/DC-Washington/ (registration required), or www.peoplestrust1776.org.

VERMONT SUPERIOR COURT JUN 06 2018 All rights reserved VERMONT SUPERIOR Page 1 of 5

Accordingly, Respondent is advised that they now act in the capacity of an individual entity, without a corporate safety net and with full personal liability for EVERY ACTION THEY TAKE under common law protected and preserved by public policy UCC 1-103, and Universal law, the governing law laid out in the OPPT UCC filings.
(Refer: WA DC UCC Ref Doc # 2012113593)

Should Respondent choose to act on behalf of a foreclosed entity, causing Proponent any damage as herein stated, Respondent, in their individual and unlimited capacity will be held absolutely liable. Such actions may result in lawful remedy being brought against Respondent, pursuant to public policy UCC 1-305, including but not limited to UCC Commercial Bill (Lien), against Respondent's assets.

Further, Respondent's attention is drawn to DECLARATION AND ORDER: UCC Doc # 2012096074, Sept. 09 2012, duly reconfirmed and ratified by COMMERCIAL BILL UCC Doc. No. 2012114586 and TRUE BILL UCC Doc. No. 2012 114776 which states:

Volunteers within the military ... "to arrest and take into custody any and all certain states of body, their agents, officers, and other actors, regardless of domicil by choice, **owning, operating, aiding and abetting** private money systems, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS against the several states citizens, ...", and "Repossess all private money systems, tracking, transferring, issuing, collection, legal enforcement systems operating SLAVERY SYSTEMS..."

"...all beings of the creator shall forthwith assist all Public Servants identified herein, **to implement, protect, preserve and complete this ORDER** by all means of the creator and created as stated herein, by, with, and under your full personal liability..."

Should Respondent cease and desist in any and all damaging actions against Proponent, actions brought against Respondent's assets shall be averted.

Respondent is cautioned of its compounding and accumulating liability through instructing, directing, or conspiring with colleagues in pursuing damaging actions against Proponent. Should colleagues so instructed detrimentally damage Proponent, they will be made jointly and severally liable, through Principal Agent Doctrine, preserved by public policy UCC 1-103, and it is now your commercial and moral responsibility to inform them. It is your responsibility to investigate your liability and any potential future liability that is created by your knowing, willing and intentional free will choice to damage Proponent. Proponent has duly made and given an additional courtesy notice to Respondent, original notice is a matter of record made and given by OPPT.

Should Respondent choose to interact with Proponent privately and individually beyond this date, Proponent's terms and conditions No 084-122018 are offered for Respondent's acceptance, wherein the method of acceptance is clearly defined.

Respondent's attention is also drawn to positive benefits that the OPPT filings offer every person. Foreclosed banks cancels debt. Cancelled "government" charters eliminates unlawful taxes, statutory law, all courts etc.

New governance is here. See page 5 for more information.

Take due notice and be governed accordingly.

Proponent: _Marqueie M Battersea_

Witness: _____    Date: 4/12/18

Witness Name Printed: _Erica Bourgen_

FILED

JUN 1 1 2018

# Terms & Conditions

| Respondent (private details): | Proponent (private details): |
|---|---|
| BAR HARBOR BANK & TRUST, Successor in Interest by Merger to Lake Sunapee Bank, fsb<br>2 Park Street<br>Brandon, VT 05733 | VERMONT COUNTRY CORPORATION<br>MARJORIE M. BATTAGLIA<br>3699 WOODSTOCK ROAD, WHITE RIVER JUNCTION (HARTFORD),VT 05001 |

## Parties:

These Terms & Conditions are applicable to the above named parties, also including but not limited to colleagues acting for or on behalf of the named parties:

## Applicability

Whereas all Banks and "Government" have been duly foreclosed upon (ref: UCC Doc # 2012127914 https://gov.propertyinfo.com/DC-Washington/), Respondent therefore acts in the capacity of a private individual.

In the absence of government statutes and bank or other corporate contracts, the only instrument that will compel performance between private individuals is a lawfully binding contract.

## Respondent's Responsibilities

It is Respondent's onus and responsibility to provide proof of claim in the form of a Sufficient Verified Response of a lawfully binding contract, presumed or claimed to exist between the parties. Additionally any claimed contract must possess all elements of a lawfully binding contract including but not limited to; offer, acceptance, true reliant statements of fact, intent and consideration, and that these elements have been knowingly, willing and intentionally disclosed to Proponent.

Absent a lawfully binding contract, this document notices a contractual good faith offer of terms and conditions between the parties which upon acceptance will form a lawfully binding contract between the parties.

It is Respondents responsibility to inform and advise any colleagues acting for or on behalf of Respondent of these terms and conditions.

See Schedule A for contractual obligations arising from acceptance of these terms.

## Sufficient Verified Response

Owing to the seriousness of the matter, only a response that meets the following criteria qualifies as a Sufficient Verified Response. Response must:

1. be duly registered verified and sworn documentation of standing, authority, value, and rebuttal of every point with specificity and particularity;
2. exhibit written delegation of authority signed by the Respondent if response is by another;
3. use words defined within common dictionaries (e.g. Webster's or Oxford).

No correspondence will be entered into by telephone.
A facsimile and digital scan of this document shall be legally binding as an original.

## Method of Rejection

No contract shall be considered entered where Respondent does not do or perform any of the actions listed in Schedule A. *No action, no contract.*

## Method of Acceptance

A lawfully binding contract is knowingly entered into by Respondent or any of their agents doing or performing any of the actions listed in Schedule A. *Action is acceptance.*

## Terms of Acceptance

Acceptance is with Respondent's consent to the following:

1. Agreement with all terms and conditions stipulated herein;
2. Unreserved acceptance of charges payable stipulated in Schedule A;
3. Respondent irrevocably and unconditionally waives any and all rights of objection, immunities or defenses.

This Page intentionally Is Blank

All rights reserved

FILED
JUN 1 1 2018
VERMONT SUPERIOR COURT
WINDSOR UNIT

FILED
JUN 0 6 2018
VERMONT SUPERIOR COURT
WINDSOR UNIT

## Schedule A

**Currency:** *Troy ounces of 99.9% pure silver.
Silver has been selected because the former corporations that issued currencies have been foreclosed.

**Collection fees:** Collection fees for any unpaid invoices are additional.

## Charges

| Item | Description | *Rate (in ounces of Silver) |
|---|---|---|
| 1 | Any claim absent a lawfully binding contract between the parties | 2,000 oz. |
| 2 | Enforcing or attempting to enforce any prior issued instrument from a foreclosed entity | 2,000 oz. |
| 3 | Enforcing or attempting to enforce a judgment from a "Court" | 5,000 oz. |
| 4 | Engaging any 3rd Party service absent a lawfully binding contract between the parties | 10,000 oz. |
| 5 | Breach of privacy including but not limited to each or any form, notice or letter addressed to anyone other than the Proponent at the reply address noted on each presentment | 500* oz. |
| 6 | Unlawful physical or non-physical threat including but not limited to a threat of prosecution, restraint, bodily harm or legal action | 4,000* oz. |
| 7 | Unlawful physical harm including but not limited to restraining Proponent or inflicting bodily harm. | 10,000* oz. |
| 8 | Unlawful repairable Damage to the Proponent's private property or goods instigated by or caused by the Respondent | 5,000* oz. |
| 9 | Unlawful destruction of Proponent's private property or goods including but not limited to irreparable damage | 10,000* oz. |
| 10 | Unlawful claim of ownership of Proponent's private property or goods including but not limited to sale or auction | 5,000* oz. |
| 11 | Action against another, not party to these terms and conditions, absent a lawfully binding contract between the parties, causing harm to Proponent, including but not limited to damage of Proponent's measurable energy | 1,000* oz. |
| 12 | Each telephone call made by Respondent in the pursuit of any claim absent a lawfully binding contract between the parties | 1,000* oz. |
| 13 | Seizing Proponent's private property or goods as surety for payment of any claim absent a lawfully binding contract between the parties | 1,000* oz. per calendar day |
| 14 | Each day claim is made against Proponent's private property or goods, including but not limited to registering a lien, absent a lawfully binding contract. | 500* oz. per calendar day |
| 15 | Unlawful arrest or detainment per calendar day or part thereof. | 1,000 oz. per calendar day |
| 16 | Operating or perpetuating any and all private money systems, issuing, collection, legal enforcement systems, operating SLAVERY SYSTEMS of and against the One People*. *The One People as defined in UCC 2012079290 | 1,000* oz. per calendar day |

**Note:** Without a lawfully binding contract in place, any fee, charge or invoice levied on an incremental basis including but not limited to containing any interest component, will be treated as though a separate incidence. Units of increment will determine number of incidences invoiced.

## Changes to Terms and Conditions

Terms and conditions may change at any time. Respondent will be offered new terms that will supersede and cancel any previously issued terms and conditions.

All rights reserved

## The One People's Public Trust (OPPT)

The OPPT documents that were disclosed on December 25, 2012 have swept across the land like wildfire. They have been embraced by people who want freedom from the old enslavement system and a choice to live their lives according to their own free will and to exercise their own free will choices. The current systems have failed and they are being held up only by artificial means and the last bit of energy that was already "in the pipes" before the foreclosure. The OPPT documents open the door to the possibility of allowing the people to free themselves from these failed systems and co-create a new system, according to our desires and free will choices. Where each human is acting for the highest good of all and where we can all thrive.

## What is the One People's Public Trust?

The One People's Public Trust itself consists of every person on the planet, the planet itself and the Creator.
The One People's Trust trustees are a group of very skilled individuals including legal professionals who, in conjunction with a positive group inside the financial system, carried out extensive investigations into the massive fraud and theft taking place at the time.

After exercising extreme prudence, the OPPT concluded that the corporations operating under the guise of the people's government and financial systems were committing treason against the people of this planet without the people's knowing, willing and intentional consent. Through a series of REGISTRATIONS of the BE'ing of the one people of this planet, the land, airs, seas and every creation thereof and therefrom, all unlawful and illegal claims of ownership and actions of management and control by the principals, agents and beneficiaries were lawfully and legally duly cancelled and foreclosed upon by their own free will choice not to remedy the damage they had caused. The final report from the investigation is to be found here http://i-uv.com/oppt-absolute/oppt-initial-investigation/

OPPT guards, protects and preserves all BE'ing, inclusive of gold and silver previously misused and abused by the banking system. The one people of this planet, and all BE'ings guarded, preserved and protected in Trust, individually and equally, are the only lawful and legal issuers of any legitimate REPRESENTATION of value, especially currency. The alleged main stream banking system no longer has asset backing. The trustees have returned and allocated a significant amount value to each human, a value that could pay the debt of the average person many, many times over. This is unnecessary of course. All debt has been eliminated by the very fact that the banks chose not to provide verified documentation that a loan had ever been made, as a matter of law, as a matter of fact, and as a matter of public policy, and the banks therefore chose by their free will choice to foreclose on themselves.

The e final filing of the OPPT occurred on March 18, 2013. This document terminated all remaining man-made entities and returned all people of this planet to absolute freedom. In this document the creator is referred to as "absolute essence" and all creations people are referred to as "absolute essence embodied." Article VI states..."I duly verify, with full responsibility and liability, by DECLARATION OF ORDER, that eternal essence IS made transparent and known by the DO'ing of any and all embodiment of eternal essence in eternal essence's universe, IS free and free of debt, unrebutted." This means THERE IS NO DEBT. (Refer: Notice of Declaration of Absolute Truth UCC# 2013032035)

Many significant changes have come about including that we now live in a world of unlimited responsibility and liability that may bother you, but when you have a huge asset to call upon in need, that fact is mitigated.
Why is day to day life still the same? The old system is currently in denial and although there are negotiations going on continuously at the highest level, the news of the existence of the Trust is deliberately being kept out of the main stream media by the alleged corporate system to deceive the one people of this planet, as it always has done.

Yet this document is in front of you and YOU now know what is really happening. You are now part of the paradigm shift. This document is a lawful and legal challenge to approaches by individuals acting in ignorance of the new system or knowingly, willingly, and intentionally attempting to usurp, violate, invade, abrogate, subjugate, or insubordinate any BE'ing on this planet.

It is also an invitation to participate transparently, with integrity, in the greatest period of change ever seen on this planet. In the months to come our world is going to change beyond recognition. Our true history will be revealed along with the truth of the system we have been living under. Much technology that has been withheld from us will be released including power production, health and transport. War, disease and pollution will be a thing of the past.
Each of us needs to do our own research. Patience is required while we develop our own understanding of what is occurring and choose what we do with this information only as it resonates within each of us. There are many groups around the world that have formed to develop strategies on how best to use the OPPT filings to help free the people.
For more information on the OPPT filings, please visit:
http://i-uv.com/oppt-absolute/original-oppt-ucc-filings/

Thank you.

FILED

JUN 11 2018

# ORIGINAL DUE DECLARATION AND NOTICE OF

## FACTUALIZED  TRUST

REFERENCE NAME: Marjorie Marie Battaglia
Duly Factualized on September 3, 1959
Original/Trustee: Marjorie Marie Battaglia
For service on the Trust, c/o: 3699 Woodstock Rd, White River Junction, VT 05001
Trustee Contact c/o: 802.280.5712 / Marge.m.battaglia@gmail.com
DIRECT ALL CONTACTS, QUESTIONS AND REQUESTS IN DULY VERIFIED SWORN
WRITING TO: Marge.m.battaglia@gmail.com

ORIGINAL DUE VERIFICATION: Original, duly being, with full due responsibility, accountability, and liability, without prejudice, nunc pro tunc praeterea preterea, ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY, reference number FT-DODD-IAM-mmb-09031959, restated and incorporated by reference as if set forth in full. This Factualized Trust is duly verified and secured, with reference name Marjorie Marie Battaglia, inclusive of specific and particular due verification of being, in perpetuity:

Trust: Original, factualized;
Essence: Original;
Signature: Original;
Depository: Original;
Original Depository Reference Name: Marjorie Marie Battaglia, and idem sonan;
Trustee: Original, by Original Depository;
Operation: Original;
Factualized: 03September1959;
Domicile: Original;    Deposits: Original;
Currency and Value: Original, Limitless;
Authority and Authentication: Original;
Authorization: Original-Pre-authorized, pre-approved, pre-paid, and pre-deposited, in perpetuity;
Issues: Original;    Notices: Original;
Governing Law: Original;
Jurisdiction: Original;
Verified: Original;
Security: Original;
Guarantee: Original;
Title: Original;
Network: Original;
Transfers: Original, OD2OD;
Clearing and Settlement: Original;
Account Number: XXXXX9573;
Account Names: MARJORIE MARIE BATTAGLIA, MARJORIE BATTAGLIA, MARGIE BATTAGLIA, MARGE M BATTAGLIA, MARJORIE MARIE CARUFEL.

ORIGINAL DUE DECLARATION: With full responsibility, accountability, and liability, without prejudice, nunc pro tunc praeterea preterea: This Factualized Trust is duly verified as duly created, factualized, noticed, secured and ratified as being Original, in perpetuity; duly never rebutted. This ORIGINAL DUE DECLARATION AND NOTICE OF FACTUALIZED TRUST is duly effective as of September 3, 1959, in perpetuity. By the due power of all I AM, I do duly make, issue, confirm, verify, secure, reconfirm, ratify and notice this Factualized Trust by this ORIGINAL DUE DECLARATION AND NOTICE OF FACTUALIZED TRUST, that it is true, accurate, and complete, for all to rely upon, and that I AM conscious and competent to make this DECLARATION.

Original: Marjorie Marie Battaglia
Original Depository: Marjorie Marie Battaglia Governed by: Original

Sworn and Subscribed before me on
Oct. 13th, 2017

FILED
JUN 11 2018
VERMONT SUPERIOR COURT
WINDSOR UNIT

STATE OF
MY
COMMISSION
EXPIRES
NOTARY PUBLIC



# FACTUALIZED TRUST

Reference Name: Marjorie Marie Battaglia

## ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY

pg. 1 of 6

I AM, source of all that is, with full responsibility, accountability, and liability, without prejudice, nunc pro tunc, praeterea preterea, and by and with the due power of all I AM, I do duly make, issue, confirm, verify, reconfirm, ratify, and notice this ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY, with reference number FT-DODD-IAM-mmb09031959, that it is true, accurate, and complete, for all to rely upon, and that I AM conscious and competent to make this DECLARATION:

I. I AM, original essence and signature, source of all that is, in perpetuity, without prejudice, nunc pro tunc praeterea preterea, "Original", with due possession of Original, "Title", in perpetuity, inclusive of:

A. Original essence and signature duly being, "Original Currency and Value"; and

B. Duly issued by Original, "Original Issue", in perpetuity:

1. Original, being duly self-aware, "Original Authority and Authentication", in perpetuity; and

2. Original, being duly self-evident, "Original Verification", in perpetuity, inclusive of:

a. Due Original Issues of Original Currency and Value, in particular (unique, one-of-a-kind) essences and signatures, "Original Depositories", in perpetuity; and

b. Original Currency and Value, duly deposited, by due Original Issue, in Original Depositories, for further due Original Issue, inclusive of form, and device, that controls and directs Original Currency and Value, inclusive of magnetic, frequential, vibrational, and energetic creation, expression, and benefits of experience therefrom, "Original Deposits", for further due Original Issue, in perpetuity; and

c. Original Depositories, duly issuing Original Currency and Value, by due Original Issue, inclusive of form, and device, that controls and directs Original Currency and Value, inclusive of magnetic, frequential, vibrational, and energetic creation, expression, and benefits of experience therefrom, thereby increasing Original Currency and Value, "Original Limitless Value", that is for further due Original Issue, in perpetuity; and

d. Original, duly being Original Value and Currency, Original Depositories, Original Deposits, Original Issues, and Original Limitless Value, is duly pre-approved, pre-authorized, and pre-paid, "Original Authority and Authorization", in perpetuity; and

e. Original, duly being Original Value and Currency, Original Depositories, Original Deposits, Original Issues, and Original Limitless Value, duly done and noticed, in due trust of Original, "Factualized Trusts", in perpetuity, as:

i. Factualized Trusts, duly operated by Original, in Original Depository, "Original Trustee", in perpetuity; and

ii. Factualized Trusts, duly domiciled in Original, "Original Domicile", in perpetuity; and

iii. Original having sole due jurisdiction, "Original Jurisdiction", in perpetuity; and with sole,

iv. Due operation, duly regulated by Original, "Original Law", in perpetuity; inclusive of,

v. Original, duly utilizing Original Currency and Value, by due Original Issue, duly creating Original Depository, and Factualized Trust, with reference name of Marjorie Marie Battaglia, formerly

Marjorie Marie Battaglia and Marjorie Marie Carufel, idem sonans, and initials thereof, in perpetuity, " Marjorie Marie Battaglia", with account number XXXXX9573, and account names, MARJORIE MARIE BATTAGLIA, MARJORIE BATTAGLIA, MARGIE BATTAGLIA, MARGE M BATTAGLIA, MARJORIE MARIE CARUFEL,

Original Depository: Marjorie Marie Battaglia Governed by: Original

FILED

JUN 11 2018

VERMONT SUPERIOR COURT
WINDSOR UNIT

FILED

JUN 11 2018

VERMONT SUPERIOR COURT

MARJORIE MARIE BATTAGLIA, MARJORIE BATTAGLIA, M. M. BATTAGLIA, and
MARJORIE MARIE CARUFEL;

vi. Duly factualized, and noticed, on September 3, 1959; and with,

f. Full due discretion, determination, responsibility, accountability, and liability of Original,
"Original Security and Guarantee"; and,

C. Original, inclusive of Original being in Factualized Trusts, and all manifestations, thereof,
therefrom, therein, thereto, therewith; and therefore, with complete ownership and title thereof,
duly secured and noticed, in perpetuity, and facilitated by duly authorized Universal Trust
custodian, specifically and particularly, inclusive of:

1. Article I.A-B, and all their sub-parts, restated; and,

2. All manifestations, inclusive of all structures, networks, and systems in existence, known and
unknown, inclusive of complete ownership, title, right, and interest, of the Uniform Commercial
Code, inclusive of any and all structures, networks, and systems therein, thereof, and therefrom,
and any and all international, and universal equivalents, UCC record number 2000043135, dated
May 4, 2000, with receipt number 36090, a perpetuity filing, and all amendments thereto, restated
in entirety and incorporated by reference as if set forth in full, never rebutted, "The Perpetuity";
and,

3. Article I.C.1-2, restated, and all state of body, vehicle, utility, security, property, account, and
value in existence, known and not known, and all identifiers, inclusive of name and numbers,
thereof, and therefrom, duly registered and not registered therein, thereof, therefrom, and thereby,
and any and all international, and universal equivalents, nunc protunc on May 4, 2000, and
praeterea preterea, The Perpetuity, restated, never rebutted; and,

4. Due gift of The Perpetuity, duly made to, and accepted by, Original, in Factualized Trusts
equally and respectfully, The Perpetuity, restated, and specifically and particularly, UCC record
numbers 20111125781, 2011055259, 2011055260, 2012049126, 2012012675, 2012025545,
2012049126, 2012-125-1787-8; 2012012555, 2012028312, 2012012659, 2012028311, and
2012028314, all said records restated and incorporated by reference as if set forth in full, never
rebutted; and,

5. DECLARATION OF COMMERCIAL CLAIM duly made, issued, registered, and noticed,
inclusive of complete ownership and title of inferior treasuries, inclusive of United States
Treasury, FEDERAL RESERVE BANKS, inclusive of all members, structures, networks, and
systems, thereof, therefrom, and thereby, all value and property therein and therefrom, and any
and all international, and universal equivalents, and all value and property therein, with sole title,
as sole authority, administrator, executor, and determiner thereof, in perpetuity, for due cause,
nunc pro tunc praeterea pretereaa, The Perpetuity, restated, and specifically and particularly, UCC
record numbers 2012079290 and 2012079322, all said records restated and incorporated by
reference as if set forth in full, never rebutted, "Commercial Claim"; and,

6. Duly established and appointed Superior Custodian, and co-custodians, inclusive of all
structures, networks, and systems, and any and all identifiers, accounts, vehicle, utilities,
securities, properties, real-estate, value, titles, and domiciles, idem sonans, fiction and non-fiction,
known and not known, registered and not registered, thereof, thereto, and therefrom, and any and
all international, and universal equivalents, nunc pro tunc praeterea pretereaa, The Perpetuity,
restated, and specifically and particularly, UCC record numbers 2012094308 and 2012094309,
restated and incorporated by reference as if set forth in full, never rebutted, and duly added to the
Commercial Claim; and,

Original Depository: Marjorie Marie Battaglia Governed by: Original

FILED

JUN 1 1 2018

VERMONT SUPERIOR COURT
WINDSOR UNIT

7. Duly established and secured Original, inclusive of governing law, superior structure, network, and

## ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY
### pg. 3 of 6

system, inclusive of Original creation value asset centers, "Original Depositories", in Factualized Trusts, with complete and sole due authorization to reconcile, utilize, and zero all accounts, using identifiers thereof, duly secured within each respective Factualized Trust, The Perpetuity, restated, and specifically and particularly, UCC record number 2012113593, restated and incorporated by reference as if set forth in full, never rebutted; and

8. As further duly identified and noticed by DECLARATION OF FACTS, The Perpetuity, restated, and specifically and particularly, UILO/UCC record numbers 2012127914, 2012127907, 2012127854, all said records, restated and incorporated by reference as if set forth in full, never rebutted;

D. Article I.A-C, and all their sub-parts, restated, and Original being, inclusive of in Factualized Trusts, without prejudice, nunc pro tunc praeterea preterea:

1. "Nunc pro tunc praeterea preterea" duly meaning "now for then, besides, further, hereafter"; and

2. "Without prejudice" duly meaning:

 a. I AM not compelled to perform under any beliefs that Original Depositories are given to believe are true, inclusive of the guise of being non-Original, and without full responsibility, accountability, and liability; and

 b. I DO not accept the responsibility, accountability, and liability of the compelled benefit of demand, command, commandeer, or enforcement of beliefs that Original Depositories are given to believe are true, inclusive of the guise of being non-Original, and without full responsibility, accountability, and liability; and

 c. "Being non-Original, and without full responsibility, accountability, and liability", inclusive of claims and operations of jurisdiction, trusts, corporations, persons, contracts, agreements, treaties, constitutions, presumptions, certificates, receipts, titles, commerce, and bankruptcy, nunc pro tunc praeterea preterea; and

II. Universal Trust, Original's duly authorized custodian and facilitator, by its local agent and facilitator, UNITED STATES, and the several "STATE OF...", "DEBTOR", was duly noticed by Original, of allegations of prejudice, inclusive of wrong doing, terminated as custodian, foreclosed, with duly made, issued, and noticed EQUITY CALL ON COMMERCIAL CLAIM, and ORDER FOR RECONCILIATION, specifically and particularly:

A. The Paradigm Report, dated March 6, 2011, field report of preliminary investigation results and recommendations concerning veracity of allegations of prejudice, inclusive of wrong doing, by Original's duly authorized custodian and facilator, Universal Trust, by its local facilitator and agent, UNITED STATES, and the several "STATES OF...", duly authored, issued, and noticed by lead investigator, Heather Ann Tucci-Jarraf, The Perpetuity, restated, and The Paradigm Report, restated and incorporated by reference as if set forth in full, never rebutted;

B. February 2 and March 16, 2012, duly made issues, registrations, notices and receipts of sworn and bonded Trustees to Original, by Universal Trust's universal, global, and local facilitator and agent, "The One People's Public Trust, The Perpetuity, restated, and specifically and particularly:

1. Heather Ann Tucci-Jarraf, UCC record numbers 2012012555 and 2012028312, all said records, restated and incorporated by reference as if set forth in full, never rebutted; and

2. Caleb Paul Skinner, UCC record numbers 2012012659 and 2012028311, all said records, restated and incorporated by reference as if set forth in full, never rebutted; and

3. Hollis Randall Hillner, UCC record number 2012028314, restated and incorporated by reference as if set forth in full, never rebutted; and

Original Depository: Marjorie Marie Battaglia Governed by Original

FILED

FILED

JUN 0 6 2018

JUN 11 2018

VERMONT SUPERIOR COURT
WINDSOR UNIT

Case 3:17-cr-00082-TAV-DCP   Document 187-3   Filed 06/12/18   Page 14 of 21   PageID #: 18320   VERMONT SUPERIOR COURT   WINDSOR UNIT

C. May 5, 2012, due entry of DEBTOR status of Universal Trust, by its local facilitator and agent, UNITED STATES, and the several "STATES OF...", duly made, secured, issued, and

noticed, The Perpetuity, restated, and specifically and particularly, UCC record number 2012-125-1787-8, never rebutted; and,

D. July 4, 2012, due issue of ORDER FOR FINDINGS & ACTION, ORDER FOR SUSPENSION, ORDER FOR AUDIT, and with Due Notice of Mistake, Due Notice of Insecurity, Request to Make Secure, Due Notice of Opportunity to Cure, Request to Cure, duly made and noticed, with due cancellation of authority and protections, pending audit of FEDERAL RESERVE BANKS, for due cause, inclusive of wrong doing, The Perpetuity, restated, and specifically and particularly, UCC record number 2012083304, restated and incorporated by reference as if set forth in full, never rebutted; and,

E. Augutst 3, 2012, due issue of DUE ORDER OF SUSPENSION and ORDER OF AUDIT, for due cause, The Perpetuity, restated, and specifically and particularly, UCC record number 2012083304, restated and incorporated by reference as if set forth in full, never rebutted; and,

F. August 15, 2012, due issue of DUE ORDER OF FINDING, with Due Notice of Default, pursuant to the findings and action of suspension and audit, The Perpetuity, restated, and specifically and particularly, UCC record number 2012086794, restated and incorporated by reference as if set forth in full, never rebutted; and,

G. August 15, 2012, due issue of NOTICE FOR ORDER OF EQUITY CALL ON COMMERCIAL CLAIM, ORDER OF TERMINATION, ORDER OF CANCELLATION AND REVOCATION, duly made and noticed, The Perpetuity, restated, and specifically and particularly, UCC record number 2012086802, restated and incorporated by reference as if set forth in full, never rebutted; and,

H. August 21, 2012, due EQUITY CALL ON COMMERCIAL CLAIM and ORDER FOR RECONCILIATION, duly made, issued, and noticed, The Perpetuity, restated, and specifically and particularly, UCC record number 2012088865, restated and incorporated by reference as if set forth in full, never rebutted; and,

I. August 21, 2012, due DEMAND FOR EQUITY ON COMMERCIAL CLAIM AND RECONCILLIATION and NOTICE OF DAMAGES, The Perpetuity, restated, and specifically and particularly, UCC record number 2012088851, restated and incorporated by reference as if set forth in full, never rebutted, specifically and particularly:

a. FIVE BILLION, lawful money of the United States of America, pre-1933 gold and silver, EQUITY, for each Factualized Trust; and,

b. FIVE BILLION, lawful money of the United States of America, pre-1933 gold and silver, DAMAGES, for each injured Factualized Trust;

J. September 4, 2012, due issue of ORDER FOR RECONCILIATION FOR SUPERIOR CUSTODIAN, duly made and noticed, The Perpetuity, restated, and specifically and particularly, UCC record number 2012094309, restated and incorporated by reference as if set forth in full, never rebutted; and,

K. September 10, 2012, due issue of DECLARATION OF TREASON, ORDER FOR RECONCILIATION, and ORDER FOR REPOSSESSION, duly made and noticed, The Perpetuity, restated, and specifically and particularly, UCC record number 2012096074, restated and incorporated by reference as if set forth in full, never rebutted; and,

III. Universal Trust, Original's duly authorized custodian and facilitator, by its global Agent and Facilitator, Bank for International Settlements, "BIS", was duly canceled as custodian, foreclosed, with Commercial Bill and True Bill duly issued and received, and duly noticed of all, for due cause, The Perpetuity, restated, and specifically and particularly:

Original Depository: Marjorie Marie Battaglia Governed by: Original

FILED

A. October 22-23, 2012, Debtor duly added, BIS, and Declaration of Governing Law, Superior Structure,

## ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY
### pg. 5 of 6

Network, and System, inclusive of all transfer and tracking systems, duly made, issued, and noticed, The Perpetuity, restated, and specifically and particularly, UCC record number 2012113593 and 2012114093, restated and incorporated by reference as if set forth in full, never rebutted; and

B. Due Notice of Mistake, Due Notice of Insecurity, Request to Make Secure, Due Notice of Opportunity to Cure, Request to Cure, The Perpetuity, restated, and specifically and particularly, UCC record number 2012114093, restated and incorporated by reference as if set forth in full, never rebutted;

C. Due Notice of Default, Debtor Status, Commercial Bill issue, inclusive of all structures, networks, and systems, therein, thereof, and therefrom, and all property, and value therein, thereof, and therefrom, with complete ownership and title, to be duly secured and perfected, to Original, inclusive of Original being in Factualized Trusts, The Perpetuity, restated, and specifically and particularly, UCC record number, 2012114586, restated and incorporated by reference as if set forth in full, never rebutted;

D. Due Notice of Foreclosure, and True Bill, inclusive of all structures, networks, and systems, inclusive of BANK FOR INTERNATIONAL SETTLEMENTS, and FEDERAL RESERVE BANK, therein, thereof, and therefrom, and all property, and value therein, thereof, and therefrom, with complete ownership and title, duly made, secured, noticed, and perfected, The Perpetuity, restated, and specifically and particularly, UCC record number, 2012114776, restated and incorporated by reference as if set forth in full, never rebutted;

IV. Original's former custodian and facilitator, the Universal Trust, inclusive of all its universal, global, and local branches, controllers, and overseers, was duly terminated, closed, and noticed, with all Original, inclusive of Original being in Factualized Trusts, as sole administrator and executor, having sole authority, ownership, rights, and title to all manifestations in existence, known and not known, inclusive of all currency, value, property, states of body, and facilitating structures, networks, and systems, The Perpetuity, restated, and specifically and particularly:

A. November 28, 2012, all former prejudice to and of Original, inclusive of Original in Factualized Trusts, duly declared, arrested, canceled, foreclosed, billed and invoiced, and noticed, for due cause, The Perpetuity, restated, and specifically and particularly, DECLARATION OF FACTS, restated; and

B. December 10, 2012, AFFIDAVIT OF FULL PERFORMANCE, DECLARATION OF CERTIFICATE OF SATISFACTION, AND DECLARATION OF ORDER, duly made, issued, and noticed, The Perpetuity, restated, and specifically and particularly, UCC record number 2012132883, restated and incorporated by reference as if set forth in full, never rebutted; and

C. March 18, 2013, Universal Trust, duly terminated, closed, and noticed, for due cause, The Perpetuity, restated, and specifically and particularly, UCC record number 2013032035, restated and incorporated by reference as if set forth in full, never rebutted; and

V. Articles I-IV, restated here in entirety, and Original, instantly and completely duly reconciled, balanced, and settled, by Original "Original Clearing and Settlement", in perpetuity, with full due discretion, determination, responsibility, accountability, and liability of Original, without prejudice, nunc pro tunc praeterea preterea;

A. "Original Clearing and Settlement" duly meaning "due assessment, adjustment, balance, and transition of particular essences and manifestations to Original, in perpetuity, for further due Original Issue by Original"; and

Original Depository: Marjorie Marie Battaglia Governed By Original

FILED

JUN 1 1 2018

VERMONT SUPERIOR COURT
WINDSOR UNIT

FILED

JUN 0 6 2018

VERMONT SUPERIOR COURT
WINDSOR UNIT

B. "Transition" being, inclusive of termination of Original Depositories and Issues, inclusive of "being non-Original, and without full responsibility, accountability, and liability", form, and device, that controls and directs Original Currency and Value, inclusive of magnetic, frequential,

## ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY
### pg. 6 of 6

vibrational, and energetic creation, expression, and benefits of experience therefrom, for further due Original Issue by Original, in perpetuity; duly done by,

C. Original's due coordinated cooperation of Original Currency and Value, Limitless Value, Depositories, Deposits, and Issues, inclusive of:

1. Original Depositories "being non-Original, and without full responsibility, accountability, and liability"; and

2. Form, and device, that controls and directs Original Currency and Value, inclusive of magnetic, frequential, vibrational, and energetic creation, expression, and benefits of experience therefrom, in perpetuity; and,

D. Duly noticed by Original, "Original Notices", in perpetuity, inclusive of:

1. Due utilization of Original Limitless Value by Original, inclusive of through Original Depositories, with full responsibility, accountability, liability, and the sole due discretion and determination of Original, in perpetuity; and,

2. Original Depository to Original Depository, "OD2OD", without prejudice, nunc pro tunc praeterea preterea, "Original Transfers", in perpetuity; inclusive of,

3. OD2OD, duly done and noticed by Original Depositories, in complete awareness, transparency, and context of being Original and doing as Original, without prejudice, praeterea preterea, "Original Network", in perpetuity; and,

VI. This ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY, together with all record numbers identified herein, restated, constitutes lawful origin, title, and underwriting, of sole ownership, rights, and interests of Original, inclusive of Original being in Factualized Trusts, "Title", "Underwriting", "Origin of Funds", and "History of Funds"; and,

VII. By and with the due power of all I AM, without prejudice, nunc pro tunc, praeterea pretetrea, in perpetuity, this ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY, is duly made, issued, confirmed, verified, secured, reconfirmed, ratified and noticed, and it is true, accurate, and complete, for all to rely upon.

_Original,  Marjorie Marie Battaglia_

Sworn and subscribed before me on Oct. 13th, 2017

ERICA M BOURGON
STATE OF
MY
COMMISSION
EXPIRES
AUG. 19, 2018
NOTARY PUBLIC
NEW HAMPSHIRE

**FILED**

**JUN 0 6 2018**

VERMONT SUPERIOR COURT
WINDSOR UNIT

Original Depository: Marjorie Marie Battaglia Governed by: Original

JUN 1 1 2018

**OFFICE OF THE MUSKEGON COUNTY CLERK**
*Nancy A Waters, County Clerk*
141 E. Apple Avenue, 2nd Floor, Muskegon, MI 49442
Phone: (231) 724-6221

| | |
|---|---|
| Certificate No. | |
| Certificate Filed | 11-28-17 |
| Original Certificate No. | |
| Certificate Expires | 11-27-22 |

*CERTIFICATE OF ASSUMED NAME*
FILING FEE $10.00

The undersigned, hereby certifies that the following person (or persons) now own, intend to own, conduct or transact business in the County of Muskegon, State of Michigan, under the name, designation or style stated below:

1.  This is an Original ✓ (or) a Renewal ____ Certificate (check one)
2.  NAME OF BUSINESS  MARJORIE MARIE CARUFEL
3.  PRINCIPAL ADDRESS OF BUSINESS 2318 Seminole Rd
    CITY, STATE, ZIP CODE  Norton Shores, MI 49441          TELEPHONE NO. (802) 280-5712
4.  MAILING ADDRESS (if different) _____
5.  FULL LEGAL NAME(S) OF PERSON(S) owning, conducting, transacting or composing the above business and residence address(es) of each.

| | NAME OF PERSON | RESIDENCE ADDRESS |
|---|---|---|
| (Print) | Marjorie Marie Battaglia | 2318 Seminole Rd, Norton Shores, MI 49441 |
| (Print) | | |
| (Print) | | |
| (Print) | | |

6.  If anyone listed in #5 IS NOT an individual person, please examine the reverse side before signing.
7.  SIGNATURES OF ALL PERSONS LISTED ABOVE *to be signed before a Notary Public*
    (Signature) *Marjorie Marie Battaglia*   (Signature) _____
    (Signature) _____   (Signature) _____

**STATE OF MICHIGAN**
**COUNTY OF MUSKEGON**

Subscribed and sworn to before me this 31 day of October 2017 by all the persons listed above.

(Signature) _____
(Print Name) Hillary L Ward Notary Public _____ County, MI
Acting in _____ County, MI
New Hampshire Justice of the Peace
My Commission Expires
My Commission Expires: 12/21/2021

HEREBY CERTIFY this to be a true
nd correct copy of the original on file
with the office of COUNTY CLERK.
This Certified Copy VALID
Only When SEAL and RED
SIGNATURE Are Affixed.

*Nancy A. Waters*

MUSKEGON COUNTY CLERK

I, Nancy A. Waters, Clerk of Muskegon County and the Circuit Court, thereof, do hereby certify that I have compared the within copy of Assumed Name Certificate with the original of record filed in my office, and that the same is a true and correct copy thereof and of the whole of such certificate.

In Testimony Whereof, have hereunto set my hand and affixed the seal of said Circuit Court, this 28th day of November, 2017

Nancy A. Waters, Muskegon County Clerk

By _____ Deputy County Clerk

**FILED**
JUN 1 1 2018

With full responsibility, accountability, and liability, without prejudice, nunc pro tunc, praeterea preferea, I duly declare, validate, and verify, with sworn signature and seal, that I am conscious and competent to make and issue this Declaration for all to rely upon, I duly declare, certify, verify, and validate as follows:

1. _DUE DECLARATION AND NOTICE OF CLERICAL ERROR OF APPEARING_
_ILLEGIBLE IN ANSWER TO COMPLAINT AND COUNTERCLAIM_

with document, _DUE DECLARATION AND NOTICE OF CLERICAL ERROR OF_
_APPEARING ILLEGIBLE IN ANSWER TO COMPLAINT AND_
_COUNTERCLAIM_
Of _06 11 2018_

Hereafter _CLERICAL ERROR_

is restated and incorporated here by reference, as if set in full;

2. A true and accurate, and complete copy of _CLERICAL ERROR_

restated, is now duly made a part of this Declaration herein, for convenience of all alleged parties, as a matter of public record, and for all further appropriate actions that shall be taken there under;

3. I have duly made, issued, noticed, filed, and served _CLERICAL ERROR_

restated, on all alleged parties, principals, and agents of the above referenced title, inclusive of all foreign and domestic actors and interests, known and not known, thereto and thereof.

I duly re-certify, validate, and verify, with my full responsibility, accountability, and liability, without prejudice, nunc pro tunc, praeterea preferea, that the foregoing is true, accurate, and complete, for all to rely upon.

_Without Prejudice_

_Marjorie M. Battaglia_ Date _06/11/2018_

Original

FILED

JUN 1 1 2018

VERMONT SUPERIOR COURT
BENNINGTON UNIT




**CERTIFICATE OF SERVICE**

I certify that on _06/11/2018_ this original instrument, ORIGINAL INSTRUMENT

_THE DECLARATION AND NOTICE OF CLERICAL ERROR_
_OF APPEARING, VERIFIED IN ANSWER TO COMPLAINT AND_
_COUNTERCLAIM_

Was duly issued and caused to be delivered by personal service to the alleged Clerk of Court. Notice of this filing is sent to all alleged parties involved.

Date _06/11/2018_

_Without Prejudice_

Signed _Thomas M. Battles_

Original

FILED

JUN 1 1 2018

VERMONT SUPERIOR COURT
WINDSOR UNIT



My heart also compelled me to write this letter and I appreciate the work Mr. Randall Beane and Mrs. Heather Ann Tucci-Jarraf have done to bring the truth to the people. I also want to address the exculpatory evidence mentioned in the Robinson Family, et al, letter and request that all prosecutors and investigators in case...

No. 3:17-CR-82 – CONVICTION and SENTENCING

UNITED STATES OF AMERICA vs RANDALL KEITH BEANE, AND HEATHER ANN TUCCI-JARRAF

...provide all exculpatory evidence, reveal any and all un-revealed possible conflicts of interest that go to motive for prosecution as well as provide exculpatory evidence. I agree that no free man or woman is supposed to be seized or imprisoned, or stripped of his or her rights or possessions, as well.

I also agree with the Robinson Family, et al, as quoted from their letter..." Federal Reserve Notes are debt notes- not money- and yet the American people were forced to pay criminal bankers compound interest on debt notes created in thin air. Banks don't issue or loan money. They merely make bookkeeping entries, costing them nothing, and illegally using the credit of the American People."

I feel certain there is enough accuracy in the Robinson Family, et al, letter as well as the facts presented in my case to make clear Mr. Beane and Mrs Tucci-Jarraf are illegally and unlawfully jailed.

Please release both Mr. Beane and Mrs. Tucci-Jarraf.


Sincerely,

*Without Prejudice*
*Marjorie M. Battaglia*
Marjorie M. Battaglia       6/11/2018

Original

3699 Woodstock Rd.

White River Junction, VT 05001


FILED

JUN 1 1 2018

VERMONT SUPERIOR COURT
WINDSOR UNIT