TRUE ORIGINAL BILL
ORIGINAL INSTRUMENT
NOT NEGOTIABLE

NOTICE TO PRINCIPAL IS NOTICE TO AGENT. NOTICE TO AGENT IS NOTICE TO PRINCIPAL.

PRINCIPAL/AGENTS
Debrah C. Poplin, Clerk of Court
Thomas A. Varlan, District Judge
C. Clifford Shirley, Jr., Magistrate Judge
800 Market Street
Suite 120
Knoxville, Tennessee (37902)

USPS PRIORITY MAIL EXPRESS
EL 501902583 US

Re: No. 3:17-CRT-82
Conviction and Sentencing
UNITED STATES OF AMERICA vs RANDALL KEITH BEANE, HEATHER ANN TUCCI-JARRAF

Principal/Agents-linked to-all

This case is dismissed-Release immediately both my God family by reputation God Randall known to you as RANDALL KEITH BEANE and by reputation Goddess Heather known to you as HEATHER ANN TUCCI-JARRAF.

Attention Provost Marshall: For your Action and offer of service
Ref: VAL07029133
Fail to dismiss and release payment demand total amount per God family:
ONE HUNDRED TRILLION GOLD (Au) OUNCES x 7
$700,000,000,000,000.00 Au

: -breath-particle
2018 June 12th day

Page 1 of 2

Notice to Principal is notice to Agent. Notice to Agent is notice to Principal. Attempts and further attempts to procure fraud and corruption-Breach of Peace. Res Judicata-Original. Cease and desist all operations. Arrest without warrant and or Punishment of Death. Executive Order 13818 Blocking the Property of Persons Involved In Serious Human Rights Abuse or Corruption December 21, 2017. Ignoring this notice is agreement to Guantanamo Bay Prison, Seizure of all assets and property with immediate permanent shut-down.

Service to All,
Terra-Christa/Forma
God family Lucre'

Copy:
God Randall
Randall Keith Beane
132 Cotton Drive
Ocilla, Georgia (31774)

Goddess Heather
Heather Ann Tucci-Jarraf
5001 Maloneyville Road
Knoxville, TN (37918)

Jurisdiction: Original-Constitutional-International.
Exclusive Jurisdiction Nomination: Military, Courts-Martial.

Original-Seal-Authority-Without Prejudice-Autograph

:                                                      -breath-particle
2018 June 12th day
True-Accurate-Complete
Original

June 13, 2018

Debrah C. Poplin, Clerk of Court
Thomas A. Varlan, District Judge
C. Clifford Shirley Jr., Magistrate Judge
800 Market Street Suite 130
Knoxville, TN 37902

Re: No. 3:17-CR-82- CONVICTION AND SENTENCING
UNITED STATES OF AMERICA vs. RANDALL KEITH BEANE, AND
HEATHER ANN TUCCI-JARRAF

Dear Clerk Poplin, Judge Varlan, and Judge Shirley,

As a living, breathing, Natural, and free woman sincerely interested in the highest good of all, including the three of you, I am inspired to write to express my deep concern over the perceptible lack of transparency regarding UNITED STATES OF AMERICA vs. Randall Keith Beane and Heather Ann Tucci-Jarraf.

I am not a legal expert, nor do I know either Mr. Beane or Mrs. Tucci-Jarraf personally. However, neither of those things is relevant. What is relevant is the perplexing treatment of Mr. Beane and Mrs. Tucci-Jarraf. I have been aware of the case and have had questions for some time regarding the way the case has transpired, and the unusual and seeming particularly harsh treatment of Mr. Beane and Mrs. Tucci-Jarraf while jailed.

I recently became aware of Document 182; Letter from the Robinson Family, et al. Document 182 presents alarming and well supported information which raises further questions as to the sequence of events surrounding the case from start to present. I am reminded of the Declaration of Independence, and feel compelled to speak up when questions are raised about the protection and respect of another Natural, living being's God given rights living in America.

The unwavering compassion and love shown by Randall Keith Beane and Heather Ann Tucci-Jarraf toward all beings, including those who are treating them unjustly, is exceptionally noteworthy. We all can learn from Mr. Beane's and Mrs. Tucci-Jarraf's example, that when one is standing in the light of truth, all actors are ultimately exposed.

As a concerned American, it is my sincere request that the court consider and heed the request put forth in Document 182; to demonstrate all exculpatory evidence was presented and reviewed by the court, the jury, and Mr. Beane and Mrs. Tucci-Jarraf. Further, I request the court recognize and respect the God given rights of Mr. Beane and Mrs. Tucci-Jarraf, and that the court make visible for all the world to see, that the Constitution and Declaration of Independence was indeed upheld in UNITED STATES vs. RANDALL KEITH BEANE and HEATHER ANN TUCCI-JARRAF. Are you not required to take an oath of office? https://www.law.cornell.edu/uscode/text/28/453

Mr. Beane and Mrs. Tucci-Jarraf have endured unnecessary and inexcusable abuses upon their beings. It is time for them to be freed.

I apologize if information herein is incorrect or confusing. I mean no harm. In appreciation for your time and participation in the awakening of humanity. Through the multiple peculiar actions taken in UNITED STATES vs. RANDALL KEITH BEANE and HEATHER ANN TUCCI-JARRAF much is made visible.

Sincerely,

L.- Living, Natural Woman and Concerned American