






USPS Priority Mail Express envelope

U.S. POSTAGE PAID
SUGAR LAND, TX 77478
JUN 16 18
AMOUNT $24.70
R2307M152554-04

Label: EL501902583US

**ORIGIN (POSTAL SERVICE USE ONLY)**
- PO ZIP Code: 77478
- Date Accepted: 6/16/18
- Time Accepted: 9:50 AM
- Weight: 1 lb 3 oz
- Flat Rate ✗
- Scheduled Delivery Date: 06/18/18
- Scheduled Delivery Time: 3:00 PM
- 10:30 AM Delivery Fee
- Postage: $24.70
- Total Postage & Fees: $24.70

Stamp: SUGAR LAND, TX JUN 16 2018 USPS
Stamp: INSPECTED
Stamp: RECEIVED JUN 18 [2018] U.S. [Clerk...]

**CUSTOMER USE ONLY**
FROM: Lisa Shannon et al.
6535 [Austin...] Houston, TX
PHONE: (346) 5-335

TO: John Prector, Clerk of Court
US Western District [Court...]
800 Market St, Suite 130
Knoxville, Tennessee
ZIP: 37902

Case 3:17-cr-00082-TAV-DCP   Document 187-5   Filed 06/18/18   Page 1 of 1   PageID #: 18331