UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:17-CR-82 |
| v. | ) | Judge VARLAN |
| | ) | |
| RANDALL KEITH BEANE | ) | |

## NOTICE OF NO OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby files this Notice of No Objection to the Presentence Investigation Report and states as follows:

After having reviewed in full the Presentence Investigation Report prepared on June 13, 2018 by Robert Scott Queener, United States Probation Officer, the United States has no objection to the Presentence Investigation Report as prepared.

Respectfully submitted this the 20th day of June, 2018.

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

By: *s/ Cynthia F. Davidson*
Cynthia F. Davidson
Anne-Marie Svolto
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2018, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

By: *s/ Cynthia F. Davidson*
Cynthia F. Davidson
Assistant United States Attorney