Denice E. Patterson
1690 Crane Road SW, Ocean Isle Beach, NC 28469

June 21, 2018

Thomas A. Varlan USDJ
Debra C. Poplin USMJ
C. Clifford Shirley USMJ, retired
H. Bruce Guyton, USMJ
c/o U.S. District Court, Eastern Tennessee
800 Market Street, Suite 130
Knoxville, TN 37902

RE: Letter of Support: **Universal Cleanup Now Visible**
 3:17 –CR-82 RANDALL KEITH BEANE, HEATHER ANN TUCCI JARRAF
 Certified Mail: 7106 1970 0001 0661 2388

Dear ALL:
By now you have seen the headlines, have experienced the shift in energies, and are most likely putting the pieces of a very complex puzzle together. The **"Universal Cleanup"** that first arrived in your courthouse in July 2017 is now becoming visible worldwide. It is reaching into every nook and cranny on the planet ~ from the closure of the decades-long 'civil' war halfway around the globe on the Korean peninsula to the investigations ongoing in the halls of our very own government, specifically the offices of the U.S. Department of Justice and Federal Bureau of Investigation. Rest assured, no stone will be left unturned.

Proof of the clean-up is everywhere. In fact, more members of the cleanup team are now becoming visible as well. Recently House Oversight and Government Reform Committee Chairman Trey Gowdy said, "The I.G. report has even heightened the need for us to understand what happened in 2016, so the new guys can either be part of the **cleanup crew** or they can be part of the cover-up crew. And I would encourage them to be part of the cleanup crew," [Fox News Sunday with Chris Wallace, June 17, 2018]

This statement was echoed by House Intelligence Committee Chairman Devin Nunes on Sunday as well, when he told Fox News' Maria Bartiromo, "Mr. Rosenstein, the Deputy Attorney General, and Director Wray have to decide whether or not they want to be part of the **cleanup crew** or they want to be part of the cover-up crew that's really the decision."

What began over 17 years ago as a private investigation into the viability and longevity of the global financial system, has now expanded into a massive exposure of the corruption of nearly every man-made system on this planet. From the heinous corruption of the unaudited central banking system, to the complex innerconnections between the banking and judicial systems, to the horrific and tragic human rights violations in medical, educational, prison, and yes, even judicial systems – all is becoming visible.

Denice E. Patterson
1690 Crane Road SW, Ocean Isle Beach, NC 28469

Heather Ann Tucci-Jarraf has been a member of the cleanup crew since before her work on the investigative team, which produced the March 6, 2011 **Paradigm Report** (included in Doc #187). Tucci-Jarraf was one of a handful of international bankers and lawyers tasked with a two-year long investigation. In short, anomalies were discovered in the mortgage industry and fraud was uncovered from the local to the global level. The report illustrates the ties between judicial systems globally and the private central banking system.

In July of 2017, Randall Keith Beane, a veteran of the U.S. Air Force was aware of the complex central banking corruptions. He was also completely aware of the manner in which the private Federal Reserve Bank usurps the value of all Americans by creating hidden accounts using Birth Certificates and Social Security account numbers. Beane knowingly joined the Universal cleanup crew when he accessed his account – along with over 100,000 other Americans who accessed their accounts that month alone – exposing the validity of these once hidden accounts. Beane's actions are well documented in the trial transcripts; however fraudulent evidence was entered. Beane never altered his Social Security account number by one digit to access his hidden account. Whether miscommunication between the FBI and DOJ, or intentional deception and fraud by USAA and others -- it is well documented. And as no stone will be left unturned, this fact will shortly become visible to all. The elements of this case are now known in the halls of our fine government – all the way to the top.

The massive clean-up continues. On Tuesday, June 19, 2018, Agent Peter Strzok was escorted from his office and out of the FBI building. The first of many removals and possible arrests to come -- not limited to Washington D.C. The cleanup will reach into every federal district, every state, every county, every city and every township.

In closing, I wish to express my gratitude and admiration to all of you as you finish your tasks now – and make the decisions that help to end the fraud and corruption in our systems in a very visible manner. Each of you has that power now. Welcome to the Universal cleanup crew!

Sincerely,

Denice E. Patterson

Cc: Heather Anne Tucci-Jarraf, Roger D. Wilson Detention Facility
     Randall Keith Beane, Irwin County Detention Center, Oscilla, Georgia
     Parker Still, FBI, 1501 Dowel Springs Blvd., Knoxville, TN 37909
     Christopher Wray, FBI, 935 Pennsylvania Avenue, NW Washington D.C. 20535-0001
     Cynthia Davidson, USDOJ, 800 Market Street, Suite 211, Knoxville, TN 37902
     Anne-Marie Svolto, USDOJ, 800 Market Street, Suite 211, Knoxville, TN 37902.



From: D. Patterson, 1690 Crane Rd, Ocean Isle Beach NC 28469

To: Thomas Varlan, Debra Peplin, C. Clifford Shirley, H. Bruce Guyton
c/o US District Court Eastern TN
800 Market Street, Suite 130
Knoxville, TN 37902

CERTIFIED MAIL 7016 1970 0001 0661 2388

RECEIVED JUN 25 2018 Clerk, U.S. District Court Eastern District of Tennessee At Knoxville

INSPECTED