UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:17-CR-82-TAV-DCP-1 |
| ) | |
| RANDALL KEITH BEANE, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Before the Court is defendant Randall Keith Beane's motion for extension of time to file objections to the presentence report [Doc. 192]. The defendant's presentence report was filed on June 13, 2018 [Doc. 184]. Pursuant to Local Rule 83.9(c), both parties are required to file any objections to the presentence report within fourteen days of its entry—in this case, on or before June 27, 2018. *See* E.D. Tenn. L.R. 83.9(c). In support of this motion, defendant argues that he requires additional time to consider what objections, if any, he will file.

For good cause shown, defendant's motion [Doc. 192] is **GRANTED**. Defendant may file objections to the presentence report on or before **July 2, 2018**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE