Upper Sunville,
Ardpatrick,
Co. Limerick,
Ireland.

Clerk of Court,
United States District Court,
Eastern District of Tennessee,
800 Market Street, Suite 130,
Knoxville, Tennessee 37902

VIA USPS CERTIFIED MAIL NO:
70132630000139923210

**FILED**

June 25, 2018

JUN 29 2018

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

Re: 'United States of America -v- Randall Keith Beane
and Heather Ann Tucci-Jarraf
Case No. 3:17-CR-82'

## LETTER OF SUPPORT

TO: 'Thomas A. Varlan, USDJ, C. Clifford Shirley Jr., USMJ, Debrah C. Poplin, USMJ,
John L. Medearis, Clerk of Court' and;

To whomsoever this matter is of concern,

With respect; it is clear, evident, a matter of record and proven beyond all doubt that you do not have any claim, of any nature or kind, inclusive of any and all claims and operations of jurisdiction, trusts, corporations, persons, contracts, agreements, treaties, constitutions, presumptions, certificates, receipts, titles, commerce, and bankruptcy; against the factualized trusts Heather Ann Tucci-Jarraf and Randall Keith Beane.

The above is true not only on the basis that nobody is verifiably identified, authorized, nor duly sworn as any such claimant and therefore, either in commerce or in law, do not exist. Hearsay is neither evidence nor proof that can ever establish or verify any such claim. No such claimant ever entered into or made themselves responsible, accountable and liable in the above entitled matter. There simply is no such claim of record in this case; which is the only one that matters. Therefore, any such claim DOES NOT EXIST.

An organization cannot speak for itself, it can only speak through someone who has the faculty of speech or, who can make a valid signature, along with possession of the proper authority.

To me, and it would seem reasonable, to most honest people, it is incomprehensible that anyone who claims to be an officer and having some power of authority attached thereto would fail, and indeed refuse, to validly prove their identification and authority on request or on command, in any matter, especially one as serious as this.

Circumstances where every single officer involved in prosecution formally requested and commanded, refused to do so, including at the U.S. District Court, Department of Justice, FBI, USAA Federal Savings Bank and Federal Reserve Bank of New York, is simply beyond belief, even if it is undeniably true.

**Such action is not, nor can it ever be construed to be good faith, clean hands operation** of any entrusted fiduciary duty in "a free and open society". It amounts to secrecy, which the former and well respected President, John Fitzgerald Kennedy once described as "repugnant". Furthermore, it is unlawful, in that it is an intent to deceive another as to the actual facts.

**It is entirely deficient and delinquent for fiduciaries to expect to make others** accountable and liable for their actions based on some perceived, unproven claim or wrong, yet simultaneously refuse to accept any accountability and liability whatsoever for their own actions in doing so. That is not good faith. It is something other than that; which can be described as bad faith, which in and of itself is the equivalent of malice. **Malice is not valid, either in commerce or in law, as it defeats the very purpose of the** settling of controversies, in good faith, in open public forum, in an oral manner and simply must fail.

Without prejudice to Document 176 and 177 of the record, it may now yet still be **possible for all to act in good faith. Neither Heather nor Randall can be expected to** accept liability for the unlawful actions of others. Including, but not limited to, Stuart Parker, who purports to be the CEO of USAA Federal Savings Bank, True Brown, who purports to be Director of Financial Crimes Investigations at USAA, Cynthia F. Davidson and Anne-Marie Svolto, who purport to be Assistant United States Attorneys **at the Department of Justice, purported Special Agent Parker H. Still of the FBI and J.** Douglas Overbey, who purports to be United States Attorney for the Eastern District of Tennessee. All of whom verifiably failed and refused to identify themselves or their authority on the record, as did, in addition, all others of consequence.

It is also a matter of record that Stuart Parker, True Brown, Cynthia F. Davidson and Parker H. Still all alleged to and convinced a Knoxville, Tennessee Grand Jury that 'RANDALL KEITH BEANE' had used an account number to transfer funds that was similar to its social security number, with the exception of one digit in variation. That is simply not true. It was false evidence tendered to the Grand Jury on behalf of USAA, Department of Justice, the FBI and Federal Reserve Bank of New York. False evidence made and given on oath to "swear to tell the truth".

In the first instance, if that which was alleged to the Grand Jury was true then those transactions would have failed. Federal Reserve Bank of New York and USAA Federal Savings Bank unlawfully withheld that pertinent information from the court. In the second, there is no evidence entered to the record of the actual transactions, in the said alleged account number, between the account in the name of 'RANDALL KEITH BEANE' at the Federal Reserve Bank of New York and the USAA Federal Savings Bank account of the same name. Nor those transactions returning the said funds from

USAA to the Federal Reserve Bank. The said records are known as wire-room messages and they were withheld. These are very serious matters.

The resulting void TRUE BILL ("indictment"), drafted by Cynthia F. Davidson, misleadingly refers to a "fictitious account", when the Federal Reserve later testified that **transfers of said funds between certain accounts did actually occur.** Only they were not the accounts alleged.

Anyone who claims to be a judge or a clerk of a U.S. District Court knows and has to know the gravity of that which has just been stated and it is hereby demanded, without **prejudice to Document 176 and 177 of the record, that remedial action is immediately** taken by all of those involved in this matter, by taking full responsibility, accountability and liability for that which you have created; before any further damage or harm is caused to anyone. Nobody can say that they were not previously notified on multiple occasions of the requirement to produce all pertinent evidence and authorities.

**The enormity of this particular situation cannot be overstated.** All those involved in the prosecution have been used and abused by very serious wrongdoers at much higher levels who are hiding in the shadows, are extremely devious and would appear to be unaccountable. It was these wrongdoers who conjured up the deliberate falsity of a social security account number "with one digit changed". A bright and shining lie.

**An opportunity to rectify that wrongdoing now presents itself. Now is the moment to do so.** All that is required is for all concerned to act in 100% transparency, in absolute good faith, from this point forward. To validate and verify that which is true, in all ways, inclusive of the absence of any such claim as described at para. 1 above, of any person, or anyone at all; ever.

**Confirm entry of Judgment and Order of Dismissal With Prejudice, with issue date of** January 22, 2018 forthwith. It can hardly be said more succinctly than that and is the only acceptable lawful course of action. Thank you for your attention and diligence.

With love,<br>
**Without prejudice,**<br>
Paul Francis McDonald,<br>
Original,<br>
Personal friend of Heather and Randall.

"... The very word "secrecy" is repugnant in a free and open society; and we are as a people inherently and historically opposed to secret societies, to secret oaths and to secret proceedings. ..."

President John Fitzgerald Kennedy<br>
Waldorf-Astoria Hotel, New York City<br>
April 27, 1961

Pg. 3 *of* 4

To: **Heather Ann Tucci-Jarraf**
#1369008, Roger D. Wilson Detention Facility,
5001 Maloneyville Road,
Knoxville, Tennessee 37918


To: **Randall Keith Beane,**
#55002, 132 Cotton Drive,
Ocilla, Georgia 31774

Paul Francis McDonald
10535 Huntington Estates Dr
Houston, Texas 77099

INSPECTED

RETURN RECEIPT REQUESTED

7013 2630 0001 3992 3210

CERTIFIED MAIL

Clerk of Court
United States District Court
Eastern District of Tennessee
800 Market Street, Suite 130
Knoxville, Tennessee 37902

37902-230330

U.S. POSTAGE PAID
HOUSTON, TX
77072
JUN 26, 18
AMOUNT
$6.70
R2303S100283-29

1000
37902

RECEIVED
JUN 29 2018
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville