IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Docket No. 3:17-CR-82 |
| | ) | |
| RANDALL KEITH BEANE | ) | JUDGE VARLAN |

## NOTICE OF FILING

COMES the Defendant RANDALL KEITH BEANE, through his elbow counsel, and hereby files DUE REJECTION OF OFFER TO CONTRACT; DUE REJECTION, WITHOUT DISHONOR, FOR DUE CAUSE OF DOCUMENT 184 and 188, WITH LIMITED DUE ACCEPTANCE, FOR SOLE PURPOSE OF IDENTIFICATION OF FOREIGN AGENTS AND THEIR ACTIONS.

Respectfully submitted this 2nd day of July, 2018.

                                                      s/Stephen G. McGrath
                                                     Stephen G. McGrath (BPR # 025973)
                                                     9111 Cross Park Drive
                                                     Bldg D – Suite 200
                                                     Knoxville, TN 37923
                                                     Phone: (865) 540-8871
                                                     Fax: (865) 540-8866
                                                     "Elbow Counsel" for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of this document has been served upon counsel for all parties of record in this case via this Court's electronic filing system on this 2nd day of July, 2018.

                                                       s/Stephen G. McGrath
                                                     Stephen G. McGrath