*Original Instrument*
Notice to Principal is Notice to Agent

Reference:
"UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED
2018 JAN 23
U.S. DISTRICT COURT
EASTERN DIST. TENN.
DEPT. CLERK

UNITED STATES OF AMERICA

v.                                    No. 3:17-cr-008.

RANDALL BEANE, and HEATHER
TUCCI-JARRAF                                           "

PRAECIPE, AND NOTICE OF
STANDING NOTICE AND FILING OF STANDING
DECLARATION.

PRAECIPE: Alleged Clerk of Court, shall file and enter this PRAECIPE in the above referenced alleged action, forthwith.

DECLARATION:
With full due responsibility, accountability, and liability, and to declare true, accurate, and complete, I duly declare the following, and that I am conscious and competent to make said declaration, now duly made, issued, and entered, by Praecipe, into the record of the above referenced alleged action, restated, for all to rely upon; Nunc pro tunc, praeterea preterea:

ATTEST: A true copy
Certified this 2/7/18
by [signature]
Debra C. Poplin, Clerk
[signature] Dep. Clerk

#1. STANDING DECLARATION OF Documents 18, 19, 25, 42, 43, 45, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 64, 65, 66, 71, 72, 73, 74, 75, 76, 80, 81, 82, 86, 92, 93, 94, 95, 96, and 98, are each restated and incorporated here, as if set forth in full, ab initio, nunc pro tunc, and praeterea preterea;

#2. STANDING DECLARATION OF:
#1, above, restated, and the record of the above referenced alleged action, is duly void of any duly verified and validated documentation, with due indorsement, of the following individuals, entities, persons' due identification, authority, authorization, and indorsement, and jurisdiction over Heather Ann Tucci-Jarraf, HEATHER ANN TUCCI-JARRAF, Randall Keith Beane, and RANDALL KEITH BEANE; including, but not limited to:
  1. USA; and its districts, departments, and branches
  2. Thomas A. Varlan;
  3. Cynthia Davidson;
  4. Ann-Marie Svolto;
  5. Debrah C. Poplin;
  6. James Douglas Overbey;
Nunc pro tunc, praeterea, preterea, and ab initio.

#3. STANDING DECLARATION OF #1-2, above, restated, and the record of the above referenced alleged action, is duly void of any duly verified and validated documentation, with due indorsement, of Heather Ann Tucci-Jarraf, HEATHER ANN TUCCI-JARRAF, Randall Keith Beane, and RANDALL KEITH BEANE having duly made, given, or served notice of them duly consenting to, or duly giving due authorization to have, jurisdiction and authority over them, and the property thereof, ~~to~~ the following: #2.1-6, restated.

#4. STANDING DECLARATION OF #1-3, above, restated, and that I, Heather Ann Tucci-Jarraf, do not give due consent or authorization to have jurisdiction and authority over me, including, but not limited to: #2.1-6, restated.

#5. STANDING DECLARATION OF #1-4, above, restated, and, Documents 97 and 100, plus oral ruling and order presented in regards to 97, by Thomas A. Varlan, are duly rejected, ~~for~~ without dishonor, for due cause. Lacks due verification and validation of presenter's due identification, authority, authorization, and indorsement.

#6. STANDING DUE DECLARATION #1-5, above, restated, and I, Heather Ann Tucci-Jarraf, do not give due consent or authorization to the alleged entities, parties, persons, and individuals of this above referenced alleged action to hold any proceedings, make any actions, orders, and judgments againston me including, but not limited to, jury selection, and trial, ab initio, nunc pro tunc, and praeterea preterea.

This PRAECIPE, AND STANDING DECLARATIONS, now duly made, issued, noticed and entered, for all to rely upon.

1-23-2018

Heather Ann Tucci-Jarraf

original