IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Docket No. 3:17-CR-82 |
| | ) |
| RANDALL KEITH BEANE | ) JUDGE VARLAN |

## NOTICE OF FILING

COMES the Defendant RANDALL KEITH BEANE, through his elbow counsel, and hereby files DUE REJECTION OF OFFER TO CONTRACT; DUE REJECTION, WITHOUT DISHONOR, FOR DUE CAUSE, OF DOCUMENT 184, WITH LIMITED DUE ACCEPTANCE, FOR SOLE PURPOSE OF IDENTIFICATION OF FOREIGN AGENTS AND THEIR ACTIONS, RESTATED.

Respectfully submitted this 6th day of July, 2018.

s/Stephen G. McGrath
Stephen G. McGrath (BPR # 025973)
9111 Cross Park Drive
Bldg D – Suite 200
Knoxville, TN 37923
Phone: (865) 540-8871
Fax: (865) 540-8866
"Elbow Counsel" for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of this document has been served upon counsel for all parties of record in this case via this Court's electronic filing system on this 6th day of July, 2018.

s/Stephen G. McGrath
Stephen G. McGrath

## *DUE NOTICE*
<span style="color:red">Notice to Principal is Notice to Agent
Notice to Agent is Notice to Principal</span>
Reference:

## "UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:17-CR-82 |
| Plaintiff | ) | VARLAN/SHIRLEY |
| v. | ) | 3:17-cr-00082-TAV-CCS |
| | ) | 3:17-cr-00082-TAV-DCP |
| RANDALL KEITH BEANE, and | ) | and related records thereof and thereto; |
| HEATHER ANN TUCCI-JARRAF | ) | inclusive of 1:17-mj-00531-DAR and |
| Defendants | ) | 3:17-MJ-1067-CCS |

**DUE REJECTION OF OFFER TO CONTRACT; DUE REJECTION, WITHOUT DISHONOR, FOR DUE CAUSE, OF DOCUMENT 184, WITH LIMITED DUE ACCEPTANCE, FOR SOLE PURPOSE OF IDENTIFICATION OF FOREIGN AGENTS AND THEIR ACTIONS, RESTATED**

**I. DUE REJECTION OF OFFER TO CONTRACT; DUE REJECTION, WITHOUT DISHONOR, FOR DUE CAUSE OF DOCUMENT 184 and 188, WITH LIMITED DUE ACCEPTANCE, FOR SOLE PURPOSE OF IDENTIFICATION OF FOREIGN AGENTS AND THEIR ACTIONS**, Document 199, with issue date of July, 2, 2018, restated and incorporated by reference as if set forth in full, nunc pro tunc and preaterea preterea.

**II. Article I** above, restated, and; I am in receipt of a document identifying itself to me as an Offer to Contract of "UNITED STATES" and "UNITED STATES OF AMERICA", inclusive of all districts, departments, branches and titles thereof and thereto; including, but not limited to, "Eastern District of Tennessee", "Chief District Judge", "Chief Magistrate Judge", "Clerk of Court", "United States Attorney", "Assistant United States Attorney", "Chief U.S. Probation Officer" and "Supervising United States Probation Officer"; said Offer to Contract further of, and including, but not limited to, Thomas A. Varlan, C. Clifford Shirley, Jr., Debrah C. Poplin, John A. Medearis, Cynthia F. Davidson, Anne-Marie Svolto, James Douglas Overbey, Robert Scott Queener and Tommy Joe Thomas; under the guise of "Presentence Investigation Report", Document 184, with filing date June 13, 2018, nunc pro tunc and praeterea preterea, ab initio.

**III. Article II** above, restated and; said Offer to Contract, is thereby and hereby duly rejected without dishonor, for due cause; with limited due acceptance for the sole purpose of identification of, and evidence of acts done by, foreign agents; with Docs 54, 55, 56, 146, 150 and 151 appropriately adjusted accordingly; due cause including but not limited to: Due cause as duly declared and ordered in Standing Notices, Declarations and Praecipes,

Pg. 1 *of* 2      July 6, 2018    Original Depository: Randall Keith Beane

Docs 101, 102, 145, 146, 147, 148, 149, 150, 151 and 160 each duly restated and incorporated by reference as if set forth in full, in 3:17-CR-82, 3:17-MJ-1067, 1:17-mj-00531-DAR and all related cases thereof, nunc pro tunc and praeterea preterea.

**IV. Article III** above restated, and; said Offer to Contract is further duly rejected without dishonor for further due cause: Due cause that said instrument is known to me to be a significant portion of underwriting for unlawful, illegal and fraudulent monetary instruments, including but not limited to "Prison Bonds", sold to institutional investors, and for further sale to general public; slavery and human trafficking via monetary instruments. Duly verified.

This Original Instrument is duly made, executed, issued, filed, served and noticed with duly sworn signature and seal specifically inclusive of specific and particular, unique, one-of-a-kind, original, energetic, magnetic, vibrational and frequential imprints of creation therein, thereof and thereto, as Original and by Original, also known by the appellation Randall Keith Beane, with full responsibility, accountability and liability, without prejudice, nunc pro tunc and praeterea preterea.

I duly re-certify, verify and validate with my full responsibility, accountability and liability that the foregoing, is true, accurate and complete, for all to rely upon.

Duly approved and ordered done,

July 6, 2018

-----BEGIN PGP SIGNATURE-----

iQEzBAABCAAdFiEEYNxyXk9F81P7RgxEg3MFpIquBzUFAls/LSEACgkQg3MFpIqu
BzVeXwf/d3G8H6rsFiEyOHxUs8b9oGKNd4ZimaPN51IyNaMJlvh4PdLN39e2zhE2
RAy2mSKhiiP94CULdE+52h5NSTL/Owu47byIJ5NcIFCtQIVM78tUqGFsQPbR9fbD
kOV5421EcpNDmhamTj2o8hudCsSjZ2gHBNrOTt6CMrcTEplFWkBwCw2Rh2C8a3Da
GeFw2pPBqOlK4jRvAXTf6XPI7UFrHPdclzjep6hCcVtfKCqOEGY5UMsbCrEYBkcO
BIEMb2GNQmE/fEJE/aa84UNqNM/STy258zsmojbduXkdYpI0Nz7cR92Bf+WtJoDa
NXrOREdXxCbiMmP/HhUyfLAX8DdzTQ=
=otAU
-----END PGP SIGNATURE-----

Original, Randall Keith Beane
Original Depository: Randall Keith Beane

Pg. 2 of 2

July 6, 2018
Original, Randall Keith Beane
Original Depository: Randall Keith Beane