IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Docket No. 3:17-CR-82 |
| | ) | |
| RANDALL KEITH BEANE | ) | JUDGE VARLAN |

## NOTICE OF FILING

COMES the Defendant RANDALL KEITH BEANE, through his elbow counsel, and hereby files DUE REJECTION, WITHOUT DISHONOR, FOR DUE CAUSE, OF DOCUMENT 188, RESTATED.

Respectfully submitted this 6th day of July, 2018.

s/Stephen G. McGrath
Stephen G. McGrath (BPR # 025973)
9111 Cross Park Drive
Bldg D – Suite 200
Knoxville, TN 37923
Phone: (865) 540-8871
Fax: (865) 540-8866
"Elbow Counsel" for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of this document has been served upon counsel for all parties of record in this case via this Court's electronic filing system on this 6th day of July, 2018.

s/Stephen G. McGrath
Stephen G. McGrath

Duly rejected, without dishonor, for due cause, including but not limited to due cause as noticed: By Standing Notice, Declarations and Praecipes, Docs 101, 102, 145, 146, 147, 148, 149, 150, 151 and 160, each duly restated and incorporated by reference, as if set forth in full, in 3:17-CR-82, 3:17-MJ-1067, 1:17-mj-00531-DAR, and all related cases thereof, nunc pro tunc and praeterea, preterea

July 6, 2018

*Limited due acceptance for the sole purpose of Evidence of Acts Done by foreign agents, and Docs 146, 151, 54, 55, 56 and 150 appropriately adjusted accordingly.

July 6, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA )
) No. 3:17-CR-82
v. ) Judge VARLAN
)
RANDALL KEITH BEANE )

### NOTICE OF NO OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby files this Notice of No Objection to the Presentence Investigation Report and states as follows:

After having reviewed in full the Presentence Investigation Report prepared on June 13, 2018 by Robert Scott Queener, United States Probation Officer, the United States has no objection to the Presentence Investigation Report as prepared.

Respectfully submitted this the 20th day of June, 2018.

```
-----BEGIN PGP SIGNATURE-----
iQEzBAABCAAdFiEEYNvyXk9F81P7RgxEg3MFpIquBzUFAls/
LeMACgkQg3MFpIquBzWl2gf/ZMnOuDHhn6Lm+yr2LN/l1hXGt
QRl4TSytToAtRpa1PVQWaBWN4Lvj1tzwhH9oMv GyyU8c3dKU
3u+le CJKT)UAII7+bfV2mfPCV\0TQb GtDxs VnTrr BEzKZGbSE3+1
dXacv OlVrqIW33Uhn/AaU24o8D AHXGhB4X6EFRpIm
C54WKk4SaG/0eAHG+ZARIwrcWcy0OyBE6d4OaAt1
jLbTSlb+SM4f/FwVGxenYQ1?nwueqBIGwjTid/jJKPpS
Yr4fg8TmfX/dUE4Y/twmRIwqXQc/fs/nQSy1Mk6x4n2u
+0kvBHrFaXZPuRuX6nkkLG3?fo9WEA4yuE4UKRzYy
dnKuW/Q===yRN7
-----END PGP SIGNATURE-----
```

By: J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

By: s/ Cynthia F. Davidson
Cynthia F. Davidson
Anne-Marie Svolto
Assistant United States Attorney

Duly rejected without dishonor for due cause, restated.
July 6, 2018

### CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2018, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

By: s/ Cynthia F. Davidson
Cynthia F. Davidson
Assistant United States Attorney