IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Docket No. 3:17-CR-82 |
| RANDALL KEITH BEANE | ) JUDGE VARLAN |

## NOTICE OF FILING

COMES the Defendant RANDALL KEITH BEANE, through his elbow counsel, and hereby files DUE REJECTION, WITHOUT DISHONOR, FOR DUE CAUSE, OF DOCUMENT 188.

Respectfully submitted this 15th day of July, 2018.

s/Stephen G. McGrath
Stephen G. McGrath (BPR # 025973)
9111 Cross Park Drive
Bldg D – Suite 200
Knoxville, TN 37923
Phone: (865) 540-8871
Fax: (865) 540-8866
"Elbow Counsel" for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of this document has been served upon counsel for all parties of record in this case via this Court's electronic filing system on this 15th day of July, 2018.

s/Stephen G. McGrath
Stephen G. McGrath

NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

✱ ORIGINAL INSTRUMENT ✱ OFFER TO CONTRACT DULY REJECTED
WITHOUT DISHONOR, FOR DUE CAUSE;
DULY REJECTED, FOR DUE CAUSE, INCLUDING
BUT NOT LIMITED TO: DUE CAUSE AS DULY DECLARED AND ORDERED BY
STANDING NOTICES, DECLARATIONS, AND PRAECIPES, DOC'S 101,
102, 145, 146, 147, 148, 149, 150, 151, AND 160, EACH
RESTATED AND INCORPORATED BY REFERENCE, AS IF SET FORTH
IN FULL, IN 3:17-CR-082, 3:17-MJ-1067, 1:17-MJ-00531-DAR,
AND ALL RELATED CASES THEREOF,
NUNC PRO TUNC, AND PRAETEREA PRETEREA.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:17-CR-82 |
| v. ) | Judge VARLAN |
| ) | |
| RANDALL KEITH BEANE ) | |

## NOTICE OF NO OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby files this Notice of No Objection to the Presentence Investigation Report and states as follows:

After having reviewed in full the Presentence Investigation Report prepared on June 13, 2018 by Robert Scott Queener, United States Probation Officer, the United States has no objection to the Presentence Investigation Report as prepared.

Respectfully submitted this the 20th day of June, 2018.

J. DOUGLAS OVERBEY
UNITED STATES ATTORNEY

By:    s/ Cynthia F. Davidson
       Cynthia F. Davidson
       Anne-Marie Svolto
       Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2018, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

By:    s/ Cynthia F. Davidson
       Cynthia F. Davidson
       Assistant United States Attorney

Ronald Keith Beane 7-14-18

✱ LIMITED ACCEPTANCE FOR THE SOLE PURPOSE OF EVIDENCE
OF ACTS DONE BY FOREIGN AGENTS, AND DOC'S 146, 151, 54, 55, 56,
AND 150 APPROPRIATELY ADJUSTED ACCORDINGLY.

DULY REJECTED, RESTATED. RKB
WITHOUT DISHONOR, FOR DUE
CAUSE, RESTATED. Ronald Keith Beane 7-14-18

THIS, DUE REJECTION IS DULY VERIFIED, AS ARE ALL DUE REJECTIONS, A MATTER OF RECORD, PUBLIC AND OTHER.

*Ronald Keith Beene*
7-14-18

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of this document has been served upon counsel for all parties of record in this case via this Court's electronic filing system on this 15th day of July, 2018.

s/Stephen G. McGrath
Stephen G. McGrath

APPROVED AND ORDERED DONE, JULY 14, 2018.

*Ronald Keith Beene*
7-14-18

Case 3:17-cr-00082-TAV-DCP   Document 206   Filed 07/15/18   Page 3 of 3   PageID #: 18441