UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:17-CR-82-TAV-DCP-1 |
| RANDALL KEITH BEANE, | ) ) ) |
| Defendant. | ) |

EASTERN DISTRICT OF TENNESSEE
OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
800 MARKET ST., SUITE 130
KNOXVILLE, TENNESSEE 37902

OFFICIAL BUSINESS

Randall Keith Beane #52505-074
KNOX COUNTY
DETENTION FACILITY
5001 MALONEYVILLE ROAD
KNOXVILLE, TN 37918

NIXIE 372 DC 1
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

may file objections to the presentence report on or before **July 2, 2018**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

Case 3:17-cr-00082-TAV-DCP   Document 194   Filed 06/29/18   Page 1 of 1   PageID #: 18343
Case 3:17-cr-00082-TAV-DCP   Document 210   Filed 07/16/18   Page 1 of 1   PageID #: 18473