# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

Case No.     3:17-CR-82        Date:   July 24, 2018

United States of America     vs.    Randall Keith Beane

**PROCEEDINGS:  Sentencing Hearing.**  Government's Motion for Forfeiture (doc. 223) is granted.

---

HONORABLE THOMAS A. VARLAN, CHIEF UNITED STATES DISTRICT JUDGE

---

| Julie Norwood | Terri Grandchamp | Scott Queener |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| Cynthia Davidson | Randall Beane, pro se; Stephen McGrath, elbow counsel |
|---|---|
| **Asst. U.S. Attorney** | **Attorney for Defendant** |

**JUDGMENT OF THE COURT:**

- 155 Months of Imprisonment
- Followed by 5 Years Supervised Release
- Special Assessment in the amount of $700.00  The Court finds that the defendant does not have the ability to pay a fine and therefore will waive the fine
- $510,589.02 Restitution
- The court recommends that the defendant be designation to either Butner or Manchester
- Defendant remanded to custody

10:00 to 10:50



