IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:17-cr-82-01 |
| v. | ) | |
| | ) | |
| RANDALL KEITH BEANE | ) | |
| | ) | |

## NOTICE OF APPEAL

Notice is herby given that Randall Keith Beane hereby appeals to the United States Court of Appeals for the Sixth Circuit from the <u>Final Judgment</u> entered in this action on 24th day of July, 2018.

Defendant's signature *WITHOUT PREJUDICE* /s/ Randall Keith Beane