IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Docket No. 3:17-CR-82 |
| | ) | |
| RANDALL KEITH BEANE | ) | JUDGE VARLAN |

## NOTICE OF FILING

COMES the Defendant RANDALL KEITH BEANE, through his elbow counsel, and hereby files STANDING DECLARATION JULY 24, 2018 RE LACK OF JURISDICTION AND AUTHORITY.

Respectfully submitted this 30th day of July, 2018.

s/Stephen G. McGrath
Stephen G. McGrath (BPR # 025973)
9111 Cross Park Drive
Bldg D – Suite 200
Knoxville, TN 37923
Phone: (865) 540-8871
Fax: (865) 540-8866
"Elbow Counsel" for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of this document has been served upon counsel for all parties of record in this case via this Court's electronic filing system on this 30th day of July, 2018.

s/Stephen G. McGrath
Stephen G. McGrath

**\*DUE NOTICE\***
Notice to Principal is Notice to Agent
Notice to Agent is Notice to Principal
Reference:

**"UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:17-CR-82 |
| Plaintiff | ) | VARLAN/SHIRLEY and their assigns, |
| | ) | nunc pro tunc, praeterea preterea, |
| v. | ) | 3:17-cr-00082-TAV-CCS |
| | ) | 3:17-cr-00082-TAV-DCP |
| RANDALL KEITH BEANE, and | ) | and related cases thereof; |
| HEATHER ANN TUCCI-JARRAF | ) | inclusive of 3:17-MJ-1067 |
| Defendants | ) | and 1:17-mj-531" |

**STANDING DECLARATION**

With full due responsibility, accountability and liability to declare true accurate and complete I do duly declare the following and that I am conscious and competent to make said declaration, now duly made issued and entered into the record of the above referenced alleged actions, restated, for all to rely upon:

1. This declaration is the written record of oral STANDING DECLARATION duly made by me on July 24, 2018, at approximately 10:00am, e.s.t., and entered as a matter of record with my full responsibility, accountability and liability, as a preliminary matter, prior to purported proceeding; and,

2. Said STANDING DECLARATION was made under the Sworn Oath of being Original and swearing to speak true, accurate, and complete always; and,

3. Cynthia Davidson, Ann Marie Svolto and Thomas A. Varlan refused or otherwise declined to be sworn in prior to making me "swear in" or conducting a purported proceeding thereafter; and,

4. Said oral STANDING DECLARATION was duly deemed by me to be required, based on my knowledge, expertise, and experience, due to the force, threat of force, physical injury, physical restraint, and the use and threat of use of coercion through law and legal process continuously used to unlawfully and illegally fabricate attachment of body, jurisdiction, and authority over me in the above referenced case numbers, restated, now a matter of record; and,

5. I did make a STANDING DECLARATION that: The alleged court, Thomas A. Varlan, Cynthia Davidson, Ann-Marie Svolto, alleged Department of Justice et.al., did not have the authority or jurisdiction over me to conduct any proceedings against me, as duly

Pg. 1 of 2

declared by STANDING DECLARATIONS, PRAECIPES, ORDERS and Notices as set forth in Documents 19, 98, 101, 102, 145, 146, 147, 148, 149, 150, 151, 160 and 215 and all other documents filed in the above referenced case regarding said lack of jurisdiction and authority of others over me; and,

6. Further STANDING DECLARATION and Notice was duly made that any proceeding and statements made did not waive my DECLARATIONS, PRAECIPES, ORDERS and Notices, nunc pro tunc and praeterea preterea; and,

7. #5 above restated, and all said documents were restated and incorporated by reference as if set forth in full; and,

8. Said STANDING DECLARATION was duly restated, and after all statements made, including purported judgment; and,

9. Said STANDING DECLARATION also included my Notice that everyone present, including, but not limited to, Thomas A. Varlan, Cynthia Davidson, Ann-Marie Svolto and my self were each being held to act with full responsibility and liability; and, with said notice, everyone chose to proceed; and,

10. Any discrepancies between this STANDING DECLARATION and the oral STANDING DECLARATION are not intentional, and this written STANDING DECLARATION is governing in the event any discrepancies exist as "additional", nunc pro tunc, praeterea preterea, without prejudice, ab initio and forever.

Duly verified  *[signed: Randall Keith Beane, 7-30-18, with thumbprint]*

CERTIFICATE OF SERVICE

I hereby certify, that on July 30, 2018, I did cause Stephen G. McGrath, Esq. To serve a true accurate and complete copy of this STANDING DECLARATION upon alleged counsel for all alleged parties of record in this case via this alleged courts electronic filing system.

*[signed: Randall Keith Beane, 7-30-18, with thumbprint]*

Pg. 2 of 2

Case 3:17-cr-00082-TAV-DCP   Document 233   Filed 07/30/18   Page 3 of 3   PageID #: 18789