IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Docket No. 3:17-CR-82 |
| | ) | |
| RANDALL KEITH BEANE | ) | JUDGE VARLAN |

## NOTICE OF FILING

    COMES the Defendant RANDALL KEITH BEANE, through his elbow counsel, and hereby files STANDING DECLARATION OF ORIGINAL; DUE EVIDENCE OF IDENTIFICATION OF ACTORS WITHIN OR ABUSING THE PEOPLE'S GOVERNMENTS, WITH DEMAND AND COMMAND FOR ORDER OF FINAL CALL.

    Respectfully submitted this 30th day of July, 2018.

s/Stephen G. McGrath
Stephen G. McGrath (BPR # 025973)
9111 Cross Park Drive
Bldg D – Suite 200
Knoxville, TN 37923
Phone: (865) 540-8871
Fax: (865) 540-8866
"Elbow Counsel" for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of this document has been served upon counsel for all parties of record in this case via this Court's electronic filing system on this 30th day of July, 2018.

s/Stephen G. McGrath
Stephen G. McGrath

**\*DUE NOTICE\***
Notice to Principal is Notice to Agent
Notice to Agent is Notice to Principal
Reference:

## "UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:17-CR-82 |
| Plaintiff | ) | VARLAN/SHIRLEY and their assigns, |
| | ) | nunc pro tunc, praetera pretera, |
| v. | ) | 3:17-cr-00082-TAV-CCS |
| | ) | 3:17-cr-00082-TAV-DCP |
| RANDALL KEITH BEANE, and | ) | and related cases thereof; |
| HEATHER ANN TUCCI-JARRAF | ) | inclusive of 3:17-MJ-1067 |
| Defendants | ) | and 1:17-mj-531" |

### STANDING DECLARATION OF ORIGINAL:
### DUE EVIDENCE OF IDENTIFICATION OF ACTORS
### WITHIN OR ABUSING THE PEOPLE'S GOVERNMENTS

With full responsibility, accountability and liability, without prejudice, ab initio, and praeterea pretera, I duly declare, validate and verify, with sworn signature and seal, that I am conscious and competent to make this declaration, for all the world and existence to rely upon. I duly declare, certify, validate and verify as follows:

I.    I am Original, as set forth in Document 19, a matter of record in the above entitled cases, restated and incorporated by reference here as if set forth in full, ab initio and praeterea pretera; and,

II.    Governing Law, as set forth in Document 19, restated, ab initio and praeterea pretera; and,

III.    With all presumptions duly canceled, nunc pro tunc and praeterea pretera, as set forth in Document 19, restated; and,

IV.    Ignorance of the Governing Law is not an excuse, ab initio, and praeterea pretera; and,

V.    Whereas full and complete "Original Clearing and Settlement" has been duly conducted , Document 19, restated, see specially Factualized Trust, with reference name "Randall Keith Beane", and ORIGINAL DUE DECLARATION OF ISSUE BY ORIGINAL DEPOSITORY with reference number FT-OD-rkb-09291967, specially Article V, including, but not limited to:

A. Duly noticed plan of action, with underwriting therein as set forth in "Sworn Affidavit of Heather Ann Tucci-Jarraf in support of Writ of Quo Warrento for Prohibition, Original Jurisdiction, Common Law Venue", a true accurate and complete copy of the original,

Pg. 1 of 2 *Ralph Keith Beane 7-30-2018*

marked as Annex A hereto, restated and incorporated here as if set forth in full, see specially, Article 16, pages 4-11:

1. Duly received by Ronald R. Carpenter, Clerk, SUPREME COURT STATE OF WASHINGTON, "2011 Sep 20 P 3:03"; and,
2. Further due notice to all involved entities, persons, individuals, principals, agents, beneficiaries, including but not limited to those identified in Document 43, restated and incorporated by reference here, as if set forth in full, see specially attachments #1 and #2; and,

B. Governing Law, Document 19, restated; and,

C. Evidence of Identification of Actors within or abusing the people's government, including but not limited to, United States:

1. DISTRICT COURT OF THE EASTERN DISTRICT OF TENNESSEE, Case No's 3:17-CR-82, 3:17-MJ-1067, and all related cases thereof; and,
2. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, Case No. 1:17-mj-531 and all related cases thereof; and,
3. All records of the United States related to, issued from, or otherwise involving the undersigned Original; and,
4. All records of International or Universal, related to, issued from or otherwise involving the undersigned Original; and,

D. Article V, A-C, restated and is the basis, support and underwriting, in part, for FINAL CALL and FINAL ORIGINAL CLEARING AND SETTLEMENT of all factualized trusts, including, but not limited to, Reference name Randall Keith Beane.

VI. Articles I-V, above, restated, and due demand and command has been duly made, issued, secured, verified, registered and noticed for Commercial Bill, True Bill and orders for Reconciliation and Repossession, Documents 19, 43, 98, 101, each restated; and,

VII. Articles I-VI, above, restated, and Due Notice of Intent for Final Call was duly made, issued and noticed, case number 3:17-CR-82 and all related case numbers thereof, restated; and,

VIII. Article I-VII, above, restated, and on July 17th, 19th, 24th and 25th, 2018, with full responsibility, accountability and liability, Actors within or abusing the People's Governments did duly chose to and did take action to collapse all legal systems, financial systems and other structures, networks of involuntary servitude, human trafficking and other human rights abuses, by denying lawful and legal remedies provided for by all systems, see case numbers 3:17-CR-82, 3:17-MJ-1067, 1:17-mj-531 and all related cases thereof , and continued hostage; and,

IX. Demand and Command of ORDER FOR FINAL CALL now duly made, issued, registered and noticed.

Duly verified

*[signature: Randall Keith Beane]*
7-30-2018

The People of Washington )
the State of Washington ) ss.
County of Thurston )



In the Supreme Court of the State of Washington

The People of the State of Washington, )
Ex rel, Heather Ann: Tucci Jarraf, Charles )
C: Miller, for the Abandoned Public Trust )
                     Demandants )
          vs. )
                    )
Judges of the State of Washington Courts )
Inclusive, does 1-1000 )
                  Respondents )

General No:_____
(to be assigned by Clerk)

PRAECIPE TO THE CLERK OF COURT
Writ of Quo Warrento
for Prohibition
Original Jurisdiction
Common Law Venue

Praecipe: To Clerk of Court, Ronald R. Carpenter

YOU WILL: File the Common Law Writs, assign identifier to the Writ of Quo Warrento issued by The People of Washington in original venue and jurisdiction by The People granting all powers to the State of Washington under this Court of Record duty to the Common Law, accepting the fee of Five U.S. Dollars in gold coin; and,

YOU WILL: Take notice that the Civil Government of the State of Washington is superior to all other forms of forums of governance, and that the Civil Government powers political in nature are inherent and superior in The People as grantors of all powers of the State of Washington in any of is disguises and that The Peoples Public Trust speaks through trustees Heather Ann: Tucci-Jarraf and Charles C: Miller as the individuals having boni-fide pledges to the State of Washington for maintaining The Peoples inherent individual rights to DEMAND their servants comply with the contract Constitution above all other loyalties when claiming powers of, or receiving benefits from the State of Washington , and that the current operators of the State of Washington are corporate actors doing business under EIN # 91-6001089 and others; and

The People's Public Trust, 1776, 1878
P.O. Box 1402
Auburn Way N. 416-417
Auburn, WA 98002
  253.509.4597 / 253.326.1010 p
253.288.0123 f

ANNEX: A 1 of 35
pg 1 of 35

YOU WILL: Place the Writ of Quo Warrento before each justice of this Court, demanding duties owed by each on their personal oath, the bond, for service to The Original Jurisdiction constructed under The People's Original Public Trust Constitution for this Court's general superintending control over all inferior Courts.

Done this 2⁰ᵗʰ day of September, 2011, in the name and by the authority of The Good People of the State of Washington by Trustees, undersigned, serving the abandoned Public Trust beginning 1776.

Heather Ann: Tucci‑‑‑‑‑, Trustee   9-20-2011
gadchq@gmail.com

Charles C: M‑‑‑‑‑   9/20/11
ccmtrustee@yahoo.com

P.O. Box 1402
Auburn Way N. 416‑417
Auburn, WA 98002
253.509.4597 / 253.326.1010 p
253.288.0123 f

The People's Public Trust, 1776, 1878
P.O. Box 1402
Auburn Way N. 416‑417
Auburn, WA 98002
253.509.4597 / 253.326.1010 p
253.288.0123 f

ANNEX: A
Pg 2 of 35

The People of Washington )
the State of Washington ) ss.
County of Thurston )

In the Supreme Court of the State of Washington

The People of the State of Washington, )
Ex rel, Heather Ann: Tucci Jarraf, Charles )    General No: _____
C: Miller, for the Abandoned Public Trust )
            Demandants )
    vs. )
 )                     Writ of Quo Warrento
 )                     for Prohibition
Judges of the State of Washington Courts )     Original Jurisdiction
Inclusive, does 1-1000 )                Common Law Venue
            Respondents )

Praecipe: To each Justice of the Supreme Court of the State of Washington;

1. Chief Justice Barbara Madsen,

2. Associate Chief Justice Charles W. Johnson,

3. Justice Gerry L. Alexander,

4. Justice Tom Chambers,

5. Justice Mary E. Fairhurst,

The People's Public Trust, 1776, 1878
1402 Auburn Way N. 416-417
Auburn, WA 98002
253.509.4597 / 253.326.1010 p
253.288.0123 f

ANNEX A:
Pg 3 of 35

6. Justice James M. Johnson,

7. Justice Susan Owens,

8. Justice Debra L. Stephens,

9. Justice Charles K. Wiggins,

YOU WILL: receive the Orders from The One People of Washington according to your personal pledge to serve The People from whom all political power flows; and

YOU WILL: Review The One Peoples Writ of Quo Warrento; and

YOUWILL: And each of you issue the following Orders:

1. The State of Washington Constitution is valid, in force, in service to The People of Washington as grantors of all the State of Washington powers nunc pro tunc; and

2. Each and every officer, employee, agent, or assign claiming powers under the State of Washington are personally duly bound by freely given oath, the bond, to serve, support The Peoples construction, the Constitution of the State of Washington.

3. Each and every officer, employee, agent or assign claiming powers under the State of Washington are personally bound by contract and consideration with or without oath, to serve The Peoples construction, the Constitution for the State of Washington protecting The People from any and all trespass; and,

YOU WILL: Order The Clerk of Court, Ronald R. Carpenter, to issue the Writ of Prohibition issued by The People of Washington attaching your individual signature, under seal ratifying said orders for said issuance and execution for service by Clerk of Court on each Judge doing business in the Courts of Washington.

The People's Public Trust, 1776, 1878
1402 Auburn Way N. 416-417
Auburn, WA 98002
253.509.4597 / 253.326.1010 p
253.288.0123 f

Done this 20th day of September, 2011, in the name and by the authority of the Good People of the State of Washington by Trustees, undersigned, serving the abandoned Public Trust beginning 1776.

Heather Ann: Tucci-Ja~~~ Trustee    9-20-2011
gadchq@gmail.com

Charles C: M~
ccmtrustee@ya~

P.O. Box 1402
Auburn Way N. 416-417
Auburn, WA 98002
253.509.4597 / 253.326.1010 p
253.288.0123 f

The People's Public Trust, 1776, 1878
1402 Auburn Way N. 416-417
Auburn, WA 98002
253.509.4597 / 253.326.1010 p
253.288.0123 f

The People of Washington )
the State of Washington ) ss.
County of Thurston )

RECEIVED
SUPREME COURT
STATE OF WASHINGTON
2011 SEP 20 P 3: 03
BY RONALD R. CARPENTER
CLERK

In the Supreme Court of the State of Washington

| | | |
|---|---|---|
| The People of the State of Washington, | ) | General No: _____ |
| Ex rel, Heather Ann: Tucci Jarraf, Charles | ) | |
| C: Miller, for the Abandoned Public Trust | ) | |
| Demandants | ) | |
| vs. | ) | |
| | ) | Writ of Quo Warrento |
| | ) | for Prohibition |
| Judges of the State of Washington Courts | ) | Original Jurisdiction |
| Inclusive, does 1-1000 | ) | Common Law Venue |
| Respondents | ) | |

Writ of Quo Warrento

The People of the State of Washington 1878 Original Public Trust administered under, by and
through the 1889 Constitution of the State of Washington.

---

The People's Public Trust, 1776, 1878
1402 Auburn Way N. 416-417
Auburn, WA 98002
253.509.4597 / 253.326.1010 ( p)
253.288.0123 ( f)

ANNEX A:
P8 6: 0f 35

To: Chief Justice Barbara Madsen, Associate Chief Justice Charles W. Johnson, Justice Gerry L. Alexander, Justice Tom Chambers, Justice Mary E. Fairhurst, Justice James M. Johnson, Justice Susan Owens, Justice Debra L. Stephens, Justice Charles K. Wiggins Justices sitting in The Peoples Original Jurisdiction, the Supreme Court of the State of Washington., original venue in exclusive common law.

That you forthwith, without excuse or delay, bring or cause to be brought before The People of Washington as presented to the Trustees Heather Ann: Tucci-Jarraf and Charles C: Miller for The People of Washington now asserting the full plenary powers inherent in The People, in order to maintain individual rights exercising the limits of the authorities granted by The Peoples constitution constructing the State of Washington in any and of its guises, authorizing Judges or Judicial officers of any nature or kind to actively receive benefit from securities or other financial instruments inclusive of those backed by alleged mortgages issued by The People of Washington as fraudulently induced by National Banks issuing private credit money as shown by STATE OF WASHINGTON WEBSITE, http://www.drs.wa.gov/ , inclusive of http://www.drs.wa.gov/administration/annual-report/ , http://www.drs.wa.gov/administration/annual-report/cafr/ , http://www.sib.wa.gov/financial/fp_rf_jr.asp , https://fortress.wa.gov/drs/data/ , and http://www.drs.wa.gov/member/faq/fund_transition.htm ,managed by asset management firms holding an interest in, ownership of, or retained by the Federal Reserve Bank Members, inclusive of Blackrock, being retained by the Federal Reserve Bank of New York to manage and liquidate mortgage backed securities, WHEREIN, Judicial Retirement Systems and its beneficiaries are Judges sitting on cases where in the conflict of receiving such benefit is not disclosed; causing The People to have proof of CONFLICT OF INTEREST under which each and every judge receiving benefit of mortgage backed securities is now JUDICIALLY DISQUALIFIED non pro tunc for cause of having financial interest on the outcome of any and all cases before said judges wherein a National Association or derivative Bank is a party; and

WE COMMAND YOU: that you do forthwith, without excuse or delay bring or cause the be brought before Our Trustees Heather Ann: Tucci-Jarraf and Charles C: Miller evidence showing conclusively that any National Association Banks or derivatives thereto are not civilly dead when insolvency is admitted by acceptance before all the world of BAIL OUT FUNDS gathered from the One American People under

The People's Public Trust, 1776, 1878
1402 Auburn Way N. 416-417
Auburn, WA 98002
253.509.4597 / 253.326.1010 ( p )
253.288.0123 ( f )

deceptive fraudulent practices known to the One People, The People of Washington, and is before the whole world; and

WE COMMAND YOU: that you do forthwith, without excuse or delay bring or cause to be brought before Our Trustees Heather Ann: Tucci-Jarraf and Charles C: Miller evidence showing conclusively that evidence of a debt without evidence of a loan is a perfected and collectible debt; and

WE COMMAND YOU, that you do forthwith, without excuse or delay bring or cause to be brought before Our Trustees Heather Ann: Tucci-Jarraf and Charles C: Miller evidence showing conclusively that any judge of any court of any kind operating on Washington, the State of Washington or STATE OF WASHINGTON to not know that:

1. enrichment of self.

2. at the impoverishments of another

3. when a connection between the two, the benefit of judges garnered from their participation in Retirement Systems and those in front of them losing their homes, wherein both are related to mortgages, National Association Banks, and securities or other financial instruments are issued as backed by The One People of Washington alleged mortgages or labor;

4. in the absence of any evidence whatsoever in any foreclosure case judicially processed or non judicially processed showing proof or document that a loan transferring ownership , right, title and interest in money to an alleged borrower took place,

5. remedy is not available to The People of Washington when every judge received financial benefit of one kind or another based on National Association Banks, their derivatives and direct or derivative financial instruments .

Is not a private wrong nunc pro tunc in every case before said judges when a National Association et al Bank is a party; and

Together with duly sworn statements by each judge operating under Supervision of the State of Washington Superior Court, its BAR and Washington State Bar sealed under penalty of perjury under the laws of Washington and The United States of America testifying that each judge individually had or has

The People's Public Trust, 1776, 1878
1402 Auburn Way N. 416-417
Auburn, WA 98002
253.509.4597 / 253.326.1010 ( p)
253.288.0123 ( f)

no knowledge that either by chance or mistake or another's misfortune said judge did not benefit from Mortgage Backed Securities held in both American and Foreign financial institutions; and

There and then to perform and abide such Orders and direction on Our behalf

HERE OF have you then and there this Writ

WITNESS for The Public Trust Beginning 1776, 1878:

Heather Ann: Tucci-____, Trustee    9-20-2011
gadchq@gmail.com

Charles C: Mil____    9/20/11
ccmtrustee@yahoo.com

P.O. Box 1402
Auburn Way N. 416-417
Auburn, WA 98002
253.509.4597 / 253.326.1010 p
253.288.0123 f

The People's Public Trust, 1776, 1878
1402 Auburn Way N. 416-417
Auburn, WA 98002
253.509.4597 / 253.326.1010 ( p)
253.288.0123 ( f)

The People of Washington   )
the State of Washington    )  ss.
County of Thurston         )

RECEIVED
SUPREME COURT
STATE OF WASHINGTON

2011 SEP 20 P 3: 03

BY RONALD R. CARPENTER

CLERK

In the Supreme Court of the State of Washington

The People of the State of Washington,      )
Ex rel, Heather Ann: Tucci Jarraf, Charles   )
C: Miller, for the Abandoned Public Trust     )
                            Demandants         )
                                               )
         vs.                                   )
                                               )
                                               )
Judges of the State of Washington Courts       )
Inclusive, does 1-1000                         )
                            Respondents         )

General No: _____

Writ of Quo Warrento
for Prohibition
Original Jurisdiction
Common Law Venue

Writ of Prohibition

WHEREAS, on the land of Washington, within the Jurisdiction of the State of Washington The
People are the inherent power that constructed the Constitution of the State of Washington
beginning 1878,

WRIT OF PROHIBITION
Page 1 of 4

ANNEX: A of 35
P 10 of 35

The People's Public Trust, 1776, 1878
1402 Auburn Way N. 416-417
Auburn, WA 98002
253.509.4597 / 253.326.1010 (p)
253.288.0123 (f)

WHEREAS, The People speak their Authority through Trustees Heather Ann: Tucci-Jarraf and Charles C: Miller relators of acts and omission not acceptable to The People;

WHEREAS, there is evidence before the world and The People of Washington that the Judges of this State receive private benefit and gain from mortgage backed securities and other financial instruments constructed by National Association Bank related co-venture parties causing impoverishment of The People of Washington;

WHEREAS, The People DEMAND that each and every judge of this state not being properly bonded to fidelity to the inherent power of The People, be Judicially Disqualified for cause of unfairness, conflict of interest, unjust enrichment, non disclosure, deceptive practices,

WE THEREFORE COMMAND YOU, each and every judicial officer acting under the name of the State of Washington, in the name and by the authority of The People;

YOU WILL, desist immediately in acting, sitting, adjudicating, any issue whatsoever associated directly or remotely to National Association Banks or their co-venture parties; and

YOU WILL, return this Writ with certifications of its compljance within 3 three calander days; and

YOU WILL, present to this Court for the review of The People Trustees, Heather Ann: Tucci-Jarraf and Charles C: Miller, your individual plan to make the parties, The People of Washington before you prior whom have had their homes taken, value stolen, with no evidence of a loan to support a debt or its collection, whole, nunc pro tunc from the first case heard by each of you, any and all, upon assuming judicial office or function within 30 days, and

YOU WILL, contact all necessary or related parties pursuing takings without due process related to Unlawful Detainer Actions and Actions for Judgments on alleged Debt Instruments before each of you, advising in writing parties executing the void judgment issued to cease and desist all actions taking property from any Washington citizen, nunc pro tunc your first order for takings of property under Judicially infirm process.

---

The People's Public Trust, 1776, 1878
1402 Auburn Way N. 416-417
Auburn, WA 98002
253.509.4597 / 253.326.1010 (p)
253.288.0123 (f)

ANNEX: A
PG 11 OF 35

HEREOF have you then and there this Writ

WITNESS for The Public Trust Beginning 1776, 1878 administrative forum 1889

Heather Ann: Tucci-Jarraf, Trustee
gadchq@gmail.com

9-20-2011

Charles C: Miller, Trustee
ccmtrustee@yahoo.com

9/20/11

P.O. Box 1402
Auburn Way N. 416-417
Auburn, WA 98002
253.509.4597 / 253.326.1010 p
253.288.0123 f

YOU WILL:  Execute this Writ of Prohibition:

By Order done this _____ day of September 2011

_____
Chief Justice Barbara Madsen

_____
Associate Chief Justice Charles W. Johnson

_____
Justice Gerry L. Alexander,

WRIT OF PROHIBITION
Page 3 of 4
ANNEX: A
P8 12 OF 35

The People's Public Trust, 1776, 1878
1402 Auburn Way N. 416-417
Auburn, WA  98002
253.509.4597 / 253.326.1010 (p)
253.288.0123 (f)

Case 3:17-cr-00082-TAV-DCP  Document 236  Filed 07/30/18  Page 15 of 38  PageID #: 18814

_____
Justice Tom Chambers

_____
Justice Mary E. Fairhurst

_____
Justice James M. Johnson

_____
Justice Susan Owens

_____
Justice Debra L. Stephens

_____
Justice Charles K. Wiggins

ANNEX:A
P8 13 OF 35

The People's Public Trust, 1776, 1878
1402 Auburn Way N. 416-417
Auburn, WA 98002
253.509.4597 / 253.326.1010 (p)
253.288.0123 (f)

The People of Washington )
the State of Washington ) ss.
County of Thurston )

RECEIVED
STATE OF WASHINGTON
SUPREME COURT
2011 SEP 20 P 3: 03
BY RONALD R. CARPENTER
CLERK

In the Supreme Court of the State of Washington

The People of the State of Washington, )    General No: _____
Ex rel. Heather Ann: Tucci Jarraf, Charles )
C: Miller, for the Abandoned Public Trust )    Sworn Affidavit of
        Demandants )    Heather Ann: Tucci-Jarraf
                     )    In Support of
    vs.              )    Writ of Quo Warrento
                     )    for Prohibition
                     )    Original Jurisdiction
Judges of the State of Washington Courts )    Common Law Venue
Inclusive, does 1-1000                   )
        Respondents )

I, Heather Ann: Tucci-Jarraf, do swear under the penalty of perjury as follows:

KNOW ALL MEN BY THESE PRESENTS BEFORE ALL THE WORLD that on this day, I, Heather Ann Tucci-Jarraf, am a life and blood woman, living, nunc pro tunc, One of The People of The United States of America, domicil by choice on the state of Washington, issuing this Sworn Affidavit setting forth my claim for return of my commandeered units, my labor backed value used to support private money systems issuing collection and legal enforcement systems operating a SLAVERY SYSTEM and I do swear the following under the penalty of perjury, THAT:

1. I am absolutely pro-government;

2. I am absolutely anti-corruption;

The People's Public Trust, 1776, 1878
P.O. Box 1402
Auburn Way N. 416-417
Auburn, WA 98002
253.509.4597 / 253.326.1010 p
253.288.0123 f

ANNEX A
P8 14 of 35

3. I am not public property;

4. I have no notice of being public property;

5. I am not aware of, nor party to, any process or procedure deeming me public property;

6. I own my own body and mind and all creations and derivatives therefrom, thereto, and therewith;

7. I and others of my capacity and standing are the creators of all government operating on the land of America, established, accepted and relied upon by all the World:

   A) I have read the Declaration of Independence 1776 whereby The People create The People's Public Trust and did assert for all the World to rely upon:

      i. The Natural Law of The People to assume political independence, being created equal and endowed by the Creator with certain unalienable Rights, that include Life, Liberty and the pursuit of Happiness;

      ii. That The People have a right to institute Governments among Men;

      iii. That The People as Principal grant said Governments just power to secure the rights of The People;

      iv. That The People have the Right and the Duty to duly consider, investigate and determine with prudence whether abuses, usurpations, and other sufferage have occurred, the destruction of the security of The People, reducing The People under absolute Despotism;

      v. That The People have the Right and Duty to throw off such Government, or actors abusing the Government, and to provide new Guards for the future security of The People;

   B) I have read the Territories of Washington's Constitution 1878, whereby The People of said Territories agreed to form a state and institute a government and thereby established The People's Public Trust of the state of Washington for all the World to rely upon;

   C) I have read the Washington State Constitution, 1889, that created the Government of the State of Washington for the sole purpose of serving and protecting the right and interests of The People of the state of Washington and thereby establishing said for all the World to rely upon;

   D) I have read the Articles of Confederation 1781 whereby The People of said Confederations Constituted to form a union of the states and institute a federal government and thereby established The People's Public Trust of The United States of America for all the World to rely upon;

The People's Public Trust, 1776, 1878
P.O. Box 1402
Auburn Way N. 416-417
Auburn, WA 98002
253.509.4597 / 253.326.1010 p
253.288.0123 f

E) I have read The Constitution of The United States of America 1789 that created the Government of The United States of America for the sole purpose of serving and protecting the rights and interests of The People of the Unites States of America and thereby establishing said for all the World to rely upon;

8. I do reconfirm and ratify that I have pledged my political will, by my oath and bond, my Word, to the state of Washington and to The United States of America established by The People's Public Trusts as identified herein;

9. Only after due consideration and investigation, I have determined that the only contract between myself and all governments on, in or of America is that of The People's state of Washington's Constitution, 1878 and 1889;

10. No matter how the administrators of the powers assigned to construct government via state Constitutions whose administrators, public officers, created the federal agency, The United States of America perpetual union of states, 1781 under Confederations alter their administration, in whatever form or forum, the original intent and contract constructing those express powers, *I and others of my capacity and standing are the Superior authority, and each government employee or agent is absolutely obligated to serve their Principal and Master, The People, in their original political state, of which I, Heather Ann Tucci-Jarraf, am one;*

11. That I am heir to the living state, a perpetuity, having never waived same, holding all political rights reserved, thereby being EXEMPT from my creations, the political state and its current administrators in corporate venue, process, procedures, regulations, statutes, laws or other forms of coercion upon my Principal status;

12. I have, do, and shall continue to rely on each individual employee of the political state in all of its constructions whether they be public or private, being bound by contract under accepted consideration, to acknowledge their service to the One people who created the very powers each administers as paid employee drawn from neighborhoods of the One People, of which they, My employees, are of The People when not acting for administration of Our Power;

13. That the absolute proof verifying my self-made legal determinations is the state constitution itself wherein all political power resides with The People, and The People reserve all rights not delegated to our construction, the State of Washington 1889, as evidenced by "ARTICLE I DECLARATION OF RIGHTS Sec. 1. "All political power is inherent in The People, and governments derive their just powers from the consent of the governed, and are established to protect and maintain individual rights." and Sec. 30. "The enumeration in this Constitution of certain rights shall not be construed to deny others retained by The People.";

14. That I, Heather Ann Tucci-Jarraf, am competent to handle my own affairs. Any assumption to the contrary is based upon fraudulent concealment, fraudulent deceit, fraud in the inducement,

SWORN AFFIDAVIT IN SUPPORT OF WRITS OF QUO WARRENTO
AND PROHIBITION
Page 3 of 12

The People's Public Trust, 1776, 1878
P.O. Box 1402
Auburn Way N. 416-417
Auburn, WA 98002
253.509.4597 / 253.326.1010 p
253.288.0123 f

ANNEX: A
Pg 16 of 35

inducement to take my equities of any nature or kind for purposes of unjust enrichment subject to doctrine of quantum merit requiring equitable restitution;

15. That I, Heather Ann Tucci-Jarraf, am a private living person, not subject to or object of war rules; I am not engaged in activities in conflict with any natural person or entity which could be deemed Trading With An Enemy of My Political State, as the original Political State I reside in is superior to any and all derivatives or administrators of original powers thereof, as I reside in the 3rd judicial district, on the county of Pierce;

16. NOW THEREFORE, I, Heather Ann Tucci-Jarraf, DECLARE, ADJUDGE, and ORDER under the UN-A-LIENABLE RIGHT endowed by my Creator, The People's Creator that:

A) That I have executed my right and performed my duty to duly consider, investigate and determine with prudence whether abuses, usurpations, and other sufferage have occurred, the destruction of the security of The People, reducing The People under absolute Despotism;

B) With prudence, I have determined that *Actors,* operating *within and abusing* The People's Governments, have abused, usurped, and committed other sufferage upon The People, destroying the very security of The People they swore to protect and uphold, reducing The People under absolute Despotism, undeniably recorded in the public forum for all the World to evidence;

C) That there is sufficient prima facia evidence in the public forum that the *Actors* have already identified themselves to The People and the World in the public forum;

D) That prior to The People executing their Right and Duty to throw off any live persons that may be *within or abusing* The People's Governments, that The People shall:

i. First identify *Actors within or abusing* The People's Governments operating for the purpose of destruction of The People's security, past, present and future;

ii. That identification of said *Actors* operating *within* The People's Governments shall be sufficiently met by evidence of:

1. the *Actors'* inability or unwillingness to follow, uphold, or support the Constitutions herein identified and restated here;

2. the *Actors'* misapplication against The People of laws previously authorized by The People to be enacted solely for the administration, governance and efficiency of The People's Governments;

3. the *Actors* acting outside of the authority granted to them by The People;

SWORN AFFIDAVIT IN SUPPORT OF WRITS OF QUO WARRENTO
AND PROHIBITION
Page 4 of 12

The People's Public Trust, 1776, 1878
P.O. Box 1402
Auburn Way N. 416-417
Auburn, WA 98002
253.509.4597 / 253.326.1010 p
253.288.0123 f

ANNEX A
Pg 17 of 35

4. the *Actors* causing the silence, termination, delay or otherwise discrediting of The People's due consideration, investigation or determination of abuse, usurpation, and other sufferage that has already occurred, is occurring or is yet to occur;

5. the *Actors* receiving or causing others to receive special interest or benefit that is not afforded to every One of The People;

iii. The *Actors* themselves do ratify their identity by failing to report and make public in the public forum, before all the World, documentation and information regarding *Actors within or abusing* The People's Governments that are or have abused, usurped, and committed other sufferage upon The People, destroying the very security of The People, reducing The People to absolute Despotism;

iv. The *Actors* themselves do ratify their identity by having received or continuing to receive stolen assets and benefits or cause said assets and benefits to be received through deceptive acts and practices when not supported by documentation able to be verified and authenticated in the public forum;

v. The *Actors* operating *within* The People's Governments themselves do ratify their identity by continuing to fail to perform their obligations and duties contrary to their oaths, offices and personal bonds to The People, their Principal, their Superior from whom their just and limited powers were derived;

E) That upon identification of said *Actors,* The People shall execute their Right and perform their Duty to throw off any live persons that may be *within or abusing* The People's Governments and The People shall provide new Guards for the future security of The People;

F) That my EXEMPT STATUS and CAPACITY on authority of the Constitution for the State of Washington, 1878 and 1889, supported by the Declaration of Independence and the other Constitutions identified herein, restated here, is perfected in law and in fact which is now before all of the World;

G) Any and all constructed entities of any nature or kind are limited in their relationships with me to those I consent to be engaged under full disclosure, with consideration, all performance there under expected by such entities to be of written agreement known to all parties as the only enforceable provisions which could have affect upon me, Heather Ann Tucci-Jarraf;

H) That in the event I, Heather Ann Tucci-Jarraf, am held to any performance outside my understandings through or by the threat or use of threat of physical injury, or physical restraint, or by use or threat of use of coercion through the law or legal process, placing me

The People's Public Trust, 1776, 1878
P.O. Box 1402
Auburn Way N. 416-417
Auburn, WA 98002
253.509.4597 / 253.326.1010 p
253.288.0123 f

ANNEX: A
P8 18 of 35

in fear of physical restraint or injury or legal coercion will cause me to believe and have evidence that I am held to an involuntary servitude[1];

I)   that STATE OF WASHINGTON the administrator for and to the powers held in the name of the One People of Washington by the State of Washington; a political body, a government, a public trust, has taken the political will of The People under constitution as value to found said current administration and waived any and all defects. Thereby all agents of STATE OF WASHINGTON are bound to the original state constitution. The contract for transfer and administration of political will is the only agreement between The People, of which Heather Ann Tucci-Jarraf is one, and must be enforced upon all agents and instrumentalities operating for STATE OF WASHINGTON. Lack of such enforcement for the recognition of Heather Ann Tucci-Jarraf's rights and others' rights with similar capacity and standing under the contract constitution by agents of STATE OF WASHINGTON or UNITED STATES OF AMERICA is involuntary servitude to STATE OF WASHINGTON corporation, EIN 91-6001089, and UNITED STATES OF AMERICA corporation. Purchase and/or use of powers, authorities held by State of Washington, applied by STATE OF WASHINGTON, to operate a business providing goods and services of government, binds STATE OF WASHINGTON to original contract constitution. This purchase and use is perfected by bonded performance, the valuable consideration, payment for use of powers, the specific individual performance under original contract to the Washington State Constitution and The Constitution of the United States of America by each *Actor* claiming to act for STATE OF WASHINGTON and UNITED STATES OF AMERICA. Any and all acts and/or omissions operating outside the original contract constitution affected upon Heather Ann Tucci-Jarraf is involuntary servitude.[1];

J)   I, Heather Ann Tucci-Jarraf, state as a matter of personal legal determination as accepted and understood from the publicly published documents before the entire world that:

i. The Washington State BAR Association is an agency of The People of the State of Washington set up in 1933;

ii. Each and every member of the Washington State BAR Association from the beginning is bound by personal oath required by the BAR act itself to support the Constitution of the State of Washington and Constitution of the United States;

---

1 [1]United States vs Kozminski, 488 US 931 (1988), NO 86-2000, decided June 29, 1988. "Held for purposes of criminal prosecution under §241 or §1584, the term, "involuntary servitude" necessarily means a condition of servitude in which the victim is forced to work for defendant (IRS) by use or threat of physical restraint or physical injury or by use or threat of coercion through the law or the legal process. This definition encompasses cases in which the defendant holds the victim (me) in servitude by placing him or her in such fear of physical restraint or injury or legal coercion".

The People's Public Trust, 1776, 1878
P.O. Box 1402
Auburn Way N. 416-417
Auburn, WA 98002
253.509.4597 / 253.326.1010 p
253.288.0123 f

ANNEX: A
PG 19 of 35

iii. Each and every Washington State BAR Association member pledges personal oath to NOT counsel or maintain any suit or proceeding which SHALL APPEAR to the BAR member to be unjust, which means each act by any BAR member must first be in accord and harmony with The Original Jurisdictions, authorities, and limits of the State of Washington Constitution, Declaration of Independence, Articles of Confederation in aggregate as The One Peoples' Public Trust must be first and foremost served;

iv. Washington State BAR Association actors are recognized merchants of law in the corporate state courts subject to the Peoples' Public Trust by and through their own acts and words; and,

v. Any Washington State BAR Association member failing to accord each and every of The People legal protection required by the Public Trust executes involuntary servitude upon The People both in general and specific to those directly affected by BAR members' acts or omissions;

K) I, Heather Ann Tucci-Jarraf, state as a matter of personal legal determination that in the event that I am held to any STATE OF WASHINGTON, REVISED CODE, ADMINISTRATIVE CODE, COUNTY ORDINANCE, CITY ORDINANCE or FEDERAL UNITED STATES CODE, FEDERAL REGULATION or FEDERAL RESERVE REGULATION whatsoever against my will, without full knowing consent shown by signed contract with full disclosure of law and contract obligations, duly processed under limits of the State of Washington Constitution specifically disclosing the section relied upon, wherein, The People are identified as subjects of and to such delegations therein, proves and will be evidence that I am held to involuntary servitude of the most base kind. And I will have proof founded upon such holding of me against my will that such holding is for personal gain and benefit to those holding me to peonage, of whatever position, public or private;

L) I, Heather Ann Tucci-Jarraf, believe and have evidence the State of Washington law, its constitution, and its administrative body STATE OF WASHINGTON codes and administrative regulations, never authorized any federal or state agency or instrumentality to act against me without my consent. I HAVE NEVER GIVEN MY CONSENT TO BE SUBJECT OR OBJECT OF OR TO POWERS NOT DULY DELEGATED BY The People TO CREATE OUR CONSTITUTION, THE DOCUMENT CONSTRUCTING THE POLITICAL BODY the State of Washington, Republic, 1878/1889 administration. Any such holding of me to anything, particularly by INTERNAL REVENUE SERVICE, is involuntary servitude enforced by coercion threat of physical injury, physical restraint, threat or coercion through the law or legal process, a violation of law, a felony, that of slavery through conspiracy between STATE OF WASHINGTON and INTERNAL REVENUE SERVICE;

SWORN AFFIDAVIT IN SUPPORT OF WRITS OF QUO WARRENTO
AND PROHIBITION
Page 7 of 12

The People's Public Trust, 1776, 1878
P.O. Box 1402
Auburn Way N. 416-417
Auburn, WA 98002
253.509.4597 / 253.326.1010 p
253.288.0123 f

ANNEX: A
Pg 20 of 39

M) This conspiracy takes the form of STATE OF WASHINGTON allowing INTERNAL REVENUE SERVICE to act out what would be felonies by any other person. The felony is attaching asset via process not in compliance with STATE OF WASHINGTON laws governing taking wherein due process is required. The never applying for due process means INTERNAL REVENUE SERVICE commits theft by deception. Federal debt collection laws also require due process and court orders prior to takings just as STATE OF WASHINGTON law does. This means INTERNAL REVENUE SERVICE is committing theft in violation of federal law as well;

N) Being that funds collected by any party of STATE OF WASHINGTON and/or federal instrumentality is used to support a private money system, FEDERAL RESERVE, my position carries my equity through all systems using private money system operated and owned by FEDERAL RESERVE;

O) I, Heather Ann Tucci-Jarraf, have been induced by INTERNAL REVENUE SERVICE, a claimed yet unproved federal agency functioning under United States Treasury, to engage, for the giving up of my labor in the form of TAX. This TAX and its systems of operations are enforced against me through deceit, deceptive trade practices wherein INTERNAL REVENUE SERVICE masquerades as officials of The United States, under threat of physical restraint, or physical injury, by use or threat of coercion through the law or legal process[2], holds me to liability against my will without disclosure of authority to do so, slavery in fact and deed;

P) INTERNAL REVENUE SERVICE in conspiracy with ***Actors*** operating ***within or abusing*** the United States Attorney's Offices, United States Courts, STATE OF WASHINGTON, construct and enforce a falsehood fraudulently inducing me to believe that:

   i. I may be forced to contract against my will with anyone including the Governments I as One of The People created, creates or shall create;

   ii. I may be forced to cooperate with a fraud;

   iii. I as One of The People, am inferior to the Governments we created, whom derive their just and limited power from The People;

---

2 'United States vs Kozminski, 488 US 931 (1988), NO 86-2000, decided June 29, 1988. "Held for purposes of criminal prosecution under §241 or §1584, the term, "involuntary servitude" necessarily means a condition of servitude in which the victim is forced to work for defendant (IRS) by use or threat of physical restraint or physical injury or by use or threat of coercion through the law or the legal process. This definition encompasses cases in which the defendant holds the victim (me) in servitude by placing him or her in such fear of physical restraint or injury or legal coercion".

The People's Public Trust, 1776, 1878
P.O. Box 1402
Auburn Way N. 416-417
Auburn, WA 98002
253.509.4597 / 253.326.1010 p
253.288.0123 f

iv. I may be forced to accept the misapplication and enforcement of laws authorized to be created solely for the governance, administration and efficiency of The People's Governments;

v. I may be forced to give testimony against myself when a penalty is involved, against my will;

vi. I may be held against my will by actions which place me in fear of physical restraint or injury through legal coercion;

vii. I have no right to see the law and regulations duly promulgated that are used against me;

viii. I have no right to challenge process, used against me through the legal process;

ix. If I demand to see the law or contract I am held to by INTERNAL REVENUE SERVICE and co-conspirators, I will be deemed to be committing unlawful acts;

x. That if I demand to see that a loan was made, which is required for a debt to exist, that I am being contentious and irresponsible;

xi. The force used against me through legal coercion, the fear of injury, physical restraint, is not designed and is not intended to hold me to involuntary servitude, a slave to INTERNAL REVENUE SERVICE; and that same is not a violation of law;

xii. That there is no evidence anywhere that my beliefs as based on facts in public record, or that my beliefs herein are not true, correct, with complete verification by and through the State of Washington Constitution;

xiii. That if I believe in the Constitutions and founding documents, then I am to be labeled a "constitutionalist" and designated by the legal enforcement systems operating the SLAVERY SYSTEM as a "domestic terrorist";

xiv. That our Founding Fathers were the first terrorists on American soil;

Q) I do not believe such inducement is based on any authority. I believe the inducement is in fact a fraud, a lie intended to place me in bonded peonage to private law and commercial systems, for which certain actors receive benefits of such slavery;

R) I do not believe that our Founding Fathers were terrorists;

S) I am not a terrorist, domestic or otherwise;

T) I own my own body and mind, and the commandeered units of my labor backed value, the funds representing my labor, sweat equity, taken by the INTERNAL REVENUE SERVICE

The People's Public Trust, 1776, 1878
P.O. Box 1402
Auburn Way N. 416-417
Auburn, WA 98002
253.509.4597 / 253.326.1010 p
253.288.0123 f

ANNEX: A
PG 22 of 35

or any *Actor* under fraudulent process, when identified as received by INTERNAL REVENUE SERVICE, are used to back FEDERAL RESERVE private money system which establishes my contractual right to REIMBURSEMENT in any claim for return of sweat equity;

U) I, Heather Ann Tucci-Jarraf, am now held as involuntary servant, a slave, under false representations of material fact made with knowledge of its falsity, with reckless abandon, with no reasonable grounds for those holding me bound against my will to believe its truth, under intent to induce reliance on such falsities, upon which I have previously relied to my injury under concealment of deceptive trade practices, acts conveying my property, labor, of any nature or kind, the premier equity position, intended to defraud me, the CREDITOR, by hindering, delaying REIMBURSEMENT and recoupment of values attached to my equities taken and used by FEDERAL RESERVE to fund it's private money systems as well as others with my similar capacity and standing;

V) I, Heather Ann Tucci-Jarraf, have been made BANKRUPT, INSOLVENT under PL 88-243, 77 stat 630, 1-201 (24) by all Executive Orders; 2040 March 9, 1933, 2039 March 6, 1933, House Joint Resolution 192 June 5, 1933; et seq. which suspended Heather Ann Tucci-Jarraf's legal and political right to pay, extinguish, my debts with lawful public money system funds set by law constructing any and all government entities or instrumentalities. I had no knowledge until recently that this peril of Bankruptcy, insolvency, could act upon me as if I were an involuntary servant wherein I could be forced to perform services in discharge of debt due to inability to pay. The inability to pay operated through the legal process without knowledge that such use of discharge could make me a slave to private money system operated by FEDERAL RESERVE and UNITED STATES TREASURY under War Powers Rules, is now known to me;

W) Deceptive trade and legal process wherein my labor, sweat equity, my commandeered units of labor backed value, is taken by collection under coercion and force with threat intended to create fear that I will be harmed, injured, demanding my equities be returned, results in involuntary servitude, peonage to such enforcement systems;

X) That FEDERAL RESERVE operates as the ultimate Buyer of my equities used to support its private money systems, wherein purchase or use of my equities by any party constructs the contract and contractual Right against FEDERAL RESERVE in all its instrumentalities and interlocking directorates for REIMBURSEMENT of value taken in current funds upon demand;

Y) That I, Heather Ann Tucci-Jarraf, rely upon the very powers organizing the FEDERAL RESERVE, governments and commercial engagements inclusive for enforcement of my

SWORN AFFIDAVIT IN SUPPORT OF WRITS OF QUO WARRENTO
AND PROHIBITION
Page 10 of 12

The People's Public Trust, 1776, 1878
P.O. Box 1402
Auburn Way N. 416-417
Auburn, WA 98002
253.509.4597 / 253.326.1010  p
253.288.0123 f

ANNEX: A
P8 23 OF 35

contractual rights, the absolute obligations, as securities of the United States being mandatory without excuse of any kind upon THE FEDERAL RESERVE;

Z)   That Heather Ann Tucci-Jarraf holding rights reserved, is supported by laws of International Commerce administered by the World Court of Justice before which my complaints of DISHONOR IN COMMERCE are enforceable under audit upon any and all equities related to my labor, wherever situated under any transfer instrument of any kind; and that,

**AA)   I, Heather Ann Tucci-Jarraf, declare as founded upon notorious public record authorities that FAILURE TO REIMBURSE UPON DEMAND UNDER USE OF MY EQUITIES IS INVOLUNTARY SERVITUDE TO THE PRIVATE MONEY SYSTEM OWNED AND OPERATED BY FEDERAL RESERVE SYSTEM, TO EACH AND EVERY OF ITS BENEFICIARIES OF ANY NATURE UNDER ANY KIND OF CONTRACT OR AGREEMENT WHATSOEVER, REAL OR ASSUMED.**


The undersigned reserves all right to absolute final determination of all definitions and intent made by the undersigned herein, hereto, herefrom and herewith.  As done this 20th day of September in the year 2011 under penalty of perjury under the laws of The United States of America 28 USC 1746(1), and the state of Washington, by qualified signature, A.R.R.:

9-20-2011

Heather Ann: Tucci-Jarraf, Trustee
gadchq@gmail.com
P.O. Box 1402
Auburn Way N. 416-417
Auburn, WA 98002
253.509.4597 / 253.326.1010 p
253.288.0123 f

ANNEX-A
PG 24 OF 35

The People's Public Trust, 1776, 1878
P.O. Box 1402
Auburn Way N. 416-417
Auburn, WA 98002
253.509.4597 / 253.326.1010 p
253.288.0123 f

## Acknowledgment

the state of Washington)
                            ) ss.
County of Pierce )

On September 20, 2011 before me, an independent third party witness in and for Pierce County, the state of Washington, personally appeared Heather Ann Tucci-Jarraf, a living woman, who proved to me on the basis of satisfactory evidence to be the party whose name is subscribed to the within instrument and acknowledges to me that Heather Ann Tucci-Jarraf, a living woman, set forth the contents hereof in authorized capacity, and that by signing the instrument Heather Ann Tucci-Jarraf, a natural woman, hereby executes the instrument.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing paragraph is true and correct.

Witness my hand:

Witness _Dorothy P. Wilson_
        Dorothy P. Wilson

Witness _Angela Capraon_
        Angela Capraon

The People's Public Trust, 1776, 1878
    P.O. Box 1402
    Auburn Way N. 416-417
    Auburn, WA 98002
    253.509.4597 / 253.326.1010 p
    253.288.0123 f

# SWORN AFFIDAVIT IN SUPPORT OF WRITS
# OF QUO WARRENTO AND PROHIBITION
## September 20, 2011

KNOW ALL MEN BY THESE PRESENTS BEFORE ALL THE WORLD that on this day, I, Charles C: Miller, am a life and blood man, living, nunc pro tunc, born in Thermopolis, Wyoming, domicil by choice on the state of Wyoming, one of the Citizens of the Original Organic state of Wyoming, One of The People of The United States of America, issuing this Sworn Affidavit setting forth my claim for return of my commandeered units, my labor backed value used to support private money systems issuing collection and legal enforcement systems operating a SLAVERY SYSTEM and I do swear the following under the penalty of perjury, and THAT:

1. I am absolutely pro-government;
2. I am absolutely anti-corruption;
3. I am not public property;
4. I have no notice of being public property;
5. I am not aware of, nor party to, any process or procedure deeming me public property;
6. I own my own body and mind and all creations and derivatives there from, thereto, and therewith;
7. I and others of my capacity and standing are the creators of all government operating on the land of America, established, accepted and relied upon by all the World:

   A) I have read the Declaration of Independence 1776 whereby The One People did create The One People's Public Trust and did assert for all the World to rely upon:

   i. The Natural Law of The One People to assume political independence, being created equal and endowed by the Creator with certain UNALIENABLE Rights, that include Life, Liberty and the pursuit of Happiness;

   ii. That The One People have a right to institute Governments among Men;

   iii. That The One People as Principal grant said Governments just power to secure the rights of The One People;

   iv. That The One People have the Right and the Duty to duly consider, investigate and determine with prudence whether abuses, usurpations, and other suffrage have occurred, the destruction of the security of The One People, reducing The One People under absolute Despotism;

   v. That The One People have the Right and Duty to throw off such Government, or actors abusing the Government, and to provide new Guards for the future security of The One People;

   B) I have read the Territory of Washington's Constitution 1878, whereby The People of said Territory agreed to form themselves into a Free and Independent State, by the name of the State of Washington and thereby established The People's Public Trust of the state of for all the World to rely upon;

   C) I have read the Territory of Washington's Constitution 1878, whereby The People of said Territory agreed, having and claiming the right of admission into The United States of America and thereby established the government of the State of Washington, to administer the services to preserve and protect the inherent rights of The People of the state of Washington, for all the World to rely upon;

---

# SWORN AFFIDAVIT IN SUPPORT OF WRITS OF QUO WARRENTO AND PROHIBITION
## September 20, 2011

D) I have read the Articles of Confederation 1781 whereby The People of said Confederations Constituted to form a union of the states and institute a federal government and thereby established The People's Public Trust of The United States of America for all the World to rely upon;

E) I have read The Constitution of the United States of America 1789 that created the Government of the United States of America for the sole purpose of serving and protecting the rights and interests of The People of The Unites States of America and thereby establishing said for all the World to rely upon;

8. I do confirm and ratify that I have pledged my political will, by my oath and bond, my Word, to the Original Organic Public Trust creating the state of Washington, the source and foundation of the current corporate administration, STATE OF WASHINGTON , administering the Original Public Trust created by The People;

9. I do confirm and ratify that I have pledged my political will, by my oath and bond, my Word, to the Original Organic Public Trust, established 1776, creating The One Peoples Public Trust of The United States of America 1781, the source and foundation of the current corporate administration, UNITED STATES OF AMERICA, administering the Original Public Trust created by The People;

10. Only after due consideration and investigation, I have determined that the only contract between myself and all governments on, in or of America is that of The People's Original Organic state of Washington's Constitution 1878 administered through the 1889 document title constitution of State of Washington;

*11.* No matter how the administrators of the powers assigned to construct government via state Constitutions whose administrators, public officers, created the federal agency, The United States of America perpetual union of states, 1781 under Confederations alter their administration, in whatever form or forum, the original intent and contract constructing those express powers, *I and others of my capacity and standing are the Superior authority, and each government employee or agent is absolutely obligated to serve their Principal and Master, The People, in their original political state, of which I, Charles C: Miller, am one;*

12. That I am heir to the living state, a perpetuity, having never waived same, holding all political rights reserved,  thereby being EXEMPT from my creations, the political state and its current administrators in corporate venue, process, procedures, regulations, statutes, laws or other forms of coercion upon my Principal status;

13. I have, do, and shall continue to rely on each individual employee of the political state in all of its constructions whether they be public or private, being bound by contract under accepted consideration, to acknowledge their service to the One people who created the very powers each administers as paid employee drawn from neighborhoods of the One People, of which they, My employees, are of The People when not acting for administration of Our Power;

14. That the absolute proof verifying my self-made legal determinations is the state constitution itself

---

ANNEX: A
PS 27 OF 35

# SWORN AFFIDAVIT IN SUPPORT OF WRITS OF QUO WARRENTO AND PROHIBITION
## September 20, 2011

wherein all political power resides with The People, and The People reserve all rights not delegated to our construction, the State of Washington1889, as evidenced by "ARTICLE I DECLARATION OF RIGHTS Sec. 1. "All political power is inherent in the people, and governments derive their just powers from the consent of the governed, and are established to protect and maintain individual rights." and Sec. 12 "No law shall be passed granting to any citizen, class of citizens, or corporation other than municipal, privileges or immunities which upon the same terms shall not equally belong to all citizens, or corporations." And Sec. 30 "The enumeration in this Constitution of certain rights shall not be construed to deny others retained by the people.";

15. That I, Charles C: Miller, am competent to handle my own affairs. Any assumption to the contrary is based upon fraudulent concealment, fraudulent deceit, fraud in the inducement, inducement to take my equities of any nature or kind for purposes of unjust enrichment subject to doctrine of quantum merit requiring equitable restitution;

16. That I, Charles C: Miller, am a private living person, not subject to or object of war rules; I am not engaged in activities in conflict with any natural person or entity which could be deemed Trading With An Enemy of My Political State, as the original Political State I reside in is superior to any and all derivatives or administrators of original powers thereof, as I reside in the 3rd judicial district, on the county of Orange;

17. NOW THEREFORE, I, Charles C: Miller, DECLARE, ADJUDGE, and ORDER under the UN-A-LIENABLE RIGHT endowed by my Creator, The People's Creator that:

   A) That I have executed my right and performed my duty to duly consider, investigate and determine with prudence whether abuses, usurpations, and other sufferage have occurred, the destruction of the security of The People, reducing The People under absolute Despotism;

   B) With prudence, I have determined that *Actors,* operating *within and abusing* The People's Governments, have abused, usurped, and committed other sufferage upon The People, destroying the very security of The People they swore to protect and uphold, reducing The People under absolute Despotism, undeniably recorded in the public forum for all the World to evidence;

   C) That there is sufficient prima facia evidence in the public forum that the *Actors* have already identified themselves to The People and the World in the public forum;

   D) That prior to The People executing their Right and Duty to throw off any live persons that may be *within or abusing* The People's Governments, that The People shall:

   i. First identify *Actors within or abusing* The People's Governments operating for the purpose of destruction of The People's security, past, present and future;

   ii. That identification of said *Actors* operating *within* The People's Governments shall be sufficiently met by evidence of:

   1. the *Actors'* inability or unwillingness to follow, uphold, or support the Constitutions herein

ANNEX: A
P8 28 0f 35

# SWORN AFFIDAVIT IN SUPPORT OF WRITS
# OF QUO WARRENTO AND PROHIBITION
## September 20, 2011

identified and restated here;

2. the *Actors'* misapplication against The People of laws previously authorized by The People to be enacted solely for the administration, governance and efficiency of The People's Governments;

3. the *Actors* acting outside of the authority granted to them by The People;

4. the *Actors* causing the silence, termination, delay or otherwise discrediting of The People's due consideration, investigation or determination of abuse, usurpation, and other sufferage that has already occurred, is occurring or is yet to occur;

5. the *Actors* receiving or causing others to receive special interest or benefit that is not afforded to every One of The People;

iii. The *Actors* themselves do ratify their identity by failing to report and make public in the public forum, before all the World, documentation and information regarding *Actors within or abusing* The People's Governments that are or have abused, usurped, and committed other sufferage upon The People, destroying the very security of The People, reducing The People to absolute Despotism;

iv. The *Actors* themselves do ratify their identity by having received or continuing to receive stolen assets and benefits or cause said assets and benefits to be received through deceptive acts and practices when not supported by documentation able to be verified and authenticated in the public forum;

v. The *Actors* operating *within* The People's Governments themselves do ratify their identity by continuing to fail to perform their obligations and duties contrary to their oaths, offices and personal bonds to The People, their Principal, their Superior from whom their just and limited powers were derived;

E) That upon identification of said *Actors*, The People shall execute their Right and perform their Duty to throw off any live persons that may be *within or abusing* The People's Governments and The People shall provide new Guards for the future security of The People;

F) That my EXEMPT STATUS and CAPACITY on authority of the Constitution for the State of Washington, 1878 administered by 1889 Constitution, supported by the Declaration of Independence and the other Constitutions identified herein, restated here, is perfected in law and in fact which is now before all of the World;

G) Any and all constructed entities of any nature or kind are limited in their relationships with me to those I consent to be engaged under full disclosure, with consideration, all performance there under expected by such entities to be of written agreement known to all parties as the only enforceable provisions which could have affect upon me, Charles C: Miller;

H) That in the event I, Charles C: Miller, am held to any performance outside my understandings

# SWORN AFFIDAVIT IN SUPPORT OF WRITS OF QUO WARRENTO AND PROHIBITION
## September 20, 2011

through or by the threat or use of threat of physical injury, or physical restraint, or by use or threat of use of coercion through the law or legal process, placing me in fear of physical restraint or injury or legal coercion will cause me to believe and have evidence that I am held to an involuntary servitude[1];

I) That STATE OF WASHINGTON the administrator for and to the powers held in the name of the One People of Washington by the State of Washington; a political body, a government, a public trust, has taken the political will of The People under constitution as value to found said current administration and waived any and all defects. Thereby all agents of STATE OF WASHINGTON are bound to the original state constitution. The contract for transfer and administration of political will is the only agreement between The People, of which Charles C: Miller is one, and must be enforced upon all agents and instrumentalities operating for STATE OF WASHINGTON. Lack of such enforcement for the recognition of Charles C: Miller rights and others' rights with similar capacity and standing under the contract constitution by agents of STATE OF WASHINGTON or UNITED STATES OF AMERICA is involuntary servitude to STATE OF WASHINGTON corporation, EIN 596001874, and UNITED STATES OF AMERICA corporation. Purchase and/or use of powers, authorities held by State of Washington, applied by STATE OF WASHINGTON, to operate a business providing goods and services of government, binds STATE OF WASHINGTON to original contract constitution. This purchase and use is perfected by bonded performance, the valuable consideration, payment for use of powers, the specific individual performance under original contract to the State Washington Constitution and The Constitution of the United States of America by each *Actor* claiming to act for STATE OF WASHINGTON and UNITED STATES OF AMERICA. Any and all acts and/or omissions operating outside the original contract constitution affected upon Charles C: Miller is involuntary servitude.[1] ;

J) I, Charles C: Miller, state as a matter of personal legal determination as accepted and understood from the publicly published documents before the entire world that:

i. The Washington State BAR Association is an agency of The People of the State of Washington set up in 1933;

---

[1] [1] 'United States vs Kozminski, 488 US 931 (1988), NO 86-2000, decided June 29, 1988. "Held for purposes of criminal prosecution under §241 or §1584, the term, "involuntary servitude" necessarily means a condition of servitude in which the victim is forced to work for defendant (IRS) by use or threat of physical restraint or physical injury or by use or threat of coercion through the law or the legal process. This definition encompasses cases in which the defendant holds the victim (me) in servitude by placing him or her in such fear of physical restraint or injury or legal coercion".

ANNEX: A
P8 30 of 35

# SWORN AFFIDAVIT IN SUPPORT OF WRITS
# OF QUO WARRENTO AND PROHIBITION
## September 20, 2011

ii. Each and every member of the Washington State BAR Association from the beginning is bound by personal oath required by the BAR act itself to support the Constitution of the State of Washington and Constitution of the United States;

iii. Each and every Washington State BAR Association member pledges personal oath to NOT counsel or maintain any suit or proceeding which SHALL APPEAR to the BAR member to be unjust, which means each act by any BAR member must first be in accord and harmony with The Original Jurisdictions, authorities, and limits of the State of Washington Constitution, Declaration of Independence, Articles of Confederation in aggregate as The One Peoples' Public Trust must be first and foremost served;

iv. Washington State BAR Association actors are recognized merchants of law in the corporate state courts subject to the Peoples' Public Trust by and through their own acts and words; and,

v. Any Washington State BAR Association member failing to accord each and every of The People legal protection required by the Public Trust executes involuntary servitude upon The People both in general and specific to those directly affected by BAR members' acts or omissions;

K) I, Charles C: Miller, state as a matter of personal legal determination that in the event that I am held to any STATE OF WASHINGTON, REVISED CODE, ADMINISTRATIVE CODE, COUNTY ORDINANCE, CITY ORDINANCE or FEDERAL UNITED STATES CODE, FEDERAL REGULATION or FEDERAL RESERVE REGULATION whatsoever against my will, without full knowing consent shown by signed contract with full disclosure of law and contract obligations, duly processed under limits of the State of Washington Constitution specifically disclosing the section relied upon, wherein, The People are identified as subjects of and to such delegations therein, proves and will be evidence that I am held to involuntary servitude of the most base kind. And I will have proof founded upon such holding of me against my will that such holding is for personal gain and benefit to those holding me to peonage, of whatever position, public or private;

L) I, Charles C: Miller, believe and have evidence the State of Washington law, its constitution, and its administrative body STATE OF WASHINGTON codes and administrative regulations, never authorized any federal or state agency or instrumentality to act against me without my consent. I HAVE NEVER GIVEN MY CONSENT TO BE SUBJECT OR OBJECT OF OR TO POWERS NOT DULY DELEGATED BY The People TO CREATE OUR CONSTITUTION, THE DOCUMENT CONSTRUCTING THE POLITICAL BODY the State of Washington, Republic, 1878. Any such holding of me to anything, particularly by INTERNAL REVENUE SERVICE, is involuntary servitude enforced by coercion threat of physical injury, physical restraint, threat or coercion through the law or legal process, a violation of law, a felony, that of slavery through

ANNEX: A 31 of 35
PO

# C h a r l e s   C : M i l l e r

1402 Auburn Way North #416, Auburn, Washington 98002   263-326-1010 (mobile)   ccmtrustee@yahoo.com

# SWORN AFFIDAVIT IN SUPPORT OF WRITS
# OF QUO WARRENTO AND PROHIBITION
## September 20, 2011

conspiracy between STATE OF WASHINGTON and INTERNAL REVENUE SERVICE;

M) This conspiracy takes the form of STATE OF WASHINGTON allowing INTERNAL REVENUE SERVICE to act out what would be felonies by any other person. The felony is attaching asset via process not in compliance with STATE OF WASHINGTON laws governing taking wherein due process is required. The never applying for due process means INTERNAL REVENUE SERVICE commits theft by deception. Federal debt collection laws also require due process and court orders prior to takings just as STATE OF law does. This means INTERNAL REVENUE SERVICE is committing theft in violation of federal law as well;

N) Being that funds collected by any party of STATE OF WASHINGTON and/or federal instrumentality is used to support a private money system, FEDERAL RESERVE, my position carries my equity through all systems using private money system operated and owned by FEDERAL RESERVE;

O) I, Charles C: Miller, have been induced by INTERNAL REVENUE SERVICE, a claimed yet unproved federal agency functioning under United States Treasury, to engage, for the giving up of my labor in the form of TAX. This TAX and its systems of operations are enforced against me through deceit, deceptive trade practices wherein INTERNAL REVENUE SERVICE masquerades as officials of The United States, under threat of physical restraint, or physical injury, by use or threat of coercion through the law or legal process[2], holds me to liability against my will without disclosure of authority to do so, slavery in fact and deed;

P) INTERNAL REVENUE SERVICE in conspiracy with *Actors* operating *within or abusing* the United States Attorney's Offices, United States Courts, STATE OF WASHINGTON, construct and enforce a falsehood fraudulently inducing me to believe that:

   i. I may be forced to contract against my will with anyone including the Governments I as One of The People created, creates or shall create;

   ii. I may be forced to cooperate with a fraud;

   iii. I as One of The People, am inferior to the Governments we created, whom derive their just and limited power from The People;

   iv. I may be forced to accept the misapplication and enforcement of laws authorized to be created solely for the governance, administration and efficiency of The People's Governments;

---

[2]    [1]**United States vs Kozminski, 488 US 931 (1988), NO 86-2000, decided June 29, 1988. "Held for purposes of criminal prosecution under §241 or §1584, the term, "involuntary servitude" necessarily means a condition of servitude in which the victim is forced to work for defendant (IRS) by use or threat of physical restraint or physical injury or by use or threat of coercion through the law or the legal process. This definition encompasses cases in which the defendant holds the victim (me) in servitude by placing him or her in such fear of physical restraint or injury or legal coercion".**

---

ANNHY: A
P& 32 OF 35

Case 3:17-cr-00082-TAV-DCP   Document 236   Filed 07/30/18   Page 35 of 38   PageID #: 18834

# SWORN AFFIDAVIT IN SUPPORT OF WRITS
# OF QUO WARRENTO AND PROHIBITION
## September 20, 2011

v. I may be forced to give testimony against myself when a penalty is involved, against my will;

vi. I may be held against my will by actions which place me in fear of physical restraint or injury through legal coercion;

vii. I have no right to see the law and regulations duly promulgated that are used against me;

viii. I have no right to challenge process, used against me through the legal process;

ix. If I demand to see the law or contract I am held to by INTERNAL REVENUE SERVICE and co-conspirators, I will be deemed to be committing unlawful acts;

x. That if I demand to see that a loan was made, which is required for a debt to exist, that I am being contentious and irresponsible;

xi. The force used against me through legal coercion, the fear of injury, physical restraint, is not designed and is not intended to hold me to involuntary servitude, a slave to INTERNAL REVENUE SERVICE; and that same is not a violation of law;

xii. That there is no evidence anywhere that my beliefs as based on facts in public record, or that my beliefs herein are not true, correct, with complete verification by and through the State of Washington Constitution;

xiii. That if I believe in the Constitutions and founding documents, then I am to be labeled a "constitutionalist" and designated by the legal enforcement systems operating the SLAVERY SYSTEM as a "domestic terrorist";

xiv. That our Founding Fathers were the first terrorists on American soil;

Q) I do not believe such inducement is based on any authority. I believe the inducement is in fact a fraud, a lie intended to place me in bonded peonage to private law and commercial systems, for which certain actors receive benefits of such slavery;

R) I do not believe that our Founding Fathers were terrorists;

S) I am not a terrorist, domestic or otherwise;

T) I own my own body and mind, and the commandeered units of my labor backed value, the funds representing my labor, sweat equity, taken by the INTERNAL REVENUE SERVICE or any *Actor* under fraudulent process, when identified as received by INTERNAL REVENUE SERVICE, are used to back FEDERAL RESERVE private money system which establishes my contractual right to REIMBURSEMENT in any claim for return of sweat equity;

U) I, Charles C: Miller, am now held as involuntary servant, a slave, under false representations of material fact made with knowledge of its falsity, with reckless abandon, with no reasonable grounds for those holding me bound against my will to believe its truth, under intent to induce reliance on such falsities, upon which I have previously relied to my injury under concealment of deceptive trade practices, acts conveying my property, labor, of any nature or kind, the premier equity position, intended to defraud me, the CREDITOR, by hindering, delaying REIMBURSEMENT and

---

ANNEX: A
PG 33 of 35

# SWORN AFFIDAVIT IN SUPPORT OF WRITS
# OF QUO WARRENTO AND PROHIBITION
# September 20, 2011

recoupment of values attached to my equities taken and used by FEDERAL RESERVE to fund it's private money systems as well as others with my similar capacity and standing;

V) I, Charles C: Miller, have been made BANKRUPT, INSOLVENT under PL 88-243, 77 stat 630, 1-201 (24) by all Executive Orders; 2040 March 9, 1933, 2039 March 6, 1933, House Joint Resolution 192 June 5, 1933; et seq. which suspended Charles C: Miller's legal and political right to pay, extinguish, my debts with lawful public money system funds set by law constructing any and all government entities or instrumentalities. I had no knowledge until recently that this peril of Bankruptcy, insolvency, could act upon me as if I were an involuntary servant wherein I could be forced to perform services in discharge of debt due to inability to pay. The inability to pay operated through the legal process without knowledge that such use of discharge could make me a slave to private money system operated by FEDERAL RESERVE and UNITED STATES TREASURY under War Powers Rules, is now known to me;

W) Deceptive trade and legal process wherein my labor, sweat equity, my commandeered units of labor backed value, is taken by collection under coercion and force with threat intended to create fear that I will be harmed, injured, demanding my equities be returned, results in involuntary servitude, peonage to such enforcement systems;

X) That FEDERAL RESERVE operates as the ultimate Buyer of my equities used to support its private money systems, wherein purchase or use of my equities by any party constructs the contract and contractual Right against FEDERAL RESERVE in all its instrumentalities and interlocking directorates for REIMBURSEMENT of value taken in current funds upon demand;

Y) That I, Charles C: Miller, rely upon the very powers organizing the FEDERAL RESERVE, governments and commercial engagements inclusive for enforcement of my contractual rights, the absolute obligations, as securities of the United States being mandatory without excuse of any kind upon THE FEDERAL RESERVE;

Z) That Charles C: Miller holding rights reserved, is supported by laws of International Commerce administered by the World Court of Justice before which my complaints of DISHONOR IN COMMERCE are enforceable under audit upon any and all equities related to my labor, wherever situated under any transfer instrument of any kind; and that,

AA) **I, Charles C: Miller, declare as founded upon notorious public record authorities that FAILURE TO REIMBURSE UPON DEMAND UNDER USE OF MY EQUITIES IS INVOLUNTARY SERVITUDE TO THE PRIVATE MONEY SYSTEM OWNED AND OPERATED BY FEDERAL RESERVE SYSTEM, TO EACH AND EVERY OF ITS BENEFICIARIES OF ANY NATURE UNDER ANY KIND OF CONTRACT OR AGREEMENT WHATSOEVER, REAL OR ASSUMED.**

ANNEX: A
P 8 34 of 35

## C h a r l e s   C : M i l l e r

1402 Auburn Way North #416, Auburn, Washington 98002   253-326-1010 (mobile)   ccmtrustee@yahoo.com

# SWORN AFFIDAVIT IN SUPPORT OF WRITS OF QUO WARRENTO AND PROHIBITION
## September 20, 2011

The undersigned reserves all right to absolute final determination of all definitions and intent made by the undersigned herein, hereto, herefrom and herewith.  As done this 20th day of September in the year 2011 under penalty of perjury under the laws of The United States of America 28 USC 1746(1), and the state of , by qualified signature, A.R.R.:

Charles C: Miller

### Acknowledgment

the state of  )
                            ) s
County of Orange )

On September____, 2011 before me, an independent third party witness in and for King County, the state of Washington, personally appeared Charles C: Miller, a living man, who proved to me on the basis of satisfactory evidence to be the party whose name is subscribed to the within instrument and acknowledges to me that Charles C: Miller, a living woman, set forth the contents hereof in authorized capacity, and that by signing the instrument Charles C: Miller, a natural man, hereby executes the instrument.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing paragraph is true and correct.
Witness my hand:

Witness: Wanda E Culp            Witness: Laura S

ANNEX: A
P8 35 of 35