IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Docket No. 3:17-CR-82 |
| | ) | |
| RANDALL KEITH BEANE | ) | JUDGE VARLAN |

## NOTICE OF FILING

COMES the Defendant RANDALL KEITH BEANE, through his elbow counsel, and hereby files STANDING ORDER OF ORIGINAL; FINAL CALL, CLEARING, AND SETTLEMENT, WITH CLOSURES OF ALL LEDGERS.

Respectfully submitted this 30th day of July, 2018.

s/Stephen G. McGrath
Stephen G. McGrath (BPR # 025973)
9111 Cross Park Drive
Bldg D – Suite 200
Knoxville, TN 37923
Phone: (865) 540-8871
Fax: (865) 540-8866
"Elbow Counsel" for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of this document has been served upon counsel for all parties of record in this case via this Court's electronic filing system on this 30th day of July, 2018.

s/Stephen G. McGrath
Stephen G. McGrath

*Original Instrument*

**\*DUE NOTICE\***
Notice to Principal is Notice to Agent
Notice to Agent is Notice to Principal
Reference:

## "UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE"

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:17-CR-82 |
| Plaintiff | ) | VARLAN/SHIRLEY and their assigns, |
| | ) | nunc pro tunc, praeterea preterea, |
| v. | ) | 3:17-cr-00082-TAV-CCS |
| | ) | 3:17-cr-00082-TAV-DCP |
| RANDALL KEITH BEANE, and | ) | and related cases thereof; |
| HEATHER ANN TUCCI-JARRAF | ) | inclusive of 3:17-MJ-1067 |
| Defendants | ) | and 1:17-mj-531" |

STANDING ORDER OF ORIGINAL: FINAL CALL, CLEARING, AND SETTLEMENT, WITH CLOSURES OF ALL LEDGERS.

FOR THE DUE CAUSE AS SET FORTH IN THE STANDING DECLARATION OF ORIGINAL: DUE EVIDENCE OF IDENTIFICATION OF ACTORS WITHIN OR ABUSING THE PEOPLES GOVERNMENTS, JULY 30, 2018, ALL FACTUALIZED TRUSTS OF ORIGINAL ARE FORTHWITH FULLY AND COMPLETELY CALLED, CLEARED, SETTLED, AND TERMINATED, WITH ONLY ORIGINAL EXISTING FOREVERMORE, TRANSPARENTLY, AND WITH FULL RESPONSIBILITY, ACCOUNTABILITY, LIABILITY, AND UNITY.

NOW DULY ORDERED THIS 30TH DAY OF JULY 2018.

ORIGINAL, Randall Keith Beane
7-30-2018

Pg. 1 of 1  STANDING ORDER OF ORIGINAL: FINAL ORDER OF FINANCIAL CLEARING AND SETTLEMENT