UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

RECEIVED BY: RC
DATE: 7/26/17   TIME: 1100
U.S. MARSHAL E/TN
KNOXVILLE, TN

UNITED STATES OF AMERICA

v.

RANDALL KEITH BEANE

CASE NO.: 3:17-CR-082

JUDGES VARLAN /SHIRLEY

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO THE: SHERIFF
OR ANY AUTHORIZED CUSTODIAN
THEREOF - GREETING:

We command that you have the body of RANDALL KEITH BEAN detained in the Knox County Detention Facility, under your custody as it is said, under safe and secure conduct before the Judge of our District Court within and for the Eastern District of Tennessee, at the City of Knoxville, Tennessee, on July 27, 2017 at 9:30 a.m., there to be present for an Initial Appearance, or for his case to be otherwise disposed of upon said indictment heretofore returned against him, and each day thereafter until said case is disposed of, and immediately thereafter the said defendant shall be returned to the said Sheriff, Knox County Detention Facility, under safe and secure conduct, and have you then and there this writ.

And as by order of said District Court it is directed, if said Sheriff so directs, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal is hereby ordered and directed to receive said RANDALL KEITH BEAN into his custody and possession at said Knox County Detention Facility, and under safe and secure conduct to have him before the Judge of our District Court at

the time and place aforesaid for the purpose aforesaid, and to return him to said Knox County Detention Facility, under safe and secure conduct and redeliver him to the Sheriff, Knox County Detention Facility.

DEBBIE POPLIN, Clerk

By: _____
Deputy Clerk

**CUSTODY ASSUMED:**

EXECUTED this 27 day of July, 2017.

By: _____
United States Marshal/Deputy

**RETURNED:**

EXECUTED this ____ day of _____, 20____.

By: _____
United States Marshal/Deputy

**SENTENCED STATE PRISONER:** Yes: _____ No: _____

RETURNED: UNEXECUTED; state charges dismissed.

BY: /s/ Kent Miller

Kent Miller, SDUSM

DATE: 7/27/18