UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:17-CR-82 |
| v. ) | |
| ) | CHIEF JUDGE VARLAN |
| RANDALL KEITH BEANE ) | |

## DECLARATION OF PUBLICATION

In accordance with Title 21, United States Code, Section 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on July 27, 2018 and ending on August 25, 2018, as evidenced by Exhibits "A" and "B" attached hereto.

Executed on September 18, 2018 at Knoxville, Tennessee.

Respectfully submitted,

J. DOUGLAS OVERBEY
United States Attorney

By: *s/Anne-Marie Svolto*
ANNE-MARIE SVOLTO
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167