UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

**UNITED STATES OF AMERICA,**
       **Plaintiff,**

                                                                       No. 3:17-cr-82-TAV-DCP

      **v.**

**RANDALL KEITH BEANE,**
       **Defendant.**

## NOTICE OF FILING USAA FEDERAL SAVINGS BANK'S PETITION OF THIRD-PARTY INTEREST

Defendant USAA Federal Savings Bank ("USAA FSB"), through counsel, respectfully submits this notice of filing USAA FSB's Petition of Third-Party Interest pursuant to 21 U.S.C. § 853(n). In compliance with § 853(n)(3), USAA FSB's attaches hereto a petition signed under penalty of perjury setting forth the basis for USAA FSB's interest in the property. To the extent that the government contests this interest, USAA FSB requests that the Court set a hearing to adjudicate the validity of its interest in the property. *Id*. § 853(n)(2).

                                                            Respectfully submitted,

                                                   */s/ Brian R. Epling*
                                                 Brian R. Epling (No. 34728)
                                                 BRADLEY ARANT BOULT CUMMINGS LLP
                                                 Roundabout Plaza
                                                 1600 Division Street, Suite 700
                                                 Nashville, TN 37203
                                                 615.252.2340 (phone)
                                                 615.248.3030 (fax)
                                                 bepling@bradley.com

                                                 *Counsel for Defendant USAA Federal Savings Bank*

1

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed electronically on September 25, 2018. Notice of this filing will be sent by operation of the Court's electronic filing system and/or by U.S. Mail, postage prepaid, to all parties indicated in the electronic filing receipt as follows:

Bobby E. Hutson, Jr.
Federal Defender Services of Eastern Tennessee, Inc.
800 South Gay Street, Suite 2400
Knoxville, TN 37929

Stephen G. McGrath
9111 Cross Park Drive
Building D, Suite 200
Knoxville, TN 37923

Cynthia F. Davidson
Anne-Marie Svolto
U.S. Department of Justice
Office of U.S. Attorney
800 Market Street, Suite 211
Knoxville, TN 37902

                                                   /s/Brian R. Epling
                                                   Brian R. Epling

2

Case 3:17-cr-00082-TAV-DCP   Document 246   Filed 09/25/18   Page 2 of 2   PageID #: 19139