**\*DUE NOTICE\***

NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

Reference:

FILED
2018 OCT 22 P 1:19
DISTRICT COURT

"United States of America -v- Randall Keith Beane and Heather Ann Tucci-Jarraf
Case No. 3:17-CR-82"

BY CERTIFIED MAIL
"Clerk of Court,
Howard J. Baker Jr., U.S. Courthouse,
800 Market Street, Suite 130,
Knoxville, Tennessee 37902"

FCI Elkton
Randall Keith Beane
ID #52505-074
PO Box 10
Lisbon, OH 44432

## PRAECIPE

**TO:** John L. Medearis and JOHN L. MEDEARIS, alleged UNITED STATES, specifically and particularly alleged CLERK OF COURT, for the EASTERN DISTRICT OF TENNESSEE, JOHN L. MEDEARIS **and to all alleged Principals thereof, and alleged Agents thereto, hereafter "CLERK OF COURT",** with reported address of Howard J. Baker Jr. U.S. Courthouse, 800 Market Street, Suite 130, Knoxville, Tennessee 37902.

YOU WILL, forthwith, file the enclosed documents into the above referenced case record, and in the following order:

**A. NOTICE OF FILING - STANDING REJECTION WITHOUT DISHONOR FOR DUE CAUSE OF** DOCUMENT 231, along with attached Original Instrument, and standing rejection without dishonor for due cause of a purported "NOTICE OF FORFEITURE", Document 231. Total inclusive number of pages: 4.

**B. NOTICE OF FILING - STANDING REJECTION WITHOUT DISHONOR FOR DUE CAUSE OF** DOCUMENT 241, along with attached Original Instrument, and standing rejection without dishonor for due cause of a purported "WRIT OF HABEAS CORPUS AD PROSEQUENDUM", Document 241. Total inclusive number of pages: 3.

**C. NOTICE OF FILING - LIMITED DUE ACCEPTANCE OF DOCUMENT 240 FOR THE SOLE PURPOSE AS EVIDENCE OF IDENTIFICATION OF ACTORS WITHIN OR ABUSING THE GOVERNMENTS OF THE PEOPLE,** along with attached true copy transcript of purported sentencing hearing of Randall Keith Beane, July 24, 2018. Total inclusive number of pages: 39.

Duly made, issued, verified, noticed and commanded.

SEPTEMBER 30, 2018
ORIGINAL
Randall Keith Beane

Pg. 1 *of* 1