

NAME: [illegible]
REG.# 52505-074
Federal Correctional Institution Elkton
P. O. Box 10
Lisbon, Ohio 44432

7017 3380 0000 3463 1044

RETURN RECEIPT
REQUESTED

U.S. POSTAGE PAID
FCM LG ENV
LISBON, OH
44432
OCT 16 18
AMOUNT
$0.00
R2305M145065-05

UNITED STATES
POSTAL SERVICE®
1000          37902

OCT 16

⇔52505-074⇔
Federal Court  Clerk
⇔52505-074⇔
John L Medearis
800 Market ST
Suite 10
Knoxville, TN 37902
United States