UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | No.: | 3:17-CR-82-TAV-HBG-1 |
| | ) | | |
| RANDALL KEITH BEANE, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## **ORDER**

In accordance with 28 U.S.C. § 636(b), it is hereby **ORDERED** that the petition of third-party interest, filed by USAA Federal Savings Bank [Doc. 246], is hereby **REFERRED** to United States Magistrate Judge H. Bruce Guyton for his consideration and determination or report and recommendation, as may be appropriate.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE