UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:17-CR-82-TAV-DCP-1 |
| RANDALL KEITH BEANE, | ) ) | |
| Defendant. | ) | |

## ORDER

This criminal case is before the Court to amend its previously entered order [Doc. 252] referring the petition of third-party interest, filed by USAA Federal Savings Bank [Doc. 246]. As a result of a clerical error, the Court erroneously referred the motion to U.S. Magistrate Judge Guyton. Instead, it should have referred the motion to U.S. Magistrate Judge Debra C. Poplin. Therefore, pursuant to Fed. R. Civ. P. 60(a), the Court hereby **AMENDS** the previously entered Order [Doc. 252] filed on November 30, 2018, to read as follows:

In accordance with 28 U.S.C. § 636(b), it is hereby **ORDERED** that the petition of third-party interest, filed by USAA Federal Savings Bank [Doc. 246], is hereby **REFERRED** to United States Magistrate Judge Debra C. Poplin for her consideration and determination or report and recommendation, as may be appropriate.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE