# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE

Case #: 3:17-cr-082-2                                    Date: December 13, 2018

United States of America    vs.    Randall Keith Beane

**PROCEEDINGS: Telephonic Status Conference re [R.246] Notice of Filing USAA Federal Savings Bank's Petition of Third-Party Interest.** Parties are confident they will be filing a Proposed Consent Order resolving all issues. Telephonic Status Conference set for January 15, 2019 at 2:30 p.m.

---
HONORABLE DEBRA C. POPLIN, UNITED STATES MAGISTRATE JUDGE
---

Jason Huffaker
**Deputy Clerk**

Anne-Marie Svolto                                        Brian R. Epling
**Asst. U.S. Attorney**                                  **Attorney for USAA**

2:32 – 4:40