UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:17-CR-82 |
| v. ) | |
| ) | CHIEF JUDGE VARLAN |
| RANDALL KEITH BEANE, et al. ) | |

## NOTICE OF APPEARANCE

The undersigned Assistant United States Attorney, Gretchen Mohr, hereby makes her appearance as co-counsel in the above case on behalf of the United States of America. Notices should be sent to Ms. Mohr as co-counsel at the following address:

Gretchen Mohr
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, TN 37901
(865) 546-4167
Gretchen.Mohr@usdoj.gov

Respectfully submitted, this the 15th day of January 2019.

J. DOUGLAS OVERBEY
United States Attorney

By: *s/Gretchen Mohr*
GRETCHEN MOHR
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

s/*Gretchen Mohr*
GRETCHEN MOHR
Assistant United States Attorney