# 2017 Entegra Coach M-45B 600hp Cummins

| | |
|---|---|
| Vehicle Type | Motorhomes |
| Fuel Type | Diesel |
| Series | Cornerstone Series |
| Model | M-45B 600hp Cummins |
| Length | 44' 11" |
| Coach Design | Motor Home (Class A) |
| FloorPlan | King Bed |
| Self-Contained | Yes |
| Slides | 4 |



| | Suggested List | Used Wholesale Trade-In | Used Retail |
|---|---|---|---|
| **BASE PRICE** | $669,408 | $442,600 | $582,400 |
| **OPTIONS** | | | |
| Dishwasher | | $415 | $545 |
| Hydraulic/Air Dual Leveling System | | $2,735 | $3,560 |
| 6-Way Power Seat (Each) | | $345 | $455 |
| Aluminum RV Wheels (Set of 4) | | $1,290 | $1,700 |
| Microwave/Hood Combo | | $385 | $515 |
| Auxiliary Battery (Each) | | $75 | $95 |
| 32" Exterior LCD TV | | $3,130 | $4,155 |
| Stackable Washer/Dryer | | $1,525 | $2,020 |
| 32" Flat Screen TV | | $1,135 | $1,500 |
| 37" LCD TV | | $1,940 | $2,565 |
| Central Vacuum Cleaner | | $180 | $240 |
| 40" LCD TV | | $3,335 | $4,415 |
| Awning 20' - 22' (Each) | | $735 | $970 |
| AM/FM/CD Stereo | | $245 | $320 |
| Awning 25' (Each) | | $910 | $1,195 |
| Refrig. 4dr w/Ice Maker (Luxury only) | | $1,380 | $1,825 |
| Awning for Slide-out (Coach) | | $325 | $425 |
| Awning for Slide-out (Bedroom) | | $155 | $205 |
| Cabinetry Upgrade (Luxury) | | $1,730 | $2,280 |
| Ceiling Fan | | $105 | $140 |
| Cruise Control | | $100 | $130 |
| Electric Step (Double) | | $235 | $305 |
| Exterior Entertainment Center | | $750 | $900 |
| Fireplace | | $390 | $510 |

**GOVERNMENT'S EXHIBIT A**

|  | Suggested List | Used Wholesale Trade-In | Used Retail |
|---|---|---|---|
| Full Body Paint |  | $5,215 | $6,900 |
| Granite or Quartz Counter Tops |  | $5,165 | $6,840 |
| GPS Navigation System |  | $3,205 | $4,220 |
| LPG Gas/Smoke Detector |  | $100 | $130 |
| Mirrors (Power W/Defrost) |  | $235 | $305 |
| Power Slide-Out Room (Bedroom) (Each) |  | $1,215 | $1,595 |
| Power Slide-Out Room 14' (Each) |  | $2,585 | $3,410 |
| Rear Vision Camera/Monitor |  | $985 | $1,295 |
| Skylight |  | $180 | $245 |
| Solar Panel (Each) |  | $300 | $400 |
| Spot Light (Remote) |  | $190 | $250 |
| Tilt Wheel |  | $100 | $130 |
| Tire Pressure Monitor |  | $1,750 | $2,310 |
| Upgraded Leather Sofa/Sleeper |  | $900 | $1,200 |
| Water Hose Reel |  | $270 | $360 |
| Window Awning 6' (Each) |  | $170 | $230 |
| **TOTAL PRICE** | $669,408 | $488,715 | $643,190 |

## Vehicle Notes

No notes available

## Value Explanations

**Suggested List**
The value listed in this column reflects the approximate price of the unit when it is brand new. The prices listed are furnished by the manufacturer and are assumed to be correct. The list price does not include freight charges.

**Used Wholesale Trade-In**
(Low Book) - This column reflects the average wholesale value of a used unit "ready for resale". This may also be considered a trade-in value.

**Used Retail**
(High Book) - This column reflects the retail value of a used unit "ready for resale".

**"BRAND NEW", Non Current:**
The Used Retail Value does not represent "brand new" non-current year vehicles. Recent market research shows that "brand new" non-current models can increase the used value of an identical model by 6%-12%.

**Self-Contained**
This column will inform you as to whether the individual unit is self-contained or not.

**Note:**
Any R.V. listed as self-contained normally includes the following components as standard equipment: LPG oven & stove, refrigerator, pressurized water system, toilet facilities, and sleeping accommodations.