# Summary Expense & Income

| | | |
|---|---|---|
| **Asset ID:** 17-FBI-004612 | **Seizure No:** 3370170015 | **Case No:** 318B-KX-2186901 |
| **Asset Description:** 2017 Entegra Cornerstone Motorhome | | |
| **Disposition Status:** Pending | | **Court Case No:** 18-5777 |
| **Asset Value:** $443,090.00 | | **Appraisal Date:** 11/26/2018 |
| **Tax Assessment:** $0.00 | | **Sales To Date:** $0.00 |

**Summary Expense & Income Information**

**Income To Date:** $0.00  (May include income from asset/item sales)

**Expenses**
- Asset Management: $6,364.04
- Case Related: $0.00
- Third Party: $0.00
- Equitable Sharing: $0.00
- Refund: $0.00
- Cost Recovery: $0.00

**Total Expenses To Date:** $6,364.04

**Estimated Net Amount:** ($6,364.04)

**Detail Expense & Income Information**

| Trans Date | Type | Amount | Fund Cd | SOC Cd | Trans Cd | Transaction ID | Agency |
|---|---|---|---|---|---|---|---|
| 12/04/2017 | Exp | $222.19 | AFF | 25715 | E | D74005201DEC17 | USMS |
| 12/06/2017 | Exp* | $30.00 | AFF | 25715 | U | D74000126DEC17 | USMS |
| 01/08/2018 | Exp* | $310.00 | AFF | 25715 | U | D74000181JAN18 | USMS |
| 02/21/2018 | Exp | $395.25 | AFF | 25715 | U | M18D74P00026619 | USMS |
| 03/19/2018 | Exp | $357.00 | AFF | 25715 | U | M18D74P00033217 | USMS |
| 04/13/2018 | Exp | $395.25 | AFF | 25715 | U | M18D74P00038217 | USMS |
| 05/14/2018 | Exp | $382.50 | AFF | 25715 | U | M18D74P00044217 | USMS |
| 06/21/2018 | Exp | $395.25 | AFF | 25715 | U | M18D74P00051518 | USMS |
| 07/20/2018 | Exp | $382.50 | AFF | 25715 | U | M18D74P00056717 | USMS |
| 08/20/2018 | Exp | $395.25 | AFF | 25715 | U | M18D74P00063316 | USMS |
| 09/26/2018 | Exp | $395.85 | AFF | 25715 | U | M18D74P00072317 | USMS |
| 10/25/2018 | Exp | $382.50 | AFF | 25715 | U | M19D74P00004816 | USMS |
| 12/06/2018 | Exp | $395.25 | AFF | 25715 | U | M19D74P00010219 | USMS |
| 01/03/2019 | Exp | $382.50 | AFF | 25715 | U | M19D74P00015621 | USMS |
| 01/14/2019 | Exp | $229.50 | AFF | 25715 | U | M19D74P00020017 | USMS |
| 01/14/2019 | Exp | $165.75 | AFF | 25715 | U | M19D74P00020117 | USMS |
| 02/27/2019 | Exp | $395.25 | AFF | 25715 | U | M19D74P00035317 | USMS |
| 03/21/2019 | Exp | $357.00 | AFF | 25715 | U | M19D74P00039818 | USMS |
| 04/11/2019 | Exp | $395.25 | AFF | 25715 | U | M19D74P00046418 | USMS |

**\* = Lump Sum Expense/Income**

GOVERNMENT'S EXHIBIT C

05/22/2019