JDIS-1V

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

FILED

2019 JUN 27 P 1:39

U.S. DISTRICT COURT
EASTERN DISTRICT TN
DEPT. CLERK

| PLAINTIFF **United States of America** | COURT CASE NUMBER **3:17-CR-82** |
|---|---|
| DEFENDANT **Randall Keith Beane, et al.** | TYPE OF PROCESS **Motion & Order for Interlocutory Sale** |

SERVE AT
{ NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
**2017 Entegra Cornerstone 45B; 45 foot diesel motorhome; VIN# 4UZACVCU94HC082752; Topaz in color**
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**c/o USMS** }

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| **Gretchen Mohr**<br>**Assistant U.S. Attorney**<br>**U.S. Attorney's Office**<br>**800 Market Street, Suite 211**<br>**Knoxville, TN 37902** | Number of process to be served with this Form 285 — **2** |
| | Number of parties to be served in this case — |
| | Check for service on U.S.A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold

**17-FBI-004612 - Sell/Liquidate property and hold funds for conclusion of case and restitution**

RECEIVED BY: HH
DATE: 5/30/19  TIME: 9AM

U.S. MARSHAL E/TN
KNOXVILLE, TN

| Signature of Attorney other Originator requesting service on behalf of: | ✓ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER **865.545.4167** | DATE **05/29/2019** |
|---|---|---|---|
| *Gretchen Mohr / by J. Sorey* | | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process **2** | District of Origin No **74** | District to Serve No **74** | Signature of Authorized USMS Deputy or Clerk | Date **5/30/19** |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ✓ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|

| Address (complete only different than shown above) | Date **6/27/19** | Time **12:00** ☐ am ✓ pm |
|---|---|---|
| | Signature of U.S. Marshal or Deputy **HH for USM** | |

| Service Fee **65** | Total Mileage Charges including endeavors **0** | Forwarding Fee **0** | Total Charges **65** | Advance Deposits **0** | Amount owed to U.S. Marshal* or (Amount of Refund*) **$65.00** |
|---|---|---|---|---|---|

REMARKS: **Asset was sold in accordance with law. Proceeds will be deposited to SADF until conclusion of case.**

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00