1  **with incorrect account name and incorrect account number, they would be**
2  **able to, at least for a period of time, make that pull using the ACH system**?
3
4       A       They could direct their financial institution to execute the ACH debit,
5  if that's what you're saying. **The answer is yes**, except for the scenarios in which
6  some – some routing numbers may have the ACH debit disabled, so absent that,
7  **yes, it would go**. But most -- most institutions won't have it disabled.
8
9       Perpetrator and conspirator Sean O'Malley actually testified all you need is

10  the routing number to access the account.  He also said it takes two days to

11  determine if an account exists.   The routing number identifies the bank.  The

12  account number identifies the holder.  Here's what Sapling.com says:

13  https://www.sapling.com/8038665/bank-account-number-standards

14

15  THE BASICS /   SAVING

16  # Bank Account Number Standards

17  By Cam Merritt / Updated March 28, 2017

18  Bank account numbers in the United States don't follow any standard format from one institution to
   the next, although the system that handles electronic payments limits the overall length of account
19  numbers. Dozens of other countries, mostly in Europe and the Middle East, have adopted a common
   standard for account numbers.

20

21  ## ACH Limitation

22  U.S. banks are free to use any numbering system they want for their accounts. However, if those
   accounts are going to send and receive electronic payments, then the number cannot be more than
   17 digits long. That limit comes from the Automated Clearing House, the computer network that
23  handles transactions such as direct deposits and direct-debited bill payments. The ACH software
   accepts account numbers only up to 17 digits, so that's the limit for "ACH-enabled" accounts.

24

25

26

**Bank Routing Numbers**

Although bank account numbers are not standardized, the routing numbers that identify the banks themselves follow a set formula. This ensures that transactions get submitted to the correct banks; from there, the bank applies the transaction to the specified account. Routing numbers are always nine digits long. The first two digits indicate the Federal Reserve district where the bank is located. There are 12 districts: Boston, 01; New York, 02; Philadelphia, 03; Cleveland, 04; Richmond, Va., 05; Atlanta, 06; Chicago, 07; St. Louis, 08; Minneapolis, 09; Kansas City, Mo., 10; Dallas, 11; and San Francisco, 12. If the "bank" is actually a thrift, such as a credit union or savings and loan, the first digit will be increased by 2 -- so 22 would be a thrift in the New York district, and 32 would be a thrift in the San Francisco district.

During perpetrator and coconspirator Cynthia F. Davidson's redirect examination she slips and calls the accounts "Treasury deposit accounts." Understanding that there is a difference between Treasury direct deposit accounts and TresuryDirect accounts perpetrator and coconspirator Sean O'Malley is quick to remind her.  Trial excerpt:

**Cynthia F. Davidson Redirect Examination of Sean O'Malley, Trial Transcript VOLUME 4, Pg.75 Line 10-14**

Q      Okay. The **Treasury deposit accounts**, okay, as I understood your testimony, these are the accounts of the United States Treasury?

A      **I think the term that we -- that was used before was TreasuryDirect**.

Perpetrator and conspirator Sean O'Malley knows there is a difference between a treasury direct depository account and a TreasuryDirect account that's

Case 3:17-cr-00082-TAV-DCP   Document 274   Filed 11/04/21   Page 2 of 162   PageID #: 19801

1    why he corrected perpetrator and conspirator Cynthia F. Davidson to keep her on

2    track with the conspiracy.  They wanted the jury to believe the case was about

3    TreasuryDirect accounts and not treasury direct depository accounts.  If one

4    accessed a TreasuryDirect account (which is not possible without hacking) that

5    would be fraud.  If one accessed his/her treasury direct depository account with

6    his/her social security account number and name that is not fraud.

7         The fabricated evidence extends beyond just testimony.  The perpetrators

8    and conspirators used a disposed of South Carolina statewide misdemeanor traffic

9    related bench warrant.

10        The perpetrators and conspirators used a fraudulent fictitious signed

11    Tennessee district court arrest warrant to arrest Mr Beane and Mrs. Tucci:Jarraf.  It

12    was not signed by the clerk.  (Att. #10)

13        There is no doubt the perpetrators and coconspirators flagrantly abused the

14    judicial process.  The case should have been dismissed because of the fabricated

15    evidence used to create a crime:

16    1)    Presenting a disposed of South Carolina statewide misdemeanor traffic
17    related bench warrant,

18    2)    Fraudulent fictitious signed Tennessee district court arrest warrants,

19    3)    Concealing the fact the FBI did not have jurisdiction to intervene in Mr.

20    Beane's private business transaction,

1  4)   Making up a story about Randall-Keith:Beane using his social security
2  account number and changing the third digit by one digit

3  5)   Concealing the fact that there was no FDIC claim, and the FDIC does not
4  cover stolen funds which meant the alleged plaintiff, United States of America, did
5  not have standing,

6  6)   After the trial, perpetrator and conspirator Anne-Marie Svolto and J.
7  Douglas Overbey set out to steal private property by filing a motion for order of
8  forfeiture and stating "The defendant admitted to…**using a fictitious bank**
9  **account number** (i.e., defendant's Social Security Number)…" (Att. #66.2)  At no
10  time did Mr. Beane admit to using a fictitious bank account number.  A "fictitious"
11  bank account means it does not exist.  Mr. Beane used his exact social security
12  account number, which is not fictitious, to access his treasury direct depository
13  account.

14  7)   Perpetrator and coconspirator Cynthia F. Davidson lied in the indictment
15  when she alleged "The scheme involved…**a fictitious bank account number**."
16  (Att. #71.2, ¶ 9, #71.3, ¶ e)  She goes on to say "It was part of the scheme to make
17  numerous attempts using the valid routing number and fictitious bank account
18  number…"  She's implying Mr. Beane had to guess the correct account number.
19  To guess the correct account number would have required a lot more than
20  "numerous attempts."  (Att. #71.2, ¶ 10, Att. #71.4)  And exactly how do you
21  guess at something that Davidson said does not exist, is imaginary, made up,
22  nonexistent – "fictitious?"

23  8)   Perpetrator and coconspirator Cynthia F. Davidson lied in the indictment
24  when she stated "Heather Ann Tucci Jarraf purported to be Beane's attorney." (Att.
25  #71.2, ¶ 12)   Mrs. Tucci:Jarraf was Mr. Beane's attorney/lawyer insofar as she
26  was the lawyer for the Randall Keith Beane Factualized Trust.  Perpetrator and
27  conspirator Cynthia F. Davidson knows there is a difference between an
28  attorney/lawyer (not a member of the BAR) and an attorney-at-law/officer of the
29  court (a member of the foreign **British** Accreditation Registrar aka BAR).  Mrs.
30  Tucci:Jarraf did not claim to be an attorney-at-law/officer of the court and deceitful
31  and dishonest perpetrator and conspirator Cynthia F. Davidson knew that.
32  Perpetrator and conspirator Cynthia F. Davidson wanted the grand jury to believe

Case 3:17-cr-00082-TAV-DCP   Document 274   Filed 11/04/21   Page 4 of 162   PageID #: 19803

1 Mrs. Tucci:Jarraf had illegally presented herself as an attorney-at-law/officer of the
2 court so she put it in the indictment as though it were a fact.

3 9)    Perpetrator and coconspirator Cynthia F. Davidson lied in the indictment
4 when she stated "…returned as **invalid** because…there was no valid account
5 number entered." (Att. #71.3, ¶ f)  In the trial she asked a witness for the funding
6 number and to confirm the amount funded.  The witness responded the funding
7 number was 244391135 and agreed the amount funded was $31,000,494.974.  (Att.
8 #31.2)  Clearly, Davidson knew the transactions were not returned as invalid why
9 else would she ask for the funding number and confirmation of the amount funded?
10 She intentionally deceived the grand jury into believing something she plainly
11 knew was not true.  (Att. #71.3)

12 10)    Perpetrator and conspirator Cynthia Davidson lied in the indictment when
13 she alleged "…commit certain offenses against the United States."  (Att. #71.6, ¶
14 19)  Perpetrator Cynthia F. Davidson said the plaintiff is United States of
15 America.  She said the victim is USAA Bank.  But the "offenses" were committed
16 against the United States.  One of the problems with manufacturing a charge is
17 keeping all the lies straight.
18
19      All of these things add up to egregious intentional misconduct that

20 deliberately interfered with the judicial system's ability to impartially adjudicate

21 the matter and hampered Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf's

22 defense.  They intentionally presented false evidence to secure an indictment and a

23 conviction and this constitutes fraud upon the court.  They all intentionally and

24 willfully misled the court.

25      It was a conspiracy against Randall-Keith:Beane and Heather-

26 Ann:Tucci:Jarraf and the district judges and appellate judges were part of it.  They

27 did nothing to uphold the judicial machinery of the court to ensure the court was

28 unbiased and was governed by the rule of law.

1        What kind of court did the perpetrators and coconspirators operate? It

2 certainly wasn't a court of law. In a court of law you are innocent until proven

3 guilty and that's certainly not what took place in this case. There was no

4 presumption of innocents. It was more like a secret administrative court – a

5 kangaroo human trafficking court that completely ignored the law – the law of the

6 land. The judges, without a doubt, violated their oath of office.

7        "Any judge who does not comply with his oath to the Constitution of the

8 United States wars against that Constitution and engages in acts in violation of the

9 supreme law of the land. **The judge is engaged in acts of treason**." (Cooper v.

10 Aaron, 358 U.S. 1, 78 S. Ct. 1401; 1958)

11        Perpetrators and conspirators Thomas A. Varlan and C. Clifford Shirley did

12 not present to Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf their authority

13 or jurisdiction. They cited a US code (18 U.S. Code § 3231 – Att. #24) which is

14 not law, but rather, evidence of the law. It is not one of the two ways for a federal

15 court to gain subject matter jurisdiction. 18 U.S. Code § 3231 says, "The district

16 courts of the United States shall have original jurisdiction, exclusive of the courts

17 of the States, of all offenses against the laws of the United States." According to

18 § 3231, Mr. Beane and Mrs. Tucci:Jarraf would have to commit **an offense**

19 **against the laws** of the United States which is not possible – nor did they violate

20 or break the laws of the United States. In addition, Black's law dictionary and

1  Bouvier's law dictionary define an "offense" as a crime not indictable.  (Att. #9.3,

2  #69, #70)

3      You can't claim original jurisdiction of all offenses against the laws of the

4  United States and not be able to cite **the actual law** (not color of law) that gives

5  one that jurisdiction.

6      28 U.S. Code § 1331- Federal question (Att. #5 and #6)  -  states "The

7  **district courts** shall have **original jurisdiction** of all **civil actions** arising under

8  the Constitution, laws, or treaties of the United States." It is clear the jurisdiction is

9  in civil actions.  It makes no mention of criminal actions.    18 U.S. Code § 3231

10  (Att. #24) does not mention the constitution, laws, treaties, criminal or civil.

11      The perpetrator and conspirator judges and attorneys all played a revised

12  legal game with their own made up rules unknown to Randall-Keith:Beane and

13  Heather-Ann:Tucci:Jarraf.

14      The district court judges and appellate judges are to act impartially and

15  lawfully.  They did neither.  The entire case was corrupted and the decisions were

16  produced by fraud upon the court.

17      The district court judges violated the due process clause of the constitution

18  and the appellate judges ignored it.  The Supreme Court has said if a judge wars

19  against the constitution, or if he/she acts without jurisdiction, he/she has **engaged**

20  **in treason**.  (Att. #45)  If a judge acts after he has been automatically disqualified

Case 3:17-cr-00082-TAV-DCP   Document 274   Filed 11/04/21   Page 7 of 162   PageID #: 19806

1     by law, then he is **acting without jurisdiction** which **means** he/she is engaged in

2     **criminal acts of treason**.  (Att. #45)

3     C) ***Wrongful Selective Prosecution***

4     DEFINITION - Selective Prosecution – The practice or an instance of a criminal
5     prosecution brought at the discretion of a prosecutor rather than as a matter of
6     course in the normal functioning of the prosecuting authority's office.  Selective
7     prosecution violates the Equal Protection Clause if **a defendant is singled out**
8     **when others similarly situated have not been prosecuted and the prosecutor's**
9     **reasons for the disparate treatment are impermissible**.  (Black's Law
10     Dictionary, Second Pocket Edition, 2001, P. 631)

11         Unite States Attorney perpetrators and coconspirators engaged in selective

12     prosecution.  They falsely prosecuted Randall-Keith:Beane and Heather-

13     Ann:Tucci:Jarraf in order to hide the theft of $31,000,494.97 stolen from Randall-

14     Keith:Beane, and to punish Heather-Ann:Tucci:Jarraf for her Uniform Commercial

15     Code filings.

16         Tens of thousands, possibly hundreds of thousands of Americans accessed

17     their treasury direct depository account during this same time frame and yet

18     Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf are the only ones to be

19     prosecuted.  Heather-Ann:Tucci:Jarraf did not even access her account and they

20     went after her because of her UCC filings.  Trial excerpt:

21     **Randall-Keith:Beane Cross-examination of Sean O'Malley, Trial Transcript**
22     **Volume 4, P.74-75 line 3-25; 1-4**

23       Q      Another question. **You haven't made it very clear just how many**
24     **people like myself have been arrested out of the tens of thousands who have**

1 **accessed accounts that they felt like were legitimate. Could you make that**
2 **clear to me**?
3
4     A     I don't know the numbers.
5
6     Q     Are you the fraud investigator?
7
8     A     So, remember, **the Federal Reserve doesn't have jurisdictions over**
9 **individuals. That would be the FBI**, so -- **or the local police**.
10
11     Q     Have you made calls to the FBI to have other people arrested?
12
13     A     I've made calls to the FBI to tell them about the scam so that they
14 could open investigations or that they were at least aware of it, yeah.
15
16     Q     Could you give us an average number of how many calls you might
17 have made to have people arrested?
18
19     A     So you're linking the arrest. What I'm saying is **to open an**
20 **investigation** -- so, you know, I don't direct this person to be arrested, that person.
21 It's -- there is a crime going on, which I want to make sure you are -- you have
22 knowledge of it. And because of that, you may -- "you" being the FBI -- may want
23 to open up a criminal investigation on it.
24
25     Q     **Are you aware that no one contacted me and asked me if I felt**
26 **like these funds were legitimate or not, or are you just assuming that I was**
27 **scamming**?
28
29     A     **As you said before, I know nothing about you** or –
30
31     Q     MR. BEANE: Right. Thank you. No further questions.
32
33 **Heather-Ann:Tucci:Jarraf Cross-examination of Sean O'Malley, Trial**
34 **Transcript Volume 3, P. 217, Line 2-6**
35
36     A     So **I don't dispute that it was hundreds of thousands**. I know that
37 it was in the -- **at minimum in the tens of thousands** in a very short period of
38 time, so it very well could be. I wasn't involved in looking at the aggregate
39 numbers as to what it ended up being at the end of the day.
40

1      The perpetrators and coconspirators didn't care about the instigator who sent

2  out the video telling everyone how to access their treasury direct depository

3  account – Harvey Dent.  Trial transcript:

4  **Heather-Ann:Tucci:Jarraf Cross Examination of Sean O'Malley (NY Federal**
5  **Reserve Bank), Trial Transcript Volume IV, P. 42-43, Line 18-25, 1-13**

6  Q    I'm -- I will narrow that down. Have you seen the video that **Harvey Dent**
7  supposedly put out on July 1st, 2017 regarding use your secret accounts?
8

9  A    I've seen **Harvey Dent** talking about using your secret account at the Federal
10  Reserves. I don't know what the date of the YouTube video was.
11

12  Q    Okay. Was it around July 1st that this ACH problem started to be incurred?
13

14  A    It was in the first few days of July, yeah.
15

16  Q    And was it just the Federal Reserve Bank of New York that experienced
17  this issue or was it all 12 of the Federal Reserve Banks?
18

19  A    It was actually only about half of them. Because -- well, we're not really
20  sure why, but we speculate that – I believe that the person who goes by the name
21  of **Harvey Dent** talked about looking at your Social Security card and flipping
22  it to the other side, and then I think that there was a number on the other side of the
23  Social Security card, and he said that that number relates to the Federal Reserve
24  Bank in – that maintains your account. This is the scam that he -- you know,
25  the theory that he was putting out.

26  **Heather-Ann:Tucci:Jarraf Cross Examination of Sean O'Malley (NY Federal**
27  **Reserve Bank), Trial Transcript Volume IV, P. 57-58, Line 24-25; 1-4**

28  Q    Did you say this particular scam was initiated by this video that **Harvey**
29  **Dent** -- that someone called **Harvey Dent** put out, the initial video on July 1st?
30

31  A    There's a high probability, the linkage, yeah.
32

33  Q    Okay. High probability of linkage, you said?
34

1    A    Yeah.

2         The FBI and US Attorney perpetrators and coconspirators didn't care about

3    anyone else who accessed their treasury direct depository account.  Perpetrator and

4    coconspirator Sean O'Malley testified tens of thousands or hundreds of thousands

5    of Americans accessed their treasury direct depository account during the same

6    time period, but only two drew the wrath of the FBI and US Attorney perpetrators

7    and conspirators.  Mrs. Tucci:Jarraf didn't even access her account.

8    **XVI)** **Knowing Misrepresentation of Definition – (A) Money Laundering –**
9         **(B) Affect Interstate Commerce – (C) Fraud**
10
11        **(A) *Money Laundering***

12        Perpetrators and conspirators Cynthia Davidson and Parker Still talk about

13   conversations being an example of money laundering to a "T." Their definition of

14   money laundering is as follows:

15   **Cynthia F. Davidson Questioning Parker Still, Grand Jury Transcript, P. 55-**
16   **56, Line 23-25, 1-2**
17
18        Q    And then to commit money laundering, which is in this case to
19   transfer the money out of USAA to Whitney Bank for the purchase of this RV,
20   which is basically to get the money out of USAA so that they can't get it back?
21
22        A    That's correct.  Yes, ma'am."
23
24        Transferring money from one's personal bank account to a retailer for the

25   purchase of an item is called shopping—not money laundering.

26   GRAND JURY excerpt:
27

**Grand Jury Testimony, Cynthia Davidson Questions Parker Still, Grand Jury Transcript, P. 38, Line 13-16**

Q    And the money laundering was basically the Count 5, transferred to Whitney Bank for purchase of the motor home?

A    Yes, ma'am."

GRAND JURY excerpt:

**Grand Jury Testimony, Cynthia Davidson Questions Parker Still, Grand Jury Transcript, P. 51-52, Line 15-25; 1-8**

**THE GRAND JUROR**:  Can you summarize the evidence against <u>Mr. Beane</u> in terms of money laundering?

**THE WITNESS** (Parker Still):  Yes sir.  So what we have – **the evidence wise would be the conversation that – where Ms. Jarraf is on there with** –

Q    (**By Ms. Davidson**)  The recording telephone call?

A    Yes.  That is – that is the – that is – so that's where we see, you know where she is trying to influence – based on my investigative experience **she is trying to influence this situation**, **make this transaction go through**, this money laundering transaction of this – the $493,000 in order to purchase this – this motor home.  And her knowledge of – how do I say this, **she has knowledge of these funds**; right, because what if – I mean, I can see where you could say – be thinking she was just an attorney on behalf of her client trying to – even though **she's not licensed in the state of Tennessee**, trying to make this deal happen.

The grand juror asked about Mr. Beane but perpetrator and conspirator

Parker Still shifted to Mrs. Tucci:Jarraf because he knew there was no evidence

Mr. Beane engaged in money laundering.  The most he could come up with

regarding Mrs. Tucci:Jarraf was to throw out the deception that she's not

"licensed" in Tennessee.  NEWS FLASH – he isn't either!   Have no doubt he

1 knows the difference between his BAR "membership card" and a "license." Mrs.

2 Tucci:Jarraf is a lawyer/attorney who was working on behalf of her client – The

3 Randall-Keith Beane Factualized Trust and he knew it.

4 **Grand Jury Testimony, Cynthia Davidson Questions Parker Still, Grand Jury**
5 **Transcript, P. 54, Line 4-20**
6
7 **A GRAND JUROR:** **Again, the statements in the video that suggests**
8 **she was aware that she was involved in the money laundering?** Did her
9 statements in that video she posted suggest she was –
10
11 **THE WITNESS** (Parker Still): Statement – statements that she didn't –
12
13 **THE GRAND JUROR**: Well, that suggested to you as a witness that she –
14
15 **THE WITNESS** (Parker Still): That the – when I look at the conversations
16 with Buddy Gregg and then the second conversation that she has – I mean, **with**
17 **the information she puts out that to me shows knowledge** that this – **where the**
18 **source funds were.** When you assist in that, when you assist in a transaction that
19 type to me that is – **that's money laundering to a T.**
20
21 Perpetrator and conspirator Parker Still did not provide the juror with
22 statements that proved Mrs. Tucci:Jarraf "was aware that she was involved in the
23 money laundering" because there was no money laundering and he knew it.
24 Perpetrator and conspirator Parker Still started speaking gibberish - the language of
25 liars.
26
27 The FBI says, "While many definitions for money laundering exist, **it can**
28 **be defined very simply as turning "dirty" money into "clean" money.**" (Att.
29 #76) Keep in mind perpetrator and conspirator Parker Still works for the FBI so he
30 knows the FBI's definition of money laundering. Perpetrator and conspirator
31 Parker Still's definition of money laundering presented to the grand jury was just
32 another con – another lie – another deception.
33
34 Let's see who agrees with perpetrators and coconspirators Parker Still and
35 Cynthia F. Davidson's ridiculous definition of money laundering.
36
37 **DEFINITION** - *Money Laundering*

1) Money Laundering – "The act of **transferring illegally obtained** money **through** legitimate **people or accounts** <u>so that its original source cannot be traced.</u> (Black's Law Dictionary, 9th Edition, P. 1097)

2) Money Laundering – "Money laundering refers to a **financial transaction scheme that aims to** <u>conceal the identity, source, and destination</u> of **illicitly-obtained money**. The money laundering process can be broken down into three stages. <u>**First**</u>, the illegal activity that garners the money places it in the launderer's hands. <u>**Second, the launderer passes the money through a complex scheme of transactions to obscure who initially received the money**</u> from the criminal enterprise. <u>**Third**</u>, the scheme returns the money to the launderer in an obscure and indirect way." (<u>https://www.law.cornell.edu/wex/money_laundering</u>)

3) Definition of Money Laundering – The act of **disguising the source or true nature of money obtained** through illegal means. (<u>https://legaldictionary.net/money-laundering/</u>)

4) Money laundering is the process of making illegally-gained proceeds (i.e. "dirty money") appear legal (i.e. "clean"). Typically, it involves three steps: placement, layering and integration. First, the illegitimate funds are furtively introduced into the legitimate financial system. Then, <u>**the money is moved around to create confusion**</u>, sometimes by wiring or <u>**transferring through numerous accounts**</u>. Finally, it is integrated into the financial system through additional transactions until the "dirty money" appears "clean." Money laundering can <u>**facilitate**</u> crimes such as <u>**drug trafficking**</u> and <u>**terrorism**</u>, and can adversely impact the global economy. (<u>https://www.fincen.gov/history-anti-money-laundering-laws</u> )

5) Money laundering is the illegal process of **making large amounts of money generated by a criminal activity, such as** <u>drug trafficking or terrorist funding</u>**, appear to have come from a legitimate source**. The money from the criminal activity is considered dirty, and the process "launders" it to make it look clean. (<u>https://www.investopedia.com/terms/m/moneylaundering.asp</u>)

6) **Money laundering** generally **refers to financial transactions** in **which** criminals, including <u>**terrorist organizations**</u>, <u>**attempt to**</u> <u>**disguise the proceeds, sources or nature**</u> of their illicit activities. Money laundering facilitates a broad range of serious underlying criminal offenses and

1  ultimately threatens the integrity of the financial system.
2  (https://home.treasury.gov/policy-issues/terrorism-and-illicit-
3  finance/money-laundering)
4
5  7) Money laundering is the process by which criminals **conceal or disguise**
6  their proceeds and make them appear to have come from legitimate sources.
7  While many definitions of money laundering exist, it can be defined very
8  simply as **turning "dirty" money into "clean" money**.
9  (https://www.fbi.gov/news/stories/combating-the-growing-money-
10  laundering-threat) (Att. #76)
11
12  FinCen, Investopedia, Treasury.gov, legaldictionary.net, law.cornell.edu,

13  Black's Law Dictionary, and the FBI – none of them agree with the perpetrators

14  and coconspirators definition of money laundering. The official FBI definition of

15  money laundering is "turning dirty money into clean money." What is dirty

16  money? Merriam-Webster says dirty money is "money **earned** in an illegal

17  activity. Fincen, Investopedia, and Treasury.gov describe illegal activity as drug

18  trafficking or terrorist funding.



1     What illegal activity did the perpetrators accuse Mr. Beane and Mrs. Tucci:

2     Jarraf of?    The perpetrators and conspirators had to fabricate a "fraud" and

3     "money laundering" charge because Mr. Beane and Mrs. Tucci:Jarraf did not

4     engage in any illegal or unlawful activity to charge.  That's why they made up the

5     nonsense about Mr. Beane 'altered his social security account number by one

6     digit,' and 'Mr. Beane used his account number off by one digit.' In other court

7     documents they said Mr. Beane used a fictitious bank account (never

8     acknowledging "fictitious" means imaginary—non existent).  These were all lies

9     strung together because there was no illegal or unlawful activity by Mr. Beane or

10    Mrs. Tucci: Jarraf.  They had to make it up.

11        Drug cartels, human trafficking rings, high profile corrupt politicians,

12    bankers, CEOs and terrorists launder money.  Randall-Keith:Beane and Heather-

13    Ann:Tucci:Jarraf did not launder money.  In furtherance of their conspiracy

14    perpetrators and conspirators Cynthia F. Davidson and Anne-Marie Svolto

15    criminalized innocent conduct.  They took a shopping event and fabricated the

16    crime of money laundering.  They knew Mr. Beane purchased an extended

17    warranty for the motorhome because he planned to keep it and live in it.  (Att.

18    #32.3)  They understand that putting private property in a trust named for Mr.

19    Beane is considered estate planning.

1      For perpetrators and coconspirators Parker Still, Cynthia F. Davidson, and

2  Anne-Marie Svolto it is not the act of moving money around so it can't be traced

3  that is money laundering.  It is the act of shopping and having a second telephone

4  conversation and purchasing a motorhome to live in – that's the definition of

5  money laundering to a "T" they intentionally misrepresented to the grand jury and

6  the trial jury.

7      The perpetrators and coconspirators definition of money laundering bears no

8  similarity to the definition of money laundering offered by Black's Law

9  Dictionary, FinCen.gov, law.cornell.edu, legaldictionary.net, Investopedia,

10  treasury.gov, or the FBI.

11      Money laundering involves laundering "dirty" money.  Mr. Beane was not

12  dealing with dirty money.  Mr. Beane's electronic digits were not illegally obtained

13  money.  Mr. Beane accessed his treasury direct depository account.  The

14  perpetrators and conspirators did not cite an actual law, color of law, or color of

15  law code/statute that says accessing one's treasury direct depository account with

16  one's private social security account number, name, and Federal Reserve Bank

17  routing number is unlawful.

18      Mr. Beane behaved like a typical consumer.  He wanted a motorhome to live

19  in so he shopped for it and purchased one.  Many of us like a standing still home

1    and likely would have purchased a stick-built house.  He wanted a home that

2    would make it more convenient for him to do the job he loved.

3           Here's Mr. Beane's trial testimony regarding the motorhome purchase:

4    **Randall-Keith:Beane Direct Testimony, Trial Transcript, Volume IV – P. 177**
5    **– Line 6-14**
6
7           "As a matter of fact, at the time, I was paying for two apartments.  I
8    thought, if I get a coach, I can eliminate those hotel cost, I can move out of my
9    apartment, and I've got something to live in and be on the road and do my job. I
10   can continue to work, because I love my job. **So that was my intention in**
11   **purchasing a coach.**  I was excited about that. I saw a future with it. No intention
12   of hiding money. It was using it wisely in my eyes. That was all the intention that I
13   had."
14
15          Mr. Beane's USAA bank account was in his appellation and the trust

16   holding the motorhome was Randall Keith Beane Factualized Trust.  All "funds"

17   went through USAA Bank in his appellation.  Where's the hiding?  There was no

18   hiding.  The perpetrators and coconspirators lied-lied-lied in furtherance of their

19   plot and conspiracy.

20          Mr. Beane did not run the money through a number of legitimate businesses

21   as one who is laundering or cleaning dirty money would do.  Mr. Beane was not

22   hiding his digits.  Mr. Beane did not conceal the source of the digits.  Mr. Beane

23   deposited the digits into his personal bank account at USAA Bank.  Everybody

24   knew where the digits came from and where they went even though it was none of

25   their business because they did not have a court subpoena.  There was no secret

26   about Mr. Beane's transactions.

## (B) *Affect Interstate Commerce*

**7 U.S. Code § 1301**. - "**(4)** The term "**affect** interstate and foreign commerce" **means**, among other things, in such commerce, or **to burden or obstruct** such commerce or **the free and orderly flow** thereof; or to create or tend to create a surplus of any agricultural commodity which burdens or obstructs such commerce or the free and orderly flow thereof.

**29 USC § 152 (7)**, - the term **"affecting commerce" means** in commerce, or **burdening or obstructing commerce or the free flow of commerce,**

Here's the perpetrators and conspirators' definition of "affecting interstate commerce:"

**Cynthia Davidson Questioning Parker Still – Grand Jury Testimony – Grand Jury Transcript, P. 29, Line 3-5**

Q        And was that a **signal** in interstate commerce?

A        Yeah.  It would be a mobile app.  So, yes, ma'am."

**Cynthia Davidson Questioning Parker Still – Grand Jury Testimony – Grand Jury Transcript, P. 31, Line 5-10**

Q        And so did – that wire transmission, was it a **signal in interstate commerce**?

A        Yes, ma'am.

Q        And was this wire transmission in furtherance of the fraud?

A        Yes, ma'am."

1  **Cynthia Davidson Questioning Parker Still – Grand Jury Testimony – Grand**
2  **Jury Transcript, P. 33, Line 4-9)**
3
4  Q    And **was it a signal that affected interstate commerce**?
5
6  A    Yes, ma'am.
7
8  Q    And was this transaction in furtherance of the fraud?
9
10  A    Yes, ma'am."
11
12  **Cynthia Davidson Questioning Parker Still – Grand Jury Testimony – Grand**
13  **Jury Transcript, P. 34, Line 4-9)**
14
15  Q    And was it – was wire this transmission **a signal** in interstate
16  commerce?
17
18  A    It was, yes, ma'am.
19
20  Q    And was this transmission in furtherance of the fraud?
21
22  A    It was.
23
24  The perpetrators and conspirators changed the meaning of "affect interstate

25  commerce" to mean a "signal" was sent. However, 7 U.S. Code § 1301(4) says

26  "affect interstate and foreign commerce" means to burden or obstruct the free flow

27  of commerce.

28  The actual definition of "affect interstate commerce" has nothing in common

29  with the perpetrators and conspirators made up definition about a "signal."

30  **(C)    _Fraud_**

31  A Law Dictionary Adapted to the Constitution and Laws of the United States of
32  America and of the Several States of the American Union by John **Bouvier,**
33  Revised Sixth Edition, Pg. 807

1    **FRAUD**,    contracts, torts. **Any trick or artifice** employed by one person

2    **to induce another to fall into an error**, or to detain him in it, so that he may make

3    an agreement contrary to his interest. The fraud may consist either, first, in **the**

4    **misrepresentation**, or, secondly, in **the concealment of a material fact**. Fraud,

5    force and vexation, are odious in law. Booth, Real Actions, 250. **Fraud gives no**

6    **action, however, without damage**; 3 T. R. 56; and in matters of contract it is

7    merely a defense; it cannot in any case constitute a new contract. 7 Vez. 211; 2

8    Miles' Rep. 229. It is essentially ad hominem. 4 T. R. 337-8."

9    **Black's** Law Dictionary, Ninth Edition, Pg. 731

10

11    **Fraud.**    "A **knowing misrepresentation of the truth** or concealment of

12    a material fact <u>to induce another to act to his or her detriment</u>.  A misrepresentation

13    made recklessly without belief in the truth to induce another person to act."

14    **Black's** Law Dictionary, 4th Edition, Page 788

15    **FRAUD**.    " An **intentional perversion of truth** for the purpose of

16    inducing another in reliance upon it to part with some valuable thing belonging to

17    him or to surrender a legal right; a false representation of a matter of fact, whether

18    by words or by conduct, by **false or misleading allegations**, or by **concealment of**

19    **that which should have been disclosed**, which **deceives and is intended to**

20    **deceive**…" (Black's Law Dictionary, 4[th] Edition, Page 788)

21
22

1      Who did the perpetrators and conspirators allege Randall-Keith:Beane or

2    Heather-Ann:Tucci:Jarraf trick?  What material fact(s) were they alleged to have

3    concealed or misrepresented?  Who are they accused of inducing to fall into error?

4    "Fraud gives no action without damage" so who did Mr. Beane and Mrs.

5    Tucci:Jarraf allegedly damage?  They certainly did not damage the plaintiff,

6    United States of America, and USAA Bank did not step forward to offer a sworn

7    affidavit complaint.

8      The United States of America was not tricked.  No material fact was

9    misrepresented or concealed from the United States of America.  The United States

10   of America was not induced to fall into error.  The United States of America did

11   not sustain damage.  (Att. #33.2)

12      The perpetrators and conspirators, on numerous occasions, said their hidden

13   secret concealed true "victim" was USAA Bank.  USAA Bank was not the

14   plaintiff, but we make the same statements:  1) USAA Bank was not tricked,  2)

15   No material fact was misrepresented or concealed from USAA Bank, 3) USAA

16   Bank was not induced to fall into error, and 4) USAA Bank did not provide proof

17   they sustained damage.

18      There was no fraud by Mr. Beane.  The perpetrators and coconspirators just

19   made it up to move forward their conspiracy to deprive Randall-Keith:Beane and

1  Heather-Ann:Tucci Jarraf of their freedom and liberty so that they could steal the

2  $31,000,494.97 from Mr. Beane's account without question or challenge.

**XVII)    Treasury Direct Depository Account-- Social Security Account
            Number**

6          As part of the plot and conspiracy, the perpetrators and coconspirators made

7  up a story about Randall-Keith Beane changing his social security account number

8  by one digit in order to access his treasury direct depository account (TDDA).

9          There is no crime against accessing your TDDA.  They didn't charge

10  Randall-Keith:Beane with computer hacking nor did they explain how he would

11  have known to change his social security account number by moving the third digit

12  of his social security account number up one digit to access his treasury direct

13  depository account.  There are nine numbers in a social security account number.

14  How would Mr. Beane know to change the third digit?  And how would he know

15  to move that third digit up one digit?  They implied computer hacking but did not

16  accuse or charge computer hacking because they knew there was no computer

17  hacking.  They knew the correct account number is Randall-Keith:Beane's social

18  security account number.

19          A social security number has nine digits.  You would have to make

20  thousands/millions of guesses to figure out which digit was incorrect to get the

21  right sequence of numbers.  How would Randall-Keith:Beane know it was the third

22  digit that needed to be changed by one digit?  How would he know that?  Why

Case 3:17-cr-00082-TAV-DCP   Document 274   Filed 11/04/21   Page 23 of 162   PageID #: 19822

1 didn't they make an accusation of computer hacking? A hacker is the only one

2 who could have figured out which digit to change and it would have taken him/her

3 millions of guesses with the assistance of a computer hacking program. The

4 perpetrators and conspirators accusation that Mr. Beane altered his social security

5 account number by one digit shows their intent to commit fraud and conspiracy

6 against Randall-Keith:Beane and deprive him and Heather-Ann:Tucci:Jarraf of

7 life, liberty and their God-given rights.

8 Monica Alcala (USAA Bank fraud investigator) tried to tell the truth that

9 Mr. Beane used his actual social security account number (Att. #30.6) to access his

10 treasury direct depository account, but perpetrator and coconspirator Cynthia F.

11 Davidson kept guiding her back to the lie.

12 Knowing it would be perjury, perpetrator and conspirator Cynthia F.

13 Davidson continued to guide Monica Alcala to lie under oath and say that Mr.

14 Beane's social security number was altered by one digit. As stupid as this lie is –

15 and it is, indeed, a special kind of stupid – they could not charge Mr. Beane with

16 fraud and admit he used his own social security account number. They had to lie

17 in order to charge fraud. There is NO FRAUD if Mr. Beane used his correct social

18 security account number. It was very important for the success of the conspiracy

19 to keep the lie going that Mr. Beane altered his social security account number. It

20 was so important they wouldn't allow Monica Alcala (USAA Bank Fraud

1    Investigator) to tell the truth.  In response to perpetrator and conspirator Cynthia

2    Davidson's January 23, 2018 question "Q - And what was the account number,"

3    Ms. Alcala responded truthfully, "A - The account number was Randall Beane's

4    Social Security number." (Trial Transcript, Volume I, P. 129, Line 8-12)  By the

5    next day, January 24, 2018, perpetrator and conspirator Cynthia Davidson asked

6    Ms. Alcala "Q - Is it the same account number based on his Social Security

7    number" and Ms. Alcala succumbed to the lie and responded, "A -  It's off by one

8    digit." (Trial Transcript, Volume II, P. 17, Line 4-6)

9    **XVIII) <u>False Personation</u>**

10

11       Perpetrator and coconspirator True Brown (USAA Bank Investigator)

12   initially misled Jerald Byrne (Buddy Gregg RV Sales Manager) into believing he

13   was a FBI agent in violation of 18 U.S Code § 912.  (Att. #11)  There's one reason

14   to pretend to be a FBI agent and that's to unlawfully exercise authority of the

15   United States for the purpose of soliciting valuable information and cooperation

16   one would otherwise not receive.  It would be to gain some benefit to cause harm

17   to Randall-Keith:Beane.   Under cross-examination by perpetrator and conspirator

18   Anne-Marie Svolto, Mr. Beane testified:

19   **<u>Trial Transcript Volume 5, P. 14, Line 11-22</u>** (Att. #34.3)

20   Q.    You didn't know that you should -- that the person who was asking questions

21   about this whole -- these -- all of these transactions was True Brown?

1    A.      No. No, at that point, he was identified as an FBI agent.

2    Q.      You knew on the call with Buddy Gregg that True Brown was with USAA,

3    and Lauren Palmisano with Whitney Bank gave you that information on that

4    conference call, didn't she?

5    A.      **Mr. Brown was introduced as an FBI agent to begin with.**

6         Perpetrator and conspirator True Brown passed himself off as a FBI agent in

7    order to wrongfully instill fear and thus unlawfully elicit information. Perpetrator

8    and coconspirator Anne-Marie Svolto knew of the false personation and she did

9    nothing about it.

10        Jerald Byrne was probably already shaking in his flip flops with fear after

11    being threatened with "obstruction of justice" charges if he didn't cooperate.

12    Here's Jerald Byrne's trial testimony:

13    **Heather-Ann:Tucci:Jarraf Cross-Examination of Jerald Byrne, Trial**
14    **Transcript, Volume III, P. 55, Line 4-13)**
15
16        Q      Okay. You were contacted by a man named True Brown.
17
18        A      Correct.
19
20        Q      And who did you believe Mr. Brown worked for?
21
22        A      At the end of the conversation –
23
24        Q      At the beginning of your conversation.
25
26        A      **At the beginning, it was identified that he worked for the FBI.**
27
28        Q      Okay. And by the end of your conversation?

1    A    That he was a prior employee of the FBI. He is a current investigator
2  for USAA Bank.

4  **Heather-Ann:Tucci:Jarraf Cross-Examination of Jerald Byrne (Buddy Gregg**
5  **Sales Mgr.)Trial Transcript, Volume III, P. 57, Line 6-10)**

7    "…I mean, everything was brought up as a scam. I mean, that's how -- that's
8  how it was presented.

10    Q    That who presented that to you?

12    A    **USAA and True Brown and Donald or Dan.**"

14    It seems USAA Bank did not stop at false personation.  Lauren Palmisano of

15  Whitney Bank explained that USAA Bank lied to her:

16  **Anne-Marie Svolto Direct Examination of Lauren Palmisano, Trial**
17  **Transcript, Volume III, P. 139-140, Line 25; 1-4**

19    Q    Okay. And so you took note of those e-mails?

21    A    I saved them. I briefly reviewed them, but our whole thing was that
22  he [Mr. Beane] did in fact send that wire and that **it wasn't what USAA was**
23  **claiming**, that it -- he was the one that recalled it.

25    Remember – perpetrator and coconspirator Parker Still said he had no reason

26  to doubt the information True Brown and USAA Bank provided to him (Att.

27  #30.2) – meanwhile USAA Bank investigator True Brown was sneaking around

28  impersonating a FBI agent, and he and others at USAA Bank were telling lies to

29  Jerald Byrne of Buddy Gregg RVs & Motor Homes and Lauren Palmisano of

30  Whitney Bank.  USAA Bank personnel behaved like thugs and thieves – bottom-

1  rung crooks. Is there a reason to false impersonate and lie if you have a lawful

2  claim?

## XIX) Heather-Ann:Tucci:Jarraf

5      Part of the perpetrators and coconspirators plot and conspiracy involved

6  making the grand jury and trial jury believe Heather-Ann:Tucci:Jarraf was

7  practicing law without a license.

8  Trial transcript:

**Parker Still Testifying before the grand jury, Grand Jury Transcript, P. 20, Line 2-9**

"And what—what she does, **she holds herself out as an attorney representing Mr. Beane and Mr. Beane's trust…apparently she is an attorney.** She's not licensed in the state of – not currently licensed in the state of Washington…she's not licensed in the state of Tennessee based on our research."

**Parker Still Testifying before the grand jury, Grand Jury Transcript, P. 52, Line 3-8**

"And her (Heather-Ann:Tucci:Jarraf) knowledge of – how do I say this, **she has knowledge of these funds**; right, because what if – I mean, I can see where you could say – be **thinking she was just an attorney on behalf of her client trying to – even though she's not licensed in the state of Tennessee**, trying to make this deal happen."

**Cynthia Davidson Direct Examination of Parker Still, Trial Transcript, Volume I, P. 37, Line 13-18**

Q      Did you do any research to determine whether or not the defendant, Ms. Heather Ann Tucci:Jarraf, is actually an attorney?

A      Our office did some and determined she was not licensed in the state of Tennessee or in the state of Washington."

1    A lawyer who passes the BAR examine is **admitted** to practice before the

2   court in that certain jurisdiction.  A lawyer with a BAR membership in a particular

3   jurisdiction but not "admiited" to practice in another jurisdiction may seek pro hac

4   vice (permission from the court) to be allowed to participate in a case in that

5   jurisdiction.  It has absolutely nothing to do with a license.  A lawyer doesn't stop

6   being a lawyer because they weren't admitted to practice in a certain jurisdiction

7   court.  Mrs. Tucci:Jarraf's work for the Randall Keith Beane Factualized Trust did

8   not require representation before a court.  Mr. Beane could have sought the

9   assistance of an "attorney-at-law" – aka a BAR attorney who has permission from

10  the black robes to speak – but the trust did not need that kind of assistance.

11       Some would have us believe being admitted to the foreign British

12  Accredited Registry (BAR) is a license.  It's not a license – it's a membership.

13  Mrs. Tucci:Jarraf made it clear she cancelled her membership.  All kinds of

14  membership organizations are formed in which admission is a privilege.  The

15  practice of law, however, is not a privilege – it is a Right!  The word "admit" and

16  "license" is used interchangeably.  It is said the right to be an attorney or lawyer is

17  granted by the Supreme Court.  Look no further than Article III of the Constitution

18  for a description of Judicial Power.  You won't see a word in it about licensing the

19  practice of law.

20       In his grand jury testimony perpetrator and conspirator Parker Still states --

Case 3:17-cr-00082-TAV-DCP   Document 274   Filed 11/04/21   Page 29 of 162   PageID #: 19828

1     "Prior to joining the FBI, **I was an attorney for approximately seven and a half**

2     **years. Still licensed to practice law.** During my time as an attorney I did both

3     prosecution and I've done criminal defense work." (Parker Still Testifying before

4     the grand jury, Grand Jury Transcript, P. 2, Line 19-22) As an attorney he clearly

5     knows the difference between an attorney/lawyer and an attorney-at-law/officer of

6     the court. Perpetrator and conspirator Cynthia F. Davidson also knows the

7     difference between an attorney/lawyer and an attorney-at-law/officer of the court.

8     And yet they painted a picture to the grand jury and trial jury of a woman who

9     practiced law without a 'license' when they knew that was not the truth.

10     **<u>DEFINITIONS</u>**

11

12     **<u>lawyer.</u>** N. An attorney; <u>a person who has studied law or who practices</u>

13     <u>law</u>. (Essential Law Dictionary, First Edition, P. 286 – Att. #81.3)

14     **<u>attorney.</u>** N. A lawyer; more generally, <u>an agent appointed to act for</u>

15     <u>another person</u>. (Essential Law Dictionary, First Edition, P. 41 – Att. #81.2)

16     **<u>attorney at law.</u>** N. A lawyer **<u>admitted by a court</u>** <u>to practice law in a</u>

17     <u>particular jurisdiction</u>, including drafting legal documents and **<u>representing clients</u>**

18     **<u>in court</u>**. (Essential Law Dictionary, First Edition, P. 41 – Att. #81.2)

19     **<u>LAWYER</u>**. A counsellor; **<u>one learned in the law</u>**. (Bouvier Law

20     Dictionary, Revised Sixth Edition, P. 1046 – Att. #82.1)

1     **ATTORNEY**. One who acts for another by virtue of an appointment by the

2   latter.   Attorneys are of various kinds.

3     3. **All persons who are capable of acting for themselves**, and even those

4   who are disqualified from acting in their own capacity, if they have sufficient

5   understanding, as infants of a proper age and femes coverts, **may act as attorneys**

6   **of others.**

7     5. The object of his appointment is the transaction of some business of the

8   constituent by the attorney.

9     6. The attorney is bound to act with due diligence after having accepted the

10   employment, and in the end, to 'render an account to his principal of the acts which

11   he has performed for him.

12     7. **Attorney at law**. **An officer in a court of justice**, who is employed by a

13   party in a cause to manage the same for him.  (Bouvier Law Dictionary, Revised

14   Sixth Edition, P. 223 – Att. 82.2)

15     **ATTORNEY**. In the most general sense this term denotes an agent or

16   substitute, or one who is appointed and authorized to act in the place or stead of

17   another.  An agent, or one acting on behalf of another.   **When used with**

18   **reference to the proceedings of courts, or the transaction of business in the**

19   **courts, the term always means "attorney at law…"**  "Lawyer" and "attorney"

20   are synonymous. (Black's Law Dictionary, 4th Edition, P. 164 – Att. #9.5 and #9.6)

1    **Attorney at law**. An advocate, counsel, or official agent employed in

2    preparing, managing, and trying cases **in the courts**. **An officer in a court of**

3    **justice**, who is employed by a party in a cause to manage it for him. (Black's Law

4    Dictionary, 4th Edition, P. 164- Att. #9.5 and #9.6)

5    According to Black's Law Dictionary, "lawyer" and "attorney" are

6    synonymous. Heather-Ann:Tucci:Jarraf called herself a lawyer. She did not

7    represent that she was an attorney-at-law/officer of the court. An attorney-at-

8    law/officer of the court is a member of the BAR. Mrs. Tucci:Jarraf made it clear

9    she cancelled her BAR membership. It was clear jury manipulation, concealment

10   and deception by perpetrators and conspirators Parker Still and Cynthia Davidson

11   to make the jury believe Mrs. Tucci:Jarraf practiced law without a license. They

12   both knew that Heather-Ann:Tucci:Jarraf used to be an attorney-at-law/officer of

13   the court. Heather-Ann:Tucci:Jarraf said "…I canceled my bar license…"

14   (Proceedings Before C. Clifford Shirley, Jr., October 18, 2017, 9:35 a.m. to 11:24

15   a.m., 92 pages, P. 7, Line 5 – no court document number on transcript.)

16   Perpetrators and conspirators Cynthia F. Davidson and Parker Still

17   misrepresented the facts to the grand jury and the trial jury to get them to believe

18   something that they knew was not true. They know the difference between an

19   attorney/lawyer and an "attorney-at-law/officer of the court," and if they didn't

20   know the difference they were obligated to search a dictionary. Their actions were

1  intentional to further the conspiracy. The decision had already been made they

2  would convict Heather-Ann:Tucci:Jarraf by whatever means necessary. They

3  worked to create the illusion of a record of dishonesty for her.

4      God help us if only attorneys-at-law (British Accreditation Registry—BAR)

5  could work on legal matters. Anyone can assist another with law or legal

6  documents.

7      "The practice of law cannot be licensed by any state/State." (Schware v.

8  Board of Examiners, United State Reports 353 U.S. pages 238, 239.)

9      "The practice of law is an occupation of common right." (Sims v. Aherns,

10 271 SW 720; 1925)

11     "The State cannot diminish rights of the people." (Hurtado v. California,
12
13 110 U.S. 516)
14
15     The perpetrators and conspirators had no reason to arrest and prosecute

16 Heather-Ann:Tucci:Jarraf. It was a revenge arrest likely ordered by the New York

17 Federal Reserve to those at the FBI and US Attorney's office moonlighting while

18 in their position of emolument. It was vindictive payback for her UCC work and

19 to keep her silent about the $31,000,494.97 stolen from Randall-Keith:Beane's

20 USAA account.

1    Randall-Keith:Beane had already completed his RV purchase before

2    Heather-Ann:Tucci:Jarraf decided to lend her help with creation of a trust

3    document for the motorhome.

4    The perpetrators and conspirators had no lawful reason to arrest Mrs.

5    Tucci:Jarraf so they redefined money laundering to the act of making a purchase.

6    Normal people call it shopping.  These perpetrators and conspirators call shopping

7    money laundering.  Mrs. Tucci:Jarraf was not the one doing the shopping.  The

8    shopping was completed before she became involved with Mr. Beane's purchase

9    transaction and trust.

10   At points during the grand jury hearing and the trial perpetrators and

11   conspirators deceitfully referred to Mr. Beane's private transaction as being a

12   robbery.  In a robbery the robbers typically share the spoils.  They offered no

13   evidence that Heather-Ann:Tucci:Jarraf got anything out of helping Randall-

14   Keith:Beane – NOTHING – not one debt note, material object, piece of silver, or

15   piece of gold.

16   The bottom line is they wanted to get Mrs. Tucci:Jarraf.  They were angry

17   about her UCC filings.  They wanted to shut her up.  They simply decided they

18   wanted to send her to prison so they set about figuring out how to frame her for a

19   crime they had to invent.

1    When you go to the Tennessee Department of Commerce & Insurance for a

2    license search and verification you'll see a drop down list of the professions that

3    are licensed:  accountants, architects, court reporters, etc.  Guess who's missing

4    from the list?  Attorney-at-law!  Lawyers!  Attorneys!  Counsellors!  Attorneys-at-

5    law are not licensed.  They're members of an association – a foreign association.

6    Here are a few screenshots taken from https://verify.tn.gov/:

7        The drop-down list is in alphabetical order.  You don't see "attorney,"

8    "attorney-at-law," "lawyer," or "counsellor" in any of the drop down lists:





Case 3:17-cr-00082-TAV-DCP   Document 274   Filed 11/04/21   Page 36 of 162   PageID #: 19835

1    Perpetrators and coconspirators Parker Still and Cynthia F. Davidson went

2  on and on about Heather-Ann:Tucci:Jarraf not having a law license when they

3  don't have one either.  They intentionally lied to and misled the grand jury and trial

4  jury into thinking Heather-Ann:Tucci:Jarraf had violated some law by the

5  assistance she gave Randall-Keith:Beane and his trust.  She was a lawyer for Mr.

6  Beane's trust and there was no law violation in that.

7    The perpetrators and coconspirators implied Heather-Ann:Tucci:Jarraf

8  illegally practiced law without a license to negate any argument that she was a

9  lawyer helping a client so that they could charge her with their fake version of

10  money laundering.  They had to make Heather-Ann:Tucci:Jarraf's assistance to

11  Randall-Keith:Beane's trust a "crime" before they could charge her with their new

12  definition of money laundering.

13    The goal of these perpetrators was to dirty up Mrs. Tucci:Jarraf by:  **1)**

14  Accuse her of trying to break Randall-Keith:Beane out of jail (Grand Jury

15  Transcript, P. 56-57, Line 25, 1-3); **2)** Accuse her of illegally practicing law

16  without a license (Grand Jury Transcript, P. 20, Line 2-9; P. 52, Line 6-8; Trial

17  Transcript, Volume I, P. 37, Line 13-18) ; **3)** Disparage her UCC filings by calling

18  them gobbledygook (Trial transcript, Volume 6, P. 86, Line 22-23);  and **4)** Accuse

19  her of money laundering based on their fake definition of money laundering.

**XX)** **Jurisdiction Report (C. Clifford Shirley) Report and Recommendation** -- Court Document 62 - Filed 11/16/17 - 16 pages **P. 8, last ¶**

Perpetrator and Coconspirator C. Clifford Shirley said:

- ■ **"A. This Court has Jurisdiction Over the Charges and the Defendants"**

- ■ "Article III, section 1, of the United States Constitution provides in pertinent part that the "<u>judicial power of the United States shall be vested in one Supreme Court, and in such inferior courts as the congress may from time to time ordain and establish</u>," U.S. Const. Art. III, §1."

- ■ **"Section 2 explains that the "judicial power shall extend to all cases, in <u>law and equity</u>, arising under this constitution,** [and] the laws of the United States[.] "U.S. Const. Art. III, §2, cl.1."

- ■ "By statute, Congress has declared that the "district courts of the United States shall have original jurisdiction, exclusive of the courts of the States, of all offenses against the laws of the United States." **18 U.S.C. §3231."**

Perpetrator and coconspirator C. Clifford Shirley said the Court had

Jurisdiction based on the Constitution, Article III, Section 1.  Courts which

proceed according to statutory jurisdiction are inferior courts.  Courts designated as

courts of record, as every district court is (28 U.S. Code § 132 – Creation and

composition of district courts – Att. #8), may act as statutory courts **unless the**

**parties to a case object**. The "judge" has no discretion in a court of record, and

can only do ministerial functions, such as signing your orders.  Courts of Record

must proceed according to the course of the common law, without the aid of a

statute.  "<u>There is a general rule that a ministerial officer who acts wrongfully,</u>

1  although in good faith, is nevertheless liable in a civil action and cannot claim the

2  immunity of the sovereign."  (Cooper v. O'Conner, 99 F.2d 133)

3            Perpetrator and conspirator C. Clifford Shirley further asserts

4  authority given in Constitution Article III, Section 2, Clause 1.  However, that

5  judicial power extends to controversies to which the United States is a Party.  The

6  United States of America's "Party" status was never examined to determine if it

7  had standing and if there was subject matter jurisdiction.  The United States was

8  not a Party.  The plaintiff was the United States of America.  That's a different

9  corporate entity.  Neither is a government.  The United States and the United States

10  of America are both corporations and neither showed standing.  Neither was

11  represented by a living soul to move the court.  The representing prosecuting

12  attorney cannot lawfully do that.

13            Perpetrator and conspirator Shirley goes on to assert authority given in 18

14  U.S.C. §3231 (Att. #24)  First, all district courts are courts of record.  (28 U.S.

15  Code § 132  - Att. #8)  Second, one cannot commit an offense against the laws.

16  (See Att. #9.3 for definition of "offense")  You can violate the law.  You can

17  breach the law.  But you cannot commit an offense against the law.  Section 3231

18  "offenses against the laws" is likely the crafty creation/editing of the Office of the

19  Law Revision Counsel (OLRC).

1       Perpetrator and conspirator C. Clifford Shirley and his coconspirators Anne-

2 Marie Svolto and Cynthia F. Davidson did not cite one law that was violated by

3 Randall-Keith:Beane or Heather-Ann:Tucci:Jarraf. They cited alleged evidence of

4 the law – not an actual law. (Att. #19 and #20)

5       **From the 16th American Jurisprudence, Second Edition, Section 177:**

6 "The general misconception is that any statute passed by legislators bearing the

7 appearance of law constitutes the law of the land. <u>The U.S. Constitution is the</u>

8 <u>supreme law of the land</u>, and any statute, to be valid, <u>must be</u>

9 <u>in agreement</u>. It is impossible for both the Constitution and a law violating it

10 to be valid; one must prevail. This is succinctly stated as follows:

11 "The general rule is that <u>an unconstitutional statute, though having the form and</u>

12 <u>name of law, is in reality no law, but is wholly void, and ineffective for</u>

13 <u>any purpose</u>; since unconstitutionality dates from the time of its enactment,

14 and not merely from the date of the decision so branding it. As

15 unconstitutional law, in legal contemplation, is as inoperative as if it had never

16 been passed. Such a statute leaves the question that it purports to settle just as it

17 would be had the statute not been enacted."

18       "Since an unconstitutional law is void, the general principles follow

19 that it imposes no duties, confers no right, creates no office, **bestows no**

1  **power or authority on anyone**, affords no protection, and **justifies no acts**

2  **performed under it**..."

3      "A void act cannot be legally consistent with a valid one. An

4  unconstitutional law cannot operate to supersede any existing valid law. Indeed, in

5  so far as a statute runs counter to the fundamental law of the land, it is

6  superseded thereby. <u>No one is bound to obey an unconstitutional law and no</u>

7  <u>courts are bound to enforce it</u>."

8      Furthermore, section 3231 is not one of the two ways a federal court gains

9  subject matter jurisdiction. Federal question jurisdiction is one of the **two ways**

10 **for a federal court to gain subject matter jurisdiction over a case**. (28 U.S.

11 Code § 1331) The other way is through diversity jurisdiction. (28 U.S. Code §

12 1332) (Att. #5, #6, and #7) They both pertain to civil actions.

13     Article III specifies Judicial Powers. Congress does not have the power to

14 grant judicial power. Congress is restricted to 18 tasks. Congress was granted the

15 power under task number 9 – "To make rules for the government…" to include the

16 US codes, statutes, rules, regulations and policies written by congress for those

17 working in the government. Congress was given this authority by the people to

18 control the behavior of those in positions of emolument. Congress was given the

19 authority to make all Laws which shall be necessary and proper for carrying into

20 execution the eighteen (18) tasks enumerated.

1    "All laws, rules and practices which are repugnant to the Constitution are

2    null and void." (Marbury v. Madison) "Where rights secured by the Constitution

3    are involved, there can be no rule making or legislation which would abrogate

4    them." (Miranda v. Arizona)

5        Congress does not have the power to declare anything beyond those 18

6    constitutional tasks and Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf's case

7    does not and did not fit within congress' 18 task jurisdiction.

8        **"...it is from the constitution that those legislators derive their power:**
9    **how then can they change it, without destroying the foundation of their own**
10   **authority**?" (Law of Nations, P. 95 – Att. #59.1, #59.2)
11
12       The perpetrators and coconspirators, on numerous occasions, said their

13   victim was USAA Bank thereby admitting they knew United States of America did

14   not have standing, but they brought the prosecution anyway. Why? It was not a

15   court of law or justice. It was not a lawful prosecution. It was a conspiracy to

16   falsely imprison Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf.

17   **C. Clifford Shirley Report and Recommendation, Doc. 62, P. 9, 1ˢᵗ ¶**

18   ■ "Moreover, **any offense against the United States** begun in one district
19   and completed in another, or committed in more than one district, may be inquired
20   of and prosecuted in any district in which such offense was begun, continued, or
21   completed. 18 U.S.C. § 3237(a). The Defendants are charged with wire fraud,
22   bank fraud, and money laundering, allegedly occurring in the Eastern District of
23   Tennessee. **Because the Defendants are charged with violations of federal law,**
24   **i.e., 18 U.S.C. §§ 1343, 1344, and 1956**, in this district, the United States District
25   Court for the Eastern District of Tennessee unquestionably has jurisdiction over
26   this case."
27

The trial transcript says USAA Bank was the victim so there was no offense against the United States or United States of America. The plaintiff was United States of America – not United States – two different corporations. Trial transcript:

- A    "In this case, **USAA is our victim**." (Prosecutor Cynthia Davidson Questioning FBI Special Agent Parker Still, Trial Transcript Volume I, Pg. 24, line 19-20)

- Q    **So at that point, you had determined that USAA Bank was the victim <u>before looking at any other information</u>?**

  A – **at that time, yes**. (Heather-Ann:Tucci:Jarraf Cross-Examination of FBI Special Agent Parker Still, Trial Transcript Volume I, Pg. 50-51, line 25; 1-2)

- A    **The victim bank, you know – or USAA**" (Heather-Ann:Tucci:Jarraf Cross-Examination of FBI Special Agent Parker Still, Trial Transcript Volume I, Pg. 64, line 13)

According to the U.S. Code **18 U.S.C. §§ 1343, 1344, 1956 and 1957** is not law. It is evidence of the law:

- 1 USC § 204 tells us -- **Codes** and Supplements **as evidence** of the laws of United States; (Att. #19)

- 1 U.S. Code § 112. Statutes at Large; contents; admissibility in evidence
  --    "The United States Statutes at Large shall be **legal evidence of laws…**" (Att. #20)

Evidence of the law is not the law. Perpetrator and conspirator C. Clifford Shirley did not cite the law.

### C. Clifford Shirley Report and Recommendation, Doc. 62, P. 9, 2nd ¶

- ■ "Defendant Beane was taken into custody on an **arrest warrant**…"

1    You notice perpetrator and coconspirator C. Clifford Shirley doesn't want to

2    say it was a SOUTH CAROLINA arrest warrant.  He describes the arrest warrant

3    for Mrs. Tucci:Jarraf as a "federal arrest warrant," but for Mr. Beane he just says

4    "arrest warrant."  He knows the South Carolina warrant wasn't valid or applicable

5    to Tennessee.

6        The first time the perpetrators and coconspirators arrested Randall-

7    Keith:Beane was July 11, 2017.  The FBI used a South Carolina <u>statewide</u>

8    misdemeanor traffic related bench warrant that was disposed of two years earlier.

9    It was NOT an outstanding warrant or a national/international warrant.  The

10   disposition date is July 17, 20**15**.  (Att. #2.1) The warrant reads:

11   "To all and Singular the Sheriffs Deputy Sheriffs Constables and other Peace
12   Officers **of the said State** Greetings."  (Att. #1.2)
13
14       There's nothing in the disposed of South Carolina warrant giving the FBI

15   jurisdiction.  The FBI's jurisdiction per 18 U.S. Code § 3052 (Att. #15) is for

16   <u>warrants issued under the authority of the United States</u>.  Mr. Beane was not "…

17   taken into custody on an arrest warrant," he was kidnapped and Shirley knew it!

18   <u>**C. Clifford Shirley Report and Recommendation, Doc. 62, P. 9, 2nd ¶**</u>
19
20   ■ "Defendant Tucci:Jarraf was brought before the Court on a **federal arrest**
21       **warrant**."
22
23       On or about July 19, 2017 the United States District Court for the Eastern

24   District of Tennessee issued fraudulent fictitious signed arrest warrants for

1 Heather-Ann:Tucci:Jarraf and Randall-Keith:Beane.  The arrest warrants were

2 supposed to be signed by then clerk, Debra C. Poplin.  The warrants appear to have

3 been signed with a fictitious name – "A. Brush."  Both federal arrest warrants are

4 invalid because they were not signed according to U.S. Code Rule 9 (Arrest

5 Warrant or Summons on an Indictment) – "(b) **Form.**  (1) Warrant. The warrant

6 must conform to Rule 4(b)(1) except that **it must be signed by the clerk**…"  (Att.

7 #10)  Mrs. Tucci:Jarraf was not "…taken into custody on an arrest warrant." She

8 was kidnapped and perpetrator and coconspirator C. Clifford Shirley knew it!

9 **C. Clifford Shirley Report and Recommendation, Doc. 62, P. 10, 2nd  ¶, P. 11.**

10 **2nd  ¶**

11

12 ■ "The Defendants claim that the United States is a corporation based upon 28
13   U.S.C. § 3002(15). This statute only defines certain terms as used in the
14   Federal Debt Collection Procedures Act."

15

16 ■ "Defendant Tucci:Jarraf's and Defendant Beane's assertion or "declaration"
17   that the United States is a corporation is also frivolous."

18

19 ■ "Subsection (15) defines the "United States," *when used in the Federal*
20   *Debt Collection Procedures Act*, as including (A) "a Federal corporation"

21

22   28 U.S.C. § 3002(15) says: "United States" means – (A) **a Federal**

23 **corporation**.  It DOES NOT say "*when used in the Federal Debt Collection*

24 *Procedures Act."* Perpetrator Shirley changed "as used" to "when used."

25

26

27



28 U.S. Code § 3002 - Definitions

U.S. Code    Notes

As used in this chapter:

(1) "Counsel for the United States" means—

(15) "United States" means—

(A) a Federal corporation;

(B) an agency, department, commission, board, or other entity of the United States; or

(C) an instrumentality of the United States.

Perpetrator and coconspirator C. Clifford Shirley clearly learned the word "frivolous" from the IRS corporation. That's one of their favorite words to use when the law is not on their side and they know it.

United States of America and "the" United States of America are both Delaware registered corporations used to usurp the People's Republic government. https://icis.corp.delaware.gov/Ecorp/EntitySearch/NameSearch.aspx (Att. #67 and #68)





THE UNITED STATES and UNITED STATES OF AMERICA are not the

nation.  They are corporations.  They are called "federal government" but they are

not.  They operate under private international law with their own corporate

1 constitution – not the people's organic constitution. "Federal" agencies and

2 departments are also corporations and subsidiaries of THE UNITED STATES -

3 UNITED STATES OF AMERICA INC., CENTRAL INTELLIGENCE

4 AGENCY, FEDERAL LAND ACQUISITION CORP., INTERNAL REVENUE

5 TAX & AUDIT (IRS), THE SOCIAL SECURITY CORP., UNITED STATES

6 TREASURY, etc. Per contract law, each corporation name is designated in all

7 capitals. Given each American's name was turned into an all capitals corporation

8 this helps to distinguish from a living soul. All court documents have Mr. Beane

9 and Mrs. Tucci:Jarraf's appellation written in ALL CAPITAL LETTERS to make

10 clear they are dealing with the corporation and contract law – not the living soul –

11 but they kidnapped and falsely imprisoned the living soul.

12 **C. Clifford Shirley Report and Recommendation, Doc. 62, P. 12, First ¶**

13
14 ■ …**the Uniform Commercial Code is not a law and has no legal force or**
15 **effect in and of itself,** but instead is a proposed model code developed to
16 promote uniformity in commercial transactions in the various states. Each
17 state adopts its own commercial code.
18
19 **DEFINITION    -    UNIFORM LAWS.** A considerable number of laws

20 have been approved by the National Conference of Commissioners on Uniform

21 State Laws… Among the more important of these laws are the Uniform Negotiable

22 Instruments Act which has been adopted in all the states as well as in the District

23 of Columbia, Alaska, Hawaii, the Philippine Islands, and Porto Rico. (Black's

1   Law Dictionary, 4th Edition, P. 1701)  The **Uniform Commercial Code** (U.C.C.)

2   is the code that **regulates all negotiable instruments**.

3       Perpetrator and conspirator C. Clifford Shirley's goal was to discredit

4   Heather-Ann:Tucci:Jarraf's UCC filings.  He knows the Uniform Commercial

5   Code is treated as law.  Tennessee legislature says the UCC is law.  Tennessee

6   codified the Uniform Commercial Code at **47-1-101**:  **(a)** Chapters 1-9 of this title

7   shall be known and may be cited as the Uniform Commercial Code. (Att. #56)

8       **Tennessee Code 47-1-103**. Construction of chapters 1-9 to promote their

9   purposes and policies — Applicability of supplemental **principles of law** - **(3) To**

10  **make uniform the law among the various jurisdictions**.  (Att. #57)

11      Perpetrator and conspirator C. Clifford Shirley's assertion that each state

12  adopts its own commercial code is hogwash and deceitful.  If each state/territory

13  came up with its own commercial code it wouldn't be **uniform** laws, would it?

14  Their numbering system may vary but the code is the same.

15  **C. Clifford Shirley Report and Recommendation, Doc. 62, P. 12, 1st ¶, 2nd ¶**

16      ■ "The Defendants have provided no authority for their contention that they
17         can file a UCC Financing Statement Amendment in Washington D.C. and
18         somehow divest every federal court nationwide of the ability to prosecute
19         them for federal crimes."
20
21      ■ "Second, the Defendants' filings are sham UCC Financing Statement
22         Amendments, wherein Defendant Tucci:Jarraf purports to amend a UCC
23         Financing Statement but references no current record to be amended or
24         supplemented."
25

1    The authority is in the UCC filings. If perpetrator and conspirator C.

2    Clifford Shirley did not understand the UCC filings he had an obligation under the

3    code of conduct for United States judges to "(3) obtain the written advice of a

4    disinterested expert on the law…"

5    Heather-Ann:Tucci:Jarraf's UCC filings is one of the many reasons the

6    federal court did not have jurisdiction. There is little doubt that perpetrator and

7    conspirator C. Clifford Shirley understands that commercial processes under the

8    UCC are non-judicial. He understands they are summary processes more powerful

9    than judicial processes. If he didn't understand the UCC he certainly could have

10   contacted the IRS for a crash course. The IRS creates the most activity of

11   commercial collection. The SBA (U.S. Small Business Administration) uses a

12   general security agreement (UCC) designating business assets as collateral, e.g.

13   machinery and equipment, furniture and fixtures, etc.

14   There's also little doubt perpetrator and conspirator C. Clifford Shirley

15   understands EVERYTHING is commercial and the UCC governs all commercial

16   transactions. UCC controls how most business is done in the US and much of the

17   world.

18   Perpetrator and conspirator C. Clifford Shirley could have easily referred to

19   Article 9 of the Uniform Commercial Code for an understanding of perfected

20   judgments. Perpetrator and conspirator C. Clifford Shirley knows that silence is

Page **210** of **322**

consent.  Heather-Ann:Tucci:Jarraf explained during the trial an unrebutted

affidavit stands as truth in commerce.  An unrebutted affidavit is acted upon as the

judgment in commerce.  The secured creditor can take possession of collateral

without judicial process after default "without breach of the peace" under UCC 9-

609.  Failure to submit a categorical point-for-point rebuttal of the UCC filings in

the form of a commercial affidavit leads to a perfected judgment.  An uncontested

affidavit is taken as true in support of a summary judgment.  Perpetrator and

conspirator C. Clifford Shirley understands even in court the allegations are

considered true if the affidavit is unrebutted:

**Group v. Finletter**,  108 F.Supp. 327 (1952)

- **"Defendant has filed no counter-affidavit**, and **therefore** for the purposes of the motion before the Court, **the allegations in the affidavit of plaintiff must be considered as true**"

**United States v. W Kis**, 658 F2d 526

- "It requires that the taxpayer answer the Government's case through responsive pleadings, supported by affidavits that allege specific facts in rebuttal. Any **uncontested allegations** of the Government's **must be accepted as admitted**."

In the uniform commercial code there is a rebuttable presumption.  Facts are

assumed to be true until they are rebutted.  UCC § 1-206. Presumptions (Att. #23)

It provides that <u>**"the trier of fact must find the existence of the fact unless and**</u>

<u>**until  evidence is introduced that supports a finding of its nonexistence."**</u>

Perpetrator and coconspirator C. Clifford Shirley was the "trier in fact."  He knew

1   Mrs. Tucci:Jarraf's UCC filings have not been rebutted so they stand as truth and

2   fact.  He knew the court did not have subject matter or personal jurisdiction.  He

3   knew it!

4   ## C. Clifford Shirley Report and Recommendation, Doc. 62, P. 13, Last ¶

5   ■ "Finally, **the Defendants' UCC filings do not constitute a lawful**
6   **judgment**. At the October 18 motion hearing, Defendant Tucci:Jarraf argued
7   that her "Declaration of Facts," which was stated on the UCC Financing
8   Statement Amendment forms, constituted a "perfected judgment." [Doc. 61,
9   Trans., pp. 4, 7-11, 15, 22] She contends that this "judgment" is binding on
10  the Court because she alleged these facts and no one has rebutted them. She
11  claims, as one of her ten "maxims of law," that a "duly sworn, verified, and
12  validated declaration, made with due signature and seal, duly unrebutted
13  specifically and particularly, stands as law." [Doc. 43, p.3] At the motion
14  hearing, Defendant Tucci:Jarraf could provide no legal authority for this
15  maxim and could only assert that it is universally known. [Doc. 61, Trans.,
16  pp.14-16] As Defendant Tucci:Jarraf, who was formerly a licensed attorney,
17  well knows, a "judgment" is "[t]he official and authentic decision of a court
18  of justice upon the respective rights and claims of the parties to an action or
19  suit therein litigated and submitted to its determination."

21  With this statement, **"a "judgment" is "[t]he official and authentic**

22  **decision of a court of justice upon the respective rights and claims of the**

23  **parties to an action or suit therein litigated and submitted to its**

24  **determination,"** perpetrator and conspirator C. Clifford Shirley nullified every

25  UCC judgment in which vehicles, homes, businesses, bank accounts or other

26  property was seized through the UCC process.  He just said that process is illegal

27  because a "judgment" is the exclusive domain of a court.  Everyone should ask for

1   their property to be returned based on C. Clifford Shirley's "UCC judgment"

2   definition.

3       Through the Uniform Commercial Code, around 2012, Heather-

4   Ann:Tucci:Jarraf foreclosed on the US corporate government and all other private

5   corporations operating under the guise of government. According to Heather-

6   Ann:Tucci:Jarraf, "So when it went unrebutted, it's a matter of law at that point. A

7   declaration unrebutted stands as law. And it was entered into the Uniform

8   Commercial Code, which is a notification system, and that is actual due notice.

9   However, there were courtesy copies and courtesy notices, personal service done

10  around the world on top of that." (Proceedings Before C. Clifford Shirley, Jr.,

11  October 18, 2017, P. 8-9, Line 24-25; 1-5 – no court document number)

12      Acquiescence is acceptance by keeping quiet or by not making objections.

13  Default comprises your agreement that all issues pertaining to the UCC filing are

14  deemed settled and closed. The process of putting the world on notice through the

15  UCC notification system is known as perfection. Creation and perfection are

16  discussed under UCC Article 9. A perfected lien is treated as a judgment.

17  Perpetrator and conspirator C. Clifford Shirley had an obligation to make sure he

18  and his coconspirator prosecutors understood the Uniform Commercial Code

19  including hiring a UCC expert to remove all doubt. .

1    Heather-Ann:Tucci:Jarraf offered to provide perpetrator and conspirator C.

2    Clifford Shirley with authority for the summary judgment.  However, he did not

3    give her the research time to gather that information for him. He didn't really want

4    it.  He knew what she said was correct.

5        It is a fundamental maxim of law that ignorance of the law is no excuse to

6    violating it.  One such maxim is as follows: "Ignorance of the fact excuses;

7    ignorance of the law excuses not.  Every man must be taken to be cognizant of the

8    law; otherwise there is no saying to what extent the excuse of ignorance may not

9    be carried."  What exactly did perpetrator and conspirator C Clifford Shirley

10   believe to be his responsibility?  He wasn't doing his job and operating a court of

11   record so it's hard to know.  He had law clerks.  It was his job to research the

12   UCC.  Ignorance is not an excuse for violating the rights of Americans, including

13   due process, especially by those who have taken an oath to uphold the law.  It's

14   safe to conclude ignorance had nothing to do with it.  It was all about the

15   conspiracy plot.

16   ## C. Clifford Shirley Report and Recommendation, Doc. 62, P. 14, 2nd ¶

17

18   ■ "The Defendants argue that, as a result of their alleged "foreclosure" and
19   "judgment" (both of which have been discounted above), the only authority
20   over them is that to which they consent. **The Defendants contend that they**
21   **do not give this Court jurisdiction over them and demand that the**
22   **Court file their proposed order, dismissing the case**.  While the
23   Defendants deny that they are "sovereign citizens," they assert the typical
24   argument of those espousing sovereign citizen views, which is that the
25   defendant is sovereign and above the law. Here, the Defendants argue that

they are not subject to the jurisdiction of the United States Courts because they have not consented to the Court's authority over them and that indictments may only be issued by the individual who is charged therein."

Perpetrator and conspirator C. Clifford Shirley was in a district court which is **a court of record**. (Att. #8) Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf instructed him as is the process in a court of record common law court. He acknowledges he ignored that instruction and trespassed the law committing an injury to Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf.

How did perpetrators and coconspirators Thomas A. Varlan and C. Clifford Shirley get subject matter and personal jurisdiction?

- They unlawfully took it by using the intentionally vague and deceitful 18 U.S.C. § 3231 meant to be a catch-all to claim jurisdiction where there is none.

- They didn't get jurisdiction from a sworn complaint and affidavit from the plaintiff because there wasn't one.

- They didn't get jurisdiction from the plaintiff having a cause of action or standing because it didn't. The United States of America and the United States are corporations and did not suffer a loss. (Att. #33.2)

- They didn't get jurisdiction by charging Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf for crimes against the United States because they admit there was no crime against the United States. They admit at several points their "victim" was USAA Bank.

- They didn't get jurisdiction from the FBI because the FBI did not have jurisdiction,

- They didn't get jurisdiction as the result of a probable cause hearing because there was no probable cause hearing.

- They didn't get jurisdiction from a South Carolina <u>statewide</u> misdemeanor traffic related bench warrant disposed of two years earlier,

- They didn't get jurisdiction from the fraudulent Tennessee district court arrest warrants for Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf in which both arrest warrants are invalid because they were not signed by the clerk per US Code Rule 9. (Att. #10)

- They didn't get jurisdiction by consent though subject matter jurisdiction cannot be granted by consent.

"A court has no jurisdiction to determine its own jurisdiction, for a basic issue in any case before a tribunal is its power to act, and a court must have the authority to decide that question in the first instance." Rescue Army v. Municipal Court of Los Angeles, 171 P2d 8; 331 US 549, 91 L. ed. 1666, 67 S.Ct. 1409.

Perpetrator and conspirator C. Clifford Shirley knew the court did not have jurisdiction. He knew he trespassed the law and that is the likely reason for him bringing up the old and tired "sovereign citizen" oxymoron as if it had anything to do with the price of tea in China.

## C. Clifford Shirley Report and Recommendation, Doc. 62, P. 15, Last ¶

- ■ "The jurisdiction of this Court is provided by statute, 18 U.S.C. § 3231, and the Defendants were brought before the Court through valid legal process."

If two innocent Americans weren't falsely imprisoned we would burst into laughter instead of roll our eyes at this clear display of dishonesty. Perpetrator and conspirator C. Clifford Shirley knows the legal process <u>was not valid</u> – it was UNLAWFUL! The process due Mr. Beane and Mrs. Tucci:Jarraf was DENIED!

1    US Code § 3231 is evidence of the law.  It is not law.  US Supreme Court

2    held that state officials acting by "color of law" may be held personally liable for

3    the injuries or torts they cause and that official or sovereign immunity may not be

4    asserted.

5    Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf were brought to court by

6    means of felony kidnapping.  One could hardly call it "valid legal process" when a

7    South Carolina statewide misdemeanor traffic related bench warrant disposed of

8    two years earlier and Tennessee district court fraudulent and fictitious signed arrest

9    warrants were used to arrest Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf.

10   They used fraudulent warrants to kidnap, detain, and unlawfully imprison Randall-

11   Keith:Beane and Heather-Ann:Tucci:Jarraf.  The perpetrators and conspirators

12   gave no thought to "valid legal process" because they were focused on achieving

13   the goal of the conspiracy – imprison Mr. Beane and Mrs. Tucci:Jarraf by whatever

14   means necessary.

15   **C. Clifford Shirley Report and Recommendation, Doc. 62, P. 16, 1ˢᵗ ¶**

16   ■ "After carefully considering the parties' filings and arguments and the
17   relevant legal authorities, the Court finds no basis to dismiss the Indictment.
18   For the reasons set forth herein, the undersigned **RECOMMENDS** that
19   Defendants' filing requesting the dismissal of the case [**Doc. 43**] be
20   **DENIED.**"
21
22   The case was a nefarious plot and conspiracy involving a crime ring – the

23   FBI, US Attorney Office, Knoxville County Sheriff, USAA Bank, NY Federal

1 Reserve Bank, Eastern District of Tennessee District Court, et al. – to falsely

2 imprison Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf.  It's a

3 recommendation a coconspirator would make.

4 ## XXI) <u>Freudian Slips</u>
5

6 **<u>Freudian Slip #1</u>** -       Perpetrator and conspirator Cynthia F. Davidson

7 admitted to the grand jury that it was a "bonafide" purchaser.  Here are her words:

8 **<u>Grand Jury Transcript, Page 40, Line 11-15</u>**

9  "MS. DAVIDSON:  Because all of the money that went to Whitney Bank
10 for the motor home is gone?
11
12  THE JUROR:  Right, right.
13
14  MS. DAVIDSON:  **Because that was a, you know, a bona fide**
15 **purchaser**."
16
17 Randall-Keith:Beane was the only purchaser.
18
19 <u>DEFINITION:</u>
20
21  **Bona Fide Purchaser** -  A purchaser in good faith for valuable
22 consideration and without notice. Neal v. Holt, Tex.Civ.App., 69 S.W.2d 603, 609.
23 A purchaser for a valuable consideration paid or parted with in the belief that **the**
24 **vendor had a right to sell,** and without any suspicious circumstances to put him
25 on inquiry. Merritt v. Railroad Co., 12 Barb., N. Y., 605. **One who acts without**
26 covin, **fraud, or collusion**; one who, in the commission of or connivance at **no**
27 **fraud**, pays fullprice for the property, and in good faith, honestly, and in fair
28 dealing buys and goes into possession.  (Black's Law Dictionary, 4th Edition,  P.
29 224)
30  **Bona Fide Purchaser.** N. **Someone who buys property in good faith for**
31 **valuable consideration** and has no reason to believe anyone else has rights to the
32 property.  (The Essential Law Dictionary, 2008, P. 57)
33

1    Perpetrator and coconspirator Cynthia F. Davidson's slip of the tongue to the

2    grand jury revealed her knowledge and understanding that Mr. Beane's motorhome

3    purchase was an honest business transaction without fraud or collusion.

4    **Freudian Slip #2** -      Perpetrator and conspirator Cynthia F. Davidson had

5    another slip of the tongue during the trial when she said "During the theft **from** the

6    defendant, Randall Keith Beane…" (Trial Transcript, Volume II, P. 38, Line 4-5 -

7    Att. #31.3) Perpetrator and conspirator Cynthia F. Davidson was right. Mr. Beane

8    is the victim of theft. Perpetrator and conspirator Cynthia F. Davidson knew Mr.

9    Beane did nothing wrong and that he was, in fact, the victim but she prosecuted

10   him anyway.

11   **Freudian Slip #3** -      Perpetrator and coconspirator Parker Still had his own

12   slip when explaining to the grand jury that Mrs. Tucci:Jarraf has knowledge of the

13   funds he and his coconspirators told the jury don't exist. Perpetrator Still stated,

14   "And her knowledge of -- how do I say this, **she has knowledge of these funds**…"

15   (Grand Jury Transcript, P. 52, Line 3-4) What funds? The funds he told the grand

16   jurors don't exist because the account number is "fictitious" and "invalid?" (GJT,

17   P. 27, Line 9-13;  GJT, P. 32, Line 3-4; GJT, P. 39, Line 7-8)

18   **XXII)**  **Privacy Violations**

19       Mr. Beane has the right to privacy and confidentiality free from unwarranted

20   invasion. Buddy Gregg RV's & Motor Homes violated Mr. Beane's privacy by

1    revealing information about Randall-Keith:Beane without receiving a subpoena.

2    Buddy Gregg's sales manager, Jerald Byrne, said they were under threat of being

3    charged with "obstruction of justice," but they still had an obligation to protect Mr.

4    Beane's privacy given they did not receive a court order to divulge personal

5    information.  They chose to join in the conspiracy.

6          Perpetrators and coconspirators Parker Still and Cynthia F. Davidson made a

7    point of saying: "the banking part of USAA is federally **backed by** the Federal

8    Deposit Insurance Corporation commonly referred to as **the FDIC**."  (Cynthia

9    Davidson Questioning Parker Still -- Grand Jury Transcript, P. 3, Line 18-20)

10          USAA Bank was obligated to adhere to the FDIC's regulations regarding

11    privacy of consumer financial information --  12 CFR § 332.10.

12    **12 CFR § 332.10  Limits on disclosure of non-public personal information to**
13    **nonaffiliated third parties.**

14

15    (a)(1)  ***Conditions for disclosure***.  Except as otherwise authorized in this part, you
16    may not, directly or through any affiliate, disclose any nonpublic
17    personal information about a consumer to a nonaffiliated third party unless:
18    (i)  You have provided to the consumer an initial notice as required under § 332.4;
19    (ii)  You have provided to the consumer an opt out notice as required in § 332.7;
20    (iii)  You have given the consumer a reasonable opportunity, before you disclose
21    the information to the nonaffiliated third party, to opt out of the disclosure; and
22    (iv)  The consumer does not opt out.

23

24          USAA Bank did not file an official sworn complaint against Randall-

25    Keith:Beane.  USAA Bank did not receive a subpoena for Mr. Beane's personal

26    information.  USAA Bank cannot hide behind 12 U.S. Code § 3403

1  (Confidentiality of financial records) – "…notifying a Government authority that

2  such institution, or officer, employee, or agent has information which may be

3  relevant to a possible violation of any statute or regulation. Such information may

4  include **only the name** or other identifying information concerning any individual,

5  corporation, **or account involved** in and the nature of any suspected illegal

6  activity."

7  　　USAA bank did not have a signed agreement from Mr. Beane nor did they

8  have a subpoena to release Mr. Beane's private information when Mr. Beane was

9  arrested July 11, 2017.  It was an illegal search and seizure in violation of the

10  fourth amendment as well as a violation of 12 U.S. Code § 3403 (a), (b), and (c).

11  Remember, USAA Bank lied about Mr. Beane altering his social security account

12  number by one digit so there was no "possible violation" as stated in 12 U.S. Code

13  § 3403.  USAA Bank fabricated the violation.  USAA Bank also knew the FBI did

14  not have jurisdiction to investigate their made up violation.

15  　　USAA Bank totally disregarded Mr. Beane's privacy rights.  Perpetrator and

16  conspirator True Brown sent the following email (among others) to his former FBI

17  comrade perpetrator and conspirator Parker Still without force of law and without

18  filing an official sworn affidavit complaint against Mr. Beane.

19
20
21
22

From: Brown, True
Sent: Tuesday, July 11, 2017 4:07 PM
To: 'parker.steill@ic.fbi.gov' <parker.steill@ic.fbi.gov>
Subject: Randall Beane

Parker

**I was wondering if you could provide an update as to status of effort to secure the RV.**

Also, this link was provided by Tom Grasso, a SSA in CIRFU which lays out the fraud scheme (of course he says it is legit and you are entitled to the money)

https://www.voutube.com/watch?v=R6Kk6oAu3kO

The link is to a YouTube video from the Intellectual Freedom Movement on "pay your bills using your secret account" - in the video the narrator (Harvey Dent) advises that everyone has a secret Social Security Trust Account which they can access to pay bills. The key is an indicator on your SSN card which will correspond to a specific Federal Reserve Bank; **the account number is same as your SSN**.

In regard to our member, Randall K Beane; the acquisition of the CDs; the member entered the routing number for the Federal Reserve Bank on NY and then for the account number entered his SSN (**with one digit altered**). The member's correct SSN per USAA records and confirmed with open source credit reports was 243-three nine-1135*; entered on the funding instructions for the CDs was account **244threenine1135***.

As far as the matter with our member, Randall Beane, **the loss amount is at approximately $500,000;** in addition to the purchase of the RV, the member paid off several **consumer loans and a credit card balance; all up totaling $43,458. FCI** is taking steps to have the payments **reversed and loans and credit card debt placed back on the books.** The RV purchase includes a wire transfer of **$493,110.68** and a debit card transaction of **$10,000** to Buddy Gregg Motor Home.

Again, we appreciate the assistance; pass on my regards to the McAllen crew. Hopefully they did not bring to many bad habits to Knoxville. We tried our best to clean them up before they left the Valley.

True

True Brown
Director, Financial Crimes Investigation
Enterprise Financial Crimes Management, Enterprise Security Group, USAA
9800 Fredericksburg Road, San Antonio, Texas 78288
Desk: (210) 498-0853
Cell: (210) 508-6594
True. Brown(5) usaa.com

     As you can see in the email, perpetrator and conspirator True Brown shared

Mr. Beane's financial information and social security account number with

1 perpetrator and coconspirator Parker Still without force of law or official sworn

2 complaint.

3 Per the email below, True Brown and USAA Bank solicited private

4 information about Randall-Keith:Beane from perpetrator and conspirator Parker

5 Still that they were not entitled to have. They did not file an affidavit complaint

6 against Mr. Beane. They were not the plaintiff in the case.

7
**From:** Brown, True [mailto:True.Brown@usaa.com]
**Sent:** Wednesday, July 12, 2017 9:10 AM
8 **To:** Still, Parker H. (KX) (FBI) <phstill@fbi.gov>
**Subject:** Information request on arrest and RV

9 Now that the smoke has cleared a little; are you in a position to advise: 1. **what charges Randall Beane was arrested/detained on**

10                                                                         2. Do you have any info on the RV such as the VIN (trying to get a pic for my management) - if I have VIN I can go to dealer website
                                                                        3. **Do you anticipate charging Beane on complaint**

11 Again, **thank you again for jumping on this matter.** The **quick actions** taken has really **impressed USAA Executive Management team.** Makes me proud of the organization .

12 Let me know what additional information you need and we will pull it.

13 True

14                                                                                 Att. #63

15 The above email sounds more like a personal favor between conspiracy

16 plotters than a professional investigation.

17 An email dated Tuesday, July 18, 2017 sent at 2:13 pm (from perpetrator

18 and coconspirator True Brown to perpetrator and coconspirator Parker Still) shows

19 a **CD.activity.LE.xlsx** attachment. This is the only email provided that shows an

20 attachment. If this is the IP logs perpetrator and conspirator Parker Still referred to

1   in his trial testimony below then the USAA email and IP logs attachment was not

2   the basis for perpetrator and conspirator Parker Still determining Randall-

3   Keith:Beane had committed a crime. Still didn't receive this email and attachment

4   until seven (7) days after he had already arrested and assaulted Mr. Beane (arrest

5   date is 7/11/17). It means perpetrator and conspirator Parker Still did not have IP

6   logs on or about July 11, 2017. It means he had no complaint, no affidavit, and no

7   IP logs and yet he arrested, detained and imprisoned Mr. Beane. It means both

8   perpetrators True Brown and Parker Still were conspiring and discussing Mr.

9   Beane's private information with absolutely no lawful reason to do so.

10       Trial transcript: perpetrator and conspirator Parker Still was asked what

11   actual information he had to determine Mr. Beane had committed a crime:

12   **Heather-Ann:Tucci:Jarraf Cross-examination of Parker Still, Trial**
13   **Transcript Volume I, P. 49-50, Line 22-25; 1-2; 23-24**

14

15      A    **I think it was** attached to **an e-mail** from USAA. Again, and I
16   followed up with an interview.

17

18      Q    Uh-huh. And **what was this attachment**?

19

20      A    There was **some notes** I know, like I was describing, and then I think

21   there was some kind of **maybe IP logs** that showed a -- where, you know -- **just IP**

22   **logs. Have no reason to doubt USAA's information that they provided to us**.

23   (Att. #30.2)

1    Perpetrator and conspirator True Brown disclosed Randall-Keith:Beane's

2    private information without his consent and perpetrator and coconspirator Cynthia

3    F. Davidson did so as well.  Trial transcript:

4    **Trial Transcript, Volume I, P. 134, Line 19-25**

5

6    **MS. DAVIDSON**: "Your Honor, **in this case, the Social Security number**

7    **is very important, which is why we did not redact them prior to trial**. I am

8    aware of the policy of the Court, and we are planning to redact the transcript before

9    it is written up. But, unfortunately, **I believe that his Social Security number is**

10   **very important for our exhibits and needs to be unredacted**."

11

12       Perpetrator and coconspirator Cynthia F. Davidson's argument involved the

13   third digit of Mr. Beane's social security account number.  There are six numbers

14   after the third that could have been redacted in compliance with privacy rights.  All

15   she had to do was 243-XX-XXXX or really XX3-XX-XXXX.  Here is perpetrator

16   and coconspirator Cynthia F. Davidson and Anne-Marie Svolto's social security

17   account number argument in a nutshell:

18       They argued that in order to access his treasury direct depository account

19   Mr. Beane changed his social security account number as follows:

20           XX**3**-XX-XXXX **to** XX**4**-XX-XXXX

21       They never bothered to explain how Mr. Beane would know to move the

22   third digit up one digit to make it work.  Did Mr. Beane have psychic powers?

23   They didn't say.

1      None of the other digits had any relevance to their argument.  It would have

2    been so easy to mask Randall-Keith:Beane's social security account number that

3    you have to ask why was perpetrator and conspirator Cynthia F. Davidson so

4    against it?  She wanted Mr. Beane's full social security account number out there

5    for the world to see along with his birth date, full name and address.  Why?  Did

6    someone plan to access Mr. Beane's treasury direct depository account once he

7    was locked away?

8      They obtained Randall-Keith:Beane's personal records from his employer,

9    his banker (USAA Bank), his landlord, Buddy Gregg RV's & Motor Homes, etc.

10   and they had NO FORCE OF LAW to do it.  Perpetrator and conspirator Parker

11   Still did not have jurisdiction to testify before the grand jury to secure a fake

12   indictment.  Perpetrator and conspirator Parker Still used a South Carolina

13   statewide misdemeanor traffic related bench warrant that had been disposed of two

14   years earlier to arrest Randall-Keith:Beane.  The case was void from jump street.

15     The Perpetrators and coconspirators violated Randall-Keith:Beane's privacy

16   over and over and over.  They denied him the legal process due him.  They

17   exceeded their authority.  They are trespassers of the law.

18   **Cynthia Davidson Direct Examination of Monica AlcalaTrial Transcript,**

19   **Volume I, P. 110, Line 4-7**      -      Trial excerpt:

20

21      Q      And what is the Social Security number?

22      A      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.

1         **Q**     And the date of birth?

3         **A**     It's 9/29/67.

**Cynthia Davidson Direct Examination of Monica AlcalaTrial Transcript, Volume I P. 112-113, Line 25, 1-2**

         **Q**     Okay. And if we could look at the Social Security number on this.

         **A**     The social is 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.

**Cynthia Davidson Direct Examination of Monica AlcalaTrial Transcript, Volume I Trial Transcript, Volume I, P. 93, Line 20-24**

         **Q**     And what's that name?

         **A**     Randall Beane.

         **Q**     And also an address?

         **A**     300 State Street, Apartment 365, Knoxville, Tennessee 37902.

**Cynthia Davidson Direct Examination of Monica AlcalaTrial Transcript, Volume I P. 117, Line 16**

         **A**     These, it's 300 State Street, Apartment 365.

**Cynthia Davidson Direct Examination of Monica AlcalaTrial Transcript, Volume I, P. 121, Line 17**

         **A**     300 State Street, Apartment 365.

Heather-Ann:Tucci:Jarraf's elbow counsel (Mr. Lloyd) raised the privacy issue and they just blew him off. Trial transcript:

**MR. LLOYD**: "The other thing is, I noticed that the exhibits that have gone in most recently do have **identifying information** on them, **such as Social Security numbers**. I wanted to ask the Court how the Court anticipates handling

compliance with the **redaction policy** of the district." (Trial Transcript, Volume I, P. 134, Line 12-16)

**THE COURT**: "Government have any thoughts in that regard?" (Trial Transcript, Volume I, P. 134, Line 17-18)

**MS. DAVIDSON**: "Your Honor, in this case, the Social Security number is very important, which is why we did not redact them prior to trial. I am aware of the policy of the Court, and **we are planning to redact the transcript** before it is written up. But, unfortunately, I believe that his Social Security number is very important for our exhibits and needs to be unredacted." (Trial Transcript, Volume I, P. 134, Line 19-25)

**THE COURT**: "So why don't -- let me think about that. I mean, I understand the government's position and I hear their response. So why don't y'all think about that response and we can talk about it tomorrow if we need to." (Trial Transcript, Volume I, P. 135, Line 1-4)

**MR. LLOYD**: "Yes, Your Honor." (Trial Transcript, Volume I, P. 135, Line 5)

Obviously tomorrow never came because the private data was not redacted.

Tennessee Code Annotated (T.C.A.) § 10-7-515 prohibits document

preparers from placing personally identifying information on documents, for

purposes of T.C.A. § 10-7-515, **"personally identifying information" means: (i)**

**social security numbers.**

Constitutional Amendment IV does not speak directly to privacy rights but

it does say – "The right of the people to be secure in their persons, houses, papers,

and effects…" The people's rights extend far beyond that which is enumerated in

the Constitution per Amendment IX—"The enumeration in the Constitution of

1. certain rights shall not be construed to deny or disparage others retained by the
2. people."

3. There is also the Privacy Act of 1974 which governs the use of information
4. maintained by federal agencies. "No agency shall disclose any record which is
5. contained in a system of records by any means of communication to any person, or
6. to another agency, except pursuant to a written request by, or with the prior written
7. consent of, the individual to whom the record pertains."

## XXIII) Punishment – Sentencing and Double Jeopardy

10. Randall-Keith:Beane's freedom has been stolen and his life turned upside
11. down. Mr. Beane has suffered numerous injuries at the hands of the perpetrators
12. and conspirators to include nine punishments for the same alleged violation. This
13. goes way beyond double jeopardy.

**Punishment #1** - **Personal Money Judgment to the United States**

1) "The United States **or**\* the government also seeks a
**personal money judgment** in favor of the government
and against the defendant for **$553,749.99**, which the
government contends is the amount representing the
proceeds the defendant personally obtained as a result of
the defendant's criminal violations." (Sentencing
Proceedings Before Thomas A. Varlan, Tuesday, July 24,
2018, Document 240, P. 10, Line 12-18 – Att. #78.2)

2) Stated again **- A money judgment in favor of the
United States and against the defendant**, RANDALL
KEITH BEANE, **for $553,749.99**, which represents the
minimum amount of proceeds RANDALL KEITH
BEANE personally obtained. (Preliminary Order of

Forfeiture, Document 224, P. 2, Paragraph 1(b) – Att. #77.2)

3) And again - 'In total, the United States submits that the amount the defendant personally obtained as a result of the fraudulent purchase of the certificates of deposit was at least **$553,749.99**.  **This amount ($553,749.99 ) is <u>different</u> from the restitution amount ($510,589.02) owed to the victim bank**.   This is because some of the payments the defendant made with the fraudulently obtained funds went directly to the victim bank to pay consumer loans the defendant had with the victim bank.'(Motion For Entry of Preliminary Order of Forfeiture, Doc 223 – P. 2 Footnote - Att. #66.2)

4) "…this Preliminary Order of Forfeiture will become final as to the money judgment in the amount of **$553,749.99**  at the time of sentencing, and **will be** made part of the sentence and **included in the Judgment**." (Preliminary Order of Forfeiture, Document 224, P. 3, Paragraph 5 – Att. #77.3)  It is not in the judgment.

 In the first paragraph of punishment #1 it says ""The United States <u>or</u>* the government also seeks a **personal money judgment** in favor of the government and against the defendant for **$553,749.99."**  Isn't the United States the government?  Or is perpetrator and conspirator Thomas A. Varlan saying the United States he's referring to is the corporation?  28 U.S.C. § 3002(15) -- "United States" means – (A) a Federal corporation

In the second paragraph of punishment #1, perpetrators and conspirators said '**$553,749.99** represents the minimum amount of proceeds RANDALL KEITH BEANE personally obtained, but True Brown (USAA Bank Financial Crimes Investigator) said in his July 11, 2017 (4:07 pm) e-mail "…the loss amount is at approximately $500,000."  (Att. #62.2)

Case 3:17-cr-00082-TAV-DCP   Document 274   Filed 11/04/21   Page 70 of 162   PageID #: 19869

In the third paragraph of punishment #1, perpetrators
and conspirators said "This is because some of the
payments the defendant made with the fraudulently
obtained funds went directly to the victim bank to pay
consumer loans the defendant had with the victim bank,"
but True Brown (USAA Bank investigator) said, in his
July 11, 2017 e-mail, (Att. #62.2) "...the member paid
off several consumer loans and a credit card balance; all
totaling $43,458 and USAA financial crimes investigator
"is taking steps to have the payments reversed and loans
and credit card debt placed back on the books." If the
payments were reversed and placed back on the books
then they weren't paid off so why did perpetrators and
conspirators J. Douglas Overbey and Anne-Marie Svolto
say Mr. Beane received that amount? They padded the
figures.

In the fourth paragraph of punishment #1, perpetrators
and conspirators said the **$553,749.99**
would be included in the Judgment. (Att. #77.3) It is
not listed in the judgment. Perpetrator and conspirator
Thomas A. Varlan completed the "preliminary order of
forfeiture" (Att. #77.3) and the "Judgment in a Criminal
Case" (Att. #26.1) 7/24/17, but the $553,749.99
somehow didn't make its way into the judgment. It is,
nevertheless, a court order that can be enforced albeit
illegal and unlawful. Was the court order of $553,749.99
intentionally left out of the judgment? We think so. Did
someone collect it? It's hard to imagine there would
be a court order for $553,749.99 and no one collect it.

**Punishment #2**    -    **Criminal Monetary Penalties to Tenn. US Dist. Court**

"Having assessed the defendant's ability to pay,
payment of the total criminal monetary penalties is due as
follows:"

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☒ Lump sum payments of $ 511,289.02     due immediately, balance due

Judgment In A Criminal Case, Court Document 228, 07/24/18 (Att. #26.3)

Court Document 228 (Judgment in A Criminal Case – (Att. #26.3) says perpetrator and conspirator Thomas A. Varlan assessed Mr. Beane's ability to pay $511,289.02 and determined he could not only pay the criminal monetary penalty, he also demanded Mr. Beane pay the **$511,289.02** to the US District Court, Knoxville, Tennessee district court **IMMEDIATELY** and in a **LUMP SUM**.

There is no doubt perpetrator and conspirator Thomas A. Varlan knew Randall-Keith:Beane did not have **$511,289.02** laying around. What did he assess to see an ability for Randall-Keith:Beane to pay him/his court **$511,289.02** immediately in a lump sum, and is it the same source from which they collected the $553,749.99 for the corporate United States?

The $511,289.02 (for the Tennessee district court) plus the $553,749.99 (for the United States) total $1,065,039.01. Was the $1,065,039.01 taken from the **$31,000,494.97** that was in Mr. Beane's personal USAA bank account? (Att. #31.3) Or did perpetrator and conspirator Thomas A. Varlan peek into Mr. Beane's treasury direct depository account to assess his ability to pay $511,289.02 to the Tennessee district court immediately in a lump sum? Those are the only two sources from which perpetrator and conspirator Thomas

| | | |
|---|---|---|
| 1 | | A. Varlan could have "assessed Mr. Beane's ability to |
| 2 | | pay" and pay immediately in a lump sum. |

**Punishment #3** - <u>**Restitution to USAA BANK**</u>

"It's further ordered that you shall make restitution
in the amount of **$510,589.02** to USAA Bank in
accordance with 18 United States Code §§ 3663
and 3663(a) **or any other statute authorizing
restitution**." (Sentencing Proceedings Before
Thomas A. Varlan, Tuesday, July24, 2018,
Document 240, P. 32; 14-18)  Perpetrator and
conspirator Thomas A. Varlan doesn't know
what "other" statutes authorize restitution?

"Restitution of **$510,589.02** to:  USAA BANK,
10750 W. INTERSTATE 10, SAN ANTONIO,
TX, 78288" (Judgment In A Criminal Case,
Document 228, 07/24/18 – Att. #26.2)

USAA Bank did not allege an "injury in fact."
USAA Bank was not the plaintiff.  USAA Bank
did not have a cause of action or standing so why
would USAA Bank be awarded **$510,589.02** restitution?

The perpetrators and coconspirators used the corporation
United States of America (Plaintiff)  to steal
**$31,000,494.97 + $553,749.99 + $511,289.02 +
$510,589.02 + $503,110.68 (motorhome cost)**.

The perpetrators and coconspirators used United States of
America corporation to shield USAA Bank Corporation
from liability for their false fraudulent accusations and
lies.  USAA Bank would not step forward with a sworn
affidavit or complaint because they knew their
accusations and allegations against Mr. Beane were false.
Mr. Beane had a right to face his true accusers (the
scoundrels at USAA Bank) and he was denied that right
by the prosecuting fraudsters.

Page 233 of 322

**Punishment #4** - **Imprisonment**

"...it is the judgment of the Court as to Counts 1 through 7 that the defendant, Randall Keith Beane, is hereby committed to the custody of the Bureau of Prisons for a total term of imprisonment of 155 months. This sentence consists of a term of 120 months as to each of Counts 1 through 5 and 155 months as to each of Count 6 and 7 to run concurrently. (Sentencing Proceedings Before Thomas A. Varlan, Tuesday, July 24, 2018, Document 240, P. 32; 5-13)

"**IMPRISONMENT -** The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 155 Months. This sentence consists of a term of 120 months as to each of Counts One through Five, and 155 months as to Count Six and Seven with all counts to run concurrently. It is ordered that this sentence shall be served concurrently to **any anticipated state sentence in Jasper County, South Carolina**, District Court Docket Number 2014GS2700554" (Judgment In A Criminal Case, Document 228, 07/24/18, P. 2)

The South Carolina traffic related case has a disposition date of 7/17/2015 and they all know it including perpetrator and conspirator Thomas A. Varlan. The 7/17/2015 disposition date has been listed on the South Carolina Public Index since at least August 31, 2017 per the I-UV.com post – Att. #2.2. There is no saying the perpetrators did not know the case had been disposed of July 17, 2015 – two years earlier. The perpetrators and conspirators had to pretend all the way to the end that using the South Carolina bench warrant was lawful otherwise they admit to their own criminal conduct.

**Punishment #5** - **DNA Collection** - **Violation of Privacy**

"You must cooperate in the collection of DNA as directed by the probation officer."

This is a violation of privacy and rights, and theft of private property.

**Punishment #6** - **Unlawful Seizure of Private Property Motorhome**

"2017 Entegra Cornerstone 45B; 45 foot diesel motorhome; VIN 4VZVU1E94HC082752; topaz in color with eight wheels" (Preliminary Order of Forfeiture, Document 224, P. 2, Paragraph 1(a) – Att. #77.2

The private property motorhome was illegally and unlawfully seized and given to USAA Bank. It was recently sold by Parkway RV Center.

**Punishment #7** - **Slave Wages**

.06 (six) cents per hour prison wage $25.00 per quarter must be sent to USAA Bank (416.67 hours of work @ .06 cent per hour).

USAA Bank was not the plaintiff and did not file a sworn affidavit complaint against Mr. Beane.

Let's not pretend six cents (0.06¢) per hour is punishment for a crime in Mr. Beane's case. It's slave labor. Randall-Keith:Beane was trafficked and is being forced to work 416.67 hours per quarter to pay $25.00 to the corrupt current and former USAA Bank CEO, president and fellow scoundrels Wayne Peacock and Stuart Parker. If you're not outraged by this something is terribly wrong. This is **peonage, involuntary servitude, slavery!** It is bondage; the ownership of a man as chattel, and **the control of the labor and services of one man for the benefit of another**, and the absence of a legal right to the disposal of his own person, property, and services in their entirety.

The prison sentence is the punishment. The unlawful loss of freedom and liberty is the punishment. The SIX CENTS PER HOUR IS THEFT OF HIS LABOR, SLAVERY – FORCED LABOR – PEONAGE and a violation of 18 U.S. Code § 1590. (Att. #40)

SAMUEL M. CLYATT v. UNITED STATES

'Sec. 1990. The holding of any person to service or labor under the system known as peonage is abolished and forever prohibited in the territory of New Mexico, or in any other territory or state of the United States; and all acts, laws, resolutions, orders, regulations, or usages of the territory of New Mexico, or of any other territory or state, which have heretofore established, maintained, or enforced, or by virtue of which any attempt shall hereafter be made to establish, maintain, or enforce, directly or indirectly, the voluntary or involuntary service or labor of any persons as peons, in liquidation of any debt or obligation, or otherwise, are declared null and void.'

'Sec. 5526. Every person who holds, arrests, returns, or causes to be held, arrested, or returned, or in any manner aids in the arrest or return of any person to a condition of peonage, shall be punished by a fine of not less than one thousand nor more than five thousand dollars, or by imprisonment not less than one year nor more than five years, or by both.'

"Every man has a natural right to the fruits of his own labor, is generally admitted; and **no other person can rightfully deprive him of those fruits, and appropriate them against his will**. [The Antelope, 23 U.S. 66, 10 Wheat 66, 6 L.Ed. 268 (1825)]

**Punishment #8**    -    **Unlawful Seizure of $31,000,494.97 from Randall-Keith:Beane's Private USAA Bank Account**

|    |    |
|----|----|
| 1  | **$31,000,494.97** was seized from |
| 2  | Randall-Keith:Beane's private USAA bank account |
| 3  | **without force of law**. The FBI, US Attorney, Knoxville |
| 4  | sheriff, Tennessee District Court, New York Federal |
| 5  | Reserve Bank and USAA Bank all worked together so |
| 6  | it's not clear who actually seized the $31,000,494.97 |
| 7  | from Mr. Beane's USAA bank account. USAA Bank |
| 8  | was responsible for protecting the account from unlawful |
| 9  | seizure without a warrant. Monica Alcala (USAA fraud |
| 10 | investigator) testified Mr. Beane successfully opened 32 |
| 11 | CDs totaling $31,000,494.974 from his treasury direct |
| 12 | depository account. (Att. #31.3) |

13

14 **Punishment #9** - **Loss of voting right**.

15     The November 3, 2020 election was one of the most
16     consequential elections in the history of this country and
17     Mr. Beane was denied the right to choose to cast a
18     vote based on a fraudulently obtained indictment, a void
19     conviction, and false imprisonment.

20

21 We count nine punishments for the fabricated offense of fraud and money

22 laundering. Here's what the Constitution says:

23     **Amendment V**—"…nor shall any person be subject for the same offence to

24 be twice put in jeopardy of life or limb…" That's the **double jeopardy** clause and

25 it applies to imposing more than one punishment for the same offense. It is

26 unconstitutional to impose multiple punishments for the same "offense" no matter

27 how many counts you divide it into. Regardless of perpetrators and conspirators

28 color of law codes/statutes and counts, there were TWO "offenses" charged – fraud

29 and money laundering – but NINE punishments were handed down.

1       The perpetrators and conspirators managed to win a conviction without

2    proving either "fraud" or "money laundering.".  What a magic trick!  Or was it a

3    money trick?  Lots of money was involved in this case.  Where or to whom did it

4    all go?

5       In punishment #1 perpetrator and coconspirator Thomas A. Varlan used his

6    position of emolument to wrongly order the immediate taking of $511,289.02 for

7    the US District Court for the Eastern District of Tennessee.  (Att. #26.3)

8    Perpetrator and conspirator Thomas A. Varlan had at least a **$511,289.02** motive

9    for ensuring Mr. Beane was convicted and imprisoned for years.  Thomas A.

10   Varlan clearly had a conflict of interest given the money judgments he assessed

11   against Mr. Beane benefited him directly or indirectly.  He had a clear incentive to

12   ensure Mr. Beane was convicted and imprisoned.  Perpetrator Varlan did not

13   exercise his official judgment and duties in an unbiased manner and this led to him

14   trespassing the law and exercising power and authority he did not lawfully have.

15      The Eastern District of Tennessee District Court did not make a claim

16   against Randall-Keith:Beane so why did it demand to immediately receive more

17   than half a million dollars in a lump sum from Randall-Keith:Beane upon

18   conviction?  Given the District Court for the Eastern District of Tennessee did not

19   suffer a loss or injury in fact it would not be entitled to $ **511,289.02.** (Att. #26.3)

Case 3:17-cr-00082-TAV-DCP   Document 274   Filed 11/04/21   Page 78 of 162   PageID #: 19877

1    Money and financial benefit was a clear motivation for the frame up.  The

2    hanky-panky with the numbers is clear.  The perpetrators and conspirators made up

3    the $553,749.99 personal money judgment to the United States. They made up the

4    $511,289.02 criminal monetary penalty to the district court.  And they made up the

5    $510,589.02 restitution to USAA Bank.  What is restitution?

6    **DEFINITION – Restitution**:
7
8    **RESTITUTION**, practice. The return of something to the owner of it, or to the
9    person entitled to it. (Bouvier's Law Dictionary, Revised Sixth Edition, P. 1771)

10   **RESTITUTION.** Act of restoring; restoration; restoration of anything to its
11   rightful owner; the act of making good or **giving equivalent for any loss, damage**
12   **or injury**.  (Black's Law Dictionary, 4th Edition, P. 1477)
13
14   **RESTITUTION.** N. (1) A remedy in which a victim is **restored to his or her**
15   **original state** or condition prior to the injury; the act of making good for some
16   wrong; restoration of the status quo.  (The Essential Law Dictionary, First Edition,
17   P. 431)
18
19       Here are the "loss" numbers according to USAA Bank investigator True

20   Brown (Att. #62.2):

| | | |
|---|---|---|
| 21 | $493,110.68 | (Mr. Beane's wire transfer for the Motorhome) |
| 22 | + $10,000.00 | (Mr. Beane's deposit to Buddy Gregg Motor Homes) |
| 23 | $503,110.68 | Total |
| 24 | + $43,458.00 | (Mr. Beane's Bill payments made per True Brown) |
| 25 | - $43,458.00 | (Bill payments reversed and put back on the books per |
| 26 | | True Brown – confirmed by Monica Alcala, Att. #31.3, |
| 27 | | Line 22-23.  USAA reversed the payments and put the |
| 28 | | accounts in default.) |
| 29 | $503,110.68 | Total |
| 30 | - $379,000.00 | (Motorhome approximate sold price – Parkway RV |
| 31 | | Center) – Att. #84.1 and #84.2 |

| | | |
|---|---|---|
| 1 | $124,110.68 | (Approximate amount the motorhome – with ONLY |
| 2 | | 1,000 miles on it not attributed to Mr. Beane driving it – |
| 3 | | was unnecessarily deep discounted by the unlawful |
| 4 | | seller. Any loss was caused by the unlawful seller and |
| 5 | | the perpetrators and coconspirators) |
| 6 | $0 | Amount of Loss Caused by Mr. Beane |

Randall-Keith:Beane did not steal from USAA Bank. USAA Bank and others stole from Randall-Keith:Beane and got away with it with the assistance of malfeasant prosecutors.

United States is not listed as the plaintiff. The canon of construction holds that to express or include one thing implies the exclusion of the other. United States of America is included in the case – United States is not. The United States and United States of America are not the same entity and neither had standing. Why would perpetrator and conspirator Thomas A. Varlan award the United States $553,749.99 allegedly for USAA Bank plus $510,589.02 restitution for USAA Bank when Mr. Beane took $0 from them? (Att. #77.2, #78.2, #26.2) Why would perpetrator and conspirator Thomas A. Varlan award $511,289.02 to his court? (Att. #26.3) Mr. Beane took nothing from the district court so he owes nothing to the district court.

The United States District Court for the Eastern District of Tennessee was not the plaintiff. It did not suffer an injury. It did not have standing.

USAA Bank was not the plaintiff. USAA bank did not show proof they suffered a loss of $1,064,339.01 ($553,749.99 + $510,589.02). Why would

1   perpetrator and conspirator Thomas A. Varlan award USAA Bank $1,064,339.01

2   from Mr. Beane when Mr. Beane took $0 from them? (Att. #66.2, #26.2, #77.2,

3   #78.2)

4        An investigation to find out where EVERY penny went and why is

5   imperative to include:  (1) the $31,000,494.97 that was in Mr. Beane's USAA bank

6   account, (2) the $553,749.99 "personal money judgment" awarded to the United

7   States, (3) the $510,589.02  restitution awarded to USAA Bank, and (4) the

8   $511,289.02 criminal monetary penalty awarded to the US District Court for the

9   Eastern District of Tennessee.

10       It's not surprising the prosecutors violated Brady v. Maryland and held the

11  exculpatory True Brown emails until after the conviction.  Perpetrator and

12  conspirator True Brown laid out the numbers USAA Bank alleged as a loss (Att.

13  #62.2) and it in no way adds up to $1,064,339.01 ($553,749.99 + $510,589.02).

14  Somebody lined their pockets.

15       The reality of the situation is USAA Bank stole from Mr. Beane – not the

16  other way around.  They took:  1) Mr. Beane's freedom and liberty, 2) Mr. Beane's

17  bank account - $31,000,494.97, 3) the private property motorhome, and 4) any

18  money the prison system has sent to USAA Bank from Mr. Beane's slave wages.

19       USAA Bank lied about Mr. Beane altering his social security account

20  number by one digit.  (Att. #62.2) Perpetrator and conspirator True Brown of

1    USAA Bank said Mr. Beane used an account number beginning "244" to fund his

2    USAA Bank account rather than his social security account number beginning

3    "243." No one stepped forward to complain Mr. Beane accessed their "244"

4    account. To whom did account "244" belong? USAA Bank was not forced by the

5    prosecutors to say because they were all lying and conspiring against Mr. Beane

6    and Mrs. Tucci:Jarraf. The prosecuting perpetrators and conspirators questioned

7    perpetrator and conspirator True Brown's subordinate Monica Alcala. Monica

8    Alcala did not accuse Mr. Beane of altering his social security account number –

9    perpetrator and coconspirator True Brown did. The prosecutors shielded and

10    protected perpetrator and conspirator True Brown from facing the man he accused

11    of a crime, and they denied Mr. Beane his right to face his accuser – True Brown –

12    and question him regarding his secret accusations against Mr. Beane.

13        Justice and the law had nothing to do with this case. This case was a cash

14    cow. It was a case built on fraud, theft, extortion under color of official right, and

15    likely racketeering by those involved in bringing the charges against Mr. Beane

16    and Mrs. Tucci:Jarraf.

17        The one and ONLY loss occurred as a result of the US Attorney, District

18    Court for the Eastern district of Tennessee, and USAA Bank unlawfully and

19    illegally seizing a private property motor home and selling it for a deep discount.

20    **XXIV)** **Petition of Third Party Interest**

1    Apparently perpetrators and conspirators Cynthia F. Davidson and Anne-

2  Marie Svolto considered USAA Bank the "victim" and a "third party defendant."

3  ("USAA Federal Savings Bank is a victim in the case." - Document 251 Filed

4  11/15/18, P. 2 -  United States' Response to USAA Federal Savings Bank's

5  Petition and Request for Discovery and Motions Deadline)

6    David True Brown, Jr. (USAA Bank Investigator) filed a petition of third

7  party interest with regard to the RV motorhome owned by the Randall Keith Beane

8  Factualized Trust.  (Att. #65.1, #65.2, #65.3)  Please note the RV motorhome was

9  not owned by the man Randall-Keith:Beane.  It was owned by a trust – the Randall

10  Keith Beane Factualized Trust.  That didn't matter to the law breaking perpetrators

11  and coconspirators.

12    USAA Bank executives made off like bandits with (1) **$31,000,494.97** stolen

13  from Randall-Keith: Beane's private USAA bank account, (2) the RV motorhome

14  owned by the Randall Keith Beane Factualized Trust, (3) **$510,589.02** court

15  ordered restitution, and (4) $553,749.99 court ordered personal money judgment.

16  They caused Randall-Keith:Beane to lose his freedom and liberty – his

17  employment – and his home.  They successfully fabricated a case to falsely

18  imprison an innocent man and woman to hide the theft of $31,000,494.97.  All of

19  that is a considerable accomplishment for a group of bankers who did not have to

20  step forward to prove standing or make a lawful claim, prove they were an injured

1 party, or to make even one accusation in court before the accused, the jury, and the

2 gallery.

3       Perpetrator and coconspirator David True Brown, Jr.'s forfeiture affidavit

4 asserts "…part of this forfeiture action based on fraudulently obtained proceeds."

5 (Att. #65.3) This assertion is based on the lie perpetrator and conspirator True

6 Brown stated in an email in which he says Mr. Beane 'altered his social security

7 account number by one digit.' (Att. #62.2) If the perpetrators and conspirators

8 admitted Mr. Beane used his actual social security account number they would not

9 have been able to charge him with fraud. So they switched between saying he

10 "altered his social security number by one digit" and he "used a fictitious bank

11 account number." (Att. #71.3, #71.4, #65.2, 66.2)

12       USAA Bank was not forced to prove their "victim" status or their third-party

13 defendant claim. They simply made allegations against Randall-Keith:Beane and

14 that was good enough for the FBI, US Attorneys and district court perpetrators and

15 coconspirators. Trial transcript:

16       **"Have no reason to doubt USAA's information that they provided to**
17 **us**" (Att. #30.2) and "**Have absolutely no reason to doubt, as I said earlier,**
18 **anything that Mr. Brown or USAA was relaying to us**." (Parker Still, Trial
19 Transcript Volume I, P.50-51, Line 23-24, 23-24)
20
21       Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf were denied the

22 opportunity to face their accusers – David True Brown, Jr., Director, Financial

23 Crimes Investigation and the Executive Team at USAA Bank -- Wayne Peacock,

CEO, Stuart Parker, former CEO, Dan McNamara, President, Michael Merwarth, Senior Vice President, Torben Ostergaard, Executive Vice President and Chief Risk Officer, Dana Simmons, Executive Vice President, CEO Chief of Staff, and Laura Bishop, Executive Vice President and Chief Financial Officer.

Randall-Keith:Beane was DENIED the opportunity "to be confronted with the witnesses against him" - Constitution Amendment VI. Perpetrator and conspirator David True Brown, Jr. and USAA Bank executive team were protected and shielded from Randall-Keith: Beane and Heather-Ann: Tucci: Jarraf questioning their accusations and claim. Had the prosecutors followed Brady v. Maryland and turned over perpetrator and conspirator David True Brown, Jr. and Parker Still's emails BEFORE the trial ended perhaps Mr. Beane and Mrs. Tucci:Jarraf might have been able to ask the true accusers to explain their accusation that Mr. Beane altered his social security account number by one digit – the centerpiece of the prosecution's case. Maybe they would have asked for proof of loss and injury. Perhaps Mr. Beane would have questioned them regarding their claim to the motorhome owned by a trust.

USAA Bank did not step forward to make a claim until after the conviction. USAA Bank stayed hidden in the background with their claim kept secret with the help of the prosecutors.

Case 3:17-cr-00082-TAV-DCP   Document 274   Filed 11/04/21   Page 85 of 162   PageID #: 19884

1    Monica Alcala, a USAA fraud investigator, testified but perpetrator and

2    coconspirator True Brown and USAA Bank executive team were the actual

3    accusers – not their subordinate Monica Alcala.

4    David True Brown, Jr., Wayne Peacock, Stuart Parker, Dan McNamara,

5    Michael Merwarth, Torben Ostergaard, Dana Simmons, and Laura Bishop of

6    USAA Bank were all hiding behind Monica Alcala's skirt while they secretly

7    made accusations and  fabricated a case to falsely imprison one of their Air Force

8    veteran members –never to be held accountable for their lies.

9    There were no email accusations from Monica Alcala.  In fact, Monica

10   Alcala tried to tell the truth about Randall-Keith:Beane using his correct social

11   security account number.  She was forced to change her testimony, lie, and perjure

12   herself in violation of 18 U.S. Code § 1621.  (Att. #42)

13   In his Petition of Third-Party Interest, perpetrator and conspirator David

14   True Brown, Jr. swore under penalty of perjury Randall-Keith:Beane used a

15   fictitious bank account number.  If the bank account number was fictitious then

16   there would not have been a successful transaction.

17   Perpetrator and conspirator Anne-Marie Svolto pushed the same lie --

18   "a fictitious bank account number (i.e., defendant's Social Security Number)…"

19   (Motion for Entry of Preliminary Order of Forfeiture, Document 223, P. 2, ¶ 2 –

20   Att. #66.2)

1      Is it possible to use a fictitious nonexistent bank account number?  .  Let's

2  look at the definition of fictitious:

3      **Fictitious**   -   Feigned, <u>imaginary</u>, <u>not real</u>, false, not genuine,

4  <u>nonexistent</u>.  (Black's Law Dictionary, Edition 4, 1968)

5      **Fictitious**   -   <u>Pretended</u>.  (Bouvier Law Dictionary, Revised Sixth

6  Edition, 1856)

7      **Fictitious**   -   of, relating to, or characteristic of fiction:

8  **IMAGINARY**  (https://www.merriam-webster.com/dictionary/fictitious)

9      **Fictitious**   -   invented and not true or not existing.

10  (https://dictionary.cambridge.org/dictionary/english/fictitious)

11  **Synonyms for Fictitious -**   fictional, <u>imaginary</u>, invented, <u>made-up</u>, <u>make-</u>

12  <u>believe</u>, mythical, <u>pretend</u>, <u>unreal</u>.  (https://www.merriam-

13  webster.com/thesaurus/fictitious)

14      Let's look at one of the factual statements perpetrator and coconspirator

15  David True Brown, Jr. swore to under penalty of perjury in his Petition of Third-

16  Party Interest:

17      "Defendant used a **fictitious** bank account number..."  (Att. #65.2, #71.2,

18  #71.3, #71.4)  Now let's replace the word "fictitious" with some synonyms.

19  Defendant used a **nonexistent** bank account number.
20  Defendant used an **imaginary** bank account number.
21  Defendant used a **made-up** bank account number.
22  Defendant used a **make-believe** bank account number.
23  Defendant used a **pretend** bank account number
24  Defendant used an **unreal** bank account number

25
26      You get the point!  Regardless of how nonsensical the lie, it was their

27  only path to a fraud charge against Mr. Beane.  Without this lie the FBI and US

1    Attorney perpetrators and coconspirators could not have charged fraud – and

2    that includes counts 1-6 bank and wire fraud, and count 7 money laundering,

3    which is a form of fraud.

4        The advantage of operating a kangaroo court is you can make up the rules as

5    you go along and the perpetrators and coconspirators certainly did that.  In a

6    kangaroo court you can fabricate crimes and create fictitious warrants with

7    impunity.  It's a kangaroo court!  Nobody is going to say anything because they're

8    all in the conspiracy together.  None of the perpetrators and coconspirators had

9    reason to fear their work would be reviewed by anyone outside the conspiracy.

10   Nobody's looking or checking because nobody seems to care if rogue prosecutors

11   fabricate a fraud and money laundering case to frame innocent Americans to send

12   them to prison.

13   **XXV)**   The Appeal

14

15       Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf had the Right to an

16   appeal of the conviction and sentence.  They were denied that right.  The appellate

17   court pretended to honor their request for an appeal while at the same time they

18   worked the system to ensure they wouldn't get one.  The appellate court appointed

19   Stephen Louis Braga to represent Mr. Beane and Dennis G. Terez to represent Mrs.

20   Tucci:Jarraf.  With the assistance of these two attorneys the court ensured Mr.

1  Beane and Mrs. Tucci:Jarraf would not have the opportunity to present their

2  appeal.

3       In his opinion, perpetrator and coconspirator Jeffrey Sutton wrote - "…both

4  defendants had plenty of mental acuity."   (United States Court of Appeals for the

5  Sixth Circuit, Opinion, Sutton, Circuit Judge, P. 6, ¶ 4)  The only individuals to

6  question Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf's mental acuity

7  appears to be the unauthorized traitors appointed by the appeals court, without

8  consent, to "represent" them.

9       Randall-Keith:Beane did not hire Stephen Louis Braga to represent him.

10  Stephen Louis Braga wrote that appeal brief without having one conversation with

11  Randall-Keith:Beane.

12       Heather-Ann:Tucci:Jarraf did not hire Dennis G. Terez to represent her.

13  Dennis G. Terez wrote that appeal brief without having one conversation with

14  Heather-Ann:Tucci:Jarraf.

15       Out of the gate both Stephen Louis Braga and Dennis G. Terez ceded

16  "jurisdiction" to the district court.  (Att. #75.2 and #74.2)  They were false in their

17  duty to Mr. Beane and Mrs. Tucci:Jarraf.  They assisted and conspired with the

18  other fraudster perpetrators and coconspirators.  It's interesting neither of them

19  mentioned subject matter or personal jurisdiction in their appellate brief.  They

20  spoke in general about jurisdiction.

1      Stephen Louis Braga said the district court had jurisdiction pursuant to 28

2    U.S.C. § 1331 which is one of the two ways for a federal court to gain subject

3    matter jurisdiction. (Att. #5 and #6) However, it pertains to **<u>civil actions</u>** – not

4    criminal. He offered no argument with regard to personal jurisdiction, the

5    disposed of South Carolina traffic related bench warrant or the fraudulent

6    Tennessee arrest warrant not signed by the clerk.

7      Dennis G. Terez said the district court had original jurisdiction pursuant to

8    18 U.S.C. § 3231. This is <u>not</u> one of the two ways a federal court gains subject

9    matter jurisdiction. (Att. #6 and #24)

10    It's not clear exactly how one would commit an "offense" against the "law"

11   as stated in section 3231. Section 3231 is vague, unlawful, crafty editing by the

12   Office of Law Revision Counsel. Dennis G. Terez offered no argument with

13   regard to personal jurisdiction or the fraudulent Tennessee arrest warrant not

14   signed by the clerk.

15    It's not hard to see Stephen Louis Braga did not advocate for Randall-

16   Keith:Beane and Dennis G. Terez did not advocate for Heather-Ann:Tucci:Jarraf.

17   They could have challenged subject matter and personal jurisdiction on solid

18   ground but they didn't.

19    Perpetrators and coconspirators Jeffrey Sutton, Deborah L. Cook, and Anul

20   Thaper read Stephen Louis Braga's appellate brief, particularly his statement of

1 jurisdiction (P. 2), in which he says "The district court had jurisdiction of this

2 action pursuant to 28 U.S.C. § 1331 (1980) as it arose under laws of the United

3 States…" (Att. #75.2) Unless "this action" was a civil action Stephen Louis

4 Braga provided proof of the opposite – the district court DID NOT have

5 jurisdiction of this action.

6 According to the law of voids "before a court (judge) can proceed judicially,

7 jurisdiction must be complete **consisting of two opposing parties** (not their

8 attorneys—although attorneys can enter an appearance on behalf of a party, only

9 the parties can testify and **until the plaintiff testifies the court has no basis upon**

10 **which to rule judicially**), and the two halves of subject matter jurisdiction – the

11 statutory or common law authority the action is brought under and the **testimony**

12 **of a competent fact witness** regarding **the injury (the cause of action)**. If there

13 is a **jurisdictional failing** appearing on the face of the record, **the matter is void,**

14 subject to vacation with damages, and can never be time barred." (Void

15 Judgments, Richard Luke Cornforth, P. 24)

16 Stephen Louis Braga and Dennis G. Terez built an appeal around attacking

17 their "client" under the guise of arguing the dangers of self-representation and their

18 mental fitness. Way to go! They didn't vigorously represent Randall-Keith:Beane

19 and Heather-Ann:Tucci:Jarraf . They joined the conspiracy and held the line

20 because that was the role they were hired to play in the conspiracy.

Case 3:17-cr-00082-TAV-DCP   Document 274   Filed 11/04/21   Page 91 of 162   PageID #: 19890

1    Stephen Louis Braga and Dennis G. Terez didn't bother to communicate

2   with their "client" who could have offered real appellate arguments. Instead, they

3   offered a lazy argument designed to ensure the appellate court had an excuse to

4   affirm the convictions. Beyond the UCC filings, there's a laundry list of reasons

5   why the district court did not have subject matter or personal jurisdiction:

6     1) Federal question jurisdiction is one of the two ways for a federal court to
7        gain subject matter jurisdiction over a case. (28 U.S. Code § 1331) The
8        other way is through diversity jurisdiction. (28 U.S. Code § 1332)
9        (Attachment #5, #6, and #7)
10
11    2) Plaintiff did not have standing/cause of action.
12
13    3) Plaintiff did not testify.
14
15    4) The FBI did not have jurisdiction.
16
17    5) The South Carolina bench warrant was statewide and disposed of two
18       years earlier. Randall-Keith:Beane was kidnapped July 11, 2017. There
19       was no personal jurisdiction. It was felony kidnapping! (Att. #41)
20
21    6) The fraudulent fictitious Tennessee district court arrest warrants were not
22       signed by the clerk and therefore not valid. Heather-Ann:Tucci Jarraf
23       and Randall-Keith:Beane were kidnapped. There was no personal
24       jurisdiction. It was felony kidnapping! (Att. #41)
25
26    7) There was clear and obvious fraud upon the court – a conspiracy to frame
27       Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf and deprive them of
28       their rights.
29
30    8) The perpetrators and coconspirators violated due process – no Randall-
31       Keith:Beane probable cause hearing.
32
33    9) The district court exceeded its statutory authority – it is supposed to be a
34       court of record. (28 U.S. Code § 132 – Att. #8)
35

10) No cognizable cause of action against Randall-Keith:Beane or Heather-Ann:Tucci:Jarraf,

11) The US Attorney and FBI perpetrators and coconspirators said the "victim," was USAA Bank but they misled and confused the jury into believing the United States of America was the injured party. Neither United States of America nor USAA Bank suffered an injury that would give rise to a cause of action.

12) All ordered judgments were based on void ordered judgments. There was no time in which the district court had lawful subject matter or personal jurisdiction.

13) Perpetrators and coconspirators Thomas A. Varlan and C. Clifford Shirley committed fraud by operating a court other than a court of record.

Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf timely filed a "Notice of Appeal."



IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA )
v. ) No. 3:17-cr-82-01
RANDALL KEITH BEANE )

NOTICE OF APPEAL

Notice is hereby given that Randall Keith Beane hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Final Judgment entered in this action on 24th day of July, 2018.

Defendant's signature _____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA
v. Case No. 3:17-CR-82-02
HEATHER ANN TUCCI-JARRAF,

NOTICE OF APPEAL

Notice is hereby given that Heather Ann Tucci-Jarraf, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Final Judgment entered in this action on the 17th day of July, 2018

Defendant's signature _____

Page **253** of **322**

1    Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf were essentially

2    **<u>DENIED</u> an appeal** by perpetrators and coconspirators Jeffrey Sutton, Deborah L.

3    Cook, and Anul Thaper.  Perpetrator and coconspirator Jeffrey Sutton wrote in his

4    appellate opinion:  "On the other side, all defendants, whether lawyers or not, have

5    a right to represent themselves—what amounts to the right to reject counsel and to

6    confront the government alone."  (United States Court of Appeals for the Sixth

7    Circuit, Opinion, Sutton, Circuit Judge, P.5, ¶ 4).  Perpetrator and conspirator

8    Jeffrey Sutton denied this right to Mr. Beane and Mrs. Tucci:Jarraf.  Moreover,

9    "...The right to file a lawsuit pro se is one of the most important rights under the

10   constitution and laws." (Elmore v. McCammon (1986) 640 F. Supp. 905)

11       Perpetrator and conspirator Jeffrey Sutton said Randall-Keith:Beane and

12   Heather-Ann:Tucci:Jarraf were competent when they presented themselves in the

13   district court and this is why he rejected Braga and Terez's unauthorized argument

14   'my client is incompetent and crazy.'

15   Nor did Beane and Tucci-Jarraf's defense suggest they lacked the capacity to compete
     with the prosecution.  While they gave plenty of airtime to implausible conspiracy theories, they
16   succeeded in other respects.  During cross-examination, they asked logical questions aimed at
     exposing gaps in the witnesses' knowledge and inconsistencies in the prosecution's narrative.
17   During their testimony, they successfully introduced helpful biographical details—information
     about their upbringings, their motivations, and their histories of government service.  And during
18   their closing arguments, they clearly explained their belief system, and articulated why it led
     them to do what they did.  Sure, experienced counsel would have done a better job.  But that
19   reality doesn't show the defendants were too incompetent to defend themselves.  Else, laypeople
     could never represent themselves.
20

3

4       If perpetrator and conspirator Jeffrey Sutton believed Randall-Keith:Beane

5    and Heather-Ann:Tucci:Jarraf were competent in the district court the same would

6    hold true for their appeal. But he denied them the right to present their appeal.

7    The court appointed BAR attorneys to represent Randall-Keith:Beane and Heather-

8    Ann:Tucci:Jarraf without consulting them, without their consent, and likely against

9    their will. There is no law saying one must have a BAR attorney-at-law/officer of

10   the court speak for him or her.

11      "Litigants can be assisted by unlicensed laymen during judicial

12   proceedings." (Brotherhood of Trainmen v. Virginia ex rel. Virginia State Bar, 377

13   U.S. 1; v. Wainwright, 372 U.S. 335; Argersinger v. Hamlin, Sheriff 407 U.S. 425)

14      "A next friend is a person who represents someone who is unable to tend to

15   his or her own interest." (Federal Rules of Civil Procedures, Rule 17, 28 USCA

16   "Next Friend)

17      "Members of groups who are competent non-lawyers can assist other

18   members of the group achieve the goals of the group in court without

19   being charged with "unauthorized practice of law." (NAACP v. Button, 371 U.S.

20   415); United Mineworkers of America v. Gibbs, 383 U.S. 715; and Johnson v.

21   Avery, 89 S. Ct. 747; 1969)

1     **"The practice of law is an occupation of common right**." (Sims v. Aherns,

2     271 SW 720; 1925)

3     **"The practice of law cannot be licensed by any state/State**." (Schware v.

4     Board of Examiners, United State Reports 353 U.S. pages 238, 239.)

5     Perpetrators and coconspirators Jeffrey Sutton, Deborah L. Cook, and Anul

6     Thaper DENIED Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf the right to

7     speak for themselves and present their own appeal. The Court of Appeal

8     handpicked two traitors who didn't even feel it necessary to speak with Mr. Beane

9     and Mrs. Tucci:Jarraf. They clearly understood who they were really working for

10    and what their job was.

11    **Definition of *traitor* -- 1:** one who betrays another's trust or is **false to**

12    **an obligation or duty**; **2:** one who commits treason,

13    (https://www.merriam-webster.com/dictionary/traitor)

14    Stephen Louis Braga, a Virginia bar attorney, didn't contact Randall-

15    Keith:Beane to discuss the case or the appeal. He simply wrote a 47-page opening

16    brief in which he acquiesced to the prosecutors and district judge false claim of

17    subject matter and personal jurisdiction. Stephen Louis Braga called himself

18    counsel for appellant but Randall-Keith:Beane did not hire him. He did not even

19    bother to contact Mr. Beane about the appeal. The Virginia state bar rules of

20    professional conduct, Rule 1.2(a) says: "A lawyer shall abide by a client's

decisions concerning the objectives of representation…and shall consult with the client as to the means by which they are to be pursued."

Rule 3.3(d) is about candor toward the tribunal. It says "A lawyer who receives information clearly establishing that a person other than a client has perpetrated a fraud upon the tribunal in a proceeding in which the lawyer is representing a client shall promptly reveal the fraud to the tribunal." If Braga read the case file, and surely he did, he clearly knows the FBI and US Attorneys perpetrated fraud upon the court with their fraudulent arrest warrants alone.

In his opening brief, perpetrator and conspirator Stephen Louis Braga cites 28 U.S.C. § 1331 with full knowledge that section 1331 gives jurisdiction for civil actions – not criminal. He knew the FBI, DOJ prosecutors, district judges, public defender and elbow counsel were perpetrating a fraud and he joined in.

Ohio rules of professional conduct have the same or similar rules that apply to Dennis G. Terez. He, too, called himself counsel for Heather-Ann:Tucci:Jarraf and submitted an opening brief without ever having sat down and discussed the case and the appeal with Mrs. Tucci:Jarraf.

According to the American Bar Association it is misconduct for a lawyer to: (c) "engage in conduct involving dishonesty, fraud, deceit or misrepresentation;" and (d) "engage in conduct that is prejudicial to the administration of justice."

1    Perpetrators and coconspirators Stephen Louis Braga, Dennis G. Terez,

2  Jeffrey Sutton, Deborah L. Cook, and Anul Thaper all read the case file so they all

3  knew the following:

4    • FBI and US Attorney perpetrators used a South Carolina **statewide**

5      misdemeanor traffic related bench warrant that had been disposed of two

6      years earlier to arrest and attack Randall-Keith:Beane.  (Att. #1.2 and #2.1)

7    • FBI and US Attorney perpetrators created fraudulent fictitious Tennessee

8      district court arrest warrants to arrest Randall-Keith:Beane a second time (4th

9      time in total arrests – twice by FBI and twice by Knoxville Sheriff) and

10     Heather-Ann:Tucci:Jarraf.  (Att. #3, #4 and #10)

11   •  The FBI knew they did not have jurisdiction over a private business

12     transaction.  (Att. #15, 16.1, and 16.2)

13   •  Perpetrator and coconspirator Cynthia F. Davidson allowed perpetrator and

14     coconspirator Parker Still to present to the grand jury, as the sole witness,

15     statements from perpetrator and coconspirator True Brown of USAA Bank

16     to prove a crime happened without putting perpetrator and coconspirator

17     True Brown under oath.  The FBI and DOJ perpetrators and coconspirators

18     shielded perpetrators and coconspirators True Brown and USAA Bank

19     executive team.

1  • Perpetrators and conspirators True Brown, Parker Still, Cynthia F. Davidson

2     et al. knowingly lied about Mr. Beane altering the third digit of his social

3     security account number by moving it up one digit to access his treasury

4     direct depository account.

5  • There was no accuser. United States of America did not accuse anything. It

6     is a corporation – a piece of paper. US Attorney perpetrators knew the

7     plaintiff did not have standing. It did not suffer an injury in fact. (Att.

8     #33.2)

9  • Perpetrator and conspirator True Brown and USAA Bank executive team hid

10    in the shadows making accusations against Randall-Keith:Beane.

11  A few more things the perpetrators and coconspirators read in the file and ignored:

12  1) Perpetrator and coconspirator Cynthia F. Davidson told the grand jury it was
13     a bona fide purchaser. (Att. #29.4) There was only one purchaser –
14     Randall-Keith:Beane for the Randall Keith Beane Factualized Trust.

15
16              MS. DAVIDSON:  Because all of the money that
17     went to Whitney Bank for the motor home is gone?
                THE JUROR:  Right, right.
18              MS. DAVIDSON:  Because that was a, you know, a
19     bona fide purchaser.

20              Grand Jury Transcript, P. 40, Line 11-15 (Att. #29.4)

21  **BONA FIDE**.    Is or with good faith; honesty, openly, and sincerely; **without**
22              **deceit or fraud**. (Black's Law Dictionary, 4th Edition, P. 223)
23

**Bona Fide Purchaser** - One who acts **without** covin, **fraud, or collusion**
(Black's Law Dictionary, 4th Edition, P. 224)

2) Perpetrator and conspirator Cynthia Davidson had another Freudian slip. She clearly understood who the real victim was when she said "the theft **from** the defendant, Randall Keith Beane…"

> Q    Okay.  During the theft from the defendant, Randall
> Keith Beane, roughly July 30 -- I'm sorry, July 3rd, 2017

Trial Transcript, Volume II, P. 38, Line 4-5 (Att. #31.3)

3)    Perpetrator and conspirator Parker Still essentially said handing someone a copy of the warrant so that they may inspect it to ensure it is authentic is TV stuff. He can't be bothered with due process. (Att. #30.4)

> A    No, ma'am.  And I -- I don't -- I mean, that's -- I
> think that's some of TV stuff where we serve people, put a
> warrant in their hands.  You know, that's -- I don't -- that's
> just not general practice where you would, you know, serve
> someone -- hand someone a warrant, generally.

Trial Transcript, Volume I, P. 69, Line 13-17 (Att. #30.4)

4)    If you're in a Walmart looking for a friend or a family member, or you're trying to find the restroom before you have an accident walk – do not run.  You may get tackled by perpetrator and conspirator Parker Still, even though you haven't left the store.  And if your case is heard before perpetrator and conspirator Varlan or Sutton they are likely to think it is okay for him to tackle you..

> Just like tonight if I see a shoplifter running down
> the aisle at Walmart, I can tackle them.  You know, I can make
> a probable cause arrest in Tennessee.

Perpetrator and coconspirator Parker Still, Trial Transcript, Volume I, P. 62, Line 12-14
(Att. #30.3)

5)      Perpetrator and conspirator Parker Still explains why he did not finish the affidavit before rushing out to arrest Mr. Beane.  It's more likely he couldn't go before a magistrate and swear under oath an affidavit because there was no probable cause.  If they could have had a probable cause hearing they would have had a probable cause hearing.

it's going to be -- the keys are going to be turned over to him at Buddy Gregg, we had to react.  There was not time for me to get in front of the magistrate judge.  There was not time for me to finish an affidavit.  We had to react at the time.

Perpetrator and coconspirator Parker Still, Trial Transcript, Volume I, P. 62, Line 22-25
(Att. #30.3)

6)      Perpetrator and conspirator Parker Still inadvertently confirms the treasury direct depository account with the statement – **"she has knowledge of these funds."**  He clearly has knowledge of the treasury direct depository accounts too so why lie and tell the grand jury and trial jury Mr. Beane used a "fictitious account number?"  (Grand Jury Transcript, P. 52, Line 3-4)

And her knowledge of -- how do I say this, she has knowledge of these funds; right, because what if -- I

Perpetrator and coconspirator Parker Still, Grand Jury Transcript, P. 52, Line 3-4

7)      Beside his fixation with the motorhome marble floors and two bathrooms, perpetrator and conspirator Jeffrey Sutton did show interest in perpetrator and conspirator Parker Still's **speculation** about "military operations."

We have subsequently learned that possibly, again, speculating, that that comment meant, "Military operations," to try to remove Mr. Beane from the Knox County Detention Center.  That's what, again, what I deduct.

Perpetrator and coconspirator Parker Still, Grand Jury Transcript, P. 56-57, Line 25, 1-3

8) The FBI and Sheriff Deputy perpetrators and coconspirators committed aggravated assault against Mr. Beane by beating him up, bruising his body, twisting his arm, gave him a black eye, gave him a bleeding cut to the back of the head and they strangled him until he cried out "I can't breathe."

> Well, they grab me and pulled me outside the coach and start beating me and throwing me on the ground. One of them has got his foot on my head and telling me to -- I'm telling him, "I can't breathe." And he's saying, "You're going to have to breathe."
>
> Well, when I did breathe, my mouth was stuck full of dirt and grass because he had my head so far down in the grass, I couldn't do anything.

*Trial Transcript, Volume V, P. 106, Line 3-11 (Att. #34.5)*

> Q.   Okay. And you received an injury that day?
>
> A.   On the back of my head. Of course, you

*Trial Transcript, Volume V, P. 108, Line 24-25 (Att. #34.6)*

> know, I'm in handcuffs; so I can't feel it, but I can feel blood trickling.
>
> A.   They manhandled me pretty good. They twisted this arm up pretty good (indicating). But I don't remember. There was so much activity going on. Things were flying by. So I don't remember exactly how the back of the head got hurt, but I was hurting all over. I had a black eye and --
>
> Q.   Okay.
>
> A.   -- several bruises all over my body after a couple days.

2

3          The appellate "opinion" discussed when Randall-Keith:Beane went to bed

4    (P. 3, ¶ 3), and  "…motor home that had two bathrooms, marble floors, and a

5    fireplace." (P. 3, ¶ 4)   It almost reads like a for sale listing. We guess perpetrator

6    and conspirator Jeffrey Sutton believed these were crucial pieces of information

7    one needs to read in an appeals court opinion, but it really shows he was in on the

8    conspiracy.  All the problems with this case and this is what he focuses on in his

9    opinion.

10         The appellate "opinion" regurgitates perpetrator and conspirator Parker

11   Still's testimony about Mrs. Tucci:Jarraf "planning  military operations" to

12   remove Mr. Beane from the detention center.  (Appellate Opinion, P. 4, ¶ 2)

13   This was a prejudicial comment perpetrator and conspirator Parker Still

14   intentionally made before the grand jury to infer that Mrs. Tucci:Jarraf was a

15   criminal planning a jail break.  There is no evidence in the record of a military

16   operation jail break (intent or otherwise).  Perpetrator and coconspirator Jeffrey

17   Sutton picked up that statement and put it in his appellate opinion as though it were

18   factual evidence.  Perpetrator and conspirator Parker Still intentionally misled the

19   grand jury for the purpose of securing an indictment.  The goal was to make the

20   grand jury believe Mrs. Tucci:Jarraf had criminal intent.

1    Perpetrator and conspirator Parker Still never explained how Mrs.

2    Tucci:Jarraf would manage to pull off a military operation to remove Mr. Beane

3    from the Knoxville county detention center given she was not in the military or

4    defense department.  On the other hand, perpetrator and conspirator Parker Still

5    was in the military – army JAG – so he knows if a civilian could command Special

6    Forces to do a military operation jail break in Knoxville, Tennessee.

7                        Also a graduate of the Army JAG School in
     Charlottesville, Virginia.
8

9                                    Parker Still Testimony, Grand Jury Transcript, P. 2, Line 23-24

10
          Q    Okay.  I just wanted to clarify in your statement
11   about being a private attorney and military JAG for seven and a
     half years, how much of that seven and a half years was private
12   attorney and how much of it was military JAG?
          A    Fair question.  Yes, ma'am.  So the great thing about
13
     like where I was, the National Guard, you could do both.  I was
14
15   Heather-Ann:Tucci:Jarraf Cross-examination of Parker Still, Trial Transcript, Volume I, P. 39,
16                                                                              Line 16-21
17
18
19    Perpetrator and conspirator Jeffrey Sutton understands how the military

20   works so he knew the "military operations" speculation was intended to be

21   prejudicial and yet he zoomed right in on it as if the military operation jail break

22   had even a scintilla of truth or credibility.  Here's Sutton repeating it:

23

1  provided officers with Tucci-Jarraf's phone number and requested that they contact her. On the

2  phone, Tucci-Jarraf claimed that she was "planning military operations." R. 162 at 37. Officers

3

4  United States Court of Appeals, Sixth Circuit, Sutton, Cook, and Thapar Circuit
5  Judges Opinion, P. 4 ¶ 2

6  Perpetrator and coconspirator Jeffrey Sutton did not have to focus on the

7  motorhome marble floors or "military operations." There are plenty of legal issues

8  he could have looked at if he was in pursuit of justice and the law.

9  Perpetrator and coconspirator Jeffrey Sutton could have talked about the real

10  problems with the case like subject matter and personal jurisdiction, the use of a

11  **statewide** South Carolina misdemeanor traffic related arrest warrant disposed of

12  two years earlier, the Tennessee arrest warrants not signed by the clerk, no

13  probable cause hearing, denial of a detention hearing, denial of due process and

14  overall abuse of law and the legal process. (Att. #22) Instead he was petty talking

15  about nonexistent military operations and marble floors as if he would have felt

16  better had the floors been linoleum.

17  In his appellate opinion, perpetrator and conspirator Jeffrey Sutton also said

18  Mrs. Tucci:Jarraf "...prepared pseudo-legal documents on his behalf," (P. 3, ¶ 5—

19  referring to Heather-Ann:Tucci:Jarraf's assistance in creating the Randall Keith

20  Beane Factualized Trust) and "She also produced several faux-legal documents

21  ..." (P. 2, ¶ 4—referring to Heather-Ann:Tucci:Jarraf) What exactly is a pseudo or

Page **265** of **322**

1  faux legal document?  Any document he/she drafted and signed for lawful

2  purposes is a lawful document.  It does not have to be written by a BAR attorney

3  (attorney-at-law/officer of the court) to be a lawful or legal document.  People

4  write their own trusts, contracts and other legal documents sometimes with the

5  assistance of a friend or family member.

6    Perpetrator and conspirator Jeffrey Sutton said "pseudo" and "faux" legal

7  documents because he knows the FBI and Sheriff  Deputy perpetrators and

8  coconspirators unlawfully entered and stole a private property motorhome, without

9  consent or a search and seizure warrant, owned by a trust – not the man.  He

10  wanted to delegitimize the lawful and legal trust documents to justify the theft of

11  private property.  The Randall Keith Beane Factualized Trust is not the man and it

12  (the trust) should not have been subjected to search and seizure without a warrant

13  either.

14    The appellate "opinion" is the work of conspiracy participants in furtherance

15  of the continued false imprisonment of Randall-Keith:Beane and Heather-

16  Ann:Tucci:Jarraf.

17  **XXVI)**  Misprison of Treason (Att. #43)
18
19    Heather-Ann:Tucci:Jarraf's "expertise are Universal Commerce, Strategies

20  and Tactics, I-Tech, with Banking, Trade, Finance, Accounting, Law, and

1    Corruption." (Praecipe, Declaration of Due Cause, and Judgment and Order of

2    Dismissal, Doc. 98, 01/22/18, P. 3, Paragraph A)

3        In her UCC filings, Heather-Ann:Tucci:Jarraf pointed out that unlawful and

4    illegal private money systems were operating slavery systems against the

5    American people without their knowing, willing, and intentional consent.  She

6    identified the Rothschild Trust, The Federal Reserve Banks, the Federal Reserve

7    System at Bank of New York, the Bank for International Settlements, IMF, World

8    Bank, Unite States Treasury Corporation, etc.

9    https://icis.corp.delaware.gov/Ecorp/EntitySearch/NameSearch.aspx



1      Mrs.Tucci:Jarraf pointed out congress abandoned the performance of their

2   duties and obligations to the people to give aid and comfort to America's enemies

3   implementing policies beneficial to the foreign private systems and serving and

4   protecting these private systems while relinquishing their 5th task (of 18) to coin

5   money and regulate the value thereof.

6      In court document 98, Heather-Ann:Tucci:Jarraf stated the following:

7   "D.   Prior to June 22, 2017, I was duly noticed and made aware of escalating,

8   unlawful, and illegal threats of foreign action by known foreign actors against

9   POTUS (President Trump), that included, but is not limited to, data that these

10   known foreign actors intended to remove POTUS from office by any means

11   necessary, if their current means failed."  (Praecipe, Declaration of Due Cause, and

12   Judgment and Order of Dismissal, Doc. 98, 01/22/18, P. 3, Paragraph D)

13      Heather-Ann:Tucci:Jarraf appears to be saying two things here:  (1) A coup

14   to remove the duly elected president was in the works by foreign actors and

15   infiltrators, and (2) An assassination plot was underway.

16   "F.   On June 22, 2017, I did receive data that said known foreign actors were

17   becoming even more agitated, frustrated, and completely angered by their lack of

18   being able to fund operations, their foreign agents' inability to read, predict, and

19   control POTUS, and his actions, and their suspicion that POTUS was receiving

20   Universal support.  My years of experience with the foreign actors, coupled with

1    the data, and the foreign actors' escalating patterns of rhetoric, funding

2    consolidation, and actions, confirmed to me that their threat against POTUS would

3    100% escalate to "imminent/instant."" (Praecipe, Declaration of Due Cause, and

4    Judgment and Order of Dismissal, Doc. 98, 01/22/18, P. 4, Paragraph F)

5         Heather-Ann:Tucci:Jarraf told the following individuals that the threat

6    against our president would 100% escalate to an assassination attempt:

7    • Debra C. Poplin, Clerk of Court – Eastern District of Tennessee
8    • Thomas A. Varlan, Chief District Judge – Eastern District of Tennessee
9    • C. Clifford Shirley, Magistrate Judge – Eastern District of Tennessee
10   • James Douglas Overbey, United States Attorney – Knoxville, TN
11   • Cynthia F. Davidson, Assistant United States Attorney – Knoxville, TN
12   • Ann-Marie Svolto, Assistant United States Attorney – Knoxville, TN

13        The appellate court reviewed the case file and read this document so the

14   following individuals also knew about the threat and other treason:

15   • Jeffrey Sutton, Circuit Judge, United States Court of Appeals for the Sixth
16     Circuit
17   • Deborah L. Cook, Senior Circuit Judge, United States Court of Appeals for
18     the Sixth Circuit
19   • Amul Thaper, Circuit Judge, United States Court of Appeals for the Sixth
20     Circuit

21        Did any of them investigate or report Heather-Ann:Tucci:Jarraf's UCC filing

22   allegations or court document 98 allegations in which she warns of a plot to

23   overthrow the United States government?  In his order to the "governments"

24   Motion in Limine to prohibit jurisdictional argument, perpetrator and conspirator

Thomas A. Varlan said -- "This case concerns the alleged crimes of the defendants, not others." (Memorandum Opinion and Order to the Government's Motion in Limine to Prohibit Jurisdictional Argument, Doc. 90, P.7, Last paragraph)  They each abandoned their oath.

There's no doubt they each violated 18 U.S. Code § 2382 - Misprision of treason (Att. #43) – "Whoever, **owing allegiance to the United States** and **having knowledge of the commission of any treason against them**, **conceals** and does not, as soon as may be, disclose and make known the same to the President or to some <u>judge of the United States</u>, or to the <u>governor</u> or to some <u>judge or justice of a particular State</u>, is **guilty of misprision of treason** and shall be fined under this title or imprisoned not more than seven years, or both.

If you don't see fit to protect this country and our president you are a TRAITOR deserving of a traitor's justice!

Heather-Ann:Tucci:Jarraf continues document 98 by stating the following: "H.    On, or about July 3, 2017, I arrived in Houston, Texas.  After my arrival, I received notice of the details of a strategic operation by foreign actors to steal money from the US Treasury Direct Depository Accounts (commonly referred to now as "TDA's") using the people in America." (Praecipe, Declaration of Due Cause, and Judgment and Order of Dismissal, Doc. 98, 01/22/18, P. 4, Paragraph H)

1   "J.    On, or about, July 10, 2017, I was made aware that the foreign actors

2    threatening POTUS, had realized they were loosing [sic] control of their strategic

3    operation, and directed their foreign agents to **ascertain the "bait," that was in**

4    **the form of an "officially" retired military man, Randall Keith Beane, and**

5    **Heather Ann Tucci:Jarraf,** whom the foreign actors are familiar with from the

6    Universal cleanup operations. The foreign actors did **abandon typical protocols**

7    **and procedures**, and did directly order foreign agents to quickly organize

8    unlawful and illegal actions, in order to not loose further control of their own

9    strategic operation initiated July 1, 2017, its exposure, and to grab the "bait," so

10    that their foreign agents in Tennessee would have, and manage, jurisdiction and

11    control over the matter thereafter." (Praecipe, Declaration of Due Cause, and

12    Judgment and Order of Dismissal, Doc. 98, 01/22/18, P. 5, Paragraph J)

13       The <u>foreign agents</u> absolutely abandoned typical protocols and procedures.

14    In their desperation and haste to get Randall-Keith:Beane and Heather-

15    Ann:Tucci:Jarraf, they completely skipped due process and the investigation part

16    of the process. They used a <u>statewide</u> South Carolina misdemeanor traffic related

17    bench warrant that had been disposed of July 17, 20**15** to arrest Randall-

18    Keith:Beane the first time – July 11, 2017. They created Tennessee district court

19    fraudulent fictitious signed arrest warrants (not signed by the clerk) to arrest

20    Heather-Ann:Tucci:Jarraf and re-arrest Randall-Keith:Beane. They forced

1  Randall-Keith:Beane to sign a detention hearing waiver because they knew they

2  did not have lawful authority to detain him.  They skipped the probable cause

3  hearing because there was no probable cause.  There was no first-hand statement of

4  personal knowledge to create probable cause.  USAA Bank was behind the curtain

5  stirring the pot, but they wouldn't step forward to make a legal or lawful complaint

6  against Randall-Keith:Beane because they couldn't.  The FBI instigated the false

7  imprisonment of Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf based on

8  telephone conversations and an email perpetrator and coconspirator Parker Still

9  received from former FBI comrade perpetrator and coconspirator True Brown of

10  USAA Bank.  (Att. #62.2)

11      The perpetrators and conspirators moved swiftly engaging in unlawful acts

12  such as aggravated assault and battery upon Mr. Beane and Mrs. Tucci:Jarraf,

13  including arrest, handcuffing, imprisonment, physically searched, forced

14  fingerprinting and booking procedures, and harassment all done without force of

15  law. .

16      In paragraphs "H" and "J" (Praecipe, Declaration of Due Cause, and

17  Judgment and Order of Dismissal, Doc. 98, 01/22/18)  Heather-Ann:Tucci:Jarraf

18  makes it clear foreign actors are targeting the country and President Trump.

19      Heather-Ann:Tucci:Jarraf warned of the legal fraud perpetrated on all

20  Americans.  The "money" the banks issue is merely bookkeeping entries.  It cost

them nothing and is not backed by their wealth, efforts, property, or risk.  It is not redeemable except in more debt paper.  The Federal Reserve Act forced Americans to pay compound interest on thin air and use worthless "notes" **backed by their own credit**.  The FBI, US Attorneys, and district court judges were all made aware of the criminal conduct.

Perpetrators and coconspirators are in violation of their oath to uphold the Constitution for the United States and that makes them guilty of treason.

**XXVII)**     Bonding/Liability Information

Perpetrators and coconspirators have not provided their bonding information to Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf.  We are fairly sure their bond was written in accordance with the uniform bonding code and requires:

a. Obey the Constitution of the United States and the state where you are employed to ensure equal protection under the laws.

b. Do not act in **conspiracy** to interfere with due process of law.

c. Do not fail to accept a complaint from an American about an official.

d. Do not refuse to prosecute a complaint regardless who the complaint is against.

e. Do not resort to "selective prosecution," or false or malicious prosecution of an American in order to punish or destroy an American.

f. Do not fail to protect due process and equal protection laws of every American.

g. Do not fail to protect the legal process for all parties without exception. (42 USC 1986)

h. Ensure the setting of the case is proper, **the parties to the action are all truthfully stated**, and all <u>civil and criminal elements are clearly identified and segregated into their own jurisdictional categories</u>.

i. A criminal case brought in behalf of the peace and dignity of the state:

   A) has been brought ex rel accusers, that is, "<u>on the telling</u> or relation/story <u>of the accuser</u>" with the accusation being related to the prosecuting attorney by the accuser,

   B) has **named the accuser** in the setting of the case, and

   C) contains **signed and notarized affidavit of the accuser** in the body of the complaint.  Otherwise, **the state would become the plaintiff/accuser**, the case would become federal, and the **bonding company** would become potentially **liable** for an **agent's false accusation and false imprisonment of a party to the case**.

Please forward this complaint to the bonding/liability company of the respective perpetrators and conspirators.

**XXVIII)**             Rules of Professional Conduct

It would probably be easier to ask if there is a rule the perpetrators and coconspirators didn't violate.

**RULE 8: RULES OF PROFESSIONAL CONDUCT**
**RULE 3.8: SPECIAL RESPONSIBILITIES OF A PROSECUTOR**

(a) shall refrain from prosecuting a charge that the prosecutor knows is **not supported by probable cause**;

(c) shall not advise an unrepresented accused to waive important pretrial rights;

1    [1] A prosecutor has the responsibility of a **minister of justice** whose duty is

2    to seek justice rather than merely to advocate for the State's victory at any given

3    cost. *See State v. Superior Oil, Inc.*, 875 S.W.2d 658, 661 (Tenn. 1994)

4          Perpetrators and coconspirators Cynthia F. Davidson and Anne-Marie Svolto

5    acted more like ministers of sin – not ministers of justice or the law.  Only

6    ministers of Satan would do something as diabolical as snatch an innocent man and

7    woman out of their life, away from their family—their young children—their

8    spouse or significant other—their friends—and fabricate a fraud and money

9    laundering charge to falsely imprison them for years for financial benefit and to

10   hide the theft of $31,000,494.97.  Justice and the law never made an appearance in

11   their conspiracy.  They were not advocating for justice and the law or for the

12   American people in this case.

13   **XXIX)**        Remedy and Conclusion

14   *Remedy* (1-8)

15   1.        Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf must be
16            immediately released from false imprisonment.
17
18   2.        Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf 's file must be
19            expunged.
20
21   3.        Issue Randall-Keith:Beane a new social security number because the
22            perpetrators and conspirators have his social security number plastered all
23            over their documents which are all over the internet.
24

4.	Investigate the perpetrators and conspirators and immediately remove them from their position of emolument to protect the American people. Prosecute them for violations. Revoke the perpetrators and conspirators' pension and other benefits. They should not be allowed to retire on the backs of the American people they attacked and violated through their position of emolument and unlawful conduct.

5.	Appoint a committee of Constitutional Patriots to volunteer to serve their country and fellow-Americans and review all the case files handled by, or which involved, the perpetrators and conspirators to determine if there was fraud or other violations. No one should be content to leave innocent Americans imprisoned as a result of investigative, prosecutorial, and judicial illegal and unlawful activity.

6.	Investigate every member of the grand jury and trial jury to determine how they reached an indictment and guilty verdict in a case riddled with FBI and US Attorney fraud, and in which there clearly was no jurisdiction. Were they bribed? Were they threatened?

7.	In Trezevant v. City of Tampa (Attachment #60.1, #60.2, and #60.3) Mr. Trezevant found himself behind bars due to a traffic citation. The jailer took Mr. Trezevant's valuables and his belt and shoes and placed Mr. Trezevant in a holding cell until he could be processed. Mr. Trezevant was in the holding cell for a total of twenty-three minutes. Mr. Trezevant sued and the jury returned a verdict of $25,000 in favor of Mr. Trezevant for being falsely imprisoned for twenty-three minutes. That's $1,086.96 per minute for each minute of freedom and liberty unlawfully taken from Mr. Trezevant. The Fifth circuit found the verdict was not excessive and affirmed the judgment. The ruling has not been appealed. (Att. #60.3)

By our calculation, from July 11, 2017 through February 28, 2021 Mr. Beane has been falsely imprisoned for approximately 1,928,160 minutes. Using the formula the Trezevant jury used that would be an award of approximately $2,095,832,793.00. Sounds like a lot of money, right? Would you give up your

1  freedom and liberty for $2 billion dollars?  We wouldn't.  Without freedom and
2  liberty there is no life.

3      The 1,928,160 minutes were unlawfully stolen from Randall-Keith:Beane
4  and a few less minutes stolen from Heather-Ann:Tucci:Jarraf.  They can NEVER
5  get that time back – time they could have spent with their loved ones – with young
6  children – spouse/significant other – friends – pursuing dreams – or just LIVING
7  LIFE!  They suffered the loss of their freedom and liberty because the perpetrators
8  and conspirators framed them to hide the theft of $31,000,494.97.

9      Ask the perpetrators and coconspirators how much time they're willing to do
10  in prison away from their loved ones.  They likely wouldn't want to spend one
11  minute in prison and they actually committed felony crimes against Mr. Beane and
12  Mrs. Tucci:Jarraf.  They all had a hand in the felony kidnapping and fabricated
13  fraud charges either directly or as an accessory.  (Att. #44)

14      On July 13, 2017 Magistrate Rowe of the Tennessee general sessions court
15  ordered the sheriff to release Randall-Keith:Beane on recognizance (ROR).
16  Magistrate Rowe also emailed the DA to cancel the instrument.  (Trial Transcript,
17  Volume VII, P. 24, Line 13-25)  Unbelievably, they did not release Mr. Beane.
18  The Knoxville sheriff conspired with the FBI in an arrangement to hold Mr. Beane
19  while the FBI worked to illegally maneuver an indictment (July 18, 2017) and
20  district court issued arrest warrants (July 19, 2017) so that they could arrest
21  Heather-Ann:Tucci:Jarraf and re-arrest Randall-Keith:Beane to put them both in
22  the federal system.  The harm they caused Randall-Keith:Beane and Heather-
23  Ann:Tucci:Jarraf was KNOWING, INTENTIONAL, PURPOSEFUL, and
24  DETERMINED.

25      The perpetrators and conspirators conduct was sinister, wrongful, injurious,
26  unjust, reckless, unlawful, and a conspiracy to deprive rights.  It's despicable!
27  Correcting the damage they've done must begin with immediately releasing
28  Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf from unlawful imprisonment.

29  8.      Given the United States is a Christian Nation Under God  (Att. #79),
30          with founding documents based upon the principles in the Bible and the Ten
31          Commandments, a more meaningful remedy than the Trezevant formula
32          would be Exodus 21:23-25:

(1) [23] And if any mischief follow, then thou shalt give life for life,

(2) [24] Eye for eye, tooth for tooth, hand for hand, foot for foot,

(3) [25] Burning for burning, wound for wound, stripe for stripe.

The perpetrators and conspirators plotted, falsely imprisoned, and sentenced Randall-Keith:Beane to 155 months (12.9 years) in prison and Heather-Ann:Tucci:Jarraf to 57 months (4.75 years) in prison so accordingly:

(a) Each perpetrator and conspirator must receive 155 months + 57 months = 212 months (17.7 years) prison sentence.

(b) Each perpetrator and conspirator must pay Randall-Keith:Beane a "personal money judgment" of $553,749.99.

(c) Each perpetrator and conspirator must pay Randall-Keith:Beane "criminal monetary penalties" of $511,289.02 immediately in a lump sum.

(d) Each perpetrator and conspirator must pay Randall-Keith:Beane "Restitution" of $510,589.02.

(e) Each perpetrator and conspirator must pay Randall-Keith:Beane for the Randall Keith Beane Factualized Trust (of which he is the trustee) stolen private property motorhome $503,110.68

(f) Each perpetrator and conspirator must be required to work in prison for $0.06 cents per hour and send $25.00 per quarter to Randall-Keith:Beane.

(g) Each perpetrator and conspirator must be held responsible for and therefore must return the $31,000,494.97 they unlawfully seized (stole) from Randall-Keith:Beane's USAA bank account.

(h) Each perpetrator and conspirator at Buddy Gregg RVs & Motor Homes on July 11, 2017 when Mr. Beane was assaulted and unlawfully arrested must receive a beat-down until their body is covered in bruises and sore.

(i) Each perpetrator and conspirator at Buddy Gregg RVs & Motor Homes on July 11, 2017 when Mr. Beane was assaulted and unlawfully arrested must receive a black eye and twisted arm.

(j) Each perpetrator and conspirator at Buddy Gregg RVs & Motor Homes on July 11, 2017 when Mr. Beane was assaulted and unlawfully arrested must be strangled to near death.

1    (k) Each perpetrator and conspirator at Buddy Gregg RVs & Motor Homes on
2       July 11, 2017 when Mr. Beane was assaulted and unlawfully arrested must
3       suffer a dog growling at their head wanting to bite them.
4    (l) Each perpetrator and conspirator at Buddy Gregg RVs & Motor Homes on
5       July 11, 2017 when Mr. Beane was assaulted and unlawfully arrested must
6       stand in public view in their underwear or panty handcuffed for 45 minutes
7       to an hour in the burning hot sun.
8    (m)      Each perpetrator and conspirator must make Heather-Ann:Tucci:Jarraf
9       whole for all that she has suffered and lost. If it is easiest to calculate using
10       the Trezevant formula of $1,086.96 per minute for each minute she has been
11       unlawfully detained and falsely imprisoned then use that formula. You'll
12       never make Mrs. Tucci:Jarraf and Mr. Beane whole but you must try.

13      Do to the perpetrators and conspirators what they did to Randall-
14 Keith:Beane and Heather-Ann:Tucci:Jarraf. **Does (h), (i), (j), (k), and (l) sound**
15 **crazy to you? If so just remember that's what they did to Mr. Beane – FOR**
16 **NO GOOD REASON!**

17      Violation of **18 U.S. Code § 241.** Conspiracy against rights and **18 U.S.**
18 **Code § 242.** Deprivation of rights under color of law <u>both</u> allow the following:

19 "…if such acts include kidnapping…imprisoned for **<u>any term of years</u>** or **<u>for life</u>**,
20 **<u>or both</u>**, **<u>or may be sentenced to death</u>**." The line "may be sentenced to death" is
21 in sections 241 and 242 to reflect the serious nature of kidnapping and unlawful
22 theft of liberty, freedom, private property and rights. If you don't want to charge
23 the perpetrators and conspirators with violation of §§ 241 and 242 you must stop
24 charging Americans with violation of the US Code. Release from prison everyone
25 who was convicted and imprisoned under the US Code.

26 "Any deprivation by one person of the liberty of another without his consent,
27 constitutes an imprisonment, and if this is done unlawfully, it is false
28 imprisonment, **<u>without regard to whether it is done with or</u> without probable**
29 **<u>cause</u>**." (Mahan v. Adam, 144 Md. 355, 124 Atl. 901, 905 (1924). **Where the**
30 **life, liberty or property of an American is at stake, good intentions are never**
31 **good enough**. It has been stated that an American's liberty must not depend upon

good faith merely, but upon <u>legal rules governing official action</u>. (Hill v.
Wyrosdick, 216 Ala. 235, 113 So. 49,50 (1927).

### *Conclusion*

The bottom line is the district court did not have subject matter jurisdiction
or personal jurisdiction and for the court to proceed with trial and make a judgment
and sentence after the jurisdictional challenge was made is clear usurpation and
treason. (Att. #45)

There's little doubt Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf were
victimized by a crime ring. Randall-Keith:Beane suffered bodily injury, including
a bleeding cut to the head, at the hands of those who unlawfully arrested him.
They strangled Mr. Beane until he cried out "I can't breathe" and you certainly
can't call that anything less than attempted murder. They felony kidnapped
Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf. They all knew what they
were doing was wrong and against the law but they did it anyway. They intended
to engage in unlawful conduct because it was a plot and conspiracy to hide the
theft of $31,000,494.97. There was no mistake or misperception about it. They
framed Mr. Beane and Mrs. Tucci-Jarraf for a crime they made up to hide the theft
of $31,000,494.97 and to punish Mrs. Tucci-Jarraf for her UCC filings.

Perpetrators and conspirators Thomas A. Varlan and C. Clifford Shirley
lacked jurisdiction of the subject matter and the parties from the beginning. All of
the judgments, including the judgment entered by the court, are VOID and

1    INVALID because the court lacked the power to enter the judgments and orders.

2    Perpetrator and conspirator Thomas A. Varlan entered the judgment without

3    jurisdiction to enter the judgment.  The case brought against Randall-Keith:Beane

4    and Heather-Ann:Tucci:Jarraf is the product of fraud by the perpetrators and

5    conspirators.  The judgments and orders are a complete nullity from inception and

6    they are without any legal effect.  The court handled this case in a manner

7    inconsistent with due process.  The court lacked jurisdiction and authority to order

8    any judgment and they knew it.  "A judgment may not be rendered in violation of

9    constitutional protections. The validity of a judgment may be affected by a failure

10   to give the constitutionally required due process." (Earle v. McVeigh, 91 US 503,

11   23 L Ed 398. See also Restatements, Judgments ' 4(b). Prather v Loyd, 86 Idaho

12   45, 382 P2d 910.)  "An order that exceeds the jurisdiction of the court is void…"

13   (Rose v. Himely (1808) 4 Cranch 241, 2 L ed 608)  "When a judge knows that he

14   lacks jurisdiction, or acts in the face of clearly valid statutes expressly depriving

15   him of jurisdiction, judicial immunity is lost." (*Rankin v. Howard*, (1980) 633

16   F.2d 844)

17        Some of the perpetrators and conspirators were in on the conspiracy from

18   the beginning and devised the plot to steal $31,000,494.97 from Randall-

19   Keith:Beane and imprison Mr. Beane and Mrs. Tucci:Jarraf.  Other perpetrators

20   and conspirators joined in later.  Given the FBI and US Attorney launched the

1   fabricated case and did not have jurisdiction - nobody had jurisdiction.  They all

2   knowingly and intentionally trespassed the law.

3          Knoxville County Sheriff Deputies knowingly and intentionally trespassed

4   the law.

5          United States District Court for the Eastern District of Tennessee judges

6   Thomas A Varlan and C. Clifford Shirley, Jr. knowingly and intentionally

7   trespassed the law.

8          United States Court of Appeals for the Sixth Circuit judges Jeffrey Sutton,

9   Deborah L. Cook, and Amul Thaper knowingly and intentionally trespassed the

10  law.

11         Other participants in the conspiracy include Tennessee district court clerk

12  Debra C. Poplin,  John Medearis, court appointed counsel, FBI expert witness

13  Zach Scrima, Sean O'Malley, Stephen G. McGrath, Bobby Hutson, Jr., True

14  Brown, USAA Bank executive team, sheriff deputies, Stephen Louis Braga and

15  others all knowingly and intentionally trespassed the law.

16         Jurisdiction was never had but it certainly would have been lost the moment

17  the perpetrators and coconspirators used a South Carolina statewide misdemeanor

18  traffic related bench warrant that had been disposed of two years earlier, created

19  fraudulent Tennessee district court arrest warrants not signed by the clerk (Debra

1    C. Poplin), and used an indictment that was secured through fraud and the

2    testimony of the one and only witness, a FBI agent, who did not have jurisdiction.

3         Those responsible for the legal process know if you don't have jurisdiction

4    you don't have power or authority.  The district judges didn't have jurisdiction for

5    all the reasons stated and the appellate court did not have jurisdiction either.

6         They all denied Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf due

7    process.  All orders are void and Randall-Keith:Beane and Heather-

8    Ann:Tucci:Jarraf must immediately be released from prison.  Let's again go

9    through some of the problems with this case:

10   a.      There are two ways for a federal court to gain subject-matter

11           jurisdiction.   US Attorney and District Court judge perpetrators and

12           conspirators assert 18 U.S. Code §3231 gave them jurisdiction.  Section

13           3231 is not one of the two ways a federal court gains subject-matter

14           jurisdiction.  (Att. #6)  Section 3231 states "of all offenses against the laws

15           of the United States."  (Att. #24)  There was no charge Mr. Beane or Mrs.

16           Tucci:Jarraf committed an "offense" "against the laws" of the United States.

17           It is not possible to commit an offense or a crime or a misdemeanor against a

18           "law."   One can breach the law or violate the law, but one cannot commit an

19           offense against the law. Section 3231 is intentionally vague.

1     b.      During the appeals process, the following perpetrators and

2        conspirators knew they did not have jurisdiction:

3    1) Jeffrey Sutton, Circuit Judge, United States Court of Appeals for the Sixth
4      Circuit
5    2) Deborah L. Cook, Senior Circuit Judge, United States Court of Appeals for
6      the Sixth Circuit
7    3) Amul Thaper, Circuit Judge, US Court of Appeals for the 6th Circuit
8    4) United States Attorney James Douglas Overbey
9    5) Assistant United States Attorney Cynthia F. Davidson, Esquire
10   6) Assistant United States Attorney Anne-Marie Svolto, Esquire
11
12      In his appellate brief for Randall-Keith:Beane, Stephen Louis Braga said the

13 district court had jurisdiction pursuant to 28 U.S.C. § 1331 (Att. #75.2) which is

14 one of the two ways for a federal court to gain subject matter jurisdiction (Att. #5

15 and #6), but they all know section 1331 pertains to civil actions – not criminal.

16      The appellate judges could have made things right by releasing Randall-

17 Keith:Beane and Heather-Ann:Tucci:Jarraf from prison at that point but they chose

18 not to because their illegal and unlawful actions were intentional.  It was a

19 conspiracy.

20    c.      The plaintiff was not the alleged victim – a bait and switch.  The real

21       accuser, perpetrator and conspirator True Brown of USAA Bank and the

22       USAA Bank executive team, stepped forward after the conviction when it

23       was time to steal the private property motorhome. Perpetrator and

24       conspirator True Brown states his accusation against Mr. Beane in an e-mail,

1 (Att. #62.2), in which he asserts Mr. Beane used a social security number

2 "altered by one digit" to access his treasury direct deposit account. This e-

3 mail was delivered to Mrs. Tucci:Jarraf <u>AFTER</u> conviction. It was not

4 delivered to Mr. Beane. Mr. Beane and Mrs. Tucci:Jarraf were denied their

5 right to face their accusers – True Brown, Stuart Parker, Wayne Peacock,

6 Dan McNamara, Michael Merwarth, Torben Ostergaard, Dana Simmons,

7 and Laura Bishop of USAA Bank.

8 d. The perpetrators and coconspirators know that when there is an injury

9 sustained as the result of fraud the injured party would be entitled to be

10 compensated in a tort action for the loss or injury actually sustained. The

11 fraud case they fabricated did not have an injured party. They didn't have an

12 injured party because there was no fraud committed by Mr. Beane or Mrs.

13 Tucci:Jarraf. The US Attorney perpetrators and conspirators didn't use the

14 word "felony" or "felonious" because there was no felony or other type of

15 crime committed.

16 e. The FBI did not have jurisdiction according to 18 USC §3052. There

17 was no offense against the United States and no cognizable felony. Section

18 3052 gives power to serve warrants ISSUED UNDER THE AUTHORITY

19 OF THE UNITED STATES – not South Carolina. (Att. #15) Perpetrator

20 and conspirator Parker Still DID NOT have an arrest warrant issued under

1    the authority of the United States on July 11, 2017.  Because the FBI

2    illegally and unlawfully arrested Mr. Beane none of the others relying on the

3    FBI could have jurisdiction.

4    f.        Perpetrator and conspirator Parker Still used a South Carolina

5    statewide traffic related bench warrant that had been disposed of two years

6    earlier to arrest Mr. Beane on July 11, 2017.

7    g.        Article I, Section 8 of the Constitution clearly specifies the 18 duties

8    congress is tasked with.  Anything beyond those 18 duties is trespass of the

9    law.

10   h.        Article III, Section 2 specifies judicial powers.  Anything beyond that

11   is trespass of the law.

12   i.        The United States District Court for the Eastern District of Tennessee

13   issued a fraudulent arrest warrant for Randall-Keith:Beane and Heather-

14   Ann:Tucci:Jarraf.  Neither arrest warrant was in compliance with U.S. Code

15   Rule 9 (Arrest Warrant or Summons on an Indictment -- The warrant must

16   conform to Rule 4(b)(1) except that **it must be signed by the clerk** – Debra

17   C. Poplin)

18   j.        It was not an Article III court.

19   k.        Perpetrator and conspirators Thomas A. Varlan and C. Clifford

20   Shirley were supposed to be running a court of record but it was not a court

1    of record in accordance with 28 U.S. Code § 132(a) Creation and

2    composition of district courts – "a district court shall be a court of record."

3    (Att. #8)  Our U.S. Constitution only authorizes "common law courts," also

4    known as "courts of record" where the judge's role is ministerial.

5    l.    Perpetrator and conspirator Parker Still admitted to due process

6    violation when he testified under oath, "…that's some of TV stuff where we

7    serve people,  put a warrant in their hands." (Heather-Ann:Tucci:Jarraf

8    Cross Examination of Parker Still, Trial Transcript Vol. I, P. 69, Line 14-15)

9    m.    Instead of doing a motion to dismiss for violation of due process Sua

10   Sponte, perpetrator and conspirator Thomas A. Varlan hushed Heather-

11   Ann:Tucci:Jarraf when she responded with shock to perpetrator and

12   coconspirator Parker Still's flippant TV response to serving a warrant.  Trial

13   transcript  – "**THE COURT**: Let's not comment on the evidence. Let's go

14   ahead and ask the next question." (Trial Transcript Volume I, P. 70, Line 7-

15   8).  "It is the **duty of the courts** to be watchful for the Constitutional rights

16   of Americans and against any stealthy encroachment thereon." (Boyd v.

17   United States, 116 U.S. 616, 635)

18   n.    Perpetrator and conspirator Parker Still admitted under oath he didn't

19   try to get a Tennessee district court arrest warrant.  He wanted a seizure

1    warrant to steal the motorhome under the protection of the state, but he

2    didn't have a seizure warrant either on July 11, 2017.  Trial transcript --

3    **Cynthia F. Davidson Re-direct Examination of Parker Still, Trial**
4    **Transcript Volume I, P. 80, Line 11-21**
5
6         Q     What kind of warrant were you working on on the 11th?
7
8         A     That was a seizure warrant, an affidavit of seizure warrant,
9    probable cause warrant to seize the motor home.
10
11        Q     So you weren't working on an arrest warrant or complaint or
12   any other sort of arrest process for Mr. Beane at that time?
13
14        A     No, ma'am. At the time, we were working, the way I recall it,
15   was on an actual seizure warrant. Because that's why I had been speaking
16   with Ms. Svolto who is the – generally does the forfeiture work with the
17   U.S. Attorney's Office.  That's the way I recall it."
18
19   o.     There was no probable cause hearing.  There was no first-hand

20   statement of personal knowledge of wrong doing.

21   p.     Randall-Keith:Beane, under duress, signed a detention hearing waiver.

22   If there was lawful cause to detain him there would not have been a need to

23   force him to sign a waiver under threat of physical harm.

24   q.     Perpetrator and coconspirator Parker Still admitted under oath they

25   did not follow due process and the US Attorney's office gave him the green

26   light to ignore due process and carry on with his South Carolina statewide

27   misdemeanor traffic related bench warrant that they knew had been disposed

28   of two years earlier.

1      Trial excerpt:
2
3      **Heather-Ann:Tucci:Jarraf Cross Examination of Parker Still, Trial**
4      **Transcript Volume I, P. 57, Line 15-23**
5
6      **Q**      My question is, just what is your general understanding -- because
7      were you the one that made the call to go and arrest -- well, to arrest, we'll
8      just say at this point, to arrest Randall Beane and seize the vehicle? Were
9      you the one that made that call?
10
11     **A**      You know, I think we -- **I spoke to the U.S. Attorney's Office to let**
12     **them know what we were on the way to do, yes, ma'am. I -- so I guess,**
13     **yeah, I did. I was letting know the U.S. Attorney's Office**."
14
15     r.      Perpetrator and coconspirator Parker Still admitted under oath they

16     committed aggravated assault causing bodily injury against Randall-

17     Keith:Beane.  Trial transcript --   "He was -- he did, as you said, **he obtained**

18     **a cut on his head**. We had an EMT, Jason, who was at the scene, is an agent

19     who's also an EMT and he treated him immediately." (Heather-

20     Ann:Tucci:Jarraf Cross Examination of Parker Still, Trial Transcript Volume

21     I, P. 74, Line 5-7)

22     s.      Perpetrator and coconspirator Thomas A. Varlan did not allow the

23     opening statements and the closing statements to be transcribed and it's no

24     wonder.  Perpetrator and coconspirator Anne-Marie Svolto accused Randall-

25     Keith:Beane of robbing a bank in her opening statement.  God knows what

26     else she said to mislead and prejudice the jury that he didn't want transcribed

27     and easily reviewed.  There was no robbery charge.

1    Trial excerpt:

2

3    **Heather-Ann:Tucci:Jarraf Cross Examination of Parker Still, Trial**

4    **Transcript Volume I, P. 58, Line 6-7; 12**

5

6    **Q**    "You're talking about, per Ms. Svolto's opening statement, that he was

7    robbing a bank?"

8

9    **A**    Yes, ma'am.

10

11   t.    Perpetrators and coconspirators knowingly and intentionally violated

12        the law and trespassed on private property.  They did not have an arrest or

13        search and seizure warrant.

14   u.    The FBI did not interview Randall-Keith:Beane.

15   v.    The US Attorney did not interview Randall-Keith:Beane.

16   w.    The US Attorney and district court judges did not hire a UCC expert

17        for a determination of the validity of Heather-Ann:Tucci:Jarraf's UCC

18        filings to help them make a legal determination regarding that aspect of the

19        jurisdiction challenge.

20        The Clerk, perpetrator and conspirator Debra Poplin, guardian of the

21   records, knew her signature wasn't on the Tennessee district court warrants issued

22   to arrest Mr. Beane and Mrs. Tucci:Jarraf.  The US Attorneys and District Court

23   Judges knew the FBI used a South Carolina traffic related bench warrant that was

24   statewide and disposed of two years earlier as the predicate to arrest and detain Mr.

1   Beane from July 11, 2017 until July 27, 2017 (17 Days) until they could serve Mr.

2   Beane with the fraudulent Tennessee district court arrest warrant at the Knoxville

3   county jail where Mr. Beane was being unlawfully held by the sheriff.

4       The appellate judges clearly had eyes only for the fake and the petty, but not

5   anything pertaining to their job – justice and the rule of law.  They took note of

6   perpetrator and conspirator Parker Still's testimony - "She (referring to Mrs.

7   Tucci:Jarraf) said that she could not speak with us – or she spoke briefly with us

8   and told us that she could no longer talk due to planning military operations,

9   something to that effect.  **We have subsequently learned that possibly, again,**

10  **<u>speculating</u>, that that comment meant, "<u>Military Operations," to try to</u>**

11  **<u>remove Mr. Beane from the Knox County Detention Center</u>.  That's what,**

12  **again, what I deduct**."  (Grand Jury Transcript, Page 56-57, line 21-25, 1-3)

13      Perpetrator and coconspirator Jeffrey Sutton regurgitated the "military

14  operations" foolishness in his opinion:  "On the phone, Tucci:Jarraf claimed that

15  she was "planning military operations." (Opinion – United States Court of

16  Appeals for the Sixth Circuit, P. 4, ¶ 2)  Perpetrator and coconspirator Jeffrey

17  Sutton knew there was no factual evidence in the record of "planning military

18  operations" and yet he repeated it in his opinion as though it were a proven fact.

19      Perpetrator and coconspirator Anne-Marie Svolto lied to the jury and

20  accused Randall-Keith:Beane of being heavily in debt.  Randall-Keith:Beane said

1    no, he was not heavily in debt.  He was trying to manage his finances from his

2    illegal and unlawful incarceration.  Perpetrator and coconspirator Jeffrey Sutton

3    decided to regurgitate Svolto's foolishness and add it to his appellate opinion as

4    though it were fact.

5    Trial transcript and appellate opinion:

6    **Anne-Marie Svolto Cross Examination of Randall-Keith:Beane, Volume IV –**
7    **P. 180 – Line 12-14; 17; 22-24**
8
9         Q      All right. So in July, early July, **you were heavily in debt, weren't**
10   **you**?
11
12        A      **No**.
13
14        A      **I was not heavily in debt, no**.
15
16        A      I was not defaulted. **I was in jail for three weeks, and I wanted to**
17   **make sure that my bills stayed paid**. I was looking in advance. **I was not**
18   **behind**.
19
20             Here comes perpetrator and coconspirator Jeffrey Sutton with his

21   melodramatic take on perpetrator and coconspirator Anne-Marie Svolto's "heavily

22   in debt" deception – SUTTON, Circuit Judge – "Faced with financial challenges

23   and rising unpaid bills, the individual has two legal options: shed the debts through

24   the humbling act of filing for bankruptcy or find a new source of assets." (Appeals

25   Court Opinion, P. 1, paragraph 1)  Perpetrator and coconspirator Sutton most

26   certainly read the line where Mr. Beane said he was not heavily in debt so why

1     would he repeat perpetrator and conspirator Anne-Marie Svolto's lie in his

2     opinion? Conspirators of a plot flock together.

3         The appeals opinion speaks of when Randall-Keith:Beane went to bed and

4     woke, and "…motor home that had two bathrooms, marble floors, and a

5     fireplace." (Appellate court opinion – reference p. 3, paragraph 3, 4) Who cares

6     when Mr. Beane went to bed and woke, or the marble floors, two bathrooms and

7     fireplace in the motorhome? Who cares? Did they follow due process? Did they

8     have personal and subject matter jurisdiction? Did they have a plaintiff with

9     standing? Did they have valid lawful arrest and search and seizure warrants? Did

10     they have authority to detain Mr. Beane and Mrs. Tucci:Jarraf? Did they have an

11     accuser testify in court? These are the things they should care about but didn't.

12         There's little doubt the outcome for Randall-Keith:Beane and Heather-

13     Ann:Tucci:Jarraf was pre-determined. For this gang of criminals it was a matter of

14     doing what was necessary to reach the end goal of many years in prison for

15     Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf.

16         If perpetrator and coconspirator Parker Still completed a sworn affidavit in

17     support of a criminal complaint he would likely have perjured himself. On July

18     11, 2017 Randall-Keith:Beane did not drive the motorhome he lawfully purchased

19     off the lot. What if he changed his mind about making the purchase that day and

20     planned to asked for a refund before he was ambushed? A shoplifter is not a

1  shoplifter until he/she leaves the store with the item.  Mr. Beane never left the

2  dealer lot.  What if he decided he didn't want that motorhome he wanted a

3  different one?  What if he was sitting in the motorhome with the engine running to

4  run the air conditioning for a guest as he gave the motorhome one last look over

5  for whatever repairs Buddy Gregg said they made?  What if Mr. Beane was

6  dissatisfied with the repairs and wanted a refund?  He hadn't driven it off the lot so

7  he could have changed his mind, renegotiated the deal, or whatever.  Perpetrator

8  and conspirator Anne-Marie Svolto knew it was a problem that Mr. Beane had not

9  driven the motor coach off the lot before the FBI and Sheriff deputy goons

10  physically assaulted and arrested him so she – in typical sly, cunning, deceitful

11  fashion – tried to get Jerald Byrne (Buddy Gregg Manager) to testify under oath

12  that Mr. Beane had taken it home (Att. #31.8):

13  **Trial Transcript Volume II, P. 191, Line 17-19**

14  Q      So then after Mr. Beane came in and after he brought the motor coach home,
15  did you guys do any warranty work?
16
17  A      It wasn't -- it was never brought home.

18        The perpetrators and conspirators accused Mr. Beane of stealing a

19  motorhome he was handed the keys (Att. #30.3), and he never brought home (Att.

20  #31.8).

21        The perpetrators and conspirators acted with full knowledge of the falsity of

22  the charges, claims, and assertions they made before the grand jury and trial jury.

1     They spoke of Mrs. Tucci:Jarraf planning a 'military operation jailbreak' to free

2     Mr. Beane knowing this was not true. They accused Mr. Beane of altering his

3     social security account number by one digit knowing this was not true. They

4     accused Mr. Beane of using a fictitious bank account knowing the transaction

5     would not have been successful if Mr. Beane had not used his correct information.

6     They accused Mrs. Tucci:Jarraf of not being a "licensed" attorney' and therefore

7     practicing law without a license when they knew Mrs. Tucci:Jarraf made no

8     attempt to practice law before a court as a BAR attorney or attorney-at-law/officer

9     of the court. They knew Mrs. Tucci:Jarraf surrendered her BAR card and became

10     a lawyer/attorney doing legal work for anyone seeking her assistance whom she

11     chose to work with outside the courtroom. They accused Mr. Beane of having an

12     "outstanding" and "active" arrest warrant knowing South Carolina had disposed of

13     the traffic related misdemeanor bench warrant two years earlier. They accused Mr.

14     Beane of robbery and stealing a RV neither having been a charge in the case or

15     true.

16        The conspiracy was a plot and plan full of lies and un-truths deliberately

17     conveyed to the grand jury and trial jury. They had full knowledge of the falsity of

18     what they presented. Their intent was to hide the theft of $31,000,494.97 by

19     depriving Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf of their freedom and

1    liberty by means of fraud. It was a full on conspiracy to deprive rights and false

2    imprison Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf for many years.

3         The perpetrators and conspirators made up the rules as they went along. It

4    seems fairly clear perpetrator and coconspirator Chief United States District Judge

5    Thomas A. Varlan did not run an Article III court or a court of record. So what

6    kind of court was it? It was a trafficking kangaroo court.

7         The FBI, University of Tennessee Police Department, Knoxville County

8    Sheriff Deputies, US Attorneys, and others all acted with complete wantonness.

9    They didn't care one bit about the process due Mr. Randall-Keith:Beane. They

10    wanted to hurt him and hurt him bad. (Att. 34.6) They didn't care about

11    Tennessee's no trespass laws, federal criminal trespass laws, aggravated

12    assault/battery laws, search/seizure/arrest laws, or due process. They each flipped

13    the bird to the United States and Tennessee Constitutions. (Att. #22, #38, #39,

14    #47, #48, #49, #50, etc.)

15         The Perpetrators and conspirators decided they would teach Mr. Randall-

16    Keith:Beane a lesson to make sure he kept his mouth shut about the

17    $31,000,494.97 they took from his USAA bank account. After they trespassed

18    onto private property without Mr. Beane's consent they proceeded to physically

19    assault and battery Mr. Beane. They beat him. The beating was bad enough to

20    cause bleeding from Mr. Beane's head and they had to bandage it to stop the

1  bleeding.  But even in bandaging Mr. Beane's head they were vicious as they

2  wrapped Mr. Beane's head too tight likely to intentionally bring further pain and

3  discomfort to Mr. Beane.

4      Were the perpetrators and coconspirators working for the FBI and DOJ or

5  were they moonlighting for a private and/or foreign entity and given the mission to

6  convict Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf no matter what?

7      The aggravated assault and battery went **beyond excessive force**.  They

8  <u>wanted</u> to hurt Mr. Beane.  (Att. #34.6)  **They <u>strangled</u> Mr. Beane until he**

9  **screamed "I can't breathe,"** and they elbowed him to the head until he

10  **bled.  They twisted Mr. Beane's arm.  They gave Mr. Beane a black eye.  They**

11  **put several bruises all over Mr. Beane's body.  Mr. Beane was hurting all over**

12  **from the beating they gave him** (Att. #34.7) – ALL WITHOUT CAUSE OR A

13  VALID WARRANT.  The FBI, University of Tennessee Police Department, and

14  Knoxville County Sheriff deputies had no right to lay even a finger on Mr. Beane.

15  They had no arrest warrant.  They had no search warrant.  They had no seizure

16  warrant.  They had no probable cause.  They had no subpoenas.  They had no

17  sworn complaint or affidavit.  They had no accuser.  They had nothing – zero, zip,

18  zilch, nada!

1    If you are willing to participate in a plot and conspiracy in which you lie

2    your way to an indictment and conviction of an innocent man and an innocent

3    woman you have **worked for**, **earned**, and must receive **a traitor's justice**!

4        Each and every perpetrator and conspirator has **worked for**, **earned**, and

5    should receive **a traitor's justice**!  (See Att. #38, #39, #40, #41, #43, #44, #45,

6    #46, etc.)

7        It's clear no one reviewed this case after conviction.  It's also clear there was

8    no FBI, DOJ, or district court supervision.

9        We know what kind of court it wasn't.  We know it was not an Article III

10   court.  We know it was not a court of record.  The one thing it clearly appears to

11   have been is a kangaroo trafficking court.  The rules were made up as the

12   perpetrators and coconspirators moved their conspiracy toward conviction.

13   **DEFINITION**

14       What is a KANGAROO COURT?

15

16       **"the name that is given to an <u>unauthorized</u> court that is set up without**

17   **legal power and authority that takes the law into its own hands."**

18   (https://thelawdictionary.org/kangaroo-court/)

19       Keep in mind, as perpetrator and coconspirator Anne-Marie Svolto

20   questioned Randall-Keith:Beane about the South Carolina warrant she knew the

21   warrant was (1) disposed of two years earlier - 07/17/2015, and (2) It was a

1  statewide warrant.  This is the likely reason she guided Randall-Keith:Beane to the

2  top of the warrant and the bottom of the warrant.  She did not want anyone to look

3  at the middle of the warrant where it says:  "To all and Singular the Sheriffs

4  Deputy Sheriffs Constables and other Peace Officers **of the said State** Greeting:"

5  You don't see anything on that South Carolina bench warrant that would give the

6  FBI jurisdiction.  That's what she was hiding in the middle of the warrant.  Look at

7  the top, look at the bottom, but don't look in the middle.

8      It's extraordinary that perpetrator and coconspirator Anne-Marie Svolto

9  knew the South Carolina statewide misdemeanor traffic related bench warrant was

10  invalid and she continued with the conspiracy deception.

11      Trial excerpt:

12  **Anne-Marie Svolto Cross Examination of Randall-Keith:Beane, Trial**
13  **Transcript Volume IV, P 228-230, Line 22-25; 1-6; 15-20; 23-25; 1-22**
14
15      Q      So you think there was no warrant for your arrest?
16
17      A      Yes, ma'am.
18
19      Q      I'd like to show you, the witness and defense only,
20  what's now been marked as -- oh, they're not in the system, but I'll have to put a
21  sticker on, excuse me.  This will be Government Exhibit 165.  Do you see that
22  document?

23      A      Yes, I see that.
24
25      Q      Okay. All right. So you see that there?
26
27      A      Yes.

| | | |
|---|---|---|
| 1 | Q | Can you read **the top** of that, please? |
| 2 | | |
| 3 | A | "State of South Carolina, County of Jasper, Bench Warrant, failure to |
| 4 | | appear, the State versus Randal Keith Beane." |
| 5 | | |
| 6 | Q | All right. If we could scroll down to **the bottom** of the page, right |
| 7 | | under the word "Witness." So can you read the date down there, please? |
| 8 | | |
| 9 | A | April 17th, 2015. |
| 10 | | |
| 11 | Q | So you would agree with me that this is a warrant. Correct? |
| 12 | A | It appears to be. |
| 13 | | |
| 14 | Q | All right. What's the name there on that warrant? |
| 15 | | |
| 16 | A | "Randal Keith Beane." |
| 17 | | |
| 18 | Q | All right. And so – |
| 19 | | |
| 20 | A | It's a miscorrect spelling. |
| 21 | | |
| 22 | Q | A miscorrect spelling. All right. And then it says "State of South |
| 23 | | Carolina"? |
| 24 | | |
| 25 | A | Yes. |
| 26 | | |
| 27 | Q | "County of Jasper"? |
| 28 | | |
| 29 | A | Correct. |
| 30 | | |
| 31 | Q | All right. So you were told you had a warrant out for your arrest, and |
| 32 | | your testimony just now is that there was no warrant for you? |
| 33 | | |
| 34 | A | Correct. |
| 35 | | |
| 36 | Q | All right. So this warrant, which, again, I'll refer to the date at **the** |
| 37 | | **bottom** there, April 17, 2015. |
| 38 | | |
| 39 | A | Correct. |

1      Q    You're saying that this warrant doesn't exist?

2

3      A    It didn't until the 10th of July or -- it was -- actually, let me rephrase

4 it. It didn't until the 13th of July.

5

6 **Anne-Marie Svolto Cross Examination of Randall-Keith:Beane, Trial**

7 **Transcript Volume IV, P 233, Line 20-25**

8      Q    All right. So is it still your position that this warrant that's now

9 Government Exhibit 165 did not exist back –

10

11     A    It is, yes.

12

13     Q    Okay. So is it your testimony that this warrant could never have been

14 confirmed?

15

16     A    Yes.

17     There's no confusion or ambiguity here. Perpetrator and conspirator Anne-

18 Marie Svolto knew she was being deceitful and committing fraud. She knew that

19 South Carolina misdemeanor traffic related bench warrant was (1) <u>statewide</u>, and

20 (2) disposed of two years earlier, and yet she presented it to the jury and gallery as

21 if it were a valid warrant and a valid process.

22     Nothing the perpetrators and conspirators did was for the benefit of the

23 people. They did not have the legal authority to bring prosecution against Randall-

24 Keith:Beane and Heather-Ann:Tucci:Jarraf . They did not stay within their

25 mandate. They willfully exceeded their authority and exercised it with severity.

26 They conducted themselves like thugs with titles. They knowingly misrepresented

the truth.  They knowingly concealed material facts to induce the juries to indict and convict.

Who reviewed and approved the FBI's role and work in the case?  Who reviewed and approved the US Attorneys' work in the case?  The prosecution work was done in the name of Nancy Stallard Harr and James Douglas Overbey so certainly they would have been aware of what was happening with a case brought in their name.  Who reviewed and approved the Knoxville sheriff deputy role and work in the case?

On July 11, 2017 they didn't arrest Mr. Beane for some specified cause. They simply arrested him, threw him in jail, and then set about to fabricate a fraud case.  They knowingly, intentionally, maliciously and recklessly misrepresented Mr. Beane's social security account number knowing what they were telling the grand jury and trial jury about "one digit altered" was not true.  This lie was their only path to the fake fraud charge.

The law on arrests as declared in Magna Carta states no one shall be arrested or imprisoned except by the law of the land – the Constitution!  This is the common law made constitutional law by the due process clause.

Mr. Beane and Mrs. Tucci:Jarraf are the victims of despots who expressed their will via corrupt legislative statutes, codes and judicial opinions regarded as "evidence" of the law – not actual law.

1    The common law is meant to be restrictive upon those in government to

2    make them follow set procedures, and make it difficult to deprive the people of

3    their rights.  In this case, safeguarding the rights of the innocent was never a

4    thought.  It was a fabricated case from the beginning.  It wasn't about due process

5    of law or the constitution or protecting rights.  It was about depriving two

6    individuals of their God-given rights so the perpetrators and conspirators could

7    hide the theft of $31,000,494.97.  No one should be subject to an easy arrest but

8    that's exactly what happened to Randall-Keith:Beane and Heather-

9    Ann:Tucci:Jarraf.

10    The constitution is the law of the land and it was written to restrict the

11    actions of those in government.  But it is daily being violated by judges,

12    prosecutors, legislators, and police on the take.  Randall-Keith:Beane and Heather-

13    Ann:Tucci:Jarraf are the victims of official illegality.  The perpetrators and

14    coconspirators fabricated a fraud and money laundering crime against Randall-

15    Keith:Beane and Heather-Ann:Tucci:Jarraf and falsely imprisoned them using the

16    power of the state.

17    We are not educated enough to know the adjective that truly describes the

18    horrific nature of the crimes these perpetrators and conspirators committed against

19    Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf.  The perpetrators and

1    conspirators, though they took an oath to uphold the Constitution, each revolted

2    against its authority.

3        Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf must be immediately

4    released from their false imprisonment.  They are victims of a conspiracy planned

5    among a group of Tennessee FBI, DOJ, Knox Sherriff deputies, judges, Texas

6    bankers, NY Federal Reserve Bank and other miscellaneous crooks.  In this case

7    the criminals are running loose pretending to be decent respectable investigators,

8    prosecutors, judges, government officials, and bankers when in reality they're just

9    lawless CRIMINALS who've thus far evaded the law.

10       It is long past time they answer for the crimes they committed against

11   Randall-Keith:Beane and Heather-Ann:Tucci:Jarraf.  Mr. Beane and Mrs.

12   Tucci:Jarraf are copied on this complaint.  Please contact them immediately.

13                                              Sincerely,
14                                              The Private Natural American People
15                                              S. Robinson, et al.
16
17
18   Copy to:  (1) Randall-Keith:Beane
19                    Reg. #52505-074
20                    FCI Elkton
21                    P.O. Box 10
22                    Lisbon, Ohio (44432)
23                    USPS Priority Mail #9505 5105 6958 1070 4621 03

24
25                (2) Heather-Ann:Tucci:Jarraf
26                    Reg. #86748-007
27                    FCI Dublin

1 5701 8th Street – Camp Parks
2 Dublin, California (94568)
3 USPS Priority Mail #9505 5105 6958 1070 4621 10

4 (3) Ms. Crawford
5

6 **XXX)** Cases
7
8 • **United States v. Throckmorton, 98 U.S. 61 (1878)  (Att. #83.2, #83.3)**
9

10 "There is no question of the general doctrine that **fraud vitiates** the most solemn
11 contracts, documents, and **even judgments**." "**Fraud vitiates every thing…**"

12 • **Hale v. Henkel, 201 U.S. 43 (1906)**
13
14 "that a compulsory production of a man's private papers to establish a criminal
15 charge against him, or to forfeit his property, is within the scope of the Fourth
16 Amendment to the Constitution, in all cases in which a search and seizure would
17 be," and that the order in question was an unreasonable search and seizure within
18 that amendment.
19
20 "…the compulsory extortion of a man's own testimony, or of his private papers, to
21 connect him with a crime of a forfeiture of his goods is illegal (p. 116 U. S. 634)
22
23 "He is entitled to carry on his private business in his own way. His power to
24 contract is unlimited. He owes no duty to the State or to his neighbors to divulge
25 his business, or to open his doors to an investigation, so far as it may tend to
26 criminate him. He owes no such duty to the State, since he receives nothing
27 therefrom beyond the protection of his life and property. His rights are such as
28 existed by the law of the land long antecedent to the organization of the State, and
29 can only be taken from him **by due process of law, and in accordance with the**
30 **Constitution**. Among his rights are a refusal to incriminate himself and the
31 immunity of himself and his property from arrest or seizure except under a warrant
32 of the law. He owes nothing to the public so long as he does not trespass upon their
33 rights."
34
35 Upon the other hand, the corporation is a creature of the State. It is presumed to be
36 incorporated for the benefit of the public. It receives certain special privileges and
37 franchises, and holds them subject to the laws of the State and the limitations of its

charter. Its powers are limited by law. It can make no contract not authorized by its
charter. Its rights to act as a corporation are only preserved to it so long as it obeys
the laws of its creation.

"We are also of opinion that an order for the production of books and papers may
constitute an unreasonable search and seizure within the Fourth Amendment.
While a search ordinarily implies a quest by an officer of the law, and a seizure
contemplates a forcible dispossession of the owner, still, as was held in the *Boyd*
case, the substance of the offense is the compulsory production of private papers,
whether under a search warrant or a subpoena *duces tecum,* against which the
person, be he individual or corporation, is <u>entitled to protection</u>."
And we have been unable to perceive that the seizure of a man's private books and
papers, to be used in evidence against him, is substantially different from
compelling him to be a witness against himself."

"Article 5. No person . . . shall be compelled in any criminal case to be a witness
against himself, <u>nor to be deprived of life, liberty, or property without due process</u>
<u>of law; nor shall private property be taken for public use, without just</u>
<u>compensation</u>."

Under the ancient English system, criminal prosecutions were instituted at the suit
of private prosecutors, to which the King lent his name in the interest of the public
peace and good order of society. In such cases, the usual practice was to **prepare**
**the proposed indictment and lay it before the grand jury for their**
**consideration.**  There was much propriety in this, as **the most valuable function**
**<u>of the grand jury was not only to examine into the commission of crimes, but</u>**
**<u>to stand between the prosecutor and the accused, and to determine whether</u>**
**<u>the charge was founded upon credible testimony or was dictated by malice or</u>**
**<u>personal ill will</u>**.

- **WILLIAM MARBURY v. JAMES MADISON, Secretary of State of the**
  **United States. 5 U.S. 137, 1 Cranch 137, 2 L.Ed. 60 (1803)**

"It is a proposition too plain to be contested, that <u>the constitution controls any</u>
<u>legislative act repugnant to it</u>; or, that the legislature may alter the constitution by
an ordinary act."

"Certainly all those who have framed written constitutions contemplate them as
forming the fundamental and paramount law of the nation, and consequently the

theory of every such government must be that **an act of the legislature repugnant to the constitution is void**."

"Thus, the particular phraseology of the constitution of the United States confirms and strengthens the principle, supposed to be essential to all written constitutions, that a law repugnant to the constitution is void, and that courts, as well as other departments, are bound by that instrument."

All laws, rules and practices which are repugnant to the Constitution are null and void.  (Marbury v. Madison, 5th US (2 Cranch) 137, 180)

- **CRUDEN vs. NEALE, 2 NC 338**

"every man is independent of all laws, except those prescribed by nature.  He is not bound by any institutions formed by his fellow-men without his consent."

- **GROUP v. FINLETTER**,  108 F.Supp. 327 (1952)

**"Defendant has filed no counter-affidavit,** and t**herefore** for the purposes of the motion before the Court, **the allegations in the affidavit of plaintiff must be considered as true,** Federal Rules of Civil Procedure, Rule 9(d), 28 U.S.C.A."

- **United States v. W Kis**, 658 F2d 526

"It requires that the taxpayer answer the Government's case through responsive pleadings, *supported by affidavits*, that allege **specific facts in rebuttal**. Any **uncontested allegations** of the Government's **must be accepted as admitted**."

- **Sims v. Ahrens, 271 S.W. 720, 167 Ark. 557**

"The right to follow any of the common occupations of life or to earn one's living in any innocent vocation without let or hindrance is an inalienable right, secured to all those living under our form of government by the liberty, property and happiness clauses of our national and State constitutions."

- **Rescue Army v. Municipal Court of Los Angeles, 171 P2d 8; 331 US 549, 91 L. ed. 1666, 67 S.Ct. 1409.**

**A court has no jurisdiction to determine its own jurisdiction**, for a basic issue in any case before a tribunal is its power to act, and a court must have the authority to decide that question in the first instance."

- **Hurtado v. California**, 110 U.S. 516.

The **State cannot diminish rights of the people**.

- **Lewis vs. U.S.**, 680 F. 2d 1239, 1241

The district court dismissed, holding that <u>the Federal Reserve Bank is not a federal agency</u> within the meaning of the Act and that the court therefore lacked subject matter jurisdiction.

Examining the organization and function of the Federal Reserve Banks, and applying the relevant factors, we conclude that <u>the Reserve Banks are not federal instrumentalities</u> for purposes of the FTCA, <u>but are independent, privately owned and locally controlled corporations</u>.

Each Federal Reserve Bank is a separate corporation owned by commercial banks in its region.

The stockholding commercial banks elect two thirds of each Bank's nine member board of directors. The remaining three directors are appointed by the Federal Reserve Board. The Federal Reserve Board regulates the Reserve Banks, but <u>direct supervision and control of each Bank is exercised by its board of directors</u>. 12 U.S.C. § 301.

<u>The fact that the Federal Reserve Board regulates the Reserve Banks does not make them federal agencies</u> under the Act.

- **Earle v. McVeigh, 91 US 503, 23 L Ed 398.** See also Restatements, Judgments ' **4(b). Prather v Loyd, 86 Idaho 45, 382 P2d 910.**

<u>A judgment may not be rendered in violation of constitutional protections. The validity of a judgment may be affected by a failure to give the constitutionally required due process</u>.

- **Rose v. Himely (1808) 4 Cranch 241, 2 L ed 608; Pennoyer v. Neff (1877) 95 US 714, 24 L ed 565; Thompson v. Whitman (1873) 18 Wall 457, 21 l ED 897; Windsor v. McVeigh (1876) 93 US 274, 23 L ed 914; McDonald v. Mabee (1917) 243 US 90, 37 Sct 343, 61 L ed 608.**

Case 3:17-cr-00082-TAV-DCP   Document 274   Filed 11/04/21   Page 148 of 162   PageID #: 19947

**An order that exceeds the jurisdiction of the court is void**, and can be attacked in any proceeding in any court where the validity of the judgment comes into issue.

- **Rankin v. Howard, (1980) 633 F.2d 844, cert. den. Zeller v. Rankin, 101 S.Ct. 2020, 451 U.S. 939, 68 L.Ed 2d 326.**

When a judge knows that he lacks jurisdiction, or acts in the face of clearly valid statutes expressly depriving him of jurisdiction, judicial immunity is lost.

- **Boyd v. United States, 116 U.S. 616, 635**

"It is the duty of the courts to be watchful for the Constitutional rights of Americans and against any stealthy encroachment thereon.

- **Cooper v. O'Conner, 99 F.2d 133**

"There is a general rule that a ministerial officer who acts wrongfully, although in good faith, is nevertheless liable in a civil action and cannot claim the immunity of the sovereign."

- **Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401; 1958**

"Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. **The judge is engaged in acts of treason**."

- **Davis v. Burris, 51 Ariz. 220, 75 P.2d 689; 1938**

"A judge must be acting within his jurisdiction as to subject matter and person, to be entitled to immunity from civil action for his acts."

- **Piper v. Pearson, 2 Gray 120, cited in Bradley v. Fisher, 13 Wall. 335, 20 L.Ed. 646; 1872**

"Where there is no jurisdiction, there can be no discretion, for discretion is incident to jurisdiction."

- **Cohen v. Virginia, (1821), 6 Wheat. 264 and U.S. v.Will, 449 U.S. 200**

Case 3:17-cr-00082-TAV-DCP   Document 274   Filed 11/04/21   Page 149 of 162   PageID #: 19948

1  "We (judges) have no more right to decline the exercise of jurisdiction which is
2  given, than to usurp that which is not given. The one or the other would be **treason**
3  **to the Constitution**."
4
5  • **Trezevant v. City of Tampa**

6  Mr. Trezevant was jailed for twenty-three minutes for a traffic citation.  Mr.
7  Trezevant sued and the jury returned a verdict of $25,000 in favor of Mr.
8  Trezevant for being falsely imprisoned for twenty-three minutes - $1,086.96 per
9  minute for each minute of liberty unlawfully stolen from Mr. Trezevant.   (Att.
10 #60.1, #60.2, #60.3)

11 **XXXI)** ATTACHMENTS
12
13 Att. #1.1    -    South Carolina Affidavit (Officer Jason Stone)
14
15 Att. #1.2    -    The State of South Carolina – Statewide Bench Warrant
16                   Disposed of 7/17/2015
17
18 Att. #2.1    -    South Carolina Public Index (Case Disposition 7/17/15)
19
20 Att. #2.2    -    I-UV.com August 31, 2017 post which shows South Carolina
21                   disposition date 7/17/2015 for Randall-Keith:Beane indictment
22                   2014GS2700554
23
24 Att. #3      -    Eastern District of Tennessee Arrest Warrant – Randall
25                   Keith Beane (Fictitious Signature – "A. Brush")
26
27 Att. #4      -    Eastern District of Tennessee Arrest Warrant – Heather
28                   Ann Tucci:Jarraf (Fictitious Signature – "A. Brush")
29
30 Att. #5      -    28 U.S. Code § 1331.Federal question (District court
31                   Jurisdiction - civil actions)
32
33 Att. #6      -    Federal Question Jurisdiction (Two ways for federal
34                   court to gain subject matter jurisdiction)
35

| | | | |
|---|---|---|---|
| 1 | Att. #7 | - | 28 U.S. Code § 1332.Diversity of citizenship; amount in |
| 2 | | | controversy; costs (District court original jurisdiction of |
| 3 | | | all civil actions) |
| 4 | | | |
| 5 | Att. #8 | - | 28 U.S. Code § 132.Creation and composition of district |
| 6 | | | courts (District courts shall be a court of record) |
| 7 | | | |
| 8 | Att. #9.1 | - | Black's Law Dictionary – Cover Page |
| 9 | | | |
| 10 | Att. #9.2 | - | Court of Record Definition (Proceed according to course |
| 11 | | | of common law) |
| 12 | | | |
| 13 | Att. #9.3 | - | Offense Definition (a crime not indictable) Black's Law |
| 14 | | | |
| 15 | Att. #9.4 | - | Crime Definition (Violation of public right) |
| 16 | | | |
| 17 | Att. #9.5 | - | Attorney and Attorney-at-Law Definition – Black's Law |
| 18 | | | |
| 19 | Att. #9.6 | - | Lawyer Definition – Black's Law Dictionary |
| 20 | | | |
| 21 | Att. #10 | - | 18a U.S. Code Rule 9.Arrest Warrant or Summons on an |
| 22 | | | Indictment or information (Indictment Warrant must be |
| 23 | | | signed by the clerk) |
| 24 | | | |
| 25 | Att. #11 | - | 18 U.S. Code § 912.Officer or employee of the United |
| 26 | | | States (Pretend to be an officer acting under authority of |
| 27 | | | United States) – USAA Bank True Brown |
| 28 | | | |
| 29 | Att. #12 | - | 18 U.S. Code § 2234.Authority exceeded in executing |
| 30 | | | warrant (Willfully exceeds authority – exercises it with |
| 31 | | | unnecessary severity) |
| 32 | | | |
| 33 | Att. #13 | - | 18 U.S. Code § 2236.Searches without warrant |
| 34 | | | |
| 35 | Att. #14 | - | 18 U.S. Code § 3041.Power of courts and magistrates |
| 36 | | | (Any offense against the US) |
| 37 | | | |
| 38 | Att. #15 | - | 18 U.S. Code § 3052.Powers of Federal Bureau of |
| 39 | | | Investigation (Serve warrants issued under authority of US) |
| 40 | | | |
| 41 | Att. #16.1 | - | FBI – What We Investigate |
| 42 | | | |

| | | | |
|---|---|---|---|
| 1 | Att. #16.2 | - | FBI – White Collar Crime Defined (Business and |
| 2 | | | government professionals) |
| 3 | | | |
| 4 | Att. #17 | - | 28 U.S. Code § 516.Conduct of litigation reserved |
| 5 | | | to Department of Justice (US, agency, officer is a party) |
| 6 | | | |
| 7 | Att. #18 | - | 28 U.S. Code § 547.Duties—United States Attorney |
| 8 | | | (Against the US – all civil actions) |
| 9 | | | |
| 10 | Att. #19 | - | 1 U.S. Code § 204.Codes and Supplements as **evidence** |
| 11 | | | **of the laws** of United States and District of Columbia; |
| 12 | | | citation of Codes and Supplements |
| 13 | | | |
| 14 | Att. #20 | - | 1 U.S. Code § 112.Statutes at Large; contents; |
| 15 | | | admissibility in evidence (US statutes legal **evidence of laws**) |
| 16 | | | |
| 17 | Att. #21 | - | 18 U.S. Code § 1001.Statements or entries generally |
| 18 | | | (Falsify, conceal material facts—make materially false, |
| 19 | | | fictitious or fraudulent statement or representation) |
| 20 | | | |
| 21 | Att. #22 | - | 22 U.S. Code § 7102 - (1) Abuse or Threatened Abuse of |
| 22 | | | Law or Legal Process (Use of law for purpose not |
| 23 | | | intended – coercion defined) |
| 24 | | | |
| 25 | Att. #23 | - | § 1-206. Presumptions (Facts exist unless evidence of |
| 26 | | | nonexistence) |
| 27 | | | |
| 28 | Att. #24 | - | 18 U.S. Code § 3231.District courts (Offenses <u>against</u> |
| 29 | | | <u>laws</u> of US) |
| 30 | | | |
| 31 | Att. #25 | - | Standing (Suffered an "injury in fact") |
| 32 | | | |
| 33 | Att. #26.1 | - | Judgment In A Criminal Case – Pg. 1 (7/25/18) |
| 34 | | | |
| 35 | Att. #26.2 | - | P. 6 (Restitution of **$510,589.02** to USAA Bank) |
| 36 | | | |
| 37 | Att. #26.3 | - | P. 7 (Criminal monetary penalty immediate lump sum |
| 38 | | | payment of **$511,289.02** PAYABLE to US District |
| 39 | | | Court, Knoxville, Tennessee |
| 40 | | | |
| 41 | Att. #27 | - | Constitution Article III (Judicial Power) |
| 42 | | | |

| 1 | Att. #28 | - | Constitution Article I, Section. 8. (Congress' 18 Tasks) |
| 2 | | | |
| 3 | Att. #29.1 | - | Grand Jury Transcript (GJT) – P. 1 (cover page) |
| 4 | | | |
| 5 | Att. #29.2 | - | GJT P. 7; L 18 (**$493,110.68** – motorhome cost) |
| 6 | | | |
| 7 | Att. #29.3 | - | Grand Jury Transcript – P. 21; L 1-5 (Randall- |
| 8 | | | Keith:Beane Arrested by FBI on "outstanding warrant") |
| 9 | Att. #29.4 | - | Grand Jury Transcript – P. 40; L 11-15 (Bona Fide |
| 10 | | | Purchaser) |
| 11 | | | |
| 12 | Att. #29.5 | - | Grand Jury Transcript – P. 46; L 3-6 (USAA Investigator |
| 13 | | | True Brown relayed information) |
| 14 | | | |
| 15 | Att. #30.1 | - | Trial Transcript – Vol. I, P. 1 (cover page) |
| 16 | | | |
| 17 | Att. #30.2 | - | Trial Transcript – Vol. I, P. 50; L 23-24 (FBI Parker Still |
| 18 | | | - 'Have No Reason to Doubt' USAA) |
| 19 | | | |
| 20 | Att. #30.3 | - | Trial Transcript – Vol. I, P. 62; L 12-14 (Tackle Walmart |
| 21 | | | customers); L 22 (Buddy Gregg RVs & Motor Homes |
| 22 | | | releases the keys to Randall-Keith:Beane) |
| 23 | | | |
| 24 | Att. #30.4 | - | Trial Transcript – Vol. I, P. 69; L 8-16 (FBI Parker Still |
| 25 | | | did not present warrant to Mr. Beane – Arrest Warrant |
| 26 | | | copy in arrestee hand **TV Stuff**) |
| 27 | | | |
| 28 | Att. #30.5 | - | Trial Transcript – Vol. I, P. 74; L 5-6, 12-13 (Randall- |
| 29 | | | Keith:Beane bleeding cut on head) |
| 30 | | | |
| 31 | Att. #30.6 | - | Trial Transcript – Vol. I, P. 129; L 9-15 (Randall- |
| 32 | | | Keith:Beane actual social security account number) |
| 33 | | | |
| 34 | Att. #31.1 | - | Trial Transcript – Vol. II, P. 1 (cover page) |
| 35 | | | |
| 36 | Att. #31.2 | - | Trial Transcript – Vol. II, P. 25; L 14-16 (Funding |
| 37 | | | Account Number) |
| 38 | | | |

| 1 | Att. #31.3 | - | Trial Transcript – Vol. II, P. 38; L 4-5, 11, 14 |
| 2 | | | (32 CDs successfully opened -- **$31,000,494.974** – theft |
| 3 | | | **from** Randall-Keith:Beane) |
| 4 | | | |
| 5 | Att. #31.4 | - | Trial Transcript – Vol. II, P. 139; L 8, 18-23, 25 (Jaron |
| 6 | | | Patterson, Univ. of TN Police Dept. & FBI Cyber Task |
| 7 | | | Force Investigator – did he have copy of warrant to give |
| 8 | | | to Randall-Keith:Beane) |
| 9 | | | |
| 10 | Att. #31.5 | - | Trial Transcript – Vol. II, P. 140; L 1-2, 7, 9 (FBI |
| 11 | | | confirmed South Carolina warrant) |
| 12 | | | |
| 13 | Att. #31.6 | - | Trial Transcript – Vol. II, P. 141, L 2-3,12-18, 23-25 |
| 14 | | | (Jaron Patterson – South Carolina warrant) |
| 15 | | | |
| 16 | Att. #31.7 | - | Trial Transcript – Vol. II, P. 142, L 8-12 (Jaron Patterson |
| 17 | | | doesn't know if South Carolina warrant truly existed) |
| 18 | | | |
| 19 | Att. #31.8 | - | Trial Transcript – Vol. II, P. 191, L 17-20 (Randall- |
| 20 | | | Keith:Beane never brought motor coach home) |
| 21 | | | |
| 22 | Att. #32.1 | - | Trial Transcript – Vol. III, P. 1 (cover page) |
| 23 | | | |
| 24 | Att. #32.2 | - | Trial Transcript – Vol. III, P. 103; L 5-20 (Jerald Byrne |
| 25 | | | threatened with obstruction of justice charge) |
| 26 | | | |
| 27 | Att. #32.3 | - | Trial Transcript – Vol. III, P. 17, L 7-13 (Extended |
| 28 | | | warranty – Jerald Byrne did not have impression |
| 29 | | | Randall-Keith:Beane would sell motorhome for profit. |
| 30 | | | |
| 31 | Att. #33.1 | - | Trial Transcript – Vol. IV, P. 1 (cover page) |
| 32 | | | |
| 33 | Att. #33.2 | - | Trial Transcript – Vol. IV, P. 18; L 12-13 (NY Federal |
| 34 | | | Reserve Bank Sean O'Malley says No Loss to US Gov.) |
| 35 | | | |
| 36 | Att. #34.1 | - | Trial Transcript – Vol. V, P. 1 (cover page) |
| 37 | | | |

Att. #34.2   -   Trial Transcript – Vol. V, P. 13; L 21-23 (FBI arrival)

Att. #34.3   -   Trial Transcript – Vol. V, P. 14; L 5 (Not without a warrant)

Att. #34.4   -   Trial Transcript – Vol. V, P. 105; L 19-25 (Alex opens motorhome door for FBI)

Att. #34.5   -   Trial Transcript – Vol. V, P. 106; L 1-2, 3-4, 5-8 (Never been to Colorado) (FBI Beat Randall-Keith:Beane) (FBI foot on Randall-Keith:Beane's head—**I Can't Breathe** – attempted strangulation)

Att. #34.6   -   Trial Transcript – Vol. V, P. 108, L 19-25 (They wanted to hurt Randall-Keith:Beane – injured him/put a bleeding cut on the back of his head)

Att. #34.7   -   Trial Transcript – Vol. V, P. 109; L 1-2 (Blood trickling from back of head)

Att. #34.8   -   Trial Transcript – Vol. V, P. 110, L 12-18 (FBI pulled down Randall-Keith:Beane's pants – bandaged his head too tight)

Att. #34.9   -   Trial Transcript – Vol. V, P. 111; L 17-25 (Randall-Keith:Beane asked to see the warrant)

Att. #34.10  -   Trial Transcript – Vol. V, P. 112; L 1-8 (FBI did not give Randall-Keith:Beane any information)

Att. #35.1   -   International Covenant on Civil and Political Rights Treaty (ICCPR) – P. 1, Article 1, 6, 7, 8

Att. #35.2   -   ICCPR Treaty P. 2, Article 6, 9

Att. #35.3   -   ICCPR Treaty P. 3, Article 14

Att. #35.4   -   ICCPR Treaty P. 4

| 1 | Att. #36 | - | FDIC (Robberies and other thefts not insured by the |
| 2 | | | FDIC) |
| 3 | | | |
| 4 | Att. #37 | - | Feloniously defined – must be introduced into every |
| 5 | | | indictment for a felony – Bouvier, P. 764 |
| 6 | Att. #38 | - | 18 U.S. Code § 241.Conspiracy against rights |
| 7 | | | |
| 8 | Att. #39 | - | 18 U.S. Code § 242.Deprivation of rights under color of law |
| 9 | | | |
| 10 | Att. #40 | - | 18 U.S. Code § 1590.Trafficking with respect to peonage, |
| 11 | | | slavery, involuntary servitude, or forced labor |
| 12 | | | |
| 13 | Att. #41 | - | DOJ 1033. KIDNAPPING—18 U.S.C. §§ 1201, 1202 |
| 14 | | | |
| 15 | Att. #42 | - | 18 U.S. Code § 1621.Perjury generally |
| 16 | | | |
| 17 | Att. #43 | - | 18 U.S. Code § 2382.Misprision of treason |
| 18 | | | |
| 19 | Att. #44 | - | 18 U.S. Code § 4.Misprision of felony |
| 20 | | | |
| 21 | Att. #45 | - | 18 U.S. Code § 2381.Treason |
| 22 | | | |
| 23 | Att. #46 | - | 18 U.S. Code § 371.Conspiracy to commit offense or to |
| 24 | | | defraud United States |
| 25 | | | |
| 26 | Att. #47 | - | 25 CFR § 11.411 - Criminal trespass |
| 27 | | | |
| 28 | Att. #48 | - | Tenn. Code Ann. § 39-13-101 – Assault |
| 29 | | | |
| 30 | Att. #49 | - | Tenn. Code Ann. § 39-13-102 - Aggravated assault |
| 31 | | | |
| 32 | Att. #50 | - | Tenn. Code Ann. § 39-14-405 - Criminal trespass |
| 33 | | | |
| 34 | Att. #51 | - | Tenn. Code Ann. § 39-11-614 - Protection of property |
| 35 | | | |
| 36 | Att. #52 | - | Tenn. Code Ann. § 40-6-103 - Probable cause and affidavit |
| 37 | | | |
| 38 | Att. #53 | - | Tenn. Code Ann. § 40-6-104 - Examination of complainant |
| 39 | | | |
| 40 | Att. #54 | - | Tenn. Code Ann. § 40-6-208 - Contents of warrant |
| 41 | | | |

| | | | |
|---|---|---|---|
| Att. #55 | - | Tenn. Code Ann. § 40-6-216 - Copies of warrants | |
| Att. #56 | - | Tenn. Code Ann. § 47-1-101 - Short title - Uniform Commercial Code (UCC) | |
| Att. #57 | - | Tenn. Code Ann. § 47-1-103 - Construction of chapters 1-9 to promote their purposes and policies — Applicability of supplemental principles of law.  (UCC) | |
| Att. #58.1 | - | Report of Commission on Unalienable Rights – P. 1 (cover page) | |
| Att. #58.2 | - | P. 13 (Right to travel—protection of person and property—property is one's labor, life, liberty, and pursuit of happiness) | |
| Att. #59.1 | - | The Law of Nations – P. 1 (cover page) | |
| Att. #59.2 | - | P. 95 (Legislators derive their power from the constitution) | |
| Att. #60.1 | - | Trezevant v. City of Tampa – P. 1 ($25,000 jury verdict in favor of plaintiff – Trezevant) | |
| Att. #60.2 | - | P.2 (Trezevant was in the holding cell for a total of twenty-three minutes) | |
| Att. #60.3 | - | P.5 (Jury verdict not excessive.  Judgment affirmed. Ruling has not been appealed.) | |
| Att. #61.1 | - | Detention Hearing Request (Doc. 40) – P. 1 (cover page) | |
| Att. #61.2 | - | P. 9, L 12-14 – Randall-Keith:Beane requests detention hearing) | |
| Att. #62.1 | - | True Brown (USAA Bank) Email Dated 7-11-2017 (4:07 pm) P. 1 | |

| | | | |
|---|---|---|---|
| 1 | Att. #62.2 | - | P. 2 (7/11/17—4:07 pm – email from True Brown to FBI |
| 2 | | | Parker Still – wants update on RV – says Randall- |
| 3 | | | Keith:Beane's social security account number altered by |
| 4 | | | one digit – says federal reserve bank account number |
| 5 | | | same as your social security number – says USAA |
| 6 | | | financial crimes investigation took steps to remove |
| 7 | | | Randall-Keith:Beane's loan and credit card payments) |
| 8 | | | |
| 9 | Att. #63 | - | True Brown (USAA Bank) Email Dated 7-12-2017— |
| 10 | | | 9:10 am – True Brown email to Parker Still asking what |
| 11 | | | charges Randall-Keith:Beane was arrested/detained on— |
| 12 | | | a request for update on the RV motorhome—if he |
| 13 | | | planned to charge Mr. Beane on complaint—USAA |
| 14 | | | executive management team is "really impressed" by the |
| 15 | | | quick arrest of Mr. Beane—and "makes me proud of the |
| 16 | | | organization." |
| 17 | | | |
| 18 | Att. #64.1 | - | DOJ Motion In Limine (To Prohibit Jurisdiction |
| 19 | | | Argument – Doc 78 – 1/5/18) P. 1 |
| 20 | | | |
| 21 | Att. #64.2 | - | Motion In Limine Memorandum Opinion and Order P. 1 |
| 22 | | | |
| 23 | Att. #64.3 | - | Memorandum Opinion and Order - Motion In Limine Granted - Doc |
| 24 | | | 90 – P. 8 – 1/19/18 (Perpetrator and conspirator Thomas A. Varlan |
| 25 | | | ordered defendants  prohibited from offering evidence/testimony re: |
| 26 | | | **1)** whether court has subject matter jurisdiction, **2)** whether US |
| 27 | | | government is defaulted/foreclosed, and **3)** whether the US has legal |
| 28 | | | authority to bring a prosecution of defendants) |
| 29 | | | |
| 30 | Att. #65.1 | - | True Brown - USAA Petition of Third-Party Interest |
| 31 | | | (Doc. 246-1) P. 1 – Re:  Motorhome Forfeiture |
| 32 | | | |
| 33 | Att. #65.2 | - | True Brown - USAA Petition - P. 2 (Mr. Beane "used a |
| 34 | | | fictitious bank account number.") |
| 35 | | | |
| 36 | Att. #65.3 | - | True Brown - USAA Petition  - P. 3 (True Brown |
| 37 | | | petition sworn under penalty of perjury) |

| 1 | Att. #66.1 | - | DOJ Motion for Entry of Preliminary Order of Forfeiture |
| 2 | | | (Doc. 223 – 7/24/18) - P. 1 |
| 3 | | | |
| 4 | Att. #66.2 | - | Doc. 223 - P. 2 ("…using a fictitious bank account |
| 5 | | | number (i.e., defendant's Social Security Number") |
| 6 | | | **FOOTNOTE - $553,749.99** "different from restitution." |
| 7 | | | |
| 8 | Att. #66.3 | - | Doc. 223 - P. 3 (signature page) |
| 9 | | | |
| 10 | Att. #67 | - | United States of America, Inc. Delaware Corporation |
| 11 | | | |
| 12 | Att. #68 | - | The United States of America, Inc. Delaware Corporation |
| 13 | | | |
| 14 | Att. #69 | - | Offence Definition – ("…it is not indictable.") Bouvier's |
| 15 | | | Law Dictionary |
| 16 | | | |
| 17 | Att. #70 | - | Crime Definition – (The term offence…is…understood |
| 18 | | | to be a crime not indictable…") - Bouvier's Law Dictionary |
| 19 | | | |
| 20 | Att. #71.1 | - | Indictment – P. 1 of 8 (USAA and Whitney bank insured by FDIC) |
| 21 | | | |
| 22 | Att. #71.2 | - | Indictment – P. 2 of 8 (fictitious bank account number/Heather- |
| 23 | | | Ann:Tucci:Jarraf "purported to be BEANE'S attorney...") |
| 24 | | | |
| 25 | Att. #71.3 | - | Indictment – P. 3 of 8 (fictitious account number / there |
| 26 | | | was no valid account number) |
| 27 | | | |
| 28 | Att. #71.4 | - | Indictment – P. 4 of 8 (fictitious account number) |
| 29 | | | |
| 30 | Att. #71.5 | - | Indictment – P. 5 of 8 |
| 31 | | | |
| 32 | Att. #71.6 | - | Indictment – P. 6 of 8 (commit certain offenses against |
| 33 | | | the United States) |
| 34 | | | |
| 35 | Att. #71.7 | - | Indictment – P. 7 of 8 (upon conviction of any offense) |
| 36 | | | |
| 37 | Att. #71.8 | - | Indictment – P. 8 of 8 |

Att. #72.1 - Laws of the United States of America (cover page)
(Title of Nobility)

Att. #72.2 - Laws of the United States of America - P. 74 (If any
citizen accepts a title of nobility (Esquire) from any
foreign power (Britain) shall be incapable of holding any
office of trust.)

Att. #73.1 - Tennessee Constitution Declaration of Rights – P. 2 -   Section 1

Att. #73.2 - Tennessee Constitution Declaration of Rights – P. 3 -
Section 2, 7, 8, 9, 10

Att. #73.3 - Tennessee Constitution Declaration of Rights – P. 4 –
Section 15

Att. #74.1 - Dennis G. Terez - Counsel for Appellant Heather-Ann:
Tucci:Jarraf – Cover Page

Att. #74.2 - Dennis G. Terez - Counsel for Appellant Heather-Ann:
Tucci:Jarraf - Jurisdictional Statement

Att. #75.1 - Stephen L .Braga – Counsel for Appellant Randall Keith
Beane – Cover Page

Att. #75.2 - Stephen L .Braga – Counsel for Appellant Randall Keith
Beane – Statement of Jurisdiction

Att. #76 - FBI   -   What is Money Laundering?

Att. #77.1 - Preliminary Order of Forfeiture, Document 224 Filed
07/24/18, P. 1

Att. #77.2 - Preliminary Order of Forfeiture, Document 224 Filed 07/24/18, P. 2,
Paragraph 1(b) -- **A money judgment in favor of the United States
and against the defendant** RANDALL KEITH BEANE, **for
$553,749.99,** which represents the minimum amount of proceeds
RANDALL KEITH BEANE personally obtained.

| 1 | | | "2017 Entegra Cornerstone 45B; 45 foot diesel |
| 2 | | | motorhome; **VIN 4VZVU1E94HC082752**; topaz in |
| 3 | | | color with eight wheels" P. 2, Paragraph 1(a) |
| 4 | | | |
| 5 | Att. #77.3 | - | "…this Preliminary Order of Forfeiture will become final as to the |
| 6 | | | money judgment in the amount of **$553,749.99**  at the time of |
| 7 | | | sentencing, and **will be** made part of the sentence and **included in** |
| 8 | | | **the Judgment**." |

| 9 | Att. #77.4 | - | Preliminary Order of Forfeiture submitted by J. |
| 10 | | | DOUGLAS OVERBEY, United States Attorney, Anne- |
| 11 | | | Marie Svolto and Cynthia F. Davidson -  Assistant |
| 12 | | | United States Attorneys |
| 13 | | | |
| 14 | Att. #78.1 | - | Sentencing Proceedings Before Thomas A. Varlan,  July 24, 2018, |
| 15 | | | Doc. 240 – P. 1 |
| 16 | | | |
| 17 | Att. #78.2 | - | Sentencing Proceedings, P. 10, Line 12-18 |
| 18 | | | |
| 19 | Att. #79 | - | Public Law 97-280 - "Year of the Bible" |
| 20 | | | |
| 21 | Att. #80.1 | - | Trial Transcript – Vol. VI, Cover Page |
| 22 | | | |
| 23 | Att. #80.2 | - | P. 63 – Cynthia F. Davidson cites Black's Law Dictionary |
| 24 | | | |
| 25 | Att. #80.3 | - | P. 64 - Heather-Ann:Tucci:Jarraf under cross-examination re: |
| 26 | | | Black's Law and "attorney" vs. "lawyer" |
| 27 | | | |
| 28 | Att. #81.1 | - | The Essential Law Dictionary Cover Page |
| 29 | | | |
| 30 | Att. #81.2 | - | "Attorney" and "Attorney-at-Law" Definition |
| 31 | | | |
| 32 | Att. #81.3 | - | "Lawyer" Definition |
| 33 | | | |
| 34 | Att, #82.1 | - | "Lawyer" Definition – Bouvier's Law Dictionary |
| 35 | | | |
| 36 | Att. #82.2 | - | "Attorney" and "Attorney-at-Law" Definition –Bouvier's |
| 37 | | | Law Dictionary |
| 38 | | | |
| 39 | Att. #83.1 | - | United States v. Throckmorton, 98 U.S. 61 (1878) P. 1 |
| 40 | | | |

| 1 | Att. #83.2 | - | "There is no question of the general doctrine that **fraud vitiates** |
| 2 | | | the most solemn contracts, documents, and **even judgments**." P. 3 |
| 3 | Att. #83.3 | - | "**Fraud vitiates every thing...**" P. 4 |
| 4 | Att. #84.1 | - | Parkway RV Center – SOLD |
| 5 | Att. #84.2 | - | Parkway RV Center – **VIN 4VZU1E94HC082752** |
| 6 | | | Option A is **$379,000** which is haggle free/firm (no |
| 7 | | | Matter if you pay cash, finance and or trade) |
| 8 | | | |
| 9 | Att. #85 | - | Praeterea preterea Definition – University of Notre Dame |
| 10 | | | Latin Dictionary (http://archives.nd.edu/latin.htm) |
| 11 | | | |
| 12 | Att. #86 | - | Complaint Form Regarding United States Marshals Service |
| 13 | | | |
| 14 | Att. #87 | - | DOJ How to Report A Complaint |

15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37