UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:17-CR-82 |
| ) | |
| ) | ORDER ON MOTION TO VACATE |
| ) | AND SET ASIDE THE |
| Randall-Keith:Beane ) | CONVICTION AND SENTENCE |
| Heather-Ann:Tucci:Jarraf ) | |

**ORDER**

Based on the motion and good cause appearing therefore,

    IT IS HEREBY ORDERED AND ADJUDGED that:

    Movant's Motion to Set Aside the Conviction and Sentence is hereby GRANTED.

    Movant is to be immediately released from confinement.

    Movant and Heather-Ann:Tucci:Jarraf's property is to be immediately restored.

    The case file and respective record is ordered expunged.

***Judge Signature:***