

From:
Randall-Keith:Beane
Reg. #52505-074 - FCI Elkton
P.O. Box 10
Lisbon, Ohio (44432)

To:
LeAnna R. Wilson
Clerk, U.S. District Court
800 Market Street, Suite 130
Knoxville TN (37902)

USPS TRACKING #: 9114 9012 3080 3100 8525 62